# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | |
| | : | CIVIL ACTON |
| Plaintiff, | : | |
| vs. | : | No. 2:24-cv-04070 |
| | : | |
| TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE, BRIAN BROWN, JEFFREY BRYDZINSKI, TYLER PRETE and ROCKWELL-GLYNN, LP | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendants, Township of Radnor, Jennifer Cocco, Joseph Pinto, Brady McHale and Brian Brown, in the above-referenced matter. Defendants hereby request a jury of eight (8) persons at trial.

                                                    **MARSHALL DENNEHEY, P.C.**

                     BY: _____
                                        JOHN P. GONZALES, ESQUIRE
                                        Attorney ID No. 71265
                                        2000 Market Street, Suite 2300
                                        Philadelphia, PA 19103
                                        (215) 575-2871 Fax (215) 575-0856
                                        Email: jpgonzales@mdwcg.com
                                        Attorney for Defendants,
                                        Township of Radnor, Jennifer Cocco,
                                        Joseph Pinto, Brady McHale and Brian Brown

Date: September 13, 2024

# CERTIFICATE OF SERVICE

I, JOHN P. GONZALES, ESQUIRE, do hereby certify that a true and correct copy of my Entry of Appearance and Demand for Jury Trial was electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System.

                                            **MARSHALL DENNEHEY, P.C.**

BY: _____
                                    JOHN P. GONZALES, ESQUIRE
                                    Attorney ID No. 71265
                                    2000 Market Street, Suite 2300
                                    Philadelphia, PA  19103
                                    (215) 575-2871 Fax (215) 575-0856
                                    Email:  jpgonzales@mdwcg.com
                                    Attorney for Defendants,
                                    Township of Radnor, Jennifer Cocco,
                                    Joseph Pinto, Brady McHale and Brian Brown

Date:  September 13, 2024