Neil E. Botel, Esquire
4 West Front Street
Media, PA 19063
(610) 565-5050

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Simona Ockley

v.

Radnor Township, et al.

CASE NO: 2:24-cv-4070

## AFFIDAVIT OF SERVICE

STATE OF PENNSYVLANIA
COUNTY OF PHILADELPHIA

I, Elizabeth C. Malloy, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, and am over 18 years of age, and have no direct personal interest in this litigation.

On 09/20/2024 at 9:15 am am/pm, I served Rocwell Glynn LP with the following document: Complaint and Summons.

Said service was executed at:

124-126 E. State Road, Media, PA 19063

Address / City / State / Zip

BY MEANS OF:

| | |
|---|---|
| | PERSONALLY SERVED |
| | ADULTY FAMILY WITH WHOM SAID RESPONDENT RESIDES. NAME _____ RELATIONSHIP _____ |
| | ADULT IN CHARGE OF RESPONDENT'S RESIDENCE WHO REFUSED TO GIVE NAME AND/OR RELATIONSHIP |
| | MANAGER/CLERK OF PLACE OF LODGING IN WHICH RESPONDENT RESIDES |
| X | AGENT OR PERSON IN CHARGE OF RESPONDENT'S OFFICE OR USUAL PLACE OF BUSINESS  Chadd |
| | OTHER: |

DESCRIPTION OF THE PERSON PROCESS WAS LEFT WITH:

SEX M   SKIN W   HAIR Brwn   AGE 50   HEIGHT 6'0   WEIGHT 175

(x) _signature_
ELIZABETH C. MALLOY, Process Server – AGame Legal Services
4 West Front Street
Media, PA 19063
(215) 758-5759

SWORN AND SUBSCRIBED BEFORE ME
THIS 25 DAY OF September, 2024

_signature_
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
APRIL TRIGGIANI - Notary Public
Delaware County
My Commission Expires February 13, 2027
Commission Number 1230919