**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| SIMONA OCKLEY  Plaintiff,  vs.  TOWNSHIP OF RADNOR, PENNSYLVANIA, et al.  Defendants | CIV. NO.: 2:24-cv-04070-JS |

## CERTIFICATE OF SERVICE

I, Neil E. Botel, certify that on September 25, 2024, I have served the attached Affidavit of Service of Summons upon Rockwell-Glynn, L.P., upon the following persons by email and electronic filing:

John Gonzales, Esquire
JPGonzales@MDWCG.com
Susan S. Carr,
SSCarr@MDWCG.com
Marshall Dennehey
2000 Market Street, Suite 2300,
Philadelphia, PA 19103

                                                LAW OFFICE OF NEIL E. BOTEL

                                                _____
                    By:    Neil E. Botel, Esquire
                              Attorney for Plaintiff,
                              Simona Ockley
                              E.D.PA Id. No. NEB0703
                              P.O. Box 651
                              4 West Front Street
                              Media, PA 19063
                              (PH) 215-796-4000
                              (FX) 610-565-2980
                              nbotelaw@gmail.com