Neil E. Botel, Esquire
4 West Front Street
Media, PA 19063
(610) 565-505

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Simona Ockley
v.
Radnor Township, et al.

CASE NO: 2:24-cv-4070-JS

**AFFIDAVIT OF SERVICE**

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

I, Elizabeth C. Malloy, being duly sworn according to law upon my oath, depose and say that I am not a party to this action, and am over 18 years of age, and have no direct personal interest in this litigation. On 9/19/2024 at 3:35 pm am/pm, I served Jeffrey Brydzinski with the following document: Complaint and Summons.

Said service was executed at:

795 East Lancaster Avenue, Suite 200, Villanova, PA 19085
Address    City    State    Zip

BY MEANS OF:

|   | |
|---|---|
|   | PERSONALLY SERVED |
|   | ADULT FAMILY WITH WHOM SAID RESPONDENT RESIDES. NAME _____ RELATIONSHIP _____ |
|   | ADULT IN CHARGE OF RESPONDENT'S RESIDENCE WHO REFUSED TO GIVE NAME AND/OR RELATIONSHIP |
|   | MANAGER/CLERK OF PLACE OF LODGING IN WHICH RESPONDENT RESIDES |
| X | AGENT OR PERSON IN CHARGE OF RESPONDENT'S OFFICE OR USUAL PLACE OF BUSINESS |
|   | OTHER: |

DESCRIPTION OF THE PERSON PROCESS WAS LEFT WITH:
SEX F   SKIN W   HAIR Blonde   AGE 45   HEIGHT 5'3   WEIGHT 140

ELIZABETH C. MALLOY, Process Server - AGame Legal Services
4 West Front Street
Media, PA 19063
(215) 758-5759

SWORN AND SUBSCRIBED BEFORE ME
THIS 25 DAY OF September, 2024

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
APRIL TRIGGIANI - Notary Public
Delaware County
My Commission Expires February 13, 2027
Commission Number 1230919