**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

|  |  |  |
|---|---|---|
| SIMONA OCKLEY | ) | |
|       Plaintiff, | ) | |
|       vs. | ) | **CIV. NO.:** |
|  | ) | |
| TOWNSHIP OF RADNOR, PENNSYLVANIA, et al. | ) | |

**CERTIFICATE OF SERVICE**

      I, Neil E. Botel, certify that on September 25, 2024, I have served the attached Affidavit of Service of Summons of Jeffrey Brydzinski, upon the following persons by email and electronic filing:

John Gonzales, Esquire
JPGonzales@MDWCG.com
Susan S. Carr,
SSCarr@MDWCG.com
Marshall Dennehey
2000 Market Street, Suite 2300,
Philadelphia, PA 19103

                              LAW OFFICE OF NEIL E. BOTEL

                              */s/ Neil Botel*

                By:    Neil E. Botel, Esquire
                          Attorney for Plaintiff,
                          Simona Ockley
                          E.D.PA Id. No. NEB0703
                          P.O. Box 651
                          4 West Front Street
                          Media, PA 19063
                          (PH) 215-796-4000
                          (FX) 610-565-2980
                          nbotelaw@gmail.com