Neil E. Botel, Esquire
4 West Front Street
Media, PA 19063
(610) 565-505

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Simona Ockley

v.                                    **CASE NO:** 2:24-cv-4070-JS

Radnor Township, et al.

**AFFIDAVIT OF SERVICE**

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

I, Elizabeth C. Malloy_____, being duly sworn according to law upon my oath, depose and say that I am not a

party to this action, and am over 18 years of age, and have no direct personal interest in this litigation.

On __9/19/2024____ at _3:35 pm___ am/pm, I served _Jeffrey Brydzinski_____with the following document:

Complaint and Summons_____.

Said service was executed at:

795 East Lancaster Avenue, Suite 200, Villanova, PA 19085
_____
Address                          City          State          Zip

BY MEANS OF:

|   |   |
|---|---|
|   | PERSONALLY SERVED |
|   | ADULTY FAMILY WITH WHOM SAID RESPONDENT RESIDES. NAME _____ RELATIONSHIP _____ |
|   | ADULT IN CHARGE OF RESPONDENT'S RESIDENCE WHO REFUSED TO GIVE NAME AND/OR RELATIONSHIP |
|   | MANAGER/CLERK OF PLACE OF LODGING IN WHICH RESPONDENT RESIDES |
| X | AGENT OR PERSON IN CHARGE OF RESPONDENT'S OFFICE OR USUAL PLACE OF BUSINESS |
|   | OTHER: |

DESCRIPTION OF THE PERSON PROCESS WAS LEFT WITH:

SEX _F__ SKIN _W__ HAIR _Blond_ AGE _45__ HEIGHT _5'3__ WEIGHT _140_____

ELIZABETH C. MALLOY, Process Server – AGame Legal Services
4 West Front Street
Media, PA 19063
(215) 758-5759

SWORN AND SUBSCRIBED BEFORE ME

THIS _25_ DAY OF _September_____, 2024

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
APRIL TRIGGIANI - Notary Public
Delaware County
My Commission Expires February 13, 2027
Commission Number 1230919