**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

_____
SIMONA OCKLEY )
             Plaintiff, )
    vs. )   **CIV. NO.:**
)
TOWNSHIP OF RADNOR, PENNSYLVANIA, et al. )
_____)

**CERTIFICATE OF SERVICE**

      I, Neil E. Botel, certify that on September 25, 2024, I have served the attached Affidavit of Service of Summons of Jeffrey Brydzinski, upon the following persons by email and electronic filing:

John Gonzales, Esquire
JPGonzales@MDWCG.com
Susan S. Carr,
SSCarr@MDWCG.com
Marshall Dennehey
2000 Market Street, Suite 2300,
Philadelphia, PA 19103

                    LAW OFFICE OF NEIL E. BOTEL

                    _____
    By:   Neil E. Botel, Esquire
             Attorney for Plaintiff,
             Simona Ockley
             E.D.PA Id. No. NEB0703
             P.O. Box 651
             4 West Front Street
             Media, PA 19063
             (PH) 215-796-4000
             (FX) 610-565-2980
             nbotelaw@gmail.com