IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY | : |
| | : CIVIL ACTION |
| *Plaintiff,* | : No. 2:24-cv-04070 |
| vs. | : |
| TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE, BRIAN BROWN, JEFFREY BRYDZINSKI, TYLER PRETE and ROCKWELL-GLYNN, LP | : JURY TRIAL DEMANDED |
| *Defendants.* | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendant, Rockwell Glynn, LP, in the above-referenced matter. Defendant hereby requests a jury of eight (8) persons at trial.

                                              **SPRUCE LAW GROUP, LLC**

                                              By: _____
                                                  TODD R. BARTOS, ESQUIRE
                                                  Attorney ID No.: 84279
                                                  1622 Spruce Street
                                                  Philadelphia, PA 19103
                                                  T: (267) 546-0617 | F: (267) 546-0570
                                                  tb@sprucelaw.com
                                                  *Attorneys for Defendant, Rockwell Glynn LP*

Date: October 7, 2024

## CERTIFICATE OF SERVICE

    I, TODD R. BARTOS, ESQUIRE, do hereby certify that a true and correct copy of my Entry of Appearance and Demand for Jury Trial was electronically filed with the Court on the date below and is available for viewing and downloading from the CM/ECF System.

                              **SPRUCE LAW GROUP, LLC**

                              By: _____
                              TODD R. BARTOS, ESQUIRE
                              Attorney ID No.: 84279
                              1622 Spruce Street
                              Philadelphia, PA 19103
                              T: (267) 546-0617 | F: (267) 546-0570
                              tb@sprucelaw.com
                              *Attorneys for Defendant, Rockwell Glynn LP*

Date: October 7, 2024