IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY | : |
| | : CIVIL ACTION |
| *Plaintiff,* | : No. 2:24-cv-04070 |
| vs. | : |
| TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE, BRIAN BROWN, JEFFREY BRYDZINSKI, TYLER PRETE and ROCKWELL-GLYNN, LP | : JURY TRIAL DEMANDED |
| *Defendants.* | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants, Tyler Prete and Jeffrey Brydzinski, in the above-referenced matter. Defendants hereby requests a jury of eight (8) persons at trial.

**SPRUCE LAW GROUP, LLC**

By: _____
TODD R. BARTOS, ESQUIRE
Attorney ID No.: 84279
1622 Spruce Street
Philadelphia, PA 19103
T: (267) 546-0617 | F: (267) 546-0570
tb@sprucelaw.com
*Attorneys for Defendant, Rockwell Glynn LP*

Date: October 21, 2024

<u>**CERTIFICATE OF SERVICE**</u>

I, TODD R. BARTOS, ESQUIRE, do hereby certify that a true and correct copy of my Entry of Appearance and Demand for Jury Trial was electronically filed with the Court on the date below and is available for viewing and downloading from the CM/ECF System.

                                      **SPRUCE LAW GROUP, LLC**

By: _____
      TODD R. BARTOS, ESQUIRE
      Attorney ID No.: 84279
      1622 Spruce Street
      Philadelphia, PA 19103
      T: (267) 546-0617 | F: (267) 546-0570
      tb@sprucelaw.com
      *Attorneys for Defendant, Rockwell Glynn LP*

Date: October 21, 2024