# IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# CIVIL ACTION – LAW

| | |
|---|---|
| SIMONA OCKLEY<br>　　　　　Plaintiff,<br>　　vs.<br>TOWNSHIP OF RADNOR, PENNSYLVANIA, et al.<br>　　　　　Defendants | **CIV. NO.: 2:24-cv-04070-JS** |

## ACCEPTANCE OF SERVICE

I accept service of the Complaint in the above captioned matter on behalf of Defendant, Tyler Prete, and certify that I am authorized to do so.

SPRUCE LAW GROUP, LLC

By: _____

Date: October 21, 2024

　　　　Todd R. Bartos, Esquire
　　　　Pa. Attorney I.D. No. 84279
　　　　Spruce Law Group, LLC
　　　　1622 Spruce Street
　　　　T: (267) 546-0617
　　　　F: (267) 564-0570
　　　　Philadelphia, PA 19103
　　　　tb@sprucelaw.com
　　　　Attorneys for Defendant,
　　　　Tyler Prete

# CERTIFICATE OF SERVICE

I, Todd R. Bartos, Esquire, certify that on October 21, 2024, I have served the attached Acceptance of Service of Complaint, upon the following persons by email and electronic filing:

| | |
|---|---|
| John P. Gonzales, Esquire<br>Marshall, Dennehey<br>2000 Market Street,<br>Suite 2300<br>Philadelphia, PA 19103<br>jpgonzales@mdwcg.com | Neil E. Botel, Esquire<br>Law Office of Neil E. Botel<br>4 West Front Street<br>Media, PA 19063<br>nbotelaw@gmail.com |

SPRUCE LAW GROUP, LLC

Date: October 21, 2024

By: _____
Todd R. Bartos, Esquire
Pa. Attorney I.D. No. 84279
Spruce Law Group, LLC
1622 Spruce Street
T: (267) 546-0617
F: (267) 564-0570
Philadelphia, PA 19103
tb@sprucelaw.com
Attorneys for Defendant,
Tyler Prete