**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| SIMONA OCKLEY ) | |
| Plaintiff, ) | |
| vs. ) | **CIV. NO.: 2:24-cv-04070** |
| ) | |
| TOWNSHIP OF RADNOR, PENNSYLVANIA ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Neil E. Botel, Esquire, do hereby certify that a true and correct copy of the foregoing Response to Defendants' Radnor Township, Cocco, Pinto, Brady and Brown's Affirmative Defenses to Plaintiff's Complaint were electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System. All counsel of record have been served via electronic notification.

              LAW OFFICE OF NEIL E. BOTEL

              *[signature: Neil Botel]*

BY:    Neil E. Botel, Esquire
      PA Bar No.: 84953
      4 West Front St.
      Media, PA 19063
      Phone: (215) 796-4000
      Fax: (610) 565-2980
      E-mail: nbotelaw@gmail.com
      Attorney for Plaintiff,
      Simona Ockley

Date: October 22, 2024