**SPRUCE LAW GROUP, LLC**
Todd R. Bartos, Esq. (ID No. 84279)
1622 Spruce Street
Philadelphia, PA 19103
Phone: 267-546-0617
tb@sprucelaw.com

*Attorneys for Jeffrey Brydzinski,*
*Tyler Prete, and Rockwell-Glynn, LP*

## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | CIVIL ACTION |
| | : | |
| *Plaintiff,* | : | No. 2:24-cv-04070-JS |
| | : | |
| vs. | : | DEFENDANTS ANSWER WITH |
| | : | AFFIRMATIVE DEFENSES |
| TOWNSHIP OF RADNOR, JENNIFER | : | |
| COCCO, JOSEPH PINTO, BRADY MCHALE, | : | |
| BRIAN BROWN, JEFFREY BRYDZINSKI, | : | |
| TYLER PRETE and ROCKWELL-GLYNN, LP | : | |
| | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Todd R. Bartos, Esquire, certify that on October 31, 2024, I served the attached

Acceptance of Service of Complaint, upon the following persons by electronic mail and ECF

Filing:

John P. Gonzales, Esquire
Marshall, Dennehey
2000 Market Street,
Suite 2300
Philadelphia, PA 19103
jpgonzales@mdwcg.com

Neil E. Botel, Esquire
Law Office of Neil E. Botel
4 West Front Street
Media, PA 19063
nbotelaw@gmail.com

**SPRUCE LAW GROUP, LLC**

By: _____

Date: October 31, 2024

Todd R. Bartos, Esquire
Pa. Attorney I.D. No. 84279
Spruce Law Group, LLC
1622 Spruce Street
T: (267) 546-0617
F: (267) 564-0570
Philadelphia, PA 19103
tb@sprucelaw.com

*Attorneys for Defendants, Jeffrey Brydzinski,
Tyler Prete, and Rockwell-Glynn, LP*