# IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## CIVIL ACTION – LAW

| | |
|---|---|
| SIMONA OCKLEY ) | |
| Plaintiff, ) | |
| vs. ) | **CIV. NO.: 2:24-cv-04070** |
| ) | |
| TOWNSHIP OF RADNOR, PENNSYLVANIA ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

    I, Neil E. Botel, Esquire, do hereby certify that a true and correct copy of the foregoing Response to Defendants', Rockwell Glynn, Jeffrey Brydzinski and Tyler Prete's, Affirmative Defenses to Plaintiff's Complaint were electronically filed with the Court on the date below and are available for viewing and downloading from the ECF System. All counsel of record have been served via email on the date below as follows:

| | |
|---|---|
| Todd R. Bartos, Esquire | John Gonzales, Esquire |
| tb@sprucelaw.com | JPGonzales@MDWCG.com |
| Spruce Law | Marshall Dennehey |
| 1622 Spruce Street | 2000 Market Street, Suite 2300 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

                                                    LAW OFFICE OF NEIL E. BOTEL

           BY:              Neil E. Botel, Esquire
                                        PA Bar No.: 84953
                                        4 West Front St.
                                        Media, PA 19063
                                        Phone: (215) 796-4000
                                        Fax: (610) 565-2980
                                        E-mail: nbotelaw@gmail.com
                                        Attorney for Plaintiff,
                                        Simona Ockley

Date: November 11, 2024