IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-4070 |
| | : | |
| RADNOR TOWNSHIP, et al. | : | |

## **ORDER**

AND NOW, this 21st day of November, 2024, it is ORDERED the schedule in the above-caption matter is as follows:

- Discovery deadline is March 21, 2025;

- Plaintiff's expert report is due April 4, 2025;

- Defendant's expert report is due April 11, 2025;[1]

- Dispositive motions are due April 25, 2025;

- Responses to dispositive motions are due May 9, 2025;

- A teleconference to discuss settlement shall take place on May 14, 2025, at 3:00 p.m. Counsel for Plaintiff is to initiate the call;

- Motions in limine are due May 20, 2025;

- Responses to motions in limine are due June 3, 2025;

- Plaintiff's pre-trial memorandum is due June 3, 2025;

- Defendant's pre-trial memorandum is due June 3, 2025;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due June 3, 2025;

- Final pre-trial conference shall be held on June 9, 2025, at 11:30 a.m. in Courtroom 14B;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

trial;

- This matter is in the June 16, 2025, trial pool.

- Counsel are referred to Judge Sánchez's operating procedures for further information:

    http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.


BY THE COURT:


   /s/ Juan R. Sánchez        
Juan R. Sánchez, J.