# IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## CIVIL ACTION – LAW

| | |
|---|---|
| SIMONA OCKLEY<br>　　　　　　Plaintiff,<br>　　vs.<br><br>TOWNSHIP OF RADNOR, PENNSYLVANIA, ET AL. | )<br>)<br>) **CIV. NO.: 2:24-cv-04070**<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

　　Kindly enter my appearance in the above entitled matter on behalf of Plaintiff, Simona Ockley.

　　　　　　　　　　　　　　　　LAW OFFICE OF SCHROM AND SHAFFER

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Gerard K. Schrom
　　　　　　　　　　　　　　　　PA Bar No.: 39282
　　　　　　　　　　　　　　　　4 West Front St.
　　　　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　　　　Phone: (610) 565-5050
　　　　　　　　　　　　　　　　Fax: (610) 565-2980
　　　　　　　　　　　　　　　　E-mail: gschrom@schromandshaffer.com
　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　Simona Ockley

Date: December 12, 2024