# IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## CIVIL ACTION – LAW

SIMONA OCKLEY )
        Plaintiff, )
vs. ) **CIV. NO.: 2:24-cv-04070**
)
TOWNSHIP OF RADNOR, PENNSYLVANIA, ET AL. )
)

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance in the above entitled matter on behalf of Plaintiff, Simona Ockley.

        LAW OFFICE OF SCHROM AND SHAFFER

        _____
        Gerard K. Schrom
        PA Bar No.: 39282
        4 West Front St.
        Media, PA 19063
        Phone: (610) 565-5050
        Fax: (610) 565-2980
        E-mail: gschrom@schromandshaffer.com
        Attorney for Plaintiff,
        Simona Ockley

Date: December 12, 2024