# IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# CIVIL ACTION – LAW

| | |
|---|---|
| SIMONA OCKLEY )<br>                  Plaintiff, )<br>  vs.                     )<br>                           )<br>TOWNSHIP OF RADNOR, PENNSYLVANIA )<br>                           )<br>                Defendants. ) | **CIV. NO.: 2:24-cv-04070** |

## CERTIFICATE OF SERVICE

I, Gerard K. Schrom, Esquire, do hereby certify that a true and correct copy of the foregoing entry of appearance was electronically filed with the Court on the date below and is available for viewing and downloading from the ECF System. All counsel of record have been served via email as follows:

Todd R. Bartos, Esquire
tb@sprucelaw.com
Spruce Law
1622 Spruce Street
Philadelphia, PA 19103

John Gonzales, Esquire
JPGonzales@MDWCG.com
Marshall Dennehey
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Neil E. Botel, Esquire
nbotelaw@gmail.com
Law Office of Neil E. Botel
4 West Front St.
Media, PA 19063

                                        LAW OFFICE OF SCHROM & SHAFFER

BY:    Gerard K. Schrom, Esquire
         PA Bar No.: 84953
         4 West Front St.
         Media, PA 19063
         Phone: (610) 565-5050
         Fax: (610) 565-2980
         E-mail: gschrom@schromandshaffer.com
         Attorney for Plaintiff,
         Simona Ockley

Date: December 12, 2024