

Gerard K. Schrom, Esquire
4 West Front Street
Media, PA 19063-3306
Phone:   (610) 565-5050
Direct Dial: (610) 247-0303
Fax: (610) 565-2980)
gschrom@schromandshaffer.com

**February 18, 2025**

**VIA ECF and EMAIL: Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov**

The Honorable Gail Weilheimer
7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  **RE:**  *Simona Ockley v. Radnor Township, et al.*
    **USDC for the Eastern District of Pennsylvania; No: 2:24-cv-04070**

Dear Judge Weilheimer:

   Please be advised that our office represents the Plaintiff in the above-captioned matter. After a recent meeting with all counsel, it was suggested that we should extend the current deadlines.  Plaintiff and Defendants are working together to schedule the numerous depositions. Discovery is ongoing.  We request additional time to complete Discovery and as a consequence move related deadlines.

   This is a joint request of all counsel.

   We are asking the Court for a sixty (60) day extension of all deadlines noted in the initial Scheduling Order dated November 21, 2024, and signed by Judge Sanchez.  We have enclosed a Stipulation and Proposed Order for your review.

   Additionally, the parties are agreeable to early Mediation and would respectfully request that a Magistrate Judge be assigned to the matter who can conduct same.  Your cooperation is appreciated.

         Respectfully submitted,
         **SCHROM, SHAFFER & BOTEL, P.C.**

         _____
         Gerard K. Schrom, Esquire

GKS/ecm
Enclosures
cc:  Joseph P. Gonzales, Esquire (w/enclosures) (via ecf and email only:jpgonzales@mdwcg.com
   Todd Bartos, Esquire (w/enclosures) (via ecf and email only: tb@sprucelaw.com)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SIMONA OCKLEY,

*Plaintiff,*

v.

TOWNSHIP OF RADNOR,
PENNSYLVANIA, et al.,

*Defendants.*

CIVIL ACTION NO:
**2:24-cv-0470-GAW**

### JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES

It is hereby stipulated by and between the parties to extend the current deadlines in the

Scheduling Order dated November, 21, 2024, by sixty days (60) days, as set forth below:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery Deadline | March 21, 2025 | May 20, 2025 |
| Plaintiff's Expert Report | April 4, 2025 | June 3, 2025 |
| Defendant's Expert Report | April 11, 2025 | June 10, 2025 |
| Dispositive Motions | April 25, 2025 | June 24, 2025 |
| Responses to Dispositive Motions | May 9, 2025 | July 8, 2025 |
| Teleconference to Discuss Settlement | May 14, 2025 | July 13, 2025 |
| Motions in Limine | May 20, 2025 | July 19, 2025 |
| Responses to Motions in Limine | June 3, 2025 | August 2, 2025 |
| Plaintiff's Pretrial Memorandum | June 3, 2025 | August 2, 2025 |
| Defendant's Pretrial Memorandum | June 3, 2025 | August 2, 2025 |
| Joint requested points for charge, joint proposed verdict slip and voir dire questions | June 3, 2025 | August 2, 2025 |
| Final Pretrial Conference | June 9, 2025 | August 8, 2025 |
| Trial Pool | June 16, 2025 | August 15, 2025 |

Stipulated and Agreed to by:


2/18/2025
_____
Dated

*/s/ Gerard K. Schrom*
Gerard K. Schrom, Esquire
*Attorney for Plaintiff Simona Ockley*


2/18/2025
_____
Dated

*/s/ Joseph P. Gonzales*
Joseph P. Gonzales, Esquire
*Attorney for Defendants Radonor Township*


2/18/2025
_____
Dated

*/s/ Todd Bartos*
Todd Bartos, Esquire
*Attorney for Defendants, Jeffrey Brydzinski and Tyler Prete*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SIMONA OCKLEY,

*Plaintiff,*

v.

TOWNSHIP OF RADNOR,
PENNSYLVANIA, et al.,

*Defendants.*

CIVIL ACTION NO:
**2:24-cv-0470-GAW**

**PROPOSED ORDER TO EXTEND SCHEDULING ORDER DEADLINES**

    **AND NOW** this _____ day of _____, by Stipulation of all parties, it is hereby

**ORDERED** that the deadlines in the Scheduling Order dated November 21, 2024, has been

extended by sixty (60) days, as set forth below:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Discovery Deadline | March 21, 2025 | May 20, 2025 |
| Plaintiff's Expert Report | April 4, 2025 | June 3, 2025 |
| Defendant's Expert Report | April 11, 2025 | June 10, 2025 |
| Dispositive Motions | April 25, 2025 | June 24, 2025 |
| Responses to Dispositive Motions | May 9, 2025 | July 8, 2025 |
| Teleconference to Discuss Settlement | May 14, 2025 | July 13, 2025 |
| Motions in Limine | May 20, 2025 | July 19, 2025 |
| Responses to Motions in Limine | June 3, 2025 | August 2, 2025 |
| Plaintiff's Pretrial Memorandum | June 3, 2025 | August 2, 2025 |
| Defendant's Pretrial Memorandum | June 3, 2025 | August 2, 2025 |
| Joint requested points for charge, joint proposed verdict slip and voir dire questions | June 3, 2025 | August 2, 2025 |
| Final Pretrial Conference | June 9, 2025 | August 8, 2025 |
| Trial Pool | June 16, 2025 | August 15, 2025 |

**IT IS SO ORDERED.**

_____
**HONORABLE GAIL A. WEILHEIMER**