IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY,<br>    Plaintiff<br><br>v.<br><br>RADNOR TOWNSHIP, et al,<br>    Defendants | CIVIL ACTION<br><br>NO. 2:24-cv-04070 |

## ORDER

AND NOW, this 19th day of February 2025, upon joint request of the parties for a mediation referral to assist with settlement, it is hereby **ORDERED** that this case is referred to court-annexed mediation. The parties shall select a mediator from the list of approved mediators on the court website,[1] who will be designated and authorized to proceed as the court-appointed mediator in this case. Should the parties be unable to agree on a mediator, no later than March 3, 2025, the parties shall each propose two mediators from the court approved list to chambers via email to Chambers_Weilheimer@paed.uscourts.gov from which the undersigned will choose a mediator.

It is **FURTHER ORDERED** that the parties must provide the Court with a joint status update by April 4, 2025.

BY THE COURT:

GAIL A. WEILHEIMER J.

---

[1] The list of approved mediators is available on the court website on the Mediation page under the Programs and Services tab: http://www.paed.uscourts.gov/documents2/mediation.