# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY<br>Plaintiff<br>v.<br><br>RADNOR TOWNSHIP, ET AL.<br>Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br><br>NO. 24-4070 |

## ORDER

AND NOW, this 20th day of February, 2025, upon consideration of Plaintiff's informal request for an extension of the case management deadlines as established in the November 21, 2024 Scheduling Order (DKT. 21), it is hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE to refile with a detailed explanation of what discovery remains outstanding, which depositions remain outstanding and why the remaining depositions are unable to be completed during the established discovery period.

BY THE COURT:

_____
GAIL WEILHEIMER          J.