IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| RADNOR TOWNSHIP, et. al. | : | NO. 24-4070 |
| | : | |

## AMENDED SCHEDULING ORDER

**NOW,** this 20th day of March, 2025, the Second Joint Motion for Extension of Scheduling Order is hereby GRANTED. It is ORDERED that the November 21, 2024 Scheduling Order is VACATEED and the schedule is modified as follows:

1. All factual discovery shall be completed on or before **May 6, 2025**;

2. Plaintiff's expert report is due no later than **May 19, 2025**.

3. Defendants' expert report is due no later than **June 6, 2025.**

4. Dispositive motions shall be filed on or before **June 30, 2025**;

5. Responses to dispositive motions shall be filed no later than **July 21, 2025**;

    a. Briefs in support of or in opposition to dispositive motions shall be limited to 25 pages, double spaced in 12 point font.

    b. Two copies of exhibits or attachments to the motion or response which exceed 50 pages shall be provided to Chambers. These exhibits shall be placed in a binder, with a table of contents and a corresponding tab.

    c. Reply briefs are not permitted without leave of court. Motions for Leave to file a shall be docketed within five days of the docketing of the response with a courtesy copy sent to chambers via email to Chambers_Weilheimer@paed.uscourts.gov. Motions for Leave should highlight the specific issues raised in the response brief to which a reply is requested. Counsel should not prepare and attach their proposed reply to their Motion. A

ruling will be made on the Motion for Leave without a response from opposing counsel.

6. Oral argument on dispositive motions is not scheduled as a matter of course. If the Court finds argument to be beneficial, such argument will be scheduled by chambers.

7. As needed, Chambers will schedule a Pretrial Conference after a ruling on the dispositive motions. Trial and related dates will be set at the Pretrial Conference.

BY THE COURT:

_____
Judge Gail A. Weilheimer