**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| SIMONA OCKLEY ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CIV. NO.: 2024-04070** |
| ) | |
| TOWNSHIP OF RADNOR, PENNSYLVANIA, ET AL. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this _____ of July, 2025, upon consideration of Plaintiff, Simona Ockley's Motion for extension of Time to Respond to Two Motions for Summary Judgment, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

Plaintiff shall have until July 28, 2025 to respond to Defendants' motions for summary judgment.

BY THE COURT:

_____
Gail A. Weilheimer, J.
United States District Court

**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| SIMONA OCKLEY )<br> )<br>           Plaintiff,    )<br>   vs.                          )          **CIV. NO.: 2024-04070**<br>                              )<br>TOWNSHIP OF RADNOR, PENNSYLVANIA, ET AL.  )<br>                              )<br>           Defendants.  )<br>                              ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO TWO MOTIONS FOR SUMMARY JUDGMENT**

1. Plaintiff filed the Complaint in this matter on August 8, 2024.

2. The Complaint brings counts against the Township of Radnor, including individual police officers, for each of the five counts filed against these defendants.

3. The Complaint also brings counts against individuals and corporate entities for each of the three (3) counts against them.

4. Pursuant to the Court's scheduling order of June, Defendants were required to file motions for summary judgment on or before July 7, 2025

5. The Court's scheduling order requires Plaintiff to file responses to motions for summary judgment by July 21, 2025.

6. The record in this matter consists of pleadings and exhibits in excess of 2,000 pages. In addition, the parties have conducted eight (8) depositions of the police, a local official and the private entities or persons involved.

7. In support of their motions for summary judgment, Defendants have submitted to the Court and to Plaintiff a list of undisputed facts.

1

8. The summary judgment motions require separate issues amount in total to five (5) issues submitted by Radnor Township and its police officers and three (3) issues submitted by both defendant, Rockwell Glynn and Jeffrey Brydzinski.

9. Due to the burden placed on Plaintiff to answer each of the bases for summary judgment in a full and complete manner, Plaintiff needs additional time to answer these motions taking into account the Defendant's assertions of undisputed fact.

WHEREFORE, Plaintiff, Simona Ockley, respectfully request that this Honorable Court grant her an additional seven (7) calendar days or until July 28, 2025 to file an answer to Plaintiff's oppositions to the two motions for summary judgment.

LAW OFFICE SCHROM & SHAFFER

By: _____
Gerard K. Schrom, Esquire
Attorney for Plaintiff,
Simona Ockley
E.D.PA Id. No. GKS2138
4 West Front Street
Media, PA 19063
(PH) 215-796-4000

Date: July 15, 2025

2

**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

|  |  |
|---|---|
| SIMONA OCKLEY ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CIV. NO.: 2024-04070** |
| ) | |
| TOWNSHIP OF RADNOR, PENNSYLVANIA, ET AL. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Gerard K. Schrom, certify that on July 15, 2025, I have served the attached Motion for Extension of Time to Respond to Defendants' Summary Judgment motion, upon the following persons by email and electronic filing:

John Gonzales, Esquire
Marshall Dennehey
2000 Market Street, Suite 2300,
Philadelphia, PA 19103
JPGonzales@MDWCG.com
Susan S. Carr,
SSCarr@MDWCG.com

Todd Bartos, Esquire
1622 Spruce Street
Philadelphia, PA 19103
tb@sprucelaw.com

                              LAW OFFICE SCHROM & SHAFFER

                              _____
      By:   Gerard K. Schrom, Esquire
             Attorney for Plaintiff,
             Simona Ockley
             E.D.PA Id. No. GKS2138
             4 West Front Street
             Media, PA 19063
             (PH) 215-796-4000