# EXHIBIT 8

THE COURT OF COMMON PLEAS OF DELAWARE COUNTY PENNSYLVANIA:

CIVIL CASE NO.: CV-2022-004275
CASE CAPTION:
ROCKWELL GLYNN, L.P.,
    VS.
SIMONA OCKLEY NEGUT
07.11.2022

MY NAME IS SIMONA OCKLEY NEGUT AND I AM WRITING YOU REGARDING THE COMPLAINT FILLED BY GREGORY LINGO, PLAINTIFF IN THIS CASE:

PAGE 3:
1. "NO $20 000,00"
   THE REAL AMOUNT IS $17 304,56
2. NO COST FOR REMOVAL AND STORAGE
   HE PROMISED THAT IT WILL BE AT HIS EXPENSES

PAGE 4:
1. "SEVERAL CLOSING SCHEDULED". NOT TRUE.
2. "DEFENDANT FAIL TO ATTEND SETTLEMENT ON NUMEROUS OCCASIONS". NOT TRUE.

PAGE 5:
4. "DEFENDANT NO LONGER RESIDES IN THE PROPERTY" NOT TRUE. ABUSE BY RADNOR POLICE OFFICER
5. "IT IS UNFAIR AND INEQUITABLE FOR THE DEFENDANT (WHAT IS FAIR MY QUESTION IS? TO TAKE ADVANTAGE DUE TO HEALTH CONDITION, TRAPPED IN SIGNING PAPERS IN THE HOSPITAL, WITH NO PRIOR AGREEMENT)
6. CONTRACT WAS SIGN IN NOVEMBER 19, 2021, NOT OCTOBER 29, 2021.

PLF 0018

PAGE 9:
3. -519 S INSTEAD OF 416 S
   -$20 000,00 INSTEAD OF $17 304,56
4. -DECEMBER 2020 INSTEAD OF 2021
6. WE EXTENDED THE DATE OF CLOSING TWICE
   FIRST APRIL 17, 2022
   SECOND JUNE 10, 2022
   BOTH DATES J WAS IN THE BRYN MAWR HOSPITAL
   THE BROOMAL MANOR THE SKILLED NURSING
   FACILITY
7. PLANTIFF HAS BEEN READY?
   WHAT ABOUT THE DEFENDANT? THINGS IN LIFE
   HAPPENED WITHOUT OUR CONTROL.
8. "DEFENDANT NO LONGER RESIDES AT THE PREMISE
   THE INTENTION OF HIS IS TO PUT ALL MY
   BELONGINGS IN A STORAGE UNIT, SO J WILL
   DRESS, BATHING IN A STORAGE UNIT?
9. DUE TO THE POLICE OF RADNOR ABUSE MY
   PROPERTY IS "UNSAFE FOR HUMAN OCCUPANCY OF
   USE"
10. PLANTIFF" PURCHASER CANNOT LIVE YET ON THE
    PROPERTY : NO DEED, NO NEW CONSTRUCTION
11. PLANTIFF AGREED TO PURCHASE THE PROPERTY
    "AS IS" WITH TREES THAT CAN BE SOLD
    FOR THE VALUED WOOD AND AT A VERY
    LOW COMPARE PRICE OF 1 ACRE IN THIS
    ZIPCODE $742 000,00 ACCORDING WITH "ARDROSAN"
    AREA " WITHOUT POOL. WE OWNED ALSO A POOL
    AND SHED.
12. PLANTIFF CREATED A DEEP ISSUE, CONTACTING
    THE BROOMALL MANOR SKILLED NURSING
    FACILITY, WHO IS PAYING FOR MY REHABILITATION

PLF 0019

7. "DESPITE RECEIVING THE AFOREMENTION NOTICES OF DEFAULT (WHAT NOTICES?) DEFENDANT HAS REFUSED TO COMPLY WITH PLAINTIFF RESONABLE DEMANDS (TO COME IN THE HOUSE WITH HIS GUYS TO HELP WITH MY BELONGING, TO DONATE, ETC TO PUT THEM IN STORAGE UNIT, TO OFFER SMALL AMOUNT OF MONEY ON MY ITEMS THAT MY FAMILY OWNED FOR MORE THAN 100 YEARS.

10.c. "HE TOLD ME THAT THE PURCHASER SOLD HIS HOUSE IN PHILADELPHIA" ( ) ASK HIM WHERE HE IS LIVING? ), THAT HE HAS A MORTGAGE WITH HIS COMPANY, NOT CITIZEN BANK? MY QUESTION IS HOW HE SIGN A CONTRACT WITH THE PURCHASER, WITHOUT HAVING THE DEED, PEOPLE CAN ? CHANGE THEIR COURSE OF ACTION, CANCEL THE TRANSACTION

13. "ACCESS) TO ALL HER PERSONAL PROPERTY AFTER CLOSING"
) AM NOT SURE THAT AFTER ALL HIS PROMISES ) WILL VERBALLY TRUST HIM? ) NEED EVERYTHI IN WRITING, THE ASSURANCE THAT PEOPLE WILL BE ALLOWED ON THE PROPERTY, IN THE HOUS ) SENT HIM PICTURES OF SOME OF THE ITEMS IN THE HOUSE OVER E-MAIL, BECAUSE HE SAID THAT HE WILL HELP ME TO SELL THEM, HIS RESPONSE IT WAS," THERE IS A CONSIGMEI STORE IN WAYNE, TRY IT! " THIS IS HELP? AFTER THAT HE WANT IT TO BUY WITH LITTLE MONEY...

