# EXHIBIT 11

EMERGENCY MOTION FOR RECONSIDERATION OF JULY 15, 2022 ORDER
NUMBER # CV-2022-004275
ROCKWELL GLYNN, LP. PLAINTIFF
V
SIMONA OCKLEY NEGUT DEFENDANT

MY NAME IS SIMONA OCKLEY NEGUT DEFENDANT IN THE CIVIL CASE - CV-2022-004275. ON JULY 11, 2022, ) WAS PRESENT IN FRONT OF HON. JUDGE JOHN J. WHELAN TO DEFEND MY SELF.
) HAVE PRESENTED VERBALLY AND IN WRITING MY POSITION REGARDING COMPLAINT FILE BY THE ATTORNEY OF THE PLAINTIFF GREGORY LINGO.
HON. JUDGE JOHN J. WHELAN WAS VERY COMPATIONATE WITH MY SITUATION, HE SAID THAT HE NEVER ENCOUNTER SUCH A CASE.
MY UNDERSTANDING WAS THAT ) WAS ALLOWED ON THE PROPERTY TILL SEPTEMBER 01, 2022, WITHOUT ANY PRESENCE OF THE BUILDER, OR RESTRAIN.
ACTUALLY THIS WAS NOT TRUE.
ON 08.08.2022 ) WAS DISCHARGE FROM THE SKILLED NURSING FACILITY BROOMALL MANOR AROUND 6:00 PM
) WENT TO THE PROPERTY AND TO ALL MY DOORS THERE ARE TWO SETS OF LOCKS: ONE SET FROM RADNOR TOWNSHIP, ONE FROM THE BUILDER GREGORY LINGO.

) CALLED THE BUILDER TO REMOVE THE LOCKS AND HE DENIED, SAYING THAT ) AM NOT ALLOWED TO CHANGE, TAKE A SHOWER IN MY OWN HOUSE. LAST NIGHT ) SLEPT IN THE HOTEL (SEE RECEIPT)

TODAY 08.09.2022 ) TRIED AGAIN TO GO HOME AND THE SETS OF TWO LOCKS WERE TO ALL DOORS, MGM TREE COMPANY BLOCK ALL THE DRIVEWAY WITH WORK THAT THEY NOT SUPOSED TO BE ON THE PROPERTY TILL SEPTEMBER 1, 2022.

TWO OF THE TRUCKS FROM VERIZON, COMCAST WERE WAITING ON S.ITHAN NOT TO BE ABLE TO RESTORE SERVICES TO MY HOUSE MY UNDERSTANDING WAS THAT THE BUILDER SHOULD NOT COME ON THE PROPERTY BEFORE SEPTEMBER 01, 2022

PLEASE ANALIZE ALL THE FACTS AND LET ME STAY ON THE PROPERTY AND HAVE MORE TIME THAN SEPTEMBER 01, 2022.

RESPECTFULLY

SIMONA OCKLEY NEGUT

08.09.2022

08.08.2022 20:51

Tinicum Twp PD
610 521 3830

Officer Ryan



Red Roof PLUS+ Philadelphia Airport
49 Industrial Highway
Essington, PA 19029 US
Phone: 610-521-5090
Fax: 610-521-4019
Email: i0119@redroof.com
Printed: 8/9/2022 11:29:18 AM

# Folio (Detailed)

| | | | | |
|---|---|---|---|---|
| Name: | OCKLEY NEGUT, SIMONA OCKLEY | | | Conf #: 119-171929 |
| Address: | 416 S. ITHAN AVE<br>VILLANOVA, PA 19085-0000 US | | | |
| Room: | 103 | Room Type: | NR1KM, NON-SMOKING PREMIUM KING, MICRO-FRIDGE | |
| Nights: | 1 | Guests: | 1/0 | |
| Rate Plan: | BAR | Daily Rate: | $101.99 + $9.18 Tax | GTD: 900 - CASH |
| Arrival: | 8/8/2022 (Mon) | Departure: | 8/9/2022 (Tue) | |

Room Rate:

8/8/2022 (Mon) - 8/8/2022 (Mon)    $101.99 + $9.18 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 8/8/2022 | 913 | VISA (9923)<br>053721 132366570 | ($111.17) | ($111.17) |
| 8/8/2022 | 100 | ROOM CHARGES | $101.99 | ($9.18) |
| 8/8/2022 | 150 | STATE TAX | $6.12 | ($3.06) |
| 8/8/2022 | 151 | COUNTY TAX | $3.06 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $101.99 | $9.18 | $0.00 | $0.00 | ($111.17) | $0.00 | $0.00 |