# EXHIBIT 13

# RADNOR TWP PD
## Incident Report Form

RT-22-10670
08/09/2022

**POLICE INFORMATION**

Primary Officer: **OFC EARVIN FAUST - EFAUST**

- ☐ Juvenile Involved
- ☐ Investigation
- ☐ Video Available
- ☐ Gang Related
- ☐ Paperless
- ☐ Domestic Related
- ☐ Suspects
- ☐ Bias Crime
- ☐ Accident
- ☐ Administrative
- ☐ Alcohol Related
- ☐ Arrests Made
- ☐ Drugs Involved
- ☐ Ready for DA / Prosecutor
- ☐ Alarm Activated

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| RT-22-10670 | P2200272276 | | | |

| Incident Type | | | Dispatcher | Source | District | Status |
|---|---|---|---|---|---|---|
| POLINF POLICE INFORMATION | | | | 911 | 7624 | CLOSED |

**Incident Date / Times** — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 08/09/2022 | Tuesday | 1044 | 1044 | 1044 | 1050 | | |

| Disposition | Clear By Exception | ☐ Suspended |
|---|---|---|

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| N/A | | | | | |

**Location**  Intersection ☐

416 S ITHAN AV
VILLANOVA   PA   19085

Cross Street: MILL RD
GPS Loc X:
GPS Loc X:

Municipality: Radnor Township

Business Name:                                          Arson Value:

Gang:                          Weather:

Modus Operandi Coding

VICTIM:
ENTRY:           PROPERTY
EXIT:            AREA:
METHOD:          TIME OF DAY:

WEAPONS USED:

Caller / Complainant Type:   Normal ☐   Anonymous ☐   Hangup ☐   Refused ☐

---

IRF 1.6   RT-22-10670   8/9/2022   ☒   Approved By: SGT MICHAEL FISCHER   PAGE 1
Approved On: 8/9/2022   Print Date/Time: 9/5/2024 11:04:31 AM

RADNOR DEFTS 000023

# RADNOR TWP PD
## Incident Report Form

RT-22-10670
08/09/2022

POLICE INFORMATION

## INVOLVED PERSONS

### CONTACT — CODE: CONT

**Name (Last, First, Middle) – Address:** ATTANASI, LUKE
7510 MANTI ST
PHILADELPHIA PA

| Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|
| ☐ | 08/23/1982 | 39 | W | M | N | |

| Weight | Height | Hair | Eyes | Phone Number |
|---|---|---|---|---|
| | | | | |

| Driver License Number | State | Class | Expiration Date |
|---|---|---|---|
| | | | |

| ID Provided | Identification Detail |
|---|---|
| | |

**Link Comments**

### CONTACT — CODE: CONT

**Name (Last, First, Middle) – Address:** OCKLEY, SIMONA
416 S ITHAN AVE
ROSEMONT PA 19010

| Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|
| ☐ | 12/09/1960 | 61 | W | F | N | 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 |

| Weight | Height | Hair | Eyes | Phone Number |
|---|---|---|---|---|
| | | | | (610) 525-3920 |

| Driver License Number | State | Class | Expiration Date |
|---|---|---|---|
| 27569503 | PA | | |

| ID Provided | Identification Detail |
|---|---|
| | |

**Link Comments**

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

**Division:** PATR
**Supervisor:** SGT MICHAEL FISCHER    MFISCH

| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | | Officer / ID (Ofcr 3 / Ofcr 4) |
|---|---|---|---|
| | OFC EARVIN FAUST | EFAUST | |
| 7622 | | PAT22 | |
| | DET BRIAN BELL | BBELL | |

Agency Lognum    Unit

---

RT-22-10670    8/9/2022    ☒    Approved By: SGT MICHAEL FISCHER    PAGE 2
IRF 1.6                        Approved On: 8/9/2022    Print Date/Time: 8/5/2024 11:04:31 AM

RADNOR DEFTS 000024

# RADNOR TWP PD
## Incident Report Form

RT-22-10670
08/09/2022

POLICE INFORMATION

**COMMENTS / NARRATIVES**

| Title |
|---|
| INITIAL |

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| OFC EARVIN FAUST | 08/09/2022 | SGT MICHAEL FISCHER | 08/09/2022 |

| Approved By / On | |
|---|---|
| SGT MICHAEL FISCHER | 08/09/2022 |

C: Luke Attanasi came into RTPD to report police information.
Report: Attanasi of Rockwell Custom Renovations states that his company is the new owner of the property at 416 S. Ithan Avenue and has received a court order stating that current resident Simona Ockley must vacate the property. Attanasi also noted that the property has been deemed uninhabitable by Radnor Township Codes. Attanasi provided a copy of the order from the Delaware County Court of Common Pleas stating that Ockley must remove her property by 9/1/2022. Attanasi stated that he and Township Community Development Director Kevin Kochanski would be meeting Ockley at the residence shortly, for the removal of property. Attanasi advised that he wanted police to be aware of the circumstances but did not need assistance at this time. The court document was uploaded to the attachments folder.
Faust #129

| RT-22-10670 | 8/9/2022 | [X] | Approved By: | SGT MICHAEL FISCHER | PAGE 3 |
| IRF 1.6 | | | Approved On: | 8/9/2022 | Print Date/Time: 9/5/2024 11:04:31 AM |

RADNOR DEFTS 000025

# RADNOR TWP PD
## Incident Report Form

RT-22-10670
08/09/2022

**POLICE INFORMATION**

**IMAGES**

IRF 1.6  RT-22-10670  8/9/2022  ☒ Approved By: SGT MICHAEL FISCHER  Approved On: 8/9/2022  PAGE 4  Print Date/Time: 8/5/2024 11:04:31 AM

RADNOR DEFTS 000026