# EXHIBIT 16

# RADNOR TWP PD
## Incident Report Form

RT-22-10812
08/12/2022

MENTAL HEALTH (EMER 302)

## INVOLVED PERSONS

### COMPLAINANT — CODE: COMPL

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | OCKLEY, SIMONA<br>416 S ITHAN AVE<br>ROSEMONT PA 19010 |
| Juvenile | ☐ |
| Date of Birth | 02/28/1977 |
| Age | 45 |
| Race | W |
| Sex | M |
| Ethnic | N |
| Social Security Number | |
| Weight | |
| Height | |
| Hair | |
| Eyes | |
| Phone Number | (215) 888-9554 |
| Driver License Number | |
| State | |
| Class | |
| Expiration Date | |
| ID Provided | |
| Identification Detail | |

Link Comments

### CONTACT — CODE: CONT

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | OCKLEY, SIMONA<br>416 S ITHAN AVE<br>ROSEMONT PA 19010 |
| Juvenile | ☐ |
| Date of Birth | 12/09/1960 |
| Age | 61 |
| Race | W |
| Sex | F |
| Ethnic | N |
| Social Security Number | 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 |
| Phone Number | (610) 525-3920 |
| Driver License Number | 27569503 |
| State | PA |

Link Comments

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

| Division | Supervisor | |
|---|---|---|
| PATR | LT. JOSEPH PINTO | JPINTO |

| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | Officer / ID (Ofcr 3 / Ofcr 4) |
|---|---|---|
| | SGT KATHERINE REARDON | KREARD |

Agency Lognum    Unit

---

RT-22-10812    8/12/2022    ☒    Approved By: SGT MICHAEL FISCHER    PAGE 2
IRF 1.6    Approved On: 8/12/2022    Print Date/Time: 9/5/2024 11:08:18 AM

RADNOR DEFTS 000028

# RADNOR TWP PD
## Incident Report Form

RT-22-10812
08/12/2022
MENTAL HEALTH (EMER 302)

### COMMENTS / NARRATIVES

Title
INITIAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| SGT KATHERINE REARDON | 08/12/2022 | SGT MICHAEL FISCHER | 08/12/2022 |

Approved By / On
SGT MICHAEL FISCHER                    08/12/2022

C: Jeffrey Brydzinski responded to 7690 in regards to a possible squatting issue at 416 S. Ithan Avenue
SEE SUPPLEMENTAL
Sgt. Reardon #303

RADNOR DEFTS 000029

# RADNOR TWP PD
## Incident Report Form

RT-22-10812
08/12/2022

MENTAL HEALTH (EMER 302)

**COMMENTS / NARRATIVES**

Title
SUPPLEMENTAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| SGT KATHERINE REARDON | 08/12/2022 | SGT MICHAEL FISCHER | 08/12/2022 |

Approved By / On
SGT MICHAEL FISCHER                    08/12/2022

On 8/12/2022, Jeffrey Brydzinski responded to 7690 in regards to a possible squatting issue at 416 S. Ithan Avenue. I made contact with Jeffrey Brydzinski, who advised, Simona Ockley (previous property owner of the above address), has been occupying 416 S. Ithan Avenue since Wednesday, 8/10/2022. As of today's date, Brydzinski is the current owner of 416 S. Ithan Avenue. Settlement on the property was made on 7/21/2022 and Ockley received payment. The above property was deemed inhabitable by the Radnor Township Codes Department back in May of 2022. Ockley only had permission to be inside of the property to retrieve and clear out specific belongings. Ockley has yet to remove any belongings from the residence. She has removed any and all signage for legal notice and condemnation and is refusing to leave. Rockwell Custom Construction, the company attempting to do work on the property, observed Ockley arrive at 716 S. Ithan Avenue with an unidentified b/m in a yellow cab. The unidentified male was observed breaking the locks on the garage door and the back kitchen doors with a hammer on 8/10/22. Rockwell Custom advised Brydzinski, that Ockley has hindered construction for several hours. An inspector arrived for a pest inspection and she blocked his entry into the home. Ockley also contacted PECO and had the electric changed back into her name, contacted Verizon to connect phone service, and contacted Aqua. Brydzinski completed a written statement attesting to the above. Brydzinski also provided proof the home is in his name and he purchased it from Ockley. Superintendent Flanagan, Lt. Pinto, and Radnor Township Codes Department were advised.
Sgt. Reardon #303

RT-22-10812   8/12/2022   [X]   Approved By: SGT MICHAEL FISCHER   PAGE 4
IRF 1.6                              Approved On: 8/12/2022   Print Date/Time: 8/5/2024 11:06:18 AM

RADNOR DEFTS 000030