# EXHIBIT 18

# APPLICATION FOR
# INVOLUNTARY EMERGENCY EXAMINATION
# AND TREATMENT

## Mental Health Procedures Act of 1976
### Section 302

(THE BLANKS BELOW MAY BE COMPLETED FOLLOWING ADMISSION.)

12/9/60

| NAME Last | First | Middle | AGE | SEX |
|---|---|---|---|---|
| Ockley | Simona | | 61 | F |

| ADDRESS |
|---|
| 416 S Ithan Ave. Radnor PA 19085 |

| NAME OF COUNTY PROGRAM | NAME OF BSU | BSU NUMBER |
|---|---|---|
| | | |

| NAME OF FACILITY | ADMISSION DATE | ADMISSION NUMBER |
|---|---|---|
| | | |

**County of Delaware — AUG 1 2 2022 — Delegate Approved**

## INSTRUCTIONS

1. Part I must be completed by the person who believes the patient is in need of treatment. If this person is not a physician, police officer, the County Administrator or his delegate, he or she must request authorization or a warrant through the County Administrator.

2. If the authorization or a warrant through the County Administrator is required, call or visit the Office of the County Administrator. Authorization to take a patient for examination without a warrant is to be documented in Part II. If a warrant is required, Part III must be completed by the County Administrator or a person designated by the Administrator to sign the warrants.

3. When the patient is taken to the examination facility, the rights described in Form MH 783-A must be explained. Part IV should be signed by the person who explains these rights to the patient.

4. Part V is to be completed by the County Administrator (or representative) or by the Director of the Facility (or representative) upon arrival of the patient at the facility.

5. Part VI is to be completed by the examining physician.

6. If additional sheets are required at any point in completing this form, note on this form the number of additional sheets which are attached.

7. If the patient is subject to criminal proceedings/detention, briefly describe below.

Simona has a unknown mental health diagnosis. She was recently discharged from Bryn Mawr hospital. Simona believes she owns a house that she sold. The house is uninhabitable and there is no running water. Simona is sitting in the house with no ventilation in extremely warm temperatures. She is sitting in urine and feces and refusing to leave. She is delusional.

escribe in detail the specific behavior within the last 30 days which supports your belief (include location, date and time henever possible, and state who observed the behavior):

```
_____
_____
_____
_____
_____
_____
_____
_____
```

understand that I may be required to testify at a court hearing concerning the information I gave.

n the basis of the information I gave above, I believe that ____Simona . Ockley____
(PERSON'S NAME)

in need of involuntary examination and treatment. I request that: (Check A or B - Notice that B can only be checked by a ysician, a police officer, the County Administrator or his/her delegate).

A. [X]   The County Administrator issues a warrant authorizing a policeman or someone representing the County Administrator to take the patient to a facility for examination and treatment.

*Lisa Blake* / *Courtney Stott*        8/12/22
SIGNATURE OF APPLICANT                     DATE

Lisa Blake / Courtney Stott              484-285-5725
PRINT NAME AND ADDRESS OF APPLICANT       TELEPHONE NO.

B. [ ]   That this facility examine the patient to determine his/her need for treatment.

_____          _____
SIGNATURE OF PHYSICIAN, POLICE OFFICER        DATE
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____          _____
PRINT NAME AND TITLE OF PHYSICIAN, POLICE OFFICER   TELEPHONE NO.
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____
ADDRESS

(County of Delaware — AUG 1 2 2022 — Delegate Approved)

MH 783  4/10