# EXHIBIT 20

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF: Delaware | | POLICE CRIMINAL COMPLAINT COMMONWEALTH OF PENNSYLVANIA VS. | |
|---|---|---|---|
| Magisterial District Number: 32-1-27 MDJ Hon. HONORABLE DAVID H. LANG Address: 4855 WEST CHESTER PIKE NEWTOWN SQUARE, PA 19073 Telephone: (610) 356-7430 |  | DEFENDANT: SIMONA  First Name | (NAME and ADDRESS) OCKLEY **ORIGINAL** Middle Name   Last Name   Gen 0 |

- [ ] 1-Felony Full
- [ ] 2-Felony Ltd.
- [ ] 3-Felony Surrounding States
- [ ] 4-Felony No Ext
- [ ] 5-Felony Pend.
- [ ] 6-Felony Pend. Extradition Determ.
- [ ] A-Misdemeanor Full
- [ ] B-Misdemeanor Limited
- [ ] C-Misdemeanor Surrounding States
- [ ] D-Misdemeanor No Extradition
- [ ] E-Misdemeanor Pending
- [ ] F-Misdemeanor Pending Extradition Determ.
- [ ] Distance: _____

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | DTN/LiveScan Number | Complaint | Incident Number | Request Lab Services? |
|---|---|---|---|---|---|
| R-17-22 | 08/13/22 | R337845-4 | 9587 | RT-22-10846 | [ ] YES [X] NO |

| GENDER | DOB 12/9/1960 | POB | | Add'l DOB | Co-Defendant(s) [ ] |
|---|---|---|---|---|---|
| [ ] Male [X] Female | First Name AKA | Middle Name | Last Name | | Gen. |

| RACE | [X] White | [ ] Asian | [ ] Black | [ ] Native American | [ ] Unknown |
|---|---|---|---|---|---|
| ETHNICITY | [ ] Hispanic | | [X] Non-Hispanic | | [ ] Unknown |
| HAIR COLOR | [ ] GRY (Gray) [ ] BLK (Black) [ ] BLN (Blonde/Strawberry) | [ ] RED (Red/Aubn.) [ ] ONG (Orange) | [ ] SDY (Sandy) [X] WHI (White) | [ ] BLU (Blue) [ ] XXX (Unk/Bald) | [ ] PLE (Purple) [ ] BRO (Brown) [ ] GRN (Green) [ ] PNK (Pink) |
| EYE COLOR | [ ] BLK (Black) [ ] HAZ (Hazel) | [ ] BLU (Blue) [ ] MAR (Maroon) | [X] BRO (Brown) [ ] PNK (Pink) | [ ] GRN (Green) [ ] MUL (Multicolored) | [ ] GRY (Gray) [ ] XXX (Unknown) |

| DNA | [ ] YES [X] NO | DNA Location | | | 275 |
|---|---|---|---|---|---|
| | [ ] YES [ ] NO | | | | 5  7 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat [ ] | Registration Sticker (MM/YY) | Comm'l Veh. Ind. [ ] | School Veh. [ ] | Oth. NCIC Veh. Code | Reg. same |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | as Def. [ ] |

Office of the attorney for the Commonwealth  [ ] Approved  [ ] Disapproved Because: _____

The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P.507.)

| Name of the attorney for the Commonwealth | (Signature of the attorney for the Commonwealth) | (Date) |
|---|---|---|

I, **BROWN, BRIAN**     304021     140
 (Name of the Affiant)          PSP/MPOETC-Assigned Affiant ID Number and Badge #
of **RADNOR TWP PD**          **PA0232600**
 (Identify Department or Agency Represented and Political Subdivision)  (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. [X] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as _____
   [ ] I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [_____]  _____
          (Subdivision Code)     (Place-Political Subdivision)
**416 S ITHAN AV   VILLANOVA, PA 19085**

in **Delaware**         County [_____]  on or about **08/13/2022**
              (County Code)          (Offense Date)

AOPC 412A - Rev. 12/21                    Page 1 of 5

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint | Incident Number |
|---|---|---|---|---|
| | 08/13/2022 | R337845-4 | 9587 | ORIGINAL |
| | First: SIMONA | Middle: | Last: OCKLEY | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered 1 through 8.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing of confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited. (Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

August 13, 2022                           #740
_____         _____
(Date)                                 (Signature of Affiant)

AND NOW, on this date 8/13/2022 I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

32-1-27                                             32-2-53
(Magisterial District Court Number)     (Issuing Authority)



Aug. 13. 2022  7:07PM                                                                 No. 2199  P. 3/16



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 08/13/2022 | OTN/LiveScan Number R337845-4 | Complaint 9587 | ORIGINAL |
|---|---|---|---|---|
| | First: SIMONA | Middle: | | Last: OCKLEY |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Over _____ |
|---|---|---|---|---|

| ☒ Lead? | Offense # 1 | Section 3503 | Subsection A1! | of the | PA Statute (Title) 18 | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|

| | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |

Statute Description (Include the name of the statute or ordinance):
**Crim Tres-Enter Structure**

