# EXHIBIT 21

## Police Criminal Complaint

ORIGINAL

| Docket Number: | Date Filed: 08/13/2022 | OTN/LiveScan Number R337845-4 | | Complaint 9587 | Incident Number RT-22-10846 |
|---|---|---|---|---|---|
| | First SIMONA | | Middle: | Last: | OCKLEY |

## AFFIDAVIT OF PROBABLE CAUSE

On 08/12/2022 the homeowner of 416 S. Ithan Av. advised of an unwanted subject living in the residence. The subject is known as Simona Ockley and no longer resides at the listed address. The residence was condemned in May of 2022 and Ockley was not allowed to reside in the residence. Ockley sold the residence on July 15th, 2022, to the current homeowner and was advised she could remove personal items from the residence only with permission from the new property owner and only until 4:00pm.

On August 9th, 2022, the property owner was advised Ockley, with the assistance of a taxi driver, broke all locks off of all the doors with a hammer, and removed all of the notice of condemnation from the building. Ockley refused to leave the home and locked the owner/construction crew out of the home. Ockley informed the homeowner she was coming back to live in the residence. Ockley, within the next couple of days, continued to interfere with construction crews and refused to allow access to the home by inspectors. On 8/12/22 the property owner received a phone call advising that PECO service was taken out of his name and put into Ockley's ( the PECO was turned off, since the home is being demolished in 2-3 weeks). When Ockley changed the account, the scheduled meter disconnect was also terminated. Ockley also attempted to restore water service by calling Aqua and even had Verizon at the home attempting to restore service. Ockley has been living in the home, which is condemned and she does not have permission from the current homeowner.

On 8/12/22, the homeowner requested Radnor Police respond to the address and speak to Ockley. Ockley was indeed living in the home the past few days. Ockley did not appear to be making any progress with removing items from the home. The house was extremely hot, has no running water, and Ockley was still in a hospital gown (she was discharged from the hospital on 8/8/22). The house only had a small pathway to a couch, where Ockley appeared to be sleeping and trash bags on both sides of the path. Ockley was on the phone with Aqua when police arrived, trying to restore service. Radnor Police attempted to explain to Ockley that she could not live in the residence, but she continually refused to leave. Ockley was also sitting in her own fecal matter. It appeared Ockley did not want to take care of herself, so we had Mobile Crisis respond. An involuntary commitment was signed and Ockley was transported to the hospital for assistance. Prior to hospital transport, Ockley was advised several times she has no right to the property and can't live in it. Ockley was advised, several times, if she returned to the property, she would be considered trespassing.

On 8/13/22, at the request of the homeowner, Ofc. Cocco checked on the residence. While checking the residence, the plywood erected by the homeowner, preventing access to the home, was unscrewed from the garage. No access to the house was gained through the garage, but the attempt was made. As Ofc. Cocco went to check the rear of the residence, Ockley was observed sitting on the back porch in her hospital gown. Ockley advised she was waiting for a friend to come and help her get into the house. Ockley was advised she is not allowed to be on the property or house, as she was advised on 8/12/22. Ockley refused to leave the residence and was subsequently arrested.

Based on the aforementioned facts, I request Simona Ockley answer to the charges brought against her.



# Police Criminal Complaint

ORIGINAL

| Docket Number | Date Filed | OTN/Livescan Number | Complaint | Incident Number |
|---|---|---|---|---|
|  | 08/13/2022 | R337845-4 | 9567 | RT-22-10846 |
|  | First: SIMONA | Middle: | Last: OCKLEY | |

## AFFIDAVIT OF PROBABLE CAUSE

I, BRIAN BROWN, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING OF CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NO-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_R B #196_
(Signature of Affiant)

Sworn to me and subscribed before me this 13 day of August, 2022.

Date _Alu Marcantine_, Magisterial District Judge

My commission expires first Monday of January, 2028

99