# EXHIBIT 23

# RADNOR TWP PD
# Incident Report Form

RT-22-10812
08/12/2022
MENTAL HEALTH (EMER 302)

**COMMENTS / NARRATIVES**

| Title | | | |
|---|---|---|---|
| SUPPLEMENTAL | | | |
| Narrative Created By / Created On | | Narrative Updated By / Update On | |
| OFC JENNIFER COCCO | 08/12/2022 | OFC JENNIFER COCCO | 08/14/2022 |
| Approved By / On | | | |
| SGT MICHAEL FISCHER | | 08/12/2022 | |

On 8/12/2022 Lt. Pinto, Sgt. Fischer, Ofc. McHale, and I responded to 416 S. Ithan Av. to make contact with Ockley. Prior to response, Lt. Pinto contacted Mobile Crisis, who also arrived on scene with officers. We made contact with Ockley, who was still in her hospital gown. The home was full of unknown items and there was only a small path from the porch door to the area Ockley was sitting. Ockley also had the cable service to the home restored, as she was watching TV when we arrived. There was also a stench of raw sewage, as Ockley confirmed there was no running water in the home. There was also no ventilation to the home and the temperature inside was extremely hot. The floor was also caving in, as there was a large hole in the kitchen floor. We attempted to explain to Ockley the home was not only condemned, but legally not hers anymore. Ockley kept stating she has a court order and she can be inside the home. The court order Ockley is speaking about states the home is condemned and she is able to get belongings out of the home, as it is not owned by her anymore. Ockley was given several attempts to leave voluntarily, but kept shouting the police were in her home "fraudulently". Mobile Crisis did speak to her and observed Ockley's behavior, which they deemed enough to have Ockley 302'd. The 302 paperwork was signed by mobile crisis staff and RFC/A was called to transport Ockley, since she could not be transported safely in a police vehicle (walker, cane, Ace bandage on her leg, body fluids on her clothes, etc.). Ockley initially resisted leaving her home, but with some slight coercion and assistance with sitting up from the sofa, she walked outside to an awaiting stretcher. I followed RFC/A and Ockley to Crozer ER, where they were provided the 302. Ockley was turned over to Crozer staff without further incident.

I did contact homeowner, Jeff Brydzinski, about the possibility Ockley could be released from the hospital, if the crisis doctor did not think she needed assistance. Brydzinski advised he was having contractors board up all entrances and requested added patrol to the residence. Brydzinski advised no one should be at the house after dark or over the weekend. Brydzinski is also putting up new no trespassing and condemned signs at the home. Brydzinski is demolishing the home in the next two weeks and Ockley being in the home is unsafe.
ASSIST: Lt. Pinto, Sgt. Fischer, McHale.
Cocco #94

RT-22-10812    8/12/2022    [X]    Approved By: SGT MICHAEL FISCHER    PAGE 5
IRF 1.6                              Approved On: 8/12/2022               Print Date/Time: 9/5/2024 11:08:18 AM

RADNOR DEFTS 000031