# EXHIBIT 1

**In the Matter Of:**

*SIMONA OCKLEY vs*

*TOWNSHIP OF RADNOR, et al.*

---

*SIMONA OCKLEY*

*March 11, 2025*

---



1

        IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SIMONA OCKLEY              :   CIVIL ACTION
            Plaintiff,     :   NO. 2:24-cv-04070
                           :
     vs.                   :
                           :
TOWNSHIP OF RADNOR, JENNIFER:
COCCO, JOSEPH PINTO, BRADY  :
MCHALE, BRIAN BROWN, JEFFREY:
BRYDZINSKI, TYLER PRETE and :
ROCKWELL-GLYNN, LP         :
            Defendants.     :

                ------

        Tuesday, March 11, 2025

                ------

        Remote Deposition of SIMONA OCKLEY, held
at Marshall Dennehey, P.C., 2000 Market Street,
Suite 2300, Philadelphia, Pennsylvania, at 10:12
a.m., on the above date, before Jan Singer Brooks,
Court Reporter and Notary Public.

                ------

            Lexitas Philadelphia
             1600 Market Street
                Suite 1700
             Philadelphia, PA 19102

                ------

2

APPEARANCES


SCHROM AND SHAFFER
BY:  GERARD K. SCHROM, ESQUIRE
4 West Front Street
Media, PA 19063
ph:  610.565.5050
gschrom@schromandshaffer.com
Counsel for Plaintiffs


MARSHALL DENNEHEY, P.C.
BY:  JOHN P. GONZALES, ESQUIRE
2005 Market Street
Suite 2300
Philadelphia, PA 19103
ph:  215.575.2871
jpgonzales@mdwcg.com
Counsel for Defendants, Radnor Township, Jennifer
Cocco, Joseph Pinto, Bradyd McHale and Brian Brown


SPRUCE LAW
BY: TODD BARTOS, ESQUIRE
1622 Spruce Street
Philadelphia, PA 19103
ph: 267.546.0600
tb@sprucelaw.com
Counsel for Defendants, Jeffrey Brydzinski, Tyler
Prete and Rockwell-Glynn, LP
(Via Teams)


------

Simona Ockley - March 11, 2025

3

INDEX

WITNESS: SIMONA OCKLEY

EXAMINATION

PAGE

By MR. GONZALES                              5

By MR. BARTOS                              234


------


TRANSCRIPT MARKED


| LINE | PAGE | LINE | PAGE |
|------|------|------|------|
| 26   | 5    | 82   | 13   |


------


EXHIBITS


| NO. | DESC. | PAGE |
|-----|-------|------|
| Ockley-1 | 4/26/22 Photograph | 90 |
| Ockley-2 | 7/15/22 Order | 105 |
| Ockley-3 | 8/9/22 Order | 123 |
| Ockley-4 | 5/6/22 Photograph | 135 |
| Ockley-5 | Locksmith Services Invoice | 137 |
| Ockley-6 | Fax to Aqua PA | 150 |
| Ockley-7 | 8/26/22 Handwritten Note | 216 |

EXHIBITS (Continued)

Simona Ockley - March 11, 2025

4

| NO. | DESC. | PAGE |
|-----|-------|------|
| Ockley-8 | Legal Notice | 222 |
| Ockley-9 | Property Maintenance Violation | 224 |
| Ockley-10 | Notice of Condemnation | 225 |
| Ockley-11 | Property Maintenance Violation | 227 |

------

Simona Ockley - March 11, 2025

5

```
 1                      - - -
 2                   PROCEEDINGS
 3                      - - -
 4          (It is hereby stipulated and agreed by
 5       and among counsel for the respective
 6       parties that the reading, signing, filing,
 7       sealing and certification of the deposition
 8       are waived; and it is agreed that all
 9       objections, except as to form, are reserved
10       until the time of trial.)
11                      - - -
12             SIMONA OCKLEY, after having been
13       first duly sworn, was examined and testified
14       as follows:
15                      - - -
16                   EXAMINATION
17                      - - -
18   BY MR. GONZALES:
19       Q.   Ms. Ockley, my name is John Gonzales.
20   We met a little bit before we started your
21   deposition.  I represent the Radnor Township
22   defendants in the lawsuit that you filed against
23   them.
24             We are here today to take your
25   deposition which is an opportunity for the lawyers
```

1   who are involved in the lawsuit to ask you

2   questions under oath regarding any information

3   that you might have that would be relevant to your

4   case.

5            Before I start asking you

6   questions, however, I have a couple of

7   instructions.  You will note that there is a court

8   reporter seated to your left.  She is taking down

9   my questions and your answers.  She can't take

10  down nods of the heads or ah-huhs or uh-uhs, so

11  it's important that you give verbal responses to

12  my questions.

13           Do you understand that instruction?

14      A.   I do understand, sir.

15      Q.   The second instruction is if you could

16  just wait until I finish asking a question before

17  you give an answer.  You may be able to anticipate

18  some of the questions that I am going to ask you

19  today but it makes it a lot easier on the court

20  reporter if only one of us is talking at once.

21           Do you understand that instruction?

22      A.   Yes, sir.

23      Q.   And the third instruction is if you

24  don't hear or understand a question that I ask,

25  just ask me to rephrase the question.  Because if

Simona Ockley - March 11, 2025

7

```
1    you answer it I will assume that you heard it and
2    that you understood it.
3              Do you understand that instruction?
4         A.   Yes, sir.
5         Q.   Is there any reason why you would not be
6    able to testify truthfully today?
7         A.   No, I have no reason not to testify.
8         Q.   Can you state your full name, please?
9         A.   My name is Simona, S-I-M-O-N-A, and last
10   name Ockley, O-C-K-L-E-Y.  And there is a second
11   name N-E-G-U-D.
12             MR. SCHROM:  Excuse me for a
13        moment.  Todd, can you hear her?
14             MR. BARTOS:  I can.  I just have to
15        kind of lean in but yes, I can hear her.  I
16        am putting my mic on mute just so that I
17        don't trip the microphone.
18             MR. SCHROM:  Simona, if you could
19        keep your voice up that would be helpful.
20   BY MR. SCHROM:
21        Q.   Ms. Ockley, what is your date of birth?
22        A.   My date of birth is 12/9/60.
23        Q.   And where do you live?
24        A.   I live in Media, Pennsylvania 19063.
25        Q.   And what is the address?
```

Simona Ockley - March 11, 2025

8

1      A.   Is the address is 300 South Providence

2   Road, Apartment 106.

3      Q.   And do you rent or own that?

4      A.   No, I -- this actually it's an address

5   to a hotel.

6      Q.   It's a hotel, okay.  And what's the name

7   of the hotel?

8      A.   Media Inn.

9      Q.   Do you live there with anyone?

10     A.   No, by myself.

11     Q.   And how much are you paying to stay at

12  the Media Inn?

13     A.   $100 a day.

14     Q.   How long have you been living there?

15     A.   I was living over there from when I was

16  released from George W, Hill, which was

17  September 2, 2022.

18     Q.   And is there any particular reason why

19  you are living in a hotel rather than an

20  apartment?

21     A.   Because I live over there.  It was --

22  first of all, I did not know where to go.  Release

23  from George W. Hill it was 9:00 p.m. almost in the

24  evening and I didn't know where to go.  So I

25  choose this place to stay because they have

1  accommodation for handicapped person.  It's

2  accommodation how I enter into the place and also

3  there is a bathroom accommodated for a handicapped

4  aided person.

5      Q.   Does it have a kitchen?

6      A.   No, they do not have a kitchen.

7      Q.   And so how -- what do you eat for food?

8  How do you eat?

9      A.   I purchase food from the store and I

10  just store it in a smaller refrigerator that they

11  have into the room.

12      Q.   Is there any reason why -- you have been

13  living there since September of 22.  It's now

14  March of '25, so over two years.  Have you looked

15  to find an apartment that can accommodate your

16  disability since then?

17      A.   I looked.  I talked with somebody

18  regarding finding a place and I did not find a

19  place that did not have access to the -- most of

20  them, they have a bathtub and I cannot go into a

21  bathtub.

22      Q.   Okay.

23      A.   So I have no access to a bathroom that

24  has shower at the level with a restroom the same

25  level.

Simona Ockley - March 11, 2025

10

1        Q.   And are you currently employed?

2        A.   No, I am not.

3        Q.   When was the last time you worked

4    outside the home?

5        A.   I think it was before Covid.

6        Q.   And what did you do for a living?

7        A.   I do consulting.  I'm a mechanical

8    engineer and I do consulting work.

9        Q.   And how do you support yourself

10   financially today?

11       A.   Right now I have Social Security.

12       Q.   Do you have any type of pension or

13   retirement benefits?

14       A.   Right now I have a pension coming from

15   Navy.

16       Q.   Is that through your husband --

17       A.   Yes.

18       Q.   -- or from you?

19       A.   Through my husband.

20       Q.   And what was your husband's name?

21       A.   My husband's name was Reginald F.

22   Ockley, Jr.

23       Q.   And he's passed away?

24       A.   Yes, he did pass away, sir.

25       Q.   When did he pass?

Simona Ockley - March 11, 2025

11

1      A.    He did pass away on 19th of May, 2025.

2      Q.    It's not -- it's not May of '25 yet.  So

3    do you know what year it was?  You said May 19 of

4    '25.

5      A.    I'm sorry.  He did pass away May 18,

6    2005.

7      Q.    2005, okay.

8      A.    I do apologize for the mistake.

9      Q.    You don't need to apologize.

10            Do you have any children?

11      A.    No, I do not, sir.

12      Q.    Where did you live before you were taken

13    to George W. Hill?

14      A.    I was living at 416 South Ithan Avenue

15    in Villanova, Pennsylvania 19085.

16      Q.    When did you buy that -- strike that.

17            Did you own that house or rent it?

18      A.    I was owning the house.

19      Q.    Did you purchase that house with your

20    husband?

21      A.    My husband lived on that property for --

22    he did purchase the lot in 1952.

23      Q.    When did you get married to him?

24      A.    On 2002, May, 2002.

25      Q.    When did you start living at that house?

Simona Ockley - March 11, 2025

12

1      A.   I start living at that house in 2000 --

2   in 2000.

3      Q.   Were you married before you married

4   Mr. Ockley?

5      A.   No, I was not married.

6      Q.   When did you come to the United States

7   permanently?

8      A.   In 1999.

9      Q.   And where did you grow up?

10      A.   In Bucharest, Romania.

11      Q.   You lived in the city?

12      A.   I lived in Philadelphia.

13      Q.   Did you live in Bucharest, though?

14      A.   Yes, sure.

15      Q.   I can't remember.  What was the year

16   that the Ceausescus were overthrown?

17      A.   1989.

18      Q.   And you were living there at the time?

19      A.   Yes, sir.

20      Q.   You weren't at the plaza when he was

21   giving his speech, his last speech, were you?

22      A.   We were all of us outside fighting, all

23   of us.

24      Q.   So I want to take you back to -- you

25   started living in the house you said sometime in

Simona Ockley - March 11, 2025

13

1    2000; is that correct?

2         A.   Yes, but not permanent because I have

3    had my own place in Philadelphia.

4         Q.   Okay.  And the place in Philadelphia,

5    did you rent or own it?

6         A.   Rent.  I was renting.

7         Q.   So when you moved in permanently with

8    your husband at the Ithan Avenue house, did you

9    own any property anywhere else?

10        A.   Not myself.  My husband have had a

11   house, I don't remember the city in Florida.  He

12   owned a property in Florida.

13        Q.   Do you know what happened to that

14   property?

15        A.   I think it was a hurricane and he got a

16   lot of damage and he decided to bring all his

17   belongings, whatever it was on that property back

18   to the main property which was located in

19   Villanova.

20        Q.   And did that happen after you had moved

21   into the property at Villanova?

22        A.   No, no, prior me, prior me moving in.

23        Q.   So once he moved the belongings from the

24   Florida property up to Villanova, do you know what

25   happened to the property down in Florida?

Simona Ockley - March 11, 2025

14

1     A.   I don't know.

2     Q.   Did he still own that when you were

3   married to him?

4     A.   No.

5     Q.   Do you know if he sold it or what he did

6   with it?

7     A.   I don't know.

8     Q.   But you personally, have you owned any

9   other property --

10    A.   No.

11    Q.   -- other than --

12    A.   No, sir.

13    Q.   Remember, you have to wait until I

14   finish asking the question.  We can't talk over

15   each other.  So let me ask the question again.

16    A.   I do apologize for that.

17    Q.   You don't have to apologize.

18              Off the record.

19              (A brief recess was held at this

20        time.)

21   BY MR. GONZALES:

22    Q.   Have you owned any other property other

23   than the Ithan Avenue property in Villanova?

24    A.   No, sir.

25    Q.   At any time that you were living at the

Simona Ockley - March 11, 2025

15

1  Ithan Avenue property did you have any renters or

2  borders, people that stayed and paid you to live

3  there?

4      A.    No, sir.

5      Q.    While you lived at the Ithan Avenue

6  property who took care of the grass, cutting the

7  lawn?

8      A.    Before my husband passed away he was

9  very active and he was the person in charge of

10  outside work and I was the person inside doing the

11  chores.

12      Q.    Okay.  After your husband passed away

13  who took care of the lawn?

14      A.    I have had a man coming and cutting the

15  lawn.

16      Q.    And who was that?

17      A.    His name was Miguel.

18      Q.    And when was the last time Miguel came

19  to the property to cut the lawn?

20      A.    Maybe in 2001.  No.  I'm sorry.  2021.

21      Q.    So between 2021 and when you went to the

22  hospital in -- what was it, April of 2022?

23      A.    That's correct.

24      Q.    -- did anybody cut the lawn?

25      A.    No, nobody cut the lawn because the lawn

Simona Ockley - March 11, 2025

16

1    did not grow.  It was a very hard winter and the

2    lawn did not come up high at that time.  In

3    general, I think we start mowing the lawn in the

4    beginning of May.

5         Q.   Okay.  And this Miguel, does he have a

6    last name?

7         A.   I don't recall his name.

8         Q.   Did he work for a company?

9         A.   Yes.

10        Q.   Do you know the name of the company?

11        A.   I don't recall that.  But he was

12   employed with a company and the company, the

13   company sent him to my place.

14        Q.   And how did you pay for the lawn

15   service?

16        A.   With a check.

17        Q.   And what was the bank account that the

18   check was drawn from?  What bank was it at?

19        A.   I don't remember.  I think maybe Bryn

20   Mawr Trust.

21        Q.   And do you still have that bank account?

22        A.   I don't think so.

23        Q.   Would you be able to provide your

24   attorney with the bank account information for

25   that bank account at Bryn Mawr Trust?

Simona Ockley - March 11, 2025

17

1      A.   I will try but I am not sure.

2      Q.   Okay.  What -- whose name was that bank

3  account in?

4      A.   It was on my husband name and my name.

5      Q.   And did you have any type of contract

6  with the lawn service, in other words, like it was

7  understood that they would cut throughout a

8  certain period of time?

9      A.   No, I do not have a contract.  They --

10  when they did work for other customers in Radnor

11  Township they stop and cut the lawn to my

12  property, too.

13      Q.   How -- at the beginning of each season

14  would they just come automatically to cut your

15  lawn or did you have to call them or contact them

16  to tell them to start doing the lawn service for

17  the next coming year?

18      A.   Sometimes they contacted me and they let

19  me know they are on the way and they will come and

20  cut, mow the lawn.

21      Q.   What was the plan for 2022 for the lawn

22  service, if you had one?

23      A.   I did not have a plan for -- yet for

24  2022.  Because in general, if I recall, I think

25  they start mowing the lawn all the time in May.

Simona Ockley - March 11, 2025

18

1      Q.    Okay.

2      A.    Never before that time.

3      Q.    And did the lawn service cut the lawn at

4   any time in 2022?

5      A.    In '22, no, they did not come because,

6   first of all, I was not home being in the hospital

7   from April 21 and there is no way to contact me

8   for future work.

9      Q.    And you didn't contact them to tell them

10  to come and cut the lawn; is that correct?

11     A.    That's correct.

12     Q.    Describe for me the condition of the

13  home on Ithan Avenue before you went to the

14  hospital at Bryn Mawr.

15     A.    I was in the process of moving, selling

16  the property and moving.  And for this matter, the

17  house, being in the process of moving, I tried to

18  bring all my belongings that there were in the

19  back of the house closer to the front of the house

20  or closer to garage door to car when I have

21  access.  And for that matter, of course the living

22  room, the dining room was crowded with items.

23     Q.    Where were you moving to?

24     A.    I -- my intention was to sell the

25  property, sell the belongings or donate or give to

Simona Ockley - March 11, 2025

19

1  my friends, and after that move to Bucharest,

2  Romania.

3      Q.   Do you still have family in Bucharest?

4      A.   That's correct, my parents and my

5  brother.

6      Q.   What are your parents' names?

7      A.   My parents' names are N-E-G-U-D, and the

8  first name I-O-N.  And my mother's name is

9  A-U-R-I-N-A and N-E-G-U-D.

10     Q.   And how many brothers do you have?

11     A.   Only one brother.

12     Q.   And what is your brother's name?

13     A.   Christian.

14     Q.   Were you planning to move in with your

15  parents or to move somewhere else?

16     A.   No, my parents, they own their own

17  property.

18     Q.   And did you have a date in mind where

19  you were going to move to Bucharest?

20     A.   Yes, I intended and also I talk with the

21  person that would purchase my property that I

22  intend by late spring to sell the property and to

23  move out from the property so maybe in the

24  beginning of summer I will be overseas.

25     Q.   And when you say beginning of summer,

Simona Ockley - March 11, 2025

20

1    what year are you talking about?

2        A.    2022.

3        Q.    Had you purchased a plane ticket?

4        A.    Not yet.

5        Q.    Were you going to ship or send any of

6    your personal belongings to Bucharest?

7        A.    That's correct, sir.

8        Q.    And what items were you planning on

9    sending to Bucharest?

10       A.    I have had in the garage items that I

11   had purchased prior which were some dehumidifiers,

12   electronics.  All the items that I had purchased

13   they were still in boxes.

14       Q.    Were these items that you had purchased

15   in 2022?

16       A.    No, prior to that year.

17       Q.    Okay.  You said they were still in

18   boxes.  Had these ever been removed from the

19   boxes?

20       A.    No, they were not removed from the boxes

21   since I intended to ship them over there.  They

22   were brand new items.

23       Q.    And do you have receipts for any of

24   these items?

25       A.    Right now in the process of moving

Simona Ockley - March 11, 2025

21

1    everything it seems that was misplaced.  I have no

2    record.

3        Q.   How did you purchase these items, by

4    cash or by credit card?

5        A.   From local store.  Some of them were

6    with cash and some of them with credit card.

7        Q.   What credit card did you use to purchase

8    these items?

9        A.   I don't remember which one.  I cannot

10   recall which credit card because some of them are

11   already -- the accounts are already closed.  So

12   being prior 2022 purchases, some of the credit

13   cards that I purchased the item, the accounts are

14   closed.

15       Q.   Okay.  So give me an example of a credit

16   card that you had that you closed.

17       A.   Yes.  It's a Mastercard with Sears.

18       Q.   Sears closed years ago.  When did you

19   purchase items from Sears?

20       A.   No, no.  It was the name of the card was

21   a Sears credit card Mastercard.  And they did not

22   close on the time when the Sears store.  It was a

23   credit company which has the name for their credit

24   card Sears.  It's still on right now.

25       Q.   Okay.  And what did you purchase with

Simona Ockley - March 11, 2025

22

1    the Sears Mastercard?

2         A.   I cannot recall.

3         Q.   Do you have any information of what the

4    number was, the account number for the Sears

5    Mastercard?

6         A.   I remember only the last four digits.  I

7    think it was 5154.

8         Q.   And was this in your name?

9         A.   Yes.

10        Q.   So just so I have got this correct, you

11   purchased items with a Sears Mastercard that you

12   did not open that you planned to send or bring

13   with you to Bucharest and you were storing those

14   items in your garage until you moved; is that

15   correct?

16        A.   I did not understand the question.  You

17   said that I did not open.  I did not open the

18   credit card or I did not open the boxes?

19        Q.   The boxes.

20        A.   Yes, that's correct, sir.

21        Q.   Okay.  But as you sit here today you

22   can't recall specifically what items you purchased

23   with that Sears card; is that correct?

24        A.   Yeah, that's correct, sir.

25        Q.   Were there any other -- and you believe

Simona Ockley - March 11, 2025

23

1   that you have closed out the Sears Mastercard

2   account; is that correct?

3       A.   Yes, for a long time.  I think it was

4   2001 or 2000.

5       Q.   So the items that you purchased with

6   that credit card you were storing in your garage

7   for over 20 years?

8       A.   I said I closed the credit card on 2021

9   or 2000.

10      Q.   All right.

11      A.   Excuse me.  Or 2020.  I do apologize.

12      Q.   Okay.  You had said 2001 before.

13      A.   I do apologize for that.

14      Q.   No worries.  So you closed that Sears

15  Mastercard account in either 2020 or 2021; is that

16  correct?

17      A.   That's correct, yes.

18      Q.   And why did you close that account?

19      A.   I don't recall, sir.  I don't recall.

20      Q.   Did you purchase these unopened items,

21  any other unopened items that you planned to send

22  to Bucharest with any other credit cards?

23      A.   I don't recall.

24      Q.   Did you have any other credit cards

25  besides the Sears Mastercard in 2022?

Simona Ockley - March 11, 2025

24

1       A.   Yes, I did.

2       Q.   How many credit cards did you have in

3  the spring of 2022?

4       A.   Three.

5       Q.   And what were they?

6       A.   Three.  I'm sorry.  I have two of them.

7  One it was from Visa and one it was from Discover.

8       Q.   And are those accounts still open?

9       A.   Yes, sir.

10      Q.   Did you close any other credit card

11 accounts in 2020 or 2021 --

12      A.   No, sir.

13      Q.   -- other than the Sears Mastercard?

14      A.   No, sir.

15      Q.   Did you purchase any of the items you

16 planned to send to Bucharest with the Visa card?

17      A.   I don't recall, sir.

18      Q.   Is it possible that you did?

19      A.   Maybe.

20      Q.   All right.  And would you be able to

21 give the account information to your attorney for

22 the Visa card?

23      A.   Yes, I can provide.

24      Q.   Same question for the Discover card.

25 Did you purchase any of the items you planned to

Simona Ockley - March 11, 2025

25

1   send to Bucharest with your Discover card?

2        A.   I don't recall, sir.

3        Q.   Is it possible that you did?

4        A.   Maybe.

5        Q.   All right.  And would you be able to

6   give the account information for your Discover

7   card to your attorney?

8        A.   Yes, sir.

9             MR. GONZALES:  Could you just mark

10       that, please?

11  BY MR. GONZALES:

12       Q.   Can you estimate for me how many boxes

13  of items, unopened items that you planned to send

14  to Bucharest?

15       A.   In order to send something overseas you

16  have to have a size of a box.  I think it's 14 by

17  14 by 14.  So in that box, that size you can put

18  whatever items you want to send.  So I don't send

19  the separate items each individual.  You have to

20  put them in a box 14 because that it what's

21  allowed at that time.  I don't know right now what

22  is the rule over there.

23       Q.   Right.  Earlier you said that you had

24  started to move items to plan for your move back

25  to Bucharest, correct?

26

1        A.    That's correct, sir.

2        Q.    And you mentioned that there were some

3    items that were unopened in their boxes?

4        A.    That's correct, sir.

5        Q.    Electronics and some other items,

6    correct?

7        A.    That's correct.

8        Q.    What I'm trying to find out is not the

9    packing boxes that you were going to ship them in

10   but how many unopened boxes of electronics and

11   other items did you have in -- before you went to

12   the hospital at Bryn Mawr in April of 2022?

13       A.    If I recall, I have two Bose brand new.

14   One it was open which it was on the living room,

15   so I have three Bose, DV -- excuse me, CD and AFM

16   radio.  I have had two Panasonics telephones, a

17   corded and cordless.  I have three dehumidifier

18   which were I think the company is Leveret.  I

19   remember that, Leveret.  It seems like a French

20   company.

21       Q.    Anything else that were in unopened

22   boxes that you were going to send?

23       A.    I had, I had two iPads.  I had three

24   cameras, photo cameras.  I am talking right now

25   about that I have two small TVs, like portable

27

1    small TVs.  GPX is the name of the company that

2    manufacture.  And unopened -- I have a lot of

3    other items which was open, a Sony DVD which was

4    opened but never used, along with 150, maybe 200

5    CDs and DVDs.  I have a Sony entertainment system.

6        Q.    Anything else?

7        A.    I cannot recall at this time.

8        Q.    All right.  Again, just so I'm clear,

9    these were items that you just listed that were in

10   their original boxes and unopened that you

11   purchased in the United States but planned to send

12   or bring with you to Bucharest; is that correct?

13       A.    That's correct, yes, sir.

14       Q.    Okay.  When did you buy the three Bose?

15            MR. SCHROM:  Excuse me, Bose?

16   BY MR. GONZALES:

17       Q.    Bose, right?

18       A.    Bose.

19       Q.    You said you had three Bose CD/radios?

20       A.    Yes, Bose.

21            MR. SCHROM:  B-O-S-E.

22       A.    When I did purchase?

23   BY MR. GONZALES:

24       Q.    Yes.

25       A.    Maybe 2015, '16, '17.  I think they

Simona Ockley - March 11, 2025

28

1   don't manufacture anymore these.

2        Q.   They don't.  That's why I was asking.

3        A.   Yeah.  One it was, I remember one it was

4   the color mahogany inside because they manufacture

5   different colors of the top of the Bose, and one

6   it was platinum, and one that I have it in the

7   house in the living room where I have the

8   entertainment was I think black or dark gray.

9        Q.   So if I understand this correctly, there

10  was one that you did open and you were using in

11  your living room, correct?

12       A.   That's correct.  It was on the living

13  room.

14       Q.   But there were two that you did not open

15  and you purchased them sometime in 2015, '16 or

16  '17; is that correct?

17       A.   That's correct, yes.

18       Q.   And they were unopened?

19       A.   Unopened.

20       Q.   And you said you put them in your

21  garage?

22       A.   No, they were in one of the bedrooms.

23  But I brought them down into the living room which

24  has the most items.

25       Q.   The two Panasonic phones, again, you

Simona Ockley - March 11, 2025

29

1    purchased these for the sole purpose of sending

2    them back to Bucharest?

3         A.    That's correct.

4         Q.    I guess a question I have is -- well,

5    let me just keep going.  The three dehumidifiers,

6    again, those were unopened?

7         A.    Unopened.

8         Q.    The two iPads were unopened?

9         A.    Unopened.

10        Q.    And the three cameras were unopened?

11        A.    Yes, Canon.  Yes, that's correct.

12        Q.    And the two small TVs?

13        A.    Yes, the name of the company -- actually

14   it was a TV and when you open you can put a CD or

15   a DVD player inside, very small size, maybe

16   9 inches.

17        Q.    Right.

18        A.    Or 11 inches.  GPX is the name of the

19   manufacturer.

20        Q.    And again, you purchased them solely to

21   send them or bring them to Bucharest?

22        A.    That's correct.

23        Q.    And then you mentioned the DVD player,

24   the Sony DVD player and the Sony entertainment

25   system?

Simona Ockley - March 11, 2025

30

1      A.   Yes.  And I have also in another bedroom

2   a Phillips entertainment system which was attached

3   to the wall.

4      Q.   So the Phillips one you were using?

5      A.   It was in one of the bedrooms.

6      Q.   Okay.  But the Sony entertainment system

7   you purchased solely for the purpose of bringing

8   with you to Bucharest?

9      A.   That's correct.

10      Q.   All right.  So Romania uses a different

11   electrical system than the United States, correct?

12      A.   That's correct, yes.

13      Q.   Why wouldn't you just purchase the items

14   in Europe with the different electrical system

15   than have to buy additional adapters and inverters

16   to use these items?

17      A.   I have already -- I'm sorry.  I have

18   already overseas the adapter for telephones that I

19   can plug in.  Or right now what they manufacture,

20   some of the electronics they have a device that

21   you can switch to 110.

22      Q.   Right.  But the TV --

23      A.   From 110 to 220.  I am sorry.

24      Q.   I understand.  But the Bose doesn't have

25   that, correct?

Simona Ockley - March 11, 2025

31

1      A.    I don't know.

2      Q.    Okay.

3      A.    I don't know.  Because all the time if

4  there is something that I will bring overseas we

5  use the -- there is overseas adapter to 220.

6      Q.    There are.  But I guess my question is

7  why not just purchase these items in Bucharest

8  after you moved so that you don't have to worry

9  about shipping or the adapters or anything like

10  that?

11      A.    The problem, you don't find some of

12  these items over there.  You do not find the

13  quality of the item.  I was in a local store look

14  for a telephone corded and cordless and I did not

15  find the quality of these that I did find here.

16      Q.    All right.  Did you hire any movers

17  before you went to the hospital in April of 2022

18  to assist you with packing and moving to

19  Bucharest?

20      A.    No, I did not hire any movers for

21  packing because my intention was to sort through

22  the item.  Whatever I did not need I will donate

23  to the Goodwill and some of the other items that

24  my friends wanted I will give to them and

25  that's -- that was all.  I did not need to hire

Simona Ockley - March 11, 2025

32

1    movers.  To move my items where?  So my intention

2    was to remove everything from the house by

3    donating, by giving to friends, and after that to

4    leave.  I have no intention to move in a different

5    place.  So mover has no, no purpose for my matter.

6        Q.    In April of 2022 before you went to the

7    hospital did you have a car or other vehicle?

8        A.    Yes, I did have a car.

9        Q.    And what kind of car was it?

10       A.    It's a Honda Accord 2020 -- excuse me,

11   2002.

12       Q.    2002?

13       A.    Two.

14       Q.    Okay.  And do you still own that

15   vehicle?

16       A.    That's correct, sir.

17       Q.    And are you able to drive?

18       A.    Yes, sir.

19       Q.    Currently?

20       A.    Yes, sir.

21       Q.    Prior to going to the hospital in April

22   of 2022 did you have any contact with Police

23   Officer Cocco of the Radnor Police Department?

24       A.    Can you please repeat that question?

25       Q.    Prior to going to the hospital in April

Simona Ockley - March 11, 2025

33

1   of 2022 did you have any contact with Police

2   Officer Cocco of the Radnor Police Department?

3       A.   I don't recall, sir.

4       Q.   Prior to April of 2022 when you went to

5   the hospital did you have any contact with

6   Lieutenant Pinto of the Radnor Police Department?

7       A.   No, I don't recall, sir.

8       Q.   Prior to April of 2022 did you have any

9   contact with Officer Brown of the Radnor Police

10  Department?

11      A.   I don't recall, sir, no.

12      Q.   And prior to April of 2022 did you have

13  any contact with an Officer McHale of the Radnor

14  Police Department?

15      A.   I don't recall, sir, no.

16      Q.   Prior to April of 2022 did you have any

17  contact with any member of the Radnor Police

18  Department for any reason?

19      A.   In the past I have had an issue, I think

20  it was in 2007 when the alarm of the house start.

21  It was improper function of the alarm.  It was

22  misty and a little bit of rain and the alarm was

23  outside of the house and start without my

24  knowledge.  I was at work at that time and making

25  a lot of noise around the neighborhood and I think

Simona Ockley - March 11, 2025

34

1    people called Radnor Township Police.

2              I had encounter and it was a very

3    positive encounter and very pleasant encounter

4    with Police Officer Brennan.  He advised me the

5    steps that I should take in order to resolve the,

6    I think it was a fine or citation because I

7    created noise into the neighborhood without my

8    knowledge of course.

9        Q.   And did you speak with Officer Brennan

10   in person or over the phone?

11       A.   He did come to my house and my

12   interaction with him was very, very polite and

13   very professional person.

14       Q.   Other than that encounter with Officer

15   Brennan in 2007, had you had any other contact

16   with any Radnor police officer before April of

17   2022?

18       A.   I think one time it was an issue with a

19   fence between me and some police officer came.

20   But I don't know who it was.  It was regarding

21   fence between me and the person that is on my left

22   side how you look from the street to my property.

23   But I do not know their names.  It was just to

24   check because they -- the fence company left a lot

25   of debris on to my property.  But I don't think I

Simona Ockley - March 11, 2025

                                                                    35
1   called the police officer.  I think they were on

2   the street.  I don't recall that.

3       Q.   Do you remember what year that was?

4       A.   Maybe 2017, '16, '18.  I do not recall

5   that, sir.

6       Q.   And do you remember the name of the

7   officer?

8       A.   No.

9       Q.   And do you remember how the officer

10  acted?  Was he -- did he --

11      A.   I think they were a young police officer

12  but very young and polite officer.

13      Q.   Prior to April of 2022 had you ever been

14  arrested by any police department?

15      A.   No, sir.  I am an American citizen with

16  no prior records.

17      Q.   Prior to April of 2022 had you ever been

18  stopped for any reason by any police officer

19  anywhere?

20      A.   No, sir.

21      Q.   Prior to April of 2022 did you have any

22  interaction with anyone from Radnor Township about

23  anything?

24      A.   Regarding police officer or other --

25      Q.   About anything, whether it's your yard,

Simona Ockley - March 11, 2025

36

1    the property, trash pick up, anything.

2        A.   I think one time I went myself to the

3    Radnor Township regarding lights that were coming

4    from a property towards my property.  It was a

5    very bright light coming to my bedroom.  So for

6    that reason, to ask how they can direct that light

7    so it will be not so bright to my bedrooms.

8        Q.   And did they tell you what to do?

9        A.   Yeah, yeah, yeah.  It was resolved.  It

10   was not a problem.

11       Q.   Do you remember when that was?

12       A.   Maybe 2015.

13       Q.   Do you remember who you spoke to?

14       A.   I think it was a person like from Public

15   Services.  I don't know.

16       Q.   Public Works Department?

17       A.   Yes, maybe somebody like that.

18       Q.   But as you sit here today you don't

19   remember their name?

20       A.   No, I do not recall that, sir.

21       Q.   And again, was your interaction with

22   that person --

23       A.   Pleasant.

24       Q.   -- professional?

25       A.   I have no, no complaint.

Simona Ockley - March 11, 2025

37

```
1        Q.   Other than this lawsuit -- I understand
2   that you have got lawsuits involving the property
3   owner, those folks.  Putting that aside, have you
4   filed any other lawsuits?
5                MR. SCHROM:  Do you want to be more
6        specific?
7                MR. GONZALES:  I'm trying to be not
8        specific and as inclusive as I can.
9   BY MR. GONZALES:
10       Q.   I don't -- I understand that you have
11  got lawsuits pending against -- or that are --
12  that you filed in Delaware County with the
13  property owner and the developer of the Ithan
14  Avenue property.  I'm not talking about those
15  lawsuits or that litigation.  I'm trying to find
16  out if you have sued anyone else at any time in
17  your life other than this lawsuit and the
18  litigation you're involved in with respect to the
19  owners/developers?
20       A.   I have an attorney that took my file
21  from my -- this is attorney that it was a family
22  attorney for closer to 30 years and I am in the
23  process with arbitration.
24       Q.   So you're filing -- you filed some type
25  of claim against that attorney?
```

Simona Ockley - March 11, 2025

38

1        A.    Yes, that's correct.

2        Q.    And what are you asking for?  What are

3    you looking for in that case?

4        A.    I am asking for when it was the

5    settlement I was not able to participate at

6    settlement and this attorney acted like a real

7    estate agent or I don't know what it and he took

8    some money at settlement date.

9        Q.    And you are talking about the settlement

10   for the Ithan Avenue property?

11       A.    That's correct.

12       Q.    What's the name of that attorney?

13       A.    Kenneth Russell.

14       Q.    And you said there's an arbitration

15   hearing?

16       A.    Yes.

17       Q.    Is that scheduled?

18       A.    Yes, it is.

19       Q.    When is that scheduled for?

20       A.    Tomorrow.

21       Q.    Oh, okay.  Do you have an attorney for

22   that case?

23       A.    No, I represent myself.

24       Q.    Other than that case against Mr.

25   Russell, are there any other lawsuits that you

39

```
 1   filed ever against anyone?
 2        A.   So from when I am in the United States?
 3        Q.   Yes.
 4        A.   Yes, it was one with Attorney Joseph
 5   Malley.  It was also an arbitration.
 6        Q.   And what was that case about?
 7        A.   That case was about an attorney that I
 8   hired to help me with retrieving my property.
 9        Q.   And this is retrieving your property
10   from the Ithan Avenue property?
11        A.   That's correct, yes.
12        Q.   What was the name of that attorney?
13        A.   Joseph M-A-L-L-E-Y.
14        Q.   And are you representing yourself in
15   that matter?
16        A.   That's correct.  I was represented
17   myself on that matter.
18        Q.   Did the arbitration hearing take place
19   yet?
20        A.   Took place already.
21        Q.   When did it take place?
22        A.   I don't recall exactly the date.  I
23   think it was maybe July, 2024.
24        Q.   And what happened at the arbitration
25   hearing?
```

Simona Ockley - March 11, 2025

40

1      A.    They rewarded me with $600.

2      Q.    Did anyone appeal that decision?

3      A.    No.

4      Q.    Have you sued anyone else?

5      A.    Yes, I did sue the attorney that

6   supposed to represent me on my, on my dismissed

7   case from wrongful imprisonment at George W. Hill.

8      Q.    Who was that attorney?

9      A.    The attorney was Michael Feinman,

10  Feinman.  He's working here in Philadelphia.

11     Q.    So you hired Mr. Feinman to sue the

12  George W. Hill --

13     A.    No, no.

14     Q.    Oh.

15     A.    It was to dismiss my case because I was

16  wrongfully imprisoned.

17     Q.    He was your criminal defense attorney?

18     A.    Yes, I hired him after I was released

19  from George W. Hill.

20     Q.    Okay.  But you're suing him?

21     A.    Yes, I did sue him because he, I -- have

22  a contract with him regarding helping me with

23  dismissal of my case.  He did not, he did not act

24  on my request on -- request of dismiss the case.

25  He actually tried to make a deal with prosecution

41

```
 1   which was dismiss all the charges and keep only a
 2   trespassing which is it will be on my criminal
 3   record and I never had a criminal record.  So he
 4   acted improperly with me.
 5              And I went by myself in front of a
 6   Judge Lang and I expressed my situation in front
 7   of him and he -- Judge Lang understand immediately
 8   and he said to everybody else in the room why
 9   she's here, let her go, and that was all.  And
10   that case was dismissed.
11      Q.   Do you need to take a moment?
12      A.   No, that's all right.
13              MR. SCHROM:  Let's take a moment.
14      It's been an hour.
15              MR. GONZALES:  It's been an hour,
16      yes.  We are going to take five minutes,
17      Todd.
18              (A brief recess was held at this
19      time.)
20              MR. GONZALES:  So we are back on
21      the record.
22   BY MR. GONZALES:
23      Q.   Are you -- do you have an attorney who
24   is representing you in your lawsuit against
25   Mr. Feinman?
```

Simona Ockley - March 11, 2025

42

1       A.    No, sir.  I represent myself.

2       Q.    And is that filed in Delaware County?

3       A.    Yes, sir.

4       Q.    And has there been some type of

5    arbitration or a trial yet in that case?

6       A.    I have to be in front of the judge, I

7    don't know, a senior judge.  I have to be.

8       Q.    And when is that scheduled?

9       A.    On March 13.

10      Q.    Do you know if Mr. Feinman has a lawyer

11   representing him?

12      A.    He represent himself.

13      Q.    Okay.

14      A.    I think.  It was in the past that he

15   represent himself.

16      Q.    Have you filed any other lawsuits

17   against anyone?

18      A.    No, sir.

19      Q.    Has anyone ever sued you?

20      A.    No, sir.

21      Q.    Have you ever treated with a mental

22   health provider, whether it's a psychologist,

23   psychiatrist, therapist, social worker?

24      A.    Have I been treated?

25      Q.    Yes.

Simona Ockley - March 11, 2025

43

1      A.   No, sir.

2      Q.   Do you have health insurance?

3      A.   Yes, I do.

4      Q.   And who is the health insurance with?

5      A.   TRICARE.  It's a military insurance.

6      Q.   Do you receive treatment at the VA or do

7  you receive it from private doctors?

8      A.   Private doctors.  Not VA, no.

9      Q.   And who is your current primary care

10  physician?

11      A.   Dr. Yamane.  I think it's Y, Yamane.

12  It's a Bryn Mawr specialist doctor in Haverford

13  Avenue.

14      Q.   How long has Dr. -- is it Yamane?

15      A.   Yamane.  I'm sorry, I don't know exactly

16  his name.

17      Q.   And how long has he been your primary

18  care physician?

19      A.   I think from 2023 or '24.  It's a new

20  doctor.  The doctor that I have had retired,

21  family doctor.

22      Q.   And was your family doctor part of that

23  same practice in Bryn Mawr?

24      A.   No, the doctor that I have had was in

25  Newtown Square.

Simona Ockley - March 11, 2025

44

1      Q.   And what was his name or her name?

2      A.   Dr. Anthony Cincotta.

3      Q.   And was he a part of a practice?

4      A.   He was part of the practice and he

5   retired.  I met him when I came in the United

6   States in 1999.  He was my doctor for all that

7   time but he did retire.

8              MR. SCHROM:  Can you spell his last

9      name?

10             THE WITNESS:  Cincotta,

11     C-I-N-C-O-T-T-A I think, Cincotta.  I am not

12     sure.

13  BY MR. GONZALES:

14     Q.   Tell me how was it that you were taken

15  to Bryn Mawr Hospital in April of 2022.  What

16  happened to you?

17     A.   So I was in the house and I went back,

18  backward and I missed a step and I fell with my

19  left leg under me, with my back and left under me,

20  left leg under me.

21     Q.   And how did you physically get to Bryn

22  Mawr Hospital?

23     A.   So I have to call.  I thought I will be

24  all right.  I said I am a strong person in general

25  and I said I will be all right later but did not

45

1  seem that I was good.  I was not able to walk on

2  my leg, very painful.  And I called 911 and I did

3  request an ambulance.

4          I have had a friend coming to help

5  me but he was not able to help me to go to his

6  car.  I was not able to use my leg.  So I have to

7  call 911.

8      Q.   And did you use your cell phone or your

9  land line to call 911?

10     A.   I don't recall that, sir.

11     Q.   Who was the friend that you talked to

12  about helping you?

13     A.   It was the man that was -- he's a taxi

14  driver and he was helping us, bringing us to the

15  airport or where we need when we were traveling.

16     Q.   And what was his name?

17     A.   Patrick, but I don't know his last name.

18     Q.   And how did you know, how did you know

19  how to contact him?

20     A.   At that time he has a cell phone.

21     Q.   Okay.  And you had his cell phone number

22  in your cell phone?

23     A.   Not on my cell phone.  It was written on

24  our phone book or something like that.

25     Q.   Okay.  So you had called this Patrick to

46

1    come and help you originally?

2         A.   To help me, yes.  And he did park his

3    car in one of the garage door.  But I was not able

4    to reach the garage door.  It was very painful for

5    me.

6         Q.   And was it at that point that you called

7    911?

8         A.   Yes, I did.

9         Q.   Was Patrick present when the ambulance

10   arrived?

11        A.   Yes, he was present.

12        Q.   All right.  So you called 911.  Where

13   physically were you when you called 911?

14        A.   I was on the sofa.

15        Q.   So you were inside your house?

16        A.   That's correct.

17        Q.   Did Patrick come inside your house?

18        A.   That's correct.  He was sitting on a

19   chair.

20        Q.   And how long did it take for the

21   ambulance to arrive?

22        A.   I don't think was too long.

23        Q.   Did any police arrive when the ambulance

24   got there?

25        A.   Actually the ambulance did not arrive

Simona Ockley - March 11, 2025

47

 1    first.  A police officer, his name was Bates, he

 2    arrived first and he asked me what did happen.

 3         Q.   And what did you tell him?

 4         A.   I told him what happened, that I, I

 5    misplaced -- excuse me, I missed a step and I fell

 6    backward with the leg underneath of me and I got

 7    injured.

 8         Q.   What, if anything, did Officer Bates say

 9    when you told him this?

10         A.   He did call -- excuse me.  He did ask me

11    for my driving license to check who I am and if I

12    reside at Villanova location.

13         Q.   And did you give him your license?

14         A.   Yes, I did provide him with my license.

15         Q.   And did you say anything to him when you

16    gave him your license?

17         A.   Yes, I did.  I ask -- he wanted to go

18    with my driving license out from the house and I

19    said to him "Why you need to take my driving

20    license out from the house to go to the car?"  And

21    I said, "I provide you with a pen and a piece of

22    paper so you can write information from my driving

23    license," and I think he did that.

24         Q.   Okay.  And how did he act with you?  Did

25    he act in a professional manner?

Simona Ockley - March 11, 2025

48

1        A.    Yes, yes, he did.

2        Q.    Was he rude to you in any way?

3        A.    I don't recall that, sir, at this

4    moment.

5        Q.    Was he disrespectful to you in any way?

6        A.    My single complaint that I have had --

7    and this is -- it stays with me till present day.

8    He -- after ambulance came and remove me from the

9    house he did remain by himself into the house

10   which I thought was not appropriate in my -- from

11   my point of view because I have a friend that can

12   set up the alarm to the house, then secure my

13   doors of the house so I will be sure that my

14   house, it will be locked if I will leave to the

15   hospital for a long period of time.

16       Q.    And who was that friend that could do

17   that?

18       A.    Patrick because he was in the house.

19       Q.    Did Patrick have a key to your house?

20       A.    No, he did not.

21       Q.    Did he have the code to your alarm

22   system?

23       A.    Yes, he did.

24       Q.    And did he -- when did you give him the

25   code to the alarm system?

Simona Ockley - March 11, 2025

49

1          A.    A long time ago.

2          Q.    How many times had Patrick driven you

3    before this day when you were going to Bryn Mawr

4    Hospital?

5          A.    Many times when I was traveling.

6          Q.    Okay.

7          A.    And with my husband, he drove us to the

8    airport.

9          Q.    When was the last time that he drove you

10   before April of 2022?

11         A.    Maybe 2017.

12         Q.    Was he with a local taxi company?

13         A.    Yes.  I don't recall the name of the

14   company, taxi company, but he has a van.  But when

15   he got to my house he came with his private car.

16   And the Police Officer Bates said to him "We don't

17   need you here."  I don't know exactly how he

18   refer.  I cannot recall.  "You have to move your

19   car and leave."  And I was upset because the

20   police officer remained by himself.

21         Q.    All right.  So the Officer Bates arrived

22   before the ambulance, correct?

23         A.    That's correct.

24         Q.    How did he get into your house

25   physically?

Simona Ockley - March 11, 2025

50

1       A.   He entered through the garage door like

2   Patrick entered through the garage door into the

3   back door kitchen and into the living room.

4       Q.   All right.  Did he knock or yell that he

5   was there?  In other words, how --

6       A.   I don't recall that, sir.

7       Q.   All right.  And then once he came in,

8   that's when you told him what happened?

9       A.   Yes, I did.

10      Q.   And he asked, he asked you what

11  happened, you told him.  And then he asked you for

12  your driver's license?

13      A.   That's correct, sir.

14      Q.   Once he wrote down the information from

15  your driver's license, what did Officer Bates do

16  next?

17      A.   I don't recall.  Maybe he went to the

18  car to verify if I am the right rightful person

19  into the house.

20      Q.   How long did he stay in the house before

21  he went outside back to his car?

22      A.   I don't recall that, sir.  Maybe later

23  on I will remember but not right now.

24      Q.   All right.  And during this interaction

25  between you and Officer Bates Patrick was present

Simona Ockley - March 11, 2025

51

1   in the living room; is that correct?

2       A.   That's correct, yes.

3       Q.   All right.  How long was Officer Bates

4   outside before he came back into your house again?

5       A.   I don't recall that.

6       Q.   Did he come back into your house before

7   or after the ambulance arrived?

8       A.   Maybe the ambulance came in the -- the

9   member of emergency came in and I think I have

10  seen him after that.

11      Q.   Okay.  So tell me when the ambulance

12  personnel arrived were you still in -- on the

13  couch in the living room?

14      A.   That's correct.

15      Q.   All right.  Tell me what happened when

16  they came in to your living room?

17      A.   They ask me what happened and they tried

18  to remove me and put me on a stretcher I think.

19  And I think they asked for somebody else.  I don't

20  know who they were, and they help them to put me

21  like in a chair with -- I think it was a chair.

22      Q.   Were they having trouble because you're

23  living room was filled with bags and stuff?

24      A.   It was a lot of stuff in to my house,

25  that's true.

Simona Ockley - March 11, 2025

52

1      Q.   Did they say anything about the stuff
2  that was in your house?
3      A.   No, they did not comment.  I don't
4  recall that.
5      Q.   Were they able to get the stretcher into
6  your living room?
7      A.   I don't think they get the stretcher.
8  They get only this chair.
9      Q.   Was it a chair with wheels?
10     A.   Not a wheelchair.  It was I think a
11 different kind that they have it to the ambulance.
12 I don't recall.
13     Q.   Did the chair have any wheels on it?
14     A.   Yes.
15     Q.   I understand it wasn't a wheelchair.
16 But it was a chair that they could somehow move or
17 push --
18     A.   That's correct.
19     Q.   -- with you in it; is that correct?
20     A.   That's correct.
21     Q.   Did they come in with that chair or --
22     A.   Yes.
23     Q.   -- or did they have to come in --
24     A.   No, no, no.  They --
25     Q.   Hold on.  Let me finish asking the

Simona Ockley - March 11, 2025

53

1   question.

2        A.   I do apologize.

3        Q.   That's all right.  Or did they come in,

4   talk to you and then somebody went out to the

5   ambulance and brought the chair in?

6        A.   I think first they talked to me and

7   after that they brought this chair.

8        Q.   Do you remember anything about what you

9   said to the ambulance personnel or what the

10  ambulance personnel talked to you or said to you

11  before the chair came in?

12       A.   No, I was so happy that they are over

13  there to help me.  That was all.

14       Q.   Okay.  And did Officer Bates come back

15  into your house before or after that chair got

16  brought into your living room?

17       A.   I think after.

18       Q.   Okay.

19       A.   But I don't recall that.

20       Q.   All right.  So they bring the chair in.

21  And then what happens?

22       A.   They -- it was a very powerful gentleman

23  that took my arms and he was the person that lift

24  me and put me on that chair, very nice man.

25       Q.   And this large gentleman, do you know

Simona Ockley - March 11, 2025

54

```
1    who he worked for?
2         A.   No, I cannot recall that.
3         Q.   Was he one of the EMT technicians to
4    your knowledge?
5         A.   Maybe.
6         Q.   Okay.
7         A.   But I cannot say for sure.
8         Q.   Did he have a uniform on?
9         A.   I don't recall that.
10        Q.   Did he come in at the same time that the
11   other EMTs came in?
12        A.   Yes, yes.
13        Q.   How many EMTs came into your house?
14        A.   Maybe three of them.
15        Q.   And other than Officer Bates, did any
16   other police officers come into your house?
17        A.   No, sir.
18        Q.   So after you get loaded into the chair
19   what happened next?
20        A.   So I remember that I was going from the,
21   I think back door toward the driveway and they
22   push the walker to the ambulance -- excuse me, the
23   chair to the ambulance and they brought me inside
24   of the ambulance.  And also I have been told that
25   Patrick -- the police officer told to Patrick to
```

Simona Ockley - March 11, 2025

55

```
1   leave the place also.  So when I was inside of the
2   ambulance his car was behind the ambulance.
3        Q.   Did you hear Officer Bates say that to
4   Patrick?
5        A.   Patrick told me that he has to leave.
6        Q.   Okay.
7        A.   Told him to leave.
8        Q.   All right.  But you didn't physically
9   hear Officer Bates say that to Patrick, that he
10  had to leave; is that correct?
11       A.   No, I did not hear that.
12       Q.   Where were you when Patrick told you
13  that Officer Bates told him he had to leave?
14       A.   Later on he told me that he -- that
15  officer told him to leave from the house.
16       Q.   When you say later on, a different day
17  or that same day?
18       A.   Yes, a different day, a different day.
19       Q.   All right.  On this day when you were
20  brought out of your house, how physically did you
21  get into the ambulance from the chair?
22       A.   I think that chair was -- has some type
23  of device attached to the ambulance and they were
24  able after that, that chair maybe able to lay
25  flat.  I don't recall that.
```

56

1    Q.    Okay.  But you don't remember being

2    physically removed from the chair --

3    A.    Oh, no, no, no.

4    Q.    -- and placed into the ambulance?

5    A.    No, no, no.  It was maybe some type of

6    device that lower from the ambulance.

7    Q.    As you were being taken out of your

8    house by the ambulance crew, where was Officer

9    Bates?

10    A.    I think inside of the house.

11    Q.    Where inside of your house?

12    A.    I don't know because what I have noticed

13    that when I was leaving with the ambulance and you

14    see through the door of the ambulance I saw

15    Patrick's car also leaving the driveway.

16    Q.    Right.  So when you were placed into the

17    chair in your living room was Officer Bates in --

18    did he come back into your living room?

19    A.    I think so but I am not sure.

20    Q.    All right.  And as you were being

21    wheeled out of your living room did you see

22    Officer Bates anywhere as you -- while you were

23    inside the house being wheeled out?

24    A.    I don't recall that.

25    Q.    After you were taken out and you were

Simona Ockley - March 11, 2025

57

1    actually physically outside of your house but

2    before you got in the ambulance did you see

3    Officer Bates anywhere?

4         A.    I think I said -- or maybe I am wrong

5    but I think I saw Officer -- I ask Officer Bates,

6    I said I am not going to leave without not close

7    the doors.  There was the back door where it was

8    the kitchen, another door that goes to the garage

9    and the garage door open.  And I said, "Please, I

10   don't want to leave without secure my house."

11             And I was upset because Patrick

12   left also with the car and my house was with the

13   door open.

14        Q.    Where were you when you said this to

15   Officer Bates?

16        A.    I was almost outside from the house and

17   I said to him I am not going to leave until I not

18   see you -- that you or somebody was over there to

19   lock my doors.

20        Q.    And where was Officer Bates when you

21   told him this?

22        A.    Inside of the house, on the entrance of

23   my house.

24        Q.    What, if anything, did Officer Bates say

25   in response to this?

Simona Ockley - March 11, 2025

58

1    A.    He said you must go.

2    Q.    Okay.  Did he -- did you give him a key?

3    A.    No.

4    Q.    Did he ask for a key?

5    A.    No.

6    Q.    Why did you not give him a key?

7    A.    He did not ask and I did not like

8  because he was just saying to me go.  And I was

9  worried about my property, letting all the doors,

10 garage door, back door, the door between the

11 garage and the kitchen open.  Everybody can enter

12 on to the property.

13   Q.    Okay.  Did you say anything else to

14 Officer Bates before you left in the ambulance?

15   A.    No, I was just trying to ask him to

16 secure my house.

17   Q.    Did Officer Bates say anything to you

18 other than what you have testified to before you

19 left in the ambulance?

20   A.    I think he just said to me you have to

21 leave; that's all.

22   Q.    When you left in the ambulance could you

23 see Officer Bates?

24   A.    No.  Only I saw through the windows,

25 back -- the windows of the ambulance Patrick black

Simona Ockley - March 11, 2025

59

1   car.  That's all.  And I was upset.  I said if

2   he's leaving who will secure my house.

3        Q.   Right.  When you left in the ambulance

4   was your garage door opened or closed?

5        A.   Both of them were open.

6        Q.   When you went in the ambulance did you

7   bring a key to your house?

8        A.   Yes, I have the keys with me.

9             MR. GONZALES:  Sorry.  Can we take

10      just one second?

11             (Pause in the testimony.)

12   BY MR. GONZALES:

13        Q.   What were you wearing when you went to

14   Bryn Mawr Hospital?

15        A.   I was wearing a pair of pants and a

16   sweater.

17        Q.   Other than bringing your keys, did you

18   bring anything else with you to the hospital?

19        A.   I think a black bag with -- I don't know

20   what contain.  A black bag I have with me.

21        Q.   Did you have any other family and

22   friends that lived in the Villanova area other

23   than this Patrick?

24        A.   No, I did not have any friends on that

25   area.

60

1      Q.    When was the last time you had gone to

2   Bucharest before April of 2022?

3      A.    I don't recall.  Maybe 2015, '16.

4      Q.    And where were you planning to live in

5   Bucharest?  Were you going to get your own place

6   or --

7      A.    I have already my own place.

8      Q.    And did you buy it or were you going to

9   rent it?

10      A.    I was living over there for many years,

11   that it was my, my apartment before I left and

12   came to United States.

13      Q.    And do you own that apartment?

14      A.    Yes, I do.

15      Q.    Is anyone living there now?

16      A.    My parents come and check the place but

17   nobody else.

18      Q.    All right.  So you to go Bryn Mawr

19   Hospital.  And do they take you into the emergency

20   room?

21      A.    That's correct, sir.

22      Q.    And what happened when you got to the

23   emergency room?

24      A.    I think they change my clothes and they

25   ask what happened and they start I think with draw

Simona Ockley - March 11, 2025

61

1    blood.

2        Q.    What did they tell you was -- you know,

3    what physically did they tell you was wrong or

4    what happened to you?

5        A.    I think later on because I have such a

6    big pain with my leg.  It was insupportable pain.

7    So I think later on they did an x-ray and they saw

8    that I have a large fissure on my -- from the

9    tibia all the way down.  It was a fissure, not a

10   broken.

11       Q.    And did they operate on you at Bryn

12   Mawr?

13       A.    Yes, they did, sir.

14       Q.    And did they put any type of pins or

15   things in you?

16       A.    They put a large plug with I think nine

17   pins, seven or nine pins.

18       Q.    And how long did you stay at Bryn Mawr

19   Hospital after the surgery?

20       A.    I was to Bryn Mawr Hospital until May 7,

21   2022.

22       Q.    And do you remember what day they took

23   you to Bryn Mawr Hospital?

24       A.    Yes, on April 21, 2022.

25       Q.    During the time that you were at Bryn

Simona Ockley - March 11, 2025

62

1    Mawr Hospital did you speak to anyone at Radnor

2    Township, whether it's a police officer or anyone

3    at the township?

4         A.    No, sir.

5         Q.    And while you were at Bryn Mawr Hospital

6    did you talk to anyone at the lawn service about

7    taking care of your lawn?

8         A.    No, sir.  I was talking later on but

9    this was later on with the builder that followed

10   to purchase the property.  And I said to him

11   please, it will be spring, we need -- please take

12   care of the property.  And he said, "Don't worry,

13   I will send one of my guys to mow the lawn."

14        Q.    When was the -- when did you have that

15   conversation with him?

16        A.    I think -- I don't know if it was before

17   surgery or after surgery, so that it was in April.

18        Q.    Were you still at Bryn Mawr Hospital?

19        A.    Sure, I was until May 7, 2022.

20        Q.    And who was it that you talked to?

21        A.    The builder that would purchase.  His

22   name is Gregory Lingo.

23        Q.    Did you use your cell phone to talk to

24   Mr. Lingo?

25        A.    That's correct, yes.  I was worried all

Simona Ockley - March 11, 2025

63

1    the time about my property.

2        Q.   Did Mr. Lingo or anyone who -- the

3    purchaser of your property, did they have keys to

4    your house?

5        A.   No, sir.

6        Q.   While you were at the hospital did you

7    call anyone at Radnor Township to check on the

8    status of your house to make sure it was locked

9    and closed up?

10       A.   I called -- I really don't recall but

11   maybe I called township to complain.  I didn't

12   know the telephone number for the police or the

13   township but I think I -- and I don't recall the

14   name of the person to the township complaining

15   that my house remained unsecure and Officer Bates

16   it was remaining by himself into the house.

17       Q.   Do you remember when you made that phone

18   call?

19       A.   I think I did -- somebody gave me a

20   telephone to the emergency room.

21       Q.   So did you make that phone call before

22   or after your surgery?

23       A.   Before the surgery.  I think on the day

24   when I was brought to the Bryn Mawr Hospital.  I

25   was worried about my property.

64

1      Q.   Did you speak to anyone or just leave a

2   message?

3      A.   I don't recall that.

4      Q.   Do you recall if anyone from the

5   township said anything to you during this phone

6   call, assuming you did speak to somebody?

7      A.   I don't recall if I left a message or I

8   talked with a person saying that I am worried that

9   my house, it's not properly secure.

10      Q.   And other than that one phone call while

11   you were -- before your surgery while you were in

12   the emergency room, did you contact the township

13   after that before you were released from the

14   hospital --

15      A.   No, sir.

16      Q.   -- to check on the status of your house?

17      A.   No, sir.

18      Q.   All right.  After you got out of Bryn

19   Mawr Hospital -- you said it was May 7?

20      A.   That's correct, sir.

21      Q.   -- where did you go?

22      A.   I went to Broomall Manor.

23      Q.   Why did you go to Broomall Manor?

24      A.   For rehabilitation or physical therapy.

25   I was not able to put my leg down almost till

Simona Ockley - March 11, 2025

65

1    July 15.

2         Q.    How did you get to Broomall Manor?

3         A.    With the ambulance.

4         Q.    And how long did you stay at Broomall

5    Manor?

6         A.    Till August 8, 2022.

7         Q.    During that time period from May 7 until

8    August 8 of 2022 did you contact anyone at Radnor

9    Township about your property?

10        A.    No, sir.

11        Q.    From May 7, 2022 to August 8, 2022 while

12   you were at Bryn Mawr Manor did anyone from the

13   township call you or contact you, to your

14   knowledge, about your property?

15        A.    No, sir.

16        Q.    From May 7, 2022 until August 8, 2022

17   did you talk to anyone about checking up on the

18   status of your property?

19        A.    Only the new owner, the builder that

20   will purchase my property.  And I was worried

21   about the length of my grass and he assure me that

22   one of his guy will take care of my -- of the

23   lawn.

24        Q.    After your release -- it's not really a

25   release but discharge.  Let me ask the question

Simona Ockley - March 11, 2025

66

1    again.

2              After you were discharged from Bryn

3    Mawr Manor on August 8 of 2022 where did you go?

4        A.   Patrick came to pick me up and I went --

5    before I went to the home I stopped to Paoli

6    Pharmacy and I purchased a chair that I will use,

7    medical chair that I will use to take a shower

8    inside of my bathroom.  And he brought me in front

9    of the garage doors.

10       Q.   All right.  And when he got you in front

11   of the garage doors what happened next?

12       A.   Both of us, we look one at each other

13   and see garage doors have two sets of locks and

14   not be able to get inside.

15       Q.   Did you see any signs posted on your

16   garage doors?

17       A.    I don't recall.  Patrick check the front

18   of the house, the main entrance, and he also have

19   seen two sets of the locks.  And I think he said

20   it was a note posted with condemned house.

21       Q.   As you sit here today do you remember

22   seeing any post on any of the garage doors about

23   being condemned?

24       A.   Yes, I did see.

25       Q.   Did you see that -- when you arrived at

Simona Ockley - March 11, 2025

67

1   the house and saw the locks did you also see that

2   condemned poster on the garage doors?

3       A.   I think on one of the garage door it was

4   a posted note and I think maybe to the back door.

5   But I was -- I never been over there because of my

6   injury.  I was not able to walk so I was sitting

7   in the car.

8       Q.   So when you got discharged from Broomall

9   Manor I take it from your testimony you were still

10  not able to walk on your own; is that correct?

11      A.   That's correct.

12      Q.   Were you able to walk with a walker?

13      A.   I was able to use a walker or a

14  wheelchair.  Somebody helped me with a wheelchair.

15      Q.   Did they provide you with a wheelchair?

16      A.   From Broomall Manor they make a mistake

17  regarding the size of my walker so they gave me a

18  black walker, a used walker from their place.

19      Q.   Okay.  But they did not provide you with

20  a wheelchair?

21      A.   No, they did not.

22      Q.   Did they provide you with instructions

23  on how you could purchase a wheelchair?

24      A.   No, I don't think so.

25      Q.   All right.  So Patrick pulls you up to

Simona Ockley - March 11, 2025

68

1   your garage doors.  And did you get out of the

2   vehicle?

3       A.   No, no, sir.

4       Q.   So you remained in the vehicle and

5   Patrick went up and saw the locks?

6       A.   He went to check the both the doors,

7   front and back, to see what is going on, if are

8   open.  And there were two sets of locks.

9       Q.   When Patrick came back to the car what

10  happened?

11      A.   We -- I didn't know what to do.  So I --

12  it was late.  I was discharged late from Broomall

13  Manor, so I tried to call one of the employee of

14  the builder which telephone number was provided by

15  Gregory Lingo.  And also I did try to call Gregory

16  Lingo but I think he was on vacation.  I called

17  one time and I said, "Look, I am home.  I informed

18  you prior leaving Broomall Manor that I will be to

19  the house on August 8, 2022.  What happened?

20  There are two sets of locks.  I am not able to

21  enter into the property."

22      Q.   Did you actually physically speak to

23  anyone --

24      A.   Yes.

25      Q.   -- during one of these phone calls or

Simona Ockley - March 11, 2025

69

1    just left a message?

2         A.   No, I talked with Gregory Lingo and also

3    I talked with Luke I think it was, the person that

4    Gregory Lingo provided with the cell phone number.

5    But I am not sure about the name of the man that I

6    talked to.

7         Q.   Were you in the back of Patrick's car

8    when --

9         A.   I was in the car all the time.

10        Q.   Okay.  And what did they tell you when

11   you told them that you were back home and it was

12   locked?

13        A.   Gregory Lingo said to talk with Luke or

14   the man that.  And after that I try again.  It was

15   almost 8:00 on the evening.  I said I am not able.

16   He put like answering machine to his phone.  I was

17   not able to left any message to Gregory Lingo.

18   And Luke said to me that I am not allowed on to

19   the property.

20        Q.   Did he say anything else during this

21   phone call?

22        A.   I don't recall that, sir.

23        Q.   How long was the phone call with Luke?

24        A.   Not too long, a short phone call.

25        Q.   And what, if anything, did you say to

Simona Ockley - March 11, 2025

70

1   him?

2       A.   I said to him that based on my

3   conversation with -- and assurance from Gregory

4   Lingo that it will be not a problem for me to

5   be -- I called him from Broomall Manor and

6   informed him that I will be on August 8, 2022

7   released from physical therapy facility and I need

8   to be home.  And he assure me I will not have any

9   kind of problem.  And he said that in case I have

10  any problem I should contact this man, I don't

11  recall the name, and he gave me his cell phone

12  number and that was all.

13      Q.   When was that conversation that you had

14  with Mr. Lingo that you just described?

15      A.   That was several days prior to me being

16  released, maybe August 4 or August 2.  I don't

17  recall that.

18      Q.   And did that phone call -- did you use

19  your cell phone to call him?

20      A.   That's correct, sir.

21      Q.   Did you call anyone else while you were

22  at your property in Patrick's car?

23      A.   It was almost 8:00 on the night, so no,

24  sir.

25      Q.   What did you do next?

71

1      A.   I said where I'm sleeping?  I said to

2    him, "Where I'm sleeping?"  And he drove me around

3    and he said that he knew a place near airport, I

4    think in Township Tinicum, Tinicum.  It was a

5    hotel, Red Hat.  And he went inside and talk with

6    the reception and he pay for one night over there.

7      Q.   Did you have your credit cards with you

8    when you went to the rehab?

9      A.   Yes, I did.

10     Q.   Okay.  Is there any reason why you

11   didn't ask him to go to a hotel that evening and

12   charge it with your credit card?

13     A.   He did find this place.  He knew that

14   place.  I didn't know other hotel.  I didn't know

15   other place.

16     Q.   Okay.

17     A.   And I was in a hospital gown.  You have

18   to realize I stop a police car in Tinicum prior to

19   going to the hotel and I stopped the police

20   officer and I said, "Please, look at me, I am in a

21   hospital gown.  Nobody will let me in a hotel.

22   They will said what's wrong with this woman?"

23          So Patrick went inside to the

24   reception and he did pay for a room.  Of course I

25   paid him back for the money that he spent to the

Simona Ockley - March 11, 2025

72

1    hotel.

2              And I said to the police officer --

3    he gave me the name, which I have it on a piece of

4    paper.  And I said, "Please police officer, if I

5    will not be able where I'm sleeping, I am in a

6    hospital gown."

7         Q.   When you went to Bryn Mawr Hospital you

8    were wearing clothes, correct?

9         A.   Yes.

10        Q.   When you went to Broomall Manor did you

11   take your clothes with you?

12        A.   Yeah, but since I have this injury to my

13   leg I was not able to wear that pants.  I have a

14   bandage and I have nothing to attach that bandage.

15   It will be more painful.

16        Q.   When you were discharged did Broomall

17   Manor provide you with any type of home care?

18        A.   No, they did not.

19        Q.   Did they give you any instruction on how

20   change -- you said you had bandages that you had

21   on your leg?

22        A.   I had a wrap to protect the surgery.

23        Q.   Did they provide with you any

24   instructions on how to treat that or how to care

25   for that?

Simona Ockley - March 11, 2025

73

1        A.    Yes.

2        Q.    What did they tell you to do?

3        A.    They said that after a while I have to

4   change that bandage or remove it, which I did not

5   want to do that because I wanted to be safe not to

6   get infected.

7        Q.    So prior to discharge from Broomall

8   Manor you -- did you have any discussion with them

9   about what type of clothing you could wear?

10       A.    I don't recall that.

11       Q.    So if you couldn't wear pants what was

12  your plan once you returned home as to what

13  clothes you would wear?

14       A.    I have all kinds of clothes.  I have

15  pants with a larger wide pants so I would be able

16  to use.  I have clothes that -- or skirt or dress.

17       Q.    Right.  But again, I just -- before your

18  discharge did you have any discussion with them

19  about whether you would collect -- get some type

20  of clothing to wear instead of being discharged in

21  a hospital gown?

22       A.    No, they did not.  From what I

23  recollect, clothing, no, no, it was not a

24  discussion.

25       Q.    And I take it that you didn't ask

Simona Ockley - March 11, 2025

74

1   Patrick before you got discharged from Broomall
2   Manor to run to your house and pick up clothing
3   for you to wear home?
4        A.   But I am not, I am not able to enter to
5   the house.  There were two sets of locks.  How get
6   into the house?
7        Q.   No, before you got discharged.  You
8   didn't know that there were locks on the house
9   before you got discharged from Broomall Manor,
10  correct?
11       A.   Yes.
12       Q.   The first time you saw them and realized
13  that your house was locked was when you arrived
14  home that evening with Patrick, correct?
15       A.   That's correct.
16       Q.   So my question is is there any reason
17  why you didn't ask Patrick before you got
18  discharged if he could pick up some personal
19  belongings or some clothes that you could wear
20  home so you weren't wearing a hospital gown in the
21  car?
22       A.   Yes, but he doesn't have the keys of the
23  car -- excuse me, the keys of the house.  And plus
24  I don't know if the police officer locked house
25  from inside which did happen.

Simona Ockley - March 11, 2025

75

1      Q.   Right.  You didn't know if your house
2  was locked at all, though, correct?
3      A.   When my conversation with Gregory Lingo
4  regarding the state of the loan I asked him did
5  you check if all the doors are closed and he told
6  me that they were closed.  I don't know if they
7  were closed, like locked or just pushed to close.
8      Q.   Right.  So at the time of your discharge
9  from Broomall Manor you did not know whether your
10  house was locked or not, correct?
11      A.   No, Gregory Lingo told me that the doors
12  were locked.
13      Q.   Oh, okay.  You said before that he said
14  they were closed but you didn't know if they were
15  locked.
16      A.   No, no.  They were -- it was locked.
17      Q.   Did you ask Mr. Lingo whether or not
18  anybody could access the house like Patrick so
19  that he could retrieve clothing for you before you
20  got discharged from Broomall Manor?
21      A.    They did not have keys of the house.
22  How would they get inside if the doors were
23  locked?
24      Q.   So you didn't say hey, I have got keys,
25  could I -- I mean if you had the keys why couldn't

                                                                76

1    you ask Patrick to get the keys, go pick up some

2    clothing?  I'm just curious why you thought you

3    were just going to leave in a hospital gown that

4    day.  That's what I am trying to find out.

5         A.   I leave in a hospital gown because in my

6    mind I -- in my mind was that I will open the door

7    with my keys and I will be able to get into the

8    house.  I purchased this chair from Paoli Pharmacy

9    and I will take a shower and after that I will put

10   some clothes on me, not -- I need to take a shower

11   prior to having any clothes.

12        Q.   When you went to the pharmacy did you go

13   inside the pharmacy in your hospital gown?

14        A.   Yes, I did.

15        Q.   Did you have shoes?

16        A.   No, only slippers.  I was not able to

17   wear any kind of shoes because of my leg being

18   swollen.

19        Q.   Okay.  So you said that Patrick knew a

20   place that he -- where you could stay that night,

21   somewhere in Tinicum Township; is that correct?

22        A.   Yes.  It's called Red Hat.  It was a

23   hotel, Red Hat.

24        Q.   Red Hat?

25        A.   Hat, yes.

Simona Ockley - March 11, 2025

77

1      Q.    Not Red Roof Inn, Red Hat?

2      A.    I think Red Hat.

3      Q.    All right.  And did you make any stops

4  along the way between your house and the Red

5  Hat -- that was a hotel by the way, correct?

6      A.    It was a hotel, yes, near airport.

7      Q.    Yes.  Did you make any stops along the

8  way from your house to the Red Hat Hotel?

9      A.    No, sir.

10     Q.    You said that at some point you saw a

11 police officer in Tinicum; is that correct?

12     A.    That's correct.  It was near hotel.

13     Q.    And was that on the way while you were

14 going to the hotel from your house?

15     A.    He was almost in the parking lot.  He

16 was like surveilling the parking lot.  And I said

17 nobody will accept me inside of hotel in a

18 hospital gown, they will not let me go in.  And

19 the -- and I said to the police I was just

20 released from -- I explained to him what happened.

21     Q.    So I just want to get the timing

22 correct.  Did you physically go into the hotel to

23 try to check in?

24     A.    I was -- I did not do that.  Patrick

25 paid for that.  And after that he helped me to get

Simona Ockley - March 11, 2025

78

 1    to the stairs to get into the room.

 2        Q.    Okay.  So you were able to get into the

 3    hotel room wearing a hospital gown?

 4        A.    That's correct.

 5        Q.    And you said there were stairs to get

 6    in?

 7        A.    Yes.  I think from the parking lot it

 8    was maybe one, two stairs till you get to the

 9    level.  It was like one level hotel but in order

10    from the parking lot there were like two stairs.

11        Q.    And you were able to get up those

12    stairs?

13        A.    Yes, I was.  He helped me.

14        Q.    Okay.  So this conversation you had with

15    the police officer, was that before or after you

16    went inside to the hotel?

17        A.    Before I enter inside of the hotel

18    because I was worried that they don't let me in

19    being in a hotel gown or even accept me to the --

20    to pay, Patrick, because who is this woman.

21        Q.    Right.  Were you in the car when you had

22    this conversation with the Tinicum officer?

23        A.    That's correct.  And I have his name.

24        Q.    And it was a Tinicum police officer, not

25    a private security guard, correct?

Simona Ockley - March 11, 2025

79

1          A.   No, no, no, it was a police officer.
2   And it was around almost 10:00 on the night.
3          Q.   And do you remember the name of this
4   Tinicum police officer?
5          A.   I have written his name down.  I think
6   he wrote his name down on a piece of paper.
7          Q.   And do you still have that piece of
8   paper?
9          A.   I have it home, where I am living.
10          Q.   Have you given that to your attorney
11   yet?
12          A.   I think so, yes.
13                MR. GONZALES:  Can you just mark
14       that?  Thanks.
15   BY MR. GONZALES:
16          Q.   So this conversation that you had with
17   the Tinicum police officer, was it before or after
18   Patrick went and paid for the room?
19          A.   Before.
20          Q.   So tell me how this went down.  So you
21   drive into the parking lot of the hotel?
22          A.   Yes, and the police officer were I think
23   checking.  And I asked Patrick to beep, beep.  I
24   let my window down and I talk and I explain I was
25   just released and my home doors are locked and I

80

1  am in hospital gown and I need to sleep.

2      Q.   And was the police officer in his police

3  vehicle while you had this conversation with him?

4      A.   He was all the time in the car.

5      Q.   What did the officer say when you told

6  him this?

7      A.   I think he said that I am able to go to

8  the hotel I think.  That's all.  It was a very

9  short conversation.

10     Q.   Okay.  And did he say anything else to

11 you during this conversation?

12     A.   No, no, no, no.

13     Q.   Did you say anything else to him?

14     A.   No, no, no.  It was my concern that the

15 employees of hotel will not let me go in in a

16 hospital gown.

17     Q.   Okay.  So after that conversation then

18 Patrick pulled up and you -- and he assisted you

19 to get into the hotel?

20     A.   That's correct, yes.

21     Q.   And you were able to get into the hotel

22 room?

23     A.   That's correct.

24     Q.   Did you make any phone calls while you

25 were at the hotel?

81

1      A.    No.

2      Q.    Did you leave the hotel the next day?

3      A.    Next morning, yes, I did leave the hotel

4   and I went back to the house.  And again I have

5   seen the door locked.  I called Radnor Township

6   manager, I think Mr. Wright.  I tried to reach him

7   many times.  There were voice mails and employees

8   that were talking and assure me that the -- my

9   situation regarding -- they were aware about my

10  situation and they will -- they assure me that I

11  will be able later on to access the property.  But

12  it was not something sure.

13     Q.    Did Patrick take you to the house?

14     A.    Yes, he did.

15     Q.    Did you make any stops along the way

16  between the hotel in Tinicum and your house?

17     A.    No, sir.

18     Q.    Did you have bring anything with you

19  from the hotel?

20     A.    No, sir.  I have all the time my black

21  bag.

22     Q.    So you had your black bag and you were

23  still wearing the hospital gown?

24     A.    That's correct, sir.

25     Q.    Were you able to take a shower the night

82

1    that -- while you were at the hotel?

2        A.   No, I was not able.  First of all, the

3    door was too -- the entrance of the bathroom was

4    too small for the walker that I was using and I

5    was not able to have any kind of stability not

6    having the walker.  And plus the bathtub was high

7    and I was not able.  I just washed my hands.  That

8    was all.

9        Q.   Okay.  I mean were you able to, you

10   know, sponge yourself with a washcloth to try to

11   wash yourself outside of the bath?

12       A.   No, I was not able to do that.

13       Q.   Why were you not able to do that?

14       A.   Because the space between the -- it was

15   a very small sink and a toilet closer.  I don't

16   know if you have ever been in this type of small

17   hotel.  They have not too much space.  And it was

18   the door of the -- inside opened to the bathroom

19   so I have not too much space.  I have no -- I was

20   looking to find there was something that I can

21   hold on to help myself.  So I said I will not take

22   a risk to fall over there.

23       Q.   Were you able to go to the bathroom?

24       A.   Yes, I was able.

25       Q.   So you were able to physically get into

Simona Ockley - March 11, 2025

83

1    the bathroom; is that correct?

2        A.   Yeah, yeah.  But it was a small room.  I

3    was not able to bring my walker with me inside.

4        Q.   I understand.  But you could get

5    yourself physically and use the toilet, correct?

6        A.   That's correct.

7        Q.   And you were physically able to use the

8    sink, correct?

9        A.   That's correct.

10        Q.   So if you were able to do that, I'm

11    just -- how were you not able to use the washcloth

12    to wash yourself?

13        A.   Because I need some type of support for

14    my, my leg, to keep my, to keep myself secure.

15        Q.   Okay.  I mean you could have sat on the

16    toilet and washed yourself, couldn't you?

17        A.   The toilet was very low, very low.  If I

18    would sit on the toilet I would never stood up.  I

19    need the walker to keep -- to use my hands to

20    stand up.

21        Q.   All right.  So what time did you arrive

22    at your house on August 9?

23        A.   On August -- early in the morning, maybe

24    9:00.

25        Q.   And when you got to the house at 9:00

84

1    was there anyone at the property?

2        A.    No one else.

3        Q.    And you said the first thing you did

4    when you got there was to call the Radnor Township

5    manager?

6        A.    That's correct.

7        Q.    And why did you call the Radnor Township

8    manager?

9        A.    Because one set of the locks came from

10   Radnor Township and one set of locks came from

11   builder Gregory Lingo.

12       Q.    How do you know which locks came from

13   which person?

14       A.    I don't know.  There were just two sets

15   of locks.  Each door has two sets of locks.  And

16   when I called Radnor Township they said they knew

17   about my situation.

18       Q.    So when you called the Radnor Township

19   manager did you speak to somebody?

20       A.    A lot of person.  I called.  I insisted

21   to talk with the manager telling him my situation,

22   that I have a Court Order that allowed me to be on

23   the property.  And of course it was that notice

24   that you said it was condemned.  They said that

25   they are aware of my situation but nothing -- no

Simona Ockley - March 11, 2025

85

1   action was taken part from Radnor Township to

2   remove the locks.

3       Q.   Do you know who you spoke to from Radnor

4   Township during that phone call?

5       A.   I think I have notes with people that I

6   talked with Radnor Township.

7       Q.   So during this one phone call did you

8   talk to multiple people from Radnor Township?

9       A.   No, I make several phone calls to Radnor

10  Township to access the township manager.

11      Q.   Right.  So the first call when you tried

12  to reach the township manager, that first time you

13  called did you actually speak to someone?

14      A.   I think I speak first time with a woman

15  in the office.

16      Q.   And do you know what that woman's name

17  was?

18      A.   I have some notes from that date.

19      Q.   And you explained the situation to the

20  woman.  Did the woman say anything in response?

21      A.   She said that she will contact maybe the

22  manager to see what they can do about it.

23      Q.   How long was that telephone call?

24      A.   Maybe several minutes.

25      Q.   And did you make that phone call from

Simona Ockley - March 11, 2025

86

1    your cell phone?

2         A.   That's correct.

3         Q.   So how did you leave that first phone

4    call?  Basically she was going to find out more

5    information and have somebody contact you or were

6    you expected to do something?

7         A.   Since I did not get any phone call back

8    I called back --

9         Q.   No, no.  My question -- sorry to

10   interrupt.  My question is different.  How did

11   that phone call -- how did you leave it after that

12   phone call?  What was your expectation, that

13   somebody was going to call you or that you needed

14   to call someone else?

15        A.   No, somebody will call me and let me

16   know that -- no.  I think they said that somebody

17   will call and remove the locks.

18        Q.   Somebody from the township told you they

19   would come and remove the locks?

20        A.   Yes, because they know my situation.  I

21   don't recall that.

22        Q.   And you don't recall who told you that?

23        A.   I have some notes with women that I

24   talked.

25                  MR. GONZALES:  Off the record.

Simona Ockley - March 11, 2025

87

1              (There was a discussion held off
2        the record.)
3              MR. GONZALES:  Okay.  We are back
4        on the record.
5    BY MR. GONZALES:
6        Q.   Your attorney produced handwritten
7    notes.
8        A.   Yes.
9        Q.   And they have been marked as Plaintiff's
10   80 through 82.
11       A.   Yes.
12       Q.   And they are like in a little --
13       A.   A notepad.
14       Q.   -- notepad.
15       A.   That's correct.  I wrote notes about who
16   I was talking and time when I was talking to the
17   Radnor Township.
18       Q.   Okay.  And I'm sorry, I didn't make
19   copies of these.
20             But I see on here that on August 9,
21   2020 -- which is the date that we are talking
22   about when you returned to your home from the
23   hotel, correct?
24       A.   That's correct, sir.
25       Q.   It says 8:50 a.m. and it says, "Manager

Simona Ockley - March 11, 2025

88

1    township Mr. Wright."

2        A.    Yes.

3        Q.    And who is Mr. Wright?

4        A.    He was not the manager of the township I

5    think.  They said it was the manager of the

6    township.

7        Q.    All right.  And then it says something

8    assistant or Pat Hagan?

9        A.    That's correct.

10       Q.    Who -- how did you get Pat Hagan's name?

11       A.    I think maybe she was answering to the

12   phone.

13       Q.    Okay.  Was that the person who told you

14   that you -- they would take care of the locks or

15   something to that effect?

16       A.    They said that they will inform about my

17   situation and also they said that they know about

18   my situation.

19       Q.    Right.  But did somebody from the

20   township that day tell you that they were going to

21   unlock the property?

22       A.    I don't recall that.  I don't recall

23   that.

24       Q.    Okay.

25       A.    But my phone calls --

Simona Ockley - March 11, 2025

89

```
 1                    MR. SCHROM:  Wait a minute.

 2           There's no question.  Wait for the question.

 3    BY MR. GONZALES:

 4           Q.   So --

 5                    MR. SCHROM:  Excuse me.  Are you

 6           going to reference that at another point?

 7                    MR. GONZALES:  I don't know.  I

 8           don't think so.

 9                    MR. SCHROM:  Okay.

10                    MR. GONZALES:  If I do I will let

11           you know.  We can print it out and make a

12           copy if you want.

13    BY MR. GONZALES:

14           Q.   All right.  So you said that you called

15    the township manager, you spoke to a woman, you

16    explained your situation.  Did you speak to anyone

17    else from the township on August 9?

18           A.   There are people on the notes.  If there

19    are people noted on that notes that are the people

20    that I talked.

21           Q.   Right.  As you sit here today, though,

22    do you recall speaking to anyone else at the

23    township other than the woman that you spoke to

24    about the township manager?

25           A.   I think I talk with multiple people at
```

Simona Ockley - March 11, 2025

90

1  Radnor Township regarding this issue that I have

2  that I am not able to enter into the property.

3      Q.   And this was on August 9, correct?

4      A.   Yes, that's correct.

5      Q.   Did anyone from Radnor Township call you

6  or were all of these conversations that you had as

7  a result of you calling the township?

8      A.   As I recall, later on that day, because

9  I was not able to get any answer, I went back to

10 Delaware Court and I ask for an emergency -- I

11 created an emergency petition to be allowed to be

12 on to the property, to access the property.

13              MR. GONZALES:  Mark this Ockley-1.

14              (Exhibit No. Ockley-1, 4/26/22

15         Photograph, was marked for identification.)

16              MR. GONZALES:  Off the record.

17              (There was a discussion held off

18         the record.)

19 BY MR. GONZALES:

20     Q.   Ms. Ockley, I am showing you a document

21 which we have marked as Ockley-1 and it is Bates

22 numbered.  Do you see at the bottom there's a

23 reference to Radnor D-E-F-T-S, that's short for

24 defendants, and it has the number 18.

25              Do you see that?

Simona Ockley - March 11, 2025

91

1        A.   Yes, that's correct.

2        Q.   And I will represent to you that this

3   was a photograph that was taken by the township

4   after your property was condemned and posted.

5             But my question I want to ask you

6   is, first of all, does this show a picture of your

7   garage?

8        A.   Yes, that's correct.

9        Q.   And when you arrived at your house on

10  August 9 do you see that on the left-hand garage

11  there is a -- something that's posted on that

12  garage.

13            Do you see that?

14       A.   Yes.  I think I told you on your

15  previous question that I have seen one at one

16  door.

17       Q.   Right.  And I just want to -- is that

18  where you saw that document on the -- posted on

19  the door when you arrived on August 9?

20       A.   Yes.

21       Q.   Okay.  And it's hard to see in this

22  photograph.  But do you see locks that are on your

23  garage door --

24       A.   Yes.

25       Q.   -- depicted on this photograph?

Simona Ockley - March 11, 2025

92

1      A.    Yes, yes.

2      Q.    And you're pointing to the two locks.

3  Those locks, were those locks present on the doors

4  to your garage when you arrived home on August 9?

5      A.    There were two sets of locks, not one,

6  two.  There were two in each side of the garage

7  door, two sets.

8      Q.    So do I take it then -- were these, were

9  these locks that are depicted in Ockley-1, were

10 they on the garage doors when you arrived on

11 August 9?

12     A.    There were two sets.

13     Q.    I know that.  But my question is were

14 these on the doors?  Were these one of the two

15 sets of locks that were on the doors when you

16 arrived on August 9 to your house?

17     A.    I can't -- I don't recall the color of

18 the locks or I don't recall if are the same locks

19 like when I came to the house on August 8.

20     Q.    Fair enough.  That's fine.  The notice

21 that was on the garage door, were you able to read

22 it?

23     A.    When I was -- from the car I cannot read

24 it but Patrick read to me the notice.

25     Q.    And on the notice do you remember what

Simona Ockley - March 11, 2025

93

1    it said?

2        A.    I think the notice said that it's a

3    condemned house and maybe I am not allowed to be

4    on to the -- it's unsafe for me to be into the

5    house.

6        Q.    All right.  So other than Patrick

7    reading what the notice said, did you ever get out

8    of Patrick's vehicle and actually go up and read

9    that notice before you went to the Courthouse that

10   day?

11       A.    No, I was not able to get from the

12   house -- from the car out, no.

13       Q.    Okay.  You talked about the phone calls

14   that you made to the township.  How many phone

15   calls did you make before you went to the

16   Courthouse?

17       A.    I don't recall.  Several.

18       Q.    While -- and how long were you at your

19   house before you went to the Courthouse?

20       A.    So you said that your documentation from

21   my notes was 8:50 in the morning I was making the

22   first call to the township.  After that I was to

23   the -- to Delaware County.  Maybe it was, the time

24   spent going over there maybe around 10:00, 11 I

25   was to the Delaware County Court to create an

94

1   emergency petition for my initial Court Order that

2   was dated July 15, 2022, allowing me to have

3   access to the property at my own risk.

4        Q.    Is there any reason why you went to the

5   Courthouse instead of going to the township

6   building to speak to anyone there about the fact

7   that your house had been condemned?

8        A.    It seems to me that nobody from the

9   township accepted over again saying that I have a

10  Court Order that allowed me to be into the

11  property.  Even judge acknowledged that the house

12  was condemned.  They said she supposed to be over

13  there at her own risk unfettered and unlimited to

14  be on to the property.  So I did not call.  I want

15  to go to the court and immediately people to the

16  court were very nice.  Seeing me on a wheelchair

17  and on a gown they assisted me immediately and

18  they created a new emergency Court Order stating

19  the same thing, the same request from Judge John

20  J. Whelan.

21       Q.    Did you get a copy of that order on

22  August 9?

23       A.    That's correct.

24       Q.    Did you speak to the judge before that

25  order got entered?

95

1          A.    No, I did not.

2          Q.    Was there any type of hearing that took

3    place before that order was entered?

4          A.    I think so.  And it was -- I was

5    assisted with my complaint by several sheriffs.

6          Q.    So you got to the courthouse.  How did

7    you physically get into the courthouse?

8          A.    By handicapped door.

9          Q.    Okay.  So did you walk to the

10   handicapped door or did --

11         A.    No.  I was with wheelchair to the

12   handicapped door.  I enter and the police officer

13   look at me strange, seeing a person in a hospital

14   gown.  And I explained and I think I was crying.

15   And they said don't worry, we will help you.

16               And several sheriffs officer came

17   to me and they asked me to sit on a bench.

18   Somebody from judicial office came and provided me

19   with pen and paper and information about my case

20   and I create this emergency petition.  I was

21   waiting for some time.  It was approved by Judge

22   Dozor.

23               And after that from the car of

24   Patrick when I was on the way leaving from the

25   parking lot of Delaware County I called back

Simona Ockley - March 11, 2025

96

1  Radnor Township and I did inform Radnor Township.

2  I don't know who I did speak but there are some

3  notes and maybe you can look at the notes.  I left

4  even a message I think or I just speak with

5  somebody saying that I have an emergency Court

6  Order and please ask one of your employee to come

7  into the driveway of the house on Ithan Avenue to

8  provide you with a copy the judge gave to me.

9     Q.  At any point in time that you were at

10  the courthouse on August 9 did you either inform,

11  did you -- in your emergency petition did you

12  explain that that house had been condemned?

13     A.  I don't know.  Maybe you can check the

14  records because there is a copy of that petition.

15     Q.  Right.  Do you remember if you included

16  that in the petition?

17           MR. SCHROM:  Excuse me.  Just so we

18       are clear, are you talking about the

19       transcript?

20           THE WITNESS:  No, no.

21           MR. SCHROM:  Is that what you are

22       referring to?

23           THE WITNESS:  It's my writing of an

24       emergency petition.  But it's also I think

25       the attorney provided you with a copy.

Simona Ockley - March 11, 2025

97

1    BY MR. GONZALES:

2        Q.   Right.  So my understanding is there was

3    no hearing for the August 9 order from Judge

4    Dozor, correct?

5        A.   I was not in the -- in front of Judge

6    Dozor.  I was waiting outside.

7        Q.   Right.  You filed a handwritten

8    emergency petition that you submitted and then you

9    waited and then the judge entered an order and

10   they gave you a copy of the order while you were

11   at the courthouse on August 9, correct?

12       A.   That's correct, yes.

13       Q.   You never went in front of the judge and

14   presented testimony, correct?

15       A.   No, I did not.

16       Q.   And no other party to your knowledge was

17   able to present their side or their testimony

18   before Judge Dozor entered that order, to your

19   knowledge, correct?

20       A.   Only I was by myself.

21       Q.   Right.  There was a hearing in July

22   before Judge Whelan, correct?

23       A.   Yes, that's correct.

24       Q.   But I'm talking about the order that you

25   got from Judge Dozor.

Simona Ockley - March 11, 2025

98

```
1        A.    That's correct.

2        Q.    So Judge Dozor gives you this order.

3   And so my question is as you sit here today do you

4   recall ever informing Judge Dozor that your house

5   -- that the property had been condemned?

6        A.    I don't recall that but there is -- you

7   can check the paper.  But also I think Judge Dozor

8   had -- have had an opportunity to read the Court

9   Order that Judge John J. Whelan created on July 7

10  and also the attorney for Greg Lingo informed that

11  the house is not in a good shape.  And John J.

12  Whelan said, "So what?  It is her risk to be over

13  there."

14       Q.    Okay.  So you get the order from Judge

15  Dozor on August 9.  Do you remember what time you

16  received the order?

17       A.    After maybe several hours.

18       Q.    Did you remain in the -- where were you,

19  in the hallway there at the courthouse?

20       A.    I was waiting on the hallway and they

21  give me several originals of this and I said I

22  need for the township a copy.

23             Like I said, and I repeat, from the

24  parking lot in front of courthouse I called Radnor

25  Township and I did inform them that I have an
```

Simona Ockley - March 11, 2025

99

```
1    emergency Court Order that I can provide and one

2    of the employee of the township can come into the

3    driveway to provide with that Court Order.

4         Q.   While you were at the courthouse were

5    you able to use the bathroom?

6         A.   I did not use the bathroom.

7         Q.   How did you get from the courthouse to

8    Patrick's car?

9         A.   With a wheelchair.

10        Q.   And I'm sorry.  Where did you get the

11   wheelchair?

12        A.   I think from the courthouse.

13        Q.   So when you got to the courthouse that

14   morning somebody came out to get you in a

15   wheelchair?

16        A.   That's correct.

17        Q.   Do you know how -- did you call ahead

18   and let them know?  How did they do that, if you

19   know?

20        A.   I think somebody saw me from the -- I

21   think even attorney now, even the District

22   Attorney saw me on that date.  He had some type of

23   conference in front of the courthouse and he look

24   at me.  I knew for sure that he looked at me, who

25   is this woman in hospital gown in a wheelchair.
```

Simona Ockley - March 11, 2025

100

1    And after that I was in talk -- in contact with

2    him and he said -- I said I was the person that I

3    was in hospital gown and I was upset for what was

4    going on.  I explained to him and I provided him

5    information with what going on.

6        Q.    So did Patrick wheel you from the

7    courthouse to his vehicle?

8        A.    That's correct, yes.

9        Q.    And then what did he do with the

10   wheelchair?

11       A.    He has to bring it back.

12       Q.    Back to where?

13       A.    To the entrance to the wheelchair

14   entrance.

15       Q.    And did he do that?

16       A.    Yes.

17       Q.    And you remained in his car during that

18   time?

19       A.    Yes.  And I called -- on that time that

20   he was over there I called the township.

21       Q.    Okay.  And you already testified about

22   that.  Did you call anyone else other than the

23   township while you were waiting for Patrick to

24   return to the vehicle?

25       A.    No.

Simona Ockley - March 11, 2025

101

1    Q.   And where did you go from the

2  courthouse?

3    A.   Directly home because I promise over my

4  phone call that I provide to the employee of the

5  township if he will be, or she will be on the

6  driveway with a copy -- not a copy, an original

7  that Judge Dozor provided me with.

8    Q.   What time -- so you made no stops along

9  the way, correct?

10    A.   No, no stops, no, because I want to

11  enter into the house.

12    Q.   And what time did you arrive at your

13  house that day?

14    A.   Maybe after 1:00.  1:00 p.m., excuse me.

15    Q.   Tell me what happened when you got to

16  the house at 1:00 p.m.

17    A.   When I got to the house I was amazed of

18  the prompt of Radnor Township.  That one set of

19  locks were removed from the garage door.  I don't

20  know about the sides door but one set of the locks

21  that were attached to both garage doors were

22  removed.

23    Q.   Was the sign, was that removed or was

24  that still there?

25    A.   I don't recall that.

Simona Ockley - March 11, 2025

102

1      Q.    And could you see that the locks were

2   removed while you were still in the car?

3      A.    Yes, yes.

4      Q.    So tell me when you got there around --

5   a little after 1:00 p.m.  Patrick pulled into the

6   driveway I assume, correct?

7      A.    Yes, sure.

8      Q.    And did he park in front of the garage?

9      A.    Yes.

10     Q.    Were there any other vehicles there at

11  the time?

12     A.    No, sir.

13     Q.    Was anyone else at the property when you

14  arrived there?

15     A.    No, sir.

16     Q.    What happened when you got there?  Did

17  you get out of the car, did you stay in the car?

18  What happened?

19     A.    I think I stayed in the car and I

20  called -- I'm not sure if I called Gregory Lingo

21  or his employee to let him know that I have a

22  Court Order, an emergency Court Order so I need

23  the second locks to be removed so I can enter into

24  the house.

25     Q.    Did you speak to Mr. Lingo during that

Simona Ockley - March 11, 2025

103

```
1   phone call?
2        A.   I think maybe I left a message.
3        Q.   Okay.
4        A.   I'm not sure and I cannot recall.
5        Q.   Did he return your call?
6        A.   No, I don't think.
7        Q.   Did anyone return the call that you --
8   from Mr. Lingo's office?
9        A.   I don't recall.
10       Q.   And do you remember what time you called
11  him?
12       A.   So it was late afternoon.
13       Q.   So how late?
14       A.   Maybe 3:00.
15       Q.   What did you do between 1:00 and 3:00
16  p.m. when you called Mr. Lingo?
17       A.   I stayed in the car.  I was just
18  expecting that somebody will come and remove the
19  locks since I left a message.
20       Q.   What did Patrick do while you were in
21  the car from 1:00 to 3:00 p.m.?
22       A.   He was in the car, too.
23       Q.   Did he -- he never got out of the car
24  before this phone call to Mr. Lingo or did he get
25  out of the car at some point?
```

104

1    A.   I don't recall that.

2    Q.   Do you remember what the weather was

3  like that day?

4    A.   I think was hot.

5    Q.   Did Patrick have his vehicle on the

6  whole time?

7    A.   Yes, I think he has the air conditioning

8  on.

9    Q.   And did you make any other phone calls

10 between 1:00 and 3:00 p.m. that day?

11   A.   No, I don't -- I don't recall, no.

12   Q.   So you didn't call the township to ask

13 where they were or why they weren't at the house

14 or anything to that effect?

15   A.    No, because I thought that a set of

16 locks being removed, that means they came and they

17 heard -- or maybe they checked with the court

18 district and they knew that already I have an

19 emergency Court Order.

20          MR. GONZALES:  Can we just take a

21     quick break?  Let's go off the record.

22          (A brief recess was held at this

23     time.)

24          MR. GONZALES:  Can you read back

25     the last question I asked?

Simona Ockley - March 11, 2025

105

1              (The record was read by the

2       reporter as requested:  Q.  So you didn't

3       call the township to ask where they were or

4       why they weren't at the house or anything to

5       that effect?

6              "A.  No, because I thought that a

7       set of locks being removed, that means they

8       came and they heard -- or maybe they checked

9       with the court district and they knew that

10      already I have an emergency Court Order.")

11             MR. GONZALES:  Ockley-2.

12             (Exhibit No. Ockley-2, 7/15/22

13      Order, was marked for identification.)

14   BY MR. GONZALES:

15      Q.   Ms. Ockley, I have placed in front of

16   you a document that we have marked as Ockley-2.

17   At the bottom you see it's numbered.  It's PLF,

18   meaning Plaintiff's, 27.  And this is the July 15,

19   2022 Order of Judge Whelan.

20             Do you see that?

21      A.   That's correct, yes.

22      Q.   And your attorney was kind enough to

23   share with us a transcript of the hearing that

24   took place before Judge Whelan.

25             You attended that hearing, correct?

Simona Ockley - March 11, 2025

106

1      A.    That's correct, yes.

2      Q.    How did you get to the hearing

3   physically?

4      A.    Patrick came to Broomall Manor and he

5   brought me.  I don't recall if it was wheelchair

6   from Broomall Manor or we take a wheelchair from

7   courthouse and he brought me inside in front of

8   John J. Whelan.

9      Q.    Now, according to the order the hearing

10  took place on July 11 of 2022.

11            Do you see that?

12     A.    That's correct.

13     Q.    And is that when the hearing took place?

14     A.    That's correct.

15     Q.    Did you have an attorney with you for

16  the hearing?

17     A.    No, I did not.

18     Q.    What did you wear at the hearing?

19     A.    Hospital gown.

20     Q.    And I think you testified that you got

21  around inside the courthouse at least in a

22  wheelchair; is that correct?

23     A.    That's correct.

24     Q.    Did you have any conversations with

25  anyone before the hearing while you were at the

1    courthouse that day?

2        A.   No, sir.

3        Q.   After the hearing did you speak to

4    anybody while you were at the courthouse?

5        A.   I was to District Attorney's Office.

6        Q.   So after the hearing was completed on

7    July 11 you went down to the District Attorney's

8    Office?

9        A.   That's correct.

10       Q.   And why did you do that?

11       A.   I went over there because I said since I

12   am still at the courthouse it is a good

13   opportunity to complain about Officer Bates

14   because he remained by himself into my house and

15   they asked me to create a complaint.

16       Q.   Who is they?

17       A.   I think the receptionist or the employee

18   of Court -- of District Attorney's Office.

19       Q.   And did you prepare a written complaint

20   against Officer Bates?

21       A.   I created at that moment.

22       Q.   And what did you do with it?

23       A.   I gave to the employee and they said

24   that they will give that Court Order to

25   investigator, to -- I don't know the term.

108

1      Q.    Did they tell you anything else that
2   they would do?
3      A.    No.   They took information about me and
4   telephone number and I got a message later on that
5   my -- after several days I think that they
6   addressed this issue with the Radnor Township
7   Police.
8      Q.    Going back to the July 11 when you
9   submitted the written complaint, did you speak to
10  anyone other than the receptionist?
11     A.    No.
12     Q.    And the information that you said they
13  took from you, was that basically just your name
14  and your phone number --
15     A.    Yes.
16     Q.    -- or did they take any additional
17  information?
18     A.    No, only the telephone number how they
19  contact me.  And I said -- they saw me that I am
20  in gown of the hospital and they said that they
21  would contact me by phone if it will be any
22  investigation regarding my complaint.
23     Q.    Did they give you a copy of the
24  complaint form you filled out?
25     A.    Yes, they did, sir.

Simona Ockley - March 11, 2025

109

1    Q.   And did you do anything else while you

2    were in the courthouse that day?

3    A.   No, after that I left.

4    Q.   And where did you go?

5    A.   We are talking 11th?

6    Q.   July 11, yes.

7    A.   So I went home.

8    Q.   Home where?

9    A.   In -- no, I'm sorry.  I was back to

10   Radnor -- to Broomall Manor.  I'm sorry.

11   Q.   Now, you said that at some point you

12   received a message that the District Attorney's

13   Office had addressed your issue with the Radnor

14   Police; is that correct?

15   A.   That's correct.

16   Q.   How did you receive that message?

17   A.   I have an investigator, I have his name

18   in some paper, maybe you have one on your

19   documents, that he called me and he said that the

20   paper that I did file to District Attorney was

21   sent to -- it's not a criminal problem so it needs

22   to be addressed to Radnor Township.

23   Q.   Okay.  Do you remember the name of the

24   investigator?

25   A.   I don't remember but I have written his

Simona Ockley - March 11, 2025

110

1    name down.

2         Q.   Did you say anything -- strike that.

3              Was this a message or did you

4    actually speak to the investigator?

5         A.   I speak to the investigator.

6         Q.   And what, if anything, did you say in

7    response to him when he told you this?

8         A.   Nothing else.

9         Q.   Did you follow up with anyone at the

10   township after this phone call with the

11   investigator?

12        A.   No, sir.

13        Q.   Did you follow up with anyone in the

14   District Attorney's Office about this matter

15   involving Officer Bates after this telephone call

16   with the investigator?

17        A.   I think I did go back to District Court

18   and I create a different letter but I am not sure.

19   I cannot recall at this moment.  Maybe later on.

20        Q.   And what did you think that Officer

21   Bates did wrong?

22        A.   In my opinion was wrong that he was by

23   himself into the house.

24        Q.   Why?

25        A.   Because he was not a person that will

Simona Ockley - March 11, 2025

111

1    secure my house, which was important.  Being in

2    the hospital for such a long period of time I need

3    my house to be secure.

4         Q.   How do you know that he didn't secure

5    your house?

6         A.   I didn't know if he secure or not secure

7    my house.  I didn't know about that.

8         Q.   So you wanted to file a complaint

9    against him even though you didn't know whether he

10   did anything wrong; is that correct?

11        A.   I feel that he not supposed to be by

12   himself into the house.

13        Q.   Why?

14        A.   I think it's private property and

15   everybody has some privacy.

16        Q.   Okay.  But you called 911 that day,

17   didn't you?

18        A.   I did call for emergency but they said

19   it on Delaware County along with emergency it's

20   coming a police officer they informed me on that

21   date.

22        Q.   Right.  How long did Officer Bates stay

23   in your house after you left?

24        A.   I have no idea because I was transported

25   from the driveway to the hospital.  I have no idea

Simona Ockley - March 11, 2025

112

1    how long he remained into the house.

2        Q.   So it's possible he could have left just

3    at the time that you left or shortly after you

4    left.  Isn't that also possible?

5        A.   I don't think was possible because after

6    I was going on Ithan Avenue his car was still on

7    the driveway.

8        Q.   Okay.  Any other reason why you think he

9    was still inside?

10       A.   No, I think this will be the single.

11       Q.   Did you ever speak to anyone at Radnor

12   Township and get an explanation as to what Officer

13   Bates did or was doing in your house?

14       A.   No, I did not.

15       Q.   Did you ever follow up with anyone at

16   Radnor Township after you spoke to the

17   investigator about Officer Bates?

18       A.   No, I did not.

19       Q.   You said you filed some type of

20   complaint against Officer Bates with the District

21   Court?

22       A.   With District Attorney.

23       Q.   Oh, District Attorney.

24       A.   Yes.

25       Q.   I thought you mentioned the District

113

1    Court as well.

2         A.    No, District Attorney.

3         Q.    Is that when the investigator called you

4    back or was there another complaint that you made

5    with the District Attorney about Officer Bates?

6         A.    No, after, after several days about my

7    complaint District Attorney called me,

8    Stollsteimer called me.

9         Q.    And where were you when

10   Mr. Stollsteimer, the District Attorney, called

11   you?

12        A.    He called me when I was in Broomall

13   Manor.

14        Q.    And what did he say to you?

15        A.    He said to him to provide more

16   information regarding my case.

17        Q.    Do you remember what day he called you?

18        A.    I think I provided with a date and with

19   a telephone number that he called me.

20        Q.    As you sit here today do you recall what

21   day that was?

22        A.    So it was maybe late July or maybe

23   beginning of August.

24        Q.    Was it after you spoke to the

25   investigator?

Simona Ockley - March 11, 2025

114

1      A.    That's correct.

2      Q.    So the investigator said it was not

3  criminal?

4      A.    That's correct.

5      Q.    And that they were not going to

6  investigate it any further?

7      A.    That's correct.

8      Q.    Did you contact the District Attorney

9  to -- for further inquiry or the District Attorney

10  just contacted you on his own?

11      A.    District Attorney called me on his own.

12      Q.    So you made no further contact with the

13  District Attorney's Office --

14      A.    No.

15      Q.    -- between the investigator telling you

16  that there was nothing further that they would do

17  and when Mr. Stollsteimer called you?

18      A.    Yes.  I think I created a paper, I don't

19  know the date on the paper, for District Attorney.

20  But I have no recall of that.  But we can provide

21  or it's on the file.

22      Q.    When you say you created a paper, what

23  are you referring to?

24      A.    I created a new complaint or additional

25  complaint, too.  I'm not sure.

Simona Ockley - March 11, 2025

115

1    Q.    And what did you do with that new

2    complaint?

3    A.    I gave to District Attorney's Office.

4    Q.    When?

5    A.    I cannot recall.

6    Q.    How?

7    A.    There is a date.

8    Q.    Right.  How did you give it to them?

9    Did you mail it, did you hand deliver it?

10    A.    I think I hand deliver it.

11    Q.    And was that on July 11 when you were

12    there or a different day?

13    A.    No, that was the first letter that I

14    created.  The second letter -- I think they are on

15    the records all this information.

16    Q.    Right.  But I'm asking you what your

17    recollection is.

18    A.    Yeah, yeah.  I don't remember.  There

19    are three letters that I did create for District

20    Attorney.

21    Q.    Okay.  So we know about the first one --

22    A.    Yes.

23    Q.    -- that you submitted when you were

24    there on July 11, right?

25    A.    Yes.

Simona Ockley - March 11, 2025

116

1     Q.   And then the second one was when, after

2   you spoke with -- excuse me.

3     A.   Maybe on July 20.  But I don't recall.

4     Q.   That's fine.  But was it before or after

5   the --

6     A.   After, after.

7     Q.   Hold on.  I have got to finish asking

8   the question.

9     A.   I do apologize.

10     Q.   That's okay.  Was this second letter,

11   was it before or after your phone call with

12   Mr. Stollsteimer?

13     A.   Before.

14     Q.   And so that was something that you

15   created while you were at Broomall Manor?

16     A.   That's correct.

17     Q.   And then you mailed it from Broomall

18   Manor?

19     A.   No, I don't recall if I came in person

20   or I mail it.  I don't recall.  I have papers that

21   I can prove the way that I provided to the

22   District Attorney, or you have it on your records.

23     Q.   How would you be able to prove what --

24   in other words, how would you be able to prove how

25   it was delivered?

Simona Ockley - March 11, 2025

117

1      A.    If there is no copy of the receipt from

2   the Postal Service I cannot prove that.

3      Q.    Yes.  I don't see these documents that

4   you are referring to.  I'm not saying that your

5   attorney didn't provide them to us but I'm not

6   seeing them in our records.

7            So, again, as you sit here today,

8   you think sometime around July 20 --

9      A.    Yes, that's correct.

10     Q.    -- you submitted a second complaint or

11  letter to the District Attorney's Office --

12     A.    That's correct.

13     Q.    -- complaining about Officer Bates?

14  Yes?

15     A.    That's correct.

16     Q.    And in response to -- well, strike that.

17           What did you say that you hadn't

18  already told the District Attorney in that letter?

19     A.    I don't recall that.

20     Q.    Why did you send a second letter if the

21  investigator already told you that it was not a

22  criminal matter?

23     A.    I don't recall that.

24     Q.    And when Mr. Stollsteimer called you did

25  you answer the call directly --

Simona Ockley - March 11, 2025

118

1      A.   Yes.

2      Q.   -- or did he leave a message and you

3    returned the call?

4      A.    No.  He did call me and I talk with him

5    personal and I thanked him that he take from his

6    time to call me and knew about my situation.  He

7    saw me in front of the courthouse in the hospital

8    gown and he felt in some way sorry about happened

9    to me.

10     Q.   Well, when he saw you, that was in

11   August, right, when you went on to get the

12   emergency order from Judge Dozor on August 9,

13   right?

14     A.   I don't recall.  I think maybe it was

15   July 11.

16     Q.   Okay.  You testified earlier that it was

17   on August 9 that you saw the District Attorney

18   outside with the press conference of some sort.

19   But now you're thinking it happened in July?

20     A.   Yes, yes.

21     Q.   So then let's go back.  When you went to

22   court on July 11 for the hearing with Judge

23   Whelan, you're saying that you saw

24   Mr. Stollsteimer outside that day?

25     A.   Yes, I think that's correct.  I think I

Simona Ockley - March 11, 2025

119

1    made a mistake.

2        Q.    That's fine.  And so Mr. Stollsteimer,

3    did you talk to Mr. Stollsteimer when you saw him

4    outside?

5        A.    No, not on that date.  Only over the

6    phone.

7        Q.    Yes, when he called you on July 20.

8        A.    Yes.

9        Q.    And other than saying that he was aware

10   of your complaint, did he say anything else to

11   you?

12       A.    No.  He -- I think on the third letter

13   that I have he asked me to provide with additional

14   information.

15       Q.    Okay.  But during this phone call did he

16   ask you for any additional information?

17       A.    No, I don't recall that.

18       Q.    Did he say whether the District Attorney

19   was going to do anything with respect to your

20   allegations against Officer Bates?

21       A.    I don't recall that.

22       Q.    Did you ask him to do anything with

23   respect to the investigation into Officer Bates?

24       A.    I did not advise him in any form or

25   shape what he should do.  It's improper for me to

Simona Ockley - March 11, 2025

120

1    ask him to do, you know, something regarding my

2    case.  It's his decision and his profession to

3    take a decision.

4         Q.   How long was the phone call with the

5    District Attorney on July 20?

6         A.   Just few minutes.

7         Q.   Okay.  And was there anything else said

8    by him during that phone call?

9         A.   No, sir.

10        Q.   Did you say anything else to him during

11   that phone call?

12        A.   No, sir.

13        Q.   How did the phone call end?  In other

14   words, did he say he was going to do something or

15   did he ask you to do anything?

16        A.   I don't recall.  I don't recall.

17        Q.   So I take it then from your testimony

18   essentially he was just acknowledging that you had

19   contacted the District Attorney's Office about

20   Officer Bates?

21        A.   Yes, and to provide him with more

22   information.

23        Q.   So during that phone call he asked you

24   to provide more information?

25        A.   I don't recall because I think there is

Simona Ockley - March 11, 2025

121

1  a third letter that I did send to him and on that

2  letter I provided him with more information.

3      Q.   Right.  But did you do that because he

4  asked you to or did you do that just on your own?

5      A.   Yes, I think so, I think so.

6      Q.   What information did the District

7  Attorney ask you for?

8      A.   I don't recall.  Maybe the paper or the

9  information from the court regarding the Court

10  Order and -- I don't recall that.

11      Q.   But when Officer Bates was there, I mean

12  there was no Court Order yet, correct?

13      A.   Yeah.  But in July was a Court Order.

14      Q.   But what would that have to do with

15  Officer Bates?  If he was only there back in

16  April, what would that have to do with happened in

17  July?

18      A.   I think it was because I have this locks

19  to my house and I was not allowed to enter into

20  the house.

21      Q.   Okay.  Did you ever file anything to

22  object to the condemnation that was entered by the

23  township?

24      A.   I didn't know that it was a condemnation

25  on the door of my house.  I didn't have no idea.

122

1      Q.   Doesn't it say condemnation on it?

2      A.   No, I am not talking about that.  You

3   said if I file something that it was on April.  I

4   was in the hospital at that particular time.

5      Q.   No.  At any time did you ever file

6   anything to appeal the condemnation?

7      A.   I was in the hospital at that particular

8   time.

9      Q.   Yes.  But at some point you got out of

10   the hospital, correct?

11      A.   Yes.  And when I got out of the hospital

12   I have the -- I went to the -- based on my Court

13   Order and because the Court Order was not

14   fulfilled I have to go and create a new emergency

15   Court Order.  That it was my decision, not to go

16   to the township and contest the note on to my

17   garage door.

18      Q.   Well, when you went to the hearing on

19   July 11 with Judge Whelan no one from the township

20   was there, were they?

21      A.   I don't -- no.

22      Q.   And when you went to the hearing with

23   Judge Dozor no one from -- there was no hearing

24   with Judge Dozor.  But nobody from the township

25   was there before -- you know, when you submitted

Simona Ockley - March 11, 2025

123

1  your request to the judge, correct?

2      A.   No, was nobody from the township.

3           MR. GONZALES:  So I'm going to show

4      you a document we will mark as Ockley-3.

5           (Exhibit No. Ockley-3, 8/9/22

6      Order, was marked for identification.)

7  BY MR. GONZALES:

8      Q.   Ockley-3 is Bates numbered Plaintiff's

9  28 and it is an August 9, 2022 order entered by

10 Judge Dozor.

11          Do you see that?

12     A.   That's correct.

13     Q.   And is this a copy of the order that you

14 received from the court personnel when you were at

15 the courthouse on August 9?

16     A.   No, it's not.  Has signature, something

17 from the court on this side, like a stamp or maybe

18 recorded something.

19     Q.   Okay.

20     A.   But this is the Court Order.

21     Q.   I understand.  Just so the record is

22 clear, you were pointing to the bottom left-hand

23 side of the order and you're saying that there was

24 some marking the document that you received from

25 the court on that day?

Simona Ockley - March 11, 2025

124

1       A.    Yes, like an official form.

2       Q.    Okay.  However, as you said, this is a

3  copy of the order that you received, correct?

4       A.    That's correct.

5       Q.    So on August -- we are back at your

6  house on August 9.  You said between 1:00 and

7  3:00 p.m. you were waiting in the car with

8  Patrick, correct?

9       A.    That's correct.

10      Q.    And then you had a phone call with, was

11 it Mr. Lingo?

12      A.    I left a message to Gregory Lingo

13 regarding the fact that I have a second Court

14 Order and I need the second set of locks to be

15 removed.

16      Q.    And did you actually speak to Mr. Lingo?

17      A.    I think I left him a message.

18      Q.    And what did you do after -- at three --

19 you know, you said you were in the car from 1:00

20 to 3:00.  What happened at 3:00?  What did you do?

21      A.    I was not able to access my property so

22 I have to go back to the hotel and purchase

23 another night to that hotel.

24      Q.    What time did you leave your house?

25      A.    Maybe 4:00.  I don't recall the, exactly

Simona Ockley - March 11, 2025

125

1    the hour.

2        Q.   And before you left your house that day

3    did you call anyone from the township?

4        A.   No, I did not.

5        Q.   All right.  Did you call anyone else

6    other than Mr. Lingo?

7        A.   I did not recall that.  Maybe I called

8    the employee of Gregory Lingo to let him know that

9    I have a second order, emergency order.

10       Q.   And did you speak to that employee?

11       A.   I don't recall.

12       Q.   So Patrick -- and you're still wearing

13   your hospital gown; is that correct?

14       A.   That's correct, yes.

15       Q.   Did you make any stops between your

16   house and the hotel in Tinicum?

17       A.   I think he stopped to farmer's gas

18   station and bought some food for me.

19       Q.   Had you eaten anything before you left

20   your house that day around 4:00?

21       A.   No.

22       Q.   Had you used the bathroom at any time

23   that day before you left your house at 4:00?

24       A.   No, sir.  I was wearing a diaper.

25       Q.   And when -- other than stopping at this

126

1    farmer's market did you make any other stops along

2    the way?

3        A.   No, sir.

4        Q.   What time did you arrive at the hotel?

5        A.   I don't recall that, sir.

6        Q.   Did you check out of the hotel that

7    morning before you left or were you still checked

8    in?

9        A.   No, no, no.  I checked out because I did

10   not expect that I am coming back to that hotel.

11       Q.   All right.

12       A.   I expecting that I will resolve the

13   issue and I would be in the house.

14       Q.   When you got back to the hotel what did

15   you do?

16       A.   I asked Patrick, I gave him money to pay

17   another day of the hotel.

18       Q.   And did you do that?

19       A.   Yes, he did.

20       Q.   Did you give him cash or a card?

21       A.   I don't recall that.

22       Q.   Did you physically go in to the hotel?

23       A.   He helped me to go in and he left.

24       Q.   Was there any reason why you stayed at

25   that hotel and not one that was closer to your

Simona Ockley - March 11, 2025

127

1   house?

2        A.   I don't recall any other.  I thought

3   that hotel was easy for me to go in and out and

4   especially that I spent a previous night.  I

5   didn't think of any other hotel.

6        Q.   Okay.  Because you had said before that

7   you couldn't really use the bathroom at that

8   hotel.  So I'm wondering if you did anything to

9   maybe find a hotel where you could use the

10  bathroom.

11       A.   I needed -- you have to think I was a

12  person with a lot of pain and with a lot of -- I

13  wanted to just lay in a bed.  I didn't think to go

14  to a different hotel.  I didn't think to do

15  anything else.  I just needed to rest a little

16  bit.

17       Q.   Okay.  Did Patrick bring you into the

18  hotel?

19       A.   He helped me to get into the room.

20       Q.   Did you need a wheelchair to get in?

21       A.   Like I said to you before, he helped me

22  to get into the stairs, to the room and after that

23  he left.

24       Q.   Right.  But did you use a wheelchair to

25  get in?

Simona Ockley - March 11, 2025

128

1       A.    I used a walker.

2       Q.    When you got to the hotel did you call

3   anyone?

4       A.    I did not call anybody.

5       Q.    Same questions as before.  Were you able

6   to use the toilet in the hotel room?

7       A.    Yes, I was able.

8       Q.    Were you able to wash yourself when you

9   were in the hotel room?

10      A.    No.  It was a different room but the

11  same issue with -- I was not able to bring in any

12  way the walker in, and especially the walker, it

13  was a very heavy one, more than 15-pounds.

14      Q.    Did you talk to Patrick about stopping

15  at a Walmart or a Target, someplace where you

16  could get some fresh clothes?

17      A.    No, I did not stop.  I wanted to get

18  washed.  And after that in my mind it was that I

19  will go home, wash and change my clothes.  I

20  didn't think a minute to buy clothes and put

21  clothes from a store on a dirty body.

22      Q.    But you had the money that you could

23  have purchased clothes, correct?

24      A.    No, I did not have the money to purchase

25  clothes.

Simona Ockley - March 11, 2025

129

1      Q.   You had your credit cards with you and
2   the black bag, though, didn't you?
3      A.   Yes, I did have.
4      Q.   So you could have used your credit cards
5   to get clothes, right?
6      A.   Yeah.  But who will go inside of the
7   store in a hospital gown to purchase clothes?
8      Q.   Okay, that's fine.  So what time did you
9   leave the hotel on August 10, the next day?
10     A.   The hotel room, I think it was in the
11  morning.
12     Q.   Okay.  And, again, did Patrick pick you
13  up?
14     A.   Sure, he picked me up.
15     Q.   Did you -- was there a prearranged time
16  he was going to pick you up or did you call him
17  that morning?
18     A.   I called him and he said when he will be
19  available he will come and pick me up.
20     Q.   I take it that you had a charger for
21  your cell phone; is that correct?
22     A.   No, I did not have a charger for my cell
23  phone.  I don't recall that.
24     Q.   Do you know how your cell phone was able
25  to stay active for over 24 hours without a charge?

Simona Ockley - March 11, 2025

130

1    You had a good cell phone.

2         A.    No, I don't recall that.

3         Q.    Okay.

4         A.    But I don't know why you ask me about a

5    charger for the cell phone regarding the hotel.

6         Q.    That's okay.  All right.  So you called

7    Patrick the next morning and he picks you up.  And

8    where did he take you?

9         A.    I think he took me home.

10        Q.    Home to Ithan Avenue?

11        A.    That's correct.

12        Q.    Prior to returning to the Ithan Avenue

13   property had you told anybody that you were going

14   there that day?

15        A.    No, I did not call anybody.

16        Q.    Did you attempt to contact Mr. Lingo or

17   anyone from the builders or the owners of the

18   property?

19        A.    I think one of his employee was talking

20   not very polite to me, actually screaming.  I am

21   not sure, I don't recall, but I think he was

22   screaming at me.  He said that I have no right to

23   be on to the property.

24        Q.    Right.  But is this before you got there

25   or after you got there?

Simona Ockley - March 11, 2025

131

1          A.    No, it was before.

2          Q.    So there was another phone call that

3    morning with somebody, Mr. Lingo or somebody from

4    his --

5          A.    I don't recall that.

6          Q.    But you do recall that whoever it was

7    yelling at you?

8          A.    It was an employee stating that I am not

9    allowed to be on to the property.

10         Q.    Okay.  And what did you say to that

11   person, if anything?

12         A.    I said that I have a Court Order.  I was

13   like continue saying the same thing, I have a

14   Court Order and nobody care about that.

15         Q.    Okay.  How long was that phone call that

16   you had with that employee?

17         A.    Almost -- I think he just hang up the

18   phone on me when I requested him to come to remove

19   the locks.

20         Q.    Okay.  How long was that phone call, if

21   you remember?

22         A.    Maybe a minute or two.

23         Q.    And did you make that phone call before

24   or after you left the hotel that morning?

25         A.    I think before I left the hotel.

Simona Ockley - March 11, 2025

132

1       Q.    Did you call anyone else while you were
2  at the hotel that night?
3       A.    No, sir.
4       Q.    Did you call anyone while you were in
5  the car on the way to Ithan Avenue?
6       A.    No, sir.
7       Q.    Did you make any stops along the way?
8       A.    No, sir.
9       Q.    What time did you arrive at Ithan
10 Avenue?
11      A.    I don't recall the time.
12      Q.    And when you got there was anyone at the
13 property?
14      A.    No, sir.
15      Q.    There was no one working on the
16 property?
17      A.    No, sir.
18      Q.    Tell me what happened after you -- after
19 Patrick pulled in.  Where did he park his car?
20      A.    He parked the car in front of the
21 garage.
22      Q.    And then what happened?
23      A.    Then I get out from the car and I said I
24 need to do something about these locks to be
25 removed, I need to be inside of the house if

Simona Ockley - March 11, 2025

133

1     nobody help me with these locks.

2          Q.   So what did you do?

3          A.   I asked for a locksmith to come and help

4     me with removing -- there is a receipt from the

5     locksmith helping me to remove the locks.

6          Q.   So you called the locksmith?

7          A.   I did call the locksmith.

8          Q.   And what time did the locksmith arrive?

9          A.   I don't recall the time.

10         Q.   And were you present when the locksmith

11    arrived?

12         A.   Yes.

13         Q.   Was Patrick present?

14         A.   Yes, sir.

15         Q.   Was anyone else at the property?

16         A.   No, sir.

17         Q.   When the locksmith arrived what

18    happened?

19         A.   He helped with removing the locks.

20         Q.   Did you tell him anything or like

21    identify yourself as the owner or did he ask for

22    ID, anything like that?

23         A.   I think he did ask me who I am.  That's

24    all.  And I said that I was -- I explained a

25    little bit to him that I was in the hospital and

Simona Ockley - March 11, 2025

134

1   now I am coming back home.  That's all.

2        Q.   That's all you said?

3        A.   Yes.

4        Q.   Did you tell him that you had sold the

5   house and it was no longer yours or anything to

6   that effect?

7        A.   I don't recall that.

8        Q.   Because at that point in time you had

9   sold the house, correct?

10       A.   Yes, sir, I did sold the house but I

11  have Court Order that allowed me unlimited access

12  to the property.

13       Q.   Right.

14       A.   So I did not think that I broke the law.

15       Q.   Okay.  But you didn't tell the locksmith

16  that you had sold the house; is that correct?

17       A.   I don't recall that.

18       Q.   All right.  Which locks did the

19  locksmith remove?

20       A.   I don't recall.  I think the garage

21  door.

22       Q.   So that would have been a padlock on the

23  garage door or some other lock?

24       A.   This one that is showing into the

25  picture.

Simona Ockley - March 11, 2025

135

1          Q.    And you're referring to Ockley-2 and

2    you're pointing to, it looks like -- I think it's

3    a padlock, but you tell me if I am wrong, on the

4    right, the right garage door; is that correct?

5          A.    I don't know what means padlock.

6          Q.    Padlock is, you know, like a silver lock

7    that either with a key -- opens with a key or --

8          A.    Yeah, yeah, that type, sir.

9               MR. GONZALES:   Here.   I will show

10         you another.   Why don't we mark this?   What

11         are we up to?

12              (Exhibit No. Ockley-4, 5/6/22

13         Photograph, was marked for identification.)

14   BY MR. GONZALES:

15         Q.    I'm showing you a document which we

16   marked as Ockley-4 and its Bates numbered Radnor

17   Defendants 17.

18              Now I know that this picture

19   doesn't show your garage door; would you agree?

20         A.    That's correct, sir.

21         Q.    Which door does this show?

22         A.    Main entrance.

23         Q.    Okay.   I'm just showing this to give an

24   example of what padlock is.   Do you see a lock on

25   this door?

Simona Ockley - March 11, 2025

136

1          A.    That's correct, sir.

2          Q.    And was there a similar type lock on the

3   garage door?

4          A.    That's correct, sir.

5          Q.    And was this the type of lock that the

6   locksmith removed?

7          A.    That's correct, sir.

8          Q.    Other than the one padlock on the

9   garage, did the locksmith remove any other locks

10  that were on the property?

11         A.    Yes, he did remove one lock to the

12  basement because the basement door was locked and

13  I want to check about power into the house.  It

14  was no power into the house and I checked to see

15  if one of the fuses are defective to be changed.

16  And I was not able to go to the basement door --

17  to get through the basement door into the

18  basement.

19         Q.    All right.  Just so we are clear, the

20  locksmith removed a lock on the garage door and

21  the door to the basement?

22         A.    That's correct.

23         Q.    Did he remove any other locks?

24         A.    No, sir.

25         Q.    By the way, on the prior occasions that

Simona Ockley - March 11, 2025

137

1  you were at that property on, I guess it was the

2  day before on August 9, did Patrick attempt to

3  open any of the doors?

4       A.   I don't recall that.

5       Q.   Did you ask Patrick to try to open any

6  of the doors?

7       A.   No, sir.

8       Q.   Did you try to open any of the doors?

9       A.   No, sir.  I have no tools.  How I open

10  the doors?

11              MR. GONZALES:  Ockley-5.

12              (Exhibit No. Ockley-5, Locksmith

13       Services Invoice, was marked for

14       identification.)

15  BY MR. GONZALES:

16       Q.   I'm showing you a document that we have

17  marked as Ockley-5 which is Bates numbered

18  Plaintiff 102.

19              Do you see that?

20       A.   Yes, sir.

21       Q.   All right.  And this is a receipt from a

22  locksmith.  Is this the locksmith that you called

23  on August 10?

24       A.   Yes, sir.

25       Q.   And it looks like he charged $100.  Did

Simona Ockley - March 11, 2025

138

1    you pay him?

2        A.   Yes, sir.

3        Q.   It looks like -- and you correct me if I

4    am wrong -- that you paid by credit card; is that

5    correct?

6        A.   No, I don't think so, sir.

7        Q.   The reason I say that, if you look in

8    the box next to -- do you see where it says Total

9    100?

10       A.   Yes.

11       Q.   Do you see to the left of that there is

12   what appears to be a credit card number.  Do you

13   see that?  It has an expiration date of 8/26.

14       A.   I don't recall the number.  Maybe you

15   see how it's printed less print, that he had like

16   a pad that he can give you one set of the -- one

17   form to you, one it's keeping -- one receipt is

18   for him, one is printed for the office.  It seems

19   to me -- I don't recall this credit card number.

20   I don't have a credit number ending in 11323.  And

21   you see it's very light weight.  That means maybe

22   was from a previous receipt that somebody else

23   paid.

24       Q.   That's fine.  So you paid him in cash?

25       A.   I don't recall that.

Simona Ockley - March 11, 2025

139

1        Q.    Well, if you didn't pay him in cash how

2    would you have paid him?

3        A.    A credit card.

4        Q.    Okay.

5        A.    But I don't -- that's not a credit card

6    that I own.

7        Q.    After he removed the two locks what did

8    you do?

9        A.    It was no electricity in the house so I

10   laid on the sofa.

11       Q.    How did you know there was no

12   electricity in the house?

13       A.    Because I just said to you that he tried

14   to remove the locks from the bottom -- from the

15   basement door and he was not able, first of all,

16   to open.  So I think he came later.  I have no --

17   I don't recall how late it was to -- it took him

18   to remove the -- I think he made the hole into the

19   basement door to order to, and it was so late.

20       Q.    Let's go back a little bit.  So you

21   arrived at your house sometime that morning,

22   correct?

23       A.    Yes.

24       Q.    You said you left the hotel you thought

25   around 8:30 that morning?

Simona Ockley - March 11, 2025

140

1     A.    No, I think it was later than that.

2     Q.    Oh, okay.

3     A.    Because you have to get out from the

4  hotel by 11.  I think it was maybe 11:30.

5     Q.    So you left the hotel at 11:30?

6     A.    I don't recall that.

7     Q.    All right.  And before you left the

8  hotel, again, were you able to bathe yourself in

9  any way?

10    A.    No, I was not able to bathe.

11    Q.    All right.  And you said you made no

12 stops from the hotel to the Ithan Avenue property,

13 correct?

14    A.    That's correct.

15    Q.    So you arrived -- that means you would

16 have arrived at your property sometime a little

17 after noon?

18    A.    That's correct.

19    Q.    And what time did you call the

20 locksmith?

21    A.    I think maybe later on that day because

22 nobody wants to come.  And finally I find -- it

23 was late in the evening when he arrived.  He used

24 his lantern from his cell phone to try to unlock

25 the basement door.

141

1    Q.   All right.  So I take it then you were

2  at the Ithan Avenue property from noon on

3  August 10 until the evening when the locksmith

4  arrived; is that correct?

5    A.   Yes.  He was earlier because he removed

6  the door of the garage.  But after that he took

7  for him time and he went back to the truck because

8  he was not able to open the lock from the basement

9  door.

10    Q.   Was there a padlock on the basement door

11  or was it just the regular lock that you would

12  lock a door with?

13    A.   I think somebody closed the door from

14  inside, and even if I used the key we were not

15  able to unlock the door for the basement.

16    Q.   Do you know whether the locks had been

17  changed by the owner of the house?

18    A.   No, there were not -- I am not aware

19  that somebody changed the locks.

20    Q.   Well, if you had a key -- you said you

21  had your keys to the house.

22    A.   That's correct.

23    Q.   So why wouldn't your key be able to open

24  the door even if there was a key on the inside?

25    A.   He was not able.  Patrick tried and also

Simona Ockley - March 11, 2025

142

1    the locksmith and they were not able.  They have

2    to make a hole to cut the metal door of the

3    basement in order to retrieve the lock from the

4    frame of the door.  It was a very intensive work

5    on his part.

6        Q.    Why didn't he just go through inside and

7    downstairs to the basement through the garage and

8    unlock the door that way?

9        A.    But what I am saying he entered through

10   the garage door.

11       Q.    Right.

12       A.    Inside of the garage door if you go

13   straight -- if you go straight you go downstairs

14   to the stairs to the basement door.  And that

15   basement door was locked I think from inside and

16   got in some way stuck.  He was not able.  He cut

17   the metal door around that lock.  So it was no

18   electricity into the house.

19       Q.    Prior to the -- strike that.

20             Did I call more than one locksmith

21   that day?

22       A.    Yes.

23       Q.    How many locksmiths did you call?

24       A.    I don't recall that.

25       Q.    And did you use your cell phone to call

Simona Ockley - March 11, 2025

143

1    them?

2        A.    Yes, I did.

3        Q.    Do you have the same cell phone today

4    that you had then?

5        A.    No, I did not.

6        Q.    What happened to it?

7        A.    It just -- the battery went bad and

8    destroyed the cell phone.

9        Q.    Do you still have the same cell phone

10   company?

11       A.    Yes.

12       Q.    What's your cell phone company?

13       A.    Tracfone.

14       Q.    And is it an account in your name?

15       A.    This is a prepaid phone.

16       Q.    Did you call anyone else while you were

17   at the property on August 10 before the locksmith

18   arrived other than the locksmiths that you were

19   trying to get to come to the house?

20       A.    I don't recall that.

21       Q.    When were you able to reach the

22   locksmith that actually came to the house that

23   day?

24       A.    He came later afternoon or evening.  I

25   don't recall that.

Simona Ockley - March 11, 2025

144

1       Q.    Right.  But what time did you actually

2  talk to him to come to the house that day?

3       A.    I begged him to come to my house because

4  he was busy with other clients.

5       Q.    Right.  My question is what time were

6  you able to have that conversation with him?

7       A.    I cannot recall that.

8       Q.    Before or after 12 noon?

9       A.    After 12 noon.

10      Q.    Before or after 3:00 in the afternoon?

11      A.    I think before -- excuse me, after 3:00.

12      Q.    Before or after 5:00?

13      A.    I think it was before, 4:00, 5:00.  It

14  was still light outside when he removed the garage

15  door locks.

16      Q.    I understand.  How long was it between

17  the time that you spoke to the locksmith and when

18  he actually arrived at your house?

19      A.    I don't recall that.

20      Q.    Was it hours or minutes?

21      A.    Hours.

22      Q.    Hours, okay.

23      A.    Because he had other jobs.

24      Q.    And so for the approximately five or so

25  hours from the time you arrived around 11:30 until

Simona Ockley - March 11, 2025

145

1    around 4:00 or 5:00 in the afternoon, what did you

2    do?

3        A.   I was waiting on the bench on the porch.

4        Q.   Was Patrick with you?

5        A.   Yes.

6        Q.   Did he stay?

7        A.   He stayed till the locksmith finished

8    the job.

9        Q.   And that entire day there was no one

10   else that was at the property?

11       A.   No one else was to the property.

12       Q.   And when did you first discover that the

13   electricity had been shut off?

14       A.    In that evening.  I turn on the

15   electricity and it was no power.

16       Q.   Were you planning on sleeping at that

17   house that night?

18       A.   Yes, of course I was planning to be over

19   there.  But not sleeping.  I was trying to take a

20   shower and change the clothes.

21       Q.   Okay.  And then after you did that you

22   were going to stay overnight there?

23       A.   I didn't plan anything because it seems

24   to me that everything that I plan was just in

25   vain.

Simona Ockley - March 11, 2025

146

1      Q.   What was your intention?

2      A.   My intention was to take a shower, to

3   change my clothes, and sorting my life into the

4   house being away for some time.

5      Q.   Okay.  So you were going to stay there

6   that night at your house?

7      A.   Yes.

8      Q.   Okay.  So when the locksmith opened or

9   cut the lock on the garage, did you go into the

10  house at that time?

11     A.   Yes.

12     Q.   Did Patrick go into your house?

13     A.   Yes.

14     Q.   And when you went into the house what

15  did you do?

16     A.   I tried to turn on the electricity.

17     Q.   And when it wouldn't go on, that's when

18  you asked the locksmith to go into the basement?

19     A.   Yes, that's correct.

20     Q.   How many doors accessed the basement of

21  the property?

22     A.   Only one.

23     Q.   And that was located in the garage?

24     A.   In the garage, that's correct.

25     Q.   So you couldn't get to the basement of

Simona Ockley - March 11, 2025

147

1    that house without going into the garage?

2        A.   That's correct, yes.

3        Q.   And in order to get access to the

4    basement the locksmith you said had to cut the

5    metal door?

6        A.   That's correct, yes.  He created a hole

7    around the lock in order to get it.  It was a very

8    hard job for him because the door was very thick.

9        Q.   Right.  And after he did that was he

10   able to go into the basement and check those

11   fuses?

12       A.   Yes, he did.  And they said the power

13   was shut off.

14       Q.   Okay.

15       A.   Patrick was checking and said that the

16   power is shut off.

17       Q.   And when you discovered that the power

18   was shut off, what, if anything, did you do?

19       A.   It was too late on that night what I am

20   going to do.  Patrick left, the locksmith person

21   left, and I remain into the house.  It was safe

22   for me to be into the house than going any other

23   places.

24       Q.   Why didn't you just get your clothes and

25   go back to the hotel?

Simona Ockley - March 11, 2025

148

1       A.    Because I need to take a shower and I

2    need to resolve this issue with the power and the

3    water.  I did not think that somebody turn off the

4    power and the water into the house.

5       Q.    So the water was also turned off?

6       A.    That's correct.

7       Q.    Why wouldn't you think that the power

8    and the water would have been turned -- why did

9    you think that it would still be on?

10      A.    I thought it would still be on because

11   the Court Order is saying that I have unlimited

12   access to the property until September 1st or 2nd.

13   And I did not expect it based on my conversation

14   with Gregory Lingo that he will not respect that.

15      Q.    Well, why did you do think that you

16   would need water to go back to the house to remove

17   your items?

18      A.    I need, first of all, to take a shower

19   and also to wash my hands if I am inside of the

20   house.

21      Q.    So you thought that that order gave you

22   permission to live in your house until September?

23      A.    I did not say that.

24      Q.    Well, I'm asking you.

25      A.    I was able to access the property.

Simona Ockley - March 11, 2025

149

1    Q.    Did you think the order gave you

2    permission to live, to stay in the house until

3    September when the order said that you had to be

4    out?

5    A.    I was allowed to be on to the property,

6    unfettered and unlimited access to the property.

7    Q.    Please answer my question.  It's a very

8    clear and direct question.  Did you believe that

9    the Court Orders gave you permission to live in

10   the house until September?

11   A.    Live into the house it's a different

12   word than access the property.

13   Q.    You can answer my question now.

14   A.    Being allowed into the house.  Being

15   allowed into the house, that is my answer.

16   Q.    Did you believe the Court Orders gave

17   you permission to live in the house until

18   September?

19   A.    I believe so.

20   Q.    Okay.  Did you do anything to try to get

21   the water reconnected to the house?

22   A.    Yes, I did the next day.  I tried to

23   reach for -- on August 12 I was in contact with

24   Aqua Pennsylvania.  I sent them a fax requesting

25   --

Simona Ockley - March 11, 2025

150

```
 1        Q.   Go ahead.  Don't mind me.  You can still
 2   answer.
 3        A.   Okay -- requesting access to water, to
 4   reinstate water into the house.
 5                  MR. GONZALES:  Ockley-6.
 6                  (Exhibit No. Ockley-6, Fax to Aqua
 7        PA, was marked for identification.)
 8   BY MR. GONZALES:
 9        Q.   I'm showing you a document that we have
10   marked as Ockley-6 which is Bates numbered
11   Plaintiff 138.
12                  Do you see that?
13        A.   Yes, sir.
14        Q.   And is this the fax or a copy of the fax
15   that you sent to the water company?
16        A.   Yes, sir.
17        Q.   And it's dated August 12 of 2022; is
18   that correct?
19        A.   Yes, sir.
20        Q.   And where did you -- well, I think I
21   know the answer because it's at this top of the
22   page.  But where did you fax this from?
23        A.   From a UPS in Villanova.
24        Q.   How did you get to the UPS store on
25   August 12?
```

Simona Ockley - March 11, 2025

151

1      A.    Patrick came and I ask him to drove me

2  to the UPS.

3      Q.    So I want to go back in time a little

4  bit.  The locksmith opened -- or cut the lock and

5  cut the door in the evening or the late afternoon

6  of August 10, correct?

7      A.    That's correct.

8      Q.    And you called for the water to be put

9  on on August 12, correct?

10     A.    That's correct.

11     Q.    Where did you -- where were you on

12 August 11?

13     A.    I was in the house on August 11.

14     Q.    What were you doing in the house on

15 August 11?

16     A.    I contact several person to help me

17 with -- helping me in the house with my belongings

18 and sorting through my belongings.

19     Q.    Who did you call?

20     A.    I cannot recall.

21     Q.    Were they friends or --

22     A.    Patrick had several people that he

23 contact.  I don't know the names of the person and

24 telephone numbers.

25     Q.    So you didn't call them specifically?

Simona Ockley - March 11, 2025

152

1       A.    No, no, he called them.

2       Q.    Patrick called them for you?

3       A.    Yes, he did.

4       Q.    So the evening of August 10 into

5   August 11 you stayed at the property?

6       A.    That's correct.

7       Q.    And there was no power and no water,

8   correct?

9       A.    That's correct, yes.

10      Q.    And then when did Patrick come to the

11  property on August 11, if at all?

12      A.    I think late afternoon with one person

13  that went through the rooms checking to see how

14  much work, you know, how will sort through things

15  and try to move out.

16      Q.    Did you call Patrick that morning to ask

17  him to come over or how was it that he came that

18  day?

19      A.    We talked previously that I need help,

20  somebody to help me to move out as soon as

21  possible.  I was in the process to sort through

22  things so I can move out as soon as possible.  I

23  was conscious that I have to do this in a short

24  period of time which was September 1st based on

25  the Court Order.

Simona Ockley - March 11, 2025

153

1    Q.    So your plan was to move to Bucharest by

2    September 1st?

3    A.    I did not plan to move by September 1st.

4    I planned to move late spring.

5    Q.    Where were you going to live between

6    September 1st and late spring, 2023?

7    A.    No, no, sir.  I did not expect to have

8    this injury.  My intention was to sell the

9    property in late spring and mover back to Romania.

10   Q.    Right.  You sold the property.  But my

11   question is what was the plan as off August 11 to

12   move to Bucharest.  Were you still planning to

13   move to Bucharest?

14   A.    Sure.

15   Q.    Okay.  And so you had to get rid of your

16   stuff --

17   A.    My belongings, yes, in order.  So

18   donate, gift to friends.  There was a house that

19   we have belongings for my family for 70 years.

20   And like I mentioned you before, this house has

21   also belongings from previous house that my

22   husband had in Florida.  So it was a lot of stuff

23   that I have to work through.

24   Q.    Okay.  I take it, though, that on

25   August 11 you didn't plan to like find a hotel

Simona Ockley - March 11, 2025

154

1    that could accommodate your disability, correct?

2         A.   Can you repeat that?

3         Q.   On August 11 did you attempt to locate a

4    hotel that was closer to the residence that could

5    accommodate your disability so that you could

6    bathe and be able to live there comfortably --

7         A.   No, sir.

8         Q.   -- while you were packing up your house

9    to move?

10        A.   No, sir.  I was exhausted.  I was

11   exhausted from August 8 till August 11 not to be

12   able to enter to my house.  I exhaust all my -- I

13   was exhausted.  That's the word.

14        Q.   Okay.  I guess the reason I'm asking you

15   is you weren't too exhausted to talk to Patrick,

16   to have people come over and work on the house.

17   But if you were able to do that, why couldn't you

18   have used your energy to find a comfortable place

19   to live temporarily while you were packing up the

20   stuff from the house?

21        A.   Because the time it was too short from

22   August 11 till September 1st.  I have to do as

23   soon as possible this transition.

24        Q.   You had -- prior to August of 2011 I

25   take it you stayed in hotels, correct?  Had you

Simona Ockley - March 11, 2025

155

1    ever stayed in a hotel before?

2        A.   No, I did not, only when I was for two

3    nights at Red Hat.  That's all.

4        Q.   That was the first time in your life you

5    ever stayed in a hotel?

6        A.   Here in the United States, yes.

7        Q.   Did your husband ever stay in hotels?

8        A.   I don't know I know about this.  Only

9    when we were traveling overseas.

10       Q.   And when you traveled overseas did you

11   stay in hotels?

12       A.   That's right.

13       Q.   Okay.

14       A.   But in United States never.

15       Q.   What type of engineer are you?

16       A.   Mechanical.

17       Q.   What type of work did you do consulting

18   wise?

19       A.   HVAC.

20       Q.   For commercial or residential?

21       A.   Both.

22       Q.   And your testimony is that you don't

23   know how to rent a hotel room?

24               MR. SCHROM:  Objection.  That's a

25       mischaracterization of her testimony.

Simona Ockley - March 11, 2025

156

1          MR. GONZALES:  Well, then I will

2      reask it.

3  BY MR. GONZALES:

4      Q.   As of August 11 of 2022 did you know how

5  to rent or reserve a hotel room in the United

6  States?

7      A.   I think I can call or I can go to a

8  hotel and reserve a place.

9      Q.   Okay.  And you knew that in August of

10  2022, correct?

11      A.   Yes, of course I knew.

12      Q.   So that's why I am trying to figure out,

13  why didn't you do that to find a hotel.  I mean

14  the Radnor Hotel is less than a mile from Ithan

15  Avenue and they have got ADA compliant rooms with

16  zero walk-in showers and wide doors.  So I guess

17  my question is why didn't you do that so that you

18  could be comfortable and bathed and cleaned while

19  you were packing up and moving the materials from

20  the house?

21      A.   How you think somebody will show up in

22  hospital gown to a hotel?

23      Q.   Well, on August 11 you didn't have to

24  wear a hospital gown because you were in your

25  house.  So you were physically able to get clothes

Simona Ockley - March 11, 2025

157

```
 1   while you were home on August 11, correct?
 2        A.   Yes.  But on a body that was not clean I
 3   don't think I will do something like that.
 4        Q.   But you could have.  You could have put
 5   clean clothes and gone to the Radnor Hotel or some
 6   other close hotel and made a reservation and then
 7   got clean and washed and changed and then you
 8   could have moved everything out of your house.
 9   There was nothing that was physically preventing
10   you from doing that, was there?
11        A.   In order for me to have a place to clean
12   up, the place that the restroom has to have a
13   chair or something that accommodate me.  So I
14   don't think a hotel will provide me with that and
15   for me it was hurdle to get through this.
16        Q.   But you didn't try, correct?  You didn't
17   call anyone --
18        A.   No, I did not call, sir.
19        Q.   All right.  So August 11 you said in the
20   late afternoon Patrick came.  And you said he came
21   with someone else?
22        A.   Yes, he came with a person to help me in
23   the future with the shower, to get into the
24   bathtub, to sort through the things, everything.
25        Q.   Do you remember that person's name?
```

158

```
 1        A.    No, I don't recall her name.
 2        Q.    It was a woman?
 3        A.    It was a woman.
 4        Q.    Do you remember -- you said they got
 5   there in the late afternoon.
 6        A.    Yes.
 7        Q.    Did they come together?
 8        A.    Yes, they came together.
 9        Q.    Prior to them arriving was there anyone
10   else on the property?
11        A.    No, sir.
12        Q.    So there was nobody doing work at the
13   property on August 11?
14        A.    No, sir.
15        Q.    And there was nobody doing work at the
16   property on August 10?
17        A.    No, sir.
18        Q.    Did you contact anyone at the township
19   while you were at the property on August 11?
20        A.    For what purpose I should contact the
21   Radnor --
22        Q.    For any purpose.  Did you contact anyone
23   from the township on August 11?
24        A.    No, I did not.
25        Q.    Other than calling Patrick --
```

Simona Ockley - March 11, 2025

159

```
 1          A.    Yes.

 2          Q.    -- did you call anyone and talk to

 3   anyone on August 11?

 4          A.    No, sir.  Excuse me.  On August 11 I

 5   called -- so this was -- I called PECO to restore

 6   the power into the house.  I forgot about PECO.

 7          Q.    Okay.

 8          A.    So I did Aqua and PECO.

 9          Q.    So on August 11 you called PECO to

10   restore power into the house, correct?

11          A.    I don't recall if it was on 11th.  I

12   don't recall the day but I called PECO to restore

13   power.

14          Q.    Did PECO restore the power?

15          A.    Yes, sir.

16          Q.    When?

17          A.    I don't recall that.

18          Q.    Did you tell PECO that you no longer

19   owned the house?

20          A.    They already knew about this.

21          Q.    How do you know?

22          A.    Because they told me over the phone that

23   I am not longer.  But I did explain to them the

24   situation.  And they asked me where is my husband

25   and I said my husband is deceased.  And they
```

Simona Ockley - March 11, 2025

160

1   immediately restored the power.

2       Q.   When you say you explained the

3   situation, what did you tell them?

4       A.   I told them that I have a Court Order to

5   prove that I am allowed on the property until

6   September 1st and it was not an issue with PECO to

7   restore my power.

8       Q.   Did the Court Order say anything about

9   turning power on at the property?

10      A.   No, sir.

11      Q.   Did the Court Order say anything about

12  turning on the water at the property?

13      A.   No, sir.  But they presume -- the judge

14  presume that the house being on my name and having

15  this access till September 1st I think the judge

16  presumed that I still have water and power into

17  the house.

18      Q.   Well, you're assuming that.  You don't

19  know that to be true, correct?

20      A.   That's correct.

21      Q.   Okay.  So on August 11 what did you do

22  before Patrick arrived?

23      A.   I am not sure.  I think I talked to --

24  with -- I am not -- I don't recall.

25      Q.   Did you ever change out of the gown on

Simona Ockley - March 11, 2025

161

1    August 11?

2        A.   I don't recall.  No, no, I did not

3    change.

4        Q.   Did you have to go to the toilet at any

5    time on August 11?

6        A.   Yes.

7        Q.   And did you use your toilet in the

8    house?

9        A.   No, I did not.

10        Q.   What did you do?  How did you go to the

11    bathroom?

12        A.   I used the diaper.

13        Q.   Had you changed the diaper?

14        A.   Yes, I did.

15        Q.   Okay.  Did you have change of diapers

16    with you?

17        A.   They did provided me with diapers.

18        Q.   How many diapers did they provide you

19    with?

20        A.   A few of them.

21        Q.   What's a few, two, three?

22        A.   I don't recall that.

23        Q.   And what did you do with the used

24    diaper?

25        A.   I put it in a trash bag into the house.

Simona Ockley - March 11, 2025

162

1      Q.   So when Patrick arrived did -- you

2  allowed him to go into the house along with the

3  other person?

4      A.   Sure, to check to see what needs to be

5  done.

6      Q.   Was power on in the house at that time?

7      A.   No, I don't recall that.

8      Q.   Did they need like their flashlight on

9  their phones to look around?

10     A.   Yeah, I think so, yes.

11     Q.   And there was no water because you

12  hadn't done the Aqua thing yet, right?

13     A.   Yes.

14     Q.   How long did Patrick and this woman stay

15  at the property on August 11?

16     A.   I don't recall.  Maybe several hours.

17     Q.   And what did they do during the time

18  that they were there?

19     A.   They check the rooms what needs to be

20  done, they discuss how many people they have to

21  bring to help me.

22     Q.   Were you going to pay them for this

23  service?

24     A.   Sure.

25     Q.   Did you discuss with them how much it

Simona Ockley - March 11, 2025

163

1    would cost?

2         A.   At that particular time, no.  But the

3    lady was very nice and she said being a nurse that

4    she will help me with my condition.

5         Q.   Did you speak to Patrick and this woman

6    about anything else while they were there?

7         A.   No, sir.

8         Q.   Did they say anything else to you while

9    they were there?

10        A.   No, sir.

11        Q.   What time did they leave?

12        A.   I don't recall that.

13        Q.   Was it nighttime?  In other words --

14   strike that.

15              Was it dark?

16        A.   I don't recall that.  It was only

17   several hours because they check every single room

18   of the house.

19        Q.   Did you eat anything that day?

20        A.   No, sir.

21        Q.   Did you drink anything that day?

22        A.   Yes.

23        Q.   What did you drink?

24        A.   Patrick brought me a size like this with

25   water which I think it was still in the house.

Simona Ockley - March 11, 2025

164

1       Q.   You're pointing to the bottles of water
2  we have in the conference room --
3       A.   Yes.
4       Q.   -- which for the record contains 500
5  milliliters.  It's a regular standard water
6  bottle, right?
7       A.   He did provide it.  He brought with him
8  a whole box.
9       Q.   Oh, okay, of water.
10      A.   A whole box, yes.
11      Q.   Did you ask him to do that or did he do
12 that on his own?
13      A.   He did that on his.  He was a very
14 nice -- he is a very nice man.
15      Q.   After they left what did you do?
16      A.   I think I was just laying on to the
17 sofa.
18      Q.   Inside the house?
19      A.   Yes.
20      Q.   And did anyone else come to the -- do
21 you need a break?
22      A.   That's all right.
23      Q.   We have been going --
24      A.   No, no, no.  We continue.  It's not a
25 problem.

Simona Ockley - March 11, 2025

165

1    Q.   All right.  I will keep going if you

2    don't tell me to stop.

3    A.   No, no.  Please.

4    Q.   All right.  Did anyone else come to the

5    property on August 11?

6    A.   No, sir.

7    Q.   Did you stay overnight at the property?

8    A.   Yes, sir.

9    Q.   And did you stay in the living room?

10   A.   Yes, sir.

11   Q.   Did you change clothes at all during the

12   night?

13   A.   No, sir.

14   Q.   So on August 12 you were still wearing

15   the hospital gown?

16   A.   That's correct, sir.

17   Q.   And so now you have been wearing the

18   hospital gown since August what, 9th?

19   A.   8th.  But I use the diapers.

20   Q.   Did anybody -- did you call anybody on

21   August 12?

22   A.   I don't recall that.

23   Q.   I assume you called Patrick but --

24   because he took you to the UPS store, right?

25   A.   Yes.

Simona Ockley - March 11, 2025

166

1      Q.   Other than Patrick did you call anyone
2  else?
3      A.   No, sir.
4      Q.   Do you remember what time you called
5  Patrick?
6      A.   Maybe late morning.
7      Q.   Okay.  And what time did he arrive?
8      A.   I don't recall that.  But when I ask him
9  to come he was coming.  He was very punctual and
10  trying to help me.
11      Q.   Was anyone else at the property on
12  August 12?
13      A.   No, sir.
14      Q.   All right.  And again, as you sit here
15  today do you recall what time you went to the UPS
16  store to send the fax?
17      A.   I think maybe late -- early afternoon.
18      Q.   How did you get the information where to
19  send the fax?
20      A.   The lady that I talk to on the phone,
21  she provided me.
22      Q.   Okay.  And you refer in this document,
23  Ockley-6, as a fraudulent closed account number.
24  What did you mean by that?
25      A.   Fraudulent means I was not informed that

Simona Ockley - March 11, 2025

167

1    my water, it will be closed, my account will be

2    closed.  I was not informed.  I was in the

3    hospital and nobody informed me that it will be

4    changed.

5         Q.    Okay.  Had the water account been

6    changed into somebody else's name?

7         A.    They -- the lady that I talked to, they

8    said that they changed the name on to the new

9    owners -- on to the name of the new owners.

10        Q.    And you thought that was fraudulent?

11        A.    I thought so.

12        Q.    Other than going to the UPS store to

13   send the fax, did you go anywhere else that day?

14        A.    No, sir.  I came back.

15        Q.    And what time did you arrive back at the

16   property?

17        A.    After few minutes I think from Villanova

18   UPS -- I am sorry.  It was not -- the UPS store

19   was in Bryn Mawr.  The UPS store is in Bryn Mawr.

20   So I sent the fax and after that I got home.  I

21   was in hospital gown.

22        Q.    Right.  And when you went to the UPS

23   store you were wearing the hospital gown when you

24   went in?

25        A.    Yes, sir.

Simona Ockley - March 11, 2025

168

1      Q.    Do you remember what time of day it was

2   when you returned to the property on August 12?

3      A.    Maybe noontime.

4      Q.    Noontime?

5      A.    Yes.

6      Q.    While you were out did you ask Patrick

7   to stop anywhere to get some food?

8      A.    No, sir.

9      Q.    So it had been over 24 hours since you

10  had eaten?

11     A.    Yes.  I cannot recall that.

12     Q.    When you returned to the property was

13  anyone else there?

14     A.    Inside of my house, no.

15     Q.    Anywhere on the property.

16     A.    No, sir.

17     Q.    So from August 9th when you returned to

18  the property until this -- around noon or so on

19  August 12 --

20     A.    Yes.

21     Q.    -- it's your testimony that while you

22  were at the property there was no one else ever at

23  the property during that time period?

24     A.    I believe so.

25     Q.    Okay.  You believe that there weren't or

Simona Ockley - March 11, 2025

169

1   do you believe that there were?

2        A.   No, I don't recall but I think was

3   nobody else, only me and Patrick.

4        Q.   So you arrived back at the house on

5   August 12 sometime after noon.  What did you do?

6        A.   I was back into the house and Patrick

7   left.

8        Q.   Do you remember what time he left?

9        A.   I think immediately after he brought me

10  in.

11       Q.   And where were you?  Did you go inside

12  the house?

13       A.   I was inside of the house and I was

14  sitting on the sofa.

15       Q.   What were you doing on the sofa?

16       A.   I was sorting through my papers.

17       Q.   What papers were you sorting through?

18       A.   The papers from the court, from UPS.

19  All these paper, I want to have them in order.

20       Q.   All right.  And what happened next?

21       A.   I don't recall.  But I think because was

22  so hot outside I left the both door of the porch

23  open to come fresh air.  And I heard somebody

24  outside screaming at me that I am not allowed to

25  be on to the property and they will call police.

Simona Ockley - March 11, 2025

170

1  I am not sure if it's the right but something -- I

2  don't recall but this was happening.

3      Q.   Was it a male or a female?

4      A.   A male.

5      Q.   And do you know where they were when

6  they were screaming?

7      A.   It was outside of my porch because I

8  have -- they have seen that I have the two door of

9  the porch open to come fresh air into the house.

10     Q.   All right.  After you heard this person

11 screaming what happened next?

12     A.   After I think a short period of time

13 police officer came into my house.  They broke the

14 door of the porch and they enter inside of my

15 porch and inside of the living room.

16     Q.   When you say they broke the door of the

17 porch, what do you mean?

18     A.   I mean the whole porch was -- the walls

19 of the porch was made from metal mesh and the

20 middle side of the wall, it was a piece of wood

21 that keep together this mesh around.  And what I

22 mean by that, they broke the mesh and this piece

23 of wood that keeps all the way around the mesh of

24 the walls of the porch and they enter in.

25     Q.   The porch was a screened porch, correct?

Simona Ockley - March 11, 2025

171

1          A.    That's correct.

2          Q.    And you're describing the door, like the

3     screened door to get on to the porch?

4          A.    Yes.

5          Q.    That door, was that door opened or

6     closed when the police arrived?

7          A.    It was locked.

8          Q.    Oh, it was locked.  I thought you said

9     you had doors open.

10         A.    No.  The doors from the house to the

11    porch, there were two doors, and one of them was a

12    little bit open to come fresh air into the room.

13         Q.    I understand.  But the door that

14    accessed the screen porch --

15         A.    Was outside.  It was locked.

16         Q.    Got it.  And so the police officer broke

17    that door which was locked and then gained

18    entrance into your home; is that correct?

19         A.    That's correct, yes.

20         Q.    I keep saying your home but into the,

21    I'm going to say the home.  I know that's a

22    dispute.

23         A.    It is not a dispute.  I am aware that I

24    don't own the property.

25                    MR. SCHROM:  No, no.  There's no

Simona Ockley - March 11, 2025

172

```
1        question.  Wait for the question.
2   BY MR. GONZALES:
3        Q.   So you knew you didn't own the property.
4   So it wasn't your house as of August of 2022,
5   correct?
6        A.   That's correct.
7        Q.   How many police officers came into your
8   house on August 12?
9        A.   Three police officers came into my
10  house.
11       Q.   And can you describe them for me?
12       A.   Yes.  It was first a woman.  Her name
13  was Cocco.  The second person was a police officer
14  named Pinto.  And the third person was a young
15  Police Officer McHale.
16       Q.   Did they all come in about the same
17  time?
18       A.   I think first came Cocco, officer --
19  Police Officer Cocco and Police Officer Pinto and
20  maybe a few minutes later McHale.
21       Q.   Before coming into the property did
22  Officer Cocco say anything?
23       A.   I don't recall that.
24       Q.   Do you ever hear her saying police, open
25  up, or anything to that effect?
```

Simona Ockley - March 11, 2025

173

1          A.    I don't recall that.

2          Q.    How long did it -- was it between the

3     time you heard the person screaming at you and

4     Officer Cocco coming inside?

5          A.    I think a short period of time but I

6     don't recall how long it took.

7          Q.    Like minutes or half hour, if you can --

8          A.    Maybe less than half hour.

9          Q.    And in between that time did anything

10    else happen?

11         A.    No.

12         Q.    You didn't hear anybody else, any other

13    voices outside?

14         A.    No, I did not recall that, no.

15         Q.    And nobody came into the property?

16         A.    No.

17         Q.    And you didn't see any activity outside

18    of the property?

19         A.    No, sir.

20         Q.    All right.  So Officer Cocco and Officer

21    Pinto come in first.  Tell me what happened when

22    they came in.

23         A.    So I was on the phone with Aqua to ask

24    them I think if they received my fax number to be

25    sure that I will have water by the evening time.

Simona Ockley - March 11, 2025

174

1    And at that time Police Officer Cocco took my

2    hand, violently took my hand and my cell phone

3    from my hand.

4        Q.   Did she say anything to you before she

5    did that?

6        A.   She said that I should not call anybody

7    because this was not I think my house.  I don't

8    know.  I cannot recall that.

9        Q.   Did Officer Pinto say anything at this

10   time period before Officer Cocco grabbed your

11   hand?

12       A.   I don't recall that.

13       Q.   And which hand did Officer Cocco grab?

14       A.   The right hand.

15       Q.   And which hand did she use to grab your

16   right hand?

17       A.   I don't recall that.

18       Q.   Other than --

19       A.   It was violent.

20       Q.   Okay.

21       A.   Like took my cell phone violent from my

22   hand.

23       Q.   Did she remove the cell phone from your

24   hand?

25       A.   Yes, yes.

Simona Ockley - March 11, 2025

175

1      Q.    And did you see what she did with it?

2      A.    I don't recall that.

3      Q.    After she removed the cell phone from

4  your hand, what happened next?

5      A.    They want to remove me from the house.

6  They said you don't have air conditioning into the

7  house.  And I tried to ask them to provide me with

8  the black bag in which I have the Court Orders to

9  provide them with the Court Orders, both Court

10 Orders.

11     Q.    Okay.

12     A.    And Officer Pinto said to me "I don't

13 care."

14     Q.    All right.  You said you asked for the

15 black bag.  What words did you use?

16     A.    Please can you give me the black bag.  I

17 am not sure what I said.  But I said please can

18 you bring me.  It was on side from me.  I was

19 sitting on the sofa.  So I can provide you with a

20 copy.  And Officer Pinto said, "I do not care."

21     Q.    When you say provide you with a copy, is

22 that the words that you used?

23     A.    I don't recall that.

24     Q.    Did you refer to Court Orders in any

25 way?

Simona Ockley - March 11, 2025

176

1      A.    Yes, sir.

2      Q.    If you can recall, tell me what you said

3   about the Court Orders.

4      A.    I think they said that I am not allowed

5   to be on to the property.  So when they said that

6   they said, "You sold the property."

7               And I said, "I have two Court

8   Orders.  I have it on the black bag.  Can I show

9   or provide you these two Court Orders?"

10              And Officers Pinto said, "I don't

11  care about that."

12     Q.    And then what happened?

13     A.    And Officer McHale came and he started

14  yelling at me and was very disrespectful, a young

15  police officer saying, "Look at these bags,

16  everywhere it's trash."

17              I said, "How you talk to me like

18  that?  Do you know -- please check the bag.  There

19  is no trash.  This is our items that I am in the

20  process of moving."

21              "Look at the state of your house."

22  He was yelling at me, was very disrespectful young

23  man, young police officer.

24     Q.    So he had raised his voice and was

25  pointing and saying, "What about all these bags?"

Simona Ockley - March 11, 2025

177

1          A.    Yes, yes.

2          Q.    Did he say anything else?

3          A.    I don't recall that.  I just remember he

4    was very disrespectful towards me in so many ways,

5    saying that in the house are trash bag with trash

6    which actually was -- and I said to him, "Please

7    open a bag and you will see what is inside.  There

8    are items, I am in the process of moving."

9          Q.    And when you said that, did anybody say

10   anything in response?

11         A.    I don't remember.  I am not sure on

12   August 12 or August 13 Officer Pinto, but I'm not

13   sure in each one of the days but maybe the video

14   recorder will say, he was talking to me like I

15   have some problem mental or something.  He said to

16   me "Come," in a different voice, "Come, come out."

17   I remember this.  "Come, come out.  A judge is on

18   the driveway.  He wants to talk with you."

19              I say, "Why you talk to me like

20   that?"  And he said to me -- and I said, "Why you

21   talk to me like that?  What judge is coming into

22   the driveway to talk to me?"  They tried to lure

23   me outside from the house.

24         Q.    And then what happened?

25         A.    And after that I think they introduce

Simona Ockley - March 11, 2025

178

1    me -- they tried to remove me from the house and

2    they introduce me, there were two women in to the

3    porch sitting on the bench of the porch.  And I

4    think -- I didn't know at that particular time

5    they said they were from some type of Delaware

6    County Medical.

7         Q.    Crisis Intervention?

8         A.    Yes, yes, that's correct.

9         Q.    Okay.  Prior to you going out of the

10   house and seeing the two women on the porch did

11   Officer Cocco say or do anything else to you other

12   than to remove the phone from your right hand?

13        A.    I don't recall that.  But she, she was

14   screaming like to me saying that I don't, I do not

15   own the house, that I am delusional.

16        Q.    And she was saying this to you while you

17   were still inside before you went out and saw the

18   two women on the porch?

19        A.    I don't recall that but she said to me

20   that.

21        Q.    And it was true that you didn't own the

22   house, correct?

23        A.    That's correct.

24        Q.    But it was untrue that you were

25   delusional.  You were not delusional at that point

Simona Ockley - March 11, 2025

179

1   in time, correct?

2       A.   Sure.

3       Q.   How many times did Officer Cocco say or

4   scream to you that you did not own the house?

5       A.   I think many times.  You have a video.

6   If you have a video of the body maybe you can see

7   on that.  I don't know.

8       Q.   Right.  I'm asking what your

9   recollection is.  Was it more than 20 times?

10      A.   Maybe less than 20 times.

11      Q.   More than ten times?

12      A.   I don't recall that.

13      Q.   Okay.  So it could have been less than

14  ten?

15      A.   Yes.

16      Q.   Could it have been less than five?

17      A.   I don't recall that.

18      Q.   And how many times did she say that you

19  were delusional?

20      A.   Maybe two or three times.

21      Q.   And where was she when she was saying

22  these things to you?  Or you said screaming, so I

23  don't want to mischaracterize your testimony.

24      A.   I was inside of the house.

25      Q.   Were you still sitting on the couch?

Simona Ockley - March 11, 2025

180

1     A.    No, because I -- I don't remember that

2   but I think they tried to take me out.

3     Q.    When you said they tried to take you

4   out, how did they do that?

5     A.    I think they tried all to put me -- or

6   to ask me to walk to the porch door to get outside

7   so an ambulance will come and remove me from the

8   house.

9     Q.    Did they say that to you, that there was

10   an ambulance outside?

11     A.    At that particular time I don't think.

12     Q.    So that's what I am trying to find out.

13   What did they say or do to get you --

14     A.    I don't recall that.  I think a video

15   from inside of the house with this police officer

16   will help your answer.

17     Q.    Right.  But I'm asking you.  As you sit

18   here today do you recall how it was or what they

19   said or did that -- before you went out to the

20   porch where the two women were?

21     A.    Only I recall this Police Officer Pinto,

22   that he was having this in my opinion

23   inappropriate talking to me and tried to lure me

24   outside.  I said to him, "Why you talk to me like

25   that?"

Simona Ockley - March 11, 2025

181

1          Q.    Did he respond?  Did he say anything

2     when you asked him that?

3          A.    I don't recall that.

4          Q.    Did any of the police officers

5     physically, you know, pick you up or physically

6     escort you out to the porch?

7          A.    She pick me up by my hand I think.

8          Q.    When you say she, you're referring to

9     Officer Cocco?

10         A.    Cocco, yes.

11         Q.    And which hand did she pick you up by?

12         A.    I don't recall that.  I don't know.  I

13    don't recall from the sofa how I get outside.

14         Q.    Were you able to walk on your own out to

15    the porch?

16         A.    With a walker, yes.

17         Q.    So they allowed you to use the walker to

18    get to the porch?

19         A.    Yes.  But they led the porch -- excuse

20    me.  They let the walker into the porch when they

21    transported me at Crozer Keystone and I think that

22    it was not a smart move on their part to let my

23    walker into the porch.  Somebody can come and took

24    my walker on a broken walls of a porch.

25         Q.    But from the couch to the porch you were

Simona Ockley - March 11, 2025

182

1    able to walk under your own power using the

2    walker; is that correct?

3         A.   Yes.

4         Q.   There weren't officers like picking you

5    up or dragging you out, correct?

6         A.   I don't recall that.

7         Q.   Okay.  That's something you would have

8    remembered, don't you think, if a police officer

9    dragged you out to the porch?

10        A.   You ask me this question but I cannot

11   recall.  Why, because I have a second interaction

12   and I -- there are two times, different days when

13   I interact with these police officer.

14        Q.   No, I understand.  That's the next day

15   and we will get to that.

16        A.   Yeah.

17        Q.   But they didn't drag you out the next

18   day either, did they?

19        A.   She, she did not drag me out.

20        Q.   Okay.  So on neither occasion, on the

21   12th and the 13th no Radnor Police Officer dragged

22   you physically out of your house -- or out of the

23   house, correct?

24        A.   No, no.

25        Q.   Once you were able to walk under your

Simona Ockley - March 11, 2025

183

1    own power using the walker to the porch, what

2    happened then on August 12th when the two women

3    were out there?

4        A.    I think one of the -- they introduce me

5    to these women.  I didn't know who are these

6    women.  I don't know if one of them speak to me.

7    And they put me on the ambulance.

8        Q.    Okay.  Is it possible that they did

9    speak to you while you were on the porch?

10       A.    I don't recall that.

11       Q.    You don't recall them asking you any

12   questions?

13       A.    No, I don't think they, they asked me

14   any questions.  I don't recall.

15       Q.    Did you hear them talking to the police

16   officers?

17       A.    Maybe.

18       Q.    And do you remember what they said to

19   the police officers?

20       A.    No, I don't recall.

21       Q.    Did you hear the police officers say

22   anything to the women?

23       A.    I don't recall that.

24       Q.    At any time while the police officers

25   were in your home could you hear them speaking to

Simona Ockley - March 11, 2025

184

1    anyone over their police radios?

2         A.    I don't recall that.

3         Q.    Could you hear anyone on the police

4    radios talking to the officers who were in the

5    home?

6         A.    I don't recall that.

7         Q.    Same question from the porch out to the

8    ambulance, did you ever hear the officers talking

9    to anyone on the police radios?

10        A.    I don't recall that.

11        Q.    And did you hear anyone talking on the

12   police radios to the officers?

13        A.    I don't recall that.

14        Q.    Did you hear the police officers talking

15   to each other while they were inside your home

16   before you went to the porch?

17        A.    I don't recall.  Maybe they talk but I

18   don't remember.

19        Q.    Did the officers say anything to each

20   other after you got out to the porch from the time

21   you were on the porch until you went into the

22   ambulance?

23        A.    I don't recall that.

24        Q.    And how was it that you got from the

25   porch to the ambulance?

Simona Ockley - March 11, 2025

185

1      A.    They brought stretcher and they have to

2    break another wall of the porch in order to

3    approach closer to the porch so I can lay down on

4    that stretcher, on that stretcher so I will be

5    moved to the ambulance.

6      Q.    When you got out to the porch was the

7    ambulance already there?

8      A.    I don't, I don't recall that.

9      Q.    Did the two women that you saw, did any

10   one of them come in the ambulance with you?

11     A.    I will say no.

12     Q.    Did any of the police officers come into

13   the ambulance with you?

14     A.    I will say no.

15     Q.    All right.  And you got into the

16   ambulance from the porch by getting on to the

17   stretcher and then the ambulance personnel moved

18   the stretcher and put it in the ambulance?

19     A.    That's correct.

20     Q.    And again, as you sit here today you

21   don't recall any police officer saying anything to

22   you while you were being wheeled in the stretcher

23   to the ambulance, correct?

24     A.    I cannot recall this.

25     Q.    Did the ambulance personnel ask you any

Simona Ockley - March 11, 2025

186

1  questions?

2       A.   I don't recall that.

3       Q.   Did you say anything to the ambulance

4  personnel?

5       A.   I don't recall.

6       Q.   Did you say anything to the two women on

7  the porch?

8       A.   I don't recall that.  I think they were

9  already left.  By the time that the ambulance, the

10  stretcher came, it was nobody remaining on the

11  porch.

12       Q.   Okay.  And at the time that you were

13  taken in the ambulance you were still wearing the

14  same hospital gown that you put on back on

15  August 8; is that correct?

16       A.   That's correct.

17       Q.   And you still had not bathed or taken a

18  shower since August 8, correct?

19       A.   That's correct.

20       Q.   Were you able to bring anything with

21  you, your black bag or anything?

22       A.   My black bag.

23       Q.   And in that black bag did you have your

24  wallet, your credit card, your keys?

25       A.   I have my keys and my wallet.

187

```
1          Q.    Did you have the Court Orders?

2          A.    And the Court Orders, yes.

3          Q.    They were in that black bag?

4          A.    Yes.

5          Q.    And were you able to physically show

6    copies of those orders to anyone before you were

7    taken away in the ambulance?

8          A.    That's correct.

9          Q.    What's correct, you were not able or you

10   were able?

11         A.    I was able to provide with a copy of the

12   Court Order.

13         Q.    When did you show the Court Orders to

14   anyone?

15         A.    Nobody will look at the Court Order.

16   They said that they don't -- the police officer

17   said that they don't -- he doesn't care.

18         Q.    I know that.  You said that before.  But

19   when did you take them out of your black bag and

20   attempt to show them to the officers?  Where were

21   you when you did that?

22              MR. SCHROM:  Excuse me.  I think

23         that's a mischaracterization of what she

24         testified to.

25              MR. GONZALES:  I wasn't trying to.
```

Simona Ockley - March 11, 2025

188

```
 1        I apologize.  Let me ask it again.
 2    BY MR. GONZALES:
 3        Q.   Did you at any time show the paperwork,
 4    the Court Orders to the police on August 12?
 5        A.   I was not able to.  I was...
 6              MR. SCHROM:  It's been another
 7        hour.  Do you want to just take a break for
 8        like five minutes?
 9              MR. GONZALES:  Sure, whatever you
10        need.  Yes, that's fine.
11              (A brief recess was held at this
12        time.)
13    BY MR. GONZALES:
14        Q.   Ms. Ockley, when the property was
15    condemned by the township they took photographs of
16    the inside of the house and when they inspected it
17    they found a hole in your kitchen floor.  Do you
18    know was that hole in your kitchen floor when you
19    went to Bryn Mawr Hospital in April of 2022?
20        A.   Yes, sir.
21        Q.   And how long did that hole exist?
22        A.   But can I, can I tell exactly it was not
23    a hole into the floor.  I have a washer and that
24    washer had a problem with a valve and the water
25    buckled the linoleum which was on top.  So, and on
```

189

1    the top of the linoleum I have a rug.  So when the

2    police -- excuse me, the emergency came with a

3    chair to remove me from the house, they removed

4    the rug so the wheels of the chair will not get

5    caught up on that rug.  So it was not a hole.  It

6    was just a buckle from water that from what I have

7    had the washer defective.

8         Q.    Okay.  When we took a break you were

9    testifying about August 12 when you were taken by

10   ambulance to Crozer Hospital.

11        A.    That's correct.

12        Q.    Do you remember that?

13        A.    Yes.

14        Q.    And when you were being taken to Crozer

15   in the ambulance did you say anything to the EMTs

16   who were in the ambulance with you?

17        A.    I don't recall that.

18        Q.    Did they say anything to you?

19        A.    I don't recall that.  They were nice.

20        Q.    I'm going to skip ahead a little bit.

21   When were you released from Crozer Hospital?

22        A.    The same day around 10:00, 10:30 on the

23   evening.

24        Q.    And where did you go?

25        A.    I have no place to go so I was

Simona Ockley - March 11, 2025

190

1    waiting -- I was staying into the lobby into the

2    wheelchair, in a wheelchair provided.

3        Q.    Now, there's a note in the Crozer

4    Chester records that they offered you a clean gown

5    but you refused it.  Is that accurate?  Did they

6    offer you a clean gown?

7        A.    I don't know if it's accurate or not.

8    When I was admitted to Crozer they provided me a

9    pair of pants and a blouse, a blue blouse and a

10   pair of pants.  I said I cannot have that pair of

11   pants because it is so tight and I have this

12   bandage to my leg.

13       Q.    So you think that the medical providers

14   were providing you with clothing that was not

15   appropriate for your injury?

16       A.    Appropriate for my injury, that's

17   correct.  And they did not have a clean -- they

18   don't have a clean gown.  They don't have on that

19   facility that type of gown that would be --

20       Q.    So did they offer you a clean gown?

21       A.    No, only these pants and the blouse.

22       Q.    All right.  So you -- they gave you

23   food, though, at the hospital, correct?

24       A.    No.

25       Q.    So when it notes that they provided you

Simona Ockley - March 11, 2025

191

1    with food, that's not true either?  That's not

2    accurate?

3        A.    I don't recall that they offer me food.

4        Q.    Do you remember saying that you had

5    nowhere to go and they let you sleep or stay in

6    the waiting room?

7        A.    I was waiting on the lobby till morning

8    when I called Patrick to pick me up.

9        Q.    And did you do that?

10       A.    Yes, I did.

11       Q.    And did he pick you up?

12       A.    He pick me up in the morning.

13       Q.    At what time?

14       A.    8:30, 9:00.

15       Q.    And what did you tell him when he met

16   you there?

17       A.    I said I want to go to home.

18       Q.    And what did he say?

19       A.    He brought me home, he took me and

20   brought me home.

21       Q.    Did you pay him, by the way, for him

22   transporting you to and from the different places?

23       A.    Not at that particular time.

24       Q.    Did you ever pay him?

25       A.    Yes, I did.

Simona Ockley - March 11, 2025

192

```
1        Q.    How much did you pay him?

2        A.    I don't recall that.

3        Q.    How did you pay him, cash, credit card?

4        A.    Cash.

5        Q.    Did you give it to him personally --

6        A.    Yes.

7        Q.    -- or did you mail it to him?

8        A.    No, no, in person.

9        Q.    When was the last time you saw or talked

10   to Patrick?

11       A.    In -- I don't recall, 2023 or '24.  A

12   long, long time ago, maybe a year or two ago.

13       Q.    All right.  So Patrick picked you up in

14   the morning from Crozer on August 13, correct?

15       A.    That's correct.

16       Q.    And he drove you back to the Ithan

17   Avenue property?

18       A.    That's correct.

19       Q.    You did not ask him to take you to a

20   hotel, correct?

21       A.    Yes.

22       Q.    And when you -- what time did you arrive

23   back at Ithan Avenue?

24       A.    Maybe 9:00, 9:30.  I don't recall.  It

25   was in the morning.
```

Simona Ockley - March 11, 2025

193

1      Q.    Was anyone else at the property when you
2  arrived?
3      A.    No, only myself and Patrick.
4      Q.    And what happened when you got back to
5  the property?
6      A.    When I got back I was amazed the fact
7  that my garage doors, they have plywood to the
8  garage doors.  My windows had four by six, two
9  sets of four by six on the windows.  Porch door
10  also has plywood from the top to the bottom.  So
11  because the porch was broken previously by police
12  officer I sit on the bench.
13      Q.    You sat on the bench where?
14      A.    Inside of the porch.  And I retrieved my
15  walker.
16      Q.    Which was still on the porch?
17      A.    Which was still on the porch.
18      Q.    What did Patrick do?
19      A.    He left immediately.
20      Q.    So he basically dropped you off and then
21  left?
22      A.    He left, yes.
23      Q.    How were you able to get on to the
24  porch?
25      A.    The wall of the porch being from mesh

Simona Ockley - March 11, 2025

194

```
1   was broken by police officer when they came in.
2       Q.   Oh.  So that was not boarded up in any
3   way?
4       A.   No, no, no, it was not boarded up.
5       Q.   Were you able to get into the house
6   itself?
7       A.   No, I was not able to get into the
8   house.
9       Q.   Did you try to get into the house?
10      A.   No, because it was board up, no.
11      Q.   Did Patrick try to get into the house?
12      A.   No.
13      Q.   Did you ask --
14      A.   He did not.
15      Q.   I'm sorry.  I'm breaking my own rule.  I
16  was interrupting you.  Go ahead.
17      A.   No, he left and I remained by myself.
18      Q.   Did you -- so did you see Patrick
19  attempt to open the house or take wood down from
20  anything?
21      A.   No, no, he did not.  He just left.
22      Q.   Okay.  So what was your plan?
23      A.   So I was sitting on the porch and tried
24  to contact the locksmith, the man that came to me
25  to help me to enter into the house.
```

Simona Ockley - March 11, 2025

195

```
 1        Q.   But the house was boarded up, right?
 2        A.   That's correct.
 3        Q.   So what did you want the locksmith to
 4   do?
 5        A.   I think the back door to the kitchen was
 6   not boarded up and I want to ask him just to
 7   remove the lock or do something so I can get
 8   inside.
 9        Q.   Were you able to reach the locksmith?
10        A.   Yes, I tried to reach him and he -- I
11   was able to talk to him.  But for him was strange
12   that a second time I attempt to enter into my
13   house.
14        Q.   Oh.  That's what he said to you?
15        A.   Yeah.
16        Q.   Okay.
17        A.   Like he did not said these words but he
18   said how come I just opened the locks and right
19   now again.  And he didn't want to come.
20        Q.   Okay.  When he said that to you, what,
21   if anything, did you say to him?
22        A.   I didn't said anything to him.  He said
23   that he has other work to do and he cannot help
24   me.
25        Q.   And then what did you do?
```

Simona Ockley - March 11, 2025

196

1        A.    I was sitting on the porch.

2        Q.    What was your plan?

3        A.    At that particular time I tried to

4   figure out how I can access the property inside

5   but I have no plan.

6        Q.    I want to go back to Crozer Hospital.

7   Is it your testimony that you never were provided

8   food or anything to drink while you were at Crozer

9   Hospital?

10       A.    They provided me apple juice or

11  applesauce.  I remember that.

12       Q.    All right.  How about on the 13th, did

13  you eat anything before the police arrived that

14  day?

15       A.    No.

16       Q.    Did you drink anything other than this

17  apple juice before the police arrived on

18  August 13?

19       A.    I didn't eat the apple juice from

20  Crozer.  I didn't have anything to drink.  When I

21  was to cell at Radnor Township, at juvenile center

22  at Radnor Township Cocco poured me a drink like

23  that but it was almost like throw it on the floor

24  to me.

25       Q.    I'm sorry, which day was this?

Simona Ockley - March 11, 2025

197

1    A.    13th.

2    Q.    On August 12, the day before when you

3    went to Crozer, there's reference to the fact that

4    you were sitting in feces.  Were you sitting in

5    feces in your house -- or in the house?

6    A.    I think I got an accident.  I was

7    shocked when police came in and I have an

8    accident.  But I did not sit on the feces.

9    Q.    But there was feces in your diaper?

10   A.    Maybe.  I was shocked when I have seen

11   all these police officer around me.

12   Q.    All right.  So then on the 13th did you

13   call anyone else besides the locksmith?

14   A.    No, sir.

15   Q.    So again I ask.  What was your plan then

16   on the 13th?  If you were locked out of the

17   property, the locksmith wouldn't open it up, what

18   were you going to do?

19   A.    I was, I was trying to figure out what I

20   will do next step but I didn't have any, any

21   strength and anything what it will be the next.  I

22   will try in my mind I said I have to do something

23   to enter into the house.  I have, I have these

24   Court Orders and I was acting consistent with

25   these Court Orders.  I was trying to have access

Simona Ockley - March 11, 2025

198

1    to the property.

2         Q.   And what happened next?

3         A.   Sitting on the property I was on the

4    phone.  I have seen coming on the back, on the

5    back alley of the house Officer Cocco and she was

6    screaming and saying that -- I am not sure if she

7    said on that end that I am delusional, that I

8    escape, which was very strange for me to tell a

9    person in my condition that I escape from 302.

10   You're supposed to be over there for at least 72

11   hours.  How you say to a person in my condition

12   something like that?

13        Q.   Who were you on the phone with when

14   Officer Cocco said these things to you?

15        A.   I think when I saw her I called 911 and

16   I think there is a picture or something of my

17   phone call with 911 saying that they came to take

18   me away again.

19        Q.   When Officer Cocco -- when you first saw

20   Officer Cocco where was she?

21        A.   She was coming from the driveway toward

22   the porch.

23        Q.   Did you see any other police officers

24   other than Officer Cocco?

25        A.   Only Officer Cocco.

Simona Ockley - March 11, 2025

199

1    Q.    So she said these things as she was

2  walking towards you?

3    A.    Towards me and screaming at me.

4    Q.    And then what happened?

5    A.    And after that she came in and she

6  forced me to have -- she said, "You know this is

7  not your house."  I don't know if that time she

8  said I am delusional again.  And she, she said,

9  "You will be handcuffed," and she did handcuff me.

10  And I said handcuff are very tight, which were and

11  I have bruises.  I have no proof to show to

12  anybody that I have had bruises.

13    Q.    Okay.  So were there any other police

14  officers present before Officer Cocco handcuffed

15  you?

16    A.    No.

17    Q.    Did she say anything to you before she

18  handcuffed you?  You mentioned that she made these

19  comments.

20    A.    Yes.

21    Q.    But did she say anything else to you

22  before she handcuffed you?

23    A.    She said that I am not allowed on the

24  property, that you broke here, you trespass here.

25    Q.    And can you describe physically how she

Simona Ockley - March 11, 2025

200

1    handcuffed you?  You were sitting at the time,

2    correct?

3         A.   I was sitting, yes.

4         Q.   Did you have to stand up?

5         A.   I think I have to stand up and she put.

6    But were very tight and I was complaining they

7    were very tight.  And I bruise very easily so

8    there was bruises on my hand.  I was complaining

9    consistently because they were very tight.

10        Q.   Did Officer Cocco loosen the handcuffs

11   at any time?

12        A.   I don't recall that.

13        Q.   Did anyone loosen the handcuffs at any

14   time before they were removed?

15        A.   I don't, no, I don't recall that.

16        Q.   Were you handcuffed before the other

17   officers arrived?

18        A.   I don't recall but I think it was a yes

19   answer.

20        Q.   And what other officers arrived at the

21   house?

22        A.   I don't -- there were two tall officer,

23   young, and another.  I don't have their name.

24   There were three police officer.

25        Q.   So it was three police officers

Simona Ockley - March 11, 2025

201

1    including Officer Cocco?

2        A.    Four.  So there were three men, two tall

3    men, one a little short and Police Officer Cocco.

4        Q.    And do you know the names of --

5        A.    No, I do not know the names of the

6    police officer.

7        Q.    Was Officer McHale one of the police

8    officers that came on the 13th?

9        A.    No, sir; no, sir.

10       Q.    Was Officer Brown one of the officers

11   that came on the 13th?

12       A.    Excuse me, what?

13       Q.    Was Officer Brown one of the officers

14   that came on the 13th?

15       A.    I -- no, I don't know Officer Brown, no.

16       Q.    You're suing Officer Brown.  So I guess

17   my question is what did he do to you that you feel

18   that you are suing him for?

19       A.    I think Officer Brown signed the papers

20   or it's something related with the paperwork.  I

21   don't know if I met him in person.  I don't recall

22   that.

23       Q.    Okay.  But you're suing him because he

24   signed the arrest paperwork basically?

25       A.    If it's on the paperwork it's maybe that

Simona Ockley - March 11, 2025

202

1    reason.

2        Q.    Okay.  But you don't remember Officer

3    Brown touching you or doing anything physically to

4    you; is that correct?

5        A.    No, no, no.

6        Q.    How about the other -- I guess Officer

7    McHale, you don't remember him even being there on

8    the 13th; is that correct?

9        A.    No, I did not see him on that date.

10       Q.    Did you see Officer Pinto there on the

11   13th?

12       A.    No, sir.

13       Q.    All right.  So you're suing Officer

14   Pinto for what he did on the 12th?

15       A.    That's correct, sir.

16       Q.    And what did he do on the 12th that you

17   feel that he violated your rights?

18       A.    When I said that I have two Court Orders

19   he just ignore me.  He took me like a joke.  He

20   did not take serious my concern that I have two

21   Court Order and allowed me to be in the house, to

22   stay in the house.

23       Q.    All right.  So the other -- the three

24   men arrived.  And were you still on the porch when

25   the three men arrived?

Simona Ockley - March 11, 2025

203

1        A.    Yes.

2        Q.    The three men police officers.

3        A.    Yes, yes, yes.

4        Q.    Had Officer Cocco said anything to you

5   after she handcuffed you but before the three

6   other officers arrived?

7        A.    She was talking not very nice to me.

8   She was continuous screaming.  And when I repeated

9   over and over again that I have two Court Orders

10  she was saying like -- she was again over and over

11  like I have something over -- saying the same

12  thing, Court Orders, Court Orders.

13              Maybe you can see that on the

14  video.

15       Q.    Yes, the video records what happened.  I

16  understand that.

17       A.    Yes.

18       Q.    I'm actually -- I'm asking what you

19  recall.

20       A.    Yes.

21       Q.    Did any of the -- did you say anything

22  to Officer Cocco other than you were trying to

23  show her the Court Orders before the three male

24  police officers arrived?

25       A.    No, I don't recall that I said, only

Simona Ockley - March 11, 2025

204

1    just to prove to her that I have two Court Orders

2    and I want to take the bag to show to her and I

3    she, I think she -- I don't recall but I think she

4    throw my bag on to the floor.

5        Q.    And then what happened?

6        A.    The other police officer came and I

7    think they made arrangements for me to be taken by

8    stretcher again.  I didn't know where they will

9    bring me.  I thought they would bring me to Bryn

10   Mawr Hospital but actually they brought me to

11   Radnor Township Police Department and they put me

12   for many hours in a juvenile cell.

13       Q.    So were you handcuffed while you were in

14   the ambulance?

15       A.    I don't recall that.

16       Q.    Is it possible that your handcuffs were

17   removed before you were transported to the police

18   station?

19       A.    I don't recall that.

20       Q.    And how did you physically get from the

21   porch to the ambulance?

22       A.    They brought a stretcher and I think

23   they lower so I can get into that.  I think I have

24   the handcuffs on me.

25       Q.    Okay.

Simona Ockley - March 11, 2025

205

1       A.    And I think maybe they removed when I

2   was inside of the police, Radnor Township Police.

3       Q.    Do you recall anything else that the

4   police said to you while you were still at the

5   house before you got into the ambulance?

6       A.    No, I don't recall, no.  The young

7   police officer, the two young, they were very

8   polite to me.

9       Q.    Did you say anything else while you were

10  at the house before you got into the ambulance?

11      A.    No.  I just thank you to them, people

12  from ambulance.  They were with me very cautious

13  because I think they were previously over there

14  and they saw what I get through.

15      Q.    Same questions as before.  Did you hear

16  anything being said over the police radio while

17  you were at the house on the 13th?

18      A.    There were people talking but I don't

19  recall.  I did not pay attention.

20      Q.    Could you hear the officers say anything

21  to each other while you were at the house on the

22  13th?

23      A.    They were talking, yes.

24      Q.    Do you remember -- could you hear what

25  they were saying?

Simona Ockley - March 11, 2025

206

1        A.    I cannot recall that.

2        Q.    Did you hear the officers saying

3    anything to the ambulance personnel on the 13th?

4        A.    They were talking one with each other

5    where they, maybe they bring to me, they bring me

6    to Radnor Township Police or Bryn Mawr Hospital.

7    They didn't -- I remember that, yes.

8        Q.    Other than discussing where to bring you

9    do you recall the officers saying anything else to

10   the ambulance personnel?

11       A.    I don't recall that.

12       Q.    And do you recall the ambulance

13   personnel saying anything to the officers other

14   than discussing where to take you?

15       A.    I don't recall.  Maybe they already knew

16   me from the previous day.

17       Q.    I understand.  I'm just asking what you

18   recall.  That's all.

19       A.    Yeah.

20       Q.    Once you got into the ambulance did any

21   police officer ride in the ambulance with you?

22       A.    I don't recall.  I don't think so, no.

23       Q.    After you got to Radnor Police Station

24   how did you get out of the ambulance?

25       A.    I think they helped me to get with my

Simona Ockley - March 11, 2025

207

1   walker into the station.

2       Q.   When you say they, who are you referring

3   to?

4       A.   The medical personnel, were very polite

5   with me.

6       Q.   Were any police officers present when

7   you were helped from the ambulance into the police

8   station?

9       A.   I don't recall that.

10      Q.   And were you handcuffed while you were

11  taken from the ambulance to the police station or

12  were you already -- were the handcuffs off at that

13  point?

14      A.   I don't recall that.

15      Q.   Once you got into the police station you

16  said they put in you a juvenile cell.  Tell me

17  what happened before they put you in the juvenile

18  cell, if anything?

19      A.   Police Officer Cocco took my bag with my

20  belongings, everything, my cell phone, everything,

21  and she put it like on a shelf, the higher shelf.

22  And they start booking me and taking pictures and

23  I think fingerprints, a lot of things.  But while

24  I was sitting on the chair to take pictures I have

25  seen Officer Cocco gathering through all my bag,

Simona Ockley - March 11, 2025

208

1    all my wallet, all my belongings one by one like

2    this.

3        Q.   She was paging through the materials

4    that were in your purse, in your bag?

5        A.   Everything, everything, my wallet, my

6    documents from court.  And I said to myself, I

7    said my documents regarding me being allowed to be

8    into the house are on her hands.  She cannot see

9    these?

10       Q.   And you said that she was doing this

11   while you were sitting on the bench?

12       A.   I was sitting on the chair to take a

13   picture from me.  And I saw there were up, like a

14   shelf up and my bag was on the top and she took

15   all my files out and she get through all --

16   everything.

17       Q.   When you say files, what kind of files

18   did you have in your bag at that point?

19       A.   I have all my documents from the Court

20   Order, my Complaint, everything.

21       Q.   What Complaint?

22       A.   No, all my paper of the Complaint for

23   District Attorney, all my paperwork.

24       Q.   All right.  And did she put that back in

25   your bag?

Simona Ockley - March 11, 2025

209

1        A.    Yes.

2        Q.    Was anything missing from your bag when

3   you got it?

4        A.    I don't recall.

5        Q.    Did she ask you any questions before you

6   were put in the juvenile cell?

7        A.    I don't recall.  She said that I

8   supposed to be over there because later on we wait

9   for the judge to have a conference call.

10        Q.    Did she say anything else to you before

11   you were placed in the cell?

12        A.    I don't recall that.

13        Q.    Did you say anything to the police while

14   you were there before you got placed in the cell?

15        A.    I don't recall that.  In my opinion

16   there were different police officers that were

17   changing shifts or...

18        Q.    Okay.  Could you hear the police

19   officers say anything to themselves whiling you

20   were --

21        A.    They were talking but I was far away.  I

22   was in that cell.  I did not hear too much.  They

23   were coming and going.  I did not -- on the

24   hallway.

25        Q.    Could you hear them saying anything

Simona Ockley - March 11, 2025

210

1   about you or about the incident?

2       A.   I don't recall.  Maybe or maybe not.

3       Q.   Okay.  But as you sit here today you

4   don't recall anything that was said by any of the

5   officers in Radnor Police Station up to the point

6   you were placed into the cell; is that correct?

7       A.   That's correct, yes.

8       Q.   And you said it's a juvenile cell.  Can

9   you describe what it was like or what it looked

10  like?

11      A.   Yes, it was -- you know, I was still on

12  the nightgown and it was very, very cold and I was

13  complaining that it was very, very cold.  They

14  brought a chair and I was sitting on -- no.  They

15  said -- first of all, it was like a bed and I said

16  I cannot stay on that bed, it was too tall and me

17  having surgery it was not comfortable.  And she

18  brought me a chair.  She said you're not supposed

19  to stay but I stayed closer to the door so it

20  would not be so cold from the air conditioning.

21      Q.   And how long were you in the cell

22  before --

23      A.   Many hours, till nighttime, maybe 7:00

24  when I appear in front of the judge.

25      Q.   And while you were in the cell did you

Simona Ockley - March 11, 2025

211

1    have any further contact with any of the police

2    officers?

3         A.   No, no.

4         Q.   And were you able to -- was there a

5    toilet in the room?

6         A.   Yes.

7         Q.   How did you -- how were you notified

8    that the judge was ready for you?

9         A.   One of the police opened the door and I

10   went in front of the judge.  There was a seat in

11   the computer.

12        Q.   Was it a different police officer than

13   any of the officers that came to your house that

14   day?

15        A.   Yes, they were different.

16        Q.   Do you remember what time that

17   conference, the video conference with the judge

18   took place?

19        A.   7:00 p.m. 7:30 p.m.

20        Q.   And what happened during that video

21   conference?

22        A.   So the Judge Durham interview me what

23   happened and she said that I was accused for

24   trespassing.  And I was telling her that I have

25   two Court Orders.  When she heard it was like a

Simona Ockley - March 11, 2025

212

```
1    question mark for her, "You have two Court
2    Orders?"  She put the computer on mute.  She said
3    do you have -- excuse me before she put the
4    computer on mute.  She said do you have -- excuse
5    me.  Before she put the computer on mute she said,
6    "Do you have the two Court Orders?"  And I said,
7    "Yes, I do."
8                  And one of the police officer
9    brought me the bag and I took the Court Order.
10   Said can you -- to another police can you fax or
11   e-mail to me and they did, and they put the
12   computer on mute.  I was waiting for several
13   minutes.
14                  And she came back.  She was not
15   very happy it seems to me.  And she said there is
16   $1 bail but you still have to go to the jail.
17       Q.   Yeah, that was a question I saw.
18   Because the bail document, it says it was $1,
19   right?
20       A.   (No response.)
21       Q.   You have to say yes or no.
22       A.   Yes.
23       Q.   And was it explained to you what that
24   meant?
25       A.   No.
```

Simona Ockley - March 11, 2025

213

1      Q.   The judge didn't explain what bail was?

2      A.   I didn't know it -- I didn't get through

3   this in my entire life.  I didn't know.

4      Q.   No, I understand.  But the judge did not

5   explain to you what bail was?

6      A.   No, she said $1 bail but you still have

7   to go to the jail, that it was single thing.

8      Q.   Okay.

9      A.   And they arrange a car that pick me up

10   and brought me.

11      Q.   Right.  It wasn't a police car, correct?

12      A.   It was like a van police car.  But the

13   police officer that drove me, he was amazed when

14   we were talking about what happened to me.

15      Q.   Right.  During the interaction with the

16   judge was there a police officer that stayed with

17   you during that?

18      A.   Yes, yes.

19      Q.   Do you remember who that was?

20      A.   I never met him.

21      Q.   Was this the officer that sent the

22   orders to the judge?

23      A.   He went in a different room and I think

24   it was a different police officer.

25      Q.   Okay.  How did he treat you, the one

Simona Ockley - March 11, 2025

214

1    that was with you?

2         A.   Did not talk to me too much but with

3    respect.

4         Q.   Did you see Officer Cocco or any of the

5    other officers that you have sued?

6         A.   No, no.  No, sir.

7         Q.   All right.  So the judge said your bail

8    was $1 but said you had to go to George Hill, had

9    to go to jail?

10        A.   Yes, but I forgot to tell you one thing.

11   It was not only $1.  I don't remember if the

12   police Officer Cocco was on the different room.

13   But there was some condition that I supposed to

14   have prior me being released from George W. Hill,

15   which was I am not allowed to be on the property,

16   I have to prove a new address, and I have to have

17   a psychological and competency test, evaluation.

18   So that in order for me to get -- it was not only

19   $1.  I want to write a check for $1 but they said

20   no, no, you cannot do that without knowing.  When

21   I read the paper I knew a facility that I have to

22   get through all these requirements in order to be

23   released.

24        Q.   So the conditions for you to be released

25   from George Hill were that you paid $1, right?

Simona Ockley - March 11, 2025

215

1       A.    That's correct.

2       Q.    That you had a psychiatric evaluation?

3       A.    That's correct.

4       Q.    And that you prove that you had

5   someplace else to stay or live?

6       A.    That's correct.

7       Q.    All right.  And you refused to have the

8   psychiatric evaluation; isn't that correct?

9       A.    No, it's not correct.

10      Q.    Okay.  When were you offered a

11  psychiatric evaluation -- strike that.

12              Weren't you offered a psychiatric

13  evaluation at George Hill?

14      A.    I have, I have a competency and

15  psychiatric evaluation already performed at George

16  W. Hill.

17      Q.    When?

18      A.    I think with Dr. Marc Gramatges.

19      Q.    And when did that take place?

20      A.    I cannot recall the date.  Maybe in

21  August.

22              MR. GONZALES:  Let's mark this.

23              (Exhibit No. Ockley-7, 8/26/22

24      Handwritten Note, was marked for

25      identification.)

216

1    BY MR. GONZALES:

2        Q.    I'm showing you a document we have

3    marked as Ockley-7 and it's Bates numbered

4    Plaintiff's 77.  It was produced by your attorney.

5              First of all, is your handwriting

6    anywhere on this document?

7        A.    Yes, it's here.

8        Q.    Okay.

9        A.    And what it's saying I refuse mental

10   counseling, not mental evaluation, which is

11   different.  So if they get me that I am sick for

12   some -- in some way I have to go to mental

13   counseling.  And I said, "I am not sick, why I

14   need this?"

15       Q.    So my question was is your handwriting

16   on this document?

17       A.    This one here, only this one here.  And

18   here on the top of the date.

19       Q.    Do you mind if we just put it down and

20   we will go through?  So your handwriting on this

21   document, Ockley-7, is the date at the top,

22   August 22, 2022; is that cents?

23       A.    That's correct.

24       Q.    We are going to do this in order.  When

25   did you write that on this document?

Simona Ockley - March 11, 2025

217

1      A.    I don't recall that.

2      Q.    Did you write it on it --

3      A.    Oh.   I think maybe on the day when I

4    have with Dr. Marc Gramatges evaluation.

5      Q.    So my -- again, this document, was this

6    something that you got from George Hill?

7      A.    No, it was just a piece of paper.   And I

8    wrote myself some information so what happened

9    with me on George so I can prove what happened to

10   me over there.

11     Q.    So these are your notes?

12     A.    That's correct.

13     Q.    Is that what you are saying?

14     A.    Yes.

15     Q.    Okay.   And you wrote on here after you

16   were released from George Hill?

17     A.    No.   I have only -- I was allowed only a

18   one paper.   So on this paper I wrote when I have

19   interaction.   This was the writing of Dr. Marc

20   Gramatges.   On this one was Alison, Mental Health

21   Professional, which interview me on 8/16.

22                So every interaction with a person

23   I said, "Please can you write your name down?"

24     Q.    Okay.   And so it looks like the first

25   encounter here --

Simona Ockley - March 11, 2025

218

1      A.    Yes.

2      Q.    -- is August 16 of 2022?

3      A.    That's correct, yes.

4      Q.    And I see here it's Alison Mental Health

5  Professional?

6      A.    That's correct.

7      Q.    And below that it says 10:15?

8      A.    Yes.

9      Q.    Is that 10:15 in the morning?

10     A.    Yes, yes, yes.

11     Q.    And it says, "8/26/2022 Refuse mental

12 counseling."

13     A.    Yes.

14     Q.    Did you write that?

15     A.    Yes, that's my writing.

16     Q.    Was it Alison who offered the mental

17 counseling to you?

18     A.    I don't recall that.

19     Q.    Because below that it says Paul

20 Dickerson, LCSW.  Who is that?

21     A.    I don't recall.  There were so many

22 people interview me because I was over there

23 because of considering me that I have a mental

24 problem, which I don't.

25     Q.    Did you write Paul Dickerson's name or

Simona Ockley - March 11, 2025

219

```
1    did he write it?
2        A.   No, no, no.  It was the person that
3    wrote.  It's not my writing.
4        Q.   And it indicates Mental Health
5    Coordinator at GWCI, George --
6        A.   George W.
7        Q.   It should be GWH.  But in any event, did
8    Mr. Dickerson write that or did you write that?
9        A.   This one is not my writing.
10       Q.   Okay.  So on August 16 what happened
11   with respect to this mental health?
12       A.   This lady came and interview me several
13   times regarding what happened to me, why I am over
14   there.  And she said I don't think you have a
15   problem.  That it was not her words.  But she said
16   you're not supposed to be here.  And she fight for
17   me to get as much help as possible to come out.
18       Q.   Okay.
19       A.   I have no attorney to represent me or to
20   help me in this matter.
21       Q.   All right.  It says at the top Dr. Marc
22   Gramatges, G-R-A-M-M-T-A-G-E-S?
23       A.   Yes.
24       Q.   Is that his handwriting or yours?
25       A.   His handwriting, yes.
```

Simona Ockley - March 11, 2025

220

1       Q.    And you're saying he is the doctor that

2   conducted the psychiatric evaluation of you?

3       A.    That's correct, yes.

4       Q.    And was it on August 22 that he

5   conducted that examination?

6       A.    We have a document that stated that.

7   It's the whole document.

8       Q.    Okay.  But is that the date he did the

9   evaluation?

10      A.    We have to confirm.  I don't recall.  I

11  think it's around that time.

12      Q.    Okay.  So what happened between

13  August 13 and August 22 as far as getting a

14  psychiatric evaluation; do you know?  Was that the

15  earliest you could get the psychiatric evaluation?

16      A.    I do not interfere with a facility

17  schedule.  So maybe that it was the time.  I was

18  in many different room, maybe interview.  I have

19  no idea.  I cannot...

20      Q.    Okay.  How was it that you got out of

21  George Hill?  How did that happen?

22      A.    So after I have this psychological and

23  competency evaluation I have had an interview

24  with -- how you call the attorney that --

25      Q.    Public defender?

221

1      A.    Public defender over the phone.  I never

2    met in person.  He said don't worry, you will be

3    out by the end of the week or -- and I don't know

4    what was talking after.  I have this medical

5    evaluation and after that I was out.

6      Q.    And when did you get released from

7    George Hill?

8      A.    On September 2, 2022 around 7:00 p.m.

9      Q.    Where did you go?

10     A.    I went directly to the place that I am

11   living right now, to the hotel.

12     Q.    How did you find that hotel?

13     A.    Somebody look on the phone and find a

14   better place, if they have handicap place,

15   bathroom for me.

16     Q.    Who looked that up?

17     A.    Another taxi driver.

18     Q.    When?

19     A.    On that evening on September 2.

20     Q.    When you were released?

21     A.    Yes.

22     Q.    Okay.

23     A.    Because I need to transportation from

24   that facility to a hotel, to a place to live.

25     Q.    And that's where you have been staying

Simona Ockley - March 11, 2025

222

1    ever since; is that correct?

2        A.   Yes, that's correct, yes.

3             (Exhibit No. Ockley-8, Legal

4        Notice, was marked for identification.)

5    BY MR. GONZALES:

6        Q.   I'm showing a document we have marked as

7    Ockley-8 which is Bates numbered Plaintiff 87.

8    Can you tell me what this is?

9        A.   I think it's a notice from Radnor

10   Township.

11       Q.   And who took this picture; do you know?

12       A.   I don't recall that.  Maybe Radnor

13   Township.

14       Q.   How did you get a copy of this?

15       A.   You just gave to me.  Ah, before.

16       Q.   Before.  I know that.

17       A.   Before?

18       Q.   Yes.  Because it says Plaintiff 87 at

19   the bottom that means your attorney provided it.

20   So do you know how --

21       A.   This was attached of Complaint from

22   attorney of Gregory Lingo.

23       Q.   Got it.  Do you remember ever seeing

24   this document posted on your house -- or on the

25   house?

Simona Ockley - March 11, 2025

223

1          A.    It was one on the right garage door like
2     I mentioned before.
3          Q.    And if you look at the document it says
4     "Legal Notice - Danger."  Correct?
5          A.    That's correct, yes.
6          Q.    And it says, "This structure is declared
7     unsafe for human occupancy or use."
8               Do you understand -- did you see
9     that?
10         A.    Yeah.
11         Q.    And what did you understand that to
12    mean?
13         A.    That I am not allowed to be inside.
14         Q.    Why?
15         A.    Because you said here that it is unsafe
16    which I consider was not unsafe.
17         Q.    Right.  You disagreed with what this
18    said?
19         A.    Sure.
20         Q.    But you will agree with me that
21    according to this document, the structure --
22    someone, the township has declared that the
23    structure was unsafe for human occupancy or use,
24    correct?
25         A.    That's correct.

Simona Ockley - March 11, 2025

224

1    Q.   The next sentence says, "It is unlawful

2  for any person to use or occupy this building

3  after 4/21/22."  Is that what it says?

4    A.   That's correct.

5    Q.   And you saw a similar notice on the

6  house when you returned in August of 2022,

7  correct?

8    A.   That's correct.

9          (Exhibit No. Ockley-9, Property

10     Maintenance Violation, was marked for

11     identification.)

12  BY MR. GONZALES:

13    Q.   I'm showing you a document which we have

14  marked as Ockley-9.  And do you -- it's Bates

15  numbered Radnor Defendants 16.

16          Do you see that?

17    A.   Yes.

18    Q.   And did you ever see this document

19  posted on the property?

20    A.   I did not.

21    Q.   Okay.

22    A.   Because it's to the front door and I was

23  not able to walk to the front door.

24    Q.   And do you have any reason to believe

25  that this wasn't posted on the front door of the

Simona Ockley - March 11, 2025

225

1  house at any time?  You don't know one way or the

2  other, correct?

3      A.   I have seen the Maintenance Notice of

4  Violation because I think the attorney of Greg

5  Lingo provided with a copy of it for his

6  Complaint.

7              (Exhibit No. Ockley-10, Notice of

8        Condemnation, was marked for identification.)

9  BY MR. GONZALES:

10     Q.   I'm showing you a document we have

11 marked as Ockley-10 and it is Bates numbered

12 Plaintiff 88 through 89.

13     A.   Yes.

14     Q.   Have you ever seen this document before?

15     A.   Yes, I did.

16     Q.   When was the first time you saw it?

17     A.   I think when the -- but I'm not sure.  I

18 think when the attorney of Gregory Lingo send me a

19 copy with all condemnation, all the paper, but I

20 am not sure.

21     Q.   Do you know when they would have sent

22 you that, that paperwork?

23     A.   I don't recall that.

24     Q.   How did you find out about the hearing

25 before Judge Whelan in July?

Simona Ockley - March 11, 2025

226

1      A.   I think I got maybe a Complaint, send it

2   to Broomall Manor by, but I'm not sure, by

3   attorney of Gregory Lingo.

4      Q.   While you were at Broomall Manor did you

5   receive documents from -- pertaining to the

6   property?

7      A.   No.   I think it was the Complaint with

8   all the documentation with pictures.

9      Q.   Okay.

10      A.   I'm not sure.

11      Q.   Pictures showing the posters that were

12   on the --

13      A.   This, this one, yeah, not this one.

14      Q.   This meaning Ockley-8, right, this?

15      A.   Yes.

16      Q.   Okay.  And you believe that at some

17   point while you were at Broomall Manor you also

18   received the document that we have marked as

19   Ockley-10?

20      A.   Yes.  I don't recall when I have seen

21   this but I think the Attorney Lee Herman provided

22   all this information.

23      Q.   Okay.  And I take it that at no point in

24   time did you ever appeal the condemnation that had

25   been entered by the township; is that correct?

Simona Ockley - March 11, 2025

227

1        A.   I never appeal the condemnation.

2             (Exhibit No. Ockley-11, Property

3        Maintenance Violation, was marked for

4        identification.)

5   BY MR. GONZALES:

6        Q.   I'm showing you a document that has been

7   marked as Ockley-11 and it's Bates numbered Radnor

8   Defendants 11.

9             Have you ever seen this document

10  before?

11       A.   I don't recall.  No, I don't think so.

12  I don't recall.  I have seen this one.

13       Q.   This one meaning Ockley -- what's the

14  number?

15       A.   Ockley-10.

16       Q.   Okay.

17       A.   But this one I don't recall.

18       Q.   Okay.  When you were at Crozer Chester

19  did you ever complain to the hospital staff that

20  discharging you was inhumane?

21       A.   No, I did not recall that.

22       Q.   So if they said that in the chart you

23  think that's just -- they made that up?

24             MR. SCHROM:  If you're referring to

25        something can you show her it?

Simona Ockley - March 11, 2025

228

```
 1                    MR. GONZALES:  Well, first I just
 2        want to ask her.
 3   BY MR. GONZALES:
 4        Q.   So that never happened.  So if anybody
 5   put that, wrote --
 6        A.   To treat me inhumane?
 7        Q.   No, that you said to the hospital staff
 8   at Crozer Chester when they were releasing you
 9   that doing so was inhumane?
10        A.   No, I don't recall that.
11        Q.   Did you ever tell the staff, any of the
12   hospital staff at Crozer Chester that your walker
13   was broken?
14        A.    No, I don't recall that.  The walker was
15   on the porch, left on the porch, left on the
16   porch.
17                    MR. SCHROM:  Wait.  No question.
18   BY MR. GONZALES:
19        Q.   While you were at George Hill did you
20   ever refuse permission for them to examine your
21   leg injury, where your surgery was?
22        A.   Yes, I did.  It was not a refuse.  It
23   was actually they want to remove my bandage and I
24   didn't want, being in a not very safe place, to
25   remove my bandage.  I was worried that it will get
```

Simona Ockley - March 11, 2025

229

1    infected.

2        Q.   Okay.  So did they do anything for your

3    leg while you were at George Hill?

4        A.   No, sir.

5        Q.   And it's your testimony that all they

6    were going to do was remove the bandage and

7    provide no further first-aid or treatment?

8        A.   I did not need any kind of treatment to

9    my leg.  That bandage that I have around the

10   surgery was for protection and I was strongly

11   recommended not to open that bandage.  I didn't

12   want to get infection if it was not healed

13   properly.

14       Q.   So did the bandage that was put on when

15   you -- strike that.

16                When was the last time a fresh

17   bandage was put on your -- the leg that had the

18   surgery?

19       A.   When I left Broomall Manor.

20       Q.   Was that on August 9?

21       A.   8th.

22       Q.   8th, okay.  So the day that you were

23   discharged from Broomall Manor was the last time

24   that a fresh bandage was put on the leg?

25       A.   Yes, sir, yes.

Simona Ockley - March 11, 2025

230

1       Q.    And when was that bandage removed from

2   your leg?

3       A.    I have -- they gave me home to have

4   several of the bandage and I did change home the

5   bandage.

6       Q.    When did you change the bandage?

7       A.    When I was home I think on the 10th or

8   11th.

9       Q.    Okay.  And was that the bandage that was

10  on your leg when you were at George Hill?

11      A.    Yes.

12      Q.    And when did that bandage get removed?

13      A.    I don't recall.  I think after I left

14  George W.

15      Q.    Okay.  And you did not allow the medical

16  staff to remove that bandage or to treat that

17  surgery location at all, correct?

18      A.    The doctor did not said that I need any

19  treatment.  But just keep it safe he told me, you

20  have to keep the bandage on.

21      Q.    When was the last time you had any

22  contact with Officer Cocco from the Radnor Police?

23      A.    On August 13.

24      Q.    And same question for Officer Pinto.

25      A.    August 12.

Simona Ockley - March 11, 2025

231

1        Q.    And same question for Officer McHale?

2        A.    August 12.

3        Q.    And same question for Officer Brown?

4        A.    I never met him in person.

5        Q.    Okay.  And after you were released from

6    George Hill have you had any contact with any

7    Radnor police officers for any reason?

8        A.    No, sir.

9        Q.    Did you ever file a complaint, like a

10   citizens complaint with the Radnor Police

11   Department about the way you were treated by the

12   police officers?

13       A.    No, sir.

14       Q.    When was the last time you spoke with

15   anyone from the Delaware County District

16   Attorney's Office about the way you were treated

17   by the Radnor Police Department?

18       A.    On the day when I sent the paper and the

19   last time was when I talk with the District

20   Attorney.  That is all.  I never contacted

21   anybody.

22       Q.    So while you were at George Hill you

23   didn't speak to anybody at the District Attorney's

24   Office?

25       A.    No, sir, I don't recall that.

Simona Ockley - March 11, 2025

232

1      Q.   And after you were released from George

2   Hill you did not speak with anyone at the District

3   Attorney's Office?

4      A.   No, I don't recall that, no.

5              MR. GONZALES:  I am going to stop.

6         It's 4:15.  I do have some more questions but

7         I think they are going to cross over into

8         what Mr. Bartos has to ask.  So I'm going to

9         give him an opportunity to ask you questions,

10        assuming you want to keep going.

11             MR. SCHROM:  If you have two hours

12        that brings us into 6:15, at least.  And if

13        you have more after that it would be seven,

14        right.

15             MR. GONZALES:  Yes, I guess.

16             MR. SCHROM:  I don't want to do

17        that.  I think you should, you know, come

18        back and you can have at it.  Because the

19        reality is it's going to be three or four

20        hours, your two estimated and your additional

21        who knows what.  And I may have some things

22        myself.

23             MR. BARTOS:  I'm going to be at

24        least, I think at least two just based on the

25        pacing of the questions and the answers

Simona Ockley - March 11, 2025

233

```
 1    today.  My best estimate is at least two.
 2    I'm prepared to keep going but obviously I
 3    respect your decision and it's really up to
 4    you and the witness as to what you want to do
 5    here.
 6             MR. BARTOS:  I can at least start
 7    some of mine since we have depositions coming
 8    up and I don't know when we will be able to
 9    reconvene.  I just need a short bathroom
10    break.
11             MR. SCHROM:  Yes, that's fine.  And
12    then just bring to it what, 4:30 or quarter
13    to five?  What are you thinking, five?
14             MR. BARTOS:  I think if we can go
15    to five I should be able to at least get
16    enough questions out that it won't prejudice
17    my ability to defend my clients' depositions.
18    But I will still have some fairly significant
19    questions and scope of questions just about
20    Ms. Ockley.
21             MR. SCHROM:  That's fine.  We will
22    take a break.
23             (A brief recess was held at this
24    time.)
25             MR. BARTOS:  Back on.
```

Simona Ockley - March 11, 2025

234

```
 1                      - - -

 2                   EXAMINATION

 3                      - - -

 4   BY MR. BARTOS:

 5        Q.   Ms. Ockley, good afternoon.

 6        A.   Good afternoon.

 7        Q.   My name is Todd Bartos.  I'm an

 8   attorney.  I represent Jeff Brydzinski, Tyler

 9   Prete and Rockwell-Glenn, LP, three defendants in

10   the action that you have commenced in Federal

11   Court where you are represented by Mr. Schrom and

12   Mr. Botel.

13             Before I -- I'm going to cover

14   parts today and I know we are going to adjourn in

15   the next 30, 40 minutes for another day.

16             Have you ever met Tyler Prete?

17        A.   No, sir.

18        Q.   Have you ever met Jeff Brydzinski?

19        A.   Yes, sir.

20        Q.   Where did you meet Mr. Brydzinski?

21        A.   I didn't meet like, like knowing one

22   about each other.  My interaction with him was

23   when I have to go to the court on 7/11/2022.  He

24   was on the hallway.  I was with this man that was

25   pushing my wheelchair and he was on the hallway.
```

Simona Ockley - March 11, 2025

235

1    And I thought he was an attorney and I said, I

2    said please can you tell me what room is --

3    whatever room it was for my Court Order, Court

4    with John J. Whelan and he said he doesn't know.

5              But actually he got behind me into

6    the room after I was push with the wheelchair by

7    Patrick.  And he stood on the left side of Gregory

8    Lingo into the courtroom.

9         Q.    Ms. Ockley, how did you know that that

10   was Mr. Brydzinski?

11        A.    Because, first of all, it was strange

12   for me that I have seen a different person near

13   Gregory Lingo and later on I have seen his

14   picture.

15        Q.    Where did you see his picture?

16        A.    On internet.

17        Q.    How did you come to see his picture on

18   the internet?

19        A.    A friend of mine Googled the name and

20   saw the new owner of the house pictures.

21        Q.    What friend Googled that name for you?

22        A.    Patrick.

23        Q.    When did that occur?

24        A.    In 2022.

25        Q.    And Patrick, am I correct, you say is a

Simona Ockley - March 11, 2025

236

1   good man, someone that you had -- that had done

2   work with you or transported you before.  But you

3   do not know his last name; is that correct?

4       A.   I know his -- I don't know his last

5   name.  He has a very complicated last name.  But

6   if I would see on a piece of paper I will say

7   that's his name.  I don't, don't know exactly.

8       Q.   Do you know as you sit here today what

9   letter his last name begins with?  Can you picture

10  that in your mind?

11      A.   A.

12      Q.   A as in alpha?

13      A.   Yes.

14      Q.   Do you know if you wrote his name

15  anywhere in the notes that you have kept in

16  cataloging your recollections of the issues

17  surrounding the Ithan Avenue property?

18      A.   I think there is a police report that it

19  is stating that contacted Patrick due to his

20  driving his taxi, and it was maybe his number of

21  work or whatever.  It was in some type of police

22  report.

23      Q.   Okay.  So you recall seeing Patrick's

24  name in a police report.  Okay.  We can -- I

25  appreciate that.

Simona Ockley - March 11, 2025

237

1          Do you recall his name appearing

2    anywhere else in the documents related to this

3    case that you have seen?

4          A.   I think only on the police report I

5    recall that I have seen his name.

6          Q.   So you asked Patrick sometime you

7    believe in 2022 to Google Mr. Brydzinski's name

8    and you saw a picture and that's when you realized

9    it was the person who was in the courtroom in July

10   standing to Mr. Lingo's side; is that correct?

11         A.   That's correct.

12         Q.   At the time that he was in the courtroom

13   am I correct that you did not know that was

14   actually Mr. Brydzinski, it was just some person

15   standing next to Mr. Lingo; is that fair?

16         A.   That's correct.

17         Q.   Do you know how long after that hearing

18   in July of 2022 that Patrick Googled the name and

19   showed you the picture?

20         A.   I don't recall that.

21         Q.   Was it still while you were at Broomall

22   Manor?

23         A.   He did not -- I did not have interaction

24   with him while I was at Broomall Manor.

25         Q.   Do you know where the search occurred?

Simona Ockley - March 11, 2025

238

1    Was it at Patrick's home, at a hotel, at the home

2    on Ithan?

3        A.    No.  Excuse me.  He was in the car with

4    me driving me someplace.

5        Q.    Okay.  Do you -- was he looking it up on

6    his phone then?

7        A.    Yes.

8        Q.    What type of phone did you have at that

9    time?

10       A.    Android phone.

11       Q.    Did it have a touch screen?

12       A.    Yes.

13       Q.    Did it have an internet browser on your

14   phone?

15       A.    On my phone, no.  Yes, has an internet

16   browser.

17       Q.    It had internet, okay.  Did it take

18   pictures?  Did your phone take pictures --

19       A.    Yes, sir.

20       Q.    -- in July and August of 2022?

21       A.    Yes, sir.

22       Q.    Where is that phone today?

23       A.    That phone, it's damaged.  I think I

24   mention on the previous question that my battery

25   buckle inside and destroyed the phone.

Simona Ockley - March 11, 2025

239

1      Q.   Where is the actual phone today?

2      A.   It's destroyed, discarded.

3      Q.   You threw it out?

4      A.   Yes, because it has no use.

5      Q.   When did you throw it out?

6      A.   In 20 -- the end of 2022.  I don't

7   recall that.

8      Q.   Did you transfer anything that was on

9   that phone to a different phone or to a cloud

10  somewhere to save pictures, contact information,

11  e-mails, text messages, anything of that nature?

12     A.   No, because the phone was just damaged,

13  no.

14     Q.   Was that also through Tracfone?

15     A.   That's correct, yes.

16          But you, I think you did

17  misunderstand.  When he Googled he Googled on his

18  phone, not on my phone, Patrick.

19     Q.   On his phone.  No, I appreciate that.

20  Is there a reason you did not look it up on your

21  phone?

22     A.   That particular time I did not use -- he

23  was able to use on his phone.  I did not look.  I

24  have no interest to look.

25     Q.   For communicating with your family back

Simona Ockley - March 11, 2025

240

1  in Romania would you use an app like What'sApp or

2  signal to message them?

3       A.    No, sir.

4       Q.    How did you stay in contact with your

5  family in Romania --

6       A.    Over phone.

7       Q.    -- in July of 22?

8       A.    Over phone, talking over the phone.

9       Q.    Voice over the phone, okay.

10            Other than the time that you saw

11 Mr. Brydzinski in the courtroom in July of 2022

12 did you ever see him again after that?

13      A.    I don't recall that.

14      Q.    You as sit here today do you know who

15 was speaking to you before the police arrived on

16 August 12?  You said they were yelling from

17 outside.

18      A.    Yes, somebody, a young person was

19 yelling from outside.

20      Q.    Did that person identify themselves?

21      A.    No, sir.

22      Q.    Did you ever see that person?

23      A.    I don't recall that.  I was inside of

24 the house and the door of my porch was open and I

25 hear him outside talking and threaten me that he

Simona Ockley - March 11, 2025

241

1    will call police or something like that.

2         Q.   Is there a reason that you have sued

3    Mr. Prete if you have never met him before and

4    have never spoken with him before?

5         A.   Mr. Prete is also owner of the property

6    on Ithan Avenue, right?

7         Q.   Well, I'm asking you.  Is there a reason

8    that you sued Mr. Prete?  What is your

9    understanding of why you sued Mr. Prete?

10        A.   Because he's a second owner of the

11   property that Mr. Gregory Lingo sold to the new

12   owner.  He is one of the owner.

13        Q.   Other than the fact that he -- that you

14   believe he is an owner of the property on Ithan

15   Avenue, are you aware of any actions that

16   Mr. Prete himself specifically took that

17   damaged -- that you believe caused damages to you?

18        A.   I think that being on the hospital and

19   after that at Broomall Manor for physical therapy

20   and the house was -- the settlement of the

21   property was done in July 15, 2022, these two new

22   owner of the house, they maybe have access to my

23   property being the new owners.

24        Q.   You said maybe.

25        A.   That's correct.

242

1      Q.    When you got to the property in August

2    of 2022 it was locked, correct?

3      A.    That's correct.

4      Q.    As you sit here today do you know

5    specifically who put what locks on the home

6    between April of '22 and August of '22?

7      A.    I do not know exactly name of the person

8    that put the locks.  I was not on the property on

9    that particular time.

10      Q.    Do you know on whose behalf, as you sit

11    here today do you actually know that Mr. Prete,

12    Mr. Brydzinski or Radnor Township themselves had

13    locks put on the home?

14      A.    So when I called Radnor Township

15    Police -- excuse me, Radnor Township one set of

16    locks was removed by Radnor Township Police.  So

17    when I came home and one set of the locks was

18    still attached to my doors of the house and not

19    being removed by this gentleman Luke, when I said

20    something is not right here.  So supposed to be

21    from the new owners or from Gregory Lingo because

22    already Radnor Township Police removed their set

23    of locks after I informed that I have a second

24    Court Order.

25      Q.    Ms. Ockley, am I correct that you are

Simona Ockley - March 11, 2025

243

1    assuming the second set of locks was put there by

2    either the former owners, Rockwell-Glenn, or the

3    current owners, Messrs. Prete and Brydzinski?

4    You're making that assumption.  But as you sit

5    here today you do not know for a fact who put that

6    second set of locks on the house; is that correct?

7         A.   When Luke was talking to me on the phone

8    he said that I am not allowed on to the property.

9    So since Radnor Township Police removed the locks,

10   this Luke, I think it's an employee of Gregory

11   Lingo.

12        Q.   Am I correct you're assuming that the

13   second set of locks was under the control of

14   Rockwell-Glenn?  You're making an assumption,

15   correct?

16        A.   I don't think I make an assumption since

17   this person, Luke, was not able to remove the

18   locks saying to me that I am not allowed on the

19   property.  So if --

20        Q.   What specific -- go ahead.

21        A.   If he did not know about this Court

22   Order, why, why he was talking about them?

23        Q.   And Luke, Mr. Luke, you spoke with him I

24   believe around 8:00 p.m. you said?

25        A.   I talked -- Gregory Lingo gave me his

Simona Ockley - March 11, 2025

244

1    cell phone of his employee.  He said that he will

2    be away on vacation and this person will be able

3    to provide me access to the property and I have to

4    talk with him.

5        Q.    And then you called Mr. Luke?

6        A.    Yes.

7        Q.    And that was, I believe through your

8    prior testimony was around 8:00 p.m. the evening

9    that you first -- and I will go back and look

10   whether it's the 8th or the 9th.  But it was in

11   the 8:00 hour in the evening, correct?

12       A.    Yes.

13       Q.    What specific words do you recall

14   hearing from Mr. Luke on that phone call -- well,

15   let me back up.

16            Was that the first time, that phone

17   call in August of 2022 with Mr. Luke, was that the

18   first time you had spoken with Mr. Luke?

19       A.    I recall that I talk with him two times.

20   Earlier I talked with him and later on when he --

21   I have since steal the locks he got with me very

22   strong, saying that you are not allowed on to the

23   property and almost hang-up the phone with me.

24       Q.    So you recall two conversations with

25   Mr. Luke.  When was the first conversation with

Simona Ockley - March 11, 2025

245

1    Mr. Luke?

2        A.    I think earlier when I arrived to the

3    property or when I left Broomall Manor, prior

4    leaving Broomall Manor.  But I don't recall

5    exactly the time.

6        Q.    Is it fair for me to assume that the two

7    calls that you had with Mr. Luke, that you can

8    recall having had with him occurred in August of

9    2022?

10       A.    Yes, on 8th of August, 2022.

11       Q.    And is it your recollection that those

12   calls were on the same day?

13       A.    I believe so.

14       Q.    Other than the two calls on August 8,

15   2022 with Mr. Luke, have you had any other

16   conversations with Mr. Luke ever?

17       A.    I don't believe -- I don't recall that.

18   But I think I did inform Gregory Lingo that I have

19   had an emergency Court Order, a second Court Order

20   which was an emergency Court Order.  I left him a

21   message but not talking with him.  He was on

22   vacation.

23       Q.    And that's Mr. Lingo, okay.

24       A.    Yes.

25       Q.    So with respect to Mr. Prete, you have

Simona Ockley - March 11, 2025

246

```
 1   never spoken with him and you're only claim is

 2   based on the fact that he is on the deed?

 3        A.    That's correct.

 4        Q.    And may have had access to your

 5   property, correct?

 6        A.    That's correct, yes.

 7        Q.    And there's no other reasons why you

 8   believe you have a claim against Mr. Prete other

 9   than that, correct?

10        A.    That's correct.

11        Q.    With Mr. Brydzinski you had one

12   conversation with him in July before you knew it

13   was Mr. Brydzinski and that was at the courthouse,

14   and you only realized it was Mr. Brydzinski after

15   Patrick found his picture on line while showing

16   you -- while searching on his phone in the car,

17   correct?

18        A.    That's correct.

19        Q.    With respect to Mr. Luke, you have had

20   two conversations with him, both you believe on

21   the same day in August, and those are the only

22   times you have ever spoken with Mr. Luke, correct?

23        A.    That's correct.

24        Q.    Did you ever text message with Mr. Prete

25   at any time?
```

Simona Ockley - March 11, 2025

247

1          A.   No, sir.

2          Q.   Have you ever e-mailed with Mr. Prete at

3     any time?

4          A.   No, sir.

5          Q.   Have you text messaged or e-mailed with

6     Mr. Brydzinski at any time?

7          A.   No, sir.

8          Q.   Have you texted or e-mailed with

9     Mr. Luke at any time?

10         A.   No, sir.

11         Q.   With respect to Mr. Lingo -- before we

12    get to him.  Anyone else that you can recall

13    having direct contact with at Rockwell-Glynn other

14    than Mr. Luke and Mr. Lingo at any time in 2021

15    through today?

16         A.   There were employees when I went to

17    Gregory Lingo's office to give the deed of my

18    house and I think this was from land transfer

19    person.

20         Q.   With respect to access to the property

21    in the April through September of 2022 timeframe,

22    do you recall speaking with anyone at

23    Rockwell-Glynn other than Mr. Lingo and Mr. Luke

24    regarding access to the Ithan Road property?

25         A.   No, sir, I didn't talk with anybody.

Simona Ockley - March 11, 2025

248

1      Q.    With respect to Mr. Lingo, can you tell
2  -- take me back to when you first met him and tell
3  me what you remember about that first meeting and
4  your interactions with him as best as you can
5  recall from then through to the last time you
6  would have ever spoken with him and just tell me
7  what you remember.  I'm going to come back but I
8  just want to get your full recollection the best
9  you can right now.
10     A.    Can you be more specific what's the
11  time, what date or time?
12     Q.    When did you first have any interaction
13  with Mr. Lingo?
14     A.    I do not recall.  I think it was 2021.
15     Q.    Do you remember why you first had
16  interaction with Mr. Lingo?
17     A.    Because we talked about my property.  We
18  talked several times regarding my property, that
19  he intended to purchase from me.
20     Q.    Were those conversations at your
21  residence?
22     A.    No, all the conversation was over the
23  phone.
24     Q.    Do you recall having had any e-mails
25  with Mr. Lingo regarding the property at Ithan

Simona Ockley - March 11, 2025

249

1    Road for any reason?

2        A.    Can you please repeat that question?

3        Q.    Have you ever e-mailed with Mr. Lingo

4    regarding the Ithan Road property?

5        A.    In some of the papers he was saying that

6    he send me an e-mail but I never, I never seen

7    that e-mail.

8        Q.    Did you have an e-mail address that you

9    used in the late 2021 through 2022?

10       A.    I did not use my laptop.  I did not have

11   my laptop.

12       Q.    But did you have an e-mail address that

13   were using at that time?

14       A.    I did not use anything at that time.  I

15   was in the hospital.  And plus I didn't --

16       Q.    Go ahead.

17       A.    I did not have my laptop.  So I have --

18   and I do not have any information.

19       Q.    Have you ever used e-mail?

20       A.    Yes, I did.  But not with -- not

21   regarding selling my property.

22       Q.    What e-mail address or addresses would

23   you have used in 2021 for any purpose?

24       A.    I did not use with Gregory Lingo any

25   e-mail.

Simona Ockley - March 11, 2025

250

1     Q.    My question is a little bit different,

2  Ms. Ockley.  I'm just trying to understand.  What

3  e-mail accounts did you have in 2021?

4     A.    An MSN account.

5     Q.    You had an MSN account.  Okay.  What was

6  the e-mail address at MSN?

7     A.    SIMONAO9@MSN.com.

8     Q.    Did you have any other e-mail address

9  that you used in 2021 for any purpose, whether the

10  house, personal, utilities, anything?

11     A.    No, sir.

12     Q.    In 2022 were you still -- did you still

13  have the SIMONA09@MSN.com e-mail?

14     A.    Yes, I did.

15     Q.    Were you able to access that e-mail on

16  your phone in 2021?

17     A.    No, sir.

18     Q.    Were you able to -- go ahead.

19     A.    No, sir.

20     Q.    Were you able to access it on your phone

21  in 2022?

22     A.    No, sir.

23     Q.    You said you have a laptop that you

24  would have used.  Did you have a laptop at the

25  residence?

Simona Ockley - March 11, 2025

251

1      A.    That's correct.

2      Q.    Where is that laptop today?

3      A.    It's missing.

4      Q.    If I understand your testimony, you

5   would have gone to the hospital and to Broomall

6   without that laptop, correct?

7      A.    That's correct, yes.

8      Q.    Did you ask anyone at any time to go

9   back to the residence to get your laptop for you?

10     A.    No, sir.

11     Q.    What type of laptop was it?

12     A.    HP.

13     Q.    Do you still use the SIMONA09@MSN.com

14  e-mail?

15     A.    I'm not able to access the e-mail

16  because I lost the password and all the

17  information regarding the account.

18     Q.    Have you reached out to Microsoft to try

19  to restore the password for the account?

20     A.    Yes, and I am not able to you do that.

21     Q.    When did you last reach out to Microsoft

22  to try to access the account?

23     A.    A week ago.

24     Q.    For what purpose?

25     A.    Just to restore my -- to check my

Simona Ockley - March 11, 2025

252

1    e-mails and everything.  I did not check anything

2    from 2022.

3         Q.   As you sit here today is there a

4    different e-mail address that you use?

5         A.   No, sir.

6         Q.   Is there any significance to the No. 9

7    on the SIMONA09@MSN.com?

8         A.   Yes.

9         Q.   What's the significance of the 09?

10        A.   It's my day of the birth.

11        Q.   You were born December 9, 1960?

12        A.   That's correct.

13        Q.   So you had phone calls with Mr. Lingo to

14   review or to discuss the sale of the home.  How

15   many times prior to 2021 were the taxes delinquent

16   on the home but it did not go to a Sheriff's sale

17   or tax sale?

18        A.   I don't recall that.

19        Q.   I saw there were records from 2019 of a

20   tax sale that was ultimately canceled.  And then

21   this -- the home was up for a tax sale in 2021

22   which led I believe to -- the discussion about the

23   deed we will get to probably another day.  So

24   those two tax sales.  Can we agree there was a tax

25   sale in 2019 that was eventually canceled?

Simona Ockley - March 11, 2025

253

1      A.   No, it was paid in 2019.  It was not

2  canceled.

3      Q.   But you paid the taxes to avoid the

4  sale, correct?

5      A.   That's correct, yes.

6      Q.   2021 you needed money to pay the taxes

7  to avoid the sale, correct?

8      A.   That's correct, yes.

9      Q.   How many other times before 2021 had

10 there been a scheduled tax sale of the Ithan Road

11 residence?

12     A.   I don't think it was any other schedule,

13 no.  I don't recollect that.

14     Q.   Okay.  What do you remember about your

15 discussions with Mr. Lingo prior to you signing

16 any type of a Sales Agreement?

17     A.   He draft a Sales Agreement which was

18 dated -- he, I understand he brought the Sales

19 Agreement on October -- it was dated October 20,

20 2021.  And we did not the sale -- sign the Sale

21 Agreement until November 19, 2021.

22     Q.   What happened between those two dates?

23     A.   He just provided me -- he put the

24 Agreement to my front door and I did not -- we did

25 not establish a date when we supposed to meet and

Simona Ockley - March 11, 2025

254

1    sign the contract.

2        Q.   Was there a discussion where you agreed

3    on a price and Mr. Lingo was going to drop the

4    contract off and then at some time later after you

5    had reviewed it you then could choose whether to

6    sign it or not?

7        A.   A different price, no.  When he provided

8    me with a contract it was priced -- excuse me, a

9    price wrote on the contract.

10       Q.   550,000?

11       A.   That's correct.

12       Q.   Was that a price agreed to in October of

13   2021?

14       A.   That's correct.

15       Q.   And then the contract was presented

16   sometime after a phone call where you agreed on

17   the price and signed sometime after it was drooped

18   off.  Is that kind of the general order of things?

19       A.   I believe so.

20       Q.   So the phone call, agree on the price,

21   I'm going to provide you the contract --

22       A.   Yes.

23       Q.   -- I'm going to leave it on your

24   doorstep, and then sometime later you will sign

25   it?

Simona Ockley - March 11, 2025

255

1      A.    That's correct.

2      Q.    Okay.  Why did -- sorry.  After you

3  signed the contract what was your understanding of

4  your rights in the property and Rockwell-Glynn's

5  rights on the property as of November 19, 2021

6  when you signed the Agreement?

7      A.    We -- he -- I talked with him regarding

8  my intention to move overseas.  And because it was

9  coming wintertime I will not be able to move out

10 so fast.  So we agreed later spring I will be out

11 from the property.  But I have an unfortunately

12 incident with my leg and that make everything

13 longer than we agree upon.

14     Q.    Had Mr. Lingo been inside the residence

15 prior to the signing of the Agreement in November

16 of 2021?

17     A.    No, he was not.

18     Q.    To your knowledge, was Mr. Lingo ever in

19 the residence at any time while you were there?

20     A.    When I was over there, no.  Maybe after

21 I was to hospital.  I don't know if the door was

22 open or what happened, no.  I don't know.

23     Q.    And that's the reason for my question.

24 Were you physically in the residence when

25 Mr. Lingo was also in the residence at any time?

Simona Ockley - March 11, 2025

256

1      A.   No, sir.

2      Q.   Were you ever physically in the

3  residence when Mr. Luke was in the residence at

4  any time?

5      A.   No, sir.

6      Q.   Were you ever physically in the

7  residence when any person either employed by or

8  purporting to be representing Rockwell-Glynn was

9  also in the residence?

10      A.   No, sir.

11      Q.   When did you start collecting your

12  things together and putting them into the plastic

13  bags that were eventually shown on the pictures

14  that you looked at here today?  When did you start

15  that process?

16      A.   Maybe February, 2022.  I intended to

17  move out as soon as possible.

18      Q.   In December of 2021 there was an

19  amendment to the Agreement and a deed that was

20  executed and given to Land Transfer.  I think you

21  were testifying about that earlier.  Do you recall

22  that?

23      A.   That's correct.

24      Q.   Why the amendment and the deed?  What

25  changed?

Simona Ockley - March 11, 2025

257

1        A.    Can you please repeat that question?

2        Q.    Why was there an amendment to the

3   Contract with a release of 17,000 plus dollars to

4   pay the taxes out of the deposit?

5        A.    I don't recall that.  It was $17,000

6   but...

7        Q.    Well, let me ask it this way, Ms.

8   Ockley.  The Agreement was signed in November of

9   2022.

10       A.    That's correct.

11       Q.    What happened next with respect to the

12  sale of the residence?  What do you remember next

13  in terms of -- and I will be specific, with

14  respect to interactions with Mr. Lingo regarding

15  the sale of the residence after November 19, 2021?

16       A.    He wanted the deed of the house to have

17  it him in escrow.  And in order -- I said what I

18  am going to do, I will put the deed in escrow so

19  nothing will happen to my house.  So he release

20  $17,000 to pay my taxes.  So that it was the

21  correlation between these two.

22       Q.    I think you testified earlier that you

23  were receiving Social Security and also survival

24  benefits from your husband's military pension,

25  correct?

Simona Ockley - March 11, 2025

258

```
 1        A.    That's correct.
 2        Q.    What was your monthly Social Security
 3   benefit?
 4        A.    I did not have -- at that particular
 5   time I was not age proper for Social Security at
 6   that particular time.
 7        Q.    Were you receiving any Social Security
 8   survivor benefit from your husband's Social
 9   Security?
10        A.    No, sir.
11        Q.    How much were you receiving from the
12   Veterans pension?
13        A.    It was not from Veterans pension.  It
14   was from Naval -- from Navy.  My husband was in
15   Navy Academy.
16        Q.    Service in the Navy, yes.  How much were
17   you receiving from that on a monthly basis in
18   2021?
19        A.    I don't recall.  Maybe 13,000, 400.  I
20   don't recall exactly.
21        Q.    Did you have any savings in a bank
22   anywhere or even in the home anywhere in November
23   of 2021?
24        A.    No, sir.
25        Q.    How were you getting money to pay the
```

Simona Ockley - March 11, 2025

259

1   taxes on the home every year?

2        A.   I was just on working prior Covid.  I

3   was working so that it was -- I was able to pay

4   taxes, and I paid taxes I think till 2019 -- 2020.

5        Q.   In terms of the next thing that happened

6   with respect to Mr. Lingo -- and again, counsel,

7   I'm trying to move as quickly as I can just to

8   focus on very specific things.

9             With respect to Mr. Lingo, after

10  the deed is in escrow, what happened next with

11  any -- what was your next interaction with

12  Mr. Lingo?

13       A.   I did not have interaction with

14  Mr. Lingo.  He called me and he said that he will

15  have surveyor company in February, 2022 and if

16  people are allowed on the property.  I said sure,

17  you have to do, it's almost your property.  So I

18  allowed them to come and do the -- to survey the

19  property.

20       Q.   Did you have any other phone calls with

21  Mr. Lingo about the property between January of

22  2022 and when you were taken to the hospital in

23  April of 2022 after you had your injury to your

24  leg?

25       A.   Yes, I recall, but I am not sure if

Simona Ockley - March 11, 2025

260

1   there is over e-mail.  I told him that I struggled

2   with the furniture, with piano, with items inside

3   of the property to sell.  And he said that he has

4   an uncle, or maybe I am wrong, somebody on his

5   family that he can help me with my belongings.  So

6   he said to me please send me pictures.  But I

7   don't recall if I sent him the e-mail with the

8   pictures or not.

9        Q.   Did he ever put in you contact with any

10  person to help you sell the piano or the other

11  furniture in the residence?

12       A.   No, sir.

13       Q.   Did he make any suggestions about how

14  you could sell the materials?

15       A.   Yes, he did.  He said that there is in

16  Radnor Township an antique store and I can go over

17  there to sell.  I know where, is in Wayne an

18  antique store that I can sell belongings.

19       Q.   Did you contact that antique store?

20       A.   Yes, I did.

21       Q.   And what happened with respect to that?

22       A.   No help.

23       Q.   Did they come -- did they ask for

24  pictures, did they come see the house?

25       A.   They ask me what items I have to sell

Simona Ockley - March 11, 2025

261

1    and they were not interested.

2         Q.   Did you have any communication with Mr.

3    Russell in the October of '21 through April of

4    2022 timeframe specifically with regard to the

5    rights that you had in -- to remain in the home

6    past the initial closing date of January of '22?

7         A.   I did not --

8         Q.   I don't want to know what the

9    conversations were, the what you said.  I just

10   want to know did you have conversations with your

11   attorney about staying in the home longer.

12        A.   First of all, I want to say that Kenneth

13   Russell was not my attorney.  I have to clarify

14   that.  He was picking up the file from my previous

15   attorney who passed away in September, 2021.  And

16   he took the file with all my information.  And

17   when he looked that I have the previous attorney

18   that he passed away advise me to sell property to

19   some builders in Ridley Township, he took after

20   that trying to hound me to sell the house as soon

21   as possible.  And I did not agree because these

22   people from Ridley Township, they want to buy the

23   house at half price or half value of the house,

24   and I did not agree.  So my contact with

25   Mr. Kenneth Russell was ended in December, 2021.

Simona Ockley - March 11, 2025

262

1    Q.   So my question was -- you know, I don't

2  know that you have answered.  I'm not trying to be

3  disrespectful.  But do you recall having

4  conversations with Mr. Russell at any time about

5  your -- about how long you were able to stay in

6  the house?

7    A.   Yes, he did push, push, push me that he

8  said that I should not pass January 31, 2022 to

9  sell the house, I should get out as soon as

10  possible.

11    Q.   Was that before there was a contract for

12  sale that was signed?

13    A.   After.

14    Q.   After, okay.  So Mr. Lingo, I believe

15  you put in your Complaint he visited you in the

16  hospital?

17    A.   That's correct.

18    Q.   And that was after your surgery,

19  correct?

20    A.   That's correct.

21    Q.   What is your recollection of that

22  interaction with Mr. Lingo in the days after your

23  leg surgery in April of 2022?

24    A.   He came to the hospital which I did

25  appreciate that he came.  And I thought he will

Simona Ockley - March 11, 2025

263

1    just visit me.  But actually he had an addendum to

2    the contract of selling of the property saying

3    that I have to sign that addendum because tax

4    season is coming and he will need to have that

5    paper on his office.  And I ask him over and over

6    again Greg, are you sure because I am not able to

7    get from the hospital in time record to empty the

8    house, to be out from the house.  And he said to

9    me, oh, no, this is only for my office purpose.

10   And I sign it, which I was wrong because from

11   Court, Judge John J. Whelan when I said this thing

12   I am saying you today, he said to me that if you

13   had had a good lawyer this addendum would be

14   dissolved if you had had a good, because nobody

15   should come to the hospital to you to sign this

16   paper.

17        Q.    When did Judge Whelan say that to you?

18        A.    Inside of the court on July 11.

19        Q.    Do you recall the exact words that Judge

20   Whelan used to express that?

21        A.    I don't recall.  But I told him about

22   this addendum that I was subdued -- or I don't

23   know the term, to sign this -- tricked to sign

24   this.  I thought this would be for his office and

25   of course I want to help him not to have problem

Simona Ockley - March 11, 2025

264

1    into the office.  Now I help him and actually I

2    cause a problem to myself.

3        Q.   What problem did you cause to yourself?

4        A.   Because on the contract was written

5    actually April 17, which was the wrong date,

6    April 17.  He came to the hospital maybe -- I have

7    surgery on the 26th of April.  Maybe he was on

8    29th of April, 2022, and he said that I supposed

9    to sell the house by June or sign the settlement

10   will be by June.

11             We have the amendment on the

12   records and maybe you can please read that.

13       Q.   You had said you realized that you had

14   actually hurt yourself by signing that.  I'm

15   curious what you mean by that.  How did you hurt

16   yourself?

17       A.   I hurt myself because signing this paper

18   so quickly, not thinking that June it will be a

19   settlement date, being still on the hospital I

20   will not have enough time to remove my belongings

21   and leave the house.  That, in that sense, not

22   physical hurt.

23             MR. SCHROM:  Off the record for a

24       second.

25             (There was a discussion held off

Simona Ockley - March 11, 2025

265

1          the record.)

2     BY MR. BARTOS:

3          Q.   Ms. Ockley, when Mr. Lingo was at the

4     hospital what else did -- do you recall anything

5     else that you discussed with him other than what

6     you testified to here today?

7          A.   Also I asked him about -- I asked him to

8     take care of the grass when it will be the time

9     the grass to be cut.  It was, it was April, so the

10    grass was not too high.  I imagine at that time

11    when I left house was short.  It was beginning of

12    April.

13         Q.   Do you know as you sit here today

14    whether he did make sure the grass was taken care

15    of?

16         A.   He assure me.  He said I will ask one of

17    my guy to take care of the grass.

18         Q.   Do you know whether that actually

19    happened?

20         A.   I do not know about that.

21         Q.   Anything else that you and Mr. Lingo

22    discussed while you were in the hospital in April

23    of '22 when he was actually visiting you in the

24    hospital?

25         A.   I don't recall.

Simona Ockley - March 11, 2025

266

1     Q.   Incidentally, do you keep any sort of a

2  diary, notebook, journal of your day-to-day

3  recollections anywhere?

4     A.   No, I do not.

5     Q.   Was there a friend or family member that

6  you would have spoken to about the visit and what

7  had happened that day when Mr. Lingo was there?

8     A.   No, I did not talk with any family

9  member.

10    Q.   When is the next time you remember

11 speaking with Mr. Lingo?

12    A.   He called me when I was to the Broomall

13 Manor and he said that he will provide

14 transportation from Broomall Manor on the

15 stretcher to be inside of the garage and some of

16 his people that he knows will get through my

17 belongings so I will speed up the process of

18 moving out.

19    Q.   So that was an offer that he made to you

20 to have his personnel like sort of carry it out of

21 the house, show it to you, help you decide what to

22 do with it and then move it to wherever it had to

23 go?

24    A.   That's correct.

25    Q.   Okay.  Did you accept that offer?

Simona Ockley - March 11, 2025

267

1      A.   I did not accept the offer because I was

2   in a facility for physical therapy recovery and if

3   I will leave that facility they -- and God forbid

4   that I will be injured, there would be no

5   responsibility and my insurance will not pay for

6   my stay over there.  So I was not able to leave

7   the facility and I explained that to him at that

8   particular time.

9      Q.   And is that -- was that before the July

10  hearing?

11     A.   I don't recall that.  I think maybe

12  after.  I don't recall that.

13     Q.   At the July -- I think you said the

14  complaint -- there was a complaint that was

15  delivered to you at Broomall Manor from

16  Mr. Herman, correct?

17     A.   I don't recall.  But yes.  I don't

18  remember exactly who gave me the complaint to July

19  hearing.

20     Q.   But is it fair for me to conclude that

21  you had a copy of whatever was filed that led to

22  the July hearing before you went to court that

23  day?

24     A.   I don't recall that.

25     Q.   You don't know if you got a copy -- let

Simona Ockley - March 11, 2025

268

1   me ask you this question then.  How did you know

2   to go to court that day in July of 2022?

3        A.   I think I was informed by phone.  I

4   don't recall how I knew.

5        Q.   So you mentioned Mr. Lingo, you and he

6   spoke.  Did he call you at Broomall or visit you

7   at Broomall?

8        A.   He visit me at Broomall with a request

9   that he will provide a stretcher and

10  transportation from Broomall to my house -- to the

11  house to be inside of the garage while his people,

12  his employees will get through my belongings.

13       Q.   And did you have any other conversations

14  with Mr. Lingo after that conversation at Broomall

15  and before August 8 of 2022?

16       A.   Yes, I did the call Gregory Lingo and I

17  informed him that I will be released from Broomall

18  Manor facility on August 8, just to be sure that

19  everything is all right to my house -- to the

20  house.

21       Q.   And what did Mr. Lingo say?

22       A.   He said that he will get in touch with

23  one of his employees and he also provide me with

24  his telephone number and he said that if I have --

25  he will be on vacation and if I will have any

Simona Ockley - March 11, 2025

269

1  problems contact this man which later on I

2  remember his name was Luke.

3      Q.   So it would have been a couple days

4  before you left Broomall Manor you would have

5  called Mr. Lingo to tell him hey, I'm getting

6  discharged on the 8th?

7      A.   That's correct, yes.

8      Q.   Any other calls with Mr. Lingo prior to

9  your discharge on the 8th of August?

10     A.   I don't recall that.

11     Q.   I believe you testified earlier about

12  phone calls you had with -- or messages left with

13  Mr. Lingo and Mr. Luke on the 8th and the 9th of

14  August.  Do you recall how many times that you

15  either called or left messages on the 8th and 9th

16  of August for Mr. Lingo or Mr. Luke?

17     A.   I think after I have got the second

18  Court Order, the emergency Court Order I left a

19  message to Gregory and also to Luke.

20     Q.   After August 13, 2022 did you have any

21  other conversations with Mr. Lingo or Mr. Luke

22  about anything?

23     A.   No, sir.

24     Q.   When we received some documents early in

25  the case from your counsel -- let's see if can I

Simona Ockley - March 11, 2025

270

1   show these.  Bear with me.  I'm close to the end

2   here.

3                    This is the initial disclosures

4   that we received from your attorneys, Ms. Ockley.

5   This is just the Bates key that's on the front

6   page of it.  And I wanted to ask you

7   specifically -- bear with me here.  I have to find

8   it.

9                    Where there's handwriting on some

10  of these documents -- for identification, this is

11  PLF 4.  Where there is handwriting it says you

12  must take action within 20 days and 20 days is

13  circled.

14                   Do you see that?

15      A.   Yes.

16      Q.   Is that your handwriting?

17      A.   Yes.

18      Q.   And did you have a?

19              MR. SCHROM:  Excuse me.  Wait a

20          minute.  You're showing her a line, not

21          handwriting.  Is that correct, or am I wrong?

22          You showed her a document that had -- let me

23          get a little closer.

24      A.   Underlined.

25

Simona Ockley - March 11, 2025

271

1    BY MR. BARTOS:

2         Q.    Ms. Ockley, did you make the line on

3    here on PLF 4 and the circle?

4         A.    There is no circle.  I don't recall

5    that.

6         Q.    Do you know if these markings are your

7    markings?

8         A.    I don't recall that.

9         Q.    If you had made markings on any of these

10   documents that your counsel provided to us, would

11   you have done that using sort of writing

12   instrument held in your hand?

13        A.    Yes.

14        Q.    As of the summer of --

15        A.    What the date?  Excuse me, what date is

16   on this page?  Can you please provide me?

17        Q.    Of course.  This is the first page of

18   the Complaint that was filed in 2022 by Mr. Herman

19   on behalf of Rockwell-Glynn against you seeking to

20   compel the closing and transfer the title.

21        A.    But I think I did tell you that --

22   previously I did tell you that I don't know how I

23   got this papers.  I don't know if it was to the

24   Broomall Manor by mail.  I don't recall, I don't

25   recall that.

272

1      Q.   Respectfully, Ms. Ockley, my question

2  wasn't whether you recalled receiving this.  I'm

3  just trying to understand in these documents we

4  got from your counsel if you placed these markings

5  or counsel placed these markings or someone else.

6  If you don't know, that's a perfectly fine answer.

7      A.   I don't recall that.

8      Q.   Looking at PLF007 do you see next to

9  No. 8 --

10     A.   Yeah, that's mine.

11     Q.   -- $20,000 is circled with a question

12  mark.  Is that your --

13     A.   Yes, that's mine.

14     Q.   That is your marking?

15     A.   That is correct.

16     Q.   Do you know when you made that marking?

17     A.   I do not recall that.

18     Q.   Do you know where the original is of

19  this document?

20     A.   What date is the document?

21     Q.   Well, it's the same document from 2022.

22  My question, ma'am, is do you know where the

23  original -- well, if that's your handwriting, at

24  some point you put a pen or pencil to paper; is

25  that fair?

Simona Ockley - March 11, 2025

273

1        A.    That's correct.

2        Q.    Where is the version of this that you

3    would have put a pen or pencil to paper on?  Where

4    is that original version today?

5        A.    Maybe I have it but I'm not sure.

6              Yeah, that's my writing on the top

7    where is written Ithan Road instead of Ithan

8    Avenue.  That's my writing.

9        Q.    And I'm not going to take you through

10   all of these of course today or we will be here

11   into the wee hours.  I did want to just draw your

12   attention specifically to -- this is on PLF32.

13   And in the lower left-hand corner of PLF32 is some

14   writing.  It's says 133.

15       A.    Yes.

16       Q.    Do you see that?

17       A.    Yes.

18       Q.    Is that your handwriting?

19       A.    That's correct.

20       Q.    Do you have a numbered set of documents

21   that you have retained --

22       A.    Yes.

23       Q.    -- of which this would have been Page

24   133?

25       A.    That's correct.

Simona Ockley - March 11, 2025

274

1       Q.   Where is that grouping of documents

2  today?

3       A.   In my possession.

4       Q.   How many documents are in that grouping?

5  What's the numbering up to?

6       A.   191 or 92.

7       Q.   Very briefly.  Ms. Ockley, you have a

8  lawsuit that you have retained a Mr. Gary Thompson

9  to file against Rockwell-Glynn in State Court.  Do

10 you recall hiring a Mr. Gary Thompson to file a

11 lawsuit on your behalf against Rockwell-Glynn at

12 any time?

13      A.   Yes, sir.

14      Q.   Do you still -- is Mr. Thompson still

15 your lawyer?

16      A.   No, sir.

17      Q.   Do you have anyone representing you in

18 that case?

19      A.   No, sir.

20      Q.   Is it your intent to continue to

21 prosecute that case at this time?

22      A.   No, sir.

23              MR. SCHROM:  Off the record for

24      just a moment.

25              (There was a discussion held off

Simona Ockley - March 11, 2025

275

1          the record.)

2                    MR. BARTOS:   Back on the record.

3     BY MR. BARTOS:

4          Q.    Ms. Ockley, when you came to the United

5     States, I think you said in 1999?

6          A.    That's correct, yes.

7          Q.    How -- did you speak English and did you

8     read, write and understand the English language at

9     that time?

10         A.    Yes, sir.

11         Q.    For how long have you been able to read,

12    write and understand the English language?

13         A.    From high school.

14         Q.    And in terms of just your educational

15    background, briefly, did you go to university?

16         A.    That's correct, sir.

17         Q.    What degree did you obtain at

18    university?

19         A.    I obtained a degree of combined Bachelor

20    and Master's degree on Mechanical Engineer.

21         Q.    When you came to the United States in

22    1999 why did you come to the United States in

23    1999?

24         A.    I came to visit a friend.  And also I

25    have had visa combined, I think it's Visa B1, B2

Simona Ockley - March 11, 2025

276

```
 1    which allowed me to be here I think for -- I don't
 2    know if B1, B2, it's a visa also working visa.  I
 3    don't know about that.  But for sure it's
 4    touristic visa.
 5          Q.   When did you meet Mr. Ockley?
 6          A.   In 2000.
 7          Q.   In the year 2000.  How did you meet?
 8          A.   We meet through a common friend.
 9          Q.   Who was the common friend?
10          A.   He's deceased right now.
11          Q.   What was his name?
12          A.   Don Meisel.
13          Q.   Don Meisel?
14          A.   Yes.
15          Q.   Is that M-E-I-S-E-L to the best of your
16    knowledge?
17          A.   Yes, that's correct.
18          Q.   And prior to your deposition today did
19    you review any documents to prepare for your
20    testimony or refresh your recollection?
21          A.   No, sir.
22          Q.   Have you had any conversations with your
23    family about this lawsuit or anything pertaining
24    to this lawsuit at any time?
25          A.   No, sir.
```

Simona Ockley - March 11, 2025

277

1      Q.   Have you had conversations with anyone

2  other than your attorneys about this lawsuit?

3      A.   I have nobody to talk about this.  I am

4  by myself right now here.

5      Q.   The -- you said you have an apartment in

6  Romania.  What's the street address of that

7  apartment?

8      A.   It is Boulevard -- I have to write it

9  out -- I-O-N.  It's I-O-N, and the other one is

10  M-I-H-A-L-A-C-H-E.

11      Q.   Is that just one apartment at Boulevard

12  Ion Mihalache?

13      A.   Mihalache.  It's an apartment building.

14      Q.   Is it just one apartment that you own in

15  Bucharest?

16      A.   That's correct, yes.  And I inform

17  Gregory Lingo about this.

18              MR. BARTOS:  Can we go off the

19      record?

20              (There was a discussion held off

21      the record.)

22              MR. SCHROM:  We will come back.  We

23      will reschedule.

24              (The deposition was adjourned at

25      5:31 p.m.)

1          CERTIFICATION

2

3                ------

4

5          I hereby certify that the

6    testimony and the proceedings in the

7    aforegoing matter are contained fully and

8    accurately in the stenographic notes taken

9    by me, and that the copy is a true and

10   correct transcript of the same.

11   _____

12        JAN SINGER BROOKS
          Professional Court Reporter
13

14

15          The foregoing certification does

16   not apply to any reproduction of the same by

17   any means unless under the direct control

18   and/or supervision of the certifying

19   shorthand reporter.

20                ------

21

22

23

24

25

**$**

**$1** 212:16,18 213:6 214:8,11,19,25

**$100** 8:13 137:25

**$17,000** 257:5,20

**$20,000** 272:11

**$600** 40:1

**0**

**09** 252:9

**1**

**10** 129:9 137:23 141:3 143:17 151:6 152:4 158:16

**100** 138:9

**102** 137:18

**106** 8:2

**10:00** 79:2 93:24 189:22

**10:15** 218:7,9

**10:30** 189:22

**10th** 230:7

**11** 29:18 93:24 106:10 107:7 108:8 109:6 115:11,24 118:15,22 122:19 140:4 151:12,13,15 152:5,11 153:11, 25 154:3,11,22 156:4,23 157:1,19 158:13,19,23 159:3,4,9 160:21 161:1, 5 162:15 165:5 227:8 263:18

**110** 30:21,23

**11323** 138:20

**11:30** 140:4,5 144:25

**11th** 109:5 159:11 230:8

**12** 144:8,9 149:23 150:17,25 151:9 165:14,21 166:12 168:2,19 169:5 172:8 177:12 188:4 189:9 197:2 230:25 231:2 240:16

**12/9/60** 7:22

**12th** 182:21 183:2 202:14,16

**13** 42:9 177:12 192:14 196:18 220:13 230:23 269:20

**13,000** 258:19

**133** 273:14,24

**138** 150:11

**13th** 182:21 196:12 197:1,12,16 201:8,11,14 202:8,11 205:17,22 206:3

**14** 25:16,17,20

**15** 65:1 94:2 105:18 241:21

**15-pounds** 128:13

**150** 27:4

**16** 27:25 28:15 35:4 60:3 218:2 219:10 224:15

**17** 27:25 28:16 135:17 264:5,6

**17,000** 257:3

**18** 11:5 35:4 90:24

**19** 11:3 253:21 255:5 257:15

**19063** 7:24

**19085** 11:15

**191** 274:6

**1952** 11:22

**1960** 252:11

**1989** 12:17

**1999** 12:8 44:6

**19th** 11:1

**1:00** 101:14,16 102:5 103:15,21 104:10 124:6,19

**1st** 148:12 152:24 153:2,3,6 154:22 160:6,15

**2**

**2** 8:17 70:16 221:8,19

**20** 23:7 116:3 117:8 119:7 120:5 179:9,10 239:6 253:19 270:12

**200** 27:4

**2000** 12:1,2 13:1 23:4,9

**2001** 15:20 23:4,12

**2002** 11:24 32:11,12

**2005** 11:6,7

**2007** 33:20 34:15

**2011** 154:24

**2015** 27:25 28:15 36:12 60:3

**2017** 35:4 49:11

**2019** 252:19,25 253:1 259:4

**2020** 23:11,15 24:11 32:10 87:21 259:4

**2021** 15:20,21 23:8,15 24:11 247:14 248:14 249:9,23 250:3,9,16 252:15, 21 253:6,9,20,21 254:13 255:5,16 256:18 257:15 258:18,23 261:15,25

**2022** 8:17 15:22 17:21,24 18:4 20:2, 15 21:12 23:25 24:3 26:12 31:17 32:6,22 33:1,4,8,12,16 34:17 35:13, 17,21 44:15 49:10 60:2 61:21,24 62:19 65:6,8,11,16 66:3 68:19 70:6 94:2 105:19 106:10 123:9 150:17 156:4,10 172:4 188:19 216:22 218:2 221:8 224:6 235:24 237:7,18 238:20 239:6 240:11 241:21 242:2 244:17 245:9,10,15 247:21 249:9 250:12,21 252:2 256:16 257:9 259:15,22,23 261:4 262:8,23 264:8 268:2,15 269:20 271:18 272:21

**2023** 43:19 153:6 192:11

**2024** 39:23

**2025** 11:1

**21** 18:7 61:24 261:3

**22** 9:13 18:5 216:22 220:4,13 240:7 242:6 261:6 265:23

**220** 30:23 31:5

**24** 43:19 129:25 168:9 192:11

**25** 9:14 11:2,4

**26th** 264:7

**27** 105:18

**28** 123:9

**29th** 264:8

**2nd** 148:12

**3**

**30** 37:22 234:15

**300** 8:1

**302** 198:9

**31** 262:8

**3:00** 103:14,15,21 104:10 124:7,20 144:10,11

**4**

**4** 70:16 270:11 271:3

**4/21/22** 224:3

**4/26/22** 90:14

**40** 234:15

**400** 258:19

**416** 11:14

**4:00** 124:25 125:20,23 144:13 145:1

**4:15** 232:6

**4:30** 233:12

**5**

**5/6/22** 135:12

**500** 164:4

**5154** 22:7

**550,000** 254:10

**5:00** 144:12,13 145:1

**6**

**6:15** 232:12

**7**

**7** 61:20 62:19 64:19 65:7,11,16 98:9

**7/11/2022** 234:23

**7/15/22** 105:12

**70** 153:19

**72** 198:10

**77** 216:4

**7:00** 210:23 211:19 221:8

**7:30** 211:19

**8**

**8** 65:6,8,11,16 66:3 68:19 70:6 92:19
154:11 186:15,18 245:14 268:15,18
272:9

**8/16** 217:21

**8/26** 138:13

**8/26/2022** 218:11

**8/26/22** 215:23

**8/9/22** 123:5

**80** 87:10

**82** 87:10

**87** 222:7,18

**88** 225:12

**89** 225:12

**8:00** 69:15 70:23 243:24 244:8,11

**8:30** 139:25 191:14

**8:50** 87:25 93:21

**8th** 165:19 229:21,22 244:10 245:10
269:6,9,13,15

**9**

**9** 29:16 83:22 87:20 89:17 90:3 91:10,
19 92:4,11,16 94:22 96:10 97:3,11
98:15 118:12,17 123:9,15 124:6
137:2 229:20 252:6,11

**911** 45:2,7,9 46:7,12,13 111:16
198:15,17

**92** 274:6

**9:00** 8:23 83:24,25 191:14 192:24

**9:30** 192:24

**9th** 165:18 168:17 244:10 269:13,15

**A**

**A-U-R-I-N-A** 19:9

**a.m.** 87:25

**ability** 233:17

**Academy** 258:15

**accept** 77:17 78:19 266:25 267:1

**accepted** 94:9

**access** 9:19,23 18:21 75:18 81:11
85:10 90:12 94:3 124:21 134:11
147:3 148:12,25 149:6,12 150:3
160:15 196:4 197:25 241:22 243:3
246:4 247:20,24 250:15,20 251:15,22

**accessed** 146:20 171:14

**accident** 197:6,8

**accommodate** 9:15 154:1,5 157:13

**accommodated** 9:3

**accommodation** 9:1,2

**Accord** 32:10

**account** 16:17,21,24,25 17:3 22:4
23:2,15,18 24:21 25:6 143:14 166:23
167:1,5 250:4,5 251:17,19,22

**accounts** 21:11,13 24:8,11 250:3

**accurate** 190:5,7 191:2

**accused** 211:23

**acknowledged** 94:11

**acknowledging** 120:18

**act** 40:23 47:24,25

**acted** 35:10 38:6 41:4

**acting** 197:24

**action** 85:1 234:10 270:12

**actions** 241:15

**active** 15:9 129:25

**activity** 173:17

**actual** 239:1

**ADA** 156:15

**adapter** 30:18 31:5

**adapters** 30:15 31:9

**addendum** 263:1,3,13,22

**additional** 30:15 108:16 114:24
119:13,16 232:20

**address** 7:25 8:1,4 214:16 249:8,12,
22 250:6,8 252:4

**addressed** 108:6 109:13,22

**addresses** 249:22

**adjourn** 234:14

**admitted** 190:8

**advise** 119:24 261:18

**advised** 34:4

**AFM** 26:15

**afternoon** 103:12 143:24 144:10
145:1 151:5 152:12 157:20 158:5
166:17 234:5,6

**age** 258:5

**agent** 38:7

**agree** 135:19 223:20 252:24 254:20 255:13 261:21,24

**agreed** 5:4,8 254:2,12,16 255:10

**Agreement** 253:16,17,19,21,24 255:6,15 256:19 257:8

**ah-huhs** 6:10

**ahead** 99:17 150:1 189:20 194:16 243:20 249:16 250:18

**aided** 9:4

**air** 104:7 169:23 170:9 171:12 175:6 210:20

**airport** 45:15 49:8 71:3 77:6

**alarm** 33:20,21,22 48:12,21,25

**Alison** 217:20 218:4,16

**allegations** 119:20

**alley** 198:5

**allowed** 25:21 69:18 84:22 90:11 93:3 94:10 121:19 131:9 134:11 149:5,14,15 160:5 162:2 169:24 176:4 181:17 199:23 202:21 208:7 214:15 217:17 223:13 243:8,18 244:22 259:16,18

**allowing** 94:2

**alpha** 236:12

**amazed** 101:17 193:6 213:13

**ambulance** 45:3 46:9,21,23,25 48:8 49:22 51:7,8,11 52:11 53:5,9,10 54:22,23,24 55:2,21,23 56:4,6,8,13, 14 57:2 58:14,19,22,25 59:3,6 65:3 180:7,10 183:7 184:8,22,25 185:5,7, 10,13,16,17,18,23,25 186:3,9,13 187:7 189:10,15,16 204:14,21 205:5, 10,12 206:3,10,12,20,21,24 207:7,11

**amendment** 256:19,24 257:2 264:11

**American** 35:15

**Android** 238:10

**answering** 69:16 88:11

**answers** 6:9 232:25

**Anthony** 44:2

**anticipate** 6:17

**antique** 260:16,18,19

**anymore** 28:1

**apartment** 8:2,20 9:15 60:11,13

**apologize** 11:8,9 14:16,17 23:11,13 53:2 116:9 188:1

**app** 240:1

**appeal** 40:2 122:6 226:24 227:1

**appearing** 237:1

**appears** 138:12

**apple** 196:10,17,19

**applesauce** 196:11

**approach** 185:3

**approved** 95:21

**approximately** 144:24

**April** 15:22 18:7 26:12 31:17 32:6,21, 25 33:4,8,12,16 34:16 35:13,17,21 44:15 49:10 60:2 61:24 62:17 121:16 122:3 188:19 242:6 247:21 259:23 261:3 262:23 264:5,6,7,8 265:9,12,22

**Aqua** 149:24 150:6 159:8 162:12 173:23

**arbitration** 37:23 38:14 39:5,18,24 42:5

**area** 59:22,25

**arms** 53:23

**arrange** 213:9

**arrangements** 204:7

**arrest** 201:24

**arrested** 35:14

**arrive** 46:21,23,25 83:21 101:12 126:4 132:9 133:8 166:7 167:15 192:22

**arrived** 46:10 47:2 49:21 51:7,12 66:25 74:13 91:9,19 92:4,10,16 102:14 133:11,17 139:21 140:15,16, 23 141:4 143:18 144:18,25 160:22 162:1 169:4 171:6 193:2 196:13,17 200:17,20 202:24,25 203:6,24 240:15 245:2

**arriving** 158:9

**assist** 31:18

**assistant** 88:8

**assisted** 80:18 94:17 95:5

**assume** 7:1 102:6 165:23 245:6

**assuming** 64:6 160:18 232:10 243:1,12

**assumption** 243:4,14,16

**assurance** 70:3

**assure** 65:21 70:8 81:8,10 265:16

**attach** 72:14

**attached** 30:2 55:23 101:21 222:21 242:18

**attempt** 130:16 137:2 154:3 187:20 194:19 195:12

**attended** 105:25

**attention** 205:19 273:12

**attorney** 16:24 24:21 25:7 37:20,21, 22,25 38:6,12,21 39:4,7,12 40:5,8,9, 17 41:23 79:10 87:6 96:25 98:10 99:21,22 105:22 106:15 109:20 112:22,23 113:2,5,7,10 114:8,9,11,19 115:20 116:22 117:5,18 118:17 119:18 120:5 121:7 208:23 216:4 219:19 220:24 222:19,22 225:4,18 226:3,21 231:20 234:8 235:1 261:11, 13,15,17

**Attorney's** 107:5,7,18 109:12 110:14 114:13 115:3 117:11 120:19 231:16,23 232:3

**attorneys** 270:4

**August** 65:6,8,11,16 66:3 68:19 70:6,16 83:22,23 87:20 89:17 90:3 91:10,19 92:4,11,16,19 94:22 96:10 97:3,11 98:15 113:23 118:11,12,17 123:9,15 124:5,6 129:9 137:2,23 141:3 143:17 149:23 150:17,25 151:6,9,12,13,15 152:4,5,11 153:11, 25 154:3,11,22,24 156:4,9,23 157:1, 19 158:13,16,19,23 159:3,4,9 160:21 161:1,5 162:15 165:5,14,18,21 166:12 168:2,17,19 169:5 172:4,8 177:12 183:2 186:15,18 188:4 189:9 192:14 196:18 197:2 215:21 216:22 218:2 219:10 220:4,13 224:6 229:20 230:23,25 231:2 238:20 240:16 242:1,6 244:17 245:8,10,14 246:21 268:15,18 269:9,14,16,20

**automatically** 17:14

**Avenue** 11:14 13:8 14:23 15:1,5 18:13 37:14 38:10 39:10 43:13 96:7 112:6 130:10,12 132:5,10 140:12 141:2 156:15 192:17,23 236:17

241:6,15 273:8

**avoid** 253:3,7

**aware** 81:9 84:25 119:9 141:18 171:23 241:15

**B**

**B-O-S-E** 27:21

**back** 12:24 13:17 18:19 25:24 29:2 41:20 44:17,19 50:3,21 51:4,6 53:14 54:21 56:18 57:7 58:10,25 67:4 68:7, 9 69:7,11 71:25 81:4 86:7,8 87:3 90:9 95:25 100:11,12 104:24 108:8 109:9 110:17 113:4 118:21 121:15 124:5,22 126:10,14 134:1 139:20 141:7 147:25 148:16 151:3 153:9 167:14,15 169:4, 6 186:14 192:16,23 193:4,6 195:5 196:6 198:4,5 208:24 212:14 232:18 233:25 239:25 244:9,15 248:2,7 251:9

**backward** 44:18 47:6

**bad** 143:7

**bag** 59:19,20 81:21,22 129:2 161:25 175:8,15,16 176:8,18 177:5,7 186:21, 22,23 187:3,19 204:2,4 207:19,25 208:4,14,18,25 209:2 212:9

**bags** 51:23 176:15,25 256:13

**bail** 212:16,18 213:1,5,6 214:7

**bandage** 72:14 73:4 190:12 228:23, 25 229:6,9,11,14,17,24 230:1,4,5,6,9, 12,16,20

**bandages** 72:20

**bank** 16:17,18,21,24,25 17:2 258:21

**Bartos** 7:14 232:8,23 233:6,14,25 234:4,7 265:2 271:1

**based** 70:2 122:12 148:13 152:24 232:24 246:2

**basement** 136:12,16,17,18,21 139:15,19 140:25 141:8,10,15 142:3, 7,14,15 146:18,20,25 147:4,10

**basically** 86:4 108:13 193:20 201:24

**basis** 258:17

**Bates** 47:1,8 49:16,21 50:15,25 51:3 53:14 54:15 55:3,9,13 56:9,17,22 57:3,5,15,20,24 58:14,17,23 63:15 90:21 107:13,20 110:15,21 111:22 112:13,17,20 113:5 117:13 119:20,23

120:20 121:11,15 123:8 135:16 137:17 150:10 216:3 222:7 224:14 225:11 227:7 270:5

**bath** 82:11

**bathe** 140:8,10 154:6

**bathed** 156:18 186:17

**bathroom** 9:3,23 66:8 82:3,18,23 83:1 99:5,6 125:22 127:7,10 161:11 221:15 233:9

**bathtub** 9:20,21 82:6 157:24

**battery** 143:7 238:24

**bear** 270:1,7

**bed** 127:13 210:15,16

**bedroom** 30:1 36:5

**bedrooms** 28:22 30:5 36:7

**beep** 79:23

**begged** 144:3

**beginning** 16:4 17:13 19:24,25 113:23 265:11

**begins** 236:9

**behalf** 242:10 271:19 274:11

**belongings** 13:17,23 18:18,25 20:6 74:19 151:17,18 153:17,19,21 207:20 208:1 260:5,18 264:20 266:17 268:12

**bench** 95:17 145:3 178:3 193:12,13 208:11

**benefit** 258:3,8

**benefits** 10:13 257:24

**big** 61:6

**birth** 7:21,22 252:10

**bit** 5:20 33:22 127:16 133:25 139:20 151:4 171:12 189:20 250:1

**black** 28:8 58:25 59:19,20 67:18 81:20,22 129:2 175:8,15,16 176:8 186:21,22,23 187:3,19

**blood** 61:1

**blouse** 190:9,21

**blue** 190:9

**board** 194:10

**boarded** 194:2,4 195:1,6

**body** 128:21 157:2 179:6

**book** 45:24

**booking** 207:22

**borders** 15:2

**born** 252:11

**Bose** 26:13,15 27:14,15,17,18,19,20 28:5 30:24

**Botel** 234:12

**bottle** 164:6

**bottles** 164:1

**bottom** 90:22 105:17 123:22 139:14 193:10 222:19

**bought** 125:18

**box** 25:16,17,20 138:8 164:8,10

**boxes** 20:13,18,19,20 22:18,19 25:12 26:3,9,10,22 27:10

**brand** 20:22 26:13

**break** 104:21 164:21 185:2 188:7 189:8 233:10,22

**breaking** 194:15

**Brennan** 34:4,9,15

**briefly** 274:7

**bright** 36:5,7

**bring** 13:16 18:18 22:12 27:12 29:21 31:4 53:20 59:7,18 81:18 83:3 100:11 127:17 128:11 162:21 175:18 186:20 204:9 206:5,8 233:12

**bringing** 30:7 45:14 59:17

**brings** 232:12

**broke** 134:14 170:13,16,22 171:16 199:24

**broken** 61:10 181:24 193:11 194:1 228:13

**Broomall** 64:22,23 65:2,4 67:8,16 68:12,18 70:5 72:10,16 73:7 74:1,9 75:9,20 106:4,6 109:10 113:12 116:15,17 226:2,4,17 229:19,23 237:21,24 241:19 245:3,4 251:5 266:12,14 267:15 268:6,7,8,10,14,17 269:4 271:24

**brother** 19:5,11

**brother's** 19:12

**brothers** 19:10

**brought** 28:23 53:5,7,16 54:23 55:20 63:24 66:8 106:5,7 163:24 164:7 169:9 185:1 191:19,20 204:10,22 210:14,18 212:9 213:10 253:18

**Brown** 33:9 201:10,13,15,16,19 202:3 231:3

**browser** 238:13,16

**bruise** 200:7

**bruises** 199:11,12 200:8

**Brydzinski** 234:8,18,20 235:10 237:14 240:11 242:12 243:3 246:11, 13,14 247:6

**Brydzinski's** 237:7

**Bryn** 16:19,25 18:14 26:12 43:12,23 44:15,21 49:3 59:14 60:18 61:11,18, 20,23,25 62:5,18 63:24 64:18 65:12 66:2 72:7 167:19 188:19 204:9 206:6

**Bucharest** 12:10,13 19:1,3,19 20:6, 9 22:13 23:22 24:16 25:1,14,25 27:12 29:2,21 30:8 31:7,19 60:2,5 153:1,12, 13

**buckle** 189:6 238:25

**buckled** 188:25

**builder** 62:9,21 65:19 68:14 84:11

**builders** 130:17 261:19

**building** 94:6 224:2

**busy** 144:4

**buy** 11:16 27:14 30:15 60:8 128:20 261:22

**C**

**C-I-N-C-O-T-T-A** 44:11

**call** 17:15 44:23 45:7,9 47:10 63:7, 18,21 64:6,10 65:13 68:13,15 69:21, 23,24 70:18,19,21 84:4,7 85:4,7,11, 23,25 86:4,7,11,12,13,14,15,17 90:5 93:22 94:14 99:17 100:22 101:4 103:1,5,7,24 104:12 105:3 110:10,15 111:18 116:11 117:25 118:3,4,6 119:15 120:4,8,11,13,23 124:10 125:3,5 128:2,4 129:16 130:15 131:2, 15,20,23 132:1,4 133:7 140:19 142:20,23,25 143:16 151:19,25 152:16 156:7 157:17,18 159:2 165:20 166:1 169:25 174:6 197:13 198:17 209:9 220:24 241:1 244:14,17 254:16,20 268:6,16

**called** 34:1 35:1 45:2,25 46:6,12,13 63:10,11 68:16 70:5 76:22 81:5 84:16,18,20 85:13 86:8 89:14 95:25 98:24 100:19,20 102:20 103:10,16 109:19 111:16 113:3,7,8,10,12,17,19 114:11,17 117:24 119:7 125:7 129:18 130:6 133:6 137:22 151:8 152:1,2 159:5,9,12 165:23 166:4 191:8 198:15 242:14 244:5 259:14 266:12 269:5,15

**calling** 90:7 158:25

**calls** 68:25 80:24 85:9 88:25 93:13, 15 104:9 245:7,12,14 252:13 259:20 269:8,12

**cameras** 26:24 29:10

**canceled** 252:20,25 253:2

**Canon** 29:11

**car** 18:20 32:7,8,9 45:6 46:3 47:20 49:15,19 50:18,21 55:2 56:15 57:12 59:1 67:7 68:9 69:7,9 70:22 71:18 74:21,23 78:21 80:4 92:23 93:12 95:23 99:8 100:17 102:2,17,19 103:17,21,22,23,25 112:6 124:7,19 132:5,19,20,23 213:9,11,12 238:3 246:16

**card** 21:4,6,7,10,16,20,21,24 22:18, 23 23:6,8 24:10,16,22,24 25:1,7 71:12 126:20 138:4,12,19 139:3,5 186:24 192:3

**cards** 21:13 23:22,24 24:2 71:7 129:1,4

**care** 15:6,13 43:9,18 62:7,12 65:22 72:17,24 88:14 131:14 175:13,20 176:11 187:17 265:8,14,17

**carry** 266:20

**case** 6:4 38:3,22,24 39:6,7 40:7,15, 23,24 41:10 42:5 70:9 95:19 113:16 120:2 237:3 269:25 274:18,21

**cash** 21:4,6 126:20 138:24 139:1 192:3,4

**cataloging** 236:16

**caught** 189:5

**caused** 241:17

**cautious** 205:12

**CD** 26:15 29:14

**CD/RADIOS** 27:19

**CDS** 27:5

**Ceausescus** 12:16

**cell** 45:8,20,21,22,23 62:23 69:4 70:11,19 86:1 129:21,22,24 130:1,5 140:24 142:25 143:3,8,9,12 174:2,21, 23 175:3 196:21 204:12 207:16,18,20 209:6,11,14,22 210:6,8,21,25 244:1

**center** 196:21

**cents** 216:22

**certification** 5:7

**chair** 46:19 51:21 52:8,9,13,16,21 53:5,7,11,15,20,24 54:18,23 55:21, 22,24 56:2,17 66:6,7 76:8 157:13 189:3,4 207:24 208:12 210:14,18

**change** 60:24 72:20 73:4 128:19 145:20 146:3 160:25 161:3,15 165:11 230:4,6

**changed** 136:15 141:17,19 157:7 161:13 167:4,6,8 256:25

**changing** 209:17

**charge** 15:9 71:12 129:25

**charged** 137:25

**charger** 129:20,22 130:5

**charges** 41:1

**chart** 227:22

**check** 16:16,18 34:24 47:11 60:16 63:7 64:16 66:17 68:6 75:5 77:23 96:13 98:7 126:6 136:13 147:10 162:4,19 163:17 176:18 214:19 251:25 252:1

**checked** 104:17 105:8 126:7,9 136:14

**checking** 65:17 79:23 147:15 152:13

**Chester** 190:4 227:18 228:8,12

**children** 11:10

**choose** 8:25 254:5

**chores** 15:11

**Christian** 19:13

**Cincotta** 44:2,10,11

**circle** 271:3,4

**circled** 270:13 272:11

**citation** 34:6

Simona Ockley - March 11, 2025

**citizen** 35:15

**citizens** 231:10

**city** 12:11 13:11

**claim** 37:25 246:1,8

**clarify** 261:13

**clean** 157:2,5,7,11 190:4,6,17,18,20

**cleaned** 156:18

**clear** 27:8 96:18 123:22 136:19 149:8

**clients** 144:4

**clients'** 233:17

**close** 21:22 23:18 24:10 57:6 75:7 157:6 270:1

**closed** 21:11,14,16,18 23:1,8,14 59:4 63:9 75:5,6,7,14 141:13 166:23 167:1,2 171:6

**closer** 18:19,20 37:22 82:15 126:25 154:4 185:3 210:19 270:23

**closing** 261:6 271:20

**clothes** 60:24 72:8,11 73:13,14,16 74:19 76:10,11 128:16,19,20,21,23, 25 129:5,7 145:20 146:3 147:24 156:25 157:5 165:11

**clothing** 73:9,20,23 74:2 75:19 76:2 190:14

**cloud** 239:9

**Cocco** 32:23 33:2 172:13,18,19,22 173:4,20 174:1,10,13 178:11 179:3 181:9,10 196:22 198:5,14,19,20,24, 25 199:14 200:10 201:1,3 203:4,22 207:19,25 214:4,12 230:22

**code** 48:21,25

**cold** 210:12,13,20

**collect** 73:19

**collecting** 256:11

**color** 28:4 92:17

**colors** 28:5

**comfortable** 154:18 156:18 210:17

**comfortably** 154:6

**commenced** 234:10

**comment** 52:3

**comments** 199:19

**commercial** 155:20

**communicating** 239:25

**communication** 261:2

**company** 16:8,10,12,13 21:23 26:18,20 27:1 29:13 34:24 49:12,14 143:10,12 150:15 259:15

**compel** 271:20

**competency** 214:17 215:14 220:23

**complain** 63:11 107:13 227:19

**complaining** 63:14 117:13 200:6,8 210:13

**complaint** 36:25 48:6 95:5 107:15, 19 108:9,22,24 111:8 112:20 113:4,7 114:24,25 115:2 117:10 119:10 208:20,21,22 222:21 225:6 226:1,7 231:9,10 262:15 267:14,18 271:18

**completed** 107:6

**compliant** 156:15

**complicated** 236:5

**computer** 211:11 212:2,4,5,12

**concern** 80:14 202:20

**conclude** 267:20

**condemnation** 121:22,24 122:1,6 225:8,19 226:24 227:1

**condemned** 66:20,23 67:2 84:24 91:4 93:3 94:7,12 96:12 98:5 188:15

**condition** 18:12 163:4 198:9,11 214:13

**conditioning** 104:7 175:6 210:20

**conditions** 214:24

**conducted** 220:2,5

**conference** 99:23 118:18 164:2 209:9 211:17,21

**confirm** 220:10

**conscious** 152:23

**consistent** 197:24

**consistently** 200:9

**consulting** 10:7,8 155:17

**contact** 17:15 18:7,9 32:22 33:1,5,9, 13,17 34:15 45:19 64:12 65:8,13 70:10 85:21 86:5 100:1 108:19,21 114:8,12 130:16 149:23 151:16,23 158:18,20,22 194:24 211:1 230:22

231:6 239:10 240:4 247:13 260:9,19 261:24 269:1

**contacted** 17:18 114:10 120:19 231:20 236:19

**contest** 122:16

**continue** 131:13 164:24 274:20

**continuous** 203:8

**contract** 17:5,9 40:22 254:1,4,8,9, 15,21 255:3 257:3 262:11 263:2 264:4

**control** 243:13

**conversation** 62:15 70:3,13 75:3 78:14,22 79:16 80:3,9,11,17 144:6 148:13 244:25 246:12 248:22 268:14

**conversations** 90:6 106:24 244:24 245:16 246:20 248:20 261:9,10 262:4 268:13 269:21

**Coordinator** 219:5

**copies** 87:19 187:6

**copy** 89:12 94:21 96:8,14,25 97:10 98:22 101:6 108:23 117:1 123:13 124:3 150:14 175:20,21 187:11 222:14 225:5,19 267:21,25

**corded** 26:17 31:14

**cordless** 26:17 31:14

**corner** 273:13

**correct** 13:1 15:23 18:10,11 19:4 20:7 22:10,15,20,23,24 23:2,16,17 25:25 26:1,4,6,7 27:12,13 28:11,12, 16,17 29:3,11,22 30:9,11,12,25 32:16 38:1,11 39:11,16 46:16,18 49:22,23 50:13 51:1,2,14 52:18,19,20 55:10 60:21 62:25 64:20 67:10,11 70:20 72:8 74:10,14,15 75:2,10 76:21 77:5, 11,12,22 78:4,23,25 80:20,23 81:24 83:1,5,6,8,9 84:6 86:2 87:15,23,24 88:9 90:3,4 91:1,8 94:23 97:4,11,12, 14,19,22,23 98:1 99:16 100:8 101:9 102:6 105:21,25 106:1,12,14,22,23 107:9 109:14,15 111:10 114:1,4,7 116:16 117:9,12,15 118:25 121:12 122:10 123:1,12 124:3,4,8,9 125:13, 14 128:23 129:21 130:11 134:9,16 135:4,20 136:1,4,7,22 138:3,5 139:22 140:13,14,18 141:4,22 146:19,24 147:2,6 148:6 150:18 151:6,7,9,10 152:6,8,9 154:1,25 156:10 157:1,16 159:10 160:19,20 165:16 170:25 171:1,18,19 172:5,6 178:8,22,23

179:1 182:2,5,23 185:19,23 186:15,
16,18,19 187:8,9 189:11 190:17,23
192:14,15,18,20 195:2 200:2 202:4,8,
15 210:6,7 213:11 215:1,3,6,8,9
216:23 217:12 218:3,6 220:3 222:1,2
223:4,5,24,25 224:4,7,8 225:2 226:25
230:17 235:25 236:3 237:10,11,13,16
239:15 241:25 242:2,3,25 243:6,12,
15 244:11 246:3,5,6,9,10,17,18,22,23
251:1,6,7 252:12 253:4,5,7,8 254:11,
14 255:1 256:23 257:10,25 258:1
262:17,19,20 266:24 267:16 269:7
270:21 272:15 273:1,19,25

**correctly** 28:9

**correlation** 257:21

**cost** 163:1

**couch** 51:13 179:25 181:25

**counsel** 5:5 259:6 269:25 271:10
272:4,5

**counseling** 216:10,13 218:12,17

**County** 37:12 42:2 93:23,25 95:25
111:19 178:6 231:15

**couple** 6:6 269:3

**court** 6:7,19 84:22 90:10 93:25 94:1,
10,15,16,18 96:5 98:8 99:1,3 102:22
104:17,19 105:9,10 107:18,24 110:17
112:21 113:1 118:22 121:9,12,13
122:12,13,15 123:14,17,20,25 124:13
131:12,14 134:11 148:11 149:9,16
152:25 160:4,8,11 169:18 175:8,9,24
176:3,7,9 187:1,2,12,13,15 188:4
197:24,25 202:18,21 203:9,12,23
204:1 208:6,19 211:25 212:1,6,9
234:11,23 235:3 242:24 243:21
245:19,20 263:11,18 267:22 268:2
269:18 274:9

**courthouse** 93:9,16,19 94:5 95:6,7
96:10 97:16 98:19,24 99:4,7,12,13,23
100:7 101:2 106:7,21 107:1,4,12
109:2 118:7 123:15 246:13

**courtroom** 235:8 237:9,12 240:11

**cover** 234:13

**Covid** 10:5 259:2

**create** 93:25 95:20 107:15 110:18
115:19 122:14

**created** 34:7 90:11 94:18 98:9
107:21 114:18,22,24 115:14 116:15
147:6

**credit** 21:4,6,7,10,12,15,21,23 22:18
23:6,8,22,24 24:2,10 71:7,12 129:1,4
138:4,12,19,20 139:3,5 186:24 192:3

**crew** 56:8

**criminal** 40:17 41:2,3 109:21 114:3
117:22

**Crisis** 178:7

**cross** 232:7

**crowded** 18:22

**Crozer** 181:21 189:10,14,21 190:3,8
192:14 196:6,8,20 197:3 227:18
228:8,12

**crying** 95:14

**curious** 76:2 264:15

**current** 43:9 243:3

**customers** 17:10

**cut** 15:19,24,25 17:7,11,14,20 18:3,
10 142:2,16 146:9 147:4 151:4,5
265:9

**cutting** 15:6,14

## D

**D-E-F-T-S** 90:23

**damage** 13:16

**damaged** 238:23 239:12 241:17

**damages** 241:17

**Danger** 223:4

**dark** 28:8 163:15

**date** 7:21,22 19:18 38:8 39:22 85:18
87:21 99:22 111:21 113:18 114:19
115:7 119:5 138:13 202:9 215:20
216:18,21 220:8 248:11 253:25 261:6
264:5,19 271:15 272:20

**dated** 94:2 150:17 253:18,19

**dates** 253:22

**day** 8:13 48:7 49:3 55:16,17,18,19
61:22 63:23 76:4 81:2 88:20 90:8
93:10 101:13 104:3,10 107:1 109:2
111:16 113:17,21 115:12 118:24
123:25 125:2,20,23 126:17 129:9
130:14 137:2 140:21 142:21 143:23
144:2 145:9 149:22 152:18 159:12
163:19,21 167:13 168:1 182:14,18
189:22 196:14,25 197:2 206:16

**211:14** 217:3 229:22 231:18 234:15
245:12 246:21 252:10,23 266:7
267:23 268:2

**day-to-day** 266:2

**days** 70:15 108:5 113:6 177:13
182:12 262:22 269:3 270:12

**deal** 40:25

**debris** 34:25

**deceased** 159:25

**December** 252:11 256:18 261:25

**decide** 266:21

**decided** 13:16

**decision** 40:2 120:2,3 122:15 233:3

**declared** 223:6,22

**deed** 246:2 247:17 252:23 256:19,24
257:16,18 259:10

**defective** 136:15 189:7

**defend** 233:17

**defendants** 5:22 90:24 135:17
224:15 227:8 234:9

**defender** 220:25 221:1

**defense** 40:17

**dehumidifier** 26:17

**dehumidifiers** 20:11 29:5

**Delaware** 37:12 42:2 90:10 93:23,25
95:25 111:19 178:5 231:15

**delinquent** 252:15

**deliver** 115:9,10

**delivered** 116:25 267:15

**delusional** 178:15,25 179:19 198:7
199:8

**department** 32:23 33:2,6,10,14,18
35:14 36:16 204:11 231:11,17

**depicted** 91:25 92:9

**deposit** 257:4

**deposition** 5:7,21,25

**depositions** 233:7,17

**describe** 18:12 172:11 199:25 210:9

**describing** 171:2

**destroyed** 143:8 238:25 239:2

developer 37:13

device 30:20 55:23 56:6

diaper 125:24 161:12,13,24 197:9

diapers 161:15,17,18 165:19

diary 266:2

Dickerson 218:20 219:8

Dickerson's 218:25

digits 22:6

dining 18:22

direct 36:6 149:8 247:13

directly 101:3 117:25 221:10

dirty 128:21

disability 9:16 154:1,5

disagreed 223:17

discarded 239:2

discharge 65:25 73:7,18 75:8 269:9

discharged 66:2 67:8 68:12 72:16 73:20 74:1,7,9,18 75:20 229:23 269:6

discharging 227:20

disclosures 270:3

discover 24:7,24 25:1,6 145:12

discovered 147:17

discuss 162:20,25 252:14

discussed 265:5,22

discussing 206:8,14

discussion 73:8,18,24 87:1 90:17 252:22 254:2 264:25 274:25

discussions 253:15

dismiss 40:15,24 41:1

dismissal 40:23

dismissed 40:6 41:10

dispute 171:22,23

disrespectful 48:5 176:14,22 177:4 262:3

dissolved 263:14

district 99:21 104:18 105:9 107:5,7, 18 109:12,20 110:14,17 112:20,22, 23,25 113:2,5,7,10 114:8,9,11,13,19 115:3,19 116:22 117:11,18 118:17 119:18 120:5,19 121:6 208:23

231:15,19,23 232:2

doctor 43:12,20,21,22,24 44:6 220:1 230:18

doctors 43:7,8

document 90:20 91:18 105:16 123:4,24 135:15 137:16 150:9 166:22 212:18 216:2,6,16,21,25 217:5 220:6, 7 222:6,24 223:3,21 224:13,18 225:10,14 226:18 227:6,9 270:22 272:19,20,21

documentation 93:20 226:8

documents 109:19 117:3 208:6,7,19 226:5 237:2 269:24 270:10 271:10 272:3 273:20 274:1,4

dollars 257:3

donate 18:25 31:22 153:18

donating 32:3

door 18:20 46:3,4 50:1,2,3 54:21 56:14 57:7,8,9,13 58:10 59:4 67:3,4 76:6 81:5 82:3,18 84:15 91:16,19,23 92:7,21 95:8,10,12 101:19,20 121:25 122:17 134:21,23 135:4,19,21,25 136:3,12,16,17,20,21 139:15,19 140:25 141:6,9,10,12,13,15,24 142:2, 4,8,10,12,14,15,17 144:15 147:5,8 151:5 169:22 170:8,14,16 171:2,3,5, 13,17 180:6 193:9 195:5 210:19 211:9 223:1 224:22,23,25 240:24 253:24 255:21

doors 48:13 57:7,19 58:9 66:9,11,13, 16,22 67:2 68:1,6 75:5,11,22 79:25 92:3,10,14,15 101:21 137:3,6,8,10 146:20 156:16 171:9,10,11 193:7,8 242:18

doorstep 254:24

downstairs 142:7,13

Dozor 95:22 97:4,6,18,25 98:2,4,7,15 101:7 118:12 122:23,24 123:10

draft 253:17

drag 182:17,19

dragged 182:9,21

dragging 182:5

draw 60:25 273:11

drawn 16:18

dress 73:16

drink 163:21,23 196:8,16,20,22

drive 32:17 79:21

driven 49:2

driver 45:14 221:17

driver's 50:12,15

driveway 54:21 56:15 96:7 99:3 101:6 102:6 111:25 112:7 177:18,22 198:21

driving 47:11,18,19,22 236:20 238:4

drooped 254:17

drop 254:3

dropped 193:20

drove 49:7,9 71:2 151:1 192:16 213:13

due 236:19

duly 5:13

Durham 211:22

DV 26:15

DVD 27:3 29:15,23,24

DVDS 27:5

E

e-mail 212:11 249:6,7,8,12,19,22,25 250:3,6,8,13,15 251:14,15 252:4 260:1,7

e-mailed 247:2,5,8 249:3

e-mails 239:11 248:24 252:1

earlier 25:23 118:16 141:5 244:20 245:2 256:21 257:22 269:11

earliest 220:15

early 83:23 166:17 269:24

easier 6:19

easily 200:7

easy 127:3

eat 9:7,8 163:19 196:13,19

eaten 125:19 168:10

effect 88:15 104:14 105:5 134:6 172:25

electrical 30:11,14

**electricity** 139:9,12 142:18 145:13, 15 146:16

**electronics** 20:12 26:5,10 30:20

**else's** 167:6

**emergency** 51:9 60:19,23 63:20 64:12 90:10,11 94:1,18 95:20 96:5, 11,24 97:8 99:1 102:22 104:19 105:10 111:18,19 118:12 122:14 125:9 189:2 245:19,20 269:18

**employed** 10:1 16:12 256:7

**employee** 68:13 96:6 99:2 101:4 102:21 107:17,23 125:8,10 130:19 131:8,16 243:10 244:1

**employees** 80:15 81:7 247:16 268:12,23

**empty** 263:7

**EMT** 54:3

**EMTS** 54:11,13 189:15

**encounter** 34:2,3,14 217:25

**end** 120:13 198:7 221:3 239:6 270:1

**ended** 261:25

**ending** 138:20

**energy** 154:18

**engineer** 10:8 155:15

**enter** 9:2 58:11 68:21 74:4 78:17 90:2 95:12 101:11 102:23 121:19 154:12 170:14,24 194:25 195:12 197:23

**entered** 50:1,2 94:25 95:3 97:9,18 121:22 123:9 142:9 226:25

**entertainment** 27:5 28:8 29:24 30:2, 6

**entire** 145:9 213:3

**entrance** 57:22 66:18 82:3 100:13, 14 135:22 171:18

**escape** 198:8,9

**escort** 181:6

**escrow** 257:17,18 259:10

**essentially** 120:18

**establish** 253:25

**estate** 38:7

**estimate** 25:12 233:1

**estimated** 232:20

**Europe** 30:14

**evaluation** 214:17 215:2,8,11,13,15 216:10 217:4 220:2,9,14,15,23 221:5

**evening** 8:24 69:15 71:11 74:14 140:23 141:3 143:24 145:14 151:5 152:4 173:25 189:23 221:19 244:8,11

**event** 219:7

**eventually** 252:25 256:13

**exact** 263:19

**examination** 5:16 220:5 234:2

**examine** 228:20

**examined** 5:13

**excuse** 7:12 23:11 26:15 27:15 32:10 47:5,10 54:22 74:23 89:5 96:17 101:14 116:2 144:11 159:4 181:19 187:22 189:2 201:12 212:3,4 238:3 242:15 254:8 270:19 271:15

**executed** 256:20

**exhaust** 154:12

**exhausted** 154:10,11,13,15

**exhibit** 90:14 105:12 123:5 135:12 137:12 150:6 215:23 222:3 224:9 225:7 227:2

**exist** 188:21

**expect** 126:10 148:13 153:7

**expectation** 86:12

**expected** 86:6

**expecting** 103:18 126:12

**expiration** 138:13

**explain** 79:24 96:12 159:23 213:1,5

**explained** 77:20 85:19 89:16 95:14 100:4 133:24 160:2 212:23 267:7

**explanation** 112:12

**express** 263:20

**expressed** 41:6

## F

**facility** 70:7 190:19 214:21 220:16 221:24 267:2,3,7 268:18

**fact** 94:6 124:13 193:6 197:3 241:13

243:5 246:2

**fair** 92:20 237:15 245:6 267:20 272:25

**fairly** 233:18

**fall** 82:22

**family** 19:3 37:21 43:21,22 59:21 153:19 239:25 240:5 260:5 266:5,8

**farmer's** 125:17 126:1

**fast** 255:10

**fax** 149:24 150:6,14,22 166:16,19 167:13,20 173:24 212:10

**February** 256:16 259:15

**feces** 197:4,5,8,9

**Federal** 234:10

**feel** 111:11 201:17 202:17

**Feinman** 40:9,10,11 41:25 42:10

**fell** 44:18 47:5

**felt** 118:8

**female** 170:3

**fence** 34:19,21,24

**fight** 219:16

**fighting** 12:22

**figure** 156:12 196:4 197:19

**file** 37:20 109:20 111:8 114:21 121:21 122:3,5 231:9 261:14,16 274:9,10

**filed** 5:22 37:4,12,24 39:1 42:2,16 97:7 112:19 267:21 271:18

**files** 208:15,17

**filing** 5:6 37:24

**filled** 51:23 108:24

**finally** 140:22

**financially** 10:10

**find** 9:15,18 26:8 31:11,12,15 37:15 71:13 76:4 82:20 86:4 127:9 140:22 153:25 154:18 156:13 180:12 221:12, 13 225:24 270:7

**finding** 9:18

**fine** 34:6 92:20 116:4 119:2 129:8 138:24 188:10 233:11,21 272:6

**fingerprints** 207:23

**finish** 6:16 14:14 52:25 116:7

**finished** 145:7

**first-aid** 229:7

**fissure** 61:8,9

**flashlight** 162:8

**flat** 55:25

**floor** 188:17,18,23 196:23 204:4

**Florida** 13:11,12,24,25 153:22

**focus** 259:8

**folks** 37:3

**follow** 110:9,13 112:15

**food** 9:7,9 125:18 168:7 190:23 191:1,3 196:8

**forbid** 267:3

**forced** 199:6

**forgot** 159:6 214:10

**form** 5:9 108:24 119:24 124:1 138:17

**found** 188:17 246:15

**frame** 142:4

**fraudulent** 166:23,25 167:10

**French** 26:19

**fresh** 128:16 169:23 170:9 171:12 229:16,24

**friend** 45:4,11 48:11,16 235:19,21 266:5

**friends** 19:1 31:24 32:3 59:22,24 151:21 153:18

**front** 18:19 41:5,6 42:6 66:8,10,17 68:7 97:5,13 98:24 99:23 102:8 105:15 106:7 118:7 132:20 210:24 211:10 224:22,23,25 253:24 270:5

**fulfilled** 122:14

**full** 7:8 248:8

**function** 33:21

**furniture** 260:2,11

**fuses** 136:15 147:11

**future** 18:8 157:23

---

**G**

**G-R-A-M-M-T-A-G-E-S** 219:22

**gained** 171:17

**garage** 18:20 20:10 22:14 23:6 28:21 46:3,4 50:1,2 57:8,9 58:10,11 59:4 66:9,11,13,16,22 67:2,3 68:1 91:7,10, 12,23 92:4,6,10,21 101:19,21 102:8 122:17 132:21 134:20,23 135:4,19 136:3,9,20 141:6 142:7,10,12 144:14 146:9,23,24 147:1 193:7,8 223:1 266:15 268:11

**Gary** 274:8,10

**gas** 125:17

**gathering** 207:25

**gave** 47:16 63:19 67:17 70:11 72:3 96:8 97:10 107:23 115:3 126:16 148:21 149:1,9,16 190:22 222:15 230:3 243:25 267:18

**general** 16:3 17:24 44:24 254:18

**gentleman** 53:22,25 242:19

**George** 8:16,23 11:13 40:7,12,19 214:8,14,25 215:13,15 217:6,9,16 219:5,6 220:21 221:7 228:19 229:3 230:10,14 231:6,22 232:1

**gift** 153:18

**give** 6:11,17 18:25 21:15 24:21 25:6 31:24 47:13 48:24 58:2,6 72:19 98:21 107:24 108:23 115:8 126:20 135:23 138:16 175:16 192:5 232:9 247:17

**giving** 12:21 32:3

**God** 267:3

**Gonzales** 5:18,19 14:21 25:9,11 27:16,23 37:7,9 41:15,20,22 44:13 59:9,12 79:13,15 86:25 87:3,5 89:3,7, 10,13 90:13,16,19 97:1 104:20,24 105:11,14 123:3,7 135:9,14 137:11, 15 150:5,8 156:1,3 172:2 187:25 188:2,9,13 215:22 216:1 222:5 224:12 225:9 227:5 228:1,3,18 232:5, 15

**good** 45:1 98:11 107:12 130:1 234:5, 6 236:1 263:13,14

**Goodwill** 31:23

**Google** 237:7

**Googled** 235:19,21 237:18 239:17

**gown** 71:17,21 72:6 73:21 74:20 76:3,5,13 77:18 78:3,19 80:1,16 81:23 94:17 95:14 99:25 100:3 106:19 108:20 118:8 125:13 129:7

156:22,24 160:25 165:15,18 167:21, 23 186:14 190:4,6,18,19,20

**GPX** 27:1 29:18

**grab** 174:13,15

**grabbed** 174:10

**Gramatges** 215:18 217:4,20 219:22

**grass** 15:6 65:21 265:8,9,10,14,17

**gray** 28:8

**Greg** 98:10 225:4 263:6

**Gregory** 62:22 68:15 69:2,4,13,17 70:3 75:3,11 84:11 102:20 124:12 125:8 148:14 222:22 225:18 226:3 235:7,13 241:11 242:21 243:10,25 245:18 247:17 249:24 268:16 269:19

**grouping** 274:1,4

**grow** 12:9 16:1

**guard** 78:25

**guess** 29:4 31:6 137:1 154:14 156:16 201:16 202:6 232:15

**guy** 65:22 265:17

**guys** 62:13

**GWCI** 219:5

**GWH** 219:7

---

**H**

**Hagan** 88:8

**Hagan's** 88:10

**half** 173:7,8 261:23

**hallway** 98:19,20 209:24 234:24,25

**hand** 115:9,10 174:2,3,11,13,14,15, 16,22,24 175:4 178:12 181:7,11 200:8 271:12

**handcuff** 199:9,10

**handcuffed** 199:9,14,18,22 200:1, 16 203:5 204:13 207:10

**handcuffs** 200:10,13 204:16,24 207:12

**handicap** 221:14

**handicapped** 9:1,3 95:8,10,12

**hands** 82:7 83:19 148:19 208:8

**handwriting** 216:5,15,20 219:24,25 270:9,11,16,21 272:23 273:18

**handwritten** 87:6 97:7 215:24

**hang** 131:17

**hang-up** 244:23

**happen** 13:20 47:2 74:25 173:10 220:21 257:19

**happened** 13:13,25 39:24 44:16 47:4 50:8,11 51:15,17 54:19 60:22,25 61:4 66:11 68:10,19 77:20 101:15 102:16,18 118:8,19 121:16 124:20 132:18,22 133:18 143:6 169:20 170:11 173:21 175:4 176:12 177:24 183:2 193:4 198:2 199:4 203:15 204:5 207:17 211:20,23 213:14 217:8,9 219:10,13 220:12 228:4 253:22 255:22 257:11 259:5,10 260:21 265:19 266:7

**happening** 170:2

**happy** 53:12 212:15

**hard** 16:1 91:21 147:8

**Hat** 71:5 76:22,23,24,25 77:1,2,5,8 155:3

**Haverford** 43:12

**heads** 6:10

**healed** 229:12

**health** 42:22 43:2,4 217:20 218:4 219:4,11

**hear** 6:24 7:13,15 55:3,9,11 172:24 173:12 183:15,21,25 184:3,8,11,14 205:15,20,24 206:2 209:18,22,25 240:25

**heard** 7:1 104:17 105:8 169:23 170:10 173:3 211:25

**hearing** 38:15 39:18,25 95:2 97:3,21 105:23,25 106:2,9,13,16,18,25 107:3,6 118:22 122:18,22,23 225:24 237:17 244:14 267:10,19,22

**heavy** 128:13

**held** 14:19 41:18 87:1 90:17 104:22 188:11 233:23 264:25 271:12 274:25

**helped** 67:14 77:25 78:13 126:23 127:19,21 133:19 206:25 207:7

**helpful** 7:19

**helping** 40:22 45:12,14 133:5 151:17

**Herman** 226:21 267:16 271:18

**hey** 75:24 269:5

**high** 16:2 82:6 265:10

**higher** 207:21

**Hill** 8:16,23 11:13 40:7,12,19 214:8, 14,25 215:13,16 217:6,16 220:21 221:7 228:19 229:3 230:10 231:6,22 232:2

**hire** 31:16,20,25

**hired** 39:8 40:11,18

**hiring** 274:10

**hold** 52:25 82:21 116:7

**hole** 139:18 142:2 147:6 188:17,18, 21,23 189:5

**home** 10:4 18:6,13 66:5 68:17 69:11 70:8 72:17 73:12 74:3,14,20 79:9,25 87:22 92:4 101:3 109:7,8 128:19 130:9,10 134:1 157:1 167:20 171:18, 20,21 183:25 184:5,15 191:17,19,20 230:3,4,7 238:1 242:5,13,17 252:14, 16,21 258:22 259:1 261:5,11

**Honda** 32:10

**hospital** 15:22 18:6,14 26:12 31:17 32:7,21,25 33:5 44:15,22 48:15 49:4 59:14,18 60:19 61:19,20,23 62:1,5,18 63:6,24 64:14,19 71:17,21 72:6,7 73:21 74:20 76:3,5,13 77:18 78:3 80:1,16 81:23 95:13 99:25 100:3 106:19 108:20 111:2,25 118:7 122:4, 7,10,11 125:13 129:7 133:25 156:22, 24 165:15,18 167:3,21,23 186:14 188:19 189:10,21 190:23 196:6,9 204:10 206:6 227:19 228:7,12 241:18 249:15 251:5 255:21 259:22 262:16, 24 263:7,15 264:6,19 265:4,22,24

**hot** 104:4 169:22

**hotel** 8:5,6,7,19 71:5,11,14,19,21 72:1 76:23 77:5,6,8,12,14,17,22 78:3, 9,16,17,19 79:21 80:8,15,19,21,25 81:2,3,16,19 82:1,17 87:23 124:22,23 125:16 126:4,6,10,14,17,22,25 127:3, 5,8,9,14,18 128:2,6,9 129:9,10 130:5 131:24,25 132:2 139:24 140:4,5,8,12 147:25 153:25 154:4 155:1,5,23 156:5,8,13,14,22 157:5,6,14 192:20 221:11,12,24 238:1

**hotels** 154:25 155:7,11

**hound** 261:20

**hour** 41:14,15 125:1 173:7,8 188:7 244:11

**hours** 98:17 129:25 144:20,21,22,25 162:16 163:17 168:9 198:11 204:12 210:23 232:11,20 273:11

**house** 11:17,18,19,25 12:1,25 13:8, 11 18:17,19 28:7 32:2 33:20,23 34:11 44:17 46:15,17 47:18,20 48:9,12,13, 14,18,19 49:15,24 50:19,20 51:4,6,24 52:2 53:15 54:13,16 55:15,20 56:8, 10,11,23 57:1,10,12,16,22,23 58:16 59:2,7 63:4,8,15,16 64:9,16 66:18,20 67:1 68:19 74:2,5,6,8,13,23,24 75:1, 10,18,21 76:8 77:4,8,14 81:4,13,16 83:22,25 91:9 92:16,19 93:3,5,12,19 94:7,11 96:7,12 98:4,11 101:11,13, 16,17 102:24 104:13 105:4 107:14 110:23 111:1,3,5,7,12,23 112:1,13 121:19,20,25 124:6,24 125:2,16,20, 23 126:13 127:1 132:25 134:5,9,10, 16 136:13,14 139:9,12,21 141:17,21 142:18 143:19,22 144:2,3,18 145:17 146:4,6,10,12,14 147:1,21,22 148:4, 16,20,22 149:2,10,11,14,15,17,21 150:4 151:13,14,17 153:18,20,21 154:8,12,16,20 156:20,25 157:8 159:6,10,19 160:14,17 161:8,25 162:2,6 163:18,25 164:18 168:14 169:4,6,12,13 170:9,13 171:10 172:4, 8,10 174:7 175:5,7 176:21 177:5,23 178:1,10,15,22 179:4,24 180:8,15 182:22,23 188:16 189:3 194:5,8,9,11, 19,25 195:1,13 197:5,23 198:5 199:7 200:21 202:21,22 205:5,10,17,21 208:8 211:13 222:24,25 224:6 225:1 235:20 240:24 241:20,22 242:18 243:6 247:18 250:10 257:16,19 260:24 261:20,23 262:6,9 263:8 264:9,21 265:11 266:21 268:10,11, 19,20

**HP** 251:12

**human** 223:7,23

**hurdle** 157:15

**hurricane** 13:15

**hurt** 264:14,15,17,22

**husband** 10:16,19 11:20,21 13:8,10 15:8,12 17:4 49:7 153:22 155:7 159:24,25 258:14

**husband's** 10:20,21 257:24 258:8

**HVAC** 155:19

**I**

**I-O-N**  19:8

**ID**  133:22

**idea**  111:24,25 121:25 220:19

**identification**  90:15 105:13 123:6 135:13 137:14 150:7 215:25 222:4 224:11 225:8 227:4 270:10

**identify**  133:21 240:20

**ignore**  202:19

**imagine**  265:10

**immediately**  41:7 94:15,17 160:1 169:9 193:19

**important**  6:11 111:1

**imprisoned**  40:16

**imprisonment**  40:7

**improper**  33:21 119:25

**improperly**  41:4

**inappropriate**  180:23

**inches**  29:16,18

**incident**  210:1 255:12

**Incidentally**  266:1

**included**  96:15

**including**  201:1

**inclusive**  37:8

**individual**  25:19

**infected**  73:6 229:1

**infection**  229:12

**inform**  88:16 96:1,10 98:25 245:18

**information**  6:2 16:24 22:3 24:21 25:6 47:22 50:14 86:5 95:19 100:5 108:3,12,17 113:16 115:15 119:14,16 120:22,24 121:2,6,9 166:18 217:8 226:22 239:10 249:18 251:17 261:16

**informed**  68:17 70:6 98:10 111:20 166:25 167:2,3 242:23 268:3,17

**informing**  98:4

**inhumane**  227:20 228:6,9

**initial**  94:1 261:6 270:3

**injured**  47:7 267:4

**injury**  67:6 72:12 153:8 190:15,16 228:21 259:23

**Inn**  8:8,12 77:1

**inquiry**  114:9

**inside**  15:10 28:4 29:15 46:15,17 54:23 55:1 56:10,11,23 57:22 66:8,14 71:5,23 74:25 75:22 76:13 77:17 78:16,17 82:18 83:3 106:7,21 112:9 129:6 132:25 141:14,24 142:6,12,15 148:19 164:18 168:14 169:11,13 170:14,15 173:4 177:7 178:17 179:24 180:15 184:15 188:16 193:14 195:8 196:4 205:2 223:13 238:25 240:23 255:14 260:2 263:18 266:15 268:11

**insisted**  84:20

**inspected**  188:16

**instruction**  6:13,15,21,23 7:3 72:19

**instructions**  6:7 67:22 72:24

**instrument**  271:12

**insupportable**  61:6

**insurance**  43:2,4,5 267:5

**intend**  19:22

**intended**  19:20 20:21 248:19 256:16

**intensive**  142:4

**intent**  274:20

**intention**  18:24 31:21 32:1,4 146:1,2 153:8 255:8

**interact**  182:13

**interaction**  34:12 35:22 36:21 50:24 182:11 213:15 217:19,22 234:22 237:23 248:12,16 259:11,13 262:22

**interactions**  248:4 257:14

**interest**  239:24

**interested**  261:1

**interfere**  220:16

**internet**  235:16,18 238:13,15,17

**interrupt**  86:10

**interrupting**  194:16

**Intervention**  178:7

**interview**  211:22 217:21 218:22 219:12 220:18,23

**introduce**  177:25 178:2 183:4

**inverters**  30:15

**investigate**  114:6

**investigation**  108:22 119:23

**investigator**  107:25 109:17,24 110:4,5,11,16 112:17 113:3,25 114:2, 15 117:21

**Invoice**  137:13

**involved**  6:1 37:18

**involving**  37:2 110:15

**ipads**  26:23 29:8

**issue**  33:19 34:18 90:1 108:6 109:13 126:13 128:11 148:2 160:6

**issues**  236:16

**item**  21:13 31:13,22

**items**  18:22 20:8,10,12,14,22,24 21:3,8,19 22:11,14,22 23:5,20,21 24:15,25 25:13,18,19,24 26:3,5,11 27:3,9 28:24 30:13,16 31:7,12,23 32:1 148:17 176:19 177:8 260:2,25

**Ithan**  11:14 13:8 14:23 15:1,5 18:13 37:13 38:10 39:10 96:7 112:6 130:10, 12 132:5,9 140:12 141:2 156:14 192:16,23 236:17 238:2 241:6,14 247:24 248:25 249:4 253:10 273:7

**J**

**jail**  212:16 213:7 214:9

**January**  259:21 261:6 262:8

**Jeff**  234:8,18

**job**  145:8 147:8

**jobs**  144:23

**John**  5:19 94:19 98:9,11 106:8 235:4 263:11

**joke**  202:19

**Joseph**  39:4,13

**journal**  266:2

**Jr**  10:22

**judge**  41:6,7 42:6,7 94:11,19,24 95:21 96:8 97:3,5,9,13,18,22,25 98:2, 4,7,9,14 101:7 105:19,24 112:12 122:19,23,24 123:1,10 160:13,15 177:17,21 209:9 210:24 211:8,10,17, 22 213:1,4,16,22 214:7 225:25 263:11,17,19

**judicial** 95:18

**juice** 196:10,17,19

**July** 39:23 65:1 94:2 97:21 98:9
105:18 106:10 107:7 108:8 109:6
113:22 115:11,24 116:3 117:8
118:15,19,22 119:7 120:5 121:13,17
122:19 225:25 237:9,18 238:20
240:7,11 241:21 246:12 263:18
267:9,13,18,22 268:2

**June** 264:9,10,18

**juvenile** 196:21 204:12 207:16,17
209:6 210:8

**K**

**keeping** 138:17

**Kenneth** 38:13 261:12,25

**key** 48:19 58:2,4,6 59:7 135:7
141:14,20,23,24 270:5

**keys** 59:8,17 63:3 74:22,23 75:21,24,
25 76:1,7 141:21 186:24,25

**Keystone** 181:21

**kind** 7:15 32:9 52:11 70:9 76:17 82:5
105:22 208:17 229:8 254:18

**kinds** 73:14

**kitchen** 9:5,6 50:3 57:8 58:11
188:17,18 195:5

**knew** 71:3,13 76:19 84:16 99:24
104:18 105:9 118:6 156:9,11 159:20
172:3 206:15 214:21 246:12 268:4

**knock** 50:4

**knowing** 214:20 234:21

**knowledge** 33:24 34:8 54:4 65:14
97:16,19 255:18

**L**

**lady** 163:3 166:20 167:7 219:12

**laid** 139:10

**land** 45:9 247:18 256:20

**Lang** 41:6,7

**lantern** 140:24

**laptop** 249:10,11,17 250:23,24
251:2,6,9,11

**large** 53:25 61:8,16

**larger** 73:15

**late** 19:22 68:12 103:12,13 113:22
139:17,19 140:23 147:19 151:5
152:12 153:4,6,9 157:20 158:5 166:6,
17 249:9

**law** 134:14

**lawn** 15:7,13,15,19,24,25 16:2,3,14
17:6,11,15,16,20,21,25 18:3,10 62:6,
7,13 65:23

**lawsuit** 5:22 6:1 37:1,17 41:24
274:8,11

**lawsuits** 37:2,4,11,15 38:25 42:16

**lawyer** 42:10 263:13 274:15

**lawyers** 5:25

**lay** 55:24 127:13 185:3

**laying** 164:16

**LCSW** 218:20

**lean** 7:15

**leave** 32:4 48:14 49:19 55:1,5,7,10,
13,15 57:6,10,17 58:21 64:1 76:3,5
81:2,3 86:3,11 118:2 124:24 129:9
163:11 254:23 264:21 267:3,6

**leaving** 56:13,15 59:2 68:18 95:24
245:4

**led** 181:19 252:22 267:21

**Lee** 226:21

**left** 6:8 34:21,24 44:19,20 57:12
58:14,19,22 59:3 60:11 64:7 69:1,17
96:3 103:2,19 109:3 111:23 112:2,3,4
124:12,17 125:2,19,23 126:7,23
127:23 131:24,25 138:11 139:24
140:5,7 147:20,21 164:15 169:7,8,22
186:9 193:19,21,22 194:17,21 228:15
229:19 230:13 235:7 245:3,20 265:11
269:4,12,15,18

**left-hand** 91:10 123:22 273:13

**leg** 44:19,20 45:2,6 47:6 61:6 64:25
72:13,21 76:17 83:14 190:12 228:21
229:3,9,17,24 230:2,10 255:12
259:24 262:23

**Legal** 222:3 223:4

**length** 65:21

**letter** 110:18 115:13,14 116:10
117:11,18,20 119:12 121:1,2 236:9

**letters** 115:19

**letting** 58:9

**level** 9:24,25 78:9

**Leveret** 26:18,19

**license** 47:11,13,14,16,18,20,23
50:12,15

**Lieutenant** 33:6

**life** 37:17 146:3 155:4 213:3

**lift** 53:23

**light** 36:5,6 138:21 144:14

**lights** 36:3

**Lingo** 62:22,24 63:2 68:15,16 69:2,4,
13,17 70:4,14 75:3,11,17 84:11 98:10
102:20,25 103:16,24 124:11,12,16
125:6,8 130:16 131:3 148:14 222:22
225:5,18 226:3 235:8,13 237:15
241:11 242:21 243:11,25 245:18,23
247:11,14,23 248:1,13,16,25 249:3,
24 252:13 253:15 254:3 255:14,18,25
257:14 259:6,9,12,14,21 262:14,22
265:3,21 266:7,11 268:5,14,16,21
269:5,8,13,16,21

**Lingo's** 103:8 237:10 247:17

**linoleum** 188:25 189:1

**listed** 27:9

**litigation** 37:15,18

**live** 7:23,24 8:9,21 11:12 12:13 15:2
60:4 148:22 149:2,9,11,17 153:5
154:6,19 215:5 221:24

**lived** 11:21 12:11,12 15:5 59:22

**living** 8:14,15,19 9:13 10:6 11:14,25
12:1,18,25 14:25 18:21 26:14 28:7,
11,12,23 50:3 51:1,13,16,23 52:6
53:16 56:17,18,21 60:10,15 79:9
165:9 170:15 221:11

**loaded** 54:18

**loan** 75:4

**lobby** 190:1 191:7

**local** 21:5 31:13 49:12

**locate** 154:3

**located** 13:18 146:23

**location** 47:12 230:17

**lock** 57:19 134:23 135:6,24 136:2,5,
11,20 141:8,11,12 142:3,17 146:9

147:7 151:4 195:7

**locked** 48:14 63:8 69:12 74:13,24 75:2,7,10,12,15,16,23 79:25 81:5 136:12 142:15 171:7,8,15,17 197:16 242:2

**locks** 66:13,19 67:1 68:5,8,20 74:5,8 84:9,10,12,15 85:2 86:17,19 88:14 91:22 92:2,3,5,9,15,18 101:19,20 102:1,23 103:19 104:16 105:7 121:18 124:14 131:19 132:24 133:1,5,19 134:18 136:9,23 139:7,14 141:16,19 144:15 195:18 242:5,8,13,16,17,23 243:1,6,9,13,18 244:21

**locksmith** 133:3,5,6,7,8,10,17 134:15,19 136:6,9,20 137:12,22 140:20 141:3 142:1,20 143:17,22 144:17 145:7 146:8,18 147:4,20 151:4 194:24 195:3,9 197:13,17

**locksmiths** 142:23 143:18

**long** 8:14 23:3 43:14,17 46:20,22 48:15 49:1 50:20 51:3 61:18 65:4 69:23,24 85:23 93:18 111:2,22 112:1 120:4 131:15,20 144:16 162:14 173:2,6 188:21 192:12 210:21 237:17 262:5

**longer** 134:5 159:18,23 255:13 261:11

**looked** 9:14,17 99:24 210:9 221:16 256:14 261:17

**loosen** 200:10,13

**lost** 251:16

**lot** 6:19 11:22 13:16 27:2 33:25 34:24 51:24 77:15,16 78:7,10 79:21 84:20 95:25 98:24 127:12 153:22 207:23

**low** 83:17

**lower** 56:6 204:23 273:13

**LP** 234:9

**Luke** 69:3,13,18,23 242:19 243:7,10, 17,23 244:5,14,17,18,25 245:1,7,15, 16 246:19,22 247:9,14,23 256:3 269:2,13,16,19,21

**lure** 177:22 180:23

---

## M

**M-A-L-L-E-Y** 39:13

**machine** 69:16

**made** 63:17 93:14 101:8 113:4 114:12 119:1 139:18 140:11 157:6 170:19 199:18 204:7 227:23 266:19 271:9 272:16

**mahogany** 28:4

**mail** 115:9 116:20 192:7 271:24

**mailed** 116:17

**mails** 81:7

**main** 13:18 66:18 135:22

**Maintenance** 224:10 225:3 227:3

**make** 40:25 63:8,21 67:16 77:3,7 80:24 81:15 85:9,25 87:18 89:11 93:15 104:9 125:15 126:1 131:23 132:7 142:2 243:16 255:12 260:13 265:14 271:2

**makes** 6:19

**making** 33:24 93:21 243:4,14

**male** 170:3,4 203:23

**Malley** 39:5

**man** 15:14 45:13 53:24 69:5,14 70:10 164:14 176:23 194:24 234:24 236:1 269:1

**manager** 81:6 84:5,8,19,21 85:10, 12,22 87:25 88:4,5 89:15,24

**manner** 47:25

**Manor** 64:22,23 65:2,5,12 66:3 67:9, 16 68:13,18 70:5 72:10,17 73:8 74:2, 9 75:9,20 106:4,6 109:10 113:13 116:15,18 226:2,4,17 229:19,23 237:22,24 241:19 245:3,4 266:13,14 267:15 268:18 269:4 271:24

**manufacture** 27:2 28:1,4 30:19

**manufacturer** 29:19

**Marc** 215:18 217:4,19 219:21

**March** 9:14 42:9

**mark** 25:9 79:13 90:13 123:4 135:10 212:1 215:22 272:12

**marked** 87:9 90:15,21 105:13,16 123:6 135:13,16 137:13,17 150:7,10 215:24 216:3 222:4,6 224:10,14 225:8,11 226:18 227:3,7

**market** 126:1

**marking** 123:24 272:14,16

**markings** 271:6,7,9 272:4,5

**married** 11:23 12:3,5 14:3

**Mastercard** 21:17,21 22:1,5,11 23:1, 15,25 24:13

**materials** 156:19 208:3 260:14

**matter** 18:16,21 32:5 39:15,17 110:14 117:22 219:20

**Mawr** 16:20,25 18:14 26:12 43:12,23 44:15,22 49:3 59:14 60:18 61:12,18, 20,23 62:1,5,18 63:24 64:19 65:12 66:3 72:7 167:19 188:19 204:10 206:6

**Mchale** 33:13 172:15,20 176:13 201:7 202:7 231:1

**meaning** 105:18 226:14 227:13

**means** 104:16 105:7 135:5 138:21 140:15 166:25 222:19

**meant** 212:24

**mechanical** 10:7 155:16

**Media** 7:24 8:8,12

**medical** 66:7 178:6 190:13 207:4 221:4 230:15

**meet** 234:20,21 253:25

**meeting** 248:3

**member** 33:17 51:9 266:5,9

**men** 201:2,3 202:24,25 203:2

**mental** 42:21 177:15 216:9,10,12 217:20 218:4,11,16,23 219:4,11

**mention** 238:24

**mentioned** 26:2 29:23 112:25 153:20 199:18 223:2 268:5

**mesh** 170:19,21,22,23 193:25

**message** 64:2,7 69:1,17 96:4 103:2, 19 108:4 109:12,16 110:3 118:2 124:12,17 240:2 245:21 246:24 269:19

**messaged** 247:5

**messages** 239:11 269:12,15

**Messrs** 243:3

**met** 5:20 44:5 191:15 201:21 213:20 221:2 231:4 234:16,18 241:3 248:2

**metal** 142:2,17 147:5 170:19

**mic** 7:16

Simona Ockley - March 11, 2025

**Michael** 40:9

**microphone** 7:17

**Microsoft** 251:18,21

**middle** 170:20

**Miguel** 15:17,18 16:5

**mile** 156:14

**military** 43:5 257:24

**milliliters** 164:5

**mind** 19:18 76:6 128:18 150:1 197:22 216:19 236:10

**mine** 233:7 235:19 272:10,13

**minute** 89:1 128:20 131:22 270:20

**minutes** 41:16 85:24 120:6 144:20 167:17 172:20 173:7 188:8 212:13 234:15

**mischaracterization** 155:25 187:23

**mischaracterize** 179:23

**misplaced** 21:1 47:5

**missed** 44:18 47:5

**missing** 209:2 251:3

**mistake** 11:8 67:16 119:1

**misty** 33:22

**misunderstand** 239:17

**moment** 7:13 41:11,13 48:4 107:21 110:19 274:24

**money** 38:8 71:25 126:16 128:22,24 253:6 258:25

**monthly** 258:2,17

**morning** 81:3 83:23 93:21 99:14 126:7 129:11,17 130:7 131:3,24 139:21,25 152:16 166:6 191:7,12 192:14,25 218:9

**mother's** 19:8

**move** 19:1,14,15,19,23 25:24 32:1,4 49:18 52:16 152:15,20,22 153:1,3,4, 12,13 154:9 181:22 255:8,9 256:17 259:7 266:22

**moved** 13:7,20,23 22:14 31:8 157:8 185:5,17

**mover** 32:5 153:9

**movers** 31:16,20 32:1

**moving** 13:22 18:15,16,17,23 20:25 31:18 156:19 176:20 177:8 266:18

**mow** 17:20 62:13

**mowing** 16:3 17:25

**MSN** 250:4,5,6

**multiple** 85:8 89:25

**mute** 7:16 212:2,4,5,12

**N**

**N-E-G-U-D** 7:11 19:7,9

**named** 172:14

**names** 19:6,7 34:23 151:23 201:4,5

**nature** 239:11

**Naval** 258:14

**Navy** 10:15 258:14,15,16

**needed** 86:13 127:11,15 253:6

**neighborhood** 33:25 34:7

**Newtown** 43:25

**nice** 53:24 94:16 163:3 164:14 189:19 203:7

**night** 70:23 71:6 76:20 79:2 81:25 124:23 127:4 132:2 145:17 146:6 147:19 165:12

**nightgown** 210:12

**nights** 155:3

**nighttime** 163:13 210:23

**nods** 6:10

**noise** 33:25 34:7

**noon** 140:17 141:2 144:8,9 168:18 169:5

**noontime** 168:3,4

**note** 6:7 66:20 67:4 122:16 190:3 215:24

**notebook** 266:2

**noted** 89:19

**notepad** 87:13,14

**notes** 85:5,18 86:23 87:7,15 89:18, 19 93:21 96:3 190:25 217:11 236:15

**notice** 84:23 92:20,24,25 93:2,7,9 222:4,9 223:4 224:5 225:3,7

**noticed** 56:12

**notified** 211:7

**November** 253:21 255:5,15 257:8, 15 258:22

**number** 22:4 45:21 63:12 68:14 69:4 70:12 90:24 108:4,14,18 113:19 138:12,14,19,20 166:23 173:24 227:14 236:20 268:24

**numbered** 90:22 105:17 123:8 135:16 137:17 150:10 216:3 222:7 224:15 225:11 227:7 273:20

**numbering** 274:5

**numbers** 151:24

**nurse** 163:3

**O**

**O-C-K-L-E-Y** 7:10

**oath** 6:2

**object** 121:22

**Objection** 155:24

**objections** 5:9

**occasion** 182:20

**occasions** 136:25

**occupancy** 223:7,23

**occupy** 224:2

**occur** 235:23

**occurred** 237:25 245:8

**Ockley** 5:12,19 7:10,21 10:22 12:4 90:20 105:15 188:14 227:13 233:20 234:5 235:9 242:25 250:2 257:8 265:3 270:4 271:2 272:1 274:7

**Ockley-1** 90:13,14,21 92:9

**Ockley-10** 225:7,11 226:19 227:15

**Ockley-11** 227:2,7

**Ockley-2** 105:11,12,16 135:1

**Ockley-3** 123:4,5,8

**Ockley-4** 135:12,16

**Ockley-5** 137:11,12,17

**Ockley-6** 150:5,6,10 166:23

**Ockley-7** 215:23 216:3,21

**Ockley-8** 222:3,7 226:14

**Ockley-9** 224:9,14

**October** 253:19 254:12 261:3

**offer** 190:6,20 191:3 266:19,25 267:1

**offered** 190:4 215:10,12 218:16

**office** 85:15 95:18 103:8 107:5,8,18 109:13 110:14 114:13 115:3 117:11 120:19 138:18 231:16,24 232:3 247:17 263:5,9,24 264:1

**officer** 32:23 33:2,9,13 34:4,9,14,16, 19 35:1,7,9,11,12,18,24 47:1,8 49:16, 20,21 50:15,25 51:3 53:14 54:15,25 55:3,9,13,15 56:8,17,22 57:3,5,15,20, 24 58:14,17,23 62:2 63:15 71:20 72:2,4 74:24 77:11 78:15,22,24 79:1, 4,17,22 80:2,5 95:12,16 107:13,20 110:15,20 111:20,22 112:12,17,20 113:5 117:13 119:20,23 120:20 121:11,15 170:13 171:16 172:13,15, 18,19,22 173:4,20 174:1,9,10,13 175:12,20 176:13,15,23 177:12 178:11 179:3 180:15,21 181:9 182:8, 13,21 185:21 187:16 193:12 194:1 197:11 198:5,14,19,20,24,25 199:14 200:10,22,24 201:1,3,6,7,10,13,15, 16,19 202:2,6,10,13 203:4,22 204:6 205:7 206:21 207:19,25 211:12 212:8 213:13,16,21,24 214:4,12 230:22,24 231:1,3

**officers** 54:16 172:7,9 176:10 181:4 182:4 183:16,19,21,24 184:4,8,12,14, 19 185:12 187:20 198:23 199:14 200:17,20,25 201:8,10,13 203:2,6,24 205:20 206:2,9,13 207:6 209:16,19 210:5 211:2,13 214:5 231:7,12

**official** 124:1

**open** 22:12,17,18 24:8 26:14 27:3 28:10,14 29:14 57:9,13 58:11 59:5 68:8 76:6 137:3,5,8,9 139:16 141:8, 23 169:23 170:9 171:9,12 172:24 177:7 194:19 197:17 229:11 240:24 255:22

**opened** 27:4 59:4 82:18 146:8 151:4 171:5 195:18 211:9

**opens** 135:7

**operate** 61:11

**opinion** 110:22 180:22 209:15

**opportunity** 5:25 98:8 107:13 232:9

**order** 25:15 34:5 78:9 84:22 94:1,10,

18,21,25 95:3 96:6 97:3,9,10,18,24 98:2,9,14,16 99:1,3 102:22 104:19 105:10,13,19 106:9 107:24 118:12 121:10,12,13 122:13,15 123:6,9,13, 20,23 124:3,14 125:9 131:12,14 134:11 139:19 142:3 147:3,7 148:11, 21 149:1,3 152:25 153:17 157:11 160:4,8,11 169:19 185:2 187:12,15 202:21 208:20 212:9 214:18,22 216:24 235:3 242:24 243:22 245:19, 20 254:18 257:17 269:18

**orders** 149:9,16 175:8,9,10,24 176:3, 8,9 187:1,2,6,13 188:4 197:24,25 202:18 203:9,12,23 204:1 211:25 212:2,6 213:22

**original** 27:10 101:6 272:18,23 273:4

**originally** 46:1

**originals** 98:21

**overnight** 145:22 165:7

**overseas** 19:24 25:15 30:18 31:4,5 155:9,10 255:8

**overthrown** 12:16

**owned** 13:12 14:8,22 159:19

**owner** 37:3,13 65:19 133:21 141:17 235:20 241:5,10,12,14,22

**owners** 130:17 167:9 241:23 242:21 243:2,3

**owners/developers** 37:19

**owning** 11:18

---

**P**

**p.m.** 8:23 101:14,16 102:5 103:16,21 104:10 124:7 211:19 221:8 243:24 244:8

**PA** 150:7

**pacing** 232:25

**packing** 26:9 31:18,21 154:8,19 156:19

**pad** 138:16

**padlock** 134:22 135:3,5,6,24 136:8 141:10

**paging** 208:3

**paid** 15:2 71:25 77:25 79:18 138:4, 23,24 139:2 214:25 253:1,3 259:4

**pain** 61:6 127:12

**painful** 45:2 46:4 72:15

**pair** 59:15 190:9,10

**Panasonic** 28:25

**Panasonics** 26:16

**pants** 59:15 72:13 73:11,15 190:9, 10,11,21

**Paoli** 66:5 76:8

**paper** 47:22 72:4 79:6,8 95:19 98:7 109:18,20 114:18,19,22 121:8 169:19 208:22 214:21 217:7,18 225:19 231:18 236:6 263:5,16 264:17 272:24 273:3

**papers** 116:20 169:16,17,18 201:19 249:5 271:23

**paperwork** 188:3 201:20,24,25 208:23 225:22

**parents** 19:4,15,16 60:16

**parents'** 19:6,7

**park** 46:2 102:8 132:19

**parked** 132:20

**parking** 77:15,16 78:7,10 79:21 95:25 98:24

**part** 43:22 44:3,4 85:1 142:5 181:22

**participate** 38:5

**parties** 5:6

**parts** 234:14

**party** 97:16

**pass** 10:24,25 11:1,5 262:8

**passed** 10:23 15:8,12 261:15,18

**password** 251:16,19

**past** 33:19 42:14 261:6

**Pat** 88:8,10

**Patrick** 45:17,25 46:9,17 48:18,19 49:2 50:2,25 54:25 55:4,5,9,12 57:11 58:25 59:23 66:4,17 67:25 68:5,9 71:23 74:1,14,17 75:18 76:1,19 77:24 78:20 79:18,23 80:18 81:13 92:24 93:6 95:24 100:6,23 102:5 103:20 104:5 106:4 124:8 125:12 126:16 127:17 128:14 129:12 130:7 132:19 133:13 137:2,5 141:25 145:4 146:12 147:15,20 151:1,22 152:2,10,16 154:15 157:20 158:25 160:22 162:1,

14 163:5,24 165:23 166:1,5 168:6
169:3,6 191:8 192:10,13 193:3,18
194:11,18 235:7,22,25 236:19 237:6,
18 239:18 246:15

**Patrick's** 56:15 69:7 70:22 93:8 99:8
236:23 238:1

**Paul** 218:19,25

**pause** 59:11

**pay** 16:14 71:6,24 78:20 126:16
138:1 139:1 162:22 191:21,24 192:1,
3 205:19 253:6 257:4,20 258:25
259:3 267:5

**paying** 8:11

**PECO** 159:5,6,8,9,12,14,18 160:6

**pen** 47:21 95:19 272:24 273:3

**pencil** 272:24 273:3

**pending** 37:11

**Pennsylvania** 7:24 11:15 149:24

**pension** 10:12,14 257:24 258:12,13

**people** 15:2 34:1 85:5,8 89:18,19,25
94:15 151:22 154:16 162:20 205:11,
18 218:22 259:16 261:22 266:16
268:11

**perfectly** 272:6

**performed** 215:15

**period** 17:8 48:15 65:7 111:2 152:24
168:23 170:12 173:5 174:10

**permanent** 13:2

**permanently** 12:7 13:7

**permission** 148:22 149:2,9,17
228:20

**person** 9:1,4 15:9,10 19:21 34:10,13,
21 36:14,22 44:24 50:18 53:23 63:14
64:8 69:3 84:13,20 88:13 95:13 100:2
110:25 116:19 127:12 131:11 147:20
151:16,23 152:12 157:22 162:3
170:10 172:13,14 173:3 192:8 198:9,
11 201:21 217:22 219:2 221:2 224:2
231:4 235:12 237:9,14 240:18,20,22
242:7 243:17 244:2 247:19 256:7
260:10

**person's** 157:25

**personal** 20:6 74:18 118:5 250:10

**personally** 14:8 192:5

**personnel** 51:12 53:9,10 123:14
185:17,25 186:4 206:3,10,13 207:4
266:20

**pertaining** 226:5

**petition** 90:11 94:1 95:20 96:11,14,
16,24 97:8

**pharmacy** 66:6 76:8,12,13

**Philadelphia** 12:12 13:3,4 40:10

**Phillips** 30:2,4

**phone** 34:10 45:8,20,21,22,23,24
62:23 63:17,21 64:5,10 68:25 69:4,
16,21,23,24 70:11,18,19 80:24 85:4,
7,9,25 86:1,3,7,11,12 88:12,25 93:13,
14 101:4 103:1,24 104:9 108:14,21
110:10 116:11 119:6,15 120:4,8,11,
13,23 124:10 129:21,23,24 130:1,5
131:2,15,18,20,23 140:24 142:25
143:3,8,9,12,15 159:22 166:20
173:23 174:2,21,23 175:3 178:12
198:4,13,17 207:20 221:1,13 238:6,8,
10,14,15,18,22,23,25 239:1,9,12,18,
19,21,23 240:6,8,9 243:7 244:1,14,
16,23 246:16 248:23 250:16,20
252:13 254:16,20 259:20 268:3
269:12

**phones** 28:25 162:9

**photo** 26:24

**photograph** 90:15 91:3,22,25
135:13

**photographs** 188:15

**physical** 64:24 70:7 241:19 264:22
267:2

**physically** 44:21 46:13 49:25 55:8,
20 56:2 57:1 61:3 68:22 77:22 82:25
83:5,7 95:7 106:3 126:22 156:25
157:9 181:5 182:22 187:5 199:25
202:3 204:20 255:24 256:2,6

**physician** 43:10,18

**piano** 260:2,10

**pick** 36:1 66:4 74:2,18 76:1 129:12,
16,19 181:5,7,11 191:8,11,12 213:9

**picked** 129:14 192:13

**picking** 182:4 261:14

**picks** 130:7

**picture** 91:6 134:25 135:18 198:16
208:13 222:11 235:14,15,17 236:9
237:8,19 246:15

**pictures** 207:22,24 226:8,11 235:20
238:18 239:10 256:13 260:6,8,24

**piece** 47:21 72:3 79:6,7 170:20,22
217:7 236:6

**pins** 61:14,17

**Pinto** 33:6 172:14,19 173:21 174:9
175:12,20 176:10 177:12 180:21
202:10,14 230:24

**place** 8:25 9:2,18,19 13:3,4 16:13
32:5 39:18,20,21 55:1 60:5,7,16
67:18 71:3,13,14,15 76:20 95:3
105:24 106:10,13 154:18 156:8
157:11,12 189:25 211:18 215:19
221:10,14,24 228:24

**places** 147:23 191:22

**Plaintiff** 137:18 150:11 222:7,18
225:12

**Plaintiff's** 87:9 105:18 123:8 216:4

**plan** 17:21,23 25:24 73:12 145:23,24
153:1,3,11,25 194:22 196:2,5 197:15

**plane** 20:3

**planned** 22:12 23:21 24:16,25 25:13
27:11 153:4

**planning** 19:14 20:8 60:4 145:16,18
153:12

**plastic** 256:12

**platinum** 28:6

**player** 29:15,23,24

**plaza** 12:20

**pleasant** 34:3 36:23

**PLF** 105:17 270:11 271:3

**PLF007** 272:8

**PLF32** 273:12,13

**plug** 30:19 61:16

**plywood** 193:7,10

**point** 46:6 48:11 77:10 89:6 96:9
103:25 109:11 122:9 134:8 178:25
207:13 208:18 210:5 226:17,23
272:24

**pointing** 92:2 123:22 135:2 164:1
176:25

**police** 32:22,23 33:1,2,6,9,14,17
34:1,4,16,19 35:1,11,14,18,24 46:23
47:1 49:16,20 54:16,25 62:2 63:12

71:18,19 72:2,4 74:24 77:11,19
78:15,24 79:1,4,17,22 80:2 95:12
108:7 109:14 111:20 169:25 170:13
171:6,16 172:7,9,13,15,19,24 174:1
176:15,23 180:15,21 181:4 182:8,13,
21 183:15,19,21,24 184:1,3,9,12,14
185:12,21 187:16 188:4 189:2 193:11
194:1 196:13,17 197:7,11 198:23
199:13 200:24,25 201:3,6,7 203:2,24
204:6,11,17 205:2,4,7,16 206:6,21,23
207:6,7,11,15,19 209:13,16,18 210:5
211:1,9,12 212:8,10 213:11,12,13,16,
24 214:12 230:22 231:7,10,12,17
236:18,21,24 237:4 240:15 241:1
242:15,16,22 243:9

**polite** 34:12 35:12 130:20 205:8
207:4

**porch** 145:3 169:22 170:7,9,14,15,
17,18,19,24,25 171:3,11,14 178:3,10,
18 180:6,20 181:6,15,18,19,20,23,24,
25 182:9 183:1,9 184:7,16,20,21,25
185:2,3,6,16 186:7,11 193:9,11,14,
16,17,24,25 194:23 196:1 198:22
202:24 204:21 228:15,16 240:24

**portable** 26:25

**positive** 34:3

**possession** 274:3

**post** 66:22

**Postal** 117:2

**posted** 66:15,20 67:4 91:4,11,18
222:24 224:19,25

**poster** 67:2

**posters** 226:11

**poured** 196:22

**power** 136:13,14 145:15 147:12,16,
17 148:2,4,7 152:7 159:6,10,13,14
160:1,7,9,16 162:6 182:1 183:1

**powerful** 53:22

**practice** 43:23 44:3,4

**prearranged** 129:15

**prejudice** 233:16

**prepaid** 143:15

**prepare** 107:19

**prepared** 233:2

**present** 46:9,11 48:7 50:25 92:3
97:17 133:10,13 199:14 207:6

**presented** 97:14 254:15

**press** 118:18

**presume** 160:13,14

**presumed** 160:16

**Prete** 234:9,16 241:3,5,8,9,16 242:11
243:3 245:25 246:8,24 247:2

**preventing** 157:9

**previous** 91:15 127:4 138:22 153:21
206:16 238:24 261:14,17

**previously** 152:19 193:11 205:13
271:22

**price** 254:3,7,9,12,17,20 261:23

**priced** 254:8

**primary** 43:9,17

**print** 89:11 138:15

**printed** 138:15,18

**prior** 13:22 20:11,16 21:12 32:21,25
33:4,8,12,16 35:13,16,17,21 68:18
70:15 71:18 73:7 76:11 130:12
136:25 142:19 154:24 158:9 178:9
214:14 244:8 245:3 252:15 253:15
255:15 259:2 269:8

**privacy** 111:15

**private** 43:7,8 49:15 78:25 111:14

**problem** 31:11 36:10 70:4,9,10
109:21 164:25 177:15 188:24 218:24
219:15 263:25 264:2,3

**problems** 269:1

**PROCEEDINGS** 5:2

**process** 18:15,17 20:25 37:23
152:21 176:20 177:8 256:15 266:17

**produced** 87:6 216:4

**profession** 120:2

**professional** 34:13 36:24 47:25
217:21 218:5

**promise** 101:3

**prompt** 101:18

**proof** 199:11

**proper** 258:5

**properly** 64:9 229:13

**property** 11:21 13:9,12,14,17,18,21,
24,25 14:9,22,23 15:1,6,19 17:12

18:16,25 19:17,21,22,23 34:22,25
36:1,4 37:2,13,14 38:10 39:8,9,10
58:9,12 62:10,12 63:1,3,25 65:9,14,
18,20 68:21 69:19 70:22 81:11 84:1,
23 88:21 90:2,12 91:4 94:3,11,14
98:5 102:13 111:14 124:21 130:13,
18,23 131:9 132:13,16 133:15 134:12
136:10 137:1 140:12,16 141:2 143:17
145:10,11 146:21 148:12,25 149:5,6,
12 152:5,11 153:9,10 158:10,13,16,
19 160:5,9,12 162:15 165:5,7 166:11
167:16 168:2,12,15,18,22,23 169:25
171:24 172:3,21 173:15,18 176:5,6
188:14 192:17 193:1,5 196:4 197:17
198:1,3 199:24 214:15 224:9,19
226:6 227:2 236:17 241:5,11,14,21,
23 242:1,8 243:8,19 244:3,23 245:3
246:5 247:20,24 248:17,18,25 249:4,
21 255:4,5,11 259:16,17,19,21 260:3
261:18 263:2

**prosecute** 274:21

**prosecution** 40:25

**protect** 72:22

**protection** 229:10

**prove** 116:21,23,24 117:2 160:5
204:1 214:16 215:4 217:9

**provide** 16:23 24:23 47:14,21 67:15,
19,22 72:17,23 96:8 99:1,3 101:4
113:15 114:20 117:5 119:13 120:21,
24 157:14 161:18 164:7 175:7,9,19,
21 176:9 187:11 229:7 244:3 254:21
266:13 268:9,23 271:16

**provided** 68:14 69:4 95:18 96:25
100:4 101:7 113:18 116:21 121:2
161:17 166:21 190:2,8,25 196:7,10
222:19 225:5 226:21 253:23 254:7
271:10

**Providence** 8:1

**provider** 42:22

**providers** 190:13

**providing** 190:14

**psychiatric** 215:2,8,11,12,15 220:2,
14,15

**psychiatrist** 42:23

**psychological** 214:17 220:22

**psychologist** 42:22

**Public** 36:14,16 220:25 221:1

**pulled** 80:18 102:5 132:19

**pulls** 67:25

**punctual** 166:9

**purchase** 9:9 11:19,22 19:21 21:3,7, 19,25 23:20 24:15,25 27:22 30:13 31:7 62:10,21 65:20 67:23 124:22 128:24 129:7 248:19

**purchased** 20:3,11,12,14 21:13 22:11,22 23:5 27:11 28:15 29:1,20 30:7 66:6 76:8 128:23

**purchaser** 63:3

**purchases** 21:12

**purporting** 256:8

**purpose** 29:1 30:7 32:5 158:20,22 249:23 250:9 251:24 263:9

**purse** 208:4

**push** 52:17 54:22 235:6 262:7

**pushed** 75:7

**pushing** 234:25

**put** 25:17,20 28:20 29:14 51:18,20 53:24 61:14,16 64:25 69:16 76:9 128:20 151:8 157:4 161:25 180:5 183:7 185:18 186:14 200:5 204:11 207:16,17,21 208:24 209:6 212:2,3,5, 11 216:19 228:5 229:14,17,24 242:5, 8,13 243:1,5 253:23 257:18 260:9 262:15 272:24 273:3

**putting** 7:16 37:3 256:12

**Q**

**quality** 31:13,15

**quarter** 233:12

**question** 6:16,24,25 14:14,15 22:16 24:24 29:4 31:6 32:24 53:1 65:25 74:16 86:9,10 89:2 91:5,15 92:13 98:3 104:25 116:8 144:5 149:7,8,13 153:11 156:17 172:1 182:10 184:7 201:17 212:1,17 216:15 228:17 230:24 231:1,3 238:24 249:2 250:1 255:23 257:1 262:1 268:1 272:1,11, 22

**questions** 6:2,6,9,12,18 128:5 183:12,14 186:1 205:15 209:5 232:6, 9,25 233:16,19

**quick** 104:21

**quickly** 259:7 264:18

**R**

**radio** 26:16 205:16

**radios** 184:1,4,9,12

**Radnor** 5:21 17:10 32:23 33:2,6,9, 13,17 34:1,16 35:22 36:3 62:1 63:7 65:8 81:5 84:4,7,10,16,18 85:1,3,6,8, 9 87:17 90:1,5,23 96:1 98:24 101:18 108:6 109:10,13,22 112:11,16 135:16 156:14 157:5 158:21 182:21 196:21, 22 204:11 205:2 206:6,23 210:5 222:9,12 224:15 227:7 230:22 231:7, 10,17 242:12,14,15,16,22 243:9 260:16

**rain** 33:22

**raised** 176:24

**reach** 46:4 81:6 85:12 143:21 149:23 195:9,10 251:21

**reached** 251:18

**read** 92:21,23,24 93:8 98:8 104:24 105:1 214:21 264:12

**reading** 5:6 93:7

**ready** 211:8

**real** 38:6

**reality** 232:19

**realize** 71:18

**realized** 74:12 237:8 246:14 264:13

**reask** 156:2

**reason** 7:5,7 8:18 9:12 33:18 35:18 36:6 71:10 74:16 94:4 112:8 126:24 138:7 154:14 202:1 224:24 231:7 239:20 241:2,7 249:1 255:23

**reasons** 246:7

**recall** 16:7,11 17:24 21:10 22:2,22 23:19,23 24:17 25:2 26:13 27:7 33:3, 7,11,15 35:2,4 36:20 39:22 45:10 48:3 49:13,18 50:6,17,22 51:5 52:4, 12 53:19 54:2,9 55:25 56:24 60:3 63:10,13 64:3,4,7 66:17 69:22 70:11, 17 73:10 86:21,22 88:22 89:22 90:8 92:17,18 93:17 98:4,6 101:25 103:4,9 104:1,11 106:5 110:19 113:20 114:20 115:5 116:3,19,20 117:19,23 118:14 119:17,21 120:16,25 121:8,10 124:25 125:7,11 126:5,21 127:2 129:23

130:2,21 131:5,6 132:11 133:9 134:7, 17,20 137:4 138:14,19,25 139:17 140:6 142:24 143:20,25 144:7,19 151:20 158:1 159:11,12,17 160:24 161:2,22 162:7,16 163:12,16 165:22 166:8,15 168:11 169:2,21 170:2 172:23 173:1,6,14 174:8,12,17 175:2, 23 176:2 177:3 178:13,19 179:12,17 180:14,18,21 181:3,12,13 182:6,11 183:10,11,14,20,23 184:2,6,10,13,17, 23 185:8,21,24 186:2,5,8 189:17,19 191:3 192:2,11,24 200:12,15,18 201:21 203:19,25 204:3,15,19 205:3, 6,19 206:1,9,11,12,15,18,22 207:9,14 209:4,7,12,15 210:2,4 215:20 217:1 218:18,21 220:10 222:12 225:23 226:20 227:11,12,17,21 228:10,14 230:13 231:25 232:4 236:23 237:1,5, 20 239:7 240:13,23 244:13,19,24 245:4,8,17 247:12,22 248:5,14,24 252:18 256:21 257:5 258:19,20 259:25 260:7 262:3 263:19,21 265:4, 25 267:11,12,17,24 268:4 269:10,14 271:4,8,24,25 272:7,17 274:10

**recalled** 272:2

**receipt** 117:1 133:4 137:21 138:17, 22

**receipts** 20:23

**receive** 43:6,7 109:16 226:5

**received** 98:16 109:12 123:14,24 124:3 173:24 226:18 269:24 270:4

**receiving** 257:23 258:7,11,17 272:2

**reception** 71:6,24

**receptionist** 107:17 108:10

**recess** 14:19 41:18 104:22 188:11 233:23

**recollect** 73:23 253:13

**recollection** 115:17 179:9 245:11 248:8 262:21

**recollections** 236:16 266:3

**recommended** 229:11

**reconnected** 149:21

**reconvene** 233:9

**record** 14:18 21:2 41:3,21 86:25 87:2,4 90:16,18 104:21 105:1 123:21 164:4 263:7 264:23 265:1 274:23

**recorded** 123:18

Simona Ockley - March 11, 2025

**recorder** 177:14

**records** 35:16 96:14 115:15 116:22 117:6 190:4 203:15 252:19 264:12

**recovery** 267:2

**Red** 71:5 76:22,23,24 77:1,2,4,8 155:3

**refer** 49:18 166:22 175:24

**reference** 89:6 90:23 197:3

**referring** 96:22 114:23 117:4 135:1 181:8 207:2 227:24

**refrigerator** 9:10

**refuse** 216:9 218:11 228:20,22

**refused** 190:5 215:7

**regard** 261:4

**Reginald** 10:21

**regular** 141:11 164:5

**rehab** 71:8

**rehabilitation** 64:24

**reinstate** 150:4

**related** 201:20 237:2

**release** 8:22 65:24,25 257:3,19

**released** 8:16 40:18 64:13 70:7,16 77:20 79:25 189:21 214:14,23,24 217:16 221:6,20 231:5 232:1 268:17

**releasing** 228:8

**relevant** 6:3

**remain** 48:9 98:18 147:21 261:5

**remained** 49:20 63:15 68:4 100:17 107:14 112:1 194:17

**remaining** 63:16 186:10

**remember** 12:15 13:11 14:13 16:19 21:9 22:6 26:19 28:3 35:3,6,9 36:11, 13,19 50:23 53:8 54:20 56:1 61:22 63:17 66:21 79:3 92:25 96:15 98:15 103:10 104:2 109:23,25 113:17 115:18 131:21 157:25 158:4 166:4 168:1 169:8 177:3,11,17 180:1 183:18 184:18 189:12 191:4 196:11 202:2,7 205:24 206:7 211:16 213:19 214:11 222:23 248:3,7,15 253:14 257:12 266:10 267:18 269:2

**remembered** 182:8

**remove** 32:2 48:8 51:18 73:4 85:2

86:17,19 103:18 131:18 133:5 134:19 136:9,11,23 139:14,18 148:16 174:23 175:5 178:1,12 180:7 189:3 195:7 228:23,25 229:6 230:16 243:17 264:20

**removed** 20:18,20 56:2 101:19,22, 23 102:2,23 104:16 105:7 124:15 132:25 136:6,20 139:7 141:5 144:14 175:3 189:3 200:14 204:17 205:1 230:1,12 242:16,19,22 243:9

**removing** 133:4,19

**rent** 8:3 11:17 13:5,6 60:9 155:23 156:5

**renters** 15:1

**renting** 13:6

**repeat** 32:24 98:23 154:2 249:2 257:1

**repeated** 203:8

**rephrase** 6:25

**report** 236:18,22,24 237:4

**reporter** 6:8,20 105:2

**represent** 5:21 38:23 40:6 42:1,12, 15 91:2 219:19 234:8

**represented** 39:16 234:11

**representing** 39:14 41:24 42:11 256:8 274:17

**request** 40:24 45:3 94:19 123:1 268:8

**requested** 105:2 131:18

**requesting** 149:24 150:3

**requirements** 214:22

**reservation** 157:6

**reserve** 156:5,8

**reserved** 5:9

**reside** 47:12

**residence** 154:4 248:21 250:25 251:9 253:11 255:14,19,24,25 256:3, 7,9 257:12,15 260:11

**residential** 155:20

**resolve** 34:5 126:12 148:2

**resolved** 36:9

**respect** 37:18 119:19,23 148:14 214:3 219:11 233:3 245:25 246:19

247:11,20 248:1 257:11,14 259:6,9 260:21

**Respectfully** 272:1

**respective** 5:5

**respond** 181:1

**response** 57:25 85:20 110:7 117:16 177:10 212:20

**responses** 6:11

**responsibility** 267:5

**rest** 127:15

**restore** 159:5,10,12,14 160:7 251:19,25

**restored** 160:1

**restroom** 9:24 157:12

**result** 90:7

**retained** 273:21 274:8

**retire** 44:7

**retired** 43:20 44:5

**retirement** 10:13

**retrieve** 75:19 142:3

**retrieved** 193:14

**retrieving** 39:8,9

**return** 100:24 103:5,7

**returned** 73:12 87:22 118:3 168:2, 12,17 224:6

**returning** 130:12

**review** 252:14

**reviewed** 254:5

**rewarded** 40:1

**rid** 153:15

**ride** 206:21

**Ridley** 261:19,22

**rightful** 50:18

**rights** 202:17 255:4,5 261:5

**risk** 82:22 94:3,13 98:12

**Road** 8:2 247:24 249:1,4 253:10 273:7

**Rockwell-glenn** 234:9 243:2,14

**Rockwell-glynn** 247:13,23 256:8 271:19 274:9,11

**Rockwell-glynn's** 255:4

**Romania** 12:10 19:2 30:10 153:9
   240:1,5

**Roof** 77:1

**room** 9:11 18:22 26:14 28:7,11,13,23
   41:8 50:3 51:1,13,16,23 52:6 53:16
   56:17,18,21 60:20,23 63:20 64:12
   71:24 78:1,3 79:18 80:22 83:2
   127:19,22 128:6,9,10 129:10 155:23
   156:5 163:17 164:2 165:9 170:15
   171:12 191:6 211:5 213:23 214:12
   220:18 235:2,3,6

**rooms** 152:13 156:15 162:19

**rude** 48:2

**rug** 189:1,4,5

**rule** 25:22 194:15

**run** 74:2

**Russell** 38:13,25 261:3,13,25 262:4

---

**S**

**S-I-M-O-N-A** 7:9

**safe** 73:5 147:21 228:24 230:19

**sale** 252:14,16,17,20,21,25 253:4,7,
   10,20 257:12,15 262:12

**sales** 252:24 253:16,17,18

**sat** 83:15 193:13

**save** 239:10

**savings** 258:21

**schedule** 220:17 253:12

**scheduled** 38:17,19 42:8 253:10

**Schrom** 7:12,18,20 27:15,21 37:5
   41:13 44:8 89:1,5,9 96:17,21 155:24
   171:25 187:22 188:6 227:24 228:17
   232:11,16 233:11,21 234:11 264:23
   270:19 274:23

**scope** 233:19

**scream** 179:4

**screaming** 130:20,22 169:24 170:6,
   11 173:3 178:14 179:22 198:6 199:3
   203:8

**screen** 171:14 238:11

**screened** 170:25 171:3

**sealing** 5:7

**search** 237:25

**searching** 246:16

**Sears** 21:17,18,19,21,22,24 22:1,4,
   11,23 23:1,14,25 24:13

**season** 17:13 263:4

**seat** 211:10

**seated** 6:8

**secure** 48:12 57:10 58:16 59:2 64:9
   83:14 111:1,3,4,6

**security** 10:11 78:25 257:23 258:2,5,
   7,9

**seeking** 271:19

**sell** 18:24,25 19:22 153:8 260:3,10,
   14,17,18,25 261:18,20 262:9 264:9

**selling** 18:15 249:21 263:2

**send** 20:5 22:12 23:21 24:16 25:1,13,
   15,18 26:22 27:11 29:21 62:13
   117:20 121:1 166:16,19 167:13
   225:18 226:1 249:6 260:6

**sending** 20:9 29:1

**senior** 42:7

**sense** 264:21

**sentence** 224:1

**separate** 25:19

**September** 8:17 9:13 148:12,22
   149:3,10,18 152:24 153:2,3,6 154:22
   160:6,15 221:8,19 247:21 261:15

**service** 16:15 17:6,16,22 18:3 62:6
   117:2 162:23 258:16

**Services** 36:15 137:13

**set** 48:12 84:9,10 101:18,20 104:15
   105:7 124:14 138:16 242:15,17,22
   243:1,6,13 273:20

**sets** 66:13,19 68:8,20 74:5 84:14,15
   92:5,7,12,15 193:9

**settlement** 38:5,6,8,9 241:20 264:9,
   19

**shape** 98:11 119:25

**share** 105:23

**shelf** 207:21 208:14

**Sheriff's** 252:16

**sheriffs** 95:5,16

**shifts** 209:17

**ship** 20:5,21 26:9

**shipping** 31:9

**shocked** 197:7,10

**shoes** 76:15,17

**short** 69:24 80:9 90:23 152:23
   154:21 170:12 173:5 201:3 233:9
   265:11

**shortly** 112:3

**show** 91:6 123:3 135:9,19,21 156:21
   176:8 187:5,13,20 188:3 199:11
   203:23 204:2 227:25 266:21 270:1

**showed** 237:19 270:22

**shower** 9:24 66:7 76:9,10 81:25
   145:20 146:2 148:1,18 157:23 186:18

**showers** 156:16

**showing** 90:20 134:24 135:15,23
   137:16 150:9 216:2 222:6 224:13
   225:10 226:11 227:6 246:15 270:20

**shown** 256:13

**shut** 145:13 147:13,16,18

**sick** 216:11,13

**side** 34:22 92:6 97:17 123:17,23
   170:20 175:18 235:7 237:10

**sides** 101:20

**sign** 101:23 253:20 254:1,6,24 263:3,
   10,15,23 264:9

**signal** 240:2

**signature** 123:16

**signed** 201:19,24 254:17 255:3,6
   257:8 262:12

**significance** 252:6,9

**significant** 233:18

**signing** 5:6 253:15 255:15 264:14,17

**signs** 66:15

**silver** 135:6

**similar** 136:2 224:5

**Simona** 5:12 7:9,18

**SIMONA09@MSN.COM** 250:13
   251:13 252:7

Simonao9@msn.com. 250:7

single 48:6 112:10 163:17 213:7

sink 82:15 83:8

sir 6:14,22 7:4 10:24 11:11 12:19
14:12,24 15:4 20:7 22:20,24 23:19
24:9,12,14,17 25:2,8 26:1,4 27:13
32:16,18,20 33:3,7,11,15 35:5,15,20
36:20 42:1,3,18,20 43:1 45:10 48:3
50:6,13,22 54:17 60:21 61:13 62:4,8
63:5 64:15,17,20 65:10,15 68:3 69:22
70:20,24 77:9 81:17,20,24 87:24
102:12,15 107:2 108:25 110:12
120:9,12 125:24 126:3,5 132:3,6,8,
14,17 133:14,16 134:10 135:8,20
136:1,4,7,24 137:7,9,20,24 138:2,6
150:13,16,19 153:7 154:7,10 157:18
158:11,14,17 159:4,15 160:10,13
163:7,10,20 165:6,8,10,13,16 166:3,
13 167:14,25 168:8,16 173:19 176:1
188:20 197:14 201:9 202:12,15 214:6
229:4,25 231:8,13,25 234:17,19
238:19,21 240:3,21 247:1,4,7,10,25
250:11,17,19,22 251:10 252:5 256:1,
5,10 258:10,24 260:12 269:23
274:13,16,19,22

sit 22:21 36:18 66:21 83:18 89:21
95:17 98:3 113:20 117:7 166:14
180:17 185:20 193:12 197:8 210:3
236:8 240:14 242:4,10 243:4 252:3
265:13

sitting 46:18 67:6 169:14 175:19
178:3 179:25 194:23 196:1 197:4
198:3 200:1,3 207:24 208:11,12
210:14

situation 41:6 81:9,10 84:17,21,25
85:19 86:20 88:17,18 89:16 118:6
159:24 160:3

size 25:16,17 29:15 67:17 163:24

skip 189:20

skirt 73:16

sleep 80:1 191:5

sleeping 71:1,2 72:5 145:16,19

slippers 76:16

small 26:25 27:1 29:12,15 82:4,15,16
83:2

smaller 9:10

smart 181:22

social 10:11 42:23 257:23 258:2,5,7,

8

sofa 46:14 139:10 164:17 169:14,15
175:19 181:13

sold 14:5 134:4,9,10,16 153:10 176:6
241:11

sole 29:1

solely 29:20 30:7

someplace 128:15 215:5 238:4

Sony 27:3,5 29:24 30:6

sort 31:21 118:18 152:14,21 157:24
266:1,20 271:11

sorting 146:3 151:18 169:16,17

South 8:1 11:14

space 82:14,17,19

speak 34:9 62:1 64:1,6 68:22 84:19
85:13,14 89:16 94:6,24 96:2,4 102:25
107:3 108:9 110:4,5 112:11 124:16
125:10 163:5 183:6,9 231:23 232:2

speaking 89:22 183:25 240:15
247:22 266:11

specialist 43:12

specific 37:6,8 243:20 244:13
248:10 257:13 259:8

specifically 22:22 151:25 241:16
242:5 261:4 270:7 273:12

speech 12:21

speed 266:17

spell 44:8

spent 71:25 93:24 127:4

spoke 36:13 85:3 89:15,23 112:16
113:24 116:2 144:17 231:14 243:23
268:6

spoken 241:4 244:18 246:1,22 248:6
266:6

sponge 82:10

spring 19:22 24:3 62:11 153:4,6,9
255:10

Square 43:25

stability 82:5

staff 227:19 228:7,11,12 230:16

stairs 78:1,5,8,10,12 127:22 142:14

stamp 123:17

stand 83:20 200:4,5

standard 164:5

standing 237:10,15

start 6:5 11:25 12:1 16:3 17:16,25
33:20,23 60:25 207:22 233:6 256:11,
14

started 5:20 12:25 25:24 176:13

state 7:8 75:4 176:21 274:9

stated 220:6

States 12:6 27:11 30:11 39:2 44:6
60:12 155:6,14 156:6

stating 94:18 131:8 236:19

station 125:18 204:18 206:23 207:1,
8,11,15 210:5

status 63:8 64:16 65:18

stay 8:11,25 50:20 61:18 65:4 76:20
102:17 111:22 129:25 145:6,22 146:5
149:2 155:7,11 162:14 165:7,9 191:5
202:22 210:16,19 215:5 240:4 262:5
267:6

stayed 15:2 102:19 103:17 126:24
145:7 152:5 154:25 155:1,5 210:19
213:16

staying 190:1 221:25 261:11

stays 48:7

steal 244:21

step 44:18 47:5 197:20

steps 34:5

stipulated 5:4

Stollsteimer 113:8,10 114:17
116:12 117:24 118:24 119:2,3

stood 83:18 235:7

stop 17:11 71:18 128:17 165:2 168:7
232:5

stopped 35:18 66:5 71:19 125:17

stopping 125:25 128:14

stops 77:3,7 81:15 101:8,10 125:15
126:1 132:7 140:12

store 9:9,10 21:5,22 31:13 128:21
129:7 150:24 165:24 166:16 167:12,
18,19,23 260:16,18,19

storing 22:13 23:6

**straight** 142:13

**strange** 95:13 195:11 198:8 235:11

**street** 34:22 35:2

**strength** 197:21

**stretcher** 51:18 52:5,7 185:1,4,17,
18,22 186:10 204:8,22 266:15 268:9

**strike** 11:16 110:2 117:16 142:19
163:14 215:11 229:15

**strong** 44:24 244:22

**strongly** 229:10

**structure** 223:6,21,23

**struggled** 260:1

**stuck** 142:16

**stuff** 51:23,24 52:1 153:16,22 154:20

**subdued** 263:22

**submitted** 97:8 108:9 115:23 117:10
122:25

**sue** 40:5,11,21

**sued** 37:16 40:4 42:19 214:5 241:2,8,
9

**suggestions** 260:13

**suing** 40:20 201:16,18,23 202:13

**summer** 19:24,25 271:14

**support** 10:9 83:13

**supposed** 40:6 94:12 111:11 198:10
209:8 210:18 214:13 219:16 242:20
253:25 264:8

**surgery** 61:19 62:17 63:22,23 64:11
72:22 210:17 228:21 229:10,18
230:17 262:18,23 264:7

**surrounding** 236:17

**surveilling** 77:16

**survey** 259:18

**surveyor** 259:15

**survival** 257:23

**survivor** 258:8

**sweater** 59:16

**switch** 30:21

**swollen** 76:18

**sworn** 5:13

**system** 27:5 29:25 30:2,6,11,14
48:22,25

---

### T

**taking** 6:8 62:7 207:22

**talk** 14:14 19:20 53:4 62:6,23 65:17
69:13 71:5 79:24 84:21 85:8 89:25
100:1 118:4 119:3 128:14 144:2
154:15 159:2 166:20 176:17 177:18,
19,21,22 180:24 184:17 195:11 214:2
231:19 244:4,19 247:25 266:8

**talked** 9:17 45:11 53:6,10 62:20 64:8
69:2,3,6 85:6 86:24 89:20 93:13
152:19 160:23 167:7 192:9 243:25
244:20 248:17,18 255:7

**talking** 6:20 20:1 26:24 37:14 38:9
62:8 81:8 87:16,21 96:18 97:24 109:5
122:2 130:19 177:14 180:23 183:15
184:4,8,11,14 203:7 205:18,23 206:4
209:21 213:14 221:4 240:8,25 243:7,
22 245:21

**tall** 200:22 201:2 210:16

**Target** 128:15

**tax** 252:17,20,21,24 253:10 263:3

**taxes** 252:15 253:3,6 257:4,20 259:1,
4

**taxi** 45:13 49:12,14 221:17 236:20

**technicians** 54:3

**telephone** 31:14 63:12,20 68:14
85:23 108:4,18 110:15 113:19 151:24
268:24

**telephones** 26:16 30:18

**telling** 84:21 114:15 211:24

**temporarily** 154:19

**ten** 179:11,14

**term** 107:25 263:23

**terms** 257:13 259:5

**test** 214:17

**testified** 5:13 58:18 100:21 106:20
118:16 187:24 257:22 265:6 269:11

**testify** 7:6,7

**testifying** 189:9 256:21

**testimony** 59:11 67:9 97:14,17
120:17 155:22,25 168:21 179:23

196:7 229:5 244:8 251:4

**text** 239:11 246:24 247:5

**texted** 247:8

**thanked** 118:5

**therapist** 42:23

**therapy** 64:24 70:7 241:19 267:2

**thick** 147:8

**thing** 84:3 94:19 131:13 162:12
203:12 213:7 214:10 259:5 263:11

**things** 61:15 152:14,22 157:24
179:22 198:14 199:1 207:23 232:21
254:18 256:12 259:8

**thinking** 118:19 233:13 264:18

**Thompson** 274:8,10,14

**thought** 44:23 48:10 76:2 104:15
105:6 112:25 127:2 139:24 148:10,21
167:10,11 171:8 204:9 235:1 262:25
263:24

**threaten** 240:25

**threw** 239:3

**throw** 196:23 204:4 239:5

**tibia** 61:9

**ticket** 20:3

**tight** 190:11 199:10 200:6,7,9

**till** 48:7 64:25 65:6 78:8 145:7
154:11,22 160:15 191:7 210:23 259:4

**time** 5:10 10:3 12:18 14:20,25 15:18
16:2 17:8,25 18:2,4 21:22 23:3 25:21
27:7 31:3 33:24 34:18 36:2 37:16
41:19 44:7 45:20 48:15 49:1,9 54:10
60:1 61:25 63:1 65:7 68:17 69:9
74:12 75:8 80:4 81:20 83:21 85:12,14
87:16 93:23 95:21 96:9 98:15 100:18,
19 101:8,12 102:11 103:10 104:6,23
111:2 112:3 118:6 122:4,5,8 124:24
125:22 126:4 129:8,15 132:9,11
133:8,9 134:8 140:19 141:7 144:1,5,
17,25 146:4,10 151:3 152:24 154:21
155:4 161:5 162:6,17 163:2,11 166:4,
7,15 167:15 168:1,23 169:8 170:12
172:17 173:3,5,9,25 174:1,10 178:4
179:1 180:11 183:24 184:20 186:9,12
188:3,12 191:13,23 192:9,12,22
195:12 196:3 199:7 200:1,11,14
211:16 220:11,17 225:1,16 226:24
229:16,23 230:21 231:14,19 233:24
237:12 238:9 239:22 240:10 242:9

244:16,18 245:5 246:25 247:3,6,9,14 248:5,11 249:13,14 251:8 254:4 255:19,25 256:4 258:5,6 262:4 263:7 264:20 265:8,10 266:10 267:8 274:12,21

**timeframe** 247:21 261:4

**times** 49:2,5 81:7 179:3,5,9,10,11,18, 20 182:12 219:13 244:19 246:22 248:18 252:15 253:9 269:14

**timing** 77:21

**Tinicum** 71:4,18 76:21 77:11 78:22, 24 79:4,17 81:16 125:16

**title** 271:20

**today** 5:24 6:19 7:6 10:10 22:21 36:18 66:21 89:21 98:3 113:20 117:7 143:3 166:15 180:18 185:20 210:3 233:1 234:14 236:8 238:22 239:1 240:14 242:4,11 243:5 247:15 251:2 252:3 256:14 263:12 265:6,13 273:4, 10 274:2

**Todd** 7:13 41:17 234:7

**toilet** 82:15 83:5,16,17,18 128:6 161:4,7 211:5

**told** 47:4,9 50:8,11 54:24,25 55:5,7, 12,13,14,15 57:21 69:11 75:5,11 80:5 86:18,22 88:13 91:14 110:7 117:18, 21 130:13 159:22 160:4 230:19 260:1 263:21

**Tomorrow** 38:20

**tools** 137:9

**top** 28:5 150:21 188:25 189:1 193:10 208:14 216:18,21 219:21 273:6

**Total** 138:8

**touch** 238:11 268:22

**touching** 202:3

**township** 5:21 17:11 34:1 35:22 36:3 62:2,3 63:17,11,13,14 64:5,12 65:9,13 71:4 76:21 81:5 84:4,7,10,16, 18 85:1,4,6,8,10,12 86:18 87:17 88:1, 4,6,20 89:15,17,23,24 90:1,5,7 91:3 93:14,22 94:5,9 96:1 98:22,25 99:2 100:20,23 101:5,18 104:12 105:3 108:6 109:22 110:10 112:12,16 121:23 122:16,19,24 123:2 125:3 158:18,23 188:15 196:21,22 204:11 205:2 206:6 222:10,13 223:22 226:25 242:12,14,15,16,22 243:9 260:16 261:19,22

**Tracfone** 143:13 239:14

**transcript** 96:19 105:23

**transfer** 239:8 247:18 256:20 271:20

**transition** 154:23

**transportation** 221:23 266:14 268:10

**transported** 111:24 181:21 204:17 236:2

**transporting** 191:22

**trash** 36:1 161:25 176:16,19 177:5

**traveled** 155:10

**traveling** 45:15 49:5 155:9

**treat** 72:24 213:25 228:6 230:16

**treated** 42:21,24 231:11,16

**treatment** 43:6 229:7,8 230:19

**trespass** 199:24

**trespassing** 41:2 211:24

**trial** 5:10 42:5

**TRICARE** 43:5

**tricked** 263:23

**trip** 7:17

**trouble** 51:22

**truck** 141:7

**true** 51:25 160:19 178:21 191:1

**Trust** 16:20,25

**truthfully** 7:6

**turn** 145:14 146:16 148:3

**turned** 148:5,8

**turning** 160:9,12

**TV** 29:14 30:22

**TVS** 26:25 27:1 29:12

**Tyler** 234:8,16

**type** 10:12 17:5 37:24 42:4 55:22 56:5 61:14 72:17 73:9,19 82:16 83:13 95:2 99:22 112:19 135:8 136:2,5 155:15,17 178:5 190:19 236:21 238:8 251:11 253:16

**U**

**uh-uhs** 6:10

**ultimately** 252:20

**uncle** 260:4

**Underlined** 270:24

**underneath** 47:6

**understand** 6:13,14,21,24 7:3 22:16 28:9 30:24 37:1,10 41:7 52:15 83:4 123:21 144:16 171:13 182:14 203:16 206:17 213:4 223:8,11 250:2 251:4 253:18 272:3

**understanding** 97:2 241:9 255:3

**understood** 7:2 17:7

**unfettered** 94:13 149:6

**uniform** 54:8

**United** 12:6 27:11 30:11 39:2 44:5 60:12 155:6,14 156:5

**unlawful** 224:1

**unlimited** 94:13 134:11 148:11 149:6

**unlock** 88:21 140:24 141:15 142:8

**unopened** 23:20,21 25:13 26:3,10, 21 27:2,10 28:18,19 29:6,7,8,9,10

**unsafe** 93:4 223:7,15,16,23

**unsecure** 63:15

**untrue** 178:24

**UPS** 150:23,24 151:2 165:24 166:15 167:12,18,19,22 169:18

**upset** 49:19 57:11 59:1 100:3

**utilities** 250:10

**V**

**VA** 43:6,8

**vacation** 68:16 244:2 245:22 268:25

**vain** 145:25

**valve** 188:24

**van** 49:14 213:12

**vehicle** 32:7,15 68:2,4 80:3 93:8 100:7,24 104:5

Simona Ockley - March 11, 2025

**vehicles** 102:10

**verbal** 6:11

**verify** 50:18

**version** 273:2,4

**Veterans** 258:12,13

**video** 177:13 179:5,6 180:14 203:14, 15 211:17,20

**view** 48:11

**Villanova** 11:15 13:19,21,24 14:23 47:12 59:22 150:23 167:17

**violated** 202:17

**Violation** 224:10 225:4 227:3

**violent** 174:19,21

**violently** 174:2

**Visa** 24:7,16,22

**visit** 263:1 266:6 268:6,8

**visited** 262:15

**visiting** 265:23

**voice** 7:19 81:7 176:24 177:16 240:9

**voices** 173:13

---

**W**

**wait** 6:16 14:13 89:1,2 172:1 209:8 228:17 270:19

**waited** 97:9

**waiting** 95:21 97:6 98:20 100:23 124:7 145:3 190:1 191:6,7 212:12

**waived** 5:8

**walk** 45:1 67:6,10,12 95:9 180:6 181:14 182:1,25 224:23

**walk-in** 156:16

**walker** 54:22 67:12,13,17,18 82:4,6 83:3,19 128:1,12 181:16,17,20,23,24 182:2 183:1 193:15 207:1 228:12,14

**walking** 199:2

**wall** 30:3 170:20 185:2 193:25

**wallet** 186:24,25 208:1,5

**walls** 170:18,24 181:24

**Walmart** 128:15

**wanted** 31:24 47:17 73:5 111:8 127:13 128:17 257:16 270:6

**wash** 82:11 83:12 128:8,19 148:19

**washcloth** 82:10 83:11

**washed** 82:7 83:16 128:18 157:7

**washer** 188:23,24 189:7

**water** 148:3,4,5,8,16 149:21 150:3,4, 15 151:8 152:7 160:12,16 162:11 163:25 164:1,5,9 167:1,5 173:25 188:24 189:6

**Wayne** 260:17

**ways** 177:4

**wear** 72:13 73:9,11,13,20 74:3,19 76:17 106:18 156:24

**wearing** 59:13,15 72:8 74:20 78:3 81:23 125:12,24 165:14,17 167:23 186:13

**weather** 104:2

**wee** 273:11

**week** 221:3 251:23

**weight** 138:21

**What'sapp** 240:1

**wheel** 100:6

**wheelchair** 52:10,15 67:14,15,20,23 94:16 95:11 99:9,11,15,25 100:10,13 106:5,6,22 127:20,24 190:2 234:25 235:6

**wheeled** 56:21,23 185:22

**wheels** 52:9,13 189:4

**Whelan** 94:20 97:22 98:9,12 105:19, 24 106:8 118:23 122:19 225:25 235:4 263:11,17,20

**whiling** 209:19

**wide** 73:15 156:16

**window** 79:24

**windows** 58:24,25 193:8,9

**winter** 16:1

**wintertime** 255:9

**wise** 155:18

**woman** 71:22 78:20 85:14,20 89:15, 23 99:25 158:2,3 162:14 163:5 172:12

**woman's** 85:16

**women** 86:23 178:2,10,18 180:20 183:2,5,6,22 185:9 186:6

**wondering** 127:8

**wood** 170:20,23 194:19

**word** 149:12 154:13

**words** 17:6 50:5 116:24 120:14 163:13 175:15,22 195:17 219:15 244:13 263:19

**work** 10:8 15:10 16:8 17:10 18:8 33:24 142:4 152:14 153:23 154:16 155:17 158:12,15 195:23 236:2,21

**worked** 10:3 54:1

**worker** 42:23

**working** 40:10 132:15 259:2,3

**Works** 36:16

**worried** 58:9 62:25 63:25 64:8 65:20 78:18 228:25

**worries** 23:14

**worry** 31:8 62:12 95:15 221:2

**wrap** 72:22

**Wright** 81:6 88:1,3

**write** 47:22 214:19 216:25 217:2,23 218:14,25 219:1,8

**writing** 96:23 217:19 218:15 219:3,9 271:11 273:6,8,14

**written** 45:23 79:5 107:19 108:9 109:25 264:4 273:7

**wrong** 57:4 61:3 71:22 110:21,22 111:10 135:3 138:4 260:4 263:10 264:5 270:21

**wrongful** 40:7

**wrongfully** 40:16

**wrote** 50:14 79:6 87:15 217:8,15,18 219:3 228:5 236:14 254:9

---

**X**

**x-ray** 61:7

---

**Y**

**Yamane** 43:11,14,15

**yard** 35:25

**year** 11:3 12:15 17:17 20:1,16 35:3
192:12 259:1

**years** 9:14 21:18 23:7 37:22 60:10
153:19

**yell** 50:4

**yelling** 131:7 176:14,22 240:16,19

**young** 35:11,12 172:14 176:14,22,23
200:23 205:6,7 240:18