# EXHIBIT 7

## 416 South Ithan Road, Villanova, PA 19085
## AMENDMENT TO AGREEMENT OF SALE

THIS AMENDMENT TO AGREEMENT OF SALE (the "Amendment") is made and entered into this 17th day of April, 2022 (the "Amendment Date"), by and between SIMONA OCKLEY (the "Seller"), and ROCKWELL GLYNN, LP (the "Buyer").

### BACKGROUND

1. Seller and Buyer are parties to a certain Agreement of Sale ("AOS") for Real Estate having an effective date of October 20, 2021, which AOS provides the sale and purchase of 416 South Ithan Road, Villanova, Township of Radnor, County of Delaware, and Commonwealth of Pennsylvania; and

2. Seller and Buyer do hereby desire to amend the AOS as set forth herein.

### AGREEMENT

AND NOW, THEREFORE, in consideration of the covenants and agreements set forth herein, Seller and Buyer agree as follows:

3. Section 4. (SETTLEMENT AND POSSESSION) of the AOS, Part (A), settlement date is hereby extended from January 31, 2022, to June 10, 2022.

IN WITNESS THEREOF, this Amendment to the Agreement of Sale of Real Estate has been executed by the Parties hereto as of the Amendment Date set forth above. This Amendment may be executed in counterparts.

SELLER:

_____
SIMONA OCKLEY

BUYER:

_____
BY: Gregory Zingo, Manager
ROCKWELL GLYNN, LP