# EXHIBIT 10

**EXHIBIT A**

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

| | |
|---|---|
| ROCKWELL GLYNN, LP.<br>　　　　　　　　　　　Plaintiff<br>v.<br>SIMONA OCKLEY<br>　　　　　　　　　　　Defendant | Court of Common Pleas of Delaware County<br><br>No. CV-2022-004275<br><br>CIVIL ACTION |

**ORDER**

Upon consideration of the Complaint and Petition for Special Injunction filed by Plaintiff, Rockwell Glynn LP., and after a hearing on July 11, 2022 and having heard the arguments advanced by Defendant, Simona Ockley, and Lee M. Herman, Esquire, counsel for Plaintiff, and good cause appearing,

It is on this __15th__ day of July, 2022, hereby ORDERED and DECREED as follows:

1. Plaintiff may immediately record the Deed to 416 South Ithan Avenue, Villanova, PA 19085 ("the Property") previously executed by Defendant.

2. The title company shall disburse the proceeds it currently holds in the approximate amount of Four Hundred Ninety Thousand Dollars ($490,000.00) to Defendant.

3. Defendant shall have unlimited and unfettered access to the Property at her own risk to remove her personal property until September 1, 2022. Any personal property remaining at the Property after September 1, 2022 shall be deemed abandoned and may be removed by Plaintiff as refuse.

BY THE COURT:

_/s/ John J. Whelan_
John J. Whelan, J.

Date: July 11, 2022

FILED
07-27-2022 02:56 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA