# EXHIBIT 12

EMERGENCY MOTION FOR RECONSIDERATION
OF JULY 15, 2022 ORDER
NUMBER # CV-2022-004275
ROCKWELL GLYNN, LP. PLAINTIFF
V
SIMONA OCKLEY NEGUT DEFENDANT

MY NAME IS SIMONA OCKLEY NEGUT DEFENDANT
IN THE CIVIL CASE - CV-2022-004275
ON JULY 11, 2022 ) WAS PRESENT IN FRONT
OF HON. JUDGE JOHN J. WHELAN TO
DEFEND MY SELF
) HAVE PRESENTED VERBALLY AND IN WRITING
MY POSITION REGARDING COMPLAINT FILE
BY THE ATTORNEY OF THE PLAINTIF GREGORY
LINGO. JUDGE JOHN J WHELAN WAS VERY
HON. COMPATIONATE WITH MY SITUATION, HE
SAID THAT HE NEVER ENCOUNTER SUCH
A CASE.
MY UNDERSTANDING WAS THAT ) WAS
ALLOWED ON THE PROPERTY TILL
SEPTEMBER 01, 2022, WITHOUT ANY
PRESENCE OF THE BUILDER, OR
RESTRAIN.
ACTUALLY THIS WAS NOT TRUE.
ON 08.08.2022 ) WAS DISCHARGE
FROM THE SKILLED NURSING FACILITY
BROOMALL MANOR AROUND 6:00 PM
) WENT TO THE PROPERTY AND TO
ALL MY DOORS THERE ARE TWO
SETS OF LOCKS: ONE SET FROM
RADNOR TOWNSHIP, ONE FROM THE
BUILDER GREGORY LINGO.

Copying is prohibited

) CALLED THE BUILDER TO REMOVE
THE LOCKS AND HE DENIED, SAYING
THAT ) AM NOT ALLOWED TO CHANGE
TAKE A SHOWER ON MY OWN HOUSE.)
LAST NIGHT ) SLEPT IN THE HOTEL
(SEE RECEIPT)
TODAY 08.09.2022 ) TRIED AGAIN
TO GO HOME AND THE SETS OF
TWO LOCKS WERE TO ALL DOORS,
MGM TREE COMPANY BLOCK ALL
THE DRIVEWAY WITH WORK THAT
THEY NOT SUPOSED TO BE ON
THE PROPERTY TILL SEPTEMBER
1, 2022.
TWO OF THE TRUCKS FROM VERIZON,
COMCAST WERE WAITING ON
S, ITHAN NOT TO BE ABLE TO
RESTORE SERVICES TO MY HOUS
MY UNDERSTANDING WAS THAT
THE BUILDER SHOULD NOT COME
ON THE PROPERTY BEFORE
SEPTEMBER 01, 2022
PLEASE ANALIZE ALL THE FACTS
AND LET ME STAY ON THE PROPERTY
AND HAVE MORE TIME THAN
SEPTEMBER 01, 2022.
RESPECTFULLY
SIMONA OCKLEY NEGUT

08.09.2022

09.08. 2022 2051

Tinicum Twp PD
610 521 3830

Officer Ryan

Copying Prohibited



**Red Roof PLUS+ Philadelphia Airport**
49 Industrial Highway
Essington, PA  19029 US
Phone: 610-521-5090
Fax: 610-521-4019
Email: i0119@redroof.com
Printed: 8/9/2022 11:29:18 AM

# Folio (Detailed)

| | | | |
|---|---|---|---|
| Name: | OCKLEY NEGUT, SIMONA OCKLEY | | Conf #: 119-171929 |

Address:   416 S. ITHAN AVE
VILLANOVA, PA  19085-0000 US

| | | | |
|---|---|---|---|
| Room: | 103 | Room Type: | NR1KM, NON-SMOKING PREMIUM KING, MICRO-FRIDGE |
| Nights: | 1 | Guests: 1/0 | |
| Rate Plan: | BAR | Daily Rate: $101.99 + $9.18 Tax | GTD:  900 - CASH |
| Arrival: | 8/8/2022 (Mon) | Departure: 8/9/2022 (Tue) | |

Room Rate:

8/8/2022 (Mon) - 8/8/2022 (Mon)      $101.99 + $9.18 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 8/8/2022 | 913 | VISA (9923) | ($111.17) | ($111.17) |
| | | 053721 132366570 | | |
| 8/8/2022 | 100 | ROOM CHARGES | $101.99 | ($9.18) |
| 8/8/2022 | 150 | STATE TAX | $6.12 | ($3.06) |
| 8/8/2022 | 151 | COUNTY TAX | $3.06 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $101.99 | $9.18 | $0.00 | $0.00 | ($111.17) | $0.00 | $0.00 |

Copying Prohibited