# EXHIBIT 13

**EXHIBIT B**

# IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

## CIVIL ACTION – LAW

| | |
|---|---|
| **ROCKWELL GLENN, LP** : | No: 2022-004275 |
| v. : | |
| **SIMONA OCKLEY** : | |

### ORDER

AND NOW, this ___9___ day of August, 2022, upon consideration of Defendant's Emergency Petition, and upon review of the Docket and the July 15, 2022 Order signed by Judge John J. Whelan, after a prior hearing on the matter, it is hereby **ORDERED** that Defendant's Petition is **GRANTED**.

Defendant Simona Ockley shall have unlimited and unfettered access to the property located at 416 South Ithan Avenue, Villanova, PA 19085 at her own risk to remove her personal property until September 1, 2022. Plaintiff shall remove any additional locks so that Defendant may access the property until September 1, 2022. Plaintiff and/or the Radnor Police Department shall allow access by removing locks to provide Defendant access to the property to remove her personal property until September 1, 2022.

BY THE COURT:

_____ J.

FILED
08-09-2022 04:08 PM
OFFICE OF JUDICIAL SUPPORT