# EXHIBIT 17

C-Track Public Access                                                           PUBLIC USER ▾

# Case View  CV-2022-004275

| | | |
|---|---|---|
| Case Number | CV-2022-004275 | |
| Title | Rockwell Glynn, L.P. v. Ockley, Simona | |
| Classification | Civil - Real Property - Real Property: Other | |
| Filed Date | 06/23/2022 2:14 PM | |

| PARTIES | DOCKET ENTRIES | JUDGMENTS | ASSESSMENTS | RECEIPTS |
|---|---|---|---|---|

| Docket Entry Filed Date and Time ▲ | Docket Entry Subtype | Docket Entry Description | Filer | Documents |
|---|---|---|---|---|
| 06/21/2022 4:36 PM | Complaint | Complaint | Rockwell Glynn, L.P. | 📄 |
| 06/23/2022 2:15 PM | Receipt | Receipt #000476751 for $297.25 paid for by Lee M. Herman | | 📄 |
| 06/24/2022 12:43 PM | Petition | Petition For Special Injunction | | 📄 |
| 06/24/2022 12:50 PM | Receipt | Receipt #000477073 for $100.00 paid for by HERMAN, LEE M | | 📄 |
| 06/24/2022 2:24 PM | Return of Service | Return of Service | Rockwell Glynn, L.P. | 📄 |

| | | | | Documents |
|---|---|---|---|---|
| 07/27/2022 2:56 PM | Order | Order for Special Injunction Granted Judge Whelan 236 Notice of Order Sent on 7/28/22 | | 📄 |
| 08/09/2022 3:42 PM | Emergency Motion | Emergency Motion for Reconsideration | Ockley, Simona | 📄 |
| 08/09/2022 4:06 PM | Order Granting Emergency Motion/Petition | Order Granting Emergency Motion/Petition 236 Notice 8/9/2022; J Dozor; 8/9/2022 | Ockley, Simona | 📄 |
| 08/15/2022 2:59 PM | Petition for Reconsideration | MOTION FOR RECONSIDERATION OF PLAINTIFF ROCKWELL GLYNN, L.P. | Rockwell Glynn, L.P. | 📄 |
| 08/15/2022 2:59 PM | Motion Cover Sheet | Motion Cover Sheet | Rockwell Glynn, L.P. | 📄 |

1 to 10 of 21    <    >



C-Track Public Access                                                                          PUBLIC USER ▼

# Case View  CV-2022-004275

| | |
|---|---|
| Case Number | CV-2022-004275 |
| Title | Rockwell Glynn, L.P. v. Ockley, Simona |
| Classification | Civil - Real Property - Real Property: Other |
| Filed Date | 06/23/2022 2:14 PM |

**PARTIES**  **DOCKET ENTRIES**  **JUDGMENTS**  **ASSESSMENTS**  **RECEIPTS**

| Docket Entry Filed Date and Time ▲ | Docket Entry Subtype | Docket Entry Description | Filer | Documents |
|---|---|---|---|---|
| 08/16/2022 11:35 AM | Receipt | Receipt #000486639 for $17.50 paid for by Lee M. Herman | | 📄 |
| 08/17/2022 11:53 AM | Mail Returned - USPS | Mail Returned - USPS | | 📄 |
| 08/17/2022 1:30 PM | Praecipe | Praecipe | Rockwell Glynn, L.P. | 📄 |
| 09/06/2022 12:30 PM | Answer/Response to Motion/Petition | Answer/Response to Motion/Petition | Ockley, Simona | 📄 |
| 09/12/2022 12:25 PM | Proof of Service | Proof of Service | Rockwell Glynn, L.P. | 📄 |

Documents

| | | | | |
|---|---|---|---|---|
| 09/26/2022 3:30 PM | Other Miscellaneous | Other Miscellaneous | Ockley, Simona | 📄 |
| 10/05/2022 3:28 PM | Order | Order Judge Whelan 236 Notice of Order Sent on 10/5/22 | | 📄 |
| 10/06/2022 9:10 AM | Other Miscellaneous | Other Miscellaneous | Rockwell Glynn, L.P. | 📄 |
| 01/28/2025 8:43 AM | Transcript of Proceedings | Transcript of Proceedings J Whelan 51 Pages 6/11/2022 | | |
| 02/10/2025 3:12 PM | Transcript of Proceedings | Transcript of Proceedings J Whelan 51 Pages 7/11/2022 Revised | | |

11 to 20 of 21   <   >

C-Track Public Access
Developed by Thomson Reuters Court Management Solutions



C-Track Public Access                                                                                          PUBLIC USER

# Case View  CV-2022-004275

| | |
|---:|:---|
| Case Number | CV-2022-004275 |
| Title | Rockwell Glynn, L.P. v. Ockley, Simona |
| Classification | Civil - Real Property - Real Property: Other |
| Filed Date | 06/23/2022 2:14 PM |

**PARTIES**  **DOCKET ENTRIES**  **JUDGMENTS**  **ASSESSMENTS**  **RECEIPTS**

| Docket Entry Filed Date and Time ▲ | Docket Entry Subtype | Docket Entry Description | Filer | Documents |
|---|---|---|---|---|
| 04/08/2025 2:06 PM | Transcript of Proceedings | Transcript of Proceedings J Whelan 31 Pages 9/8/2022 | | |

21 to 21 of 21   ◄   ►