# EXHIBIT 19

# APPLICATION FOR INVOLUNTARY EMERGENCY EXAMINATION AND TREATMENT

## Mental Health Procedures Act of 1976
### Section 302

(THE BLANKS BELOW MAY BE COMPLETED FOLLOWING ADMISSION.)

12/9/60

| NAME | | | AGE | SEX |
|---|---|---|---|---|
| Last: Ockley | First: Simona | Middle: | 61 | F |

| ADDRESS |
|---|
| 416 S Ithan Ave. Radnor PA 19085 |

| NAME OF COUNTY PROGRAM | NAME OF BSU | BSU NUMBER |
|---|---|---|
| | | |

| NAME OF FACILITY | ADMISSION DATE | ADMISSION NUMBER |
|---|---|---|
| | | |

## INSTRUCTIONS

1. Part I must be completed by the person who believes the patient is in need of treatment. If this person is not a physician, police officer, the County Administrator or his delegate, he or she must request authorization or a warrant through the County Administrator.

2. If the authorization or a warrant through the County Administrator is required, call or visit the Office of the County Administrator. Authorization to take a patient for examination without a warrant is to be documented in Part II. If a warrant is required, Part III must be completed by the County Administrator or a person designated by the Administrator to sign the warrants.

3. When the patient is taken to the examination facility, the rights described in Form MH 783-A must be explained. Part IV should be signed by the person who explains these rights to the patient.

4. Part V is to be completed by the County Administrator (or representative) or by the Director of the Facility (or representative) upon arrival of the patient at the facility.

5. Part VI is to be completed by the examining physician.

6. If additional sheets are required at any point in completing this form, note on this form the number of additional sheets which are attached.

7. If the patient is subject to criminal proceedings/detention, briefly describe below.

*[Stamp: County of Delaware AUG 1 2 2022 Delegate Approved]*

She is delusional

Simona has a unknown mental health diagnosis. She was recently discharged from Bryn Mawr hospital. Simona believes she own's a house that she sold. The home is uninhabitable and there is no running water. Simona is sitting in the home with no ventalation in extremely warm temperatures. She is sitting in urine and feces and refusing to leave.

escribe in detail the specific behavior within the last 30 days which supports your belief (include location, date and time 'henever possible, and state who observed the behavior):

```
_____
_____
_____
_____
_____
_____
_____
_____
```

understand that I may be required to testify at a court hearing concerning the information I gave.

n the basis of the information I gave above, I believe that ___Simona Ockley___
(PERSON'S NAME)

in need of involuntary examination and treatment. I request that: (Check A or B - Notice that B can only be checked by a
ysician, a police officer, the County Administrator or his/her delegate).

A. [X]   The County Administrator issues a warrant authorizing a policeman or someone representing the
County Administrator to take the patient to a facility for examination and treatment.

___Lisa Blake___ / ___Courtney Stott___          ___8/12/22___
SIGNATURE OF APPLICANT                              DATE

___Lisa Blake___ / ___Courtney Stott___          ___484-985-5725___
PRINT NAME AND ADDRESS OF APPLICANT                 TELEPHONE NO.

B. [ ]   That this facility examine the patient to determine his/her need for treatment.

_____          _____
SIGNATURE OF PHYSICIAN, POLICE OFFICER                  DATE
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____          _____
PRINT NAME AND TITLE OF PHYSICIAN, POLICE OFFICER       TELEPHONE NO.
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____
ADDRESS

[Stamp: County of Delaware — AUG 1 2 2022 — Delegate Approved]