# EXHIBIT 21

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF: Delaware | | POLICE CRIMINAL COMPLAINT COMMONWEALTH OF PENNSYLVANIA VS. |
|---|---|---|
| Magisterial District Number: 32-1-27 MDJ: Hon. HONORABLE DAVID H. LANG Address: 4855 WEST CHESTER PIKE NEWTOWN SQUARE, PA 19073 Telephone: (610) 358-7430 | DEFENDANT: SIMONA First Name | (NAME and ADDRESS) ORIGINAL OCKLEY Middle Name  Last Name  Gen 0 |

- [ ] 1-Felony Full
- [ ] 2-Felony Ltd.
- [ ] 3-Felony Surrounding States
- [ ] 4-Felony No Ext
- [ ] 5-Felony Pend.
- [ ] 6-Felony Pend. Extradition Determ.
- [ ] A-Misdemeanor Full
- [ ] B-Misdemeanor Limited
- [ ] C-Misdemeanor Surrounding States
- [ ] D-Misdemeanor No Extradition
- [ ] E-Misdemeanor Pending
- [ ] F-Misdemeanor Pending Extradition Determ.
- [ ] Distance:

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | DTN/LiveScan Number | Complaint | Incident Number | Request Lab Services? |
|---|---|---|---|---|---|
| R-17-22 | 08/13/22 | R337845-4 | 9587 | RT-22-10846 | [ ] YES [X] NO |

| GENDER | DOB 12/9/1960 | POB | | Add'l DOB | Co-Defendant(s) |
|---|---|---|---|---|---|
| [ ] Male [X] Female | First Name  AKA | Middle Name | Last Name | | Gen |

| RACE | [X] White | [ ] Asian | [ ] Black | [ ] Native American | [ ] Unknown |
|---|---|---|---|---|---|
| ETHNICITY | [ ] Hispanic | | [X] Non-Hispanic | [ ] Unknown | |
| HAIR COLOR | [ ] GRY (Gray) [ ] BLK (Black) [ ] BLN (Blonde/Strawberry) | [ ] RED (Red/Aubn.) [ ] ONG (Orange) | [ ] SDY (Sandy) [X] WHI (White) | [ ] BLU (Blue) [ ] XXX (Unk/Bald) | [ ] PLE (Purple) [ ] GRN (Green) [ ] BRO (Brown) [ ] PNK (Pink) |
| EYE COLOR | [ ] BLK (Black) [ ] HAZ (Hazel) | [ ] BLU (Blue) [ ] MAR (Maroon) | [X] BRO (Brown) [ ] PNK (Pink) | [ ] GRN (Green) [ ] MUL (Multicolored) | [ ] GRY (Gray) [ ] XXX (Unknown) |

DNA: [ ] YES [X] NO  DNA Location

Weight: 275

[ ] YES [ ] NO

5  7

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat [ ] | Registration Sticker (MM/YY) | Comm'l Veh. Ind. [ ] | School Veh. [ ] | Oth. NCIC Veh. Code | Reg. same as Def. [ ] |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth  [ ] Approved  [ ] Disapproved Because: _____

The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P.507.)

| Name of the attorney for the Commonwealth | (Signature of the attorney for the Commonwealth) | (Date) |
|---|---|---|

I, BROWN, BRIAN
(Name of the Affiant)
of RADNOR TWP PD
(Identify Department or Agency Represented and Political Subdivision)

PSP/MPOETC Assigned Affiant ID Number and Badge # 304021  140
(Police Agency ORI Number) PA0232600

do hereby state: (check appropriate box)

1. [X] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as _____
   [ ] I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at [_____]  _____
   (Subdivision Code)  (Place-Political Subdivision)

   416 S ITHAN AV   VILLANOVA, PA 19085

   in Delaware _____ County [_____] on or about  08/13/2022
                                  (County Code)         (Offense Date)

QPC 412A - Rev. 12/21

Page 1 of 8



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 08/13/2022 | OTN/LiveScan Number R337845-4 | Complaint 9587 | Incident Number |
|---|---|---|---|---|
| | First: SIMONA | Middle: | Last: OCKLEY | ORIGINAL |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered __1__ through __8__.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing of confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

August 13, 2022         #740
(Date)                  (Signature of Affiant)

AND NOW, on this date __8/13/2022__ I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

32-1-27
(Magisterial District Court Number)     (Issuing Authority)
                                        32-2-53

Aug. 13. 2022 7:07PM No. 2132 P. 16

# POLICE CRIMINAL COMPLAINT

ORIGINAL

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint | Incident Number |
|---|---|---|---|---|
| | 08/13/2022 | R337645-4 | 9587 | PR 22-10846 |

| | First: | Middle: | Last: |
|---|---|---|---|
| | SIMONA | | OCKLEY |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

