# EXHIBIT 22

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY,
PENNSYLVANIA

| | |
|---|---|
| ROCKWELL GLYNN, L.P.<br>123 E. State Street<br>Media, PA 19063 | : Court of Common Pleas<br>: Delaware County, PA<br>:<br>: |
|       **Plaintiff** | : No. CV-2022- |
| vs. | :<br>: |
| SIMONA OCKLEY<br>416 South Ithan Road<br>Villanova, PA 19085 | :<br>:<br>: |
|       **Defendant** | : |

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

AND NOW, this _____ day of August 2022, upon consideration of

Plaintiff's Motion for Reconsideration, and the accompanying papers in support thereof it

is hereby ORDERED and DECREED that Plaintiff's Motion for Reconsideration is

GRANTED and the Court's Order of August 9, 2022 is VACATED pending further order

of Court.

A further hearing is scheduled for _____, 2022 at _____ a/p.m in

Courtroom _____, Delaware County Courthouse

**BY THE COURT:**

_____
        **J.**

Copying Prohibited

| ROCKWELL GLYNN, L.P. | : | Court of Common Pleas |
| 123 E. State Street | : | Delaware County, PA |
| Media, PA 19063 | : | |
| Plaintiff | : | No. CV-2022-004275 |
| vs. | : | |
| | : | |
| SIMONA OCKLEY | : | |
| 416 South Ithan Road | : | |
| Villanova, PA 19085 | : | |
| Defendant | : | |

## ORDER AMENDING JULY 15, 2022 AND AUGUST 9, 2022 ORDERS

Upon consideration of the Plaintiff's Motion for Reconsideration of our August 9, 2022

Order, and good cause appearing, **IT IS ORDERED** as follows:

The Court's July 15, 2022 and August 9, 2022 Orders are amended to clarify that:

1. Defendant's access to 416 S. Ithan Avenue is limited to entry for the sole purpose of removing her personal property;

2. Defendant may not move into, or otherwise remain at 416 S. Ithan Avenue, for any reason other than removal of personal property;

3. In order to properly protect Defendant from the dangers at 416 S. Ithan Avenue, her access shall be subject to the supervision of Radnor Township and the Radnor Township Police Department.

**BY THE COURT:**

_____
J.

LEE M. HERMAN, ESQUIRE
Attorney for Plaintiff
Attorney I.D. No. 27570
280 N. Providence Road, Suite 4
Media, Pennsylvania 19063
(610) 891-6500
Fax (215) 689-1930
lmh@lmhlaw.com

| | |
|---|---|
| ROCKWELL GLYNN, L.P.<br>123 E. State Street<br>Media, PA 19063 | : Court of Common Pleas<br>: Delaware County, PA<br>: |
| Plaintiff | : No. CV-2022-004275 |
| vs. | :<br>: |
| SIMONA OCKLEY<br>416 South Ithan Road<br>Villanova, PA 19085 | :<br>:<br>: |
| Defendant | : |

## MOTION FOR RECONSIDERATION OF PLAINTIFF ROCKWELL GLYNN, L.P.

COMES NOW Plaintiff, Rockwell Glynn, L.P. ("Movant"), by and through counsel, Lee M.

Herman, Esquire, who seeks Reconsideration of the August 8, 2022 Order of Honorable Barry C. Dozor

entered in the above captioned matters, and in support thereof, states as follow:

4.      On July 11, 2022, Hon. John J. Whelan held a hearing on Plaintiff's Complaint and

Petition for Special Injunction, at which time both the Plaintiff and Defendant testified on the record.

5.      On July 15, 2022, Hon. John J. Whelan entered an Order as set forth in Exhibit "A"

which stated *inter alia* "Defendant shall have unlimited and unfettered access to the Property at her own

risk *to remove her property*" until September 1, 2022" (emphasis added).

6.      The July 15, 2022 Order was entered on the docket on July 27, 2022.

7.      On August 9, 2022, Defendant filed a handwritten "Emergency Motion for

Reconsideration" as is set forth in Exhibit "B".

8.      Defendant never served her "Emergency Motion for Reconsideration" upon Movant or

Movant's Counsel.

9.      On August 9, 2022, the same day that Defendant's "Emergency Motion for Reconsideration" was filed, Hon. Barry C. Dozor entered an Order as is set forth in Exhibit "C".

10.      Prior to the entry of Judge Dozor's Order, neither Movant nor Movant's counsel had an opportunity to review the Emergency Motion or to file opposition to Defendant's Emergency Motion for Reconsideration, as no notice had been provided to Movant.

