# EXHIBIT 23

# LEE M. HERMAN, ESQUIRE

Attorney At Law
280 N. PROVIDENCE ROAD, SUITE 4
Media, PA 19063
(610) 891-6500
Efax: (215) 689-1930

August 22, 2022

VIA HAND DELIVERY

Honorable Barry C. Dozor
Judge, Court of Common Pleas of Delaware County
Courthouse, 201 W. Front Street
Media, PA 19063

Honorable John J. Whelan
Judge, Court of Common Pleas
Courthouse, 201 W. Front Street
Media, PA 19063

RE: Rockwell Glenn, LP Vs. Simona Ockley
CV-2022-004275

Dear Judges Dozor and Whelan,

[handwritten: THEY DON'T WANT TO HAVE MY PERSONAL PROPERTY]

I represent plaintiff, Rockwell Glenn, LP in the above-captioned matter and wish to update the Court on recent developments which may impact the ongoing efforts to allow Simona Ockley to remove her personal property from the Ithan Avenue property.

[handwritten: WRONG]

Since the filing of Defendant's Petition for Reconsideration of the Court's August 9, 2022 Order, Defendant Simona Ockley was arrested by Radnor Police for moving into the Ithan Avenue property in violation of the Township's Condemnation Order. Although bail was set at $1.00, there are three conditions for her release: (1) Ms. Ockley must provide an address for her to be go when she is released: (2) Ms. Ockley must undergo a competency exam and (3) Ms. Ockley must undergo a mental health evaluation.

To date, Ms. Ockley has not satisfied these conditions and remains incarcerated at George W. Hill Correctional Facility. The next court date in her criminal matter is scheduled for September 15, 2022 before District Magesterial Court Judge David Lang. A copy of the criminal case docket is attached for immediate reference.

[handwritten: DOING EVERYTHING NOT TO BE →]

[handwritten: WRONG] As such, it is unlikely that Ms. Ockley will be able to remove her personal possessions by the September 1, 2022 deadline. With the consent of the new owner, Jeffrey Brydzinski, my client intends to rent PODS (a temporary storage container) on Ms. Ockley's behalf and to move the contents of the house into these containers. The containers will remain on the property for a period of time.

[handwritten: → ABLE TO REMOVE MY PROPERTY IN TIME]

[handwritten page number: 132]

Hon. John J. Whelan and Hon. Barry C. Dozor
August 22, 2022
Page Two

---

I am sending a copy of this correspondence to Ms. Ockley at the George W. Hill Correctional Facility, along with previous correspondence sent to her at the Ithan Avenue address which were returned by postal authorities.

We renew Plaintiff's request that the Court immediately schedule a hearing and confirm that (1) Defendant has no right or authority to move into or to occupy the condemned property; (2) Defendant may not prevent access to the Plaintiff and/or the owner to the condemned property; (3) Defendant's access is solely limited to recovery of any personal property; (4) Plaintiff may move Defendant's personal property into secure containers at Defendant's cost, which shall remain on the property for a period of time; and (5) the home may be demolished after September 1, 2022.

*[handwritten: NOT AGREE TO ACCESS MY PERSONAL PROPERTY]*

Respectfully submitted,

Lee M. Herman

CC:   Rockwell Glynn, J. Brydzinski, Kenneth Russell, Esquire (all vial email)
Simona Ockley c/o George W. Hill Correctional Facility via Priority First Class US Mail