# EXHIBIT 26

IN THE ... COUNTY, PENNSYLVANIA

RE: ROCKWELL GLYNN, LP
VS
SIMONA OCKLEY NEGUT
CIVIL CASE NO.
CV-2022-004275

2022 SEP 23 PM 1:21

HONORABLE JUDGE JOHN J. WHELAN,

I AM THE DEFENDANT SIMONA OCKLEY NEGUT IN THE CIVIL CASE NO: CV-2022-004275. AFTER HEARING, ON SEPTEMBER 09, 2022 YOU ORDERED THAT ALL MY PERSONAL PROPERTY FROM THE HOUSE LOCATED ON 416 S. ITHAN AVE, VILLANOVA, PA 19085 THAT WAS PLACED BY GREGORY LINGO THE PLAINTIFF IN THE CIVIL CASE NO. CV-2022-004275 IN THREE PODS CONTAINER WILL BE AVAILABLE TO ME UNTILE SEPTEMBER 18, 2022. ON SEPTEMBER 19, 2022 THE THREE PODS WILL BE REMOVED FROM THE PROPERTY AND PLACED AT THE PODS FACILITY LOCATE AT: 125 GREEN TREE ROAD, UNIT 40, PHOENIXVILLE, PA 19460. FROM SEPTEMBER 19, 2022 THROUGH OCTOBER 8, 2022 YOU ORDERED THAT I WILL BE ABLE TO RETRIEVE MY PERSONAL PROPERTY FROM THE THREE PODS STORED AT THE PODS FACILITY IN PHOENIXVILLE. ON SEPTEMBER 24, 2022 WHEN I WENT TO THE PODS FACILITY TO RETREIVE MY PERSONAL PROPERTY FROM THE THREE PODS, I WAS INFORMED THAT I WAS NOT

ALLOWED TO ACCESS THE PODS BECAUSE I DO NOT HAVE A PIN OF THE ACCOUNT OR ANSWER A SECRET QUESTION FOR SECURITY OF THE PODS'S ACCOUNT CREATED ON AUGUST 30, 2022 BY THE PLAINTIFF GREGORY LINGO, ROCKWELL GLYNN, LP. THE TIME IS PASSING AND I AM NOT ABLE TILL NOW TO RETREIVE MY PERSONAL PROPERTY FROM THE THREE PODS LOCATED AT THE PODS FACILITY IN PHOENIXVILLE. KINDLY PLEASE ASSIST ME IN OBTAINING THE PIN NUMBER AND THE SECURITY QUESTION OF THE POD'S ACCOUNT HOLDER NAME, SO MY BELONGINGS WILL NOT BE HOLD HOSTAGE TO ROCKWELL GLYN, LP, AND EXTEND THE DATE SINCE THE ACCESS OF THE THREE PODS IS PROHIBITED. I HAVE TO MENTION THAT LEE M. HERMAN ATTORNEY FOR PLAINTIFF GREGORY LINGO IN THIS CIVIL CASE DELIVERED TO ME ONLY THE THREE KEYS FOR THE PODS. THIS IS PROVEING MY CONTINUOS BATTLE IN OBTAINING MY PERSONAL PROPERTY FROM THE HOUSE THAT I SOLD TO GREGORY LINGO, PLAINTIFF IN THIS CIVIL CASE ON JULY 15, 2022 AND FURTHER MORE PLEASE ADVISE WHAT RIGHTS I HAVE IF THE ENTIRE CONTENT OF THE HOUSE IS NOT IN ALL THESE THREE PODS.

RESPECTFULLY
SIMONA OCKLEY NEGUT
SEPTEMBER 26, 2022

MEDIA INN AND SUITES
300 S. PROVIDENCE RD, RM 106
MEDIA PA 19063

ADM
DELAWARE
2002 SEP 25 PM 1:21

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

RE: ROCKWELL GLYNN, LP.
VS
SIMONA OCKLEY NEGUT
CV-2022-004275

HONORABLE JUDGE JOHN J. WHELAN,

I AM THE DEFENDANT SIMONA OCKLEY NEGUT IN THE CIVIL CASE NO. CV-2022-004275 AFTER HEARING, ON SEPTEMBER 09, 2022, YOU ORDERED THAT ALL MY PERSONAL PROPERTY/CONTENTS OF MY HOUSE LOCATED ON 416 S. ITHAN AVE, VILLANOVA, PA 19085 THAT WAS PLACED BY THE PLAINTIFF GREGORY LINGO IN THREE PODS CONTAINED WITHOUT MY KNOWLEDGE, TO BE DEEMED ABANDONED AND MAY BE DISPOSED OF AFTER OCTOBER 08, 2022.

