# EXHIBIT 28

# Magisterial District Judge 32-1-27

## DOCKET TRANSCRIPT

Docket Number: MJ-32127-CR-0000178-2022

## Criminal Docket



Commonwealth of Pennsylvania
v.
Simona Ockley

Page 3 of 4

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|--------|-------|-------------|-------------|-------------|
| 1 | 18 § 3503 §§ A1I | | Crim Tres-Enter Structure | 08/13/2022 | Dismissed |
| 2 | 18 § 3502 §§ A4 | | Burglary - Not Adapted for Overnight Accommodation, No Person Present | 08/13/2022 | Dismissed |
| 3 | 18 § 3503 §§ B1I | | Def Tres Actual Communication To | 08/13/2022 | Dismissed |
| 4 | 18 § 3304 §§ A1 | | Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | 08/13/2022 | Dismissed |

### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| Dismissed | 09/15/2022 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Crim Tres-Enter Structure | Dismissed |
| 2 Burglary - Not Adapted for Overnight Accommodation, No Person Present | Dismissed |
| 3 Def Tres Actual Communication To | Dismissed |
| 4 Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | Dismissed |

### ATTORNEY INFORMATION

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.