**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| SIMONA OCKLEY ) | |
|         Plaintiff, ) | |
|     vs. ) | **CIV. NO.: 2-24-CV-0470-GW** |
| ) | |
| JEFFREY BRYDZINSKI ) | **JURY OF 12 DEMANDED** |
|    and ) | |
| TYLER PRETE ) | |
|    and ) | |
| ROCKWELL-GLYNN, LP ) | |
|         Defendants. ) | |

**ORDER**

      AND NOW, this _____ day of _____, upon consideration of Defendants', Jeffrey Brydzinski, and Tyler Prete and Rockwell-Glynn, LP's, Motion for Summary Judgment and Plaintiff's Answer thereto, it is hereby ORDERED and DECREED that Defendants' Motion is DENIED.

                                              BY THE COURT,


                                              _____
                                              GAIL A. WEILHEIMER, J.