**IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| SIMONA OCKLEY )<br>          Plaintiff,          )<br>          vs.          )<br>          )<br>          )<br>RADNOR TOWNSHIP, et al.          )<br>          )<br>          Defendants.          )<br>          ) | **CIV. NO.: 2-24-CV-0470-GW**<br><br>**JURY OF 12 DEMANDED** |

**ORDER**

AND NOW, this _____ day of _____, upon consideration of Defendants' Radnor

Township, Joseph Pinto, Jennifer Cocco, Brady McHale and Brian Brown's, Motion for Summary

Judgment and Plaintiff's Answer thereto, it is hereby ORDERED and DECREED that Defendants'

Motion is DENIED.

BY THE COURT,

_____
GAIL A. WEILHEIMER, J.