IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY | : |
| | : CIVIL ACTON |
| *Plaintiff*, | : |
| vs. | : No. 2:24-cv-04070 |
| | : |
| TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE, BRIAN BROWN, JEFFREY BRYDZINSKI, TYLER PRETE and ROCKWELL-GLYNN, LP | : |
| | : JURY TRIAL DEMANDED |
| *Defendants*. | : |

## MOTION OF DEFENDANTS, TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE AND BRIAN BROWN FOR PERMISSION TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants, Township of Radnor, Jennifer Cocco, Joseph Pinto, Brady McHale and Brian Brown file the instant Motion for Permission to File a Reply Brief in Support of their Motion for Summary Judgment and incorporate by reference as if same were more fully set forth herein at length their Memorandum of Law in Support of their Motion.

WHEREFORE, Moving Defendants respectfully request that this Honorable Court grant their Motion for Permission to File a Reply Brief and enter the Order attached hereto.

**MARSHALL DENNEHEY, P.C.**

BY: _____
JOHN P. GONZALES, ESQ.
D. CONNOR WARNER, ESQ.
Attorney ID No. 71265 / 332427
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2871 Fax (215) 575-0856
Email: jpgonzales@mdwcg.com
Email: dcwarner@mdwcg.com

*Attorneys for Defendants,
Township of Radnor, Jennifer Cocco,
Joseph Pinto, Brady McHale and Brian Brown*