IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY | : |
| | : CIVIL ACTON |
| *Plaintiff*, | : |
| vs. | : No.  2:24-cv-04070 |
| | : |
| TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE, BRIAN BROWN, JEFFREY BRYDZINSKI, TYLER PRETE and ROCKWELL-GLYNN, LP | : |
| | : |
| | : JURY TRIAL DEMANDED |
| | : |
| *Defendants*. | : |

**ORDER**

AND NOW, this _____ day of _____ 2025, upon consideration of the Motion of Defendants, Township of Radnor, Jennifer Cocco, Joseph Pinto, Brady McHale and Brian Brown, to File a Reply Brief in Support of their Motion for Summary Judgment, and any response thereto, it is hereby Ordered and Decreed that Defendants' Motion is granted, and Defendants shall file a Reply Brief in Support of their Motion for Summary Judgment within fourteen days of the date set forth above.

                                                                              _____

                                                                                                                                              J.