IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY : | |
| : | CIVIL ACTON |
| *Plaintiff*, : | |
| vs. : | No. 2:24-cv-04070 |
| : | |
| TOWNSHIP OF RADNOR, JENNIFER : | |
| COCCO, JOSEPH PINTO, BRADY MCHALE, : | |
| BRIAN BROWN, JEFFREY BRYDZINSKI, : | |
| TYLER PRETE and ROCKWELL-GLYNN, LP : | JURY TRIAL DEMANDED |
| : | |
| *Defendants*. : | |

## MEMORANDUM OF LAW

**I.     BACKGROUND**

Defendants filed a Motion for Summary Judgment on June 30, 2025 in the above-captioned matter. Prior to filing their Motion, the parties engaged in good faith discussions to file a Joint Statement of Undisputed Facts. The parties were unable to agree to the Joint Statement, until after the Defendants' had filed their Motions for Summary Judgment. The parties have agreed to an Amended Joint Statement of Undisputed Facts, and are filing the Joint Statement with the Court.

Defendants have reviewed Plaintiff's Response to the Radnor Township's Motion for Summary Judgment, and believe that a Reply Brief is necessary in order to address the following issues:

1.     Plaintiff's argument that the individual Radnor Township Defendants can be held liable for a "wrongful commitment", wherein they relied upon a lawfully obtained warrant issued by the Delaware County Delegate, or in the alternative, whether there is clearly established law on this issue that the Defendants violated;

2. Whether the individual Defendants are entitled to qualified immunity with respect to Plaintiff's Fourth Amendment claims for false arrest and malicious prosecution in light of the state court orders, the condemnation of the subject property and Plaintiff's failure to take reasonable steps to remove her personal property from the subject residence;

3. To address Plaintiff's arguments with respect to *Monell* liability of Radnor Township, in light of the undisputed record pertaining to condemnation proceedings and serving involuntary commitment warrants.

Defendants believe that the arguments raised by Plaintiff on these issues require a targeted and specific Reply Brief that will assist the Court in reaching a proper resolution of the claims asserted by Plaintiff in the instant matter.

WHEREFORE, Moving Defendants respectfully request that this Honorable Court grant the Motion for Permission to File a Reply Brief.

                                        **MARSHALL DENNEHEY, P.C.**

BY: _____
JOHN P. GONZALES, ESQ.
D. CONNOR WARNER, ESQ.
Attorney ID No. 71265 / 332427
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2871 Fax (215) 575-0856
Email:  jpgonzales@mdwcg.com
Email: dcwarner@mdwcg.com
*Attorneys for Defendants,*
*Township of Radnor, Jennifer Cocco,*
*Joseph Pinto, Brady McHale and Brian Brown*