IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | |
| | : | CIVIL ACTON |
| *Plaintiff*, | : | |
| vs. | : | No. 2:24-cv-04070 |
| | : | |
| TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE, BRIAN BROWN, JEFFREY BRYDZINSKI, TYLER PRETE and ROCKWELL-GLYNN, LP | : | JURY TRIAL DEMANDED |
| *Defendants*. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to File a Reply Brief in Support of their Motion for Summary Judgment, Memorandum of Law and accompanying Proposed Order, was electronically filed with the Court this date and is available for viewing and downloading from the ECF System.

        **MARSHALL DENNEHEY, P.C.**

        BY: _____
        JOHN P. GONZALES, ESQ.
        D. CONNOR WARNER, ESQ.
        Attorney ID No. 71265 / 332427
        2000 Market Street, Suite 2300
        Philadelphia, PA 19103
        (215) 575-2871 Fax (215) 575-0856
        Email: jpgonzales@mdwcg.com
        / dcwarner@mdwcg.com
        *Attorneys for Defendants,*
        *Township of Radnor, Jennifer Cocco,*
        *Joseph Pinto, Brady McHale and Brian Brown*

Date: August 4, 2025