# *Exhibit 11*

# *Radnor PD Incident Report RT-22-05525*

# RADNOR TWP PD
## Incident Report Form

RT-22-05525
04/21/2022
**NOTIFICATION - TOWNSHIP**

**Primary Officer:** OFC MARK BATES - MBATES

- [ ] Juvenile Involved
- [ ] Investigation
- [ ] Video Available
- [ ] Gang Related
- [ ] Paperless
- [ ] Domestic Related
- [ ] Suspects
- [ ] Bias Crime
- [ ] Accident
- [ ] Administrative
- [ ] Alcohol Related
- [ ] Arrests Made
- [ ] Drugs Involved
- [ ] Ready for DA / Prosecutor
- [ ] Alarm Activated

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| RT-22-05525 | P2200132989 | | | |

| Incident Type | | Dispatcher | Source | District | Status |
|---|---|---|---|---|---|
| NOTTWP NOTIFICATION - TOWNSHIP | | | 911 | 7624 | CLOSED |

**Incident Date / Times** — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 04/21/2022 | Thursday | 0857 | 0858 | 0905 | 1025 | | |

| Disposition | Clear By Exception | Suspended |
|---|---|---|
| | | [ ] |

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| N/A | | | | | |

**Location** — Intersection [ ]

416 S ITHAN AV
VILLANOVA   PA   19085

**Cross Street:** CONESTOGA RD AND MILL RD
GPS Loc X    GPS Loc X

**Municipality:** Radnor Township

Business Name | Arson Value

Gang | Weather

**Modus Operandi Coding**

ENTRY:           VICTIM:
                 PROPERTY:
EXIT:            AREA:
METHOD:          TIME OF DAY:

WEAPONS USED:

**Caller / Complainant Type:** Normal [ ]   Anonymous [ ]   Hangup [ ]   Refused [ ]

## INVOLVED PERSONS

**CONTACT**                                            **CODE: CONT**

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| OCKLEY, SIMONA | [ ] | | 61 | W | F | N | 7 |
| 416 S ITHAN AVE | | Weight | Height | Hair | Eyes | | Phone Number |
| ROSEMONT PA 19010 | | Driver License Number | | | State PA | Class | Expiration Date |
| | | ID Provided | | | Identification Detail | | |

Link Comments

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

| Division | Supervisor | | |
|---|---|---|---|
| PATR | SGT KATHERINE REARDON | | KREARD |
| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | | Officer / ID (Ofcr 3 / Ofcr 4) |

| RT-22-05525 | 4/21/2022 | [X] | Approved By: SGT KATHERINE REARDON | PAGE 1 |
|---|---|---|---|---|
| IRF 1.6 | | | Approved On: 4/21/2022 | Print Date/Time: 9/5/2024 11:03:28 AM |

RADNOR DEFTS 000007

# RADNOR TWP PD
## Incident Report Form

RT-22-05525
04/21/2022

### NOTIFICATION - TOWNSHIP

| | | OFC MARK BATES | MBATES | |
| --- | --- | --- | --- | --- |
| | 7625 | | PAT25 | |
| | 7623 | | PAT23 | |
| | 7645 | SGT KATHERINE REARDON | KREARD | |
| | | Agency Lognum | Unit | |

RT-22-05525    4/21/2022    [x]    Approved By: SGT KATHERINE REARDON    PAGE    2
IRF 1.6    Approved On: 4/21/2022    Print Date/Time: 9/5/2024 11:03:28 AM

RADNOR DEFTS 000008

# RADNOR TWP PD
## Incident Report Form

RT-22-05525
04/21/2022
**NOTIFICATION - TOWNSHIP**

## COMMENTS / NARRATIVES

Title: INITIAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| OFC MARK BATES | 04/21/2022 | SGT KATHERINE REARDON | 04/21/2022 |

Approved By / On: SGT KATHERINE REARDON    04/21/2022

Delcom reports RFC-A is responding to 416 S. Ithan Ave, for a fall victim.
R: I responded to the listed location and made contact with Simona Ockley. Ockley's residence was extremely obstructed with belongings to the point Bryn Mawr Fire Co. was requested for assistance. While on location, Ockley advised she has not ate or moved for 11 days. RFC-A transported Ockley to Bryn Mawr Hospital for treatment of a left leg/ankle injury. Sgt. Reardon advised Lt. Pinto and codes was contacted. Radnor Township Codes responded and posted notice on the residence that it is unfit to be occupied. I spoke with Diana at Delaware County COSA office and was advised since Ockley was currently at Bryn Mawr Hospital, Montgomery County COSA will have to be notified. I spoke with staff at the hospital, who advised Ockley will be admitted for treatment then to a rehab for long term care. Hospital staff will notify COSA and were advised to contact township codes to enter the residence. I secured the residence and township codes advised there will nothing further so Ockley can have a clean out service respond.
ADDED PATROLS TO THE RESIDENCE
Asst: Sgt Reardon
Bates #90

IRF 1.6   RT-22-05525   4/21/2022   ☒   Approved By: SGT KATHERINE REARDON   PAGE 3
Approved On: 4/21/2022   Print Date/Time: 9/5/2024 11:03:28 AM

RADNOR DEFTS 000009

# RADNOR TWP PD
## Incident Report Form

RT-22-05525
04/21/2022

**NOTIFICATION - TOWNSHIP**

**IMAGES**

| RT-22-05525 | 4/21/2022 | ☒ | Approved By: | SGT KATHERINE REARDON | PAGE 4 |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | 4/21/2022 | Print Date/Time: 9/5/2024 11:03:28 AM |

RADNOR DEFTS 000010