# Exhibit 12

## Defendants' Document Production



RADNOR DEFTS 000001



RADNOR DEFTS 000002



RADNOR DEFTS 000003



RADNOR DEFTS 000004


RADNOR DEFTS 000005


RADNOR DEFTS 000006