# *Exhibit 14*

# *Notice of Condemnation*
# *April 26, 2022*



**MOIRA MULRONEY, ESQ.** *Ward 5*
*President*
**JACK LARKIN, ESQ.** *Ward 1*
*Vice President*
**MAGGY MYERS** *Ward 2*
**ANNAMARIE JONES** *Ward 3*
**LISA BOROWSKI** *Ward 4*
**JAKE ABEL** *Ward 6*
**SEAN FARHY** *Ward 7*

**WILLIAM M. WHITE**
*Township Manager*
*Township Secretary*

**JOHN B. RICE, ESQ.**
*Solicitor*

**KEN FROHLICH**
*Treasurer*

**RADNOR TOWNSHIP**
**301 IVEN AVENUE**
**WAYNE, PENNSYLVANIA 19087-5297**

Phone (610) 688-5600
Fax (610) 971-0450
www.radnor.com

# NOTICE OF CONDEMNATION
## PROPERTY MAINTENANCE

**Person(s) Responsible for Violation:**   Simona Ockley

**Mailing Address:**   416 Ithan Avenue, Villanova, PA  19085

**Date of Issuance:**   April 26, 2022

**Location of Condemned Property:**

416 Ithan Avenue, Villanova, PA  19085
(Delaware County Folio - 36040233600)

**Delivered:**   _____ In person to Owner of Record
\_\_\_\_X\_\_\_\_ By Regular Mail and Property Posting

In accordance with Section 108 of the 2009 edition of the International Property Maintenance Code, adopted as the Property Maintenance Code of Radnor Township (Code) under Chapters 222 of the Radnor Township Code, Radnor Township has found the Property located at 416 Ithan Avenue to be unfit for human occupancy and hereby **CONDEMNS** this Property.  Therefore, the dwelling shall be vacated immediately and shall be secured to prevent entry by unwanted individuals.  The Property may not be occupied except as follows:

- Adults may occupy this dwelling during the hours of 8:00am to 4:00pm only for the sole purpose of abating the violations.

- There shall be no other activity on the Property, including cooking, sleeping, conducting other business etc., other than the activity of abating the violations.

- There shall be no children permitted in the dwelling until a Township Codes Official approves the re-occupancy of children.

This Notice of Condemnation is based upon all of the violations listed in the attached Notice of Violation issued against this Property.  The Property shall not be reoccupied until all of these violations have been corrected.  A compliance re-inspection shall be conducted by this office

before the dwelling is re-occupied. Permission shall be obtained from this office before entry into the structure for repairs or cleaning.

You have the right to appeal this Notice to the Radnor Township Code Appeals Board. YOU MUST FILE THIS APPEAL WITHIN TEN (10) DAYS OF THE DATE OF ISSUANCE OF THIS NOTICE.

Failure to comply with this Notice within the time limits specified above constitutes a violation and is subject to a fine of up to $1,000.00 per day, plus all court costs and reasonable attorney's fees, unless an appeal is filed with the Radnor Township Code Appeals Board within 10 days of the date of issuance of this Notice. Each day that a violation continues shall be considered a separate offense punishable by the above-described fines and penalties. In accordance with Section 106.3 of the Code, all costs incurred by the Township in enforcing this matter shall be charged against the Property and shall be a lien upon this property.

You should take the following action immediately:

> Respond to me in writing within five (5) days acknowledging receipt of this Notice and stating what actions you have taken or will take to bring your property into compliance with the Code. This response should be directed to me at the Radnor Township Municipal Building, 301 Iven Avenue, Wayne, PA 19087-5297 or at kkochanski@radnor.org. If you do not take appropriate corrective action, I shall recommend to the Township Board of Commissioners that a civil action be filed against you in Court.

Sincerely,

*[signature]*

Kevin W. Kochanski, RLA, CZO
Director of Community Development / BCO

CC:  Commissioner Moira Mulroney
     William White, Township Manager
     Andy Pancoast, Code Official
     Chris Flanagan, Superintendent of Police
     John Rice, Township Solicitor
     Property File