# *Exhibit 15*

## *Notice of Violation for Weeds*
## *April 27, 2022*




*RADNOR TOWNSHIP*
*Community Development Department*

## NOTICE OF VIOLATION
## PROPERTY MAINTENANCE

**Date of Issuance:** *27 APRIL 22*

**Date of Site Visit:** *27 APRIL 22*   Time of Site Visit: _____  a.m.
p.m.

**Location of Property in Violation:** *416 SOUTH ITHAN AVE.*

**Delivered:** ____✓____ Posted on Property
____✓____ By Regular and Certified Mail

In accordance with Sections 106 and 107 of the 2009 edition of the International Property Maintenance Code, adopted as the Property Maintenance Code of Radnor Township (Code) under Chapter 222 of the Radnor Township Code, Radnor Township is issuing this Notice of Violation and demanding that the following activities being conducted in violation of the Code immediately cease:

**Specific Violation:**

1. **Chapter 222 – Section 302.4 Weeds.** All premises and exterior property shall be maintained free from weeds or plant growth in excess of 12 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants and vegetation, other than trees or shrubs provided; however, this term shall not include cultivated flowers and gardens.

   Upon failure of the owner or agent having charge of a property to cut and destroy weeds after service of a notice of violation, they shall be subject to prosecution in accordance with Section 106.3 and as prescribed by the authority having jurisdiction. Upon failure to comply with the notice of violation, any duly authorized employee of the jurisdiction or contractor hired by the jurisdiction shall be authorized to enter upon the property in violation and cut and destroy the weeds growing thereon, and the costs of such removal shall be paid by the owner or agent responsible for the property.

   **During a site visit conducted on the above date, weeds and plant growth in excess of 12 inches were observed on your property. These conditions are in violation of the above noted code section.**

*You are to commence corrections of these violations immediately and correct all violations within five (5) days of the date of issuance.*

Sincerely,

Community Development Code Official

RADNOR DEFTS 000011