## Exhibit 16

## Correspondence from Rockwell-Glynn's Counsel
## June 10, 2022

**Lee M. Herman, Esquire**
*Attorney at Law*
280 N. Providence Rd, Suite 4
Media, PA 19063

Lee M. Herman, Esquire+
+Admitted to practice in NJ and PA

lmh@lmhlaw.com

(610) 891-6500

June 10, 2022

*Via email to: ken@russell.legal*
Kenneth C. Russell, Esquire
1000 North Providence Road
Media, PA 19063

Re:      416 S. Ithan Road, Villanova, PA
Buyer:   Rockwell Glynn, LP
Seller:  Simona Ockley

Dear Mr. Russell,

Confirming our brief call this morning, I represent Rockwell Glynn, LP ("Buyer"), the purchaser under the October 20, 2021 Agreement of Sale with your client, Simona Ockley ("Seller"), regarding 416 S. Ithan Road, Villanova, PA 19085 ("the Property").

As we discussed, the original closing date of January 31, 2022 was extended to June 10, 2022 by an Amendment dated April 17, 2022. Further, my client agreed to allow its deposit to be released to Seller so that she could make a payment to taxing authorities and avoid a tax sale, in return for which Seller executed a Deed being held in escrow by the title company.

Please allow this letter to confirm the following:

1. The settlement date of June 10, 2022 has not been extended in writing or orally.
2. Buyer is ready, willing and able to close today, June 10, 2022.
3. Buyer has an agreement to sell the Property and custom build a new residence for its new purchaser.
4. The new purchaser has a rate lock for the purchase and construction of the new home to be built by my client at the Property. The rate lock expires Friday, June 17, 2022.

Buyer will make reasonable accommodations for storage and/or removal of Seller's personal property over sixty (60) days. However, unless closing takes place in short order, Buyer will seek immediate judicial relief to prevent the loss of the rate lock by the Buyer's purchaser.

Please confirm that Seller authorizes the Title Company to complete the transaction and to record the Deed, so that Seller may receive the sale proceeds and my client may move forward with his upcoming transaction without the loss of its purchaser's rate lock.

Very Truly Yours,
*Lee M. Herman*
Lee M. Herman, Esquire

LMH/200081-Lingo-Rockwell Glynn, LP  Simona Ockley 416 S. Ithan Rd.

Exhibit "F"

