# *Exhibit 21*

# *Email from Luke Attansai to Kevin Kochanski*
# *July 28, 2022*

**Archived:** Thursday, December 12, 2024 2:21:29 PM
**From:** Luke Attanasi
**Mail received time:** Thu, 28 Jul 2022 20:59:22
**Sent:** Thu, 28 Jul 2022 20:59:13
**To:** Kevin Kochanski
**Subject:** RE: 416 S Ithan Ave Letter - Draft
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
2022-7-28 Letter to Radnor Twp_.pdf;

---

Hi Kevin,
Attached is the letter signed by the new owner. Additionally, we can handle cutting the grass immediately. What is the balance outstanding, I will work on getting you an address to the previous owner.

*Luke Attanasi*
**Rockwell Custom**
126 East State Street
Media, PA 19063
Cell - 267.275.4971
Fax - 610.680.3470
luke@rockwellcustom.com
www.RockwellCustom.com

*The information contained in this email is intended for the personal and confidential use of the designated recipient(s). The message (and any attachments)is a proprietary communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is expressly and strictly prohibited. Please notify the sender by replying to this message, and then delete it from your system. Thank you in advance for your cooperation.*
*PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.*

**From:** Kevin Kochanski <kkochanski@radnor.org>
**Sent:** Wednesday, July 27, 2022 10:17 AM
**To:** Luke Attanasi <luke@rockwellcustom.com>
**Subject:** RE: 416 S Ithan Ave Letter - Draft
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Luke. The proposed wording is sufficient. Please submit a signed copy on your company's letterhead.
Also, due to an on-going property maintenance issue, the Township has had to contract out the grass cutting for this property. Please advise on the following:
1. 1. Who shall we send the invoice to?
2. 2. Please advise when we should cancel the mowing services.
These items will need to be addressed prior to our removing our locks.
Kevin
Kevin W. Kochanski, RLA, CZO
Director of Community Development / BCO
Radnor Township
301 Iven Avenue
Wayne, PA 19087
(610) 688-5600 ext. 168
kkochanski@radnor.org

RADNOR DEFTS 000040

**From:** Luke Attanasi <luke@rockwellcustom.com>
**Sent:** Wednesday, July 27, 2022 8:44 AM
**To:** Kevin Kochanski <kkochanski@radnor.org>
**Subject:** RE: 416 S Ithan Ave Letter - Draft

Hi Kevin,

I wanted to follow up on t his letter so we can get the locks off. Can you let me know if this is what you were looking for? If so, I can print it out on letterhead and have it signed back.

Thanks,

*Luke Attanasi*

**Rockwell Custom**
126 East State Street
Media, PA 19063
Cell - 267.275.4971
Fax - 610.680.3470
luke@rockwellcustom.com
www.RockwellCustom.com

*The information contained in this email is intended for the personal and confidential use of the designated recipient(s). The message (and any attachments)is a proprietary communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is expressly and strictly prohibited. Please notify the sender by replying to this message, and then delete it from your system. Thank you in advance for your cooperation.*
*PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.*

**From:** Luke Attanasi
**Sent:** Monday, July 25, 2022 4:04 PM
**To:** Kevin Kochanski <kkochanski@radnor.org>
**Subject:** 416 S Ithan Ave Letter - Draft

Kevin,

Please let me know if this is what you are looking for?

*To Whom it may concern,*
*I am writing this letter in reference to the purchase of the property located at 416 S Ithan Ave. I understand that the current property is deemed condemned and uninhabitable. At no time, will any person live or occupy the property in the current condition. We are in the process of permitting through the township and ultimately building a new home on this property. In doing so, we will be demolishing the current structure entirely in order to construct the new home.*
*Sincerely,*

*Luke Attanasi*

**Rockwell Custom**
126 East State Street
Media, PA 19063
Cell - 267.275.4971
Fax - 610.680.3470
luke@rockwellcustom.com
www.RockwellCustom.com

*The information contained in this email is intended for the personal and confidential use of the designated recipient(s). The message (and any attachments)is a proprietary communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is expressly and strictly prohibited. Please notify the sender by replying to this message, and then delete it from your system. Thank you in advance for your cooperation.*
*PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.*

The information in this email, and any attachments, may contain confidential information. Use and further disclosure must be consistent with applicable laws. However, if you believe you've received this email in error, delete it immediately and do not use, disclose or store the information it contains

The information in this email, and any attachments, may contain confidential information. Use and further disclosure must be

consistent with applicable laws. However, if you believe you've received this email in error, delete it immediately and do not use, disclose or store the information it contains

RADNOR DEFTS 000042

# Jeffrey Brydzinski

416 S. Ithan Avenue
Villanova, PA  19085
(c) 215-888-9554

July 28, 2022

Radnor Township
301 Iven Avenue
Wayne, PA  19087


**Re:**        **416 S Ithan Avenue, Villanova, PA 19085**

To Whom It May Concern:

  I am writing this letter about the property located at 416 S Ithan Avenue (the "Property") that I purchased on July 19, 2022.   I understand that the current Property is deemed condemned and uninhabitable.   At no time, will any person live or occupy the Property in the current condition.   We are in the process of permitting through Radnor Township to build a new home on the Property to commence as soon as possible.    In doing so, we will be demolishing the current structure in its entirety to construct the new proposed home on the Property.

  Should you have any questions or want to discuss this matter further, please contact me.


    Very truly yours,


    Jeffrey Brydzinski