*Exhibit 22*

*Email from Kevin Kochanski to Greg Lingo*
*August 5, 2022*

**Sent:** Friday, August 5, 2022 1:41 PM
**To:** Kevin Kochanski <kkochanski@radnor.org>; Luke Attanasi <luke@rockwellcustom.com>
**Cc:** Andy Pancoast <apancoast@radnor.org>
**Subject:** RE: 416 S Ithan - Tommy's Invoices

Thank you Kevin. She is absolutely not permitted to stay in the home. She is only permitted to move her stuff out, between now and 9/1. We have the property locked up. I will talk with her attorney and her to make sure that is once again clear.

*Greg Lingo*

*You'll love to be at home*
124 E. State Street
Media, PA 19063
Telephone: 302-367-6648

*The information contained in this email is intended for the personal and confidential use of the designated recipient(s). The message (and any attachments) is a proprietary communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is expressly and strictly prohibited. Please notify the sender by replying to this message, and then delete it from your system. Thank you in advance for your cooperation.*
PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

# www.RockwellCustom.com

.

**From:** Kevin Kochanski <kkochanski@radnor.org>
**Sent:** Friday, August 5, 2022 1:22 PM
**To:** Greg Lingo <greg@rockwelldevelopmentgroup.com>; Christy Flynn <cflynn@rockwellcustom.com>
**Cc:** Andy Pancoast <apancoast@radnor.org>
**Subject:** FW: 416 S Ithan - Tommy's Invoices
**Importance:** High

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I received an out of office response from Luke. I understand that prior owner is getting released from rehab on Monday and has indicated she is allowed to stay on the property till the beginning of September. The house remains posted as "Unsafe for Human Occupancy"
Kevin
Kevin W. Kochanski, RLA, CZO
Director of Community Development / BCO
Radnor Township
301 Iven Avenue
Wayne, PA 19087
(610) 688-5600 ext. 168
kkochanski@radnor.org

**From:** Kevin Kochanski
**Sent:** Friday, August 5, 2022 12:07 PM
**To:** luke@rockwellcustom.com
**Subject:** FW: 416 S Ithan - Tommy's Invoices

Luke – the last invoice just came in. Here they are. Per my voicemail, we need to get these paid before we remove the locks.
Kevin
Kevin W. Kochanski, RLA, CZO
Director of Community Development / BCO
Radnor Township
301 Iven Avenue
Wayne, PA 19087
(610) 688-5600 ext. 168
kkochanski@radnor.org

**From:** Lisa Currie <lcurrie@radnor.org>

RADNOR DEFTS 000054

**Sent:** Wednesday, July 27, 2022 11:26 AM
**To:** Kevin Kochanski <kkochanski@radnor.org>
**Subject:** 416 S Ithan - Tommy's Invoices

Kevin;

We have two 2022 invoices for 416 S Ithan Avenue (copies attached)

- * Invoice #4889 dated 6/15/22 for $2,060 (Dates of service 5/10, 5/17, 2/24 & 6/9/2022)
- * Invoice #4900 dated 6/17/22 for $230 (Dates of service 6/3, 6/17/2022)

Nothing from years 2020 & 2021

*Lisa Currie*
Community Development
Radnor Township
301 Iven Avenue
Wayne, PA 19087
610-688-5600 x 144

The information in this email, and any attachments, may contain confidential information. Use and further disclosure must be consistent with applicable laws. However, if you believe you've received this email in error, delete it immediately and do not use, disclose or store the information it contains

The information in this email, and any attachments, may contain confidential information. Use and further disclosure must be consistent with applicable laws. However, if you believe you've received this email in error, delete it immediately and do not use, disclose or store the information it contains

RADNOR DEFTS 000055