# *Exhibit 23*

# *Tommy's Paving and Excavating Invoices*

| | | |
|---|---|---|
| Date | Invoice # | |
| 7/18/2022 | 4901 | |

**Tommy's Paving and Excavating, Inc.**

48 East Conestoga Road
Devon, PA  19333
(P) 610.688.7995
(F) 610.688.3334

# Invoice

**Bill To**

Radnor Township
301 Iven Avenue
Wayne PA  19087

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | 416 S. Ithan final work as re... |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | RE : Final work invoice as requested for 416 s.Ithan<br>Location : 416 s.Ithan<br>Scope lawn service<br>Dates of service : 7/1/22,7/15/22,7/29/22 | | |
| 3 | Mowing per cut price | 115.00 | 345.00 |

Thank you for your business.

**Total**     $345.00

RADNOR DEFTS 000056

2022/22001148

Tommy's PAVING and EXCAVATING, Inc.

48 East Conestoga Road
Devon, PA  19333
(P) 610.688.7995
(F) 610.688.3334


PO 2022/20220968

# Invoice

| Date | Invoice # |
|---|---|
| 6/15/2022 | 4889 |

| Bill To |
|---|
| Radnor Township<br>301 Iven Avenue<br>Wayne PA  19087 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt | 416 S. Ithan |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Requested by : Community development (Kevin)<br>Scope of work : Clean up of entire property and cut over grown back<br><br>location: 416 S. Ithan ave |  |  |
| 1 | Spring Clean up / Lawn care from over grown property : We started by cutting lawn areas ( these areas had to be cut twice/ three times with the machine setting on high ) after the first two cuts the machine were set at normal height and the final cut was done, we also weed whacked the entire property and cut back any large weeds on the property with heavy trimmers. When this work was complete we blew off all hard surfaces and hauled all debris from site . This price includes all labor , equipment and cost to complete this work.<br><br>Dates of service 5/10/22 ,5/17/22,5/24,6/9/22 | 1,685.00 | 1,685.00 |
| 3 | property was put on schedule to keep from over growing again -Mowing per cut price | 125.00 | 375.00 |

Thank you for your business.

| Total | $2,060.00 |
|---|---|

RADNOR DEFTS 000057

2022/22001150

Tommy's Paving and Excavating, Inc. # Invoice

48 East Conestoga Road
Devon, PA 19333        OB 2022/20220994
(P) 610.688.7995
(F) 610.688.3334

| Date | Invoice # |
|---|---|
| 6/17/2022 | 4898 |

| Bill To |
|---|
| Radnor Township<br>301 Iven Avenue<br>Wayne PA  19087 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt | 416 ithan billing up to 7/1/22 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | requested by community development (Kevin)<br>Location : 416 S. than<br>Scope bi weekly mowing<br>dates : 6/3/22 ,6/17/22 |  |  |
| 2 | Mowing per cut price | 115.00 | 230.00 |

Thank you for your business.

**Total**  $230.00

RADNOR DEFTS 000058