# Exhibit 24

# Radnor PD Incident Report RT-22-10846

# RADNOR TWP PD
## Incident Report Form

RT-22-10846
08/13/2022
BURGLARY RESIDENTIAL

**COMMENTS / NARRATIVES**

Title
INITIAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| DET BRIAN BELL | 08/13/2022 | KEVIN GALLAGHER | 06/14/2023 |

Approved By / On
SGT MICHAEL FISCHER                08/13/2022

C: In reference to previous incident N/A police provided added patrols to 416 S. Ithan.

REPORT: At the request of the homeowner, Ofc. Cocco checked on the residence. While checking the residence, the plywood erected by the homeowner, preventing access to the home, was unscrewed from the garage. No access to the house was gained through the garage, but the attempt was made. As Ofc. Cocco went to check the rear of the residence, N/A was observed sitting on the back porch still in her hospital gown (5 days ago she was discharged). N/A advised she was waiting for a friend to come and help her get into the house. N/A was advised she is not allowed to be on the property or house to re-establish residency, as she was advised on 8/12/22. N/A refused to leave the residence and was subsequently arrested. N/A was placed into handcuffs, doubled locked. Due to N/A's disabilities, RFC-A was dispatched to assist in transporting N/A to headquarters. After providing a brief medical assessment to N/A and getting Medical Command clearance, this Officer accompanied N/A in the ambulance to 7690. Sgt. Fischer notified Lt. Pinto who was advised she would be criminally charged regarding this incident. Sgt. Fischer called Crozer Crisis and was advised they had no record of her admittance. As a result, Crozer ER was contacted who stated she was discharged by the on-duty ER doctor without ever being transferred to Crisis. N/A was charged with Burglary and Criminal Trespass.
SEE CASE FILE

Assist: Sgt. Fischer, Cocco, Bell
Brown #140

On 8/13/2022 at 1830hrs. N/A was arraigned. N/A was given $1 bail, but had to complete a competency and psych evaluation before posting. N/A was transported to Delco Prison by constables. Brydzinski was notified on 8/14/22 of the outcome.
Cocco #94

EXPUNGED 06/14/2023
106

| RT-22-10846 | 8/13/2022 | ☒ | Approved By: SGT MICHAEL FISCHER | PAGE 6 |
|---|---|---|---|---|
| IRF 1.6 | | | Approved On: 8/13/2022 | Print Date/Time: 9/5/2024 11:09:11 AM |

RADNOR DEFTS 000032

# RADNOR TWP PD
## Incident Report Form

RT-22-10846
08/13/2022
BURGLARY RESIDENTIAL

**COMMENTS / NARRATIVES**

Title
SUPPLEMENTAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| OFC JENNIFER COCCO | 08/14/2022 | KEVIN GALLAGHER | 06/14/2023 |

Approved By / On

While logging N/A's belongings onto a detainee property form, I found a receipt for a motel room registered to a Patrick Anamah on 8/8/22. After a search of Anamah online, it was determined he was a proprietor of a taxi service out of Philadelphia. I was able to contact Anamah by phone and asked him about his relationship with N/A. Anamah advised he has been assisting N/A with transportation and got her a hotel room, since she got out of the hospital on 8/8/22. Anamah did advise he brought N/A from Crozer back to her home on 8/13/22, but denied taking the plywood off the garage. Anamah denied any involvement with entering the house. Anamah was advised of the situation and he understood he should not transport N/A back to the residence, as she is not allowed to be there, due to her recent actions.

I contacted the homeowner, Jeff Brydzinski, to update him on the situation. Brydzinski is trying to get an emergency court date to try and have N/A's belongings removed and put into a POD. Brydzinski is attempting to avoid any further issues with N/A trying to re-establish residency. Brydzinski was asked if he wished to pursue charges against Anamah, since he had multiple contractors witness Anamah break all the locks with a hammer on 8/10/22. As long as Anamah understood the house in unsafe and N/A should not be there, Brydzinski did not want to pursue charges.

