*Exhibit 25*

***Crozer Psychiatric Evaluation
Dr. Marotta***

Crozer Chester Medical Center

| | |
|---|---|
| Patient Name: OCKLEY, SIMONA | Registration Date: 8/12/2022 |
| MRN: 1527716 | Financial #: CHPM1300259588 |

## Behavioral Health Documentation

### Chief Complaint
Psychiatric Evaluation

### History of Present Illness
Pt is a 61 year old F with no known psychiatric history brought to ED by police for 302 evaluation. Per 302, pt has an unknown mental health diagnosis, delusions of owning the house she had previously sold. Police note states the house is uninhabitable with no running water, pt is sitting in urine and feces refusing to leave.

On exam, pt appears irritable due to the situation. Pt states she was brought here by force by police, she denies any mental illness. She states she owns the house, the builder had locked her out but the court had mandated she could go in and get her belongings up until September 1 2022, and that no one else was allowed on the property. Pt was able to show proof of these documents. She states she had urine and feces on her because she has no running water in the house even though she had requested it be turned back on. She mentions an issue she has with her county being corrupt that they take the taxpayers money for their own pockets. Pt also states she has limited mobility due to having surgery on her leg recently. She expresses concern that the police broke the mesh of her porch. She denies any psychiatric history, denies seeing a psychiatrist, denies psychiatric hospitalizations, denies SI/HI/AVH, denies taking medications, states her mood/appetite/sleep have been fine.

### Medical History
  Allergies
No known allergies

  Medications
Inpatient
  Ativan, 2 mg= 2 tab, Oral, q6hr-sch, PRN
  Ativan injectable, 2 mg= 1 mL, IM, q6hr-sch, PRN
  Benadryl, 50 mg= 1 cap, Oral, q6hr-sch, PRN
  Benadryl injectable, 50 mg= 1 mL, IM, q6hr-sch, PRN
  Haldol, 5 mg= 1 tab, Oral, q6hr-sch, PRN
  Haldol injectable, 5 mg= 1 mL, IM, q6hr-sch, PRN
Home
  No active home medications
-->

  Problem List/Past Medical History
Ongoing
  No chronic problems
Historical
  No qualifying data

### Social History
Alcohol
  Patient denies, 08/12/2022
Electronic Cigarette/Vaping
  Never Electronic Cigarette Use:., 08/12/2022
Substance Abuse
  None, 08/12/2022
Tobacco
  Never (less than 100 in lifetime) Tobacco Use:., 08/12/2022

### Examination
  Vitals & Measurements
  T: 36.7 °C (Oral)  RR: 18  BP: 121/70  SpO2: 97%  WT: 124.74 kg  Primary Pain Intensity: 0

Crozer Chester Medical Center

| | |
|---|---|
| Patient Name: OCKLEY, SIMONA | Registration Date: 8/12/2022 |
| MRN: 1527716 | Financial #: CHPM1300259588 |

## Behavioral Health Documentation

Review of Systems
Pertinent positives and/or negative were documented above. All other systems reviewed and negative.

**Mental Status Exam**

The patient at the time of exam was alert & awake
This patient appears disheveled
Attitude is irritable
Behavior shows no psychomotor retardation or agitation
Speech is clear and normally productive.
Mood is agitated
Affect is angry with a full range
Thought process is clear and goal oriented without LOA, FOI
Thought Content is neither suicidal nor homicidal
The patient is not endorsing having auditory or visual hallucinations at this time
The patient does not at this time show evidence of_delusions. _
The patient shows good insight and fair judgment.
The patient appears to be of average intelligence.
The patient is not responding to internal stimuli at this time.

Scales and Assessments -->

**Assessment/Plan**
Psychiatric screening exam (Reason for Visit)
 - Pt was brought to ED for 302 evaluation as police believed she had delusion of owning her house and pt would not leave. They were also concerned that she was in her own urine and feces, but pt explained she had no running water and limited mobility due to recent leg surgery. Pt is able to communicate logically, has normal mental status exam given the situation, and does not have any psychiatric illness from our standpoint.
 - Therefore, 302 will be denied, pt may be discharged home.
 - Pt was able to verbalize a plan to perform her ADLs, she has a friend who she can go to for a shower, and has a caretaker come to her home to assist her. She appears able to care for herself and is not a danger to herself or others.
 - Pt seen and discussed with Psychiatrist Dr. Marotta.
Orders:
diphenhydrAMINE, 50 mg = 1 cap, Oral, Capsule, q6hr-sch, PRN agitation, mild non-threatening, Routine, 08/12/22 20:30:00 EDT, 30 day(s), Stop date 09/11/22 20:29:00 EDT
diphenhydrAMINE, 50 mg, IM, Injection, q6hr-sch, PRN agitation, mild non-threatening, Routine, 08/12/22 20:30:00 EDT, 30 day(s), Hard Stop, Stop date 09/11/22 20:29:00 EDT
haloperidol, 5 mg = 1 mL, IM, Injection, q6hr-sch, PRN agitation, mild non-threatening, Routine, 08/12/22 20:26:00 EDT, 30 day(s), Stop date 09/11/22 20:25:00 EDT
haloperidol, 5 mg = 1 tab, Oral, Tablet, q6hr-sch, PRN agitation, mild non-threatening, Routine, 08/12/22 20:25:00 EDT, 30 day(s), Stop date 09/11/22 20:24:00 EDT
LORazepam, 2 mg = 2 tab, Oral, Tablet, q6hr-sch, PRN agitation, mild non-threatening, Routine, 08/12/22 20:27:00 EDT, 5 day(s), Stop date 08/17/22 20:26:00 EDT
LORazepam, 2 mg = 1 mL, IM, Injection, q6hr-sch, PRN agitation, mild non-threatening, Routine, 08/12/22 20:29:00 EDT, 5 day(s), Stop date 08/17/22 20:28:00 EDT


*Electronically Signed by the following provider(s):*
*Loveridge, Melissa                    Marotta MD, Daniel*
*on 08/12/2022 11:31 PM EDT          08/13/2022 01:55 AM EDT*


*DD: 08/12/2022 09:04 PM EDT*

| | | | | |
|---|---|---|---|---|
| Patient Name: OCKLEY, SIMONA | | | Registration Date: | 8/12/2022 |
| MRN: 1527716 | | | Financial #: | CHPM1300259588 |

## Miscellaneous Assessments

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: |
|---|---|---|---|---|
| Dosing Weight Update Form | Dosing Weight Update Form | 8/12/2022 15:24 EDT | Melisiotis DO RES, Danielle (8/12/2022 15:24 EDT) | Auth (Verified) |

**Dosing Weight Update Form Entered On: 08/12/2022 15:25 EDT**
**Performed On: 08/12/2022 15:24 EDT by Melisiotis DO RES, Danielle**

**Height/Weight**
Height : 170 cm(Converted to: 5 ft 7 inch, 5.6 ft, 66.9 inch)
Dosing Weight : 125 kg(Converted to: 275 lb 9 oz, 275.578 lb, 4,409.246 oz)
(R) Patient Weight : Stated - ED ONLY
ST Weight Reference : Weight has not been entered within 30 days
BSA : 2.43 m2
Body Mass Index : 43.3 kg/m2

Melisiotis DO RES, Danielle - 08/12/2022 15:24 EDT
(As Of: 08/12/2022 15:25:11 EDT)

## Nursing Documents