## Exhibit 26

## Radnor PD Incident Report
## RT-22-10670

# RADNOR TWP PD
## Incident Report Form

---

Primary Officer: <u>OFC EARVIN FAUST</u> - <u>EFAUST</u>

| | | | | |
|---|---|---|---|---|
| ☐ Juvenile Involved | ☐ Investigation | ☐ Video Available | ☐ Gang Related | ☐ Paperless |
| ☐ Domestic Related | ☐ Suspects | ☐ Bias Crime | ☐ Accident | ☐ Administrative |
| ☐ Alcohol Related | ☐ Arrests Made | ☐ Drugs Involved | ☐ Ready for DA / Prosecutor | ☐ Alarm Activated |

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| RT-22-10670 | P2200272276 | | | |

| Incident Type | | Dispatcher | Source | District | Status |
|---|---|---|---|---|---|
| POLINF POLICE INFORMATION | | | 911 | 7624 | CLOSED |

### Incident Date / Times — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arr | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 08/09/2022 | Tuesday | 1044 | 1044 | 1044 | 1050 | | |

| Disposition | Clear By Exception | ☐ Suspended |
|---|---|---|
| | | |

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| N/A | | | | | |

| Location | Intersection ☐ |
|---|---|

| | |
|---|---|
| 416 S ITHAN AV<br>VILLANOVA   PA   19085<br><br>Municipality:  Radnor Township | Cross Street<br>MILL RD |
| | GPS Loc X          GPS Loc X |

| Business Name | | Arson Value |
|---|---|---|
| | | |

| Gang | Weather |
|---|---|
| | |

### Modus Operandi Coding

ENTRY:                    VICTIM:

EXIT:                     PROPERTY

METHOD:                   AREA:

                         TIME OF DAY:

WEAPONS USED:

| Caller / Complainant Type | Normal ☐ | Anonymous ☐ | Hangup ☐ | Refused ☐ |
|---|---|---|---|---|

# RADNOR TWP PD
## Incident Report Form

RT-22-10670

08/09/2022

POLICE INFORMATION

## INVOLVED PERSONS

### CONTACT

CODE: CONT

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| ATTANASI, LUKE | ☐ | | 39 | W | M | N | |
| 7510 MANTI ST | | Weight | Height | Hair | | Eyes | Phone Number |
| PHILADELPHIA PA | | Driver License Number | | | | State | Class / Expiration Date |
| | | ID Provided | | | | Identification Detail | |

Link Comments

### CONTACT

CODE: CONT

| Name (Last, First, Middle) - Address | Juvenile | Date of Birth | Age | Race | Sex | Ethnic | Social Security Number |
|---|---|---|---|---|---|---|---|
| OCKLEY, SIMONA | ☐ | | 61 | W | F | N | 1 |
| 416 S ITHAN AVE | | Weight | Height | Hair | | Eyes | Phone Number |
| ROSEMONT PA 19010 | | Driver License Number | | | | State PA | Class / Expiration Date |
| | | ID Provided | | | | Identification Detail | |

Link Comments

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

| Division PATR | Supervisor SGT MICHAEL FISCHER | MFISCH |
|---|---|---|
| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | Officer / ID (Ofcr 3 / Ofcr 4) |
| | OFC EARVIN FAUST | EFAUST |
| 7622 | | PAT22 |
| | DET BRIAN BELL | BBELL |

Agency Lognum    Unit

RADNOR DEFTS 000024

## COMMENTS / NARRATIVES

Title
INITIAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| OFC EARVIN FAUST | 08/09/2022 | SGT MICHAEL FISCHER | 08/09/2022 |

Approved By / On
SGT MICHAEL FISCHER                     08/09/2022

C: Luke Attanasi came into RTPD to report police information.
Report: Attanasi of Rockwell Custom Renovations states that his company is the new owner of the property at 416 S. Ithan Avenue and has received a court order stating that current resident Simona Ockley must vacate the property. Attanasi also noted that the property has been deemed uninhabitable by Radnor Township Codes. Attanasi provided a copy of the order from the Delaware County Court of Common Pleas stating that Ockley must remove her property by 9/1/2022. Attanasi stated that he and Township Community Development Director Kevin Kochanski would be meeting Ockley at the residence shortly, for the removal of property. Attanasi advised that he wanted police to be aware of the circumstances but did not need assistance at this time. The court document was uploaded to the attachments folder.
Faust #129

RADNOR DEFTS 000025

IMAGES

RT-22-10670    8/9/2022    ☒    Approved By:    SGT MICHAEL FISCHER    PAGE    4
IRF 1.6    Approved On:    8/9/2022    Print Date/Time:  9/5/2024 11:04:31 AM

RADNOR DEFTS 000026