*Exhibit 27*

***Plaintiff's Emergency Petition
August 9, 2022***

EMERGENCY MOTION FOR RECONSIDERATIO
OF JULY 15, 2022 ORDER
NUMBER # CV-2022-004275
ROCKWELL GLYNN, LP. PLAINTIFF
V
SIMONA OCKLEY NEGUT DEFENDANT

MY NAME IS SIMONA OCKLEY NEGUT DEFEND
IN THE CIVIL CASE - CV-2022-004275
ON JULY 11, 2022, I WAS PRESENT IN FRON
OF HON. JUDGE JOHN J. WHELAN TO
DEFEND MY SELF.
I HAVE PRESENTED VERBALLY AND IN WRIT
MY POSITION REGARDING COMPLAINT FIL
BY THE ATTORNEY OF THE PLAINTIF GREG
LINGO.
HON. JUDGE JOHN J. WHELAN WAS VER
COMPATIONATE WITH MY SITUATION, H
SAID THAT HE NEVER ENCOUNTER SUC
A CASE.
MY UNDERSTANDING WAS THAT I WAS
ALLOWED ON THE PROPERTY TILL
SEPTEMBER 01, 2022, WITHOUT ANY
PRESENCE OF THE BUILDER, OR
RESTRAIN.
ACTUALLY THIS WAS NOT TRUE.
ON 08.08.2022 I WAS DISCHARG
FROM THE SKILLED NURSING FACILI
BROOMALL MANOR AROUND 6:00
I WENT TO THE PROPERTY AND TO
ALL MY DOORS THERE ARE TWO
SETS OF LOCKS: ONE SET FROM
RADNOR TOWNSHIP, ONE FROM

PLF 0021

) CALLED THE BUILDER TO REMOVE THE LOCKS AND HE DENIED, SAYING THAT ) AM NOT ALLOWED TO CHANGE TAKE A SHOWER ON MY OWN HOUSE LAST NIGHT ) SLEPT IN THE HOTEL (SEE RECEIPT)

TODAY 08.09.2022 ) TRIED AGAIN TO GO HOME AND THE SETS OF TWO LOCKS WERE TO ALL DOORS, MGM TREE COMPANY BLOCK ALL THE DRIVEWAY WITH WORK THAT THEY NOT SUPOSED TO BE ON THE PROPERTY TILL SEPTEMBER 1, 2022,

TWO OF THE TRUCKS FROM VERIZ COMCAST WERE WAITING ON S,ITHAN NOT TO BE ABLE TO RESTORE SERVICES TO MY HOU MY UNDERSTANDING WAS THAT THE BUILDER SHOULD NOT COME ON THE PROPERTY BEFORE SEPTEMBER 01, 2022

PLEASE ANALIZE ALL THE FACTS AND LET ME STAY ON THE PROPE AND HAVE MORE TIME THAN SEPTEMBER 01, 2022.

RESPECTFULLY,

SIMONA OCKLEY NEGUT

08.09.2022

PLF 0022