# Exhibit 29

# Email from Greg Lingo to Kevin Kochanski
# August 11, 2022

**Archived:** Thursday, December 12, 2024 2:21:32 PM
**From:** Greg Lingo
**Mail received time:** Thu, 11 Aug 2022 02:57:04
**Sent:** Thu, 11 Aug 2022 02:56:29
**To:** Kevin Kochanski
**Cc:** Luke Attanasi Andy Pancoast
**Subject:** RE: 416 S Ithan
**Importance:** Normal
**Sensitivity:** None

---

Kevin,
I wanted to update you regarding this property (416 S. Ithan) that we purchased and then sold and plan to start construction on imminently for the current owner. We did not unlocked the home and we had turned off the utilities to the home. However, earlier today the prior owner (Simona Ockley) broke into the home and is apparently squatting there. I called the Radnor Twp Police and spoke with Officer Ray Rodden. Officer Rodden was nice/professional/courteous but could not do anything this evening to remove her from the property. I let him know that I was reaching out to you and that we would go through the courts to have her forcibly removed.
Our attorney is drafting the documents this evening and will have them filed with alacrity. Please let me know if there is anything else you would like us to do at this time.
Kind regards,

*Greg Lingo*

**Rockwell Glynn, LP**
124 E. State Street
Media, PA 19063
Telephone: 302-367-6648

*The information contained in this email is intended for the personal and confidential use of the designated recipient(s). The message (and any attachments)is a proprietary communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is expressly and strictly prohibited. Please notify the sender by replying to this message, and then delete it from your system. Thank you in advance for your cooperation.*
PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.

**From:** Greg Lingo
**Sent:** Friday, August 5, 2022 3:10 PM
**To:** Kevin Kochanski <kkochanski@radnor.org>
**Cc:** Luke Attanasi <luke@rockwellcustom.com>; Andy Pancoast <apancoast@radnor.org>
**Subject:** Re: 416 S Ithan - Tommy's Invoices

Okay, we will bring a check over Monday morning

*Greg Lingo*
**Rockwell Custom**
**You'll love to be at home**
124 E. State Street
Media, PA 19063
Telephone: 302-367-6648

**The information contained in this email is intended for the personal and confidential use of the designated recipient(s). The message (and any attachments)is a proprietary communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is expressly and strictly prohibited. Please notify the sender by replying to this message, and then delete it from your system. Thank you in advance for yourcooperation.**
PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.
www.RockwellCustom.com

RADNOR DEFTS 000044