*Exhibit 30*

*Radnor PD Incident Report
RT-22-10812*

# RADNOR TWP PD
## Incident Report Form

RT-22-10812
08/12/2022
MENTAL HEALTH (EMER 302)

Primary Officer: SGT KATHERINE REARDON - KREARD

- [ ] Juvenile Involved
- [ ] Investigation
- [ ] Video Available
- [ ] Gang Related
- [ ] Paperless
- [ ] Domestic Related
- [ ] Suspects
- [ ] Bias Crime
- [ ] Accident
- [ ] Administrative
- [ ] Alcohol Related
- [ ] Arrests Made
- [ ] Drugs Involved
- [ ] Ready for DA / Prosecutor
- [ ] Alarm Activated

| Log Number | Incident Number | File Number | Case Number | UCR |
|---|---|---|---|---|
| RT-22-10812 | P2200276232 | | | |

| Incident Type | MEN302 | Dispatcher | Source | District | Status |
|---|---|---|---|---|---|
| MENTAL HEALTH (EMER 302) | | | PERSON | 7624 | CLOSED |

### Incident Date / Times — Incident Occurred At or Between

| Date Received | Day Rec'd | Rcvd | Disp | Arrv | Clrd | Earliest Date and Time | Latest Date and Time |
|---|---|---|---|---|---|---|---|
| 08/12/2022 | Friday | 1330 | 1345 | 1345 | 1700 | | |

| Disposition | Clear By Exception | Suspended |
|---|---|---|
| | | [ ] |

| UCR Clearance | UCR Occur Date | UCR Clear Date | UCR Count | UCR Human Traffic Code | UCR HT Count |
|---|---|---|---|---|---|
| N/A | | | | | 0 |

### Location

416 S ITHAN AV
VILLANOVA  PA  19085

Municipality: Radnor Township

Cross Street: CONESTOGA RD
GPS Loc X:
GPS Loc X:

Intersection [ ]

Business Name:

Arson Value:

Gang:

Weather:

Modus Operandi Coding

VICTIM:

ENTRY:

PROPERTY

EXIT:

AREA:

METHOD:

TIME OF DAY:

WEAPONS USED:

Caller / Complainant Type: Normal [ ]  Anonymous [ ]  Hangup [ ]  Refused [ ]

---

IRF 1.6  RT-22-10812  8/12/2022  [X]  Approved By: SGT MICHAEL FISCHER  Approved On: 8/12/2022

PAGE 1
Print Date/Time: 9/5/2024 11:06:18 AM

RADNOR DEFTS 000027

# RADNOR TWP PD
## Incident Report Form

RT-22-10812
08/12/2022

MENTAL HEALTH (EMER 302)

## INVOLVED PERSONS

### COMPLAINANT — CODE: COMPL

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | OCKLEY, SIMONA<br>416 S ITHAN AVE<br>ROSEMONT PA 19010 |
| Juvenile | ☐ |
| Date of Birth | |
| Age | 45 |
| Race | W |
| Sex | M |
| Ethnic | N |
| Social Security Number | |

Link Comments

### CONTACT — CODE: CONT

| Field | Value |
|---|---|
| Name (Last, First, Middle) - Address | OCKLEY, SIMONA<br>416 S ITHAN AVE<br>ROSEMONT PA 19010 |
| Juvenile | ☐ |
| Age | 61 |
| Race | W |
| Sex | F |
| Ethnic | N |
| Social Security Number | 7 |
| State | PA |

Link Comments

## RESPONDING / INVOLVED UNITS, OFFICERS, AND TIMES

| Division | Supervisor | |
|---|---|---|
| PATR | LT. JOSEPH PINTO | JPINTO |
| Unit Number | Officer / ID (Ofcr 1 / Ofcr 2) | Officer / ID (Ofcr 3 / Ofcr 4) |
| | SGT KATHERINE REARDON | KREARD |

Agency Lognum    Unit

RT-22-10812    8/12/2022    ☒    Approved By: SGT MICHAEL FISCHER    PAGE 2
IRF 1.6    Approved On: 8/12/2022    Print Date/Time: 9/5/2024 11:06:18 AM

RADNOR DEFTS 000028

## COMMENTS / NARRATIVES

Title
INITIAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| SGT KATHERINE REARDON | 08/12/2022 | SGT MICHAEL FISCHER | 08/12/2022 |

Approved By / On
SGT MICHAEL FISCHER                    08/12/2022

C: Jeffrey Brydzinski responded to 7690 in regards to a possible squatting issue at 416 S. Ithan Avenue
SEE SUPPLEMENTAL
Sgt. Reardon #303

RT-22-10812   8/12/2022   ☒   Approved By: SGT MICHAEL FISCHER   PAGE 3
IRF 1.6                        Approved On: 8/12/2022    Print Date/Time: 9/5/2024 11:06:18 AM

