*Exhibit 32*

*Mobile Crisis Records*

 **Mobile Crisis**

# MAT-31341

| Client | Simona Ockley | Esignature | Yes | ESign User | Kimberly Jon... | ESign Date | 9/8/2022 10:32 AM |

## Initial Call

| | | | |
|---|---|---|---|
| Location | Delaware County | Client | Simona Ockley |
| DT Call | 8/12/2022 1:22 PM | Birthdate | 12/9/1960 |
| Preferred Name | | Gender Comment | |
| Gender | Female | | |
| Ethnicity | White | Specialist Phone | (855) 889-7827 |
| Insurance | None | SSN Provided by Dispatch? | No |
| Dispatch Specialist | Jennifer Williams | Delegate Phone | 484-868-8053 |
| Delegate On Duty | Phillip Morrison | 302 petition denied by delegate? | No |
| Contact Phone | 215-528-1072 | Contact Relationship | Police |
| Community Contact | Officer Joe Pento | Case Manager Phone | |
| Case Manager | none known | | |

### Dispatch Address

| | | | |
|---|---|---|---|
| Dispatch Location Type | Consumer Home | Dispatch City | Villanova |
| Dispatch Address1 | 416 South Ithan Ave | Dispatch State | PA |
| Dispatch Address2 | | Dispatch Zip | 19085 |

### Home Address (if different than Dispatch Address)

| | | | |
|---|---|---|---|
| Living Arrangement Type | Apartment | Home Phone | |
| Address1 | | City | |
| Address2 | | State | |
| | | Zip | |

### Children Under 18

| | | | |
|---|---|---|---|
| Parent / Guardian | N/A | Parent / Guardian Phone | |
| CYS / DHS Involvement? | No Involvement | CYS/DHS Contact Phone | |
| Additional Information | | | |

## Site Assessment

| | | | |
|---|---|---|---|
| Call Aborted ? | No | Dispatch Member 2 | Courtney Stott MA |
| Dispatch Member 1 | Lisa Blake BA | ICM Notfied | Does Not Have an ICM |

**PLF-1088**

| | |
|---|---|
| **Contact Resulting In** | Face to Face |

**Pre-engagement Information (from community contact and individual)**
Per dispatch; CC is officer Joe Pento of Radnor police department; called concerning Simona; unknown mental health diagnosis; squatting in a house and needs to leave; requesting MCT assistance due to mental health issues. No reported pets or weapons; unknown COVID status.

MCT contacted CC Officer Pento and provided a ETA of 30 minutes.

| | |
|---|---|
| **Evidence of inebriation?** | No |

**Substance Abuse History (what used, frequency, last use)**
none known

**Drug & Alcohol Assessment (Recent Use)**

| | |
|---|---|
| Have you used drugs or alcohol in the last two weeks? | No |

### Medical Needs

| | |
|---|---|
| **Require Immediate Medical?** | No |

**Special Needs (including medical needs)**
none known

| | | | |
|---|---|---|---|
| **Notice of Privacy?** | Yes | **Notice Signed** | No |
| **Client Rights Explained** | Yes | **Advanced Directives?** | No |

**Explain Advanced Directives**

| | |
|---|---|
| **Established Crisis Plan?** | No |

**Explain Crisis Plan**

### Most Recent Psychiatric Hospitalization

| | | | |
|---|---|---|---|
| **Most Recent Hospitalization** | Last 30 days | **Facility** | Other |
| | | **Other Facility** | Bryn Mawr |

**List Current Medications (Medication / Dose / Frequency)**
information not provided

**Medication Compliant?**

### Human Service System Affiliations

| | | | | | |
|---|---|---|---|---|---|
| **County Office of Services for the Aging(COSA)** | No | **Children and Youth Services (CYS)** | No | **Office of Intellectual Disabilities (OID)** | No |
| **Drug and Alcohol Services (D&A)** | No | **Education - School District** | No | **Forensic Criminal Justice System** | No |
| **Mental Health Service (OBH)** | No | **Juvenile Probation Office** | No | | |

