*Exhibit 33*

*Crozer ED Nursing Note*

Crozer Chester Medical Center

| | | | | |
|---|---|---|---|---|
| Patient Name: | OCKLEY, SIMONA | | Registration Date: | 8/12/2022 |
| MRN: | 1527716 | | Financial #: | CHPM1300259588 |

**Emergency Documentation**

6) In your LIFETIME have you ever done anything, started to do anything, or prepared to do anything to end your life? (ref) :   No
CSSRS Initial Screener Risk Level :   No Risk

Bulter RN, Cherise - 08/12/2022 16:37 EDT

---

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: | Review Information: |
|---|---|---|---|---|---|
| ED Note-Nursing | Agitated w discharge, waiting for belongings | 8/13/2022 02:40 EDT | Gardler,Savannah (8/13/2022 02:42 EDT) | Auth (Verified) | |

Patient was reportedly 302'd by police. The 302 was not upheld as she was cleared by psych. Patient was discharged per physician order. When receiving discharge papers, patient stated that she could not go home. She said that when she was taken from her house, her front porch was destroyed and her walker was broken. She said that she is unable to get around on her own. Patient stating she recently got out of Bryn Mawr Hospital, and that Bryn Mawr Hospital would not discharge her at this time of night.  Patient repeatedly saying she will not be discharged, and that discharging her is "inhumane".  Patient repeatedly stating that RN is a very young nurse.  RN spoke with charge nurse about this. Agreed to discharge patient to the ED waiting room, where she can sit in a hospital wheelchair and talk to social work in the AM if she would like.  Personal belongings in room given to patient.  Security notified to bring rest of belongings.  IV discontinued. Patient verbalized understanding of and signed discharge papers. Patient received copy of discharge paperwork.  Patient requested food and drink, sandwich and drink given to patient.  RN assisted patient in getting dressed and sitting in wheelchair.  Patient put on her dirty gown that she came in with.  Patient refused clean gown and did not want to continue to wear paper scrubs.  Patient still repeatedly stating that discharge is "inhumane".  RN reinforced that patient may sit in lobby and speak to social work in the morning if she pleases. Patient became increasingly agitated towards security and RN while waiting in wheel chair for security to bring her additional belongings bags.  Patient stating again that it is "inhumane" and that she should be allowed to lay in bed throughout the night, asking for multiple staff members names.  Currently waiting for security to bring patient's cane and then she can be wheeled out to ED lobby.

---

| Document Name: | Document Subject: | Service Date/Time: | Signed Information: | Result Status: | Review Information: |
|---|---|---|---|---|---|
| ED Note-Nursing | ED Free Text Note | 8/13/2022 00:36 EDT | Gardler,Savannah (8/13/2022 00:41 EDT) | Auth (Verified) | |

Patient was reportedly 302'd by police.  The 302 was not signed as she was cleared by psych.  Patient was discharged per physician order.  When receiving discharge papers, patient stated that she could not go home.  She said that when she was taken from her house, her front porch was destroyed and her walker was broken.  She said that she is unable to get around on her own.  RN spoke with charge nurse about this. Agreed to discharge patient to the ED waiting room, where she can sit in a hospital wheelchair and talk to social work in the AM if she would like.  All personal belongings returned to patient.  IV discontinued. Patient verbalized understanding of and signed discharge papers.  Patient received copy of discharge paperwork.