*Exhibit 36*

*Court Order
September 9, 2022*

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
CIVIL DIVISION

ROCKWELL GLYNN, L.P.       :    No. 2022-004275
                                               :
    v.                                       :
                                               :
SIMONA OCKLEY                      :

## **ORDER**

AND NOW, this 9th day of September 2022, after a hearing in which Defendant, Simona Ockley ("Defendant"), appeared pro se, and Plaintiff, Rockwell Glynn, L.P., appeared through counsel, it is hereby ORDERED as follows:

1. As of September 2, 2022, Defendant's personal property was placed in PODS containers on the southwest corner ("Designated Storage Area") of the property known as 416 S. Ithan Avenue, Villanova, PA 19085 (the "Property").

2. From the date of this Order until September 18, 2022, Defendant shall have access only to the Designated Storage Area on the Property with the sole purpose of retrieving her personal property from the PODS and removing her personal property from the Property.

3. Defendant will be provided with keys to the locks on the PODS and will be responsible for securing the locks on the PODS.

4. Defendant is prohibited from trespassing on any other area on the Property other than the Designated Storage Area, as the remaining area on the Property is an active construction site.

5. After September 18, 2022, Defendant shall not be permitted on the Property.

6. On September 19, 2022, the PODS will be removed from the Property and placed at the PODS facility located at: 125 Green Tree Road, Unit 40, Phoenixville, PA 19460 (the "Pod Facility").

7. From September 19, 2022 through October 8, 2022, Defendant may retrieve her personal property from the PODS containing her personal property being stored at the PODS Facility.

PLF 0127

8. Any personal property not retrieved by Defendant from the PODS before October 8, 2022 shall be deemed abandoned and may be disposed by Plaintiff as refuse.

9. Defendant's motor vehicle has also been moved to the Designated Storage Area on the Property and Defendant may retrieve the vehicle from the Designated Storage Area from the date of this Order until September 18, 2022.

10. If the vehicle is not removed by the Defendant by September 18, 2022, it will be deemed abandoned, along with all contents inside, and the vehicle will be towed from the Property and discarded as refuse. Plaintiff shall comply will with all applicable laws in the disposition of an abandoned vehicle in accordance with the Pennsylvania Department of Transportation.

11. At no time shall Defendant be permitted to enter the secured dwelling located 416 S. Ithan Avenue, Villanova, PA 19085, as the dwelling is subject to a Notice of Condemnation issued by Radnor Township and is in the process of being demolished.

12. Plaintiff is responsible for serving a copy of this Order upon the Defendant.

BY THE COURT:

JOHN J. WHELAN, J.

2