*Exhibit 38*

*Officer Cocco Body Camera Footage
August 13, 2022*