<u>*Exhibit 39*</u>

*Officer Brown Body Camera Footage
August 13, 2022*