*Exhibit 40*

*Sergeant Fischer Body Camera Footage
August 13, 2022*