*Exhibit 42*

*Audio File*
*July 11, 2022 Hearing*