PAGE 8:
"STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE, INFORMATION AND BELIEF"
) THINK MISLEAD A PERSON, TRYING TO BENEFIT FROM MY CURRENT SITUATION, IS NOT CORRECT.

PLF 0020

13.) WAS IN THE PROCESS OF SELLING, MOVING ITEMS FROM THE HOUSE. MY FAMILY BOUGHT THE FIRST LOT IN 1952, 1953. WE PAID TAXES FOR ALMOST 70 YEARS THIS IS HOW RADNOR TOWNSHIP RESPOND WHAT ABOUT A POLICE OFICER BATES THAT REMAIN ON THE PREMISES WITHOUT MY CONSEN (I HAVE SOMEBODY TO CONFIRM THIS) THIS IS AN ABUSE FROM RADNOR TOWNSHIP POLICE DEPARTMENT

14. PLANTIFF WILL NOT LOSE MONEY, BY THE WAY HE WILL EARN MORE THAN $250,000.0 BY BUILDING A NEW HOUSE ON MY LOT THAT IS FREE OF BIG BOULDERS ) PLAIN SOIL (LIKE ON THE PROPERTY ON CONESTOG ROAD, NEAR TOWNSHIP) → SEE PROPERTY.

15. PLANTIFF STATED THAT HE HAS SEVERAL PROPERTIES IN RADNOR TOWNSHIP THAT HE'S BUILDING NEW HOUSES OFCOURSE HE DOES TO KEEP GOOD RELATION WITH OFFICIALS FROM TOWNSHIP THAT IS FACILITATING QUICKLY BUILDING PERMITS, ETC

PLANTIFF ASSURED ME THAT HE WILL TAKE CARE OF THE PROPERTY WHILE I RECOVER, HE WILL TALK WITH POLICE DEPARTMENT, CODE OFICIALS. ONLY WORDS!

MY QUESTION IS: WHERE I WILL GO AFTER I WILL BE DISCHARGED FROM BROOMAL MANOR FACILITY, ONLY WITH HOSPITAL CLOTHING NO BATHING, NO CHANGE OF CLOTHES, BECAUS PLANTIFF WANT TO STORE MY WHOLE HOUSE IN A STORAGE FACILITY?

PLF 0021

THE COURT OF COMMON PLEAS OF DELAWARE COUNTY
PENNSYLVANIA
CIVIL CASE NO: CV-2022-004275
CASE CAPTION:
ROCKWELL GLYNN, L.P.
    V.S.
SIMONA OCKLEY NEGUT

07.11.2022

MY NAME IS SIMONA OCKLEY NEGUT (DEFENDANT IN THIS CIVIL CASE) AND I AM OWNER (AND RESIDENT) OF THE PROPERTY LOCATED AT 416 S. ITHAN AVE, VILLANOVA, PA 19085.
AFTER SEVERAL PHONE CONVERSATIONS WITH GREGORY LINGO, MANAGER OF ROCKWELL GLYNN, L.P. AND PLANTIFF IN THIS CIVIL CASE I DECIDED IN THE MONTH OF OCTOBER 2021 WITHOUT ESTABLISHING A CERTAIN DATE, FOR SALE OF MY PROPERTY ("AS IS").
ON OCTOBER 20, 2021 HE SENT ONE OF EMPLOYEES WITH A CONTRACT TO BE DELIVERED TO MY FRONT DOOR, IN A RUSH, IN THE EVENT THAT I WILL HAVE ANOTHER OFFER, WITH A DIFFERENT BUYER, SO HE CAN LOCK THE PRICE OF THE PROPERTY DISCUSSED OVER THE PHONE.
ON NOVEMBER 19, 2021 BOTH PARTIES SIGNED THE CONTRACT.
ON DECEMBER 14, 2021 I GAVE TO GREGORY LINGO THE DEED OF THE PROPERTY "HOLD IN ESCROW" IN RETURN I RECEIVED A CHECK FOR $17,304.56 TO PAY TAXES FOR THE YEAR 2019.
SETTLEMENT DATE ESTABLISHED WAS JANUARY 3

PLF 0015

THAT MY HOUSE IS SOLD AND SHE ASKED HOW I CAN BE TRANSPORTED ON A STRETCHER FROM THIS SKILLED NURSING FACILITY TO MY HOUSE TO STAY IN THE GARAGE, SO GREG LINGO'S GUYS WILL GET IN THE HOUSE TO MOVE MY BELONGINS."

AFTER THIS PHONE CALL MADE, THE PAPER SUBMITTED TO MY INSURANCE BY THIS SKILLED NURSING FACILITY INFLUENCE THE INSURANCE DECISION, SO MY COVERAGE ENDED ON JUNE 17, 2022.

IN THE "IDEA OF HELP" FROM GREGORY LINGO, "IT COST" MY HEALTH AND DENIED OF MY COVERAGE BY MY INSURANCE. (THERAPEUTIC ABSENCES (THERAPEUTIC ABSENCE FROM AN INPATIENT FACILITY — 32 CFR § 199.4(g) EXCLUSION AND LIMITATIONS.

MY QUESTION IT IS: WHO IS PAYING FOR MY EXPENSES TO THIS FACILITY WHEN 1 ROOM IS $320.00 PER DAY AND PHISICAL THERAPY IS $160.00 PER DAY?

PLEASE RESPECTFUL I AM ASKING TO ANALIZE ALL THESE INFORMATIONS AND TAKE THE PROPER DECISION. I THINK HEALTH IS MORE IMPORTANT TO A HUMANBEEING, THAN MAKING QUICK MONEY.

I WILL PROVIDE ALL DOCUMENTS NECESSARY UPON REQUEST.