Acts of the accused associated with this Offense:

The actor knowing that he was not licensed or privileged to do so, entered a building or occupied structure or separately secured or occupied portion thereof, namely, 416 S. ITHAN in violation of Section 3503(a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. 3503(a)(1).

| | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Over _____ |
|---|---|---|---|---|

| ☐ Lead? | Offense # 2 | Section 3502 | Subsection A4 | of the | PA Statute (Title) 18 | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|

| | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |

Statute Description (Include the name of the statute or ordinance):
**Burglary - Not Adapted for Overnight Accommodation, No Perso**

Acts of the accused associated with this Offense:

Burglary - Not Adapted for Overnight Accommodation

| | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Over _____ |
|---|---|---|---|---|

| ☐ Lead? | Offense # 3 | Section 3503 | Subsection B1! | of the | PA Statute (Title) 18 | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|

| | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |

Statute Description (Include the name of the statute or ordinance):
**Def Tres Actual Communication To**

Acts of the accused associated with this Offense:

The actor knowing that he was not licensed or privileged to do so, entered or remained in a place, namely, 416 S. ITHAN as to which notice against trespass was given by actual communication to the actor, namely, COURT ORDER in violation of Section 3503(b)(1)(i) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3503(b)(1)(i).

Case 2:24-cv-04070-GAW    Document 36-20    Filed 07/28/25    Page 5 of 7



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 08/13/2022 | OTN/Livescan Number R337845-4 | Complaint 9587 | Incident Number |
|---|---|---|---|---|
| | First: SIMONA | Middle: | Last: | ORIGINAL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Over _____ | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Lead? | 4 Offense # | 3304 Section | A1 Subsection | of the | 18 PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |

Statute Description (Include the name of the statute or ordinance):
Crim Misch/Dmg Prop Intent, Reckless, Or Neglig

Acts of the accused associated with this Offense:

The actor intentionally damaged tangible property of another, namely in the employment of fire, explosives, or other dangerous means listed in Section 3302(a)(relating to causing or risking catastrophe) causing a pecuniary loss in excess of $500.00 in violation of Section 3304 (a)(1) and (b) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3304(a)(1) and (b), as amended. The actor damaged tangible property of another, intentionally, recklessly, or by negligence in the employment of fire, explosives, or other dangerous means listed in Section 3302(a)(relating to causing or risking catastrophe) causing or risking catastrophe) in violation of Section 3304 (a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3304(a)(1), as amended. The actor intentionally damaged tangible property of another, namely in the employment of fire, explosives, or other dangerous means listed in Section 3302(a)(relating to causing or risking catastrophe) causing a pecuniary loss in excess of $5,000.00 or causing a substantial interruption or impairment of public communications, transportation, supply of water, gas or power, or other public service, in violation of Section 3304 (a)(1) and (b) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3304(a)(1) and (b), as amended.

96

AOPC 412A - Rev. 12/21

Page 4 of 8

CONFIDENTIAL



# Confidential Information Form
## Criminal Complaint

ORIGINAL

Complete the defendant's SSN information if known. If this form is submitted as part of a Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos should also be completed if known.

| Docket Number: | Date Filed: 08/13/2022 | OTN/LiveScan Number R337845-4 | Middle: | Complaint 9587 | Incident Number RT-22-10846 |
|---|---|---|---|---|---|
| | First: SIMONA | | | Last: OCKLEY | |

| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 91 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

Scars, Marks, Tattoos (NCIC Codes)

Pursuant to the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This information pertains to: | Confidential Information: | Reference in filing: |
|---|---|---|
| OCKLEY, SIMONA | Social Security Number (SSN) 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 | Alternate Reference: SSN1 |
| (full name of adult) OR This information pertains to a minor with the initials _____ and the full name of | Financial Account Number (FAN) | Alternate Reference: FAN1 |
| | Driver's License Number (DLN) 27589603 | Alternate Reference: DLN1 |
| (full name of minor) and date of birth _____ | Driver's License State (DLN) PA | |
| | Driver's License Expires (DLN) 12/10/2025 | |
| | State Identification Number (SID) | Alternate Reference: SID1 |

___ Additional page(s) attached. ___ total pages are attached to this filing.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing of confidential information and documents differently than non-confidential information and documents.

Signature of Attorney or Affiant

Name: BROWN, BRIAN

Address: RADNOR TWP PD
301 IVEN AV
WAYNE, PA 19043

Date

Attorney Number (if applicable) _____

Telephone: _____

Email: _____

OPC 412A - Rev. 12/21

**CONFIDENTIAL**

Page 5 of 8

Aug. 13. 2022  7:08PM                                                                 No. 2133   P. 9/16

NOTE: Parties and attorney of record in a case will have access to this Confidential Information form. Confidentiality of this form must be maintained.

**CONFIDENTIAL**  Confidential Information Form
Criminal Complaint

ORIGINAL

Additional pages (if necessary)

| This information pertains to: | Confidential Information: | Reference in filing: |
|---|---|---|

100

OPC 412A - Rev. 12/21                                                                                    Page ___ of ___