☐ Attempt 18 901 A ☐ Solicitation 18 902 A ☐ Conspiracy 18 903 Number of Victims Age 60 or Over ____

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | 3503 | A1I | of the | 18 | | | | |

☐ Interstate ☐ Safety Zone ☐ Work Zone

Statute Description (Include the name of the statute or ordinance):
Crim Tres-Enter Structure

Acts of the accused associated with this Offense:

The actor knowing that he was not licensed or privileged to do so, entered a building or occupied structure or separately secured or occupied portion thereof, namely, 416 S. ITHAN in violation of Section 3503(a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. 3503(a)(1).

☐ Attempt 18 901 A ☐ Solicitation 18 902 A ☐ Conspiracy 18 903 Number of Victims Age 60 or Over ____

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 3502 | A4 | of the | 18 | | | | |

☐ Interstate ☐ Safety Zone ☐ Work Zone

Statute Description (Include the name of the statute or ordinance):
Burglary - Not Adapted for Overnight Accommodation, No Perso

Acts of the accused associated with this Offense:

Burglary - Not Adapted for Overnight Accommodation

☐ Attempt 18 901 A ☐ Solicitation 18 902 A ☐ Conspiracy 18 903 Number of Victims Age 60 or Over ____

| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 3503 | B1I | of the | 18 | | | | |

☐ Interstate ☐ Safety Zone ☐ Work Zone

Statute Description (Include the name of the statute or ordinance):
Def Tres Actual Communication To

Acts of the accused associated with this Offense:

The actor knowing that he was not licensed or privileged to do so, entered or remained in a place, namely, 416 S. ITHAN as to which notice against trespass was given by actual communication to the actor, namely, COURT ORDER in violation of Section 3503(b)(1)(i) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3503(b)(1)(i).

35



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 08/13/2022 | OTN/Livescan Number R337646-4 | Complaint 9587 | Incident Number |
|---|---|---|---|---|
| | First: SIMONA | Middle: | Last: | ORIGINAL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Over _____ |
|---|---|---|---|---|

| ☐ | 4 | 3304 | A1 | of the | 18 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
Crim Misch/Dmg Prop Intent, Reckless, Or Neglig

Acts of the accused associated with this Offense:

The actor intentionally damaged tangible property of another, namely in the employment of fire, explosives, or other dangerous means listed in Section 3302(a)(relating to causing or risking catastrophe) causing a pecuniary loss in excess of $500.00 in violation of Section 3304 (a)(1) and (b) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3304(a)(1) and (b), as amended. The actor damaged tangible property of another, intentionally, recklessly, or by negligence in the employment of fire, explosives, or other dangerous means listed in Section 3302(a)(relating to causing or risking catastrophe) causing or risking catastrophe) in violation of Section 3304 (a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3304(a)(1), as amended. The actor intentionally damaged tangible property of another, namely in the employment of fire, explosives, or other dangerous means listed in Section 3302(a)(relating to causing or risking catastrophe) causing a pecuniary loss in excess of $5,000.00 or causing a substantial interruption or impairment of public communications, transportation, supply of water, gas or power, or other public service, in violation of Section 3304 (a)(1) and (b) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. -3304(a)(1) and (b), as amended.

AOPC 412A - Rev. 12/21

Page 4 of 8

**CONFIDENTIAL**



# Confidential Information Form
## Criminal Complaint

ORIGINAL

Complete the defendant's SSN information if known. If this form is submitted as part of a Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos should also be completed if known.

| Docket Number: | Date Filed: 08/13/2022 | OTN/LiveScan Number R337845-4 | Complaint 9587 | Incident Number RT-22-10846 |
|---|---|---|---|---|
| | First: SIMONA | Middle: | Last: OCKLEY | |

| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 91 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

Scars, Marks, Tattoos (NCIC Codes)

Pursuant to the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This information pertains to: | Confidential Information: | Reference in filing: |
|---|---|---|
| OCKLEY, SIMONA | Social Security Number (SSN) 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 | Alternate Reference: SSN1 |
| (full name of adult) OR This information pertains to a minor with the initials _____ and the full name of | Financial Account Number (FAN) | Alternate Reference: FAN1 |
| | Driver's License Number (DLN) 27589603 | Alternate Reference: DLN1 |
| (full name of minor) and date of birth _____ | Driver's License State (DLN) PA Driver's License Expires (DLN) 12/10/2025 | |
| | State Identification Number (SID) | Alternate Reference: SID1 |

___ Additional page(s) attached. ___ total pages are attached to this filing.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing of confidential information and documents differently than non-confidential information and documents.