11.      Had Movant had an opportunity to address Defendant's Emergency Motion for Reconsideration, it would have opposed the Emergency Motion for the following reasons:

    a.   Defendant's Emergency Motion for Reconsideration was untimely, even using the July 27, 2022 as the date the July 15, 2022 Order was docketed. Any reconsideration was required to be within ten (10) days, which –at the latest-- expired August 8, 2022.

    b.   Movant no longer owns the Property, having recorded the Deed as permitted by Judge Whelan's July 15, 2022, and thereafter conveyed the Property to Movant's buyer-Jeffrey Brydzinski ("Brydzinski"), who is not a party to the current litigation.

    c.   Defendant Simona Ockley removed locks installed by Radnor Township and broke into the Property with the intention of moving into the Property as verbally expressed to both Movant and Brydzinski.

    d.   The Property remains condemned by Radnor Township as unsafe for human habitation; as such, Defendant's intention to occupy the Property without the consent of either Plaintiff or the current owner is unsafe.

    e.   In breaking into the property, Defendant removed two signs posted by Radnor Township, a "Notice of Condemnation" and a "Notice of Violation".  Each sign contained a warning that anyone removing such notices would be subject to prosecution.

    f.   Movant and Brydzinski remain committed to allowing Defendant access to the Property for the sole purpose of removing her personal property.  Brydzinski does not consent to allowing Defendant to move into and to live inside the Property.

12.      The interior conditions of 416 S. Ithan Avenue are set forth in the attached photographs taken previously. After these pictures were taken, the conditions worsened, as the kitchen floor failed.

13.      Neither Plaintiff nor Brydzinski have access to the interior of the property, as the Radnor Police have locked the property from the inside and neither Plaintiff nor Brydzinski have been provided keys.

Copy Not Provided

14.     In connection with the recording of the Deed as permitted by the July 15, 2022 Order, the proceeds of the sale in excess of $400,000.00 has been forwarded to Defendant, c/o her attorney, Kenneth C. Russell, Esquire. As such, there is no financial need for Defendant to occupy her former residence.

WHEREFORE, Movant Rockwell Glynn LP, respectfully requests that the Court enter an Order:

a.   Granting Movant's Motion for Reconsideration;

b.   Vacating the August 9, 2022 Order until further Order of Court

c.   Amending the July 15, 2022 Order and including the following language:

i.   Defendant's access to 416 S. Ithan Avenue is limited to entry for the sole purpose of removing her personal property;

ii.  Defendant may not move into, or otherwise remain at 416 S. Ithan Avenue, for any reason other than removal of personal property;

iii. In order to properly protect Defendant from the dangers at 416 S. Ithan Avenue, her access shall be subject to the supervision of Radnor Township and the Radnor Township Police Department.

d.   Granting such other relief as is equitable under the circumstances.

Respectfully submitted,

**LEE M. HERMAN, ESQUIRE**

**s/ Lee M. Herman**
Lee M. Herman, Esquire
Attorney for Movant,
Rockwell Glynn, L.P.

August 15, 2022

VERIFICATION

Lee M Herman, Esq., being the attorney for the movant, Rockwell Glynn LP, states that the facts set forth in the attached within petition for reconsideration are true and correct to the best of his knowledge.

s/ Lee M. Herman
Lee M. Herman

Date: August 15, 2022

Copying Prohibited

CERTIFICATION OF GOOD FAITH OF MOVING PARTY
AND SERVICE OF PETITION FOR RECONSIDERATION

Notice of was given to the following persons in the manner set forth and on the date(s) and time(s) set forth.

PERSONS NOTIFIED:

Via Fax and Email to
Kenneth C. Russell, Esquire
1000 North Providence Road
Media, PA 19063
ken@russell.legal and fax to: (215) 914-2118
Attorney for Defendant, Simona Ockley
(has not entered an appearance in this matter)

Via United States Mail, First Class, Priority Mail to:

Simona Ockley
416 S. Ithan Avenue
Villanova, PA 19083

August 15, 2022                                /s/Lee M. Herman
                                               Lee M. Herman
                                               Attorney for Plaintiff

Copying Prohibited

EXHIBIT "A"

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

ROCKWELL GLYNN, LP.                     :          Court of Common Pleas of Delaware County
                              Plaintiff  :
v.                                       :          No. CV-2022-004275
                                         :
SIMONA OCKLEY                            :          CIVIL ACTION
                              Defendant  :

## ORDER

Upon consideration of the Complaint and Petition for Special Injunction filed by Plaintiff, Rockwell Glynn LP., and after a hearing on July 11, 2022 and having heard the arguments advanced by Defendant, Simona Ockley, and Lee M. Herman, Esquire, counsel for Plaintiff, and good cause appearing,

It is on this _15th_ day of July, 2022, hereby ORDERED and DECREED as follows:

1.    Plaintiff may immediately record the Deed to 416 South Ithan Avenue, Villanova, PA 19085 ("the Property") previously executed by Defendant.