PER MY PREVIOUS CORRESPONDENCE DATED SEPTEMBER 26, 2022 WHEN I INFORMED YOU OF THE HURDLES I HAVE ENCOUNTERED IN OBTAINING MY BELONGINGS FROM THE THREE PODS PROVIDED BY THE PLAINTIFF.

I HAVE MADE SEVERAL ATTEMPTS TO ARRANGE RETRIEVAL AND REMOVAL OF MY PROPERTY WITHOUT SUCCESS. ON OCTOBER 05, 2022, PLAINTIFF'S ATTORNEY, LEE HERMAN CONTACTED ME VIA PHONE AND UPON MY

1

REQUEST TO PROVIDE THE PODS ACCOUNT PIN NUMBER AND/OR THE ANSWER OF THE SECRET QUESTION OF THE PLAINTIFF ACCOUNT WITH PODS COMPANY.

THE RESPONSE OF THE PLAINTIFF'S ATTORNEY LEE HERMAN WAS VAGUE AND PRIOR TO ENDING THE CALL HE MENTIONED TRANSFERRING THE POD'S ACCOUNT AND ASSOCIATED CHARGES TO MY SELF.

PLEASE INTERVENE IN ASSISTING ME IN THE RECOVERY OF MY BELONGINGS FROM MY HOUSE THAT WAS SOLD TO PLAINTIFF GREGORY LINGO ON JULY 15, 2022 WHO CONTINUOUSLY SEEMS TO CREATE BARRIER AFTER BARRIER FROM THE DATE OF SETTLEMENT TILL NOW.

FROM THE FEW GLANCES I HAVE HAD IT IS QUITE OBVIOUS ALL OF THE CONTENTS OF MY HOME ARE NOT IN THE PODS AND I AM STILL AT THE MERCY OF PLAINTIFF GREGORY LINGO TO RETRIVE WHATEVER ITEMS ARE REMAINIG IN THE PODS WITHOUT PROPER ACCESS.

IT APPEARS AS THOUGH HE IS INTENTIONALLY PREVENTING

2

ME AND FORCING ME TO MISS THE DEAD LINE OF OCTOBER 08, 2022 ORDERED BY YOU, YOUR HONOR JUDGE JOHN J. WHELAN.

I SINCERELY HOPE YOU WILL ASSIST ME IN THIS MATTER.

PLEASE UNDERSTAND THAT MY PERSONAL DOCUMENTS INCLUDING MY BIRTH CERTIFICATE, PASSPORT, CITIZENSHIP AMONG FAMILY HEIRLOOM ARE AT STAKE OF BEEING DISPOSSESSED OF IF THE PLAINTIFF GREGORY LINGO WAS HONEST AND UPRIGHT IN PUTTING ALL OF MY POSSESSIONS IN THE PODS.

PLEASE HONORABLE JUDGE JOHN J. WHELAN ASSIST ME IN THIS NEVER ENDING NIGHTMARE AND PROVIDE ME WITH JUSTICE.

LET ME REMIND YOU THAT I WAS APPROACHED BY THE PLAINTIFF GREGORY LINGO IN MY HOSPITAL ROOM WHILE UNDER MEDICATION TO SIGN DOCUMENT WHICH ADVANCED THE SETTLEMENT DATE, BARRICADED AND LOCKED ME OUT OF MY HOME, BEEING PHYSICALLY REMOVED FROM MY HOME FORCED TO UNDERGO UNNECESSARY MENTAL EVALUATION AT CROZER MENTAL HEALTH HOSPITAL, ARRESTED AND INCARCERATED FOR TWENTY ONE (21)

3

DAYS WHILE DISREGARDING YOUR ORDER AND ALSO THE EMERGENCY ORDER OF HONORABLE JUDGE BARRY C. DOZOR AND BEING RESPONSIBLE OF MY CONTENTS OF MY HOME AND PLACING IN THREE PODS.

ANY ASSISTANCE YOU MAY PROVIDE WITH RECOVERY OF MY PERSONAL PROPERTY WOULD BE GREATLY APPRECIA

RESPECTFULLY,

SIMONA OCKLEY NEGUT

OCTOBER 06, 2022

MEDIA INN AND SUITES
300 S. PROVIDENCE RD, ROOM 106
MEDIA
PA 19063

TEL. 215-910-0892

4