Cocco #94

RT-22-10846   8/13/2022   [X]   Approved By: SGT MICHAEL FISCHER   PAGE 7
IRF 1.6                          Approved On: 8/13/2022   Print Date/Time: 9/5/2024 11:09:11 AM

RADNOR DEFTS 000033

# RADNOR TWP PD
## Incident Report Form

RT-22-10846
08/13/2022
BURGLARY RESIDENTIAL

**IMAGES**

| RT-22-10846 | 8/13/2022 | ☒ | Approved By: | SGT MICHAEL FISCHER | PAGE 8 |
| IRF 1.6 | | | Approved On: 8/13/2022 | | Print Date/Time: 9/5/2024 11:09:11 AM |

RADNOR DEFTS 000034

# RADNOR TWP PD
## Incident Report Form

RT-22-10846
08/13/2022
BURGLARY RESIDENTIAL

**Primary Officer:** - BBROWN

- ☐ Juvenile Involved
- ☐ Investigation
- ☐ Video Available
- ☐ Gang Related
- ☐ Paperless
- ☐ Domestic Related
- ☐ Suspects
- ☐ Bias Crime
- ☐ Accident
- ☐ Administrative
- ☐ Alcohol Related
- ☐ Arrests Made
- ☐ Drugs Involved
- ☐ Ready for DA / Prosecutor
- ☐ Alarm Activated

| Log Number | Incident Number | File Number | Case Number | UCR | 05A3 |
|---|---|---|---|---|---|
| RT-22-10846 | P2200277276 | | | BURG-RESID-FORCE-UNK TIME | |

| Incident Type | | Dispatcher | Source | District | Status |
|---|---|---|---|---|---|
| BURGR BURGLARY RESIDENTIAL | | | 911 | 7624 | CLOSED |

**Incident Date / Times** — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 08/13/2022 | Saturday | 1001 | 1001 | 1001 | 1105 | | |

| Disposition | Clear By Exception | ☐ Suspended |
|---|---|---|

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| N/A | 08/13/2022 | | 1 | | |

**Location** — Intersection ☐

416 S ITHAN AV
VILLANOVA  PA  19085

Cross Street: MILL RD
GPS Loc X    GPS Loc X

**Municipality:** Radnor Township

Business Name — Arson Value

Gang

Weather

**Modus Operandi Coding**

VICTIM:

ENTRY:

PROPERTY

EXIT:

AREA:

METHOD:

TIME OF DAY:

WEAPONS USED:

**Caller / Complainant Type**  Normal ☐   Anonymous ☐   Hangup ☐   Refused ☐

**Incident Allegations/Offenses**

| Sequence | Offense Date | Charge Code | Charge Section | Sub-Section | Description |
|---|---|---|---|---|---|
| 1 | 08/13/22 | 18-3502 A4-(F2) | 3502 | A4 | Burglary - Not Adapted for Overnight Accommodation, No Perso |
| 2 | 08/13/22 | 18-3503 A1I-(F3) | 3503 | A1I | Crim Tres-Enter Structure |
| 3 | 08/13/22 | 18-3503 B1I-(M3) | 3503 | B1I | Def Tres Actual Communication To |
| 4 | 08/13/22 | 18-3304 A1-(F3) | 3304 | A1 | Crim Misch/Dmg Prop Intent, Reckless, Or Neglig |

RT-22-10846   8/13/2022   ☒   Approved By: SGT MICHAEL FISCHER   PAGE 1
IRF 1.6                         Approved On: 8/13/2022   Print Date/Time: 9/5/2024 11:09:11 AM

RADNOR DEFTS 000035

# RADNOR TWP PD
## Incident Report Form

RT-22-10846
08/13/2022
**BURGLARY RESIDENTIAL**

## INVOLVED PERSONS

**CONTACT**  CODE: CONT

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| ANAMAH, PATRICK NWACHUKW | ☐ | 9 | 72 | B | M | N | |
| 5630 WALNUT ST | | Weight / Height / Hair | | | Eyes | | Phone Number |
| PHILADELPHIA PA 19139 | | Driver License Number | | | State: PA | Class | Expiration Date |
| | | ID Provided | | | Identification Detail | | |

Link Comments

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

| Division | Supervisor | | |
|---|---|---|---|
| PATR | SGT MICHAEL FISCHER | | MFISCH |
| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | | Officer / ID (Ofcr 3 / Ofcr 4) |
| | BRIAN BROWN | BBROWN | |
| 76K1 | OFC JENNIFER COCCO | JCOCCO | |
| 7621 | | PAT21 | |
| 7624 | | PAT24 | |
| 7646 | SGT MICHAEL FISCHER | MFISCH | |

Agency Lognum    Unit

---

RT-22-10846    8/13/2022    ☒    Approved By: SGT MICHAEL FISCHER    PAGE 2
IRF 1.6    Approved On: 8/13/2022    Print Date/Time: 9/5/2024 11:09:11 AM

RADNOR DEFTS 000036

| **RADNOR TWP PD** | RT-22-10846 |
|---|---|
| **Incident Report Form** | 08/13/2022 |
| | BURGLARY RESIDENTIAL |