RADNOR DEFTS 000029

| COMMENTS / NARRATIVES | | | |
|---|---|---|---|
| Title<br>SUPPLEMENTAL | | | |
| Narrative Created By / Created On<br>SGT KATHERINE REARDON | 08/12/2022 | Narrative Updated By / Update On<br>SGT MICHAEL FISCHER | 08/12/2022 |
| Approved By / On<br>SGT MICHAEL FISCHER | | 08/12/2022 | |

On 8/12/2022, Jeffrey Brydzinski responded to 7690 in regards to a possible squatting issue at 416 S. Ithan Avenue. I made contact with Jeffrey Brydzinski, who advised, Simona Ockley (previous property owner of the above address), has been occupying 416 S. Ithan Avenue since Wednesday, 8/10/2022. As of today's date, Brydzinski is the current owner of 416 S. Ithan Avenue. Settlement on the property was made on 7/21/2022 and Ockley received payment. The above property was deemed inhabitable by the Radnor Township Codes Department back in May of 2022. Ockley only had permission to be inside of the property to retrieve and clear out specific belongings. Ockley has yet to remove any belongings from the residence. She has removed any and all signage for legal notice and condemnation and is refusing to leave. Rockwell Custom Construction, the company attempting to do work on the property, observed Ockley arrive at 716 S. Ithan Avenue with an unidentified b/m in a yellow cab. The unidentified male was observed breaking the locks on the garage door and the back kitchen doors with a hammer on 8/10/22. Rockwell Custom advised Brydzinski, that Ockley has hindered construction for several hours. An inspector arrived for a pest inspection and she blocked his entry into the home. Ockley also contacted PECO and had the electric changed back into her name, contacted Verizon to connect phone service, and contacted Aqua. Brydzinski completed a written statement attesting to the above. Brydzinski also provided proof the home is in his name and he purchased it from Ockley. Superintendent Flanagan, Lt. Pinto, and Radnor Township Codes Department were advised.
Sgt. Reardon #303

RT-22-10812  8/12/2022  ☒  Approved By: SGT MICHAEL FISCHER  PAGE 4
IRF 1.6  Approved On: 8/12/2022  Print Date/Time: 9/5/2024 11:06:18 AM

RADNOR DEFTS 000030

# RADNOR TWP PD
## Incident Report Form

RT-22-10812
08/12/2022

MENTAL HEALTH (EMER 302)

**COMMENTS / NARRATIVES**

Title
SUPPLEMENTAL

| Narrative Created By / Created On | | Narrative Updated By / Update On | |
|---|---|---|---|
| OFC JENNIFER COCCO | 08/12/2022 | OFC JENNIFER COCCO | 08/14/2022 |

Approved By / On
SGT MICHAEL FISCHER          08/12/2022

On 8/12/2022 Lt. Pinto, Sgt. Fischer, Ofc. McHale, and I responded to 416 S. Ithan Av. to make contact with Ockley. Prior to response, Lt. Pinto contacted Mobile Crisis, who also arrived on scene with officers. We made contact with Ockley, who was still in her hospital gown. The home was full of unknown items and there was only a small path from the porch door to the area Ockley was sitting. Ockley also had the cable service to the home restored, as she was watching TV when we arrived. There was also a stench of raw sewage, as Ockley confirmed there was no running water in the home. There was also no ventilation to the home and the temperature inside was extremely hot. The floor was also caving in, as there was a large hole in the kitchen floor. We attempted to explain to Ockley the home was not only condemned, but legally not hers anymore. Ockley kept stating she has a court order and she can be inside the home. The court order Ockley is speaking about states the home is condemned and she is able to get belongings out of the home, as it is not owned by her anymore. Ockley was given several attempts to leave voluntarily, but kept shouting the police were in her home "fraudulently". Mobile Crisis did speak to her and observed Ockley's behavior, which they deemed enough to have Ockley 302'd. The 302 paperwork was signed by mobile crisis staff and RFC/A was called to transport Ockley, since she could not be transported safely in a police vehicle (walker, cane, Ace bandage on her leg, body fluids on her clothes, etc.). Ockley initially resisted leaving her home, but with some slight coercion and assistance with sitting up from the sofa, she walked outside to an awaiting stretcher. I followed RFC/A and Ockley to Crozer ER, where they were provided the 302. Ockley was turned over to Crozer staff without further incident.

    I did contact homeowner, Jeff Brydzinski, about the possibility Ockley could be released from the hospital, if the crisis doctor did not think she needed assistance. Brydzinski advised he was having contractors board up all entrances and requested added patrol to the residence. Brydzinski advised no one should be at the house after dark or over the weekend. Brydzinski is also putting up new no trespassing and condemned signs at the home. Brydzinski is demolishing the home in the next two weeks and Ockley being in the home is unsafe.
ASSIST: Lt. Pinto, Sgt. Fischer, McHale.
Cocco #94

RT-22-10812   8/12/2022   [X]   Approved By: SGT MICHAEL FISCHER   PAGE 5
IRF 1.6                        Approved On: 8/12/2022               Print Date/Time: 9/5/2024 11:06:18 AM

RADNOR DEFTS 000031