### Police Involvement

| | |
|---|---|
| **Police Involvement?** | Called by Police |

PLF-1089

**Police Department**   Radnor

**Arrested at scene**

**Diversion from Arrest**

**Diversion from Hospitalization**

**Physical Health**                                          **Mental Health**

**Current Community Agency Involved**

**Agency Name**              none known              **Service Provided**

**Agency Contact**                                        **Contact Phone**

**Contact Title**

**Other Community Agencies Involved**

**Other Impressions (choose all that apply)**

| | | |
|---|---|---|
| **MH** Yes | **ID** No | **D & A** No |
| **Homeless** Yes | **No MH** No | **Autism** No |
| **Domestic Disputes** No | | |

## HoNOS Assessment

| Created On | 1. Disruptive, ant… | 2. Homicidal Ide… | 3. Over-activity, … | 4. Non-accident… | 5. Drugs or Alco… | 6. Scholastic/lan… | 7. Physical illnes… | 8. allu…atic |
|---|---|---|---|---|---|---|---|---|
| 8/12/2022 5:12 PM | 0 - Could not as… | 0 - Could not as… | 0 - Could not as… | 0 - Could not as… | 0 - Could not as… | 0 - Could not as… | 0 - Could not as… | 4 - Moderate |

1 - 1 of 1 (0 selected)                                                                                              Page 1

## CSSRS Triage

**Questions pertain to last 30 days**

Have you wished you were dead or wished you could go to sleep and not wake up?          No

Have you actually had any thoughts of killing yourself ?          No

Have you been thinking about how you might kill yourself?          No

PLF-1090

| | |
|---|---|
| Have you had these thoughts and had some intention of acting on them? | No |

| | |
|---|---|
| Have you started to work out or worked out the details of how to kill yourself? | No |

| | |
|---|---|
| **Do you intend to carry out this plan?** | No |

### Intensity of Ideation

**Questions pertain to last 30 days**

Frequency - How many times have you had these thoughts?

Duration - When you have these thoughts, how long do they last?

Control - Could / can you stop thinking about killing yourself or wanting to die if you want to?

Reasons - What sort of reasons did you have for thinking about wanting to die or killing yourself

Deterrents - Are there things or people that stopped you from wanting to die or acting on thoughts

**(Highest Score 1 - 5 with 1 being the least severe and 5 being the most severe)**

| **Most Severe Ideation Score:** | **Most Severe Ideation Type:** |
|---|---|

PLF-1091

## Suicidal Behavior

### General

Have you done anything, started to do or prepared to do anything to end your life?   No

**How long ago did you do any of these things?**

### Questions pertain to last 30 days

Have you ever done anything to harm yourself without ANY intention of killing yourself but for other reasons (like to relieve stress, feel better, get sympathy, or get something else to happen)?   No

### Actual Attempt

**Have you ever made an actual suicide attempt?**   No

**Enter total number of actual suicide attempts.**

**Document details of suicide attempts.**

### Interrupted Attempt

Have you ever started to do something to end your life but someone or something stopped you before you actually did anything?   No

**Enter total no of interrupted suicide attempts.**

**Enter details of interrupted suicide attempts.**

### Aborted or Self-Interrupted Attempt

Have you ever started to do something to end your life but you stopped yourself before you actually did anything?   No

**Enter total no of aborted or self-interrupted suicide attempts**

PLF-1092

**Document details of aborted or self-interrupted suicide attempts**

**Prepatory Acts or Behavior**

Have you ever taken steps towards making a suicide attempt or preparing to kill yourself    No
(such as collecting pills, getting a gun, giving valuables away or writing a suicide note)?

**Details of acts or preperation towards the suicide attempt**

**Suicidal Behavior**

Was suicidal behavior present during the assessment period?                                 No

# Mental Status

**FORM: MENTAL STATUS**

**Appearance**

| Neat / well groomed | No | Malaodorous | Yes | Disheveled | Yes |

Eccentric   No

**Speech**

| Regular rate, rhythm and tone | No | Slow and low tone | No | Selectively Mute | No |
| Circumstantial; tangential | Yes | Pressured / Rapid | No | Yelling and Screaming | No |

**Mood**

| Calm | No | Sad / Depressed | No | Aggresive | No |
| Angry | Yes | Anxious | No | | |

**Affect**

| Appropriate | No | Inappropriate | No | Labile | Yes |

Flat   No

**Hallucinations**

| None | Yes | Flashbacks | No | Auditory | No |
| Visual | No | Tactile and/or olfactory | No | Commandand willing to act on them | No |

**Thought Content**

| Logical and coherent | No | Incoherent | Yes | Evasive | No |
| Flight of Ideas | No | Perseveration | No | Paranoia | Yes |