_____          _____
Signature of Attorney or Affiant     Date

Name: BROWN, BRIAN                   Attorney Number (if applicable) _____
Address: RADNOR TWP PD               Telephone: _____
         301 IVEN AV
         WAYNE, PA 19043             Email: _____

OPC 412A - Rev. 12/21                **CONFIDENTIAL**                    Page 5 of 8



# Police Criminal Complaint

ORIGINAL

| Docket Number: | Date Filed: 08/13/2022 | OTN/LiveScan Number R337845-4 | | Complaint 9587 | Incident Number RT-22-10846 |
|---|---|---|---|---|---|
| | First SIMONA | | Middle: | Last | OCKLEY |

## AFFIDAVIT OF PROBABLE CAUSE

On 08/12/2022 the homeowner of 416 S. Ithan Av. advised of an unwanted subject living in the residence. The subject is known as Simona Ockley and no longer resides at the listed address. The residence was condemned in May of 2022 and Ockley was not allowed to reside in the residence. Ockley sold the residence on July 15th, 2022, to the current homeowner and was advised she could remove personal items from the residence only with permission from the new property owner and only until 4:00pm.

On August 9th, 2022, the property owner was advised Ockley, with the assistance of a taxi driver, broke all locks off of all the doors with a hammer, and removed all of the notice of condemnation from the building. Ockley refused to leave the home and locked the owner/construction crew out of the home. Ockley informed the homeowner she was coming back to live in the residence. Ockley, within the next couple of days, continued to interfere with construction crews and refused to allow access to the home by inspectors. On 8/12/22 the property owner received a phone call advising that PECO service was taken out of his name and put into Ockley's (the PECO was turned off, since the home is being demolished in 2-3 weeks). When Ockley changed the account, the scheduled meter disconnect was also terminated. Ockley also attempted to restore water service by calling Aqua and even had Verizon at the home attempting to restore service. Ockley has been living in the home, which is condemned and she does not have permission from the current homeowner.

On 8/12/22, the homeowner requested Radnor Police respond to the address and speak to Ockley. Ockley was indeed living in the home the past few days. Ockley did not appear to be making any progress with removing items from the home. The house was extremely hot, has no running water, and Ockley was still in a hospital gown (she was discharged from the hospital on 8/8/22). The house only had a small pathway to a couch, where Ockley appeared to be sleeping and trash bags on both sides of the path. Ockley was on the phone with Aqua when police arrived, trying to restore service. Radnor Police attempted to explain to Ockley that she could not live in the residence, but she continually refused to leave. Ockley was also sitting in her own fecal matter. It appeared Ockley did not want to take care of herself, so we had Mobile Crisis respond. An involuntary commitment was signed and Ockley was transported to the hospital for assistance. Prior to hospital transport, Ockley was advised several times she has no right to the property and can't live in it. Ockley was advised, several times, if she returned to the property, she would be considered trespassing.

On 8/13/22, at the request of the homeowner, Ofc. Cocco checked on the residence. While checking the residence, the plywood erected by the homeowner, preventing access to the home, was unscrewed from the garage. No access to the house was gained through the garage, but the attempt was made. As Ofc. Cocco went to check the rear of the residence, Ockley was observed sitting on the back porch in her hospital gown. Ockley advised she was waiting for a friend to come and help her get into the house. Ockley was advised she is not allowed to be on the property or house, as she was advised on 8/12/22. Ockley refused to leave the residence and was subsequently arrested.

Based on the aforementioned facts, I request Simona Ockley answer to the charges brought against her.





**Police Criminal Complaint**

ORIGINAL

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint | Incident Number |
|---|---|---|---|---|
|  | 08/13/2022 | R337845-4 | 9587 | RT-22-10846 |

| | First | Middle | | Last |
|---|---|---|---|---|
| | SIMONA | | | OCKLEY |

## AFFIDAVIT OF PROBABLE CAUSE

I, BRIAN BROWN, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING OF CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NO-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_R. B. #196_
(Signature of Affiant)

Sworn to me and subscribed before me this 13 day of August, 2022.

Date _____ Magisterial District Judge

My commission expires first Monday of January, 2028

99

Aug. 13. 2022   7:08PM                                                                                    No. 2133   P. 9/16

NOTE: Parties and attorney of record in a case will have access to this Confidential information form. Confidentiality of this form must be maintained.

**CONFIDENTIAL**  Confidential Information Form
Criminal Complaint

ORIGINAL

Additional pages (if necessary)

| This information pertains to: | Confidential Information: | Reference in filing: |
|---|---|---|
| | | |

100

OPC 412A - Rev. 12/21                                                                                    Page ___ of ___