2.    The title company shall disburse the proceeds it currently holds in the approximate amount of Four Hundred Ninety Thousand Dollars ($490,000.00) to Defendant.

3.    Defendant shall have unlimited and unfettered access to the Property at her own risk to remove her personal property until September 1, 2022. Any personal property remaining at the Property after September 1, 2022 shall be deemed abandoned and may be removed by Plaintiff as refuse.

BY THE COURT:

John J. Whelan, J.

Date: July 11, 2022

Copying Prohibited

Copying Prohibited

EXHIBIT "B"

EMERGENCY MOTION FOR RECONSIDERATION
OF JULY 15, 2022 ORDER
NUMBER # CV-2022-004275
ROCKWELL GLYNN, LP. PLAINTIFF
V
SIMONA OCKLEY NEGUT DEFENDANT

MY NAME IS SIMONA OCKLEY NEGUT DEFENDA
IN THE CIVIL CASE - CV-2022-004275
ON JULY 11, 2022 ) WAS PRESENT IN FRONT
OF HON. JUDGE JOHN E. WHELAN TO
DEFEND MY SELF
) HAVE PRESENTED VERBALLY AND WRITTEN
MY POSITION REGARDING COMPLAINTS FILE
BY THE ATTORNEY OF THE PLAINTIFF GREGOR

HON. JUDGE JOHN WHELAN WAS VERY
COMPASSIONATE WITH MY SITUATION, HE
SAID THAT ) NEVER ENCOUNTER SUCH
A CASE
MY UNDERSTANDING WAS THAT ) WAS
ALLOWED ON THE PROPERTY TILL
SEPTEMBER 01, 2022 WITHOUT ANY
PRESENCE OF THE BUILDER, OR
RESTRAIN.
ACTUALLY THIS WAS NOT TRUE
ON 08.08.2022 ) WAS DISCHARGE
FROM THE SKILLED NURSING FACILITY
BROOMALL MANOR AROUND 6 oo o
) WENT TO THE PROPERTY AND TO
ALL MY DOORS THERE ARE TWO
SETS OF LOCKS: ONE SET FROM
RADNOR TOWNSHIP ONE FROM THE
BUILDER NEO CORP
LINGO.

) CALLED THE BUILDER ... SAYING
THE LOCKS AND HE DENIED TO ...
THAT ) AM NOT ALLOWED TO CHANGE
TAKE A SHOWER ON MY OWN HOUSE,
LAST NIGHT ) SLEPT IN THE HOTEL
(SEE RECEIPT)
TODAY 08.09.2022 ) TRIED AGAIN
TO GO HOME AND THE SETS OF
TWO LOCKS WERE TO ALL DOORS
MGM TREE COMPANY BLOCK ALL
THE DRIVEWAY WITH WORK THAT
THEY NOT SUPOSED TO BE AT
THE PROPERTY TILL SEPTEMBER
1, 2022,
TWO OF THE ... WERE WAITING ON
COMCAST ... FROM VERIZON
S. I THAN NOT TO BE ABLE TO
RESTORE SERVICES TO MY HOUSE
MY UNDERSTANDING WAS THAT
THE BUILDER SHOULD NOT COME
ON THE PROPERTY BEFORE
SEPTEMBER 01, 2022
PLEASE ANALIZE ALL THE FACTS
AND LET ME STAY ON THE PROPERTY
AND HAVE MORE TIME THAN
SEPTEMBER 01, 2022,
RESPECTFULLY

SIMONA OCKLEY NEGUT

08.09.2022

08.08. 2022 2051

Tinicum Twp PD
610 521 3830

Officer Ryan

Copying Prohibited



Red Roof PLUS+ Philadelphia Airport
49 Industrial Highway
Essington, PA 19029 US
Phone: 610-521-5090