**COMMENTS / NARRATIVES**

Title
DISPATCH COMMENTS

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| | 08/13/2022 | KEVIN GALLAGHER | 06/14/2023 |

Approved By / On

Event Comments:
Field Event
** LOI search completed at 08/13/22 10:01:18
2ND CALL FROM FEMALE HALF
DOESN'T WANT OFFICER COCCO THERE
CPLT JUST RAMBLING ON
2ND CALLER: N/A /// N/A
CALLER WANTS A DIFFERENT OFFICER
STATES OFFICER COCCO ASSAULTED HER YESTERDAY
NFI/D
7646 - ALL OK W/ CALLER
7646 - 1 IN CUST
7646 - REQ EMS
~ PD REQ EMS TO TRANSPORT FEMALE TO 7690
~ PRISONER NOT ABLE TO WALK
** Event Type changed from UNWANTED to BLS-EMS(OTHER) at: 08/13/22 10:13:51
** &gt;&gt;&gt;&gt; by: RAYMOND KELLER on terminal: sector07
** FD event F22053202 created
** Recommended unit AMB15A for requirement 15_AMBULANCE(0) (3.8 mi)
** Requirement MIC15A added for alarm level 0

| RT-22-10846 | 8/13/2022 | ☒ | Approved By: | SGT MICHAEL FISCHER | PAGE 3 |
|---|---|---|---|---|---|
| IRF 1.6 | | | Approved On: | 8/13/2022 | Print Date/Time: 9/5/2024 11:09:11 AM |

# RADNOR TWP PD
## Incident Report Form

RT-22-10846  
08/13/2022  
BURGLARY RESIDENTIAL

**COMMENTS / NARRATIVES**

Title  
RAW DETAIL

Narrative Created By / Created On  
08/13/2022

Narrative Updated By / Update On

Approved By / On

```
Unit: '76K1'
Time Reported: '08-13-2022  10:01:15'
Duration of Event: '01:04:29'
Event: 'P2200277276'
Case Number: ''
Agency: 'PD'
Dispatch Group: 'S7'
Event Type: 'BLS-EMS'
Event Type Description: 'AMBULANCE DISPATCH-BLS EMERG'
Sub Type: 'OTHER'
Sub Type Description: 'OTHER BLS EMERGENCY'
Caller Source: 'OFFICER'
Caller Calling From: ''
Caller: ''
Phone Number: ''
Location: '416 S ITHAN AV  RN'
Cross Street: 'CONESTOGA RD AND MILL RD'

Assigned Units
Unit: '7621', OfficerName: 'DEMAYO', Agency: 'PD'
Dispatched: 08/13/2022 10:40:16
Enroute: 08/13/2022 10:40:17
Arrived: N/A
Available: 08/13/2022 10:48:29

Unit: '7624', OfficerName: 'BELL', Agency: 'PD'
Dispatched: 08/13/2022 10:02:10
Enroute: 08/13/2022 10:02:11
Arrived: N/A
Available: 08/13/2022 11:05:43

Unit: '7624', OfficerName: 'BROWN', Agency: 'PD'
Dispatched: 08/13/2022 10:02:10
Enroute: 08/13/2022 10:02:11
Arrived: N/A
Available: 08/13/2022 11:05:43

Unit: '7646', OfficerName: 'FISCHER', Agency: 'PD'
Dispatched: 08/13/2022 10:02:11
Enroute: 08/13/2022 10:02:12
Arrived: 08/13/2022 10:07:28
Available: 08/13/2022 10:59:23

Unit: '76K1', OfficerName: 'COCCO', Agency: 'PD'
Dispatched: 08/13/2022 10:01:15
Enroute: N/A
```

RT-22-10846    8/13/2022   [x]   Approved By: SGT MICHAEL FISCHER    PAGE  4  
IRF 1.6                              Approved On: 8/13/2022    Print Date/Time: 9/5/2024 11:09:11 AM

RADNOR DEFTS 000038

# RADNOR TWP PD
## Incident Report Form

RT-22-10846
08/13/2022
BURGLARY RESIDENTIAL

Arrived: 08/13/2022 10:01:16
Available: 08/13/2022 11:05:43

Transport Units
No unit detail was provided

RT-22-10846   8/13/2022   ☒   Approved By: SGT MICHAEL FISCHER   PAGE 5
IRF 1.6                           Approved On: 8/13/2022         Print Date/Time: 9/5/2024 11:09:11 AM

RADNOR DEFTS 000039