Distracted   No

**Behavior**

| Normal | No | Psychomotor retardation | No | Hyperactivity | No |

PLP-1093

| | | | | | |
|---|---|---|---|---|---|
| **Bizarre** | Yes | | | | |

### Orientation

| | | | | | |
|---|---|---|---|---|---|
| **Oriented x3** | No | **Not oriented to time** | No | **Not oriented to place** | Yes |
| **Not oriented to person** | No | | | | |

### Insight

| | | | |
|---|---|---|---|
| **Understands illness and symptoms** | No | **Denies illness and symptoms** | Yes |

### Judgment / Impulsivity

| | | | |
|---|---|---|---|
| **Understands consequences of actions** | No | **Denies consequences of actions** | Yes |

## Clinical Formulation

**FORM: CLINICAL FORMULATION**

Record relevant issues, presenting issues, mental status, suicidal/homicidal risk or other details

Simona is a 61 year old Caucasian female with a reported unknown mental health diagnosis. Per CC Simona does not have any local family supports. CC also reports Simona was recently discharged from Bryn Mawr hospital after a inpatient stay for both medical and psychiatric issues. DCCCT was contacted by Radnor police department because Simona was trespassing in a home she no longer owns. Officers stated she is in jeopardy of being arrested if she did not vacate the premises. MCT engaged Simona in conversation and did not present any suicidal or homicidal ideations. She was delusional about still owning the house, She was resistant to officers and attempted to contact several people to back up her story. Simona's apartment was deemed uninhabitable, there was no running water and she was sitting in a soiled hospital gown and there was no ventilation in the apartment. A 302 petition was filled and approved. EMS transported Simona to Crozer.

### Interventions

| | | | | | |
|---|---|---|---|---|---|
| **302 Petition** | Yes | **Assess** | Yes | **Assist others with 302 Petition** | No |
| **Crisis Counseling** | Yes | **Grief Counseling** | No | **Individual Not Available** | No |
| **Individual refuses face-to-face contact** | No | **Provide Information** | Yes | **Referral** | No |
| **Transport** | No | **Other Service Providers Were Involved** | No | | |

| | |
|---|---|
| **Intervention Details** | MCT gathered pre-engagement details from dispatch. Contacted CC and provided ETA. Upon arrival MCT with CC Officer Pento and other officers on site to gather additional information. Inquired about report of recent hospitalization. MCT along with officers engaged Simona in conversation. MCT asked about any mental health issues or diagnosis and Simona denied. MCt observed and attempted to orient her to reality. MCT assessed using CSSRS, HoNOS, and mental status exams. Attempted to motivate Simona to consider going to hospital for medical evaluation and /or 201 evaluation but she would not comply with officers. After consulting with police MCT completed a 302 petition, contacted OBH delegate Phillip Morrison to obtain approval. |

### Disposition

| | |
|---|---|
| **Disposition** | Involuntary Evaluation by Crisis Center (302) |
| **Disposition Detail** | Simona was delusional about her housing status and demonstrated a inability to care. 302 petition approved by OBH delegate Phillip Morrison. |
| | MCT will follow up with Crozer for 302 status. 610 447-7600 |
| **Transportation Arrangement** | EMS / Police |

| | |
|---|---|
| Does driver appear competent to provide transportation? | No |

## Encounter Type

| | |
|---|---|
| **Encounter Type** | Face to face - Round trip travel |

**PLF-1094**

| | | | |
|---|---|---|---|
| **DT Dispatch Departure** | 8/12/2022 1:28 PM | **DT Dispatch Arrival** | 8/12/2022 1:41 PM |
| **DT Start Face to Face** | 8/12/2022 1:41 PM | **EndFaceToFaceDateTime** | 8/12/2022 2:22 PM |
| **DT Departure from Site** | 8/12/2022 2:22 PM | **DT Return Time at Elwyn** | 8/12/2022 2:58 PM |
| **DT Call Start** | | **DT Call End** | |

## Continuity of Care Documentation

### Follow Up

| | |
|---|---|
| **Follow-up Contact Date and Time** | 8/13/2022 10:45 AM |
| Follow-up completed within 24 hours of dispatch? | Yes |