Fax: 610-521-4019
Email: i0119@redroof.com
Printed: 8/9/2022 11:29:18 AM

# Folio (Detailed)

| | | | |
|---|---|---|---|
| Name: | OCKLEY NEGUT, SIMONA OCKLEY | | Conf #: 119-171929 |

| | | | |
|---|---|---|---|
| Address: | 416 S. ITHAN AVE<br>VILLANOVA, PA 19085-0000 US | | |
| Room: | 103 | Room Type: | NR1KM, NON-SMOKING PREMIUM KING, MICRO-FRIDGE |
| Nights: | 1 | Guests: 1/0 | |
| Rate Plan: | BAR | Daily Rate: | $101.99 + $9.18 Tax    GTD:    900 ⊕CASH |
| Arrival: | 8/8/2022 (Mon) | Departure: | 8/9/2022 (Tue) |

Room Rate:

8/8/2022 (Mon) - 8/8/2022 (Mon)    $101.99 + $9.18 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 8/8/2022 | 913 | VISA (9923)<br>053721 132366570 | ($111.17) | ($111.17) |
| 8/8/2022 | 100 | ROOM CHARGES | $101.99 | ($9.18) |
| 8/8/2022 | 150 | STATE TAX | $6.12 | ($3.06) |
| 8/8/2022 | 151 | COUNTY TAX | $3.06 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $101.99 | $9.18 | $0.00 | $0.00 | ($111.17) | $0.00 | $0.00 |

Copying Prohibited

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

ROCKWELL GLYNN, LP.                :     Court of Common Pleas of Delaware County
                          Plaintiff :
v.                                  :     No. CV-2022-004275
                                    :
SIMONA OCKLEY                       :     CIVIL ACTION
                          Defendant :

## ORDER

Upon consideration of the Complaint and Petition for Special Injunction filed by Plaintiff, Rockwell Glynn LP., and after a hearing on July 11, 2022 and having heard the arguments advanced by Defendant, Simona Ockley, and Lee M. Herman, Esquire, counsel for Plaintiff, and good cause appearing,

It is on this ___15th___ day of July, 2022, hereby ORDERED and DECREED as follows:

1.     Plaintiff may immediately record the Deed to 416 South Ithan Avenue, Villanova, PA 19085 ("the Property") previously executed by Defendant.

2.     The title company shall disburse the proceeds it currently holds in the approximate amount of Four Hundred Ninety Thousand Dollars ($490,000.00) to Defendant.

3.     Defendant shall have unlimited and unfettered access to the Property at her own risk to remove her personal property until September 1, 2022. Any personal property remaining at the Property after September 1, 2022 shall be deemed abandoned and may be removed by Plaintiff as refuse.

BY THE COURT:

_____
John J. Whelan, J.

Date: July 11, 2022

Copying Prohibited

FILED
07-27-2022 02:58 PM
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA
OFFICE OF JUDICIAL SUPPORT
DELAWARE COUNTY, PA

Copying Prohibited

EXHIBIT "C"

# IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

## CIVIL ACTION – LAW

ROCKWELL GLENN, LP : No: 2022-004275
:
v. :
:
SIMONA OCKLEY :
:

### ORDER

AND NOW, this _____ 9 _____ day of August, 2022, upon consideration of Defendant's Emergency Petition, and upon review of the Docket and the July 15, 2022 Order signed by Judge John J. Whelan, after a prior hearing on the matter, it is hereby **ORDERED** that Defendant's Petition is **GRANTED**.

Defendant Simona Ockley shall have unlimited and unfettered access to the property located at 416 South Ithan Avenue, Villanova, PA 19085 at her own risk to remove her personal property until September 1, 2022. Plaintiff shall remove any additional locks so that Defendant may access the property until September 1, 2022. Plaintiff and/or the Radnor Police Department shall allow access by removing locks to provide Defendant access to the property to remove her personal property until September 1, 2022.

**BY THE COURT:**

_____ J.

Copying Prohibited

Copying Prohibited

EXHIBIT "D"



# LEGAL NOTICE

RADNOR
TOWNSHIP

Andy Pancoast
Code Official

301 Iven Avenue
Wayne, PA 19087
(Office) 610-688-5600 x 140
(Fax) 610-971-0450
apancoast@radnor.org
www.radnor.com

# DANGER

This Structure is Declared Unsafe For
Human Occupancy or Use. It Is Unlawful For Any Person To
Use Or Occupy This Building After ___4-21-22___

Any Unauthorized Person Removing This Sign Will be Prosecuted

416 S. Ithan Ave  Villanova  PA
Address of Building

Chapter ___1___          Section _108.1.3_          of the _2018_ _IPMC_ Code

Date _4-21-22_                    CODE OFFICIAL

EXHIBIT 1

Copying Prohibited

EXHIBIT "E"