### Recommendation Outcome

| | |
|---|---|
| **Disposition** | Involuntary Evaluation by Crisis Center (302) |
| **Were dispostion recommendations satisifed?** | Yes |
| **Actual Disposition** | Involuntary Evaluation by Crisis Center (302) |
| **Briefly describe what was not satisfied** | |
| **Recommendation outcome?** | 8/13/22 MCT contacted Crozer. Both Crisis and emergency room staff stated they have no record of her. MCT hen contacted CC officer Pento who reports Simona is back at the house and in jeopardy of being arrested. LB |

### Individual Feedback

| | |
|---|---|
| Did mobile team speak to the individual within 24 hours? | Yes |
| **Why was contact not made in 24 hours?** | |
| **Record individual's report of services to which MAT referred him/her** | |

PLF-1095

| | |
|---|---|
| Was individual satisfied with mobile team services? | Yes |

PLF-1096

**Specify:**

Does individual have recommendations to improve mobile team services?    No

**Specify:**

### Additional Follow-up

| | |
|---|---|
| **Is further follow-up required?** | No |

**Specify:**

### Encounter Status

| | |
|---|---|
| **Encounter Status** | Open |

**Encounter Closure**

**Was Individual in our care less than 72 hours?**

## Out Patient Follow up
**Date of Out Patient Follow Up Appointment**

| | |
|---|---|
| **Appointment Kept ?** | Yes |

**Reason for Not Keeping Appointment**

## Financial Checklist

| | |
|---|---|
| **Billing Demographics Verified ?** | Yes |
| **EVS Check Complete ?** | Yes |
| **Payer Record Created / Reviewed ?** | Yes |
| **Address Record Created / Reviewed ?** | Yes |
| **Billing DX / PSeudo DX Created ?** | Yes |

PLF-1096

| | |
|---|---|
| **Esignature** | Yes |
| **ESign User** | 👤 Kimberly Jones |
| **ESign Date** | 9/8/2022 10:32 AM |

## Ancillary Services

| Ancillary Service Type | DT Start Time of Service | DT End Time of Service | Staff Providing Service | ESignature | Cre  d C |
|---|---|---|---|---|---|
| **Generic Telephone Service** | 8/13/2022 10:45 AM | 8/13/2022 10:50 AM | Lisa Blake | Yes | 8/13/2 |

1 - 1 of 1 (0 selected)                                                                                                                                                Page 1

## Notes

**Title:**
📄 Simona consent.pdf
Lisa Blake 8/13/2022 9:58 AM

**Title:**
📄 Simona 302-3.pdf
Lisa Blake 8/13/2022 9:55 AM

**Title:**
📄 Freedom 302-2.pdf
Lisa Blake 8/13/2022 9:55 AM

**Title:**
📄 simona 302-1.pdf
Lisa Blake 8/13/2022 9:55 AM

**Tabs:**

PLF-1097

# ELWYN

## CONSENT FOR TREATMENT AND SERVICES

I, _____, hereby give my consent to the staff of

Elwyn, to conduct on behalf of _____ such treatment and associated services as deemed necessary to diagnose and treat behavioral, psychiatric and/or mental health disorders, I understand that all treatment procedures and services are within the limit of standard mental health practices.

I understand that all treatment and services information will be kept confidential and will not be released without my written consent, except in the case of an emergency or to my insurer.

I accept that I will participate in the development of treatment and/or service plan(s). In addition, I have the right to discuss the treatment/services with the staff. I am aware that I have the right to refuse any recommendations for treatment and/or services and that this refusal may lead to termination from a specific treatment/service program.

I have received a copy of the "Crisis Services Individual Rights" document and those rights were explained to me. I have also received a copy of the "Crisis Services Grievance and Appeal" document. I was given the opportunity to ask questions regarding these documents.

_Refused_____    _8/12/22_____
Client Signature              Date

_____    _____
Parent/Guardian Signature     Date

_Ais: Bule_____    _8/12/22_____
Witness                       Date

_____    _____
Witness                       Date

Revised 10/19/15

PLF-1098

# APPLICATION FOR INVOLUNTARY EMERGENCY EXAMINATION AND TREATMENT

**Mental Health Procedures Act of 1976**
Section 302

12/9/60

(THE BLANKS BELOW MAY BE COMPLETED FOLLOWING ADMISSION.)

| NAME Last | First | Middle | AGE | SEX |
|---|---|---|---|---|
| Ockley | Simona | | 61 | F |

| ADDRESS |
|---|
| 416 S Ithan Ave. Radnor PA 19085 |

| NAME OF COUNTY PROGRAM | NAME OF BSU | BSU NUMBER |
|---|---|---|
| | | |

| NAME OF FACILITY | ADMISSION DATE | ADMISSION NUMBER |
|---|---|---|
| | | |

## INSTRUCTIONS

1. Part I must be completed by the person who believes the patient is in need of treatment If this person is not a physician, police officer, the County Administrator or his delegate, he or she must request authorization or a warrant through the County Administrator.

2. If the authorization or a warrant through the County Administrator is required, call or visit the Office of the County Administrator. Authorization to take a patient for examination without a warrant is to be documented in Part II. If a warrant is required, Part III must be completed by the County Administrator or a person designated by the Administrator to sign the warrants.

3. When the patient is taken to the examination facility, the rights described in Form MH 783-A must be explained. Part IV should be signed by the person who explains these rights to the patient.

4. Part V is to be completed by the County Administrator (or representative) or by the Director of the Facility (or representative) upon arrival of the patient at the facility.

5. Part VI is to be completed by the examining physician.

6. If additional sheets are required at any point in completing this form, note on this form the number of additional sheets which are attached.

7. If the patient is subject to criminal proceedings/detention, briefly describe below.

*County of Delaware AUG 1 2 2022 Delegate Approved*

She is delusional. Simona has a unknown mental health diagnosis. She was recently discharged from Bryn Mawr hospital. Simone believes she own's a house that she sold. The home is uninhabitable and there is no running water. Simona is sitting in the heat with no ventilation in extremely warm temperatures. She is sitting in urine and feces and refusing to leave.

MH 783 4/10

PLF-1099

# IMPORTANT NOTICE



ANY PERSON WHO PROVIDES ANY FALSE INFORMATION ON PURPOSE WHEN HE COMPLETES THIS FORM MAY BE SUBJECT TO CRIMINAL PROSECUTION AND MAY FACE CRIMINAL PENALTIES INCLUDING CONVICTION OF A MISDEMEANOR.

Part I
## APPLICATION

I believe that _____
(PERSON'S NAME)

is severely mentally disabled: (Check and complete all applicable for this patient)

A person is severely mentally disabled when, as a result of mental illness, his/her capacity to exercise self-control, judgment and discretion in the conduct of his/her affairs and social relations or to care for his/her own personal needs is so lessened that he/she poses a clear and present danger of harm to others or to himself or herself.

☐ Clear and present danger to others shall be shown by establishing that within the past 30 days the person has inflicted or attempted to inflict serious bodily harm on another and that there is reasonable probability that such conduct will be repeated. A clear and present danger of harm to others may be demonstrated by proof that the person has made threats of harm and has committed acts in furtherance of the threat to commit harm; or

Clear and present danger to himself shall be shown by establishing that within the past 30 days;

☒ (i) the person has acted in such manner as to evidence that he/she would be unable, without care, supervision and the continued assistance of others, to satisfy his/her need for nourishment, personal or medical care, shelter, or self-protection and safety, and that there is reasonable probability that death, serious bodily injury or serious physical debilitation would ensue within 30 days unless adequate treatment were afforded under the act; or

☐ (ii) the person has attempted suicide and that there is reasonable probability of suicide unless adequate treatment is afforded under this act. For the purpose of this subsection, a clear and present danger may be demonstrated by the proof that the person has made threats to commit suicide and has committed acts which are in furtherance of the threat to commit suicide; or

☐
  (iii) the person has substantially mutilated himself/herself or attempted to mutilate himself/herself substantially and that there is the reasonable probability or multilation unless adequate treatment is afforded under this act. For the purposes of this subsection, a clear and present danger shall be established by proof that the person has made threats to commit multilation and has committed acts which are in furtherance of the threat to commit mutilation.

MH 783  4/10

PLF-1100

Describe in detail the specific behavior within the last 30 days which supports your belief (include location, date and time whenever possible, and state who observed the behavior):

|  |
|  |

I understand that I may be required to testify at a court hearing concerning the information I gave.

On the basis of the information I gave above, I believe that ___Simona . Ockley___
(PERSON'S NAME)

is in need of involuntary examination and treatment. I request that: (Check A or B - Notice that B can only be checked by a physician, a police officer, the County Administrator or his/her delegate).

A. ☒   The County Administrator issues a warrant authorizing a policeman or someone representing the County Administrator to take the patient to a facility for examination and treatment.

___Lisa Blake___ / ___Outnu Stoth___            ___8/12/22___
SIGNATURE OF APPLICANT                                   DATE

___Lisa Blake___ / ___Courtney Stott___         ___484-985-5725___
PRINT NAME AND ADDRESS OF APPLICANT              TELEPHONE NO.

B. ☐   That this facility examine the patient to determine his/her need for treatment.

_____            _____
SIGNATURE OF PHYSICIAN, POLICE OFFICER                    DATE
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____            TELEPHONE NO.
PRINT NAME AND TILE OF PHYSICIAN, POLICE OFFICER
COUNTY ADMINISTRATOR, OR REPRESENTATIVE

_____
ADDRESS

*[Stamp: County of Delaware, AUG 1 2 2022, Delegate Approved]*

# PART II
## Authorization for Transportation to an Approved Facility for Examination Without a Warrant
### (Under Section 302(a) (2))

For use in emergency situations when the Administrator orally authorizes a responsible person to take a patient to a designated facility for examination without a warrant. When such authorization of a County Administrator or designee is obtained by telephone, the documentation below is required:

_____ _____
NAME OF PERSON REQUESTING AUTHORIZATION / DATE/TIME OF CALL/AUTHORIZATION

_____
REASON FOR ORAL AUTHORIZTION

_____
NAME AND TITLE OF PERSON GIVING AUTHORIZATION

I swear or affirm that I personally obtained authorization for transporting the patient to
_____ from the above-named
(FACILITY)
Administrator or his/her representative and that I was advised that documentation of this telephone call is maintained in the Administrator's files.

_____ _____
NAME AND ADDRESS / RELATIONSHIP TO PATIENT

*[Stamp: County of Delaware, AUG 1 2 2022, Delegate Approved]*

MH 783 4/10

PLF-1102

# Part III
# WARRANT



(Check A or B)

A. ☒ Based upon representations made to me by __LISA Blake__
(NAME OF APPLICANT)

I hereby order that __Simona Ockley__ shall be taken to
(NAME OF PERSON)

and examined at __CROZER__ and if required, shall
(NAME OF FACILITY)

be admitted to a facility designated for treatment for a period of time not to exceed 120 hours.

Name of facility designated for treatment if other than the facility conducting the examination:

_Phillip Morrison / Lisa Blake_     8/12/22
SIGNATURE OF COUNTY ADMINISTRATOR, OR HIS/HER REPRESENTATIVE     DATE

_Phillip Morrison   Lisa Blake_
PRINT NAME OF COUNTY ADMINISTRATOR, OR HIS/HER REPRESENTATIVE

## DENIAL OF WARRANT

B. ☐ The request of the petitioner for a warrant is denied:

_____
SIGNATURE OF SIGNATURE OF COUNTY ADMINISTRATOR, OR REPRESENTATIVE     DATE

---

# Part IV
# THE PATIENT'S RIGHTS

I affirm that when the patient arrived at _____
(NAME OF FACILITY)

I explained his rights to him/her. These rights are described in Form MH 783-A. I believe that he/she:

☐ does understand these rights.

☐ does not understand these rights.

_____
SIGNATURE OF PERSON EXPLAINING RIGHTS     DATE

_____
PRINT NAME OF PERSON EXPLAINING RIGHTS

MH 783 4/10

PLF-1103

# PART V
## ACTIONS TAKEN TO PROTECT THE PATIENTS INTEREST

I affirm that to the best of my knowledge and belief the following actions which were taken constituted all reasonable steps needed to assure that while the patient is detained the health and safety needs any of any his/her dependents are met and that his/her personal property and the premises he/she occupies are secure.

Describe the actions taken below. Use additional sheets if required.

---

*SIGNATURE OF PHYSICIAN, POLICE OFFICER*
*COUNTY ADMINISTRATOR, OR REPRESENTATIVE*

*DATE*

*PRINT NAME AND TILE OF PHYSICIAN, POLICE OFFICER*
*COUNTY ADMINISTRATOR, OR REPRESENTATIVE*



County of Delaware
AUG 1 2 2022
Delegate Approved

MH 783 4/10

PLF-1104