## Exhibit 44

### Plaintiff's Deposition Transcript
### Volume II
### April 23, 2025

**In the Matter Of:**

*SIMONA OCKLEY vs*

*TOWNSHIP OF RADNOR, et al.,*

---

*SIMONA OCKLEY - VOL 2*

*April 23, 2025*

---



1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

SIMONA OCKLEY          :  CIVIL ACTION
4          Plaintiff,     :  NO. 2:24-cv-04070
                          :
5          vs.            :
                          :
6   TOWNSHIP OF RADNOR    :
JENNIFER COCCO, JOSEPH :
7   PINTO, BRADY MCHALE   :
BRIAN BROWN, JEFFREY  :
8   BRYDZINSKI, TYLER     :
PRETE and             :
9   ROCKWELL-GLYNN, LP    :
          Defendants.    :

10

11

12                    *   *   *

13          CONTINUED REMOTE DEPOSITION

14               VOLUME II OF II

15                    *   *   *

16

17   DEPONENT:  SIMONA OCKLEY

18   DATE:      April 23, 2025

19   TIME:      8:00 a.m.

20   REPORTER:  Hope Agosto, PCR
           Court Reporter - Notary Public
21                    *   *   *

22

23

24

25

280

```
1   A P P E A R A N C E S :
2
    SCHROM AND SHAFFER
3   BY:  GERARD K. SCHROM, ESQUIRE
    4 West Front Street
4   Media, PA 19063
    610.565.5050
5   Gschrom@schromandshaffer.com
    Counsel for Plaintiffs
6
7   MARSHALL DENNEHEY, P.C.
    BY:  JOHN P. GONZALES, ESQUIRE
8   2005 Market Street
    Suite 2300
9   Philadelphia, PA 19103
    215.575.2871
10  Jpgonzales@mdwcg.com
    Counsel for Defendants, Radnor Township,
11  Jennifer Cocco, Joseph Pinto, Brady McHale
    and Brian Brown
12
13  SPRUCE LAW
    BY:  TODD BARTOS, ESQUIRE
14  1622 Spruce Street
    Philadelphia, PA 19103
15  267.546.0600
    Tb@sprucelaw.com
16  Counsel for Defendants, Jeffrey Brydzinski,
    Tyler Prete and Rockwell-Glynn, LP
17
18
19      ** All participants appearing virtually **
20
21
22
23
24
25
```

282

```
1                DEPOSITION SUPPORT INDEX
2
3   Direction Of Witness Not To Answer
4   Page  Line              Page  Line
5   (None)
6
7
8   Request for Production of Documents
9   Page  Line              Page  Line
10  307   21                388   25
11  391    5
12
13  Stipulations
14  Page  Line              Page  Line
15  (None)
16
17
18  Questions Marked
19  Page  Line              Page  Line
20  (None)
21
22
23
24
25
```

281

```
1                  *  *  *
2                  INDEX
3                  *  *  *
4   WITNESS                         PAGE NO.
5   SIMONA OCKLEY
6     By Mr. Bartos                 283, 402
7     By Mr. Gonzales               346
8     By Mr. Schrom
9
10                 *  *  *
11                 EXHIBITS
12                 *  *  *
13  NO.        DESCRIPTION          PAGE NO.
14  Ockley-12   5/23/2002 Deed        300
15  Ockley-13   9/9/2022 Order of Court   314
16  Ockley-14   Copy of Check         328
17  Ockley-14(a) Handwritten Notes    347
18  Ockley-15   Copies of Photographs 376
19  Ockley-16   Copies of Photographs 393
20  Ockley-17   September 6th, 2022 filing  406
                Rockwell-Glynn v. Ockley matter
21
    Ockley-18   Ockley v. Russell Packet   419
22              Of Documents
23
24
25
```

283

```
1                  *  *  *
2         SIMONA OCKLEY, after having been
3         first duly sworn, was examined and
4         testified as follows:
5                  *  *  *
6                  EXAMINATION
7                  *  *  *
8   BY MR. BARTOS:
9       Q.   Ms. Ockley, we are here today for
10  the continuation of your deposition that we
11  started on March 11th, a little over a month
12  ago.
13           In that time between March 11th and
14  today, have you reviewed any additional
15  documents, depositions or other materials
16  generated in this case during that time?
17      A.   I just review my deposition from
18  March 11th.
19      Q.   Okay.  Did you read the entire
20  transcript?
21      A.   Yes, I did, sir.
22      Q.   Anything in there that needs to be
23  changed as we sit here today?
24      A.   I don't recall that.
25      Q.   Okay.  The same rules that Mr.
```

284

1  Gonzalez went through before still apply.  I'd
2  appreciate it if you would allow me to ask my
3  question and finish it before you answer, even
4  if you know where I'm going; just conversation
5  doesn't work when we're trying to get a
6  transcript.
7        If I have cut you off
8  inadvertently, please let me know that as
9  well.
10       Okay?
11    A.   Yes, sir.
12    Q.   And you just did a good job there
13 of answering verbally.  Uh-huh, uh-uh, nods of
14 the head are hard to take down.  We're on
15 video today, but we're not actually making a
16 video recording of this.
17       In terms of today, if you need a
18 break at any time, please let us know that.
19 This is not an endurance contest, so whenever
20 you need a break, just tell us.
21       Okay?
22    A.   Yes, sir.
23    Q.   And if you don't remember
24 something, that's okay.  My goal is to get an
25 understanding of what you remember as you sit

285

1  here today about events that happened
2  sometimes years and years ago.
3        So if you don't remember, that's
4  okay; I just need to know that.
5        Is that fair?
6     A.   Yes, sir.
7     Q.   And I may ask you to estimate or
8  try to give a range.  Again, if you can't,
9  that's okay; you just have to tell me.
10       Is that fair?
11    A.   Yes, sir.
12    Q.   Are you on any medications today
13 that would affect your ability to testify
14 accurately and truthfully?
15    A.   No, sir.
16    Q.   So you reviewed your prior
17 deposition.
18       Did you review any other
19 depositions for this case prior to today?
20    A.   No, no, sir.
21    Q.   There was an audio recording of the
22 June 2022 hearing with Judge John J. Whelan
23 that was provided to Counsel.
24       Have you had an opportunity to
25 listen to that?

286

1     A.   A few minutes ago I listened, but
2  just for few minutes.  I did not have a chance
3  to listen to the whole conversation that I
4  have it in court.
5     Q.   Do you recall which portion you
6  listened to, what the topic was?
7     A.   I think was in the beginning of the
8  hearing.
9     Q.   Okay.  As you sit here today, do
10 you have any notes or papers with you that you
11 will be using today?
12    A.   Notes, no, no, sir.
13    Q.   Okay.  Are you still living in Room
14 106 at the Media Inn & Suites?
15    A.   That's correct, sir.
16    Q.   As sit here today, do you have any
17 plans that you have made to go to Romania
18 sometime in the future?
19    A.   That I continue to have plans, yes,
20 of course.
21    Q.   Have you bought any plane tickets
22 for specific trips?
23    A.   Not yet, sir.
24    Q.   When was the last time you were in
25 Romania?

287

1     A.   I don't recall.  I think it was
2  2016 or 2017.
3     Q.   Last time we touched briefly on the
4  case you had against Mr. Russell, and there
5  was an arbitration that was scheduled for the
6  next day, March 12th.
7        Did that arbitration happen?
8     A.   Did not happen; was rescheduled for
9  June 3rd.
10    Q.   And shortly thereafter, did you
11 hire a lawyer to represent you in that case?
12    A.   Yes, I did.
13    Q.   And that's Mr. Mylonas,
14 M-Y-L-O-N-A-S?
15    A.   That's correct.
16    Q.   Are you paying Mr. Mylonas by the
17 hour or does he have that on a contingency?
18    A.   I think -- it's not contingency.
19    Q.   He's sending you bills and you're
20 paying them?
21    A.   He -- I just signed, like, an
22 agreement, and I did pay in the beginning of
23 talking to him.
24    Q.   Ms. Ockley, we talked about a
25 number of things at your last deposition.  I'd

288

1  like to go back to just learn a little more
2  about you, before we pick up again in August
3  of 2022; so just to give you a sense of where
4  I'm going.
5           My recollection is that you came to
6  this country on a B-1 or B-2 visa in 1999,
7  correct?
8       A.    That's correct, B-1, B-2 visa, both
9  of them.
10      Q.    You received your degree, your
11 bachelor's and your master's --
12      A.    That's correct.
13      Q.    -- at university in Romania?
14      A.    That's correct.
15      Q.    Did you have any formal education
16 thereafter that resulted in further degrees?
17      A.    After my degree in Romania?
18      Q.    Yes.
19      A.    Yes, I did have -- I went to
20 Delaware Community College and also --
21 Delaware Community College for four years, and
22 also I was one year to Drexel University, for
23 credits.
24      Q.    What were you studying at DelCo
25 Community College?

289

1       A.    I did study design and some courses
2  for engineering.
3       Q.    When did you do that?
4       A.    In -- from, I think, 2004 until
5  2008.
6       Q.    Were you having issues finding
7  employment in the United States in your field
8  based on the fact that your training had been
9  overseas?
10      A.    No, I did not encounter issues
11 finding work.
12      Q.    And then one year at Drexel, when
13 was that?
14      A.    I don't recall exactly the year,
15 but I think it's on -- around 2004 maybe.
16      Q.    Do you recall what you studied at
17 Drexel in around 2004?
18      A.    Yes, it was engineering.
19      Q.    So when you came to the United
20 States I think you said in '99, my
21 recollection is that you came to the
22 Philadelphia region; is that correct?
23      A.    That's correct.
24      Q.    Did you live in an apartment in the
25 City of Philadelphia when you first came to

290

1  the United States?
2       A.    That's correct.
3       Q.    Did you live with anyone?
4       A.    No, by myself.
5       Q.    Had you secured that apartment
6  before you landed in the United States?
7       A.    Please, can you repeat the
8  question?
9       Q.    Of course.  Did you have the rental
10 for that apartment already arranged before you
11 came to the United States?
12      A.    No, sir, no.
13      Q.    So when you came to the United
14 States, did you have to go to a hotel?  Did
15 you go right to this rental?  Where did you
16 live when you first came here?
17      A.    I was living with a Romanian
18 friend.  She invited me to visit.  And after
19 that, on my own, and with help from other
20 people telling me which real estate companies
21 are in Philadelphia, to rent a place, and I
22 did find a place to rent.
23      Q.    Do you remember the address?
24      A.    It was on Pine Street, but I don't
25 recall exactly.  I think it was Pine and

291

1  Locust; I was in an apartment building in the
2  corner of Pine and Locust Street.
3       Q.    For how long were you in that
4  apartment?
5       A.    Around three years.  I don't recall
6  exact.  Three years.
7       Q.    How soon after you got to the
8  United States did you meet Mr. Meisel?
9       A.    Maybe one year, but I don't recall
10 exactly the time.  Maybe after one year.
11      Q.    Mr. Meisel then introduced you to
12 the Ockleys, correct?
13      A.    That's correct, yes.
14      Q.    How did that happen?
15      A.    We -- I was working, like, an
16 engineer, and he was -- he had a company, a
17 civil engineering company, and I did some part
18 work for that company.  And he asked me if --
19 for information about my past, if I was
20 married, if I have children.  And he just had
21 an idea to met somebody and --
22      Q.    Mr. Meisel is who you were just
23 talking about?
24      A.    Yes.
25      Q.    So Mr. Meisel asked you questions

292

1  about your background, whether you were
2  married, had children, prior to introducing
3  you to Mr. Ockley?
4  **A.    That's correct, yes.**
5  Q.    When you met Mr. Ockley, he was
6  married to his wife, Margaret, correct?
7  **A.    That's correct, yes.**
8  Q.    And you first met Mr. Ockley, I
9  believe you said in 2000.
10  Do you remember what month?
11  **A.    Maybe it was the end of 2000.**
12  Q.    And am I correct that you spent
13  time living in both the Ithan Avenue property
14  with Reginald and Margaret and also maintained
15  your apartment in Philadelphia?
16  **A.    That's correct.**
17  Q.    How often were you spending time at
18  the Ockleys' residence at 416 South Ithan from
19  the time you first met Mr. Ockley until
20  Margaret passed away in January of 2002?
21  **A.    Maybe few days a week but just for**
22  **a short period, a short time.**
23  Q.    And what was the nature of your
24  relationship with the Ockleys in that 2000 to
25  2002 time frame where you were spending a

293

1  couple of days a week at the residence?
2  **A.    I help them preparing meals and**
3  **taking care of some errands, driving around**
4  **and preparing food.**
5  Q.    Did they need help with chores
6  around the house and running errands outside
7  the house?
8  **A.    Yes.**
9  Q.    What was Mrs. Ockley's health
10  condition during that time?
11  **A.    It was very poor.**
12  Q.    Do you recall from what ailments
13  she may have suffered?
14  **A.    She had -- has had, I think, a hip**
15  **replacement and heart surgery. I don't recall**
16  **that.**
17  Q.    Was Margaret Ockley limited to
18  certain portions of the house? Could she go
19  up and down the stairs?
20  **A.    I think she was limited. I don't**
21  **recall that.**
22  Q.    Do you know if she lived upstairs
23  or downstairs during that time?
24  **A.    Upstairs in one of the bedroom**
25  **upstairs.**

294

1  Q.    In the South Ithan property, were
2  there any bathrooms on the main level, the
3  ground level?
4  **A.    No, sir.**
5  Q.    Was there a powder room on the
6  ground level?
7  **A.    No, sir.**
8  Q.    The only bathrooms, toilet
9  facilities would have been upstairs?
10  **A.    That's correct.**
11  Q.    Do you recall how many bathrooms
12  were upstairs?
13  **A.    Yes, two bathrooms.**
14  Q.    Did both of them have bathtubs?
15  **A.    One had a bathtub, the other one**
16  **had shower.**
17  Q.    Was the shower a walk-in shower or
18  did it have a lip on in?
19  **A.    Walk-in shower.**
20  Q.    When Margaret passed away on
21  January 31st, 2002, did you start to spend
22  more time at the house helping Reginald now
23  that Margaret had passed?
24  **A.    I think it was about the same time**
25  **because I still owned my place in**

295

1  Philadelphia, and he did not like the fact
2  that I'm by myself in Philadelphia. And time
3  to time he advise me that it's not safe for
4  me.
5  Q.    When did the topic of getting
6  married to Mr. Ockley first come up?
7  **A.    I think it was in the beginning of**
8  **2002.**
9  Q.    How did it come up? Who brought it
10  up?
11  **A.    My husband brought it up.**
12  Q.    When Reginald brought it up in the
13  early part of 2002, what was the reason to
14  your understanding that he brought up the
15  topic of marriage?
16  **A.    I think because he was by himself**
17  **and he needed help. He really liked, he said**
18  **all the time, that I'm a very strong person,**
19  **that I stood up for everything, for work, for**
20  **keeping up two places in order, which I did.**
21  Q.    When Margaret passed away I guess
22  January 31st, you would have been around 41
23  years old at that time in January of 2002; is
24  that correct?
25  **A.    Yes, 41, that's correct.**

296

1    Q.    And Mr. Ockley would have been
2   approximately 86 years old at that time?
3    **A.    I don't recall exactly the -- the**
4   **age.**
5    Q.    He was in his eighties?
6    **A.    Yes.**
7    Q.    Was there a romantic element to
8   your relationship with Mr. Ockley?
9    **A.    I don't know if it's appropriate,**
10   **this question, for me.  It's something**
11   **private, I think.**
12   Q.    Again, I'm just trying to
13   understand if Mr. Ockley brought up the topic
14   of marriage, that you were --
15   **A.    Yes.**
16   Q.    -- a strong person, that he didn't
17   want you being alone, I'm just trying to
18   understand the nature of your relationship, if
19   there was also a romantic element to it?
20   **A.    He was a very caring person and he**
21   **saw in me the same thing.**
22   Q.    Do you recall at that time whether
23   you were still in the United States in January
24   of 2002 on the B-1/B-2 visas?
25   **A.    No, I did start the process in 2000**

297

1   **already to become a US citizen.  I have had an**
2   **attorney, and we start the process already,**
3   **and I got -- sooner after that, I got a**
4   **permit, a work permit.  I don't know if you**
5   **are aware of that type; it's is a very -- it's**
6   **not a green card.  Immediately, I got a work**
7   **permit in the United States.**
8    Q.    Who was your immigration counsel?
9    **A.    His name was Michael Henry.**
10   Q.    Michael Henry, thank you.
11   **A.    You are welcome.**
12   Q.    Did you ultimately obtain your
13   citizenship here in the United States through
14   the process you started with Mr. Henry, or
15   were you able to obtain it following your
16   marriage with Mr. Ockley?
17   **A.    No, the -- starting my process in**
18   **2000.**
19   Q.    It's a long process sometimes?
20   **A.    It took me around eight years.**
21   Q.    Mr. Ockley, you and Mr. Ockley
22   applied -- at least according to the public
23   records, applied for a marriage first on May
24   1st, 2002.
25         Does that sound correct to you,

298

1   about a week before your marriage?
2    **A.    That's correct, yes.**
3    Q.    You were married on May 8th?
4    **A.    That's correct.**
5    Q.    Did you have any involvement in
6   helping Reginald open Margaret's estate in
7   April of 2002?
8    **A.    Can you please repeat the question?**
9    Q.    Sure.  Mr. Rohana, who was the
10   attorney that you and your husband had used in
11   the 2002 time frame, opened the estate for
12   Margaret Ockley on April 19th, 2002.
13         My question is, did you assist
14   Reginald in his duties in opening that estate?
15   **A.    Did I help him, no, no, I don't think**
16   **-- I didn't know even something like that.  I**
17   **didn't know the law in the United States.  No, I**
18   **don't -- I don't recall something like that.**
19   Q.    Were you present in the later part
20   of 2001 when Margaret executed what's called a
21   codicil to her will to make changes to it?
22   **A.    I don't recall that.**
23   Q.    To your recollection, were you
24   named in Margaret's will?
25   **A.    This is a question or --**

299

1    Q.    Yes, do you recall if you were
2   named as a beneficiary in Margaret's will?
3    **A.    No, I don't think -- I don't**
4   **recall, but I don't think I was in any -- I**
5   **don't think I participated this hearing or**
6   **what it was involving Margaret.  I didn't know**
7   **exactly the law or what it is -- what happened**
8   **if she did pass away.**
9          MR. SCHROM:  Excuse me.  If I
10         may, just please listen to the
11         question, answer the question, wait
12         for the next question.
13         **THE WITNESS:  All right.**
14         MR. SCHROM:  I'm sure if
15         Counsel has a question, he will ask
16         it.
17         Thank you.
18         **THE WITNESS:  You are welcome.**
19   BY MR. BARTOS:
20   Q.    Ms. Ockley, you were married May
21   8th of 2002, and then the Ithan Road property,
22   do you recall it was eventually transferred
23   into yours and Reginald's name?
24   **A.    I don't recall that.**
25         MR. BARTOS:  Ms. Ockley, I'm

300

1          going to show you what we'll mark
2          as Ockley-12.
3               (Document displayed.)
4               *   *   *
5          (Whereupon, Exhibit Ockley-12 was
6          marked for identification.)
7               *   *   *
8  BY MR. BARTOS:
9     Q.    This is Ockley-12 for
10 identification.  This is a copy of a May 23rd,
11 2002 deed from Reginald F. Ockley, Jr.,
12 executor of the estate of Margaret E. Ockley
13 and Reginald F. Ockley, and Simona Negut
14 Ockley, his wife, as tenants by the
15 entireties.
16          Do you see that on your screen?
17    A.    Yes, I do.
18    Q.    Does this refresh your recollection
19 that at some point shortly after you got
20 married, that Mr. Ockley transferred title
21 from him and Margaret to him and you?
22    A.    Yes, I saw the -- my name on it,
23 but I don't recall when that happened.
24    Q.    Did you have a conversation with
25 him?  Did he tell you he was going to do this?

301

1  When did you first become aware that you had
2  been placed on the title of Ithan Road?
3     A.    I don't recall that.
4     Q.    And what was Mr. Ockley's -- I
5  think you said before he could do a lot around
6  the house between 2002, when you were married,
7  and 2005, when he passed away, correct; that
8  he would do the outside work?
9     A.    That's correct.
10    Q.    And I think you had Miguel do some
11 of the outside work after he passed, correct?
12    A.    That's correct, yes.
13    Q.    What was Mr. Ockley's health like
14 in the 2002 to 2005 time frame?
15    A.    He was all right.  He was all
16 right.  He have had some surgeries, but he was
17 all right.
18    Q.    Is it fair to say that as time
19 progressed from 2002 to 2005, that you may
20 have had to do more caretaking of him as he
21 approached the end of his life?
22    A.    That's correct.
23    Q.    We talked about the Florida house
24 last time.  I'll represent to you that
25 Reginald and Margaret sold that house to a

302

1  gentleman named Owen Murphy in 1994, so about
2  five years before or six years before you
3  would have met Mr. Ockley.
4          Do you know where the contents of
5  that Florida home were placed in the Ithan
6  Road house?  Were they just everywhere?
7     A.    Everywhere, from the basement to
8  the attic.
9     Q.    Did you and Reginald travel between
10 2002 and 2005?
11    A.    Yes, we did travel.
12    Q.    To where did you travel?
13    A.    We traveled in Delaware, in
14 Virginia, in New York State, in Boston,
15 Massachusetts.
16    Q.    Did you do any international travel
17 with Reginald?
18    A.    At that particular time, no.
19    Q.    Ever?
20    A.    We did not travel overseas.
21    Q.    Did Reginald and Margaret have any
22 children?
23    A.    They do not have any children.
24    Q.    Did Reginald have any family that
25 you met between 2000 and 2005 other than

303

1  Margaret?
2     A.    No family members.
3     Q.    Did Reginald talk about his family
4  at all?
5     A.    Yes, he did.
6     Q.    Did he have any siblings?
7     A.    He did have a brother, but he did
8  pass away.
9     Q.    He passed away many years before?
10    A.    That's correct.
11    Q.    You had mentioned before you were a
12 consultant in the HVAC industry.
13          Did you ever have your own
14 business?  Like, did you form a company to do
15 your consulting work?
16    A.    No, I did not.
17    Q.    I think prior to COVID was the last
18 time that you had done work in your field; is
19 that correct?
20    A.    That's correct.
21    Q.    As you sit here today, there were,
22 I believe, three PODS, three storage units,
23 portable storage units, that were made
24 available to you, ultimately first on the
25 Ithan Road property and then at the PODS

304

1  storage facility.
2  Did you ever retrieve those PODS?
3  A.  Yes, I did retrieve these three
4  PODS.
5  Q.  Where are the contents from those
6  three PODS today?
7  A.  Some of them I already give away
8  some of these items.
9  Q.  Give away to whom?
10  A.  To charity, Goodwill.
11  Q.  I think you had mentioned Goodwill
12  last time as a place you were thinking of
13  giving items.
14  A.  That's all -- all the time to
15  Goodwill I provided my items and my husband's
16  items.
17  Q.  When you took possession of the
18  three PODS, where did you put the contents of
19  those three PODS in 2022?
20  A.  To a storage facility.
21  Q.  Where?
22  A.  In Delaware County.
23  Q.  Do you remember the name of it?
24  A.  I think it's EZ Storage.  I don't
25  recall that.

305

1  Q.  Do you still have a storage
2  facility rental for your things?
3  A.  Yes, I do.
4  Q.  Is it the same place?
5  A.  Yes.
6  Q.  Do you pay on a monthly basis, a
7  yearly basis?
8  A.  Monthly basis.
9  Q.  Do you pay by cash, credit card,
10  check?
11  A.  I pay cash.
12  Q.  How big is the storage unit that
13  you have?
14  A.  I don't recall that.
15  Q.  Do you know how much you pay a
16  month?
17  A.  I do not recall exactly the amount.
18  Q.  Is it more than $100 a month?
19  A.  Yes, it is.
20  Q.  Is it more than $200 a month?
21  A.  Yes, it is.
22  Q.  Is it more than $500 a month?
23  A.  I don't recall that.
24  Q.  So it's fair to say somewhere
25  between 200 and 500 a month; is that a fair

306

1  range?
2  A.  Yes.
3  Q.  And what is the name of the storage
4  place, you said EZ?
5  A.  I think it's called EZ.  I'm not
6  sure.  I don't want to give you the -- not the
7  correct information.  I did not expect these
8  questions, so I did not know exactly to
9  prepare with the name.
10  Q.  That's fair.  How far of a drive
11  from the Media Inn & Suites is your storage
12  facility?
13  A.  Maybe 20 minutes.
14  Q.  Have you ever taken pictures of the
15  contents of your storage locker or storage
16  unit?
17  A.  Not take a picture of the storage
18  locker, but I took pictures of the three PODS
19  that were on the property.  And also, I took
20  picture of the three PODS when they were
21  stored to Phoenixville PODS facility.
22  Q.  And those pictures you just
23  mentioned, those would have been of the
24  outside of the PODS, correct?
25  A.  No, inside of the PODS.  When you

307

1  open the door of the PODS, you can take
2  picture about the content of the POD, or the
3  PODS.
4  Q.  Where are those pictures today?
5  A.  In my possession.
6  Q.  Are they in your papers and
7  possessions that you have at the Media Inn &
8  Suites?
9  A.  Yes.
10  Q.  Have you given those to your
11  counsel previously, those pictures?
12  A.  I don't recall if I provided with
13  all the pictures.  Maybe few, only just few.
14  I did not provide the whole pictures that I
15  have had.
16  Q.  I would just ask that you not throw
17  any of them out; don't destroy any of the
18  pictures, because we may ask your Counsel to
19  ask you to provide them so that we can take a
20  look at them.  Okay?
21  A.  Sure.
22  Q.  The contents that were in the PODS
23  at the Ithan Road property and the contents
24  that were in the PODS at the PODS facility,
25  did they to your view appear to be about the

308

1  same in terms of the volume of contents?
2      A.    I don't recall, but I -- I don't
3  recall, but I think they were the same,
4  because they transported from Villanova
5  property to Phoenixville, the PODS property --
6  location.
7      Q.    When you took possession of the
8  three PODS, did you have all three PODS'
9  contents emptied into the storage facility
10  that's about 20 minutes from where you live
11  now?
12      A.    Yes, that's correct.
13      Q.    And the contents of the three PODS
14  were able to fit into a single unit at the
15  storage facility?
16      A.    No, there -- I just have them
17  separate, separate the content of one POD, and
18  the bags I put it in a separate.  I just sort
19  through them.
20      Q.    So you had two different units that
21  you put the contents of the three PODS into;
22  is that correct?
23      A.    Yes, but there were two -- two big
24  units; they did not have smaller units, so the
25  units were too big for the items that I stored

309

1  in.
2      Q.    Did you take any pictures of the
3  contents of the storage units once you
4  unloaded and sorted what had been in the PODS
5  and put them into those two units?
6      A.    I don't recall, but maybe I have
7  when the movers put the contents.
8      Q.    So you hired movers to help you
9  with the contents from the PODS to the storage
10  locker?
11      A.    So the movers that I hired were
12  from Phoenixville facility to the storage
13  facility.
14      Q.    So they move the POD; they put it
15  on a truck?
16      A.    No, no, only the contents from the
17  PODS, because I have dead -- date limit when I
18  supposed to empty the PODS, so I have -- I
19  hired moving company to retrieve the contents
20  of the PODS and move it to a storage facility.
21      Q.    What was the name of the moving
22  company?
23      A.    I have to provide you with that
24  name.  I don't have that name with me right
25  now.

310

1      Q.    In looking through some of the
2  notes that you have provided to Counsel, who
3  has provided them to us, there are times where
4  you take some very detailed notes about who
5  you speak with or what's happening on a
6  certain day.
7      Do you know if you would have put
8  information about the movers into your
9  personal journal, with names, phone numbers
10  and what you discussed with them?
11      A.    Maybe I have a receipt from them,
12  but I don't wrote anything else.  I wrote all
13  these notes because I was in the hospital or
14  because I was on the physical facility, and I
15  did lay on the bed and I have to write down
16  all this information.
17      Q.    How did you find the moving
18  company?
19      A.    I just called, I just called
20  different phone numbers.
21      Q.    Did you use a phone book?  Did you
22  look on your phone on Google?  Did Patrick
23  help you, if you recall?
24      A.    I don't recall if I Googled, no.  I
25  think in someplace, or maybe where I'm living,

311

1  there were business cards with the name of
2  moving companies.
3      Q.    Do you know if the movers did any
4  type of an inventory as they were taking
5  contents from the PODS and putting them into
6  some sort of a vehicle or truck to then move
7  the contents over to the storage facility?
8      A.    No, I don't think.  No, I don't
9  recall that, no.
10      Q.    Did you inspect the contents of any
11  of the bags of items or boxes of items that
12  were in the PODS?
13      A.    Yes, I did.
14      Q.    In what way did you inspect them?
15      A.    Just sort through them.
16      Q.    Did you do any of that sorting
17  prior to the movers bringing the items to the
18  storage facility?
19      A.    No, I did not.
20      Q.    Did you make any inventory or list of
21  items that were in the contents?
22      A.    No, I -- I did not.
23      Q.    Did you make any list at the time
24  of things that, once you got through sorting,
25  that you knew were absolutely not in the PODS

312

1  that you expected to be there?
2      A.    I did.
3      Q.    Where is that list?
4      A.    It's with me.
5      Q.    Have you provided that list to your
6  Counsel?
7      A.    I did not provide it to the
8  Counsel. I did provide it to Gary Thompson.
9      Q.    Okay. And Mr. Thompson, for the
10  record was your prior -- I think you said he's
11  no longer your Counsel, but you retained him
12  to file an action again my client,
13  Rockwell-Glynn in Delaware County Court of
14  Common Pleas, correct?
15      A.    That's correct.
16      Q.    Does Mr. Thompson have a copy of
17  that list or does he have the original?
18      A.    I think he has the original, and
19  some pictures.
20      Q.    At your last deposition, we were
21  discussing a little bit about the different
22  hearings that happened.
23            Well, before I get there -- sorry,
24  I may jump around a little bit because we
25  covered a lot of ground last time.

313

1            Are you down to one storage unit at
2  the storage place now, or do you still have
3  two?
4      A.    I think I still have the two of
5  them, but few contents only.
6      Q.    When you were looking to move in
7  early 2022, before your accident, what -- I
8  think you said Mr. Lingo -- or even after the
9  accident, Mr. Lingo had referred you to a
10  potential company that could either buy your
11  contents, buy some of your items or help you
12  sell some of your items.
13            Do you recall that?
14      A.    That's correct.
15      Q.    Do you recall how much you were
16  wanting to receive in the sale of your items?
17      A.    We did not discuss the price.
18      Q.    Did you ever have a discussion with
19  Mr. Lingo about the amount of money you were
20  hoping to obtain from the sale of some of your
21  possessions?
22      A.    We did not discuss.
23            MR. BARTOS: I'll show you what
24            we'll mark as Ockley-13 for
25            identification.

314

1            * * *
2            (Whereupon, Exhibit Ockley-13 was
3            marked for identification.)
4            * * *
5            (Document displayed.)
6  BY MR. BARTOS:
7      Q.    This is the September 9th Order of
8  Court.
9            I think you said a moment ago, Ms.
10  Ockley, that you had a date by which you had
11  to get everything out of the PODS.
12            Was that date to get everything out
13  of the PODS related at all to this order from
14  September 9th of 2022 from Judge John J.
15  Whelan?
16      A.    Yes, I supposed to have my -- my
17  content of the PODS by a date, but that date
18  was not respected.
19      Q.    What do you mean?
20      A.    I mean, the -- I was not able to
21  retrieve the content of the PODS because the
22  person that rented the PODS, which was an
23  employee of Gregory Lingo, had some codes and
24  some passwords that were not provided.
25      Q.    Eventually, you did obtain access

315

1  to the PODS, correct?
2      A.    Yes, by going back to the court.
3      Q.    When you say you went back to the
4  court, which court?
5      A.    Delaware Court, in order to have
6  more time to retrieve my belongings from the
7  PODS, which was stored at Phoenixville
8  facility.
9      Q.    Do you recall when you went back to
10  the court?
11      A.    I think it was September -- excuse
12  me, October 6th. Until that time, I was not
13  able to obtain my belongings from the PODS,
14  retrieve my belongings from the PODS.
15      Q.    When you went back to the court,
16  did you go just by yourself?
17      A.    By myself.
18      Q.    Was anyone from Rockwell-Glynn at
19  the court that day?
20      A.    No.
21      Q.    Did you talk to a judge that day?
22      A.    No, I did not.
23      Q.    What happened that day at the
24  courthouse?
25      A.    I do not recall. I think I just

316

1   filed a petition.
2        Q.    For extra time?
3        A.    No, I -- I think I did file a
4   petition regarding having access to the codes
5   and to the passwords in order to retrieve my
6   belongings from the PODS that were stored at
7   the Pottstown facility.
8        Q.    Do you remember being in a hearing
9   in early September of 2022 with Judge Whelan
10  regarding the PODS that generated this Order
11  that I'm showing you as Ockley-13?
12            I'll read the Order into the record
13  because it's a little bit small on the screen.
14  I'm going to read the numbered paragraphs:
15            "1.  As of September 2nd, 2022,
16  defendant's personal property was placed in a
17  PODS containers on the southwest corner,
18  designated storage area, of the property known
19  as 416 South Ithan Avenue, Villanova, PA
20  19085, the property.  From the date of this
21  Order, until September 18th, defendant shall
22  have access only to the designated storage
23  area on the property with the sole purpose of
24  retrieving her personal property from the PODS
25  and removing her personal property from the

317

1   property.
2            Defendant will be provided with
3   keys to the locks on the PODS and will be
4   responsible for securing the locks on the
5   PODS.
6            Defendant is prohibited from
7   trespassing on any other area on the property
8   other than the designated storage area, as the
9   remaining area on the property is an active
10  construction site.  After September 18th,
11  2022, defendant shall not be permitted on the
12  property.
13            On September 19th, 2022, the PODS
14  will be removed from the property and placed
15  at the PODS facility located at 125 Green Tree
16  Road, Unit 40, Phoenixville, PA 19460, the POD
17  facility."
18            I'll stop there for a moment.
19            Is that the same PODS facility that
20  you ultimately were able to get your contents
21  from?
22       A.    That's correct.
23       Q.    "From September 19th through
24  October 8th, 2022, defendant may retrieve her
25  personal property from the PODS containing her

318

1   personal property being stored at the PODS
2   facility."
3            Was it during that time period that
4   you had issues with accessing the PODS because
5   of the code issue you just mentioned?
6        A.    Yes, I -- I think that it was the
7   period; I think that it was the period.
8        Q.    Did you ultimately get the code?
9        A.    Yes.  Attorney for Gregory Lingo,
10  Lee Herman, called me and he did provide me
11  with the codes and the passwords.
12       Q.    So continuing -- we just read
13  number 7 -- number 8, "any personal property
14  not retrieved by defendant from the PODS
15  before October 8, 2022 shall be deemed
16  abandoned and may be disposed by plaintiff as
17  refuse."
18            Was the October 8th that date you
19  were talking about earlier where you had a
20  deadline?
21       A.    That's correct.
22       Q.    "Defendant's motor vehicle has also
23  been moved to the designated storage area on
24  the property and defendant may retrieve the
25  vehicle from the designated storage area from

319

1   the date of this order until September 18,
2   2022."
3            Let me stop there.
4            Was that the Honda Accord?
5        A.    That's correct.
6        Q.    You still have that vehicle?
7        A.    Yes, I do.
8        Q.    "10, if the vehicle is not removed
9   by the defendant by September 18th, 2022, it
10  will be deemed abandoned, along with all
11  contents inside, and the vehicle will be towed
12  from the property and discarded as refuse.
13  Plaintiff shall comply will with all
14  applicable laws in the disposition of an
15  abandoned vehicle in accordance with the
16  Pennsylvania Department of Transportation."
17            Ms. Ockley, I'll just stop there
18  for a moment.  The contents inside, do you
19  recall what, if any, contents were in the car
20  when you picked it up from the designated
21  storage area?
22       A.    Yes, I did recall.  But also, I
23  want to bring to your attention that what I
24  have had in the car prior removing my car from
25  the garage, everything that -- it's missing

320

1  from my car, prior.
2      Q.   So what was in your car when it was
3  in the garage, if I understand --
4      A.   Was took.
5      Q.   If I understand your testimony,
6  you're saying when you got the car in
7  September of '22 from the designated storage
8  area, things were missing?
9      A.   That's correct.
10     Q.   What was missing?
11     A.   All my contents of my original car
12  that was towed in the garage, everything was
13  missing.
14     Q.   Can you be more specific about
15  items that were missing, please?
16     A.   Yes, in the trunk of the car, I
17  have had two battery charger for -- I have had
18  another car; there were two battery chargers.
19  I have had Garmin GPS.  I have had a Cobra
20  device into the car.  I have had blankets.  I
21  have had cords that you can charge the
22  battery.  I have had a lot of items, emergency
23  kit, everything that it's missing the car,
24  everything.  I have had items, in case I'm
25  driving, I have a long drive, personal items,

321

1  clothing, bag.  And everything it's missing,
2  absolute everything.
3          And I was just amazed why items are
4  missing from -- all of my items, it was like
5  somebody just empty my car.
6      Q.   Do you know if any of those items
7  were moved from the car into the PODS?
8      A.   I checked and there is nothing.
9      Q.   You mentioned the trunk.  Were
10  there also items that would have been in bags
11  on, like, the back seat?
12     A.   No, it was not in the bags.  I have
13  had, like, a trunk container that you can
14  purchase with handles, and on that one, I have
15  had all of my items for the car.  I have had
16  kit bought from Honda Company regarding
17  protecting, cleaning your windows, cleaning
18  your tires, cleaning -- so there were items
19  specific for the car and for my long trips.
20     Q.   You mentioned two battery chargers,
21  a Garmin GPS --
22     A.   GPS, a Garmin GPS and another Cobra
23  device that I have had, all of them are
24  missing.
25     Q.   Let me just go through the list.  I

322

1  just want to see if there's anything else you
2  can remember, so let me just get through the
3  list, please.
4          Two battery chargers, Garmin GPS, the
5  Cobra device, blankets, cords for charging, the
6  emergency kit, some clothing, a bag; you had a
7  Honda cleaning kit.
8          Anything else that you can remember
9  that was in the car that was missing?
10     A.   At this particular time, I do not
11  recall, but maybe I have it on the list that I
12  created.  But I am not sure if I put
13  everything on that list.
14     Q.   And that would be the list that
15  Mr. Thompson has?
16     A.   That's correct, yes.
17     Q.   "Number 11, at no time shall
18  defendant be permitted to enter the secured
19  dwelling located at 416 South Ithan Avenue,
20  Villanova, PA 19085, as the dwelling is
21  subject to a Notice of Condemnation issued by
22  Radnor Township and is in the process of being
23  demolished.
24          Number 12, plaintiff is responsible
25  for serving a copy of this Order upon

323

1  defendant."  And it's just signed by Judge
2  Whelan.
3          With respect to number 11, do you
4  recall any of the testimony or discussion that
5  occurred during the hearing in September with
6  Judge Whelan regarding the condition of the
7  home, the condemnation or anything related to
8  your permission or ability to access the
9  property in any way?
10     A.   I do not recall.
11     Q.   And you were representing yourself
12  at that time, correct?
13     A.   That's correct, yes.
14     Q.   And unlike the June hearing, Mr.
15  Russell did not get called by the court this
16  time, correct?
17     A.   It was not in June, the hearing.
18     Q.   July.
19     A.   It was 10 of July.
20     Q.   Excuse me, yes, July.  My
21  apologies.  The original transcript that we
22  received was misdated June 11th, so it still
23  shows up as June 11th as a file name.
24          So unlike the July hearing where
25  Mr. Russell was called in, he was not called

324

1  into this hearing by Judge Whelan, correct?
2      A.    That's correct.  He did not
3  represent me.
4      Q.    Do you recall how long the hearing
5  was in September that generated this Order?
6      A.    I don't recall that.
7      Q.    Do you remember if you made a
8  presentation at all or spoke to the court at
9  all in that hearing?
10     A.    I think I -- I had a petition that
11 I created to the court.  I'm not -- I don't
12 recall.
13     Q.    Do you know if the topic of your
14 having been arrested in August, on August
15 13th, came up at all during that hearing in
16 early September of 2022?
17     A.    I don't recall, but can be an
18 issue, because if they ask me about the time,
19 why it took so long for me to retrieve my
20 belongings, that was the reason.
21     Q.    Am I correct in assuming that
22 you're giving me a situation where you can
23 recall you would have discussed it if those
24 questions came up, but as you sit here today,
25 you don't recall specifically whether the

325

1  judge or anyone else asked you about why it
2  took so long; is that fair?
3      A.    I don't recall if I wrote a
4  petition immediately after I was released from
5  -- excuse me.  I recall that I create a
6  petition to Delaware court regarding the time,
7  which was September 2nd to have -- to retrieve
8  my belongings.  So immediately after I was
9  released from George W. Hill, I went to the
10 court and I create, I think, a petition.
11     Q.    Do you still have a copy of that
12 petition in your papers?
13     A.    I cannot recall.  But if I have, I
14 will provide you with that one.
15     Q.    As you sit here today, now having
16 had the Order reviewed and read into the
17 record, does it refresh your recollection at
18 all about anything else specifically that was
19 discussed at a hearing with Judge Whelan in
20 early September 2022 that we've not already
21 discussed?
22     A.    I don't recall.
23           MR. SCHROM:  Excuse me, it's
24           been an hour.  Do you mind if we
25           take a five-minute break?

326

1           MR. BARTOS:  Absolutely.  I
2           don't mind.  Yes, we absolutely
3           can.  I just want to make sure I'm
4           clear about that.
5           MR. SCHROM:  Great, thank you.
6                *  *  *
7           (Whereupon, a brief recess was
8           held at this time.)
9                *  *  *
10 BY MR. BARTOS:
11     Q.    Ms. Ockley, when your husband
12 passed in 2005, do you recall how much money
13 you had saved at that time?
14     A.    I don't recall that.  It's a long
15 time ago.  I do not recall that.
16     Q.    And eventually, in 2019 and then
17 again in 2021, you had some challenges with
18 having enough money to pay the real estate
19 taxes, and there were sales that were
20 scheduled, and then taxes were paid for those
21 two years, correct?
22     A.    Only for 2020, Gregory helped me
23 with that taxes, $17,000, around $17,000.
24     Q.    I think you had testified
25 previously that, at least during the COVID

327

1  time period when you weren't working, you were
2  too young for Social Security, but you would
3  have been receiving the Navy pension from
4  Reginald's service in the Navy and at the
5  Naval Academy, correct?
6      A.    That's correct, yes.
7      Q.    Did you have any funds saved as of
8  September 2021 that you were able to use to
9  live off of, or were you just kind of living
10 from check to check?
11     A.    I have lived closer check to check.
12 I have had some savings on my own, but it was
13 little.
14     Q.    You said little or later?
15     A.    Little.
16     Q.    Little, okay.
17           When the house was on Ithan was
18 sold, you eventually received a check from Mr.
19 Russell; I believe whether he dropped it off
20 or just left it, whatever language -- I know
21 it's in the current pleadings.  But that check
22 for approximately $484,000 did get to you, and
23 you were eventually able to deposit it into an
24 account, correct?
25     A.    The amount -- first of all, the

328

1  amount was 4,000 -- excuse me, $474,000 that I
2  did receive after everything was taken at
3  settlement.
4        MR. BARTOS:  I'm going to show
5        you what we'll mark as Ockley-14.
6        (Document displayed.)
7              *  *  *
8        (Whereupon, Exhibit Ockley-14 was
9        marked for identification.)
10             *  *  *
11       THE WITNESS:  I said 474.  It's
12       484, I do apologize.
13  BY MR. BARTOS:
14   Q.   No need to apologize.  I just
15  wanted to refresh your recollection.
16   A.   Yes.
17   Q.   Is this the check you recall
18  receiving?
19   A.   Yes, that it was the check, that's
20  correct.
21   Q.   This money plus the pension from
22  Reginald, are those the only two sources of
23  income you have right now, or have you elected
24  Social Security early?
25   A.   I did apply for Social Security.

329

1    Q.   Okay.  And the $484,722.92, since
2  July of '22 -- really I guess September of '22
3  you have been living at the Media Inn & Suites
4  and that's been approximately $100 a night?
5    A.   Starting with this year, I talk with
6  the owner and it's -- I start paying $100 a day.
7  But prior that, I paid more.  I paid $120 for, I
8  think, Friday -- I don't recall.  But there were
9  several days which I pay $120, Friday, I think
10  Saturday, Sunday and Monday.  But I don't recall
11  exactly the dates when I pay the $120.
12   Q.   Do you know about how much you have
13  had to spend total from September of '22 until
14  today to live at the Media Inn & Suites?
15   A.   It's a lot.
16   Q.   If we took --
17   A.   I cannot tell you.  It's a lot.
18   Q.   Okay.  The last time that we
19  convened in March, you had mentioned an
20  apartment that you have in Romania in
21  Bucharest, and we were given, I think, the --
22  it was an apartment building.  I don't see in
23  my notes anywhere we got the apartment number.
24        Do you know the apartment number?
25   A.   28.

330

1    Q.   28, thank you.
2    A.   You are welcome.
3    Q.   You had also mentioned at your
4  prior deposition, or part one, that there were
5  certain items that you may have wanted to give
6  to friends of yours; there's items that you
7  would have given to Goodwill, items you would
8  have thrown out, items you would have given to
9  friends.
10        Who were the friends that you had
11  in mind when you were telling us about friends
12  that you may have given things to?
13   A.   There are friends that are living
14  in different states.  And I have a cousin
15  which is living in Canada, and she intended to
16  visit me.
17   Q.   Did she make specific plans for a
18  specific date to come visit you?
19   A.   No, we -- we talked about a
20  specific date, but meanwhile, her husband did
21  pass away and the plans were cancelled.
22   Q.   Prior to your coming to the United
23  States, did you ever serve in the armed forces
24  in Romania?
25   A.   I don't know if it's the right

331

1  term, served.  We -- when you are in college,
2  you go for several years training, military
3  training.
4    Q.   Was that something that was just
5  mandatory for citizens?
6    A.   Yes.
7    Q.   Do you know when you would have --
8  when were you in university?
9    A.   From 1980 until '85.
10   Q.   Got it.
11   A.   Under communist.
12   Q.   I'm not going to ask you to relive
13  those days.
14        What type of training did you have
15  in the armed services?
16   A.   So we have -- we train to use
17  different military equipment.  We have to
18  learn how to dig a trench; I don't know if
19  it's the right term.  Most of the time it's
20  military equipment, including all kind of
21  arms.
22   Q.   When you were looking to move back
23  to Romania in 2021, 2022, did any of your
24  plans involve helping with either the
25  citizenry or the armed services in resisting

## 332

1  any attempts by anyone to try to bring
2  communism or some other, you know, Russian
3  influence back into Romania?
4      A.    I don't -- I think there is a limit
5  -- limit year that you can serve for that.
6      Q.    Was that something you were
7  concerned about, that there could be a return
8  to --
9      A.    Everybody is concerned about this
10  in Eastern Europe, everybody.
11      Q.    Do you know if you would have
12  discussed any of those concerns with Mr. Lingo
13  during your discussions about your returning
14  to Romania?
15      A.    I don't recall that.  I think I
16  talked with him about the fact that I was in
17  -- I'm military-trained, too.  I think I
18  discussed that with him.
19      Q.    One of the allegations in this case
20  that you have made against Mr. Brydzinski is
21  related to him contacting the police on August
22  12th, 2022.
23          Do you recall making that
24  allegation in this case against Mr.
25  Brydzinski?

## 333

1      A.    I think it is written in the police
2  report or something like that; I did not just
3  make myself a statement toward Mr. Brydzinski.
4  I think it's in some type of police report
5  that he did clear called police in order to be
6  present to my house on that time.
7      Q.    Do you know why he called the
8  police?
9      A.    I think he called the police
10  because I was over there.
11      Q.    I'm asking you, do you know, as you
12  sit here today, specifically?  Have you ever
13  heard, either from a police officer or from
14  Mr. Brydzinski, the specific reason that he
15  called the police?
16      A.    No, I don't recall that.  I don't
17  recall that.
18      Q.    I'll represent to you Mr.
19  Brydzinski was deposed weeks ago, and in his
20  deposition, he testified that he called
21  because he was concerned for your safety, that
22  you were in a home that did not have air
23  conditioning, that had been condemned, and
24  that he was concerned that, given your health
25  condition and the condition of the home, that

## 334

1  you were in danger of injury or death.
2          Assuming that to be an accurate
3  recitation of his testimony or summary of his
4  testimony, does that change whether you
5  believe you have a claim against Mr.
6  Brydzinski for contacting the police?
7      A.    Can -- first of all, I just want to
8  tell you I think people's actions speak more
9  than words.  So the fact that he turn off the
10  power, it's the reason that I did not have air
11  conditioning into the house.  And actually, he
12  turned the power and water off on the day when
13  he knew that I would be home.  So that means
14  it's an action of a person toward me.  He did
15  not care, in my opinion, about my condition,
16  about me.
17      Q.    Can we agree that if, as a citizen
18  in the United States, you have a concern that
19  a fellow citizen is in imminent danger of
20  harm, that the right thing to do would be to
21  contact the appropriate authorities to make
22  sure that person is safe?
23      A.    I think he knew from hearing, for
24  the date of hearing, when the attorney for
25  Gregory Lingo told to the judge the condition

## 335

1  of my house, the judge saw me in hospital gown
2  just came from physical therapy at Broomall
3  Manor, they knew my situation, and judge still
4  approved me going to -- I was concerned and
5  right now I'm still concerned where my
6  belongings are.
7          I supposed to be onto the property.
8  There were no holes.  There were nothing that
9  obstruct me to retrieve my property.  It
10  doesn't matter if he can see that it was trash
11  or hoarder or this, we collect a lot of items.
12  I should have these items, which right now are
13  missing.
14      Q.    Ma'am, my question was simply, as a
15  citizen in the United States, do you agree
16  that if you -- if Simona Ockley, you have a
17  concern that someone else in the Media Inn &
18  Suites is in danger, their health might be in
19  danger or you haven't heard from them in a
20  couple days, you're worried about them, that
21  you don't just do nothing; you contact an
22  authority of some sort in the hotel, the hotel
23  manager --
24          MR. SCHROM:  I'm going to
25          object.  This is really an attempt

336

1      to bolster your case rather than
2      get a direct answer from an
3      individual.  She's answered your
4      question as she understood the
5      circumstance.
6           MR. BARTOS:  Respectfully,
7      Counsel, she has not answer my
8      question.
9           MR. SCHROM:  Well, she gave you
10     an answer.
11          MR. BARTOS:  If you're
12     directing her not to answer --
13          MR. SCHROM:  I'm not directing
14     her not to answer.  She can
15     continue.
16 BY MR. BARTOS:
17     Q.   Ms. Ockley, the question I had was
18 simply, Mr. Brydzinski had certain testimony
19 -- and I'm asking now more generally.  Can we
20 agree that if you, as a citizen, have a
21 concern that another citizen is in imminent
22 danger to their health or life, that the
23 appropriate thing to do as a citizen is to
24 contact the proper authorities so that someone
25 can check and make sure that that person is

337

1  okay?
2           MR. SCHROM:  I'm going to place
3      an objection.  Calls for
4      speculation.
5           She can answer.
6           THE WITNESS:  Yes, I want to
7      answer.
8           I'll be concerned about another
9      person condition, but when I know that
10     that person had a Court Order from a
11     judge which allowed whatever that
12     person needed to do, I don't think it
13     will be my concern.  It's simple like
14     that.
15          He knew from the judge my
16     condition and the condition of the
17     house, and I should be allowed to be
18     over there without any interference.
19     And if you listen to the judge
20     hearing, you'll see that he said
21     specifically that I should not be any
22     interference from anybody, and it was
23     interference from police and employees
24     of Gregory Lingo.
25 BY MR. BARTOS:

338

1      Q.   You said Mr. Brydzinski turned off
2  the water and turned off the electricity once
3  he knew you were coming back to the house in
4  August?
5      A.   That's correct.
6      Q.   How do you know that?
7      A.   When I called the water and
8  electricity to turn it off, the companies,
9  PECO and Aqua Pennsylvania, they told me in
10 this morning, which was August 8th, the day of
11 me going home, the power and water was turned
12 off.
13          So he had enough time from July 15,
14 when he was -- the property was transferred
15 from Gregory Lingo to Mr. Brydzinski, he had
16 enough time to do that.  So he did that on
17 purpose in my -- my thinking.  So he will
18 cause me a block on my retrieving the
19 property, on being in health environment over
20 there.  How you get through things without
21 washing your hands?  How you get through the
22 basement or closet with no electricity?  It's
23 simple like that.
24          I don't need air conditioning; I
25 can open the window.  But you need electricity

339

1  to access the car in the garage, to open the
2  door of the garage.  I need electricity for
3  other purposes than air conditioning.  I can
4  live without water.  I can live without air
5  conditioning.
6      Q.   I'm just trying to understand.
7  When you talked to PECO and Aqua around August
8  8th --
9      A.   It was not August 8th.  On August
10 8th, I was released from Broomall Manor.  But
11 later, when I have access to the house, I
12 called and I send faxes.  I think it was
13 August 10th or 11th or -- 10th, 11th or 12th.
14     Q.   I'm just trying to understand, is
15 it your testimony that Mr. Brydzinski had the
16 water and electricity shut off in the day or
17 days before you were released from Broomall or
18 just sometime between July 15th and when you
19 came on the property?
20     A.   Closer to the day when I was
21 released from -- some -- I just recall
22 somebody, I don't know if it was from Aqua or
23 from PECO, they said they just turned off on
24 August 8th.  And it was for me, like, a bling
25 (ph).  I said, how come that it was turned off

340

1 on the day when Gregory Lingo knew and his
2 employee Luke knew that I would be home? And
3 I was honest with all of them, let them know
4 that I will go home.
5     If I did not contact Gregory Lingo,
6 I just can go home and nobody will knew about
7 this. But I was honest with him, calling him
8 and inform him.
9     Q.    So if I understand correctly,
10 you're saying that there were specific words
11 said to you from people at PECO and people at
12 Aqua that the water and the electricity had
13 been turned off --
14    A.    Recently.
15    Q.    -- on August 8th?
16    A.    Recently.
17    Q.    Okay. Well, you had said August
18 8th a moment ago, that they were turned off on
19 August 8th. So I want to be very specific
20 here, is it a date or just recently?
21    A.    I don't recall, but it just come
22 with me saying it was closer to the date when
23 I was released. And I said to myself, I think
24 it was August 8th but I do not recall; I
25 cannot say for sure that.

341

1     Q.    Okay. Is it fair to say that no
2 one at PECO or Aqua that you can recall gave
3 you a specific date that it was turned off?
4     A.    I don't remember if I have had notes
5 in the house with who I was talking, because you
6 just mentioned before that I have all the time I
7 wrote notes. If I am in good place like home or
8 how I was to the hospital, I can write notes to
9 know who I was talking, what date and what they
10 were saying. In the house, maybe I have had
11 that notes; now I think are missing. I did not
12 see any of these notes.
13    Q.    Do you recall making notes when you
14 were talking with PECO and Aqua and they're
15 missing now, or you're just saying, if you had
16 made notes, that you can't find them now
17 because they were in the home?
18    A.    I don't recall exactly.
19    Q.    Do you have any recollection of
20 making notes about your conversations with
21 PECO and Aqua in August '22?
22    A.    I think in one of the fax that I
23 sent to one of the representative from Aqua
24 through the fax of Bryn Mawr UPS location, I
25 think I mentioned a name of a person, which

342

1 means the person that I talked with, I wrote
2 it in some paper home.
3     Q.    Okay.
4     A.    So I have some notes in the house,
5 maybe, how I wrote about this or how I knew
6 about this name while I was complete that fax
7 form to the UPS in Bryn Mawr.
8     Q.    And the fax form would have been
9 something you wrote out at the UPS store
10 itself?
11    A.    Yeah, yeah, that's correct, yes.
12    Q.    You would have had your notes with
13 you?
14    A.    I don't -- I don't recall that. I
15 think I was just in the car sitting in the car
16 and fill that one and the --
17    Q.    Go ahead.
18    A.    And I think Patrick just went and
19 sent the fax. I don't recall that. But there
20 is a receipt and there is a date and also time
21 when I did send that to Aqua.
22    Q.    So the fax, you believe you would
23 have written the fax in the back of Patrick's
24 car; he would have then gone into the store to
25 fax it himself?

343

1     A.    Yes, I -- I believe so, yes.
2     Q.    And would you have had your notes
3 with you in the back seat of Patrick's car so
4 that you could put the name down on the fax?
5     A.    No. Because if I did call few
6 minutes ago and I left from the house directly
7 to the UPS facility, I just remember the name.
8 But maybe home I do have or I did put some
9 notes down. I have a table, and all the time
10 I have paper and all the time I wrote down
11 person that I talked and what it was the
12 reason that I talked to that person.
13    Q.    Did the folks at PECO or Aqua tell you
14 that it was Mr. Brydzinski specifically that
15 ordered the utilities to be turned off, or
16 you're just assuming that since he owned it,
17 that he would have had to make that call?
18    A.    They -- I recall that one of the
19 phone call, I don't know if it was with Aqua
20 or with PECO, they said that the new owners,
21 which was Brydzinski and Prete, they have this
22 on their name.
23    Q.    Okay. Do you remember --
24    A.    So I imagine that only an owner of
25 a property are able to do that.

344

```
 1     Q.    But as you sit here today, you're
 2  not sure --
 3     A.    I'm not sure.
 4     Q.    -- if they specifically ordered it?
 5     A.    I am not sure.
 6     Q.    Is it fair to say that you defer to
 7  whatever the records that PECO or Aqua show in
 8  terms of who made whatever request to turn off
 9  the utilities at different times?
10     A.    I know they are very strict when
11  you call to give your information or the owner
12  information, account number.  So I assume that
13  only an owner of a property is able to change
14  from my name or my husband name into the new
15  owner's name account for Aqua and PECO.
16     Q.    My question was just a little bit
17  different though.  Would you agree that
18  whatever the records show at PECO or Aqua in
19  terms of who may have actually authorized the
20  termination of services, that you would defer
21  to those records in terms of their accuracy
22  over any assumptions that you would make based
23  on your experiences in calling and having to
24  give information?
25     A.    If you have -- if you have had any
```

345

```
 1  records from PECO or Aqua, who turned off,
 2  that it will be the right information, I
 3  think.
 4     Q.    Okay.
 5           MR. BARTOS:  Just bear with me
 6        one moment here.
 7           John, in the interest of time,
 8        if it's okay with Gerard, I can
 9        sort of pause on my questioning, go
10        through my notes, kind of
11        consolidate so we're not here in
12        silence, if that's all right with
13        you, Gerard and John.
14           MR. GONZALES:  Fine with me.
15           MR. SCHROM:  It's okay.
16           MR. BARTOS:  I'll pause my
17        questioning at this point and allow
18        Mr. Gonzales to continue his
19        continuing from the first
20        deposition, Ms. Ockley, and I'll
21        probably have a couple of follow-up
22        for you shortly.  Thank you for
23        your time.
24           THE WITNESS:  You are welcome.
25        Thank you so much.
```

346

```
 1              * * *
 2             EXAMINATION
 3              * * *
 4  BY MR. GONZALES:
 5     Q.    So Ms. Ockley, my name is John
 6  Gonzales.  Of course, we met at day one of
 7  your deposition.  I have some follow-up
 8  questions from that day.  The same
 9  instructions apply as Mr. Bartos provided to
10  you this morning.
11           You provided, in response to
12  discovery requests, handwritten notes, and I
13  think you've referenced them a little bit in
14  the questions from Mr. Bartos, and I just want
15  to go through those notes with you, if we
16  could.
17           MR. GONZALES:  I'm going to put
18        them up on the screen.
19           Hope, I don't know what the next
20        exhibit number is, but we can mark
21        these.
22           MR. BARTOS:  14 (sic).
23           (Document displayed.)
24              * * *
25        (Whereupon, Exhibit Ockley-14(a)
```

347

```
 1        was marked for identification.)
 2              * * *
 3  BY MR. GONZALES:
 4     Q.    Let's mark as Exhibit-14(a), these are
 5  handwritten notes that you produced, and just
 6  for housekeeping, they are Bates numbered 83 --
 7           Do you see there's a number here at
 8  the bottom?
 9     A.    That's correct.
10     Q.    83 and then I think they go to 88.
11  Yes, 83 through 88.
12           Okay?
13     A.    That's correct.
14     Q.    So let's start on Page 83.
15           First of all, is this your
16  handwriting?
17     A.    That's correct.
18     Q.    When did you write the notes that
19  are on Page 83?
20     A.    When I -- on the date when I called
21  or when I interact with the people on the
22  phone.
23     Q.    So the first note says called, is
24  it 8/9/2022?
25     A.    That's correct.
```

348

1    Q.    And it says 8:50.  Is that 8:50 in
2  the morning?
3    A.    That's correct.
4    Q.    And then what is this right next to
5  that?  What is that?
6    A.    11 and 10 minutes.  It's 1-1.  In
7  Europe, we wrote 1 not just a little bar; it's
8  that way we write 1.  It's 11 and 10 minutes.
9    Q.    Is that a time or is that a date?
10   A.    It's a time.
11   Q.    Why are there two times then on
12 here?
13   A.    Because I think first time when I
14 call, if you see I said assistant Pat Hagan
15 and telephone, left her a message.  It was
16 8:50.
17         And next I called at 11 and 10, and
18 I talked -- or first -- I'm sorry.  First,
19 maybe it was at 8:50 I talked with manager of
20 the Township, Mr. Right.  That's correct.  And
21 then 11:10 I talked with assistant Pat Hagan,
22 and telephone number, and I left her a
23 message.
24   Q.    Okay.  So do I take it then from
25 these notes, you did not actually physically

349

1  talk to the Township manager?
2    A.    I don't think I did talk with him,
3  no.
4    Q.    And again, it looks like you did
5  not talk to Ms. Hagan, but you did leave her a
6  message; is that correct?
7    A.    That's correct, that's correct.
8    Q.    What was the message you left?
9    A.    I was requesting to talk with the
10 Township manager regarding the issue that I
11 have that I have no access to the property, or
12 maybe that I am going to have a Court Order; I
13 will go back to the court regarding my access
14 to the property.
15   Q.    Is that what you said to her, or is
16 that what you think you may have said to her?
17   A.    It just maybe think that it was
18 regarding my call toward that person.
19   Q.    And where were you when you made
20 that phone call or those two phone calls?
21   A.    Maybe I was -- at that particular
22 time I was to the -- maybe at 8:50, I was to
23 the hotel, yes, the hotel in Tinicum Township.
24   Q.    Okay.  And what phone did you use
25 to call them?

350

1    A.    I use my cell phone.
2    Q.    What was your cell phone number at
3  the time?
4    A.    (215) 910-0892.
5    Q.    You cut out.  I want to make sure I
6  have the number correct.
7    A.    Sure, I can repeat.
8    Q.    Okay.
9    A.    (215) 910-0892.
10   Q.    Thank you.
11   A.    You are welcome.
12   Q.    Now, below that, you have it looks
13 like an entry.  Again, you have two times.
14   A.    Yes.
15   Q.    That's 9:10 a.m. and 11:00 a.m.?
16   A.    That's correct, yes.
17   Q.    You wrote attorney Mr. Right?
18   A.    Yeah, I don't know if I write the
19 correct name.  I do apologize for the person,
20 that maybe he's not with that name correct
21 write down.
22   Q.    Who were you referring to when you
23 wrote attorney?
24   A.    I think it was maybe an attorney
25 for Township manager.  I recall somebody said

351

1  that she was an attorney or he was an
2  attorney.  I don't recall why I wrote down
3  that.
4    Q.    Do you know the name of the
5  attorney?
6    A.    I don't recall that.  I wrote --
7  next thing I wrote Mrs. Perna, secretary.
8  Maybe it was a secretary for that person.  I
9  don't recall why I wrote that.
10   Q.    Whose telephone number is that?
11   A.    I think it was an -- a company in
12 Philadelphia or something that Radnor Township
13 is dealing with.  I am not sure.  If we call
14 this number, maybe we get some type of clear
15 information.
16   Q.    Understood, but I'm asking you if
17 you know where you got that number or who that
18 number was for, if you know.
19   A.    It is somebody maybe from the
20 Radnor Township they provided me with that
21 number.
22   Q.    But as you sit here today, you
23 don't recall that specifically, correct?
24   A.    I don't recall, yes.  But if you
25 contact or call that number or Radnor Township

352

1  maybe will acknowledge that number.
2       Q.   I'm only asking what you remember.
3  That's fine.  I appreciate the assistance.
4  But right now I'm just asking you questions
5  and want to know what you recall.
6            Below that, you have Mrs. Perna,
7  secretary.
8            What are these letters?  What does
9  that stand for?
10      A.   I don't know either.  I don't
11 remember why I wrote that.  I don't remember.
12      Q.   Then you have got Peggy Hagan
13 again.
14           You're referring to the assistant
15 Township manager?
16      A.   If -- yeah, that's -- because I
17 wrote on the first -- excuse me, on the fourth
18 line on the top I wrote assistant Pat Hagan,
19 yes.
20      Q.   I'm just asking if you remember.
21      A.   Yes.
22      Q.   Because there's two different
23 names; there's a Peggy Hagan and a Pat Hagan.
24           Are you referring to the same
25 person there or are they two different people?

353

1       A.   I don't remember.  If there are two
2  persons, that means two persons.  I don't
3  remember.
4       Q.   Now you have called 8/10/2022 at
5  8:57 a.m.; is that correct?
6       A.   That's correct.
7       Q.   When did you write that note?
8       A.   On 8/10.
9       Q.   And below that you have Township
10 manager Mr. Right, correct?
11      A.   That's correct.
12      Q.   Is that who you called at 8:57
13 a.m.?
14      A.   I did call that telephone number,
15 610 and extension 124, and I left a message
16 like you see on my notes.
17      Q.   Do you remember what the message
18 was?
19      A.   I think regarding my access to the
20 property.
21      Q.   Do you remember in any detail what
22 you may have said?
23      A.   I do not recall that.
24      Q.   I take it you did not speak to Mr.
25 Wright during that phone call; you just left a

354

1  message, correct?
2       A.   That's correct, yes.
3       Q.   Below that is another note called
4  8/10/22 at 9:25 a.m.; is that correct?
5       A.   That's correct, yes.
6       Q.   And this is, again, you left a
7  message for the assistant Pat Hagan?
8       A.   Yes.
9       Q.   Do you remember what the message
10 was?
11      A.   I think it's regarding my access to
12 the property.  Because you see at the time
13 8:57, 9:25, that means it's a short period of
14 time, which means I was concerned that I am
15 not able to access the property.
16      Q.   Where were you on 8/10/2022 between
17 8:57 a.m. and 9:25 a.m. when you made these
18 two phone calls?
19      A.   I think I was still -- early in the
20 morning, I think I was to the hotel.
21      Q.   Okay.  Below that you've got a
22 phone; it looks like you left a message with
23 somebody at 10:10 a.m. on August 10th; is that
24 correct?
25      A.   Yeah.  And see, you asked me about

355

1  Hip, which you asked me a little bit higher on
2  the page.  So the name of the person was Perna
3  Hip.
4       Q.   Okay.  You have secretary there.
5  Do you know what that refers to?
6       A.   It's about, I think, the telephone
7  number, if you scroll up to the page, yes, you
8  can see number (215) 257-6811.
9       Q.   Okay.
10      A.   So --
11      Q.   Do you know where you got that
12 phone number from?
13      A.   Somebody from Township provided me
14 with that number.
15      Q.   When did they provide you with that
16 number?
17      A.   I think when I called on 8/9.
18      Q.   Okay.
19      A.   Yeah, 8/9, the first call.
20      Q.   Okay.  And if we go down to Page
21 Plaintiff 84, these are your handwritten
22 notes?
23      A.   Yes, that's correct.
24      Q.   And it says called -- does it say
25 called me 8/5/2022?

356

1     A.    That's correct, the attorney of
2 Delaware County called me.
3     Q.    And was that Jack Stollsteimer?
4     A.    That's correct.  And I do apologize
5 if I don't write the correct name of the
6 attorney.
7     Q.    Below that, you have written
8 personal and confidential, and then you said,
9 he said it was not a crime and if I have more
10 information, to send to him right away.
11     Did I read that correctly?
12     A.    That's correct.
13     Q.    Is this what Mr. Stollsteimer told
14 you during that phone call?
15     A.    That's correct.  And he -- on the
16 top where you see personal and confidential,
17 he said to send over mail and write on the
18 envelope "personal and confidential".
19     Q.    And where were you when Mr.
20 Stollsteimer called on August 5th?
21     A.    I was to the Broomall Manor
22 physical therapy facility.
23     Q.    Now, below that, you've got another
24 entry where it looks like on August 5th at
25 14:30, which would be what?

357

1     A.    2:30.
2     Q.    Is this note that you called Mr.
3 Stollsteimer again?
4     A.    Yes, I did call, left him a message
5 regarding the locks for the house to be
6 removed.  Yes, I did.
7     Q.    What did you do between the morning
8 phone call from the district attorney at 9:35
9 on August 5th and the 2:20 phone call to Mr.
10 Stollsteimer on August 5th?
11     A.    I have physical therapy sessions,
12 different physical therapy sessions.
13     Q.    When you say you left him a message
14 regarding the locks for the house to be
15 removed, what was the message?  Do you
16 remember any more specifics about the message
17 you left?
18     A.    I think I was concerned about --
19 about the fact that I will not have access to
20 the property, and I called him regarding this
21 matter.
22     Q.    Did Mr. Stollsteimer get back to
23 you in response to that message?
24     A.    At that particular time, no.
25     Q.    Going back up to the messages on

358

1 Page 83, the notes you have regarding the
2 phone calls to the Township, did anyone from
3 the Township return your phone calls on August
4 9th?
5     A.    I don't recall that, because if
6 somebody called me back, I would write it that
7 they called me back.
8     Q.    Well, I'm just curious as to where
9 you would have gotten the number to call
10 Mrs. Perna Hip if no one called you back.
11     A.    I think I talk with somebody at that
12 phone number, 215 -- I remember that I talk to
13 that -- I think it's an attorney firm which
14 Radnor Township is dealing with.  I don't recall
15 that.
16     Q.    How did you get that number?
17     A.    I said previously to you somebody
18 provided me from the Township.
19     Q.    But you didn't note that anywhere who
20 gave that you information; is that correct?
21     A.    Yes, that's correct.
22     Q.    Was that given to you during a
23 phone call or at an in-person meeting?
24     A.    Not in person, because I was to the
25 hotel.  No, over the phone.

359

1     Q.    Going down to Page 85, is this your
2 handwriting?
3     A.    That's correct.
4     Q.    And you wrote, is it called me?
5     A.    So that means Gregory Lingo called
6 me at 9:55, and it's his cell phone number.
7     Q.    And the date you have is August 8th
8 of 2022; is that correct?
9     A.    That's correct, yes.
10     Q.    And this phone call, where were you
11 when he called you?
12     A.    At that particular time, I was
13 still at Broomall Manor facility for physical
14 therapy.
15     Q.    And when did you write this note?
16     A.    At that particular time, at 9:55
17 before I start the physical therapy.
18     Q.    And you wrote, Mr. Luke,
19 parentheses, will have the key to open locks,
20 close parentheses; is that correct?
21     A.    That's correct.  He told me that
22 and I wrote it down.
23     Q.    What did you understand by what
24 Mr. Lingo told you during that phone call?
25     A.    He provided me with telephone

360

1  number for his employee, Mr. Luke. And when I
2  think maybe I talk with Mr. Luke, they said
3  that there is some payment that needs to allow
4  for Radnor Township, some type of maintenance
5  that they agree upon.
6      Q.   Do you remember anything else about
7  that phone call between you and Mr. Lingo?
8      A.   I think he told me that I will have
9  no issues to go home later on that date. I
10 don't recall exactly my conversation, but he,
11 I think, mentioned that he will be on vacation
12 and Mr. Luke will take care of everything so
13 my access to the property will not be
14 affected.
15     Q.   You agree you didn't write any of
16 that down on your notes though, did you?
17     A.   Yeah, yeah, I did not.
18     Q.   Was anything else that was
19 discussed that you didn't write down with Mr.
20 Lingo?
21     A.   I don't recall anything else.
22     Q.   Next on Page 86, are these your
23 handwritten notes?
24     A.   That's correct.
25     Q.   These seem to be written down on a

361

1  different type of paper than the previous
2  notes we looked at?
3      A.   That's correct.
4      Q.   It looks like the previous notes
5  are in some type of notebook, a small
6  notebook?
7      A.   That's correct. That, it was
8  provided to me by a friend; he brought me the
9  notebook a long time ago to Broomall Manor so
10 I will have something to write on. You are
11 just telling me about the paper, and I want to
12 bring to your attention and to Mr. Bartos'
13 attention that I can prove that also I have
14 notes, if you go -- you scroll through that
15 piece of paper, it was a piece of paper from
16 my -- a regular piece of paper.
17     Q.   Right, I haven't gotten there yet
18 but I'll get there.
19         The notebook itself, do you still
20 have the original notebook?
21     A.   Yes, I do.
22     Q.   Were there any other written notes
23 in the notebook other than the ones that we
24 have just gone through?
25     A.   I don't recall that. But if there

362

1  are and if there are something regarding that,
2  I can provide with that.
3      Q.   Okay. Going to Page 86, the
4  handwritten notes, when did you make these
5  notes?
6      A.   Oh, now I remember. They provided
7  from emergency room with a white paper at the
8  emergency where I was waiting to be -- blood
9  work and everything, I wrote these.
10     Q.   And you wrote ambulance Radnor.
11         What did you mean by that?
12     A.   It was Radnor Township ambulance
13 that removed -- brought me to Bryn Mawr
14 Hospital on April.
15     Q.   Next you wrote Jerry, very nice; is
16 that correct?
17     A.   Jerry was one of the technician; he
18 was very kind and very nice, and I think he
19 said that he served maybe one or two years in
20 Navy. I don't recall that.
21     Q.   The next note you have, one man
22 very aggressive to remove my telephone. He
23 pulled my right arm to my wrist. He made a
24 bruise.
25         Did I read that correctly?

363

1      A.   That's correct.
2      Q.   Who were you referring to there?
3  Were you --
4      A.   I wrote down --
5      Q.   Wait, let me ask the question.
6  Were you referring to one of the ambulance
7  people or one of the police officers?
8      A.   I wrote down Pinto, Mr. Pinto.
9      Q.   So this one man very aggressive,
10 you are referring to Pinto?
11     A.   That's correct, I wrote already.
12     Q.   And then below that you wrote
13 Pinto, and you have colons, and you have I
14 have shown the emergency Court Order and he
15 said, quote, so what, you are not the owner of
16 the property, unquote.
17         Did I read that correctly?
18     A.   That's correct.
19     Q.   By writing this, are you recording
20 or noting what Pinto said to you?
21     A.   That's correct.
22     Q.   Next you wrote, they said that I do
23 not have water in the house.
24         Who is the they?
25     A.   I don't recall who said that.

364

1    Q.   Was that a true statement, there
2  was no water in the house at that time?
3    A.   When I was to Broomall -- excuse
4  me, to the Bryn Mawr Hospital, I have had
5  water.
6    Q.   Okay.
7    A.   Maybe I keep that paper and I wrote
8  more notes on that paper; later on I was
9  informed that there is no water or power into
10 the house.
11   Q.   Did they tell you that there was no
12 water in the house?
13   A.   Yeah, somebody -- I don't know why
14 I wrote that one.  I don't recall when I wrote
15 that one down.
16   Q.   You just said that you wrote it in
17 the emergency room at the hospital.  Do you
18 think you wrote it at a different time?
19   A.   Yes, maybe I have had that piece of
20 paper and I continue writing things on that
21 piece of paper.  I don't recall that.  I
22 cannot want to have any assumption.  I just
23 don't recall that.
24   Q.   All right.  Then it says, they did
25 it no power.

365

1        Did I read it correctly?
2    A.   Yes, I don't know what I mean by
3  that.
4    Q.   What does it say here?  I can't
5  read -- can you read the rest of that note?
6    A.   They remain all brackets from
7  circuit broke, circuit broken.  Blocked the
8  basement door.
9        Maybe I wrote that later on when --
10 when I did get to the house and I did not have
11 -- like I said, the basement door was blocked
12 -- locked.  And I don't recall exactly that
13 little paragraph, when I wrote it down.
14   Q.   Okay.  At the bottom of the page
15 there is a phone number that you wrote and a
16 name.
17        Do you know, what does this refer
18 to?
19   A.   I don't recall that.
20   Q.   Do you know if it has anything to do
21 with what happened to you with the Township or
22 the police or --
23   A.   No, no, no.  Or maybe it was
24 written on that paper when they give to me
25 that piece of paper.  I don't recall.  It's

366

1  not my writing.  Maybe it was on that piece of
2  paper that they provided to me at Bryn Mawr
3  Hospital; it was emergency room and I asked
4  for a piece of paper.  I don't recall.
5    Q.   Okay.  Next on Page 87, there's
6  more handwritten notes.  Is this your
7  handwriting?
8    A.   Some are my handwriting.  But on
9  the top where you see physician assistant,
10 it's not my writing.  But this, I think are
11 from me going to George W. Hill.
12   Q.   Okay.  So you believe that this
13 Melissa Loveridge PAC --
14   A.   I'm sorry, I'm sorry.  This is from
15 when I was to Crozer Keystone, my notes.
16   Q.   Okay.  So that's when you were
17 taken as part of the evaluation, the mental
18 health evaluation to Crozer?
19   A.   That's correct, yes, yes.
20   Q.   You wrote at the top, emergency
21 room 15.
22        What does that reference?
23   A.   Where I was -- where I was, where
24 they brought me, that was the number of room,
25 number 15.  And that was the assistant.  Now I

367

1  remember, between 7:30 and 8:00 p.m., she
2  interview me, I think.  It was the assistant
3  physician -- physician assistant.
4    Q.   Did you write her name down or did
5  somebody else?
6    A.   No, no, no.  She did wrote down
7  that information.  It's not my writing.
8    Q.   And how about this handwriting
9  below that where it says --
10   A.   That's my writing.
11   Q.   It says mental problem in the past.
12 She said that our discussion was not very
13 productive.  Asking me about mental health
14 several times.
15        Did I read that correctly?
16   A.   That's correct.
17   Q.   What are you referring to there?
18   A.   So she asked me -- she asked me
19 several times, which I just wrote down, if I
20 have had any mental issues.  And I got
21 aggravated because she was saying that to me.
22 I didn't have any clue about this Crozer
23 Keystone, what type of hospital it is.
24   Q.   You said she said that our
25 discussion was not very productive.

368

1      Who said that?
2      A.    She said, the assistant, the
3  physician, because I was -- she was continue
4  asking me about mental problems.
5      Q.    Did you see her after this initial
6  interview of her, or evaluation?
7      A.    If I see her after that, not
8  anymore.
9      Q.    Below that is more handwriting in
10 it looks like darker ink.
11      Is that your handwriting?
12      A.    It's my handwriting and somebody
13  borrowed me a pen.
14      Q.    What does it say?
15      A.    It say 10:15.  That means on the
16  nighttime, p.m., interview with psychiatric
17  doctor.
18      Q.    Below that, there's more
19  handwriting.
20      Is that your handwriting?
21      A.    That's correct.
22      Q.    You wrote police, then you had a
23  colon, and then you wrote Pinto, and then
24  there's a dash.
25      Do you see that?

369

1      A.    Yes.
2      Q.    And then there's these numbers, 4,
3  4.
4      What do they refer to?
5      A.    I don't recall what means that.  I
6  don't recall why I wrote 4.
7      Q.    Then next to Pinto you wrote make
8  bruises on my hand.
9      Did I read that correctly?
10      A.    That's correct, yes.
11      Q.    Then next to Cocco you wrote very
12  aggressive to remove telephone?
13      A.    That's correct, and I wrote woman,
14  yeah.
15      Q.    Then you put in parentheses woman,
16  correct?
17      A.    Yeah, because I want to be sure
18  which person was what, yes.
19      Q.    And over on the right-hand side you
20  have some more writing.  I think it says very
21  aggressive?
22      A.    Woman.
23      Q.    Woman, got it.  So it says very
24  aggressive woman, correct?
25      A.    That's correct.

370

1      Q.    And you're referring to Officer
2  Cocco?
3      A.    That's correct.
4      Q.    Then you wrote young police
5  officer, and then below that the police
6  officer -- actually, can you read that?
7      A.    The police officer broke side of
8  the porch.  And I wrote also that I have seen
9  two social -- and I made a mistake.  I said --
10  two social services workers I supposed to
11  write down.
12      Q.    Got it.  Then below that you wrote,
13  broke the porch, make bruises on both arms,
14  left my walker on the porch.
15      Did I read that correctly?
16      A.    That's correct.
17      Q.    Let's go to Page 88.  Now there's a
18  lot of notes on here and a lot of them are
19  very light and it's hard to read.  This is the
20  way that I received them from your attorney.
21      A.    That's correct because at George W.
22  Hill you are not allowed with a pen or a
23  pencil.  They give you just a little bit of a
24  pencil.
25      Q.    Okay.  This is your handwriting?

371

1      A.    That's correct.
2      Q.    And these are notes that you wrote
3  while you were at George W. Hill?
4      A.    That's correct.
5      Q.    I'm going to ask you to actually
6  read these notes so that I can understand what
7  they say --
8      A.    Sure.
9      Q.    -- if that's all right.
10      A.    Sure, that's all right.
11      Q.    Let's start on the left-hand side.
12      A.    Perfect.
13      On 8/12/2022 police plus Radnor
14  ambulance, Mr. Daniel Marrata, forced me to go
15  to Crozer.  Two women in the porch, which I
16  was just telling you was the social worker.
17  Released at 10:00 p.m.
18      On 8/13/2022, Officer Cocco came
19  and saw me sitting on the bench inside of the
20  porch.  She handcuffed me inside the porch,
21  saying that she cannot believe that I was
22  released -- that I was released; at least 72
23  hours I should be at Crozer Keystone.
24      Called 911 and the dispatcher heard
25  what Officer Cocco was screaming.  She was not

372

1  able to dispatch from another Township,
2  because I was complaining about the -- what
3  happened to me regarding Radnor Township.  All
4  the door were blocked with plywood, windows
5  blocked with 6 by 4 in a shape of X sign.
6       They remove with -- removed with
7  Township -- they removed me with Township
8  ambulance to Radnor Police.  We pay for police
9  pension fund, Radnor Police Ambulance Pension
10 Fund.  That's correct, my first husband
11 participate on paying for Radnor Township
12 police and ambulance fund, and he teach me to
13 do the same, which I did, and I can prove that
14 I did.
15      Turn off power, water, Aqua.
16 Bruises on my arms, threatened all the people
17 that tried to help me on the property.
18 Medication is -- is -- I don't -- I cannot
19 read.  Arrest all the people who try to help
20 me.  No supervision from police in the house.
21      Q.   That's perfect.  If you can stop
22 right there.  Thank you very much.
23      A.   You are welcome.
24      Q.   Those last couple of notes, who
25 were the other people that you're referring to

373

1  that they were threatened by the police?
2       A.   Patrick told me later on that he
3  received a call from police.  I don't know --
4  I don't recall if he had a name from Radnor
5  Township Police.  And I said, how they know
6  your telephone number?  And they said maybe
7  because he was driving a taxicab.  And he told
8  me that somebody called him and said, don't
9  help this woman or you'll -- you'll have
10 consequences if you help.  So they threatened
11 him.
12      Q.   Did he tell you anything else that
13 anybody from the Radnor Police said to him?
14      A.   No, I don't recall that.  No, I
15 think --
16      Q.   When did that -- hold on.
17           When did that telephone call take
18 place?
19      A.   I don't recall.  He told me after I
20 was released from George W. Hill.  I didn't
21 know exactly when that happened.
22      Q.   Are you aware of anyone else being
23 threatened by the police --
24      A.   No.
25      Q.   -- who helped you?

374

1       A.   No, at my knowledge.
2       Q.   And did Patrick tell you that the
3  police told them they would arrest him if he
4  helped you?
5       A.   I think they -- yeah, I think he
6  said, but I don't recall exactly the terms
7  that he used.  But he was threatened.  And I
8  said, how they knew your telephone number
9  and --
10      Q.   Okay.  So let's go to the
11 right-hand part of the page, Page Plaintiffs
12 88.  This is where it's a little harder to
13 read.
14           Can you read that for me, please?
15      A.   Yes, yes, it's 8/13/2022, George W.
16 Hill.
17           8/15/2022, maybe it's a name of a
18 person that I was in contact.  Maybe it's
19 written Brown something.
20           8/16, Allison health mental, maybe,
21 doctor or health services requested.
22           8/18/2022, health services
23 requested.  Two pages they wrote information,
24 something like that.  I request case manager,
25 maybe to talk with case manager on 8/18.

375

1            8/18 talk with -- to complete a
2  form.  I complete a form.  I don't recall what
3  form.
4            On 8/19/2022, 2:26 p.m., Sophia
5  Reilly, unit case manager.  She sent me in
6  front to see -- because of my condition that I
7  was with a walker, she put me in front of the
8  line with -- from other people to see
9  somebody.
10           On 8/21/2022, two medical form I
11 complete.
12           8/21 -- excuse me on 8/22/2022,
13 interview by Dr. Marc Gramatges.  He moved me
14 to a medical cell.  What means by that, I was
15 in confinement cell.  And now it's good that I
16 remember now the date, I know the date.  So on
17 8/22 they put me on a confinement cell.
18           On 8/23/2022, they took my blood
19 pressure 144/101; they were concerned about my
20 blood pressure.  141/82, 138/86 my blood
21 pressure was high.
22           8/24/2022, they weighed me.  I weighed
23 -- pounds.  On 8/24/2022 at 11:15, they give me
24 a tube cream, which is right.  And I still have
25 that tube of cream and powder, because I have

376

1  had skin leisure -- leisure (sic).  I have had
2  infected skin because of the clothing from
3  George W. Hill.
4     Q.   Have you read everything that's on
5  that page for me?
6     A.   Yes.
7     Q.   Thank you.
8     A.   You are welcome.
9            MR. GONZALES:  I'm going to show
10           you some more documents that you
11           produced.  We'll make this the next
12           exhibit, Hope.  I guess it's 15.
13           These are marked Plaintiffs 93 through
14           104.  They're a series of photographs.
15                    * * *
16       (Whereupon, Exhibit Ockley-15 was
17       marked for identification.)
18                    * * *
19  BY MR. GONZALES:
20     Q.   Can you tell me -- the first one here
21  is Plaintiff 93.
22           What is this?
23     A.   Somebody took a picture of my house,
24  coming to the street.  Maybe Patrick.  I'm not
25  sure who took the picture.  And they sent --

377

1  they gave me the picture, and there are two
2  arrows which is pointing by me with a plastic
3  column, yes, that's correct.
4           And what I am pointing over there on
5  the back of the house, it was a very large
6  bronze or brass eagle, which was from Navy,
7  which now it's not anymore.  It was also one in
8  front of the door, like, a door knocker with my
9  husband name and also from the Navy.  Very old,
10  very pretty.
11           And also I point to my picture window
12  to -- and I can prove with real picture about
13  all the gathering furniture that it's missing
14  now.  And I can prove why the -- excuse me, the
15  picture window contained, you can see through
16  that all my furniture which --
17     Q.   Who sent you the picture?
18     A.   I don't recall who sent.  Somebody
19  that took.  Maybe Patrick or somebody else, I
20  don't remember.
21     Q.   When did they send it to you?
22     A.   I think immediately after that
23  particular picture, which is saying September
24  9th.
25     Q.   Who put September 9th on there?

378

1     A.   I don't know.  Maybe who took the
2  picture.  I don't know.  It was like that.
3     Q.   Was it texted to you or how did you
4  get a copy?  How did you get the picture?
5     A.   I cannot recall.  I make a picture
6  from a phone, or I don't recall how I got the
7  picture.
8     Q.   And were you the one who put the
9  arrows on the picture?
10     A.   I did put with -- there are, like,
11  plastic arrows.  But we can remove that.  I
12  have the picture in original, and I can show
13  to you how it's looking clear on the picture.
14     Q.   Okay.  Next page is 94.
15     A.   That's correct.
16     Q.   And it looks like -- again, do you
17  know who took that picture?
18     A.   I think the same person, was on the
19  same day.
20     Q.   Oh, okay.  And there's arrows on
21  here and you have already said one arrow is
22  pointing at the -- on the right-hand side,
23  that's the bronze eagle, correct?
24     A.   That's correct, and the other one
25  to the picture window with furniture or

379

1  belongings.
2     Q.   And what are these --
3     A.   On the other side on the entrance
4  of the garage there is a truck with a trailer,
5  and I took a -- I make a little arrow to the
6  trailer, which contained some of -- some type
7  of boxes which is loaded from the house.
8           And my question was, how comes all
9  my belongings are into three PODS when
10  actually are missing?  Excuse me, which
11  actually are still in the house or outside of
12  the house or somebody is just loading in a
13  truck.
14           MR. SCHROM:  Excuse me, let me
15           just jump in.  Please answer the
16           question as asked; specifically pay
17           attention to the question.  If
18           Counsel has an additional question,
19           I'm sure he'll ask it.  Listen to
20           the question.  Answer only the
21           question.  Wait for the next
22           question, please.
23           Thank you.
24           THE WITNESS:  You are welcome.
25  BY MR. GONZALES:

380

1    Q.    So somebody took this picture and
2  then you put the arrows at that truck because
3  you believed that that picture shows people
4  removing personal items from your house and
5  putting it in that truck?
6    A.    **Did not show people. They show**
7  **items loaded already into the truck.**
8    Q.    You have no idea what those items
9  are, correct?
10   A.    **I do not have any idea because I**
11 **cannot see clear over there.**
12   Q.    Okay. And it's possible that there
13 are items for the workmen or whoever is using
14 the truck, correct?
15             MR. SCHROM:  Could you repeat
16             that?
17 BY MR. GONZALES:
18   Q.    It's possible that the items that you
19 see here are items that belong to the people in
20 the truck; they could be tools, they could be
21 other items that they're using.
22             Isn't that possible?
23             MR. SCHROM:  Objection.
24             **THE WITNESS: Can be or cannot be**
25             **possible, because what tools a person**

381

1             **is using on a house that will be**
2             **demolished?**
3  BY MR. GONZALES:
4    Q.    Next I'm showing you Plaintiff's
5  95.
6             Who took that picture?
7    A.    **I think the same person.**
8    Q.    Were these pictures all taken at
9  the same time, to your knowledge?
10   A.    **Yes, it seems that way.**
11   Q.    Did you ask this person to take the
12 pictures?
13   A.    **No, somebody get onto the street.**
14 **You can see, like, somebody was just with a**
15 **car or -- no, I didn't -- I didn't know what**
16 **is going on over there.**
17   Q.    Do you believe that it was Patrick
18 who took these pictures?
19   A.    **I believe so.**
20   Q.    And it was Patrick who sent them to
21 you?
22   A.    **I don't recall. I don't recall if**
23 **it was Patrick or who took the picture and**
24 **send it to me.**
25   Q.    Who else would you have been in

382

1  contact with that could have sent you these
2  pictures?
3    A.    **I don't recall.**
4    Q.    Now this picture on Page 95 there
5  is also an arrow.
6             What are you pointing at with this
7  arrow?
8    A.    **At my European pots.**
9    Q.    Flower pots?
10   A.    **Yes.**
11   Q.    Why were you pointing at the flower
12 pots?
13   A.    **Because these pots means a lot to**
14 **me and are from Europe.**
15   Q.    When did you bring the pots over
16 from Europe?
17   A.    **Not bring the pots from Europe. I**
18 **purchased maybe 2000 these pots that are from**
19 **Europe, the pots.**
20   Q.    Page 96, is this part of the same
21 photos that were sent to you at the same time?
22   A.    **Yes.**
23   Q.    And here there's also a red -- at
24 least there's an arrow, and this is pointing
25 at the picture window?

383

1    A.    **That's correct.**
2    Q.    What were you trying to show in
3  this picture with the arrow?
4    A.    **Furniture and, again, pots that are**
5  **left on the picture window, but different type**
6  **of pots. There were flowers all the length of**
7  **the picture window.**
8    Q.    Next Plaintiff 97, was this picture
9  sent at the same time as the others?
10   A.    **Yes.**
11   Q.    Were these pictures, by the way,
12 sent to you in color?
13   A.    **Yes.**
14   Q.    There's an arrow pointing to this
15 trailer; is that correct?
16   A.    **That's correct.**
17   Q.    What are you depicting or what did
18 you try to depict with the arrow?
19   A.    **I think there were some white boxes**
20 **which I have had in the garage, but I cannot**
21 **recall that, and in the basement.**
22   Q.    Next page 98, was this picture part
23 of the others that were sent to you at the
24 same time?
25   A.    **That's correct.**

384

1     Q.    And then you've got arrows pointing
2  to the picture window and to the trailer for
3  the same reasons that you have already
4  discussed, correct?
5     A.    That's correct.
6     Q.    99, I take it this is just a
7  close-up showing the items inside the trailer
8  of the truck?
9     A.    That's correct.
10    Q.    Next Page 100, again, you're just
11 showing the picture window again, correct?
12    A.    Yes.
13    Q.    These photographs, this was also
14 sent to you at the same time as the others?
15    A.    That's correct, yes.
16    Q.    By the way, these photographs, were
17 they sent to you before or after you went to
18 the house?
19    A.    It's September 9th.
20    Q.    That's the date that they were
21 sent?
22    A.    Yeah, so that means -- that means
23 it was after I was released from George W.
24 Hill.
25    Q.    I'm going to skip to Page 102.

385

1  These two pictures appear to be taken from
2  inside a vehicle?
3     A.    Yes.  Yes, I did, I did took that --
4  the pictures.
5     Q.    Oh, you took this picture?
6     A.    Yes, I did take the pictures.
7     Q.    Well, did you take the pictures,
8  the previous pictures that we went through?
9     A.    These pictures that you just showed
10 to me, the previous one were on September 9th.
11 These pictures are immediately when I tried to
12 go home, you see all the trees and everything,
13 I took the pictures being on the street with
14 Patrick's car showing the tree company just
15 got over there; that means they block my
16 entrance, which if you listen to Judge John J.
17 Whelan, they said that I should have access to
18 the property without no interference.  And I
19 can prove with that that these people, they
20 just got over there to cut the trees while I
21 tried to access the property.
22    Q.    My question was just a date
23 question.  I appreciate your testimony, but I
24 think I just asked when.  So I'll ask the
25 question again.

386

1     The pictures shown at Page 102,
2  when were they taken?
3     A.    In August.
4     Q.    Who took them?
5     A.    I took them from the car with
6  Patrick.
7     Q.    And what date did you take them in
8  August?
9     A.    Maybe August 10 or 11, 12.  I don't
10 recall that.
11    Q.    Did you take these with your cell
12 phone?
13    A.    Yes, I did.
14    Q.    Why did you take these?
15    A.    To prove my case that I'm not
16 allowed to be on the property because they
17 just block the driveway.
18    Q.    When I questioned you on day one of
19 your deposition, you told me nobody was at the
20 property when you went there.
21    A.    That's correct.
22    Q.    Do these photographs refresh your
23 recollection that, in fact, people were at the
24 property when you went there?
25    A.    There was nobody at the property

387

1  when I went.
2     Q.    But there's trucks there; you're
3  telling me nobody was at the property even
4  though there were several trucks there?
5         MR. SCHROM:  Excuse me.  Can
6         you be more specific regarding the
7         one?  Maybe that will be
8         clarification.  Can you rephrase
9         that?
10        MR. GONZALES:  Well, it's
11        plaintiff's testimony.  It's in day
12        one.
13 BY MR. GONZALES:
14    Q.    I asked you whether or not there
15 was anyone there when you went to the property
16 and you said no.  So my question is, this
17 appears to show vehicles at the property when
18 you got there.  And so my question is, were
19 there people there or not when you went to the
20 property, whenever you went to the property?
21    A.    When I went initially to the
22 property, and I have picture of that, was my
23 -- it was the house and the property without
24 no trucks.  These pictures are taken later.  I
25 don't know exactly, but it was in August,

388

1   later. But I have pictures on the day when I
2   tried first time to go to the property and it
3   was nothing over there.
4       Q.   My question to you was, were these
5   pictures -- you said no one was ever there, so
6   I'm going to put that aside. That testimony
7   is what it is. It speaks for itself.
8           My question now is, these
9   paragraphs, were they taken on the first day
10  that you went to the property or some
11  subsequent days that you went to the property?
12      A.   Sir, I said to you in August,
13  later; not on the first day when I got to the
14  property.
15      Q.   All right.
16      A.   I have pictures from when I got
17  first time to the property and it was no
18  truck, nobody over there.
19      Q.   I haven't seen those pictures. If
20  you have them, then I would ask that you
21  provide them to your attorney and produce
22  them.
23      A.   All right, I have it and I can produce
24  that.
25          MR. GONZALES: I would ask that

389

1           the actual metadata from these
2           photographs be preserved and produced
3           in response to the discovery request.
4           THE WITNESS: I don't think I --
5   BY MR. GONZALES:
6       Q.   So on this date -- that was to your
7   attorney.
8           So on this date when you took these
9   pictures, were there tree people, were there
10  people actually at the property?
11      A.   There were trucks, only trucks. I
12  don't know if the people were inside of the
13  trucks.
14      Q.   Page 103, two more photographs.
15  Who took these photographs?
16      A.   I did.
17      Q.   Did you take them on the same day
18  as the photographs in 102?
19      A.   I believe so, yes.
20      Q.   And these look like they were taken
21  from inside a vehicle.
22          Was this Patrick's vehicle?
23      A.   That's correct, it was a taxi.
24      Q.   What were you attempting to show
25  with these photographs?

390

1       A.   I just want to prove that it was no
2   working to the property and they start coming,
3   all these trucks, to block me to go to the
4   property, to have access.
5       Q.   Wait a minute. You think these
6   trucks were to block you from entering the
7   property versus actually taking down trees as
8   part of the construction?
9       A.   Of course, the tree company is
10  doing tree work, that's for sure. But how
11  comes they did not do any work from July 15
12  when the new owners have the property
13  available.
14      Q.   Right, nobody told you that they
15  were blocking the trucks there purposely to
16  exclude you from getting on the property,
17  correct?
18      A.   No, but if you look at the previous
19  picture --
20      Q.   Thank you. On the next page, 104,
21  what is -- oh, there's a person, look at that.
22          Page 104, did you take this picture?
23      A.   Yes, I did.
24      Q.   When did you take this picture?
25      A.   I do not recall.

391

1       Q.   You took it on the same day as 103
2   and 102, didn't you?
3       A.   I don't think I took it on the same
4   day. Maybe it was, maybe not.
5           MR. GONZALES: Again, I would
6           ask your attorney to produce these
7           photographs with the metadata,
8           which will show the date and
9           time --
10          THE WITNESS: There is no other
11          information --
12          MR. GONZALES: That was not a
13          question, ma'am. It was not a
14          question. It was just a comment
15          for your attorney. It's not a
16          question.
17          MR. SCHROM: John, one second,
18          wait just one second.
19          MR. GONZALES: Sure.
20          MR. SCHROM: I'd like to direct
21          Ms. Ockley to, again, concentrate
22          on the attorney's question, please.
23          Answer his question. Wait for the
24          question, answer only his question,
25          wait for the next question. Don't

392

```
1          just talk.
2              THE WITNESS:  All right.
3              MR. SCHROM:  And don't talk
4          over with him.
5              THE WITNESS:  I do apologize
6          for that.
7              MR. GONZALES:  You don't need
8          to apologize.  It's fine.
9   BY MR. GONZALES:
10      Q.   Page 104, you took this picture; is
11  that correct?
12      A.   Yes.
13      Q.   And what were you trying to show in
14  this picture?
15      A.   That that truck is blocking the
16  driveway.
17              MR. GONZALES:  I'm going to
18          show you -- Hope, is this
19          Exhibit-16?
20              We're going to mark, Exhibit-16
21          are photographs that were produced
22          by the Township at defense 1
23          through 6.  Let me put these on the
24          screen.
25                   *  *  *
```

393

```
1          (Whereupon, Exhibit Ockley-16 was
2          marked for identification.)
3                   *  *  *
4          (Document displayed.)
5   BY MR. GONZALES:
6       Q.   These pictures I will represent to
7   you were taken on the day of your injury in
8   April when you were transported to the
9   hospital for your leg injury.
10              Do you recognize this picture,
11  which is marked Defendants 1?
12      A.   That's correct.
13      Q.   What is this showing, what room?
14      A.   It is the kitchen.
15      Q.   And this was the kitchen at your
16  house?
17      A.   Yeah, that's correct.
18      Q.   And is this the condition your
19  kitchen was in on the day that you injured
20  yourself?
21      A.   That's correct.
22      Q.   Next is Defendants 2.  Do you know
23  what this is showing?
24      A.   Closet.
25      Q.   And does this accurately depict
```

394

```
1   what the closet looked like on the day of your
2   injury?
3       A.   That's correct.
4       Q.   The next is page 3.  What does this
5   show?
6       A.   That shows master bedroom.
7       Q.   Does this accurately reflect what
8   your house looked like, or at least that the
9   bedroom of your house looked like on the day
10  of your injury?
11      A.   That's correct.
12      Q.   By the way, how long transpired
13  between when you injured your leg and when the
14  ambulance came?
15      A.   Can you repeat that question?
16      Q.   Sure.  I think there was a reference
17  in the police report that some time had passed
18  between when you actually injured your leg and
19  when you called for an ambulance or 911.  I'm
20  just asking what your recollection is.
21              Was there any time that transpired
22  between when you first injured your leg and when
23  you called for assistance?
24      A.   Yes, it took several days.  I
25  thought that I can -- I can be okay, but
```

395

```
1   doesn't seem that I will be okay.
2       Q.   Okay.  Next is Page 4.  What does
3   this photograph show?
4       A.   The hallway.
5       Q.   And does this accurately depict
6   what the hallway looked like on the date of
7   your injury?
8       A.   That's correct.
9       Q.   D-5, what does this show?
10      A.   The living room.
11      Q.   Does this accurately reflect what
12  the living room looked like on the day that
13  you got injured?
14      A.   That's correct.
15      Q.   And by the way, when you came back
16  to the house, you testified earlier, I
17  believe, that you were on your couch or near
18  your couch when the police came with those
19  social worker women, you know, the crisis
20  workers.
21              Was this where you were in this
22  room when the police came?
23      A.   Yes, I was on the sofa.
24      Q.   And that's the sofa depicted on the
25  right-hand side of this photograph?
```

396

1      A.    That's correct.
2      Q.    When the police came, were these
3   items, the bags -- you may not know if they
4   were all exactly in the same place, but were
5   these items that are shown in the picture
6   here, Defendants 5, were they all generally
7   there when you came back to the house?
8      A.    That's -- maybe some of them were
9   moved, but that's correct.
10     Q.    Defendants 6 is another photograph.
11  What does this show?
12     A.    That's -- that's the den.
13     Q.    Does this accurately depict what
14  the den looked like on the day that you were
15  injured?
16     A.    That's correct.
17     Q.    I want to follow up just very
18  briefly with the timeline, because I was
19  reviewing your testimony from day one, and
20  there were a couple of things that were not
21  clear to me, and I just want to clear them up,
22  if possible.
23           My understanding is that you were
24  released from Broomall Manor on August 8th; is
25  that correct?

397

1      A.    That's correct.
2      Q.    What time were you released on
3   August 8th?
4      A.    Late evening.  Excuse me, early
5   evening.
6      Q.    Like, before dinner or after diner,
7   if you remember?
8      A.    After dinner.
9      Q.    So after dinner on August 8th,
10  Patrick picks you up, and where did Patrick
11  take you?
12     A.    I think first, I'm not sure if we
13  went to the pharmacy in Paoli or we just -- he
14  just drove me back home.
15     Q.    I apologize, you did testify about
16  going to the pharmacy and getting the chair
17  that you needed for your shower.
18           But after doing that, that's when
19  he took you to your home, correct?
20     A.    That's correct, yes.
21     Q.    So that would have been sometime in
22  the evening of August 8th, correct?
23     A.    That's correct.
24     Q.    And did you stay overnight at your
25  house on August 8th?  Did you sleep there that

398

1   night?
2      A.    No, because --
3      Q.    That's all I wanted to know.
4      A.    No.
5      Q.    That was it.  You answered my
6   question.
7           Then from there, then you went and
8   you got the hotel room the night of August
9   8th; is that correct?
10     A.    That's correct, yes.
11     Q.    And then on August 9th, Patrick
12  brought you back to your house, correct?
13     A.    That's correct.
14     Q.    And this is where it's unclear.
15  What time did you arrive at the house on
16  August 9th?
17     A.    I do not recall that.
18     Q.    And did Patrick break any of the
19  locks on the house on August 9th?
20     A.    I don't recall that.
21     Q.    I'm not talking about a locksmith.
22  I'm talking about Patrick.  You do not recall
23  if Patrick actually removed the locks from the
24  garage or the door to the kitchen?
25     A.    No, I don't recall that, no.

399

1      Q.    And where did you sleep the night
2   of August 9th?
3      A.    The same hotel.
4      Q.    And then you returned back to the
5   house on August 10th; is that correct?
6      A.    That's correct.
7      Q.    By the way, were you able to get
8   into the house on August 9th?
9      A.    Because I slept at the hotel.
10     Q.    That wasn't my question.
11          On August 9th, were you able to get
12  into the house?
13     A.    No.
14     Q.    On August 10th, were you able to
15  get into the house?
16     A.    Yes, I did.
17     Q.    And when you got into the house,
18  did you take any of your clothing, get any
19  clothing or attempt to change your clothes
20  from your hospital gone into your clothes on
21  August 10th?
22     A.    No, I did not.
23     Q.    How long were you in the house on
24  August 10th?
25     A.    Very late that evening.

**400**

1    Q.    So what time did you get to the
2  house on August 10th?
3    A.    **It was late that evening.**
4    Q.    So can you give me an estimate
5  about how much time you were actually inside
6  the house on August 10th?
7    A.    **I slept on that house on August**
8  **10th.**
9    Q.    So you slept at the house and then
10 on August 11th, did you stay at the house on
11 August 11th?
12   A.    **That's correct.**
13   Q.    And again, on August 11th, you did
14 not change into any of your clothes that you
15 had at the house from your hospital gown,
16 correct?
17   A.    **I did not change my clothes.**
18   Q.    And then did you sleep at the house
19 on August 11th into August 12th?
20   A.    **Yes, I did sleep two nights, 10th**
21 **and 11th.**
22   Q.    And then August 12th, that's when
23 the police came, correct, with the crisis
24 workers?
25   A.    **That's correct.**

**401**

1    Q.    And prior to the police getting
2  there, you did not change out of your hospital
3  gown into any of the clothes that were at your
4  house, correct?
5    A.    **That's correct.**
6    Q.    The other thing that was unclear to me
7  was the terms of your bail.  I have seen some
8  different types of paperwork and documents.
9         Can you tell me, did you have to post
10 any money as part of your bail?
11   A.    **On the paper that Radnor Township**
12 **Police complain about my trespassing, the**
13 **requirements was one dollar bail, plus for me**
14 **not to be onto the property.  There are other**
15 **requirements, physical -- excuse me,**
16 **psychiatric competency evaluation.**
17   Q.    And did you offer to pay the dollar
18 of your bail before you were taken to George
19 Hill?
20   A.    **No, because -- no, I did not -- I**
21 **did not know that I have to pay a dollar, and**
22 **even if I pay a dollar, I will not be released**
23 **from George W. Hill.**
24         MR. GONZALES:  Thank you.  Those
25         are all the questions I have.  Thank

**402**

1  you, ma'am.
2         **THE WITNESS:  You are welcome.**
3         MR. BARTOS:  I do have some
4  additional questions.  It might be
5  a good time to take a short break.
6              *  *  *
7         (Whereupon, a brief recess was held
8    at this time.)
9              *  *  *
10            EXAMINATION
11            *  *  *
12         MR. BARTOS:  Ms. Ockley, there
13         were a couple of pictures that
14         Mr. Gonzales was showing you.  I just
15         had a couple of questions in follow-up
16         on those.
17         (Document displayed.)
18         Again, for no reason, Mr. Schrom,
19         my numbering is different.  I have
20         like 94, where I think I'm off by
21         three or four.  But the pictures are
22         in the same order.
23         MR. SCHROM:  That's fine.
24 BY MR. BARTOS:
25   Q.    What I have as PLF 095 is the exterior

**403**

1  shot with the arrow pointing at the picture
2  window and the arrow pointing at the back of the
3  trailer.  I think you had testified that the
4  picture window, you put the arrow there to show
5  furniture?
6    A.    **That's correct.**
7    Q.    What furniture does this show?
8    A.    **I think the furniture that -- it's**
9  **missing, because it's not on the pot, inside**
10 **of the pot.**
11   Q.    If I understand though, is it your
12 testimony that this arrow is pointing to a
13 picture window that has no furniture because
14 the furniture is missing, or it shows
15 furniture that you believe should be in the
16 pots?
17   A.    **It shows some furniture that was**
18 **missing from the pots.**
19   Q.    What furniture does it show?
20   A.    **I -- it's very hard to see that**
21 **picture, but it seems that all it's furniture,**
22 **all kind of furniture.**
23   Q.    The furniture you believe is
24 missing is visible in that window?
25   A.    **(Witness nods head.)**

1      Q.    And that's why you put the arrow
2  there?
3      A.    Yes.
4      Q.    Going over to Radnor Defendant 5,
5  which I think we marked as Ockley-16 for
6  identification, I did have a question about
7  the living room picture.
8            Over the mantle -- the fireplace
9  itself looks like it's covered over by some
10 boards.
11     A.    It's a cardboard.
12     Q.    Cardboard covering the fireplace?
13     A.    Yes.
14     Q.    When was the last time the
15 fireplace was in service?
16     A.    Many years ago.  I don't recall.  I
17 did not use myself the -- I was worried about
18 fire into the house.
19     Q.    And above the fireplace on the
20 mantel there's a bag of some sort nailed to
21 the mantel.
22           Do you know what that is?
23     A.    I think there are some stone that
24 absorb smell or -- I don't -- it's, like,
25 volcanic stones.

1      Q.    You had it in there to absorb
2  odors?
3      A.    I -- I purchase this from Home
4  Depot.  I don't know exactly the purpose, or
5  refresh the air.  I don't recall that.
6      Q.    How long had that specific bag been
7  hanging there as of April of '22?
8      A.    Maybe from 2021, because you have
9  to take it outside and let it on the sun to
10 dry or something like that, or to refresh.
11     Q.    You would refresh it, what, once a
12 year, twice a year?
13     A.    I don't recall that.
14     Q.    The pictures that Patrick took,
15 just going back to the ones you believe
16 Patrick took that are the exterior that start
17 with the September 9th Villanova, would those
18 pictures have been sent to you in physical
19 form, like, here's an actual printed picture?
20 Would that have been sent to you by email?
21 Would it have been texted?  Some combination?
22     A.    It was not actual pictures.  I
23 print these pictures.
24     Q.    Where did you print them?
25     A.    I think to CVS pharmacy.

1      Q.    Were they digital pictures that you
2  sent to CVS and then they printed them for you
3  there?
4      A.    I don't recall if it was on thumb
5  drive, or I don't recall that.  I just have
6  the actual pictures right now.
7      Q.    I guess sort of said another way,
8  it's not like this was a film camera and
9  someone gave you the negatives?
10     A.    (Witness shakes head.)
11     Q.    Correct?
12     A.    No, that's correct.
13           MR. BARTOS:  Counsel, I can
14           circulate this later.  I just
15           downloaded this from the Court's
16           website.  We can mark this as 17,
17           and I'll send it in.
18           (Document displayed.)
19                *  *  *
20      (Whereupon, Exhibit Ockley-17 was
21       marked for identification.)
22                *  *  *
23 BY MR. BARTOS:
24     Q.    This is on the September 6th, 2022
25 filing in the Rockwell-Glynn v. Ockley matter.

1  I just wanted to ask, Ms. Ockley, on Page 2,
2  the handwriting on this Page 2, is that
3  handwriting all yours?
4      A.    That's correct, yes.
5      Q.    And then your signature at the
6  bottom?
7      A.    That's correct.
8      Q.    And then there's some pages that
9  follow that have your handwriting, of the
10 exhibit it's Pages 3, 4, 5, 6, 7, 8, 9, and
11 then at the bottom of Page 9, respectfully,
12 Simona Ockley Negut, September 6th, 2022?
13     A.    That's correct.
14     Q.    That's all your handwriting and
15 that was something you filed with the court in
16 September in advance of the hearing that then
17 led to the Order that we looked at earlier
18 today; is that correct?
19     A.    That's correct, yes.
20     Q.    Then you had some exhibits that you
21 put on here as well.  You included, it looks
22 like on Page 11 of the exhibit, a copy of the
23 August 9th Order from Judge Dozor?
24     A.    That's correct.
25     Q.    On Page 12 of the exhibit, the July

408

1 15th Order from the July 11th hearing from
2 Judge Whelan?
3     **A.**    **That's correct.**
4     Q.    And then after that it looks like
5 Mr. Herman's letter of August 12th, and then
6 there's some writing and lines on this paper.
7         On Page 13 of the exhibit, is the
8 handwriting and are the lines that appear to
9 be handwritten in your handwriting and your
10 notations?
11     **A.**    **That's correct, while I was at**
12 **George W. Hill, I use a pencil.**
13     Q.    Okay. If I zoom in, are you able
14 to read as best you can what is at the top of
15 this between the regarding Rockwell-Glynn LP
16 versus Simona Ockley and --
17     **A.**    **Sure.**
18     Q.    -- plaintiff?
19     **A.**    **Inform Gregory Lingo over the phone**
20 **about emergency motion, comma, Radnor -- also**
21 **manager of Radnor Township.**
22     Q.    Did you at least attempt to contact
23 Mr. Lingo and the Township on August 9th when
24 you were at the courthouse?
25     **A.**    **Some notes that I -- there are some**

409

1 notes where I wrote the date when I inform
2 Gregory Lingo.
3     Q.    Are you able -- next to numbers 3
4 and under number 4 --
5     **A.**    **Right.**
6     Q.    Are you able to read any of that?
7     **A.**    **Yes, wrong -- wrong -- Radnor**
8 **Township, wrong township, Radnor remove the**
9 **locks. Service -- I will need light. I will**
10 **need light into the house, or something like**
11 **that I wrote. I will need light. And on the**
12 **bottom, wrong, they come with excuses to enter**
13 **the property.**
14         **And when I -- I line -- I wrote**
15 **something aside, because they are saying she**
16 **removed the locks and --**
17         MR. SCHROM: Ms. Ockley,
18         there's no question. Wait for the
19         question, please.
20 BY MR. BARTOS:
21     Q.    Ms. Ockley, under number 4, you
22 wrote wrong, they come with all excuses to
23 enter property.
24     **A.**    **My property.**
25     Q.    Who did? Who came with excuses?

410

1     **A.**    **The defendant refuses entry to**
2 **plaintiff, and Brydzinski, on number 4. So**
3 **I'm talking they, plaintiff to Mr. Brydzinski,**
4 **and his -- yes, Brydzinski and plaintiff,**
5 **which was Gregory Lingo.**
6     Q.    And to inspectors as well?
7     **A.**    **I didn't -- I didn't underline the**
8 **inspectors.**
9     Q.    Are plaintiff and Brydzinski
10 underlined?
11     **A.**    **It doesn't look that way. Or maybe**
12 **it was but it's a light pen. I don't recall**
13 **that.**
14     Q.    Do you recall any inspectors trying
15 to gain access to the property at Ithan Road
16 while you were physically inside the house on
17 August 10th, 11th or 12th?
18     **A.**    **It was here through the porch door.**
19     Q.    On Page 14 of the exhibit, are you
20 able to read what that says at the top?
21     **A.**    **Yes, where it's saying we are**
22 **concerned for defendant, not true. My own**
23 **safety, that the Court Order, maybe I said it**
24 **was my own safety to access the property.**
25     Q.    At my own safety, that's in quotes?

411

1     **A.**    **Yes, because that it was from the**
2 **Court Order.**
3     Q.    And then underneath the last
4 paragraph before the respectfully submitted,
5 can you read what that says in your
6 handwriting, please?
7     **A.**    **They delay, so I cannot enter into**
8 **the house.**
9     Q.    Then on Page 15, again, if you
10 could just start with --
11     **A.**    **At the top?**
12     Q.    Yes, please.
13     **A.**    **They don't -- they don't want to**
14 **have -- they don't want me to have my personal**
15 **property.**
16     Q.    And the they would be the plaintiffs
17 in that action?
18     **A.**    **That's correct, yes.**
19     Q.    By this time, on September 6th,
20 when you're filing this, were the PODS already
21 in use or was your property still in the
22 residence?
23     **A.**    **On September 6th, they were on the**
24 **PODS.**
25     Q.    Mr. Gonzales asked you about a bail

412

1  condition. You had mentioned a couple of
2  them. I don't recall if you had mentioned one
3  of the conditions, you had to provide an
4  address where you would then go to live when
5  you were released from jail.
6         Do you recall that being a bail
7  condition?
8     A.   One of the conditions was that one,
9  yes.
10    Q.   Underneath on the second paragraph
11 you circled for moving into, and does that say
12 wrong?
13    A.   For moving into, yes, it's wrong.
14    Q.   And then there's a line under must
15 undergo a competency exam. Is that a question
16 mark then underneath the word and between --
17    A.   Yes, that I --
18         THE STENOGRAPHER: She's frozen
19         and her audio is out on my end.
20              *  *  *
21         (Whereupon, there was an
22      off-the-record discussion.)
23              *  *  *
24 BY MR. BARTOS:
25    Q.   In the interest of time, I think

413

1  I'm getting better at reading your handwriting
2  here.
3         Must undergo a mental health
4  evaluation; is that another question mark
5  under the word evaluation?
6     A.   Yes, I think so, yes.
7     Q.   The last paragraph on this page,
8  does the writing say at the top doing
9  everything not to be?
10    A.   Yes, that's correct.
11    Q.   The word wrong on the left-hand
12 margin?
13    A.   Yes, that's correct.
14    Q.   And at the bottom does that say
15 able to remove my property in time?
16    A.   That's correct.
17    Q.   And do I understand your markings
18 here to mean that you intended the phrase to
19 be doing everything not to be able to remove
20 my property in time?
21    A.   That's correct.
22    Q.   The next page there's the word no in
23 the left-hand column; is that correct, to the
24 left of the word we?
25    A.   Yes, that's correct.

414

1     Q.   And then underneath there's an
2  arrow pointing to the words it looks like not
3  agree to access my personal property.
4         Did I read that correctly?
5     A.   That's correct, yes.
6     Q.   On Page 19 of the exhibit, there's
7  some markings, and then does that say remove
8  all this charges from my record?
9     A.   That's correct.
10    Q.   Page 20 of the exhibit, is that a
11 question mark in the right-hand margin?
12    A.   That's correct, yes.
13    Q.   On number 8?
14    A.   That's correct.
15    Q.   On Page 21 of the exhibit, 11B,
16 there's a question mark to the left of the
17 subparagraph B?
18    A.   That's correct.
19    Q.   And does that then say wrong
20 Township removed the locks?
21    A.   That's correct.
22    Q.   Underneath that does the next
23 writing say I did not break into the property?
24    A.   That's correct.
25    Q.   And underneath that does it say the

415

1  water flooded while I was not over --
2     A.   Over there, yes, because we were
3  talking about the --
4     Q.   My next question is going to be,
5  what does that mean? So please continue.
6     A.   So they said the kitchen floor
7  failed. Actually, I think I presented this
8  before. I have had washer, and the valve of
9  the washer was broken and the water flooded
10 the floor of the kitchen, and the linoleum
11 just buckled. It's not a hole in the floor;
12 it's not a hole in the wood and you can see
13 the basement. That's not true 100 percent.
14    Q.   You say the water flooded while I
15 was not over there.
16         What water are you talking about?
17    A.   About the valve of the washer.
18    Q.   So this is not to indicate that
19 there was some other flood that occurred
20 between April and August in the home when you
21 were not there; is that fair?
22    A.   No, no, I don't recall any other --
23 no, I don't recall anything else.
24    Q.   On the next page under paragraph 14
25 above the word wherefore, does that say remove

416

1  my belongings?
2      A.    That's correct.
3      Q.    And then on the left-hand side next
4  to the Roman numeral III, I do not need any
5  supervision.
6           Did I read that correctly?
7      A.    That's correct.
8      Q.    Page 23 of the exhibit, does that
9  say the words not true?
10     A.    That's correct.
11     Q.    Fair to say you disagreed with Mr.
12 Herman's understanding of the facts?
13     A.    Like, I have all this notes, that
14 means it was not fair for me to said that was
15 correct.
16     Q.    On the Page 24 under 3, bracketed
17 3, there's a question mark to the right and
18 then underneath it says why, question mark,
19 civil case, question mark.
20          Did I read that properly?
21     A.    That's correct.
22     Q.    Do you know why you wrote that?
23     A.    Let me read.  In order to properly
24 protect defendant from dangers on 416 South
25 Ithan, her access shall be subject to the

417

1  supervision.
2           And I said why, why I need
3  something like that?  The Court Order from
4  Judge John J. Whelan, that doesn't provide --
5  doesn't show a supervision.
6      Q.    That's all I have on that exhibit.  I
7  appreciate your patience while I was working on
8  your handwriting.
9      A.    You are welcome.
10     Q.    This is, again, back into your Rule
11 16 Disclosures.  On my Bates stamp PLF 126 is
12 the beginning of -- from 126 through 129 is a
13 handwritten petition that appears to be in
14 your handwriting.  I'll represent to you, this
15 appears to be stamped by the Court October 6th
16 or 8th of 2022.
17          You testified earlier that there
18 was a petition that you filed with the Court
19 because you didn't think you would be able to
20 meet the deadline and you couldn't get into
21 the PODS.
22          Is this the first page of that
23 petition that you filed?
24     A.    That's correct, and it's dated
25 October 6.  The deadline was October 8.

418

1      Q.    And to the best of your
2  recollection, the Court did not act upon this
3  particular petition; is that fair to say?
4      A.    I do not recall.  I think on that
5  time I was just provided by attorney of
6  Gregory Lingo, Lee Herman, over the phone the
7  codes and the passwords for the PODS.
8      Q.    My question very simply though is,
9  you filed this petition, but to the best of
10 your recollection, there's no Order from the
11 Court responding to this petition, correct?
12     A.    I don't recall.
13     Q.    Have you had an opportunity to
14 review the filing that was made on your behalf
15 by Mr. Mylonas in March of 2025 regarding a
16 request to add additional defendants and to
17 bring the firm of Baratta & Russell and the
18 estate of Peter Rohana into your case?
19     A.    That's correct.
20     Q.    So this is the petition.
21          MR. BARTOS:  I think we're up
22          to 18 at this point, but I'll defer
23          to Hope on the numbering.
24          Let's mark this for
25          identification.

419

1              *  *  *
2      (Whereupon, Exhibit Ockley-18 was
3       marked for identification.)
4              *  *  *
5  BY MR. BARTOS:
6      Q.    This is a 57-page exhibit.  I'm not
7  going to ask you to identify all 57 pages.
8           But do you recall receiving a
9  packet of paper that was approximately a
10 quarter to a half an inch thick that was a
11 petition that was going to be filed on your
12 behalf?
13     A.    That's correct.
14     Q.    Did you have an opportunity to
15 review that petition before it got filed?
16     A.    That's correct.
17     Q.    Was there anything in it that you
18 disagreed with to the best of your
19 recollection?
20     A.    I don't recall that.
21     Q.    Do you recall a Complaint being
22 attached as an exhibit to that petition?
23     A.    There were other pages, but I don't
24 have it with me to prove -- to provide you.
25     Q.    Starting on Page 16 of the exhibit,

420

1  it's the Joinder/Amended Civil Action
2  Complaint Notice to Defend, and it's attached
3  to the petition that was filed by Mr. Mylonas
4  on your behalf. And I had a question.
5            Specifically on Page 14 of the
6  Complaint, Page 29 of the Exhibit, one of the
7  allegations made against Mr. Russell is that
8  he's liable to you, quote, by failing to
9  advocate plaintiff's interest in the buyer's
10  aforesaid special injunction hearing in the
11  matter, Rockwell-Glynn LP versus Simona
12  Ockley, Docket Number Civil 2022-4275, on July
13  11th, 2022, but instead, to otherwise take an
14  adversarial, hostile and contradictory
15  position to plaintiff's interest, close quote.
16            That's an exhibit to a motion that
17  was filed on your behalf.
18            Do you agree with that statement that
19  Mr. Russell failed to advocate on your behalf
20  and actually took adversarial, hostile and
21  contradictory positions?
22      A.    That's correct.
23      Q.    In what way did he do that?
24      A.    First of all, he was not on my best
25  interest regarding defending me. I did not

421

1  consider him my attorney. He just pick up the
2  file from the district attorney on my case,
3  that's all. That happened.
4      Q.    Are there any other specifics that
5  you believe support the allegation that took
6  adversarial, hostile and contradictory
7  positions to your interests?
8      A.    There are, but I cannot discuss
9  this right now.
10      Q.    Why not?
11      A.    Because I think it's a different
12  case that we are talking here. He was not
13  representing me in this case.
14      Q.    Mr. Russell was present at the
15  hearing on July 11th and you were present at
16  the hearing on July 11th, correct?
17      A.    That's correct.
18      Q.    What I'm asking you is, to the best
19  of your recollection, what actions occurred in
20  the courtroom on July 11th, 2022 that you
21  believe showed that Mr. Russell was taking
22  adversarial, hostile and contradictory
23  positions to your interests?
24      A.    First of all, I just want to tell
25  you that I did not know that he will be

422

1  present over there. So he did not represent
2  me in the -- in the case.
3      Q.    I understand that.
4      A.    What my best interest, I don't
5  think he was on my best interest.
6      Q.    What did he do specifically that
7  made you feel that he was not acting in your
8  best interest, other than just being there
9  physically? Anything else?
10      A.    There are other things, but it's
11  not involving this case. We are talking about
12  a different case. What it was the issue, how
13  he act or what he did to me, it's referring to
14  a different case; it's not involving this
15  case. He did not represent me on any
16  circumstances. What he did for me on this
17  case was just creating or just copying the new
18  deed onto the new deed of the property.
19  That's all that he did.
20      Q.    I think you said a moment ago that
21  he either was or should have been defending
22  you. You used the word defending a few
23  moments ago.
24            What did you mean by that with
25  respect to Mr. Russell?

423

1      A.    No. If he was asking on my best
2  interest, he's supposed to be my attorney, but
3  he was not. There is nothing -- no agreement
4  between me and him to defend me on this case
5  or on other cases.
6            MR. SCHROM: I'm going to
7        object to this continued line of
8        questioning. She already answered
9        the question to the best of her
10        ability. In addition to that,
11        there is a transcript of that
12        hearing and the transcript speaks
13        for itself. We have two copies of
14        that. We have an actual transcript
15        and we also have the audio.
16            With that, you can answer.
17            MR. BARTOS: For the record,
18        Counsel, yes, there is a transcript
19        and yes, there is audio. If this
20        averment is based on Ms. Ockley's
21        perceptions at that hearing, then
22        it certainly is to her credibility
23        in the eyes of the jury as they
24        hear that hearing or read that
25        hearing and hear her reaction to

424

1          that hearing, whether that bears on
2          her credibility.  So I think it's
3          perfectly appropriate for
4          examination.
5  BY MR. BARTOS:
6      Q.   Ms. Ockley, you mentioned he wasn't
7  your attorney that day; we've covered that.
8  He was not defending you that day; we've
9  covered that.
10          My question still remains,
11  Ms. Ockley, are there any specific things that
12  jump out in your mind from that hearing on
13  July 11th where you felt he was acting against
14  your interest?
15     A.    I don't recall that.
16     Q.    Ms. Ockley, when you testified back
17  in March, we had some discussion about the
18  hotel and that you were unable to shower in
19  the hotel on the 8th or the 9th due to, I
20  believe it was the size of the bathroom and
21  the doorway and also the absence of a
22  handicapped accessible shower.
23          Do you recall that testimony?
24     A.    That's correct.
25     Q.    Did you require a shower seat to be

425

1  able to use a shower in August of 2022, just
2  generally?
3      A.   For -- for my protection or safety,
4  yes, I did purchase one of that chair.
5      Q.   Where was that chair?
6      A.   I did purchase prior going home
7  from Paoli Pharmacy, and Patrick put the
8  chair, sealed the chair into the bathroom.
9      Q.   Which bathroom?
10     A.    I don't know.  I was not aware
11  which bathroom he put the chair.
12     Q.    Are you saying he put it into a
13  bathroom in the Ithan Road residence?
14     A.    Yes, that's correct, yes.
15     Q.    That would have been one of the two
16  bathrooms on the second story?
17     A.    And I did not check, because I have
18  to go through the stairs and I did not check
19  that.
20     Q.    Ms. Ockley, lastly, in your Complaint
21  in this case, and we talked a lot of different
22  property and lists and what Mr. Thompson may
23  have as well, but there's specific things
24  identified that we haven't discussed yet.  We
25  talked about the grand piano last time.

426

1          But specifically until Paragraph 121,
2  you have listed personal property, quote,
3  including but not limited to household
4  furnishings, jewelry, gold coins, silverware,
5  silver trays, appliances, family heirlooms and a
6  grand piano, close quote.
7          We talked about the piano.  The
8  furnishings, would that include furniture?
9      A.   That's correct.
10     Q.    What else would it include?
11     A.    Rugs.  I think I have a list -- I
12  don't know if it was provided to you -- with
13  how many rugs.
14     Q.    I'll represent I have not seen any
15  such list.  If you recall making a list, is
16  that --
17     A.    I have already a list.
18     Q.    Hold on, let me finish my question,
19  please.
20          Would that be the same list that
21  you gave to Mr. Thompson?
22     A.    That's correct.
23     Q.    All right, so rugs.  We have
24  furniture, rugs.
25          What furniture was missing?

427

1      A.   In the living room, and you can show
2  the video and you can see on the video, there is
3  a bookcase, a very nice, maybe six-feet-tall
4  bookcase.  There is a cabinet, a corner cabinet,
5  like a curio cabinet, but actually, it's where
6  you keep dishes, and on the top, you can put
7  different -- have a lot of silver items that I
8  have it shown.  It's around seven feet tall,
9  that one.
10          There is a mahogany table how you come
11  from the kitchen that you can have it -- there
12  are two pieces inside that you can lower that
13  two pieces; it's a three-piece mahogany table,
14  two pieces are coming down.  On the other side
15  in the living room, there is a chest has, like,
16  four or five drawers with Navy handles.
17          There are three very large mirrors,
18  very large mirrors.  There is a cabinet that you
19  can see also on the pictures that is attached,
20  like a curio cabinet, but it's a cabinet that's
21  attached onto the wall, very large.  There is a
22  very large plate that also you can see in the
23  picture that it's missing.  There is a picture
24  also on the top of that.
25          There is a table, an oval table on the

428

1 -- on the bottom of that small curio -- excuse
2 me, large curio. I think it's oak -- missing.
3 I'm talking in the living room. There are three
4 other tables, one which was in front of the sofa
5 which has a top crystal and has two large
6 drawers. In one of the drawers, I keep part of
7 my jewelry.
8            There is also a Bose radio, which I
9 was using, and you can see one in your pictures
10 that you showed; that Bose, it was over there.
11 There are two stand tables, mahogany tables, in
12 each side of the sofa that are missing, and two
13 large lamps that are missing.
14           There is another table closer to the
15 picture window, and you can see in your pictures
16 there is also a very large lamp, silver lamp,
17 heavy silver lamp that is missing. You can see
18 the piano. There is a gym bicycle closer to the
19 -- heavy bicycle, steady bicycle, that is closer
20 to the fireplace.
21           There is an entertainment center where
22 that small TV was on and inside I have all my
23 CDs and DVDs, and that Sony that we discussed on
24 the previous that is missing was inside. There
25 is another entertainment center from black wood.

429

1 It's made by Bush Company, which I purchased
2 many years ago that contained a Sony
3 entertainment system. And on the bottom there
4 were a lot of crystal items that are missing.
5 That is in the living room. All of them are in
6 the living room; what I recall, but maybe there
7 are more or less on the list that I gave many
8 years ago to Attorney Thompson.
9            On the hallway into the entrance,
10 there is an Airfit (ph) gym equipment. On the
11 den, it was a sofa which has -- it's called,
12 like, a love seat, like, for the two person,
13 brand new. It was covered; like you see on the
14 living room, everything was covered, nobody sit
15 directly. And I can prove to you that the other
16 two seats from the same set that I have had are
17 looking like brand new; I can prove with
18 pictures that.
19           I have an ottoman seat that it was
20 near the piano. And also, there is a seat, a
21 mahogany seat for the piano. On the den, also
22 it was very expensive reclining battery-operated
23 and electric-operated recliner, brand new,
24 sitting over there and covered with -- and I
25 have a picture of that that I can show to you

430

1 which type it was.
2            It was my computer, my laptop. There
3 were some Navy pictures, I think printed
4 pictures of English warship. On the hallway it
5 was an oval, and you can see on the picture, on
6 the video, an oval mirror that is missing.
7 There is a small cabinet, mahogany cabinet. And
8 also, there is on the other side another table
9 with a small chest for games that is closer to
10 the bath -- one of the bathroom.
11           On one of the bedroom, the small
12 bedroom, the guest bedroom, which you see the
13 rug, that rug is missing. But there were two
14 other rugs, one on the other side of the bed and
15 one in front of the window that is missing; two
16 chests that are on that room and plus the bed.
17           It's so strange that I have had on
18 these PODS the mattresses but not the wood bed
19 which are very, very heavy beds; it's so strange
20 how you have the mattresses but you don't have
21 the wood, the sitting and the pole for the beds.
22           I have had in these bedroom and
23 also on the hallway a very large tree of life,
24 very large, maybe like five feet wide and
25 maybe four feet tree of life in the bedroom on

431

1 in the hallway that it was on the wall, and
2 plus on the bedroom it was attaching one side,
3 and on the other side, two of the hummingbird
4 made from glass, Glassonay (ph) it's the name
5 of that burn glass on the top of them.
6            There were also two stands --
7 excuse me, two night stands with two lamps
8 that are missing. I cannot all recall exactly
9 all the items. One curio cabinet is missing.
10 I have one but it's missing the other one.
11 There were three of them.
12           On the big bedroom, I have store in
13 these large chests that it was also with Navy
14 handle; it was very old chest. I have a very
15 large dish, silver dish with lead with the names
16 of Reginald and Margaret which was sitting over
17 there. And near that, all my silver items.
18 There are some Tiffany items that I have had,
19 and all of them were on the master bedroom. And
20 that it seems that it's missing, you can see
21 maybe on the pictures and also the rugs that are
22 missing, and two night stands and two lamps.
23 And another mahogany curio cabinet on the side
24 of the bed.
25           And I forget to tell that in the

432

1  living room, of course, you cannot see because
2  of all my items that I have had and are covered;
3  there are a lot of items and I agree with that,
4  it was a Persian rug, a very old Persian rug.
5  There are a lot of items, but I tried to
6  remember and I tried to write down as much as I
7  can from what I have seen and what I got all
8  these items and what I have had in the house.
9        There are two gold watches, pocket
10 watches, very old gold pocket watches that are
11 missing that belongs to my husband; one, it was
12 from -- both of them 18 carat gold, and one, it
13 was estimated, I think, many years ago around
14 $80,000.  It's written on one side of the watch
15 from George -- I have some notes into the house
16 regarding this; from 1700s are all these
17 watches.
18       I have some coins, which I have it in
19 the living room, 22 carat gold from Prince
20 George of Spain, I think it was, or something
21 like that.  So very old items.  My husband had a
22 lot of decorations, military decorations that
23 also are missing.  Some of the small treasure
24 things, I consider for myself treasures because
25 this belong to my deceased husband and the

433

1  family and his family.
2        And there are also ceramic, old
3  English ceramic, things that are missing.  What
4  it was valued in my house, it's missing right
5  now.  There are a lot of dishes I can show to
6  you, a lot of -- but not the important one.
7  There were even on the living room on the wall
8  it was like a wood board, and there were four
9  Chinese dishes showing the festival of -- I
10 think they call it spring festival.  It was --
11 it was very, very impressive.  I never get a
12 chance to reach over there to clean how high
13 they were situated.
14       Plus, my kitchen items, I don't talk
15 about all my Corningware, all my appliances,
16 there were a lot.  Now everything is very
17 expensive to purchase this new items.  Nothing,
18 my silverware, my tools in the kitchen.  I have
19 had -- it was a small pantry, that pantry
20 contained all my kitchen items and all of them
21 are good quality items, old and new items.
22       And in the basement, my husband was an
23 electrical engineer, and he had a lot of items
24 into basement in boxes, all type of electrical
25 devices that he was -- and plus, a lot of

434

1  electrical equipment for outside in boxes, for
2  cutting trees, for cutting wood; all of them
3  they were in boxes in the basement, and all of
4  these are missing.  They were on shelves; I
5  purchased shelves from BJs, and all of them are
6  -- they were stuck in the basement, and all
7  these tools and devices that were over there are
8  missing, and in the garage too.
9        Q.   Ms. Ockley, other than the pictures
10 that we've looked at during your depositions,
11 do you have any other pictures of, like, the
12 items in the basement, for example?  In the 20
13 years that you were living in the house, did
14 the occasion ever come up where there would
15 have been pictures taken in the basement?
16       A.   No, I do not have any pictures.
17       Q.   What about in the bedrooms upstairs,
18 before you started getting ready to move, are
19 there any pictures that would show the rugs and
20 the night stands and the tree of life that you
21 talked about?
22       A.   I don't recall if I have any
23 pictures.  Maybe I have it on my camera that
24 is missing or on the items that are missing;
25 maybe I took pictures when my parents were

435

1  here and we can see a better way these items
2  or things into the house.
3        Q.   When were your parents last at the
4  residence?
5        A.   In 2004.
6        Q.   2004?
7        A.   Yeah, a while ago.
8        Q.   Then the pocket watches, all of the
9  Navy items you've mentioned, the military
10 decorations, the heavy wood furniture, are
11 those all items that existed in the residence
12 in 2004?
13       A.   That's correct, yes.
14       Q.   What about the gold coins, the
15 Prince George of Spain gold coins, were those
16 in the house in 2004?
17       A.   They were in the house; everything
18 was in the house.
19       Q.   How often did you either check to make
20 sure the gold watches were okay and jewelry was
21 okay and still there, like, basically kind of
22 take inventory?
23       A.   I was only by myself.  Nobody -- I
24 have no reason to have an inventory when I was
25 by myself.  All the time the items were in the

436

1  house; nothing was missing. I have no -- no
2  recollection that I have an inventory.
3      Q.    Did you ever have homeowners
4  insurance on the contents of the house where
5  you would have had to separately list high
6  value items?
7      A.    No, because all of these items --
8  excuse me, like, pocket watches or the gold
9  coins, they were stored in bank box, in safe
10  deposit box.
11     Q.    Where was that safe deposit box?
12     A.    Bryn Mawr Trust.
13     Q.    Bryn Mawr Trust?
14     A.    Yes.
15     Q.    And are they still in Bryn Mawr
16  Trust?
17     A.    No. I did took them while ago. I
18  did take them a while ago out since I -- my
19  intention was to move overseas; they were in
20  the house.
21     Q.    When did you take them out of the
22  Bryn Mawr Trust?
23     A.    Oh, few -- maybe one year, two
24  years, three years, because they -- they
25  continued to rise the price for the safe

437

1  deposit box, I just decided, and since my
2  intention was clear to move overseas, to have
3  them in the house.
4      Q.    When you say one, two or three
5  years, are you talking about a couple of years
6  after Reginald died or a couple of years
7  before you sold the home?
8      A.    A couple of years before I sold my
9  house.
10     Q.    Once you took them out of the safe
11  deposit box at Bryn Mawr Trust, where did you
12  put the pocket watches and your jewelry and
13  your coins? Where were they in the home on
14  Ithan?
15     A.    Oh, they were in the den, inside of
16  the den, and the silver, the most silver items
17  were in the bedroom.
18     Q.    In terms of what you've listed, I
19  understand it may not be a complete list and
20  you have the list that's with Mr. Thompson,
21  which you believe is the most complete list
22  that you would have, what of the items that
23  you have discussed here today were going to be
24  traveling with you to Romania?
25     A.    All my jewelry that now it's

438

1  missing; my jewelry, the pocket watches. Of
2  course, I cannot take furniture with me. I
3  never had that intention to have the furniture
4  or big items; I cannot have them with me
5  overseas. Just electronics, which are most
6  valued for me here, are well made here than
7  overseas, even if here it's 110 and over there
8  it's 220.
9          So there were small items, small
10  appliances, only small things. The other one,
11  my intention was to sold them, and my --
12  Gregory Lingo knew that.
13     Q.    In terms of selling them, you at
14  least contacted one of the people that Mr.
15  Lingo recommended to you, they asked you what
16  types of items. Did you tell them I have
17  Oriental Persian rugs, wood furniture, wood
18  chests? Did you give them that level of
19  description?
20     A.    I was personal in Wayne. He said
21  to me to go and I went to that place, and they
22  don't store furniture to that location in
23  Wayne. They accept from me only, like, I have
24  ceramics or China or this -- they will accept
25  these items, the small items.

439

1          But later on I have heard about
2  furniture consignment. But for me, I said
3  furniture consignment is not a good thing,
4  because if it's not sell, what I'm doing with
5  them? I just need just to sell them.
6      Q.    What was your plan -- let's go back
7  to March then -- before we get March,
8  actually, you said your jewelry is missing.
9      A.    Yes.
10     Q.    Can you tell me as you sit here
11  today what specific jewelry is missing?
12     A.    Yes, I took some pictures what I
13  have seen also on TV. My mom gave to me --
14  I'm talking about what my parents gave to me.
15  I have two large -- I'm talking about it's
16  only 18 carat gold which is more expensive and
17  more durable than 14 carat gold which is sell
18  here and it's more precious overseas. Most of
19  the time you see 18 carat gold.
20         So there are two very heavy chains.
21  I have Byzantine chain, very large chain. I
22  have, from my mom, a diamond ring, only one
23  stone diamond ring that has 18 carat gold and
24  also has some platinum, but just a little bit
25  of platinum. It's not white gold; it was

440

1  platinum that my mom gave to me.
2          I have a golden, Italian golden
3  watch.  I have -- from my husband, I have my
4  diamond engagement ring, and I have a band
5  ring.  I have other rings.  One has red stone;
6  it's ruby stone.  One has a pearl stone, one
7  has sapphire stone, sapphire stone.
8          There were other smaller rings that
9  belongs to Margaret that I never used that
10 belongs to her, and I kept them separate.  So
11 there were bracelets that belongs to her; I
12 never used them, but I kept them separate.  I
13 never sold them; they were in the house, all
14 of these items.
15     Q.    And the jewelry --
16     A.    Like, this earrings, I was just
17 thinking a few days ago, these earrings that I
18 got from Italy.  And when I went overseas, I
19 purchased -- are 18 carat gold.  I have one in
20 white gold and one white silver and rose gold
21 that are, like, twisted, that are missing.  So
22 only these pair I have it with me.
23          But when I went to the hospital, I
24 have everything.  I have my engagement ring.
25 I have my watch.  All of these, I let them

441

1  when I get home, I just keep one of my chain
2  and these, but nothing else.  I took them all
3  the time when I -- that it was my -- and I
4  have this table near my sofa, and they have a
5  very large -- like, the width of the table
6  that has very long drawers, and on that
7  drawers, I store my jewelry that I use.
8          I have a Greek pendant, very large
9  key Greek pendent, very large, from overseas
10 from my aunt.  There are a lot, a lot of
11 things.  I have to remember everything, and I
12 cannot remember.  I cannot tell you that I can
13 remember in the house that belongs, my
14 property, my personal property and my husband
15 and Margaret's property from two houses.
16     Q.    Ms. Ockley, I appreciate that, and
17 I appreciate that you have given me your best
18 recollection as you sit here today.
19          Do you have in your possession
20 anywhere pictures of either you wearing the
21 jewelry or pictures of the jewelry that you
22 have just discussed?
23     A.    No, no.  I was not a person to take
24 pictures of myself too much, no, no.
25          That's belongs from my family, from my

442

1  mom, and I didn't tell to my mom even until
2  today that these are missing.  So if I'm going
3  over there, she will ask me where are they.
4      Q.    And other than in the table in
5  front of the sofa and the drawer, is there any
6  other place in the house where you would have
7  had your jewelry?
8      A.    Yes, I have it in my -- in the
9  guest bedroom, in one of the drawers.
10     Q.    Any other place in the house it would
11 have been, that jewelry would have been?
12     A.    Maybe -- maybe -- I cannot recall
13 that.  Maybe in the master bedroom on the first
14 drawer of the chest that is missing.  But most
15 of the items were on the top; I'm talking about
16 all the silver items that were on the top of the
17 chest.
18     Q.    That was the one you mentioned
19 earlier, the --
20     A.    Yes, yes, yes.
21     Q.    Let's rewind really quickly then to
22 March of 2022.  That must have just been a
23 little bit daunting for you to try to figure
24 out how to sell and package and arrange all of
25 these possessions.

443

1          Did you ask anyone for help?
2      A.    Yes, I did ask for help, yes.
3      Q.    From who?
4      A.    I have had -- I cannot tell.  It
5  was a friend.  I have somebody that provided
6  me with help; she said she will provide me
7  with help.
8      Q.    And what's her name?
9      A.    I cannot -- I cannot provide you
10 with her name.  I don't want to involve her in
11 this.
12     Q.    I respect that, but we do need to
13 know her name.  If you spoke with her about
14 what you have just discussed in terms of she
15 was going help you, I'm going to ask you for
16 her name, please.
17     A.    I can -- I cannot involve anybody
18 in my problem.  I cannot do that.
19     Q.    Are you refusing to answer my
20 question?
21     A.    Yes.
22     Q.    Other than this unnamed woman who
23 you are refusing to name, anyone else that you
24 spoke with between November of '21 and the
25 accident in April of '22 regarding helping you

444

1 figure out how to start to move and gather and
2 get the property out of the house?
3    A.   I don't think I -- no, I did not
4 talk with anybody else.
5    Q.   Eventually, Patrick and some woman
6 who was a nurse of some sort went through the
7 house for several hours in the August 10th or
8 11th time frame.
9         Had you spoken with Patrick prior
10 to your accident in April about finding
11 someone to help move things?
12    A.   Yes, I did mention to him that I
13 intend to move overseas, and he just said that
14 if I will need help, he will help me.  But it
15 was just a mention; it wasn't nothing -- I did
16 not specify to him a date when I intend to
17 travel or when I intend to sell the house.  I
18 don't think he knew that I intend to sell the
19 house at that time.
20    Q.   The friends that you spoke with who
21 are out of the state and one in Canada who you
22 were going to let them choose things that they
23 may want to take, what are their names,
24 please?
25    A.   My cousin's name in Canada?

445

1    Q.   Yes.
2    A.   It's Dana, D-A-N-A.
3    Q.   What's Dana's last name?
4    A.   D-R -- just a second.
5 D-R-A-G-A-S-A-N-U.
6    Q.   Dragasanu?
7    A.   That's correct, yes.
8    Q.   When was the last time you spoke
9 with Dana about any of your property?
10    A.   I did not talk with her recent -- I
11 talk with her recently, but we don't talk
12 about my property.
13    Q.   Did you have specific items that
14 you were discussing with Dana that she may
15 want to retain when you moved back to Romania?
16    A.   They supposed to come and visit me,
17 and because the husband did passed away, we
18 never set up any other -- and I don't think
19 right now she will not need anything from me
20 because she will move from the east coast to
21 the west coast of Canada.  So even her house
22 now she intend to sell and she has to move
23 closer to her family, to her daughters on west
24 coast.
25    Q.   Cousin Dana.  Who else out of state

446

1 were you going to invite to come in, look at
2 certain items and decide if they wanted to
3 keep things?
4    A.   It's hard for me to give you other
5 names since I did not call and ask them if they
6 want something from -- from my -- from what I
7 own to Villanova property.
8    Q.   That is a fair point.  It sounds
9 like you had discussions with your cousin
10 about having her come visit and possibly take
11 some things from the house.  Is it fair to say
12 that she was the only one you had a specific
13 discussion with about your property, and it
14 sounds like you had other people in mind that
15 you may want to contact but had not yet
16 contacted them; is that fair?
17    A.   Yeah, yes, I think so.  But I did not
18 discuss with anybody my situation.  I just -- I
19 was very aware that did I not be sure that my
20 intention are to have the property sold, then it
21 was only on me.  And if I will have to take any
22 kind of action regarding the property, it was
23 donated, selling or give it to some friends.
24    Q.   Other than the items that you
25 mentioned earlier that you would take back to

447

1 Romania?
2    A.   That's correct, yes, only the small
3 items.
4    Q.   You mentioned there were some
5 pictures.  You gave some to Counsel, but not
6 all of them.  Mr. Gonzales asked that all of
7 the pictures and the metadata be produced.
8         How many pictures of either the
9 inside or the outside of the Ithan Road
10 residence from the 2021 to 2022 time period
11 exist in your possession that you have not
12 turned over to either Mr. Botel or Mr. Schrom?
13    A.   I have pictures only from when I
14 take the pictures recently, so that it was in
15 2021; only these pictures I have, and how
16 many, I cannot recall if there are 20 or less
17 than 20, or I have no exactly the amount.  But
18 I can provide with all these pictures if you
19 want.
20    Q.   And are there pictures that existed
21 digitally that you did not have printed out at
22 CVS?
23    A.   Digitally, no, I do not have.  I
24 just have the paper print.  I don't have it in
25 other forms.

448

1    Q.   What happened to the original
2  digital files?
3    A.   It was not a digital files were on
4  my old cell phone and that cell phone was
5  destroyed; the battery buckled inside and it
6  was dead in 2021.  Just it was destroyed; you
7  cannot do anything with it.
8    Q.   The camera you took the pictures of
9  the tree people --
10    A.   Yes, it was my cell phone.
11    Q.   Where are those digital pictures?
12    A.   It was on this cell phone that I
13  took pictures, and right now it's destroyed.
14    Q.   You just said a moment ago that it
15  was destroyed in 2021?
16    A.   Yes, in 20 -- I said 2021.  No,
17  2022, because the pictures that I took was in
18  2022.  I do apologize, that it was my
19  mistakes.
20    Q.   That's why I asked.
21    A.   That's very good that you asked.
22    Q.   Ms. Ockley, I'm going to reserve
23  the right to recall you and to depose you
24  regarding the person that you're refusing to
25  name, as well as anything reasonably arising

449

1  from questioning related to that.  Subject to
2  that caveat, I have no other questions for you
3  right now.  I may have some follow-up if
4  Mr. Schrom or Mr. Gonzales have anything.  If
5  they don't, then I'm done, and I thank you for
6  your time.
7         THE WITNESS:  I do apologize
8         that -- I don't want to cause any
9         problem to anybody, that's my
10         point, and I don't get involved
11         anybody on my -- on my problems, as
12         you can -- I think you saw over my
13         depositions.
14         MR. BARTOS:  I understand what
15         you're saying.  I will respectfully
16         disagree with you, but that will be
17         a matter that we take up with your
18         Counsel.
19         MR. SCHROM:  Very good.  I
20         don't have any questions.
21         MR. GONZALES:  I have no other
22         questions.
23         THE STENOGRAPHER:  John, do you
24         want a copy of the transcript?
25         MR. GONZALES:  Yes, please.

450

1         THE STENOGRAPHER:  And Gerard?
2         MR. SCHROM:  Yes.
3         THE STENOGRAPHER:  And Todd?
4         MR. BARTOS:  Yes, please.
5         THE STENOGRAPHER:  Any rush for
6  anybody?
7         MR. GONZALES:  No, I don't
8  think so.
9         THE STENOGRAPHER:  All right.
10  Just get me the exhibits when you
11  can, please.
12         MR. GONZALES:  Will do.
13         MR. BARTOS:  Thank you, Hope.
14         *   *   *
15  (Witness excused.)
16         *   *   *
17  (Deposition concluded at
18  12:21 p.m.)
19         *   *   *
20
21
22
23
24
25

451

1         *   *   *
2       C E R T I F I C A T I O N
3         *   *   *
4
5    I, Hope M. Agosto, Professional Court
6  Reporter and Notary Public, do hereby certify
7  the foregoing to be a true and accurate
8  transcript of my original stenographic notes
9  taken at the time and place hereinbefore set
10  forth.
11
12
13
14
15
16  Hope Agosto
    Court Reporter
17  Notary Public
18
19
20
21    (The foregoing certification of this
22  transcript does not apply to any reproduction of
23  the same by any means, unless under direct
24  control and/or supervision of the certifying
25  reporter.)

**452**

LAWYER'S NOTES

PAGE    LINE

## $

**$100** 305:18 329:4,6

**$120** 329:7,9,11

**$17,000** 326:23

**$200** 305:20

**$474,000** 328:1

**$484,000** 327:22

**$484,722.92** 329:1

**$500** 305:22

**$80,000** 432:14

## 0

**095** 402:25

## 1

**1** 316:15 348:7,8 392:22 393:11

**1-1** 348:6

**10** 319:8 323:19 348:6,8,17 386:9

**100** 384:10 415:13

**102** 384:25 386:1 389:18 391:2

**103** 389:14 391:1

**104** 376:14 390:20,22 392:10

**106** 286:14

**10:00** 371:17

**10:10** 354:23

**10:15** 368:15

**10th** 339:13 354:23 399:5,14,21,24 400:2,6,8,20 410:17 444:7

**11** 322:17 323:3 348:6,8,17 386:9 407:22

**110** 438:7

**11:00** 350:15

**11:10** 348:21

**11:15** 375:23

**11B** 414:15

**11th** 283:11,13,18 323:22,23 339:13 400:10,11,13,19,21 408:1 410:17

420:13 421:15,16,20 424:13 444:8

**12** 322:24 386:9 407:25

**121** 426:1

**124** 353:15

**125** 317:15

**126** 417:11,12

**129** 417:12

**12:21** 450:18

**12th** 287:6 332:22 339:13 400:19,22 408:5 410:17

**13** 408:7

**138/86** 375:20

**13th** 324:15

**14** 346:22 410:19 415:24 420:5 439:17

**141/82** 375:20

**144/101** 375:19

**14:30** 356:25

**15** 338:13 366:21,25 376:12 390:11 411:9

**15th** 339:18 408:1

**16** 417:11 419:25

**17** 406:16

**1700s** 432:16

**18** 319:1 418:22 432:12 439:16,19,23 440:19

**18th** 316:21 317:10 319:9

**19** 414:6

**19085** 316:20 322:20

**19460** 317:16

**1980** 331:9

**1994** 302:1

**1999** 288:6

**19th** 298:12 317:13,23

**1st** 297:24

## 2

**2** 393:22 407:1,2

**20** 306:13 308:10 414:10 434:12 447:16,17 448:16

**200** 305:25

**2000** 292:9,11,24 296:25 297:18 302:25 382:18

**2001** 298:20

**2002** 292:20,25 294:21 295:8,13,23 296:24 297:24 298:7,11,12 299:21 300:11 301:6,14,19 302:10

**2004** 289:4,15,17 435:5,6,12,16

**2005** 301:7,14,19 302:10,25 326:12

**2008** 289:5

**2016** 287:2

**2017** 287:2

**2019** 326:16

**2020** 326:22

**2021** 326:17 327:8 331:23 405:8 447:10,15 448:6,15,16

**2022** 285:22 288:3 304:19 313:7 314:14 316:9,15 317:11,13,24 318:15 319:2,9 324:16 325:20 331:23 332:22 359:8 406:24 407:12 417:16 420:13 421:20 425:1 442:22 447:10 448:17, 18

**2022-4275** 420:12

**2025** 418:15

**21** 414:15 443:24

**215** 358:12

**215 257-6811** 355:8

**215 910-0892** 350:4,9

**22** 320:7 329:2,13 341:21 405:7 432:19 443:25

**220** 438:8

**23** 416:8

**23rd** 300:10

**24** 416:16

**28** 329:25 330:1

**29** 420:6

**2:20** 357:9

**2:26** 375:4

**2:30** 357:1

**2nd** 316:15 325:7

---
**3**
---

**3** 394:4 407:10 409:3 416:16,17

**31st** 294:21 295:22

**3rd** 287:9

---
**4**
---

**4** 369:2,3,6 372:5 395:2 407:10 409:4, 21 410:2

**4,000** 328:1

**40** 317:16

**41** 295:22,25

**416** 292:18 316:19 322:19 416:24

**474** 328:11

**484** 328:12

---
**5**
---

**5** 396:6 404:4 407:10

**500** 305:25

**57** 419:7

**57-page** 419:6

**5th** 356:20,24 357:9,10

---
**6**
---

**6** 372:5 392:23 396:10 407:10 417:25

**610** 353:15

**6th** 315:12 406:24 407:12 411:19,23 417:15

---
**7**
---

**7** 318:13 407:10

**72** 371:22

**7:30** 367:1

---
**8**
---

**8** 318:13,15 407:10 414:13 417:25

**8/10** 353:8

**8/10/2022** 353:4 354:16

**8/10/22** 354:4

**8/12/2022** 371:13

**8/13/2022** 371:18 374:15

**8/15/2022** 374:17

**8/16** 374:20

**8/18** 374:25 375:1

**8/18/2022** 374:22

**8/19/2022** 375:4

**8/21** 375:12

**8/21/2022** 375:10

**8/22** 375:17

**8/22/2022** 375:12

**8/23/2022** 375:18

**8/24/2022** 375:22,23

**8/5/2022** 355:25

**8/9** 355:17,19

**8/9/2022** 347:24

**83** 347:6,10,11,14,19 358:1

**84** 355:21

**85** 331:9 359:1

**86** 296:2 360:22 362:3

**87** 366:5

**88** 347:10,11 370:17 374:12

**8:00** 367:1

**8:50** 348:1,16,19 349:22

**8:57** 353:5,12 354:13,17

**8th** 298:3 299:21 317:24 318:18 338:10 339:8,9,10,24 340:15,18,19, 24 359:7 396:24 397:3,9,22,25 398:9 417:16 424:19

---
**9**
---

**9** 407:10,11

**911** 371:24 394:19

**93** 376:13,21

**94** 378:14 402:20

**95** 381:5 382:4

**96** 382:20

**97** 383:8

**98** 383:22

**99** 289:20 384:6

**9:10** 350:15

**9:25** 354:4,13,17

**9:35** 357:8

**9:55** 359:6,16

**9th** 314:7,14 358:4 377:24,25 384:19 385:10 398:11,16,19 399:2,8,11 405:17 407:23 408:23 424:19

---
**A**
---

**a.m.** 350:15 353:5,13 354:4,17,23

**abandoned** 318:16 319:10,15

**ability** 285:13 323:8 423:10

**absence** 424:21

**absolute** 321:2

**absolutely** 311:25 326:1,2

**absorb** 404:24 405:1

**Academy** 327:5

**accept** 438:23,24

**access** 314:25 316:4,22 323:8 339:1, 11 349:11,13 353:19 354:11,15 357:19 360:13 385:17,21 390:4 410:15,24 414:3 416:25

**accessible** 424:22

**accessing** 318:4

**accident** 313:7,9 443:25 444:10

**Accord** 319:4

**accordance** 319:15

**account** 327:24 344:12,15

**accuracy** 344:21

**accurate** 334:2

**accurately** 285:14 393:25 394:7 395:5,11 396:13

**acknowledge** 352:1

**act** 418:2 422:13

acting 422:7 424:13

action 312:12 334:14 411:17 420:1 446:22

actions 334:8 421:19

active 317:9

actual 389:1 405:19,22 406:6 423:14

add 418:16

addition 423:10

additional 283:14 379:18 402:4 418:16

address 290:23 412:4

advance 407:16

adversarial 420:14,20 421:6,22

advise 295:3

advocate 420:9,19

affect 285:13

affected 360:14

aforesaid 420:10

age 296:4

aggravated 367:21

aggressive 362:22 363:9 369:12,21, 24

agree 334:17 335:15 336:20 344:17 360:5,15 414:3 420:18 432:3

agreement 287:22 423:3

ahead 342:17

ailments 293:12

air 333:22 334:10 338:24 339:3,4 405:5

Airfit 429:10

allegation 332:24 421:5

allegations 332:19 420:7

Allison 374:20

allowed 337:11,17 370:22 386:16

amazed 321:3

ambulance 362:10,12 363:6 371:14 372:8,9,12 394:14,19

amount 305:17 313:19 327:25 328:1 447:17

answering 284:13

anymore 368:8 377:7

apartment 289:24 290:5,10 291:1,4 292:15 329:20,22,23,24

apologies 323:21

apologize 328:12,14 350:19 356:4 392:5,8 397:15 448:18 449:7

appears 387:17 417:13,15

appliances 426:5 433:15 438:10

applicable 319:14

applied 297:22,23

apply 284:1 328:25 346:9

approached 301:21

approved 335:4

approximately 296:2 327:22 329:4 419:9

April 298:7,12 362:14 393:8 405:7 415:20 443:25 444:10

Aqua 338:9 339:7,22 340:12 341:2, 14,21,23 342:21 343:13,19 344:7,15, 18 345:1 372:15

arbitration 287:5,7

area 316:18,23 317:7,8,9 318:23,25 319:21 320:8

arising 448:25

arm 362:23

armed 330:23 331:15,25

arms 331:21 370:13 372:16

arrange 442:24

arranged 290:10

arrest 372:19 374:3

arrested 324:14

arrive 398:15

arrow 378:21 379:5 382:5,7,24 383:3,14,18 403:1,2,4,12 404:1 414:2

arrows 377:2 378:9,11,20 380:2 384:1

assist 298:13

assistance 352:3 394:23

assistant 348:14,21 352:14,18 354:7 366:9,25 367:2,3 368:2

assume 344:12

assuming 324:21 334:2 343:16

assumption 364:22

assumptions 344:22

attached 419:22 420:2 427:19,21

attaching 431:2

attempt 335:25 399:19 408:22

attempting 389:24

attempts 332:1

attention 319:23 361:12,13 379:17

attic 302:8

attorney 297:2 298:10 318:9 334:24 350:17,23,24 351:1,2,5 356:1,6 357:8 358:13 370:20 388:21 389:7 391:6,15 418:5 421:1,2 423:2 424:7 429:8

attorney's 391:22

audio 285:21 412:19 423:15,19

August 288:2 324:14 332:21 338:4, 10 339:7,9,13,24 340:15,17,19,24 341:21 354:23 356:20,24 357:9,10 358:3 359:7 386:3,8,9 387:25 388:12 396:24 397:3,9,22,25 398:8,11,16,19 399:2,5,8,11,14,21,24 400:2,6,7,10, 11,13,19,22 407:23 408:5,23 410:17 415:20 425:1 444:7

aunt 441:10

authorities 334:21 336:24

authority 335:22

authorized 344:19

Avenue 292:13 316:19 322:19

averment 423:20

aware 297:5 301:1 373:22 425:10 446:19

## B

B-1 288:6,8

B-1/B-2 296:24

B-2 288:6,8

bachelor's 288:11

back 288:1 315:2,3,9,15 321:11 331:22 332:3 338:3 342:23 343:3 349:13 357:22,25 358:6,7,10 377:5 395:15 396:7 397:14 398:12 399:4 403:2 405:15 417:10 424:16 439:6

445:15 446:25

**background** 292:1

**bag** 321:1 322:6 404:20 405:6

**bags** 308:18 311:11 321:10,12 396:3

**bail** 401:7,10,13,18 411:25 412:6

**band** 440:4

**bank** 436:9

**bar** 348:7

**Baratta** 418:17

**Bartos** 283:8 299:19,25 300:8 313:23 314:6 326:1,10 328:4,13 336:6,11,16 337:25 345:5,16 346:9, 14,22 402:3,12,24 406:13,23 409:20 412:24 418:21 419:5 423:17 424:5 449:14 450:4,13

**Bartos'** 361:12

**based** 289:8 344:22 423:20

**basement** 302:7 338:22 365:8,11 383:21 415:13 433:22,24 434:3,6,12, 15

**basically** 435:21

**basis** 305:6,7,8

**Bates** 347:6 417:11

**bath** 430:10

**bathroom** 424:20 425:8,9,11,13 430:10

**bathrooms** 294:2,8,11,13 425:16

**bathtub** 294:15

**bathtubs** 294:14

**battery** 320:17,18,22 321:20 322:4 448:5

**battery-operated** 429:22

**bear** 345:5

**bears** 424:1

**bed** 310:15 430:14,16,18 431:24

**bedroom** 293:24 394:6,9 430:11,12, 22,25 431:2,12,19 437:17 442:9,13

**bedrooms** 434:17

**beds** 430:19,21

**beginning** 286:7 287:22 295:7 417:12

**behalf** 418:14 419:12 420:4,17,19

**believed** 380:3

**belong** 380:19 432:25

**belongings** 315:6,13,14 316:6 324:20 325:8 335:6 379:1,9 416:1

**belongs** 432:11 440:9,10,11 441:13, 25

**bench** 371:19

**beneficiary** 299:2

**bicycle** 428:18,19

**big** 305:12 308:23,25 431:12 438:4

**bills** 287:19

**bit** 312:21,24 316:13 344:16 346:13 355:1 370:23 439:24 442:23

**BJS** 434:5

**black** 428:25

**blankets** 320:20 322:5

**bling** 339:24

**block** 338:18 385:15 386:17 390:3,6

**blocked** 365:7,11 372:4,5

**blocking** 390:15 392:15

**blood** 362:8 375:18,20

**board** 433:8

**boards** 404:10

**bolster** 336:1

**book** 310:21

**bookcase** 427:3,4

**borrowed** 368:13

**Bose** 428:8,10

**Boston** 302:14

**Botel** 447:12

**bottom** 347:8 365:14 407:6,11 409:12 413:14 428:1 429:3

**bought** 286:21 321:16

**box** 436:9,10,11 437:1,11

**boxes** 311:11 379:7 383:19 433:24 434:1,3

**bracelets** 440:11

**bracketed** 416:16

**brackets** 365:6

**brand** 429:13,17,23

**brass** 377:6

**break** 284:18,20 325:25 398:18 402:5 414:23

**briefly** 287:3 396:18

**bring** 319:23 332:1 361:12 382:15,17 418:17

**bringing** 311:17

**broke** 365:7 370:7,13

**broken** 365:7 415:9

**bronze** 377:6 378:23

**Broomall** 335:2 339:10,17 356:21 359:13 361:9 364:3 396:24

**brother** 303:7

**brought** 295:9,11,12,14 296:13 361:8 362:13 366:24 398:12

**Brown** 374:19

**bruise** 362:24

**bruises** 369:8 370:13 372:16

**Brydzinski** 332:20,25 333:3,14,19 334:6 336:18 338:1,15 339:15 343:14,21 410:2,3,4,9

**Bryn** 341:24 342:7 362:13 364:4 366:2 436:12,13,15,22 437:11

**Bucharest** 329:21

**buckled** 415:11 448:5

**building** 291:1 329:22

**burn** 431:5

**Bush** 429:1

**business** 303:14 311:1

**buy** 313:10,11

**buyer's** 420:9

**Byzantine** 439:21

**C**

**cabinet** 427:4,5,18,20 430:7 431:9, 23

**call** 343:5,17,19 344:11 348:14 349:18,20,25 351:13,25 353:14,25 355:19 356:14 357:4,8,9 358:9,23

359:10,24 360:7 373:3,17 433:10
446:5

**called** 298:20 306:5 310:19 318:10
323:15,25 333:5,7,9,15,20 338:7
339:12 347:20,23 348:17 353:4,12
354:3 355:17,24,25 356:2,20 357:2,
20 358:6,7,10 359:4,5,11 371:24
373:8 394:19,23 429:11

**calling** 340:7 344:23

**calls** 337:3 349:20 354:18 358:2,3

**camera** 406:8 434:23 448:8

**Canada** 330:15 444:21,25 445:21

**cancelled** 330:21

**car** 319:19,24 320:1,2,6,11,16,18,20,
23 321:5,7,15,19 322:9 339:1 342:15,
24 343:3 381:15 385:14 386:5

**carat** 432:12,19 439:16,17,19,23
440:19

**card** 297:6 305:9

**cardboard** 404:11,12

**cards** 311:1

**care** 293:3 334:15 360:12

**caretaking** 301:20

**caring** 296:20

**case** 283:16 285:19 287:4,11 320:24
332:19,24 336:1 374:24,25 375:5
386:15 416:19 418:18 421:2,12,13
422:2,11,12,14,15,17 423:4 425:21

**cases** 423:5

**cash** 305:9,11

**caveat** 449:2

**CDS** 428:23

**cell** 350:1,2 359:6 375:14,15,17
386:11 448:4,10,12

**center** 428:21,25

**ceramic** 433:2,3

**ceramics** 438:24

**chain** 439:21 441:1

**chains** 439:20

**chair** 397:16 425:4,5,8,11

**challenges** 326:17

**chance** 286:2 433:12

**change** 334:4 344:13 399:19 400:14,
17 401:2

**changed** 283:23

**charge** 320:21

**charger** 320:17

**chargers** 320:18 321:20 322:4

**charges** 414:8

**charging** 322:5

**charity** 304:10

**check** 305:10 327:10,11,18,21
328:17,19 336:25 425:17,18 435:19

**checked** 321:8

**chest** 427:15 430:9 431:14 442:14,17

**chests** 430:16 431:13 438:18

**children** 291:20 292:2 302:22,23

**China** 438:24

**Chinese** 433:9

**choose** 444:22

**chores** 293:5

**circled** 412:11

**circuit** 365:7

**circulate** 406:14

**circumstance** 336:5

**circumstances** 422:16

**citizen** 297:1 334:17,19 335:15
336:20,21,23

**citizenry** 331:25

**citizens** 331:5

**citizenship** 297:13

**City** 289:25

**civil** 291:17 416:19 420:1,12

**claim** 334:5

**clarification** 387:8

**clean** 433:12

**cleaning** 321:17,18 322:7

**clear** 326:4 333:5 351:14 378:13
380:11 396:21 437:2

**client** 312:12

**close** 359:20 420:15 426:6

**close-up** 384:7

**closer** 327:11 339:20 340:22 428:14,
18,19 430:9 445:23

**closet** 338:22 393:24 394:1

**clothes** 399:19,20 400:14,17 401:3

**clothing** 321:1 322:6 376:2 399:18,
19

**clue** 367:22

**coast** 445:20,21,24

**Cobra** 320:19 321:22 322:5

**Cocco** 369:11 370:2 371:18,25

**code** 318:5,8

**codes** 314:23 316:4 318:11 418:7

**codicil** 298:21

**coins** 426:4 432:18 435:14,15 436:9
437:13

**collect** 335:11

**college** 288:20,21,25 331:1

**colon** 368:23

**colons** 363:13

**color** 383:12

**column** 377:3 413:23

**combination** 405:21

**comma** 408:20

**comment** 391:14

**Common** 312:14

**communism** 332:2

**communist** 331:11

**Community** 288:20,21,25

**companies** 290:20 311:2 338:8

**company** 291:16,17,18 303:14
309:19,22 310:18 313:10 321:16
351:11 385:14 390:9 429:1

**competency** 401:16 412:15

**complain** 401:12

**complaining** 372:2

**Complaint** 419:21 420:2,6 425:20

**complete** 342:6 375:1,2,11 437:19,
21

comply 319:13

computer 430:2

concentrate 391:21

concern 334:18 335:17 336:21 337:13

concerned 332:7,9 333:21,24 335:4,5 337:8 354:14 357:18 375:19 410:22

concerns 332:12

concluded 450:17

condemnation 322:21 323:7

condemned 333:23

condition 293:10 323:6 333:25 334:15,25 337:9,16 375:6 393:18 412:1,7

conditioning 333:23 334:11 338:24 339:3,5

conditions 412:3,8

confidential 356:8,16,18

confinement 375:15,17

consequences 373:10

consignment 439:2,3

consolidate 345:11

construction 317:10 390:8

consultant 303:12

consulting 303:15

contact 334:21 335:21 336:24 340:5 351:25 374:18 382:1 408:22 446:15

contacted 438:14 446:16

contacting 332:21 334:6

contained 377:15 379:6 429:2 433:20

container 321:13

containers 316:17

content 307:2 308:17 314:17,21

contents 302:4 304:5,18 306:15 307:22,23 308:1,9,13,21 309:3,7,9, 16,19 311:5,7,10,21 313:5,11 317:20 319:11,18,19 320:11 436:4

contest 284:19

contingency 287:17,18

continuation 283:10

continue 286:19 336:15 345:18 364:20 368:3 415:5

continued 423:7 436:25

continuing 318:12 345:19

contradictory 420:14,21 421:6,22

convened 329:19

conversation 284:4 286:3 300:24 360:10

conversations 341:20

copies 423:13

copy 300:10 312:16 322:25 325:11 378:4 407:22 449:24

copying 422:17

cords 320:21 322:5

corner 291:2 316:17 427:4

Corningware 433:15

correct 286:15 287:15 288:7,8,12,14 289:22,23 290:2 291:12,13 292:4,6,7, 12,16 294:10 295:24,25 297:25 298:2,4 301:7,9,11,12,22 303:10,19, 20 306:7,24 308:12,22 312:14,15 313:14 315:1 317:22 318:21 319:5 320:9 322:16 323:12,13,16 324:1,2, 21 326:21 327:5,6,24 328:20 338:5 342:11 347:9,13,17,25 348:3,20 349:6,7 350:6,16,19,20 351:15 353:5, 6,10,11 354:1,2,4,5,24 355:23 356:1, 4,5,12,15 358:20,21 359:3,8,9,20,21 360:24 361:3,7 362:16 363:1,11,18, 21 366:19 367:16 368:21 369:10,13, 16,24,25 370:3,16,21 371:1,4 372:10 377:3 378:15,23,24 380:9,14 383:1, 15,16,25 384:4,5,9,11,15 386:21 389:23 390:17 392:11 393:12,17,21 394:3,11 395:8,14 396:1,9,16,25 397:1,19,20,22,23 398:9,10,12,13 399:5,6 400:12,16,23,25 401:4,5 403:6 406:11,12 407:4,7,13,18,19,24 408:3,11 411:18 413:10,13,16,21,23, 25 414:5,9,12,14,18,21,24 416:2,7, 10,15,21 417:24 418:11,19 419:13,16 420:22 421:16,17 424:24 425:14 426:9,22 435:13 445:7 447:2

correctly 340:9 356:11 362:25 363:17 365:1 367:15 369:9 370:15 414:4 416:6

couch 395:17,18

counsel 285:23 297:8 299:15

307:11,18 310:2 312:6,8,11 336:7 379:18 406:13 423:18 447:5 449:18

country 288:6

County 304:22 312:13 356:2

couple 293:1 335:20 345:21 372:24 396:20 402:13,15 412:1 437:5,6,8

courses 289:1

court 286:4 312:13 314:8 315:2,4,5, 10,15,19 323:15 324:8,11 325:6,10 337:10 349:12,13 363:14 407:15 410:23 411:2 417:3,15,18 418:2,11

Court's 406:15

courthouse 315:24 408:24

courtroom 421:20

cousin 330:14 445:25 446:9

cousin's 444:25

covered 312:25 404:9 424:7,9 429:13,14,24 432:2

covering 404:12

COVID 303:17 326:25

cream 375:24,25

create 325:5,10

created 322:12 324:11

creating 422:17

credibility 423:22 424:2

credit 305:9

credits 288:23

crime 356:9

crisis 395:19 400:23

Crozer 366:15,18 367:22 371:15,23

crystal 428:5 429:4

curio 427:5,20 428:1,2 431:9,23

curious 358:8

current 327:21

cut 284:7 350:5 385:20

cutting 434:2

CVS 405:25 406:2 447:22

## D

**D-5** 395:9

**D-A-N-A** 445:2

**D-R** 445:4

**D-R-A-G-A-S-A-N-U** 445:5

**Dana** 445:2,9,14,25

**Dana's** 445:3

**danger** 334:1,19 335:18,19 336:22

**dangers** 416:24

**Daniel** 371:14

**darker** 368:10

**dash** 368:24

**date** 309:17 314:10,12,17 316:20 318:18 319:1 330:18,20 334:24 340:20,22 341:3,9 342:20 347:20 348:9 359:7 360:9 375:16 384:20 385:22 386:7 389:6,8 391:8 395:6 409:1 444:16

**dated** 417:24

**dates** 329:11

**daughters** 445:23

**daunting** 442:23

**day** 287:6 310:6 315:19,21,23 329:6 334:12 338:10 339:16,20 340:1 346:6,8 378:19 386:18 387:11 388:1, 9,13 389:17 391:1,4 393:7,19 394:1,9 395:12 396:14,19 424:7,8

**days** 292:21 293:1 329:9 331:13 335:20 339:17 388:11 394:24 440:17

**dead** 309:17 448:6

**deadline** 318:20 417:20,25

**dealing** 351:13 358:14

**death** 334:1

**deceased** 432:25

**decide** 446:2

**decided** 437:1

**decorations** 432:22 435:10

**deed** 300:11 422:18

**deemed** 318:15 319:10

**defend** 420:2 423:4

**defendant** 316:21 317:2,6,11,24 318:14,24 319:9 322:18 323:1 404:4 410:1,22 416:24

**defendant's** 316:16 318:22

**defendants** 393:11,22 396:6,10 418:16

**defending** 420:25 422:21,22 424:8

**defense** 392:22

**defer** 344:6,20 418:22

**degree** 288:10,17

**degrees** 288:16

**Delaware** 288:20,21 302:13 304:22 312:13 315:5 325:6 356:2

**delay** 411:7

**Delco** 288:24

**demolished** 322:23 381:2

**den** 396:12,14 429:11,21 437:15,16

**Department** 319:16

**depict** 383:18 393:25 395:5 396:13

**depicted** 395:24

**depicting** 383:17

**depose** 448:23

**deposed** 333:19

**deposit** 327:23 436:10,11 437:1,11

**deposition** 283:10,17 285:17 287:25 312:20 330:4 333:20 345:20 346:7 386:19 450:17

**depositions** 283:15 285:19 434:10 449:13

**Depot** 405:4

**description** 438:19

**design** 289:1

**designated** 316:18,22 317:8 318:23, 25 319:20 320:7

**destroy** 307:17

**destroyed** 448:5,6,13,15

**detail** 353:21

**detailed** 310:4

**device** 320:20 321:23 322:5

**devices** 433:25 434:7

**diamond** 439:22,23 440:4

**died** 437:6

**dig** 331:18

**digital** 406:1 448:2,3,11

**digitally** 447:21,23

**diner** 397:6

**dinner** 397:6,8,9

**direct** 336:2 391:20

**directing** 336:12,13

**directly** 343:6 429:15

**disagree** 449:16

**disagreed** 416:11 419:18

**discarded** 319:12

**Disclosures** 417:11

**discovery** 346:12 389:3

**discuss** 313:17,22 421:8 446:18

**discussed** 310:10 324:23 325:19,21 332:12,18 360:19 384:4 425:24 428:23 437:23 441:22 443:14

**discussing** 312:21 445:14

**discussion** 313:18 323:4 367:12,25 412:22 424:17 446:13

**discussions** 332:13 446:9

**dish** 431:15

**dishes** 427:6 433:5,9

**dispatch** 372:1

**dispatcher** 371:24

**displayed** 300:3 314:5 328:6 346:23 393:4 402:17 406:18

**disposed** 318:16

**disposition** 319:14

**district** 357:8 421:2

**Docket** 420:12

**doctor** 368:17 374:21

**document** 300:3 314:5 328:6 346:23 393:4 402:17 406:18

**documents** 283:15 376:10 401:8

**dollar** 401:13,17,21,22

donated 446:23

door 307:1 339:2 365:8,11 372:4 377:8 398:24 410:18

doorway 424:21

downloaded 406:15

downstairs 293:23

Dozor 407:23

Dragasanu 445:6

drawer 442:5,14

drawers 427:16 428:6 441:6,7 442:9

Drexel 288:22 289:12,17

drive 306:10 320:25 406:5

driveway 386:17 392:16

driving 293:3 320:25 373:7

dropped 327:19

drove 397:14

dry 405:10

due 424:19

duly 283:3

durable 439:17

duties 298:14

DVDS 428:23

dwelling 322:19,20

---

**E**

eagle 377:6 378:23

earlier 318:19 395:16 407:17 417:17 442:19 446:25

early 295:13 313:7 316:9 324:16 325:20 328:24 354:19 397:4

earrings 440:16,17

east 445:20

Eastern 332:10

education 288:15

eighties 296:5

elected 328:23

electric-operated 429:23

electrical 433:23,24 434:1

electricity 338:2,8,22,25 339:2,16 340:12

electronics 438:5

element 296:7,19

email 405:20

emergency 320:22 322:6 362:7,8 363:14 364:17 366:3,20 408:20

employee 314:23 340:2 360:1

employees 337:23

employment 289:7

emptied 308:9

empty 309:18 321:5

encounter 289:10

end 292:11 301:21 412:19

endurance 284:19

engagement 440:4,24

engineer 291:16 433:23

engineering 289:2,18 291:17

English 430:4 433:3

enter 322:18 409:12,23 411:7

entering 390:6

entertainment 428:21,25 429:3

entire 283:19

entireties 300:15

entrance 379:3 385:16 429:9

entry 350:13 356:24 410:1

envelope 356:18

environment 338:19

equipment 331:17,20 429:10 434:1

errands 293:3,6

estate 290:20 298:6,11,14 300:12 326:18 418:18

estimate 285:7 400:4

estimated 432:13

Europe 332:10 348:7 382:14,16,17, 19

European 382:8

evaluation 366:17,18 368:6 401:16 413:4,5

evening 397:4,5,22 399:25 400:3

events 285:1

eventually 299:22 314:25 326:16 327:18,23 444:5

exact 291:6

exam 412:15

examination 283:6 346:2 402:10 424:4

examined 283:3

exclude 390:16

excuse 299:9 315:11 323:20 325:5, 23 328:1 352:17 364:3 375:12 377:14 379:10,14 387:5 397:4 401:15 428:1 431:7 436:8

excused 450:15

excuses 409:12,22,25

executed 298:20

executor 300:12

exhibit 300:5 314:2 328:8 346:20,25 376:12,16 393:1 406:20 407:10,22,25 408:7 410:19 414:6,10,15 416:8 417:6 419:2,6,22,25 420:6,16

Exhibit-14(a) 347:4

Exhibit-16 392:19,20

exhibits 407:20 450:10

exist 447:11

existed 435:11 447:20

expect 306:7

expected 312:1

expensive 429:22 433:17 439:16

experiences 344:23

extension 353:15

exterior 402:25 405:16

extra 316:2

eyes 423:23

EZ 304:24 306:4,5

---

**F**

facilities 294:9

facility 304:1,20 305:2 306:12,21

307:24 308:9,15 309:12,13,20 310:14
311:7,18 315:8 316:7 317:15,17,19
318:2 343:7 356:22 359:13

**fact** 289:8 295:1 332:16 334:9 357:19
386:23

**facts** 416:12

**failed** 415:7 420:19

**failing** 420:8

**fair** 285:5,10 301:18 305:24,25
306:10 325:2 341:1 344:6 415:21
416:11,14 418:3 446:8,11,16

**family** 302:24 303:2,3 426:5 433:1
441:25 445:23

**fax** 341:22,24 342:6,8,19,22,23,25
343:4

**faxes** 339:12

**feel** 422:7

**feet** 427:8 430:24,25

**fellow** 334:19

**felt** 424:13

**festival** 433:9,10

**field** 289:7 303:18

**figure** 442:23 444:1

**file** 312:12 316:3 323:23 421:2

**filed** 316:1 407:15 417:18,23 418:9
419:11,15 420:3,17

**files** 448:2,3

**filing** 406:25 411:20 418:14

**fill** 342:16

**film** 406:8

**find** 290:22 310:17 341:16

**finding** 289:6,11 444:10

**fine** 345:14 352:3 392:8 402:23

**finish** 284:3 426:18

**fire** 404:18

**fireplace** 404:8,12,15,19 428:20

**firm** 358:13 418:17

**fit** 308:14

**five-minute** 325:25

**flood** 415:19

**flooded** 415:1,9,14

**floor** 415:6,10,11

**Florida** 301:23 302:5

**flower** 382:9,11

**flowers** 383:6

**folks** 343:13

**follow** 396:17 407:9

**follow-up** 345:21 346:7 402:15
449:3

**food** 293:4

**forced** 371:14

**forces** 330:23

**forget** 431:25

**form** 303:14 342:7,8 375:2,3,10
405:19

**formal** 288:15

**forms** 447:25

**fourth** 352:17

**frame** 292:25 298:11 301:14 444:8

**Friday** 329:8,9

**friend** 290:18 361:8 443:5

**friends** 330:6,9,10,11,13 444:20
446:23

**front** 375:6,7 377:8 428:4 430:15
442:5

**frozen** 412:18

**fund** 372:9,10,12

**funds** 327:7

**furnishings** 426:4,8

**furniture** 377:13,16 378:25 383:4
403:5,7,8,13,14,15,17,19,21,22,23
426:8,24,25 435:10 438:2,3,17,22
439:2,3

**future** 286:18

## G

**gain** 410:15

**games** 430:9

**garage** 319:25 320:3,12 339:1,2
379:4 383:20 398:24 434:8

**Garmin** 320:19 321:21,22 322:4

**Gary** 312:8

**gather** 444:1

**gathering** 377:13

**gave** 336:9 341:2 358:20 377:1 406:9
426:21 429:7 439:13,14 440:1 447:5

**generally** 336:19 396:6 425:2

**generated** 283:16 316:10 324:5

**gentleman** 302:1

**George** 325:9 366:11 370:21 371:3
373:20 374:15 376:3 384:23 401:18,
23 408:12 432:15,20 435:15

**Gerard** 345:8,13 450:1

**give** 285:8 288:3 304:7,9 306:6 330:5
344:11,24 365:24 370:23 375:23
400:4 438:18 446:4,23

**giving** 304:13 324:22

**glass** 431:4,5

**Glassonay** 431:4

**goal** 284:24

**gold** 426:4 432:9,10,12,19 435:14,15,
20 436:8 439:16,17,19,23,25 440:19,
20

**golden** 440:2

**Gonzales** 345:14,18 346:4,6,17
347:3 376:9,19 379:25 380:17 381:3
387:10,13 388:25 389:5 391:5,12,19
392:7,9,17 393:5 401:24 402:14
411:25 447:6 449:4,21,25 450:7,12

**Gonzalez** 284:1

**good** 284:12 341:7 375:15 402:5
433:21 439:3 448:21 449:19

**Goodwill** 304:10,11,15 330:7

**Google** 310:22

**Googled** 310:24

**gown** 335:1 400:15 401:3

**GPS** 320:19 321:21,22 322:4

**Gramatges** 375:13

**grand** 425:25 426:6

**Great** 326:5

**Greek** 441:8,9

**green** 297:6 317:15

**Gregory** 314:23 318:9 326:22 334:25 337:24 338:15 340:1,5 359:5 408:19 409:2 410:5 418:6 438:12

**ground** 294:3,6 312:25

**guess** 295:21 329:2 376:12 406:7

**guest** 430:12 442:9

**gym** 428:18 429:10

---

**H**

**Hagan** 348:14,21 349:5 352:12,18,23 354:7

**half** 419:10

**hallway** 395:4,6 429:9 430:4,23 431:1

**hand** 369:8

**handcuffed** 371:20

**handicapped** 424:22

**handle** 431:14

**handles** 321:14 427:16

**hands** 338:21

**handwriting** 347:16 359:2 366:7,8 367:8 368:9,11,12,19,20 370:25 407:2,3,9,14 408:8,9 411:6 413:1 417:8,14

**handwritten** 346:12 347:5 355:21 360:23 362:4 366:6 408:9 417:13

**hanging** 405:7

**happen** 287:7,8 291:14

**happened** 285:1 299:7 300:23 312:22 315:23 365:21 372:3 373:21 421:3 448:1

**happening** 310:5

**hard** 284:14 370:19 403:20 446:4

**harder** 374:12

**harm** 334:20

**he'll** 379:19

**head** 284:14 403:25 406:10

**health** 293:9 301:13 333:24 335:18 336:22 338:19 366:18 367:13 374:20, 21,22 413:3

**hear** 423:24,25

**heard** 333:13 335:19 371:24 439:1

**hearing** 285:22 286:8 299:5 316:8 323:5,14,17,24 324:1,4,9,15 325:19 334:23,24 337:20 407:16 408:1 420:10 421:15,16 423:12,21,24,25 424:1,12

**hearings** 312:22

**heart** 293:15

**heavy** 428:17,19 430:19 435:10 439:20

**heirlooms** 426:5

**held** 326:8 402:7

**helped** 326:22 373:25 374:4

**helping** 294:22 298:6 331:24 443:25

**Henry** 297:9,10,14

**Herman** 318:10 418:6

**Herman's** 408:5 416:12

**high** 375:21 433:12 436:5

**higher** 355:1

**Hill** 325:9 366:11 370:22 371:3 373:20 374:16 376:3 384:24 401:19, 23 408:12

**hip** 293:14 355:1,3 358:10

**hire** 287:11

**hired** 309:8,11,19

**hoarder** 335:11

**hold** 373:16 426:18

**hole** 415:11,12

**holes** 335:8

**home** 302:5 323:7 333:22,25 334:13 338:11 340:2,4,6 341:7,17 342:2 343:8 360:9 385:12 397:14,19 405:3 415:20 425:6 437:7,13 441:1 446:11

**homeowners** 436:3

**Honda** 319:4 321:16 322:7

**honest** 340:3,7

**Hope** 346:19 376:12 392:18 418:23 450:13

**hoping** 313:20

**hospital** 310:13 335:1 341:8 362:14 364:4,17 366:3 367:23 393:9 399:20

400:15 401:2 440:23

**hostile** 420:14,20 421:6,22

**hotel** 290:14 335:22 349:23 354:20 358:25 398:8 399:3,9 424:18,19

**hour** 287:17 325:24

**hours** 371:23 444:7

**house** 293:6,7,18 294:22 301:6,23, 25 302:6 327:17 333:6 334:11 335:1 337:17 338:3 339:11 341:5,10 342:4 343:6 357:5,14 363:23 364:2,10,12 365:10 372:20 376:23 377:5 379:7, 11,12 380:4 381:1 384:18 387:23 393:16 394:8,9 395:16 396:7 397:25 398:12,15,19 399:5,8,12,15,17,23 400:2,6,7,9,10,15,18 401:4 404:18 409:10 410:16 411:8 432:8,15 433:4 434:13 435:2,16,17,18 436:1,4,20 437:3,9 440:13 441:13 442:6,10 444:2,7,17,19 445:21

**household** 426:3

**housekeeping** 347:6

**houses** 441:15

**hummingbird** 431:3

**husband** 295:11 298:10 326:11 330:20 344:14 372:10 377:9 432:11, 21,25 433:22 440:3 441:14 445:17

**husband's** 304:15

**HVAC** 303:12

---

**I**

**idea** 291:21 380:8,10

**identification** 300:6,10 313:25 314:3 328:9 347:1 376:17 393:2 404:6 406:21 418:25 419:3

**identified** 425:24

**identify** 419:7

**III** 416:4

**imagine** 343:24

**immediately** 297:6 325:4,8 377:22 385:11

**immigration** 297:8

**imminent** 334:19 336:21

**important** 433:6

impressive 433:11

in-person 358:23

inadvertently 284:8

inch 419:10

include 426:8,10

included 407:21

including 331:20 426:3

income 328:23

individual 336:3

industry 303:12

infected 376:2

influence 332:3

inform 340:8 408:19 409:1

information 291:19 306:7 310:8,16 344:11,12,24 345:2 351:15 356:10 358:20 367:7 374:23 391:11

informed 364:9

initial 368:5

initially 387:21

injunction 420:10

injured 393:19 394:13,18,22 395:13 396:15

injury 334:1 393:7,9 394:2,10 395:7

ink 368:10

Inn 286:14 306:11 307:7 329:3,14 335:17

inside 306:25 319:11,18 371:19,20 384:7 385:2 389:12,21 400:5 403:9 410:16 427:12 428:22,24 437:15 447:9 448:5

inspect 311:10,14

inspectors 410:6,8,14

instructions 346:9

insurance 436:4

intend 444:13,16,17,18 445:22

intended 330:15 413:18

intention 436:19 437:2 438:3,11 446:20

interact 347:21

interest 345:7 412:25 420:9,15,25 422:4,5,8 423:2 424:14

interests 421:7,23

interference 337:18,22,23 385:18

international 302:16

interview 367:2 368:6,16 375:13

introduced 291:11

introducing 292:2

inventory 311:4,20 435:22,24 436:2

invite 446:1

invited 290:18

involve 331:24 443:10,17

involved 449:10

involvement 298:5

involving 299:6 422:11,14

issue 318:5 324:18 349:10 422:12

issued 322:21

issues 289:6,10 318:4 360:9 367:20

Italian 440:2

Italy 440:18

items 304:8,13,15,16 308:25 311:11, 17,21 313:11,12,16 320:15,22,24,25 321:3,4,6,10,15,18 330:5,6,7,8 335:11,12 380:4,7,8,13,18,19,21 384:7 396:3,5 427:7 429:4 431:9,17, 18 432:2,3,5,8,21 433:14,17,20,21,23 434:12,24 435:1,9,11,25 436:6,7 437:16,22 438:4,9,16,25 440:14 442:15,16 445:13 446:2,24 447:3

lthan 292:13,18 294:1 299:21 301:2 302:5 303:25 307:23 316:19 322:19 327:17 410:15 416:25 425:13 437:14 447:9

## J

Jack 356:3

jail 412:5

January 292:20 294:21 295:22,23 296:23

Jerry 362:15,17

jewelry 426:4 428:7 435:20 437:12, 25 438:1 439:8,11 440:15 441:7,21 442:7,11

job 284:12

John 285:22 314:14 345:7,13 346:5 385:16 391:17 417:4 449:23

Joinder/amended 420:1

journal 310:9

Jr 300:11

judge 285:22 314:14 315:21 316:9 323:1,6 324:1 325:1,19 334:25 335:1, 3 337:11,15,19 385:16 407:23 408:2 417:4

July 323:18,19,20,24 329:2 338:13 339:18 390:11 407:25 408:1 420:12 421:15,16,20 424:13

jump 312:24 379:15 424:12

June 285:22 287:9 323:14,17,22,23

jury 423:23

## K

keeping 295:20

key 359:19 441:9

keys 317:3

Keystone 366:15 367:23 371:23

kind 327:9 331:20 345:10 362:18 403:22 435:21 446:22

kit 320:23 321:16 322:6,7

kitchen 393:14,15,19 398:24 415:6, 10 427:11 433:14,18,20

knew 311:25 334:13,23 335:3 337:15 338:3 340:1,2,6 342:5 374:8 438:12 444:18

knocker 377:8

knowledge 374:1 381:9

## L

lamp 428:16,17

lamps 428:13 431:7,22

landed 290:6

language 327:20

laptop 430:2

large 377:5 427:17,18,21,22 428:2,5, 13,16 430:23,24 431:13,15 439:15,21 441:5,8,9

**lastly** 425:20

**late** 397:4 399:25 400:3

**law** 298:17 299:7

**laws** 319:14

**lawyer** 287:11

**lay** 310:15

**lead** 431:15

**learn** 288:1 331:18

**leave** 349:5

**led** 407:17

**Lee** 318:10 418:6

**left** 327:20 343:6 348:15,22 349:8 353:15,25 354:6,22 357:4,13,17 370:14 383:5 413:24 414:16

**left-hand** 371:11 413:11,23 416:3

**leg** 393:9 394:13,18,22

**leisure** 376:1

**length** 383:6

**letter** 408:5

**letters** 352:8

**level** 294:2,3,6 438:18

**liable** 420:8

**life** 301:21 336:22 430:23,25 434:20

**light** 370:19 409:9,10,11 410:12

**limit** 309:17 332:4,5

**limited** 293:17,20 426:3

**lines** 408:6,8

**Lingo** 313:8,9,19 314:23 318:9 332:12 334:25 337:24 338:15 340:1,5 359:5,24 360:7,20 408:19,23 409:2 410:5 418:6 438:12,15

**linoleum** 415:10

**lip** 294:18

**list** 311:20,23 312:3,5,17 321:25 322:3,11,13,14 426:11,15,17,20 429:7 436:5 437:19,20,21

**listed** 426:2 437:18

**listen** 285:25 286:3 299:10 337:19 379:19 385:16

**listened** 286:1,6

**lists** 425:22

**live** 289:24 290:3,16 308:10 327:9 329:14 339:4 412:4

**lived** 293:22 327:11

**living** 286:13 290:17 292:13 310:25 327:9 329:3 330:13,15 395:10,12 404:7 427:1,15 428:3 429:5,6,14 432:1,19 433:7 434:13

**loaded** 379:7 380:7

**loading** 379:12

**located** 317:15 322:19

**location** 308:6 341:24 438:22

**locked** 365:12

**locker** 306:15,18 309:10

**locks** 317:3,4 357:5,14 359:19 398:19,23 409:9,16 414:20

**locksmith** 398:21

**Locust** 291:1,2

**long** 291:3 297:19 320:25 321:19 324:4,19 325:2 326:14 361:9 394:12 399:23 405:6 441:6

**longer** 312:11

**looked** 361:2 394:1,8,9 395:6,12 396:14 407:17 434:10

**lot** 301:5 312:25 320:22 329:15,17 335:11 370:18 382:13 425:21 427:7 429:4 432:3,5,22 433:5,6,16,23,25 441:10

**love** 429:12

**Loveridge** 366:13

**lower** 427:12

**LP** 408:15 420:11

**Luke** 340:2 359:18 360:1,2,12

---

**M**

**M-Y-L-O-N-A-S** 287:14

**made** 286:17 303:23 324:7 332:20 341:16 344:8 349:19 354:17 362:23 370:9 418:14 420:7 422:7 429:1 431:4 438:6

**mahogany** 427:10,13 428:11 429:21 430:7 431:23

**mail** 356:17

**main** 294:2

**maintained** 292:14

**maintenance** 360:4

**make** 298:21 311:20,23 326:3 330:17 333:3 334:21 336:25 343:17 344:22 350:5 362:4 369:7 370:13 376:11 378:5 379:5 435:19

**making** 284:15 332:23 341:13,20 426:15

**man** 362:21 363:9

**manager** 335:23 348:19 349:1,10 350:25 352:15 353:10 374:24,25 375:5 408:21

**mandatory** 331:5

**Manor** 335:3 339:10 356:21 359:13 361:9 396:24

**mantel** 404:20,21

**mantle** 404:8

**Marc** 375:13

**March** 283:11,13,18 287:6 329:19 418:15 424:17 439:7 442:22

**Margaret** 292:6,14,20 293:17 294:20,23 295:21 298:12,20 299:6 300:12,21 301:25 302:21 303:1 431:16 440:9

**Margaret's** 298:6,24 299:2 441:15

**margin** 413:12 414:11

**mark** 300:1 313:24 328:5 346:20 347:4 392:20 406:16 412:16 413:4 414:11,16 416:17,18,19 418:24

**marked** 300:6 314:3 328:9 347:1 376:13,17 393:2,11 404:5 406:21 419:3

**markings** 413:17 414:7

**Marrata** 371:14

**marriage** 295:15 296:14 297:16,23 298:1

**married** 291:20 292:2,6 295:6 298:3 299:20 300:20 301:6

**Massachusetts** 302:15

**master** 394:6 431:19 442:13

**master's** 288:11

materials 283:15

matter 335:10 357:21 406:25 420:11 449:17

mattresses 430:18,20

Mawr 341:24 342:7 362:13 364:4 366:2 436:12,13,15,22 437:11

meals 293:2

means 334:13 342:1 353:2 354:13, 14 359:5 368:15 369:5 375:14 382:13 384:22 385:15 416:14

Media 286:14 306:11 307:7 329:3,14 335:17

medical 375:10,14

Medication 372:18

medications 285:12

meet 291:8 417:20

meeting 358:23

Meisel 291:8,11,22,25

Melissa 366:13

members 303:2

mental 366:17 367:11,13,20 368:4 374:20 413:3

mention 444:12,15

mentioned 303:11 304:11 306:23 318:5 321:9,20 329:19 330:3 341:6, 25 360:11 412:1,2 424:6 435:9 442:18 446:25 447:4

message 348:15,23 349:6,8 353:15, 17 354:1,7,9,22 357:4,13,15,16,23

messages 357:25

met 291:21 292:5,8,19 302:3,25 346:6

metadata 389:1 391:7 447:7

Michael 297:9,10

Miguel 301:10

military 331:2,17,20 432:22 435:9

military-trained 332:17

mind 325:24 326:2 330:11 424:12 446:14

minute 390:5

minutes 286:1,2 306:13 308:10 343:6 348:6,8

mirror 430:6

mirrors 427:17,18

misdated 323:22

missing 319:25 320:8,10,13,15,23 321:1,4,24 322:9 335:13 341:11,15 377:13 379:10 403:9,14,18,24 426:25 427:23 428:2,12,13,17,24 429:4 430:6,13,15 431:8,9,10,20,22 432:11, 23 433:3,4 434:4,8,24 436:1 438:1 439:8,11 440:21 442:2,14

mistake 370:9

mistakes 448:19

mom 439:13,22 440:1 442:1

moment 314:9 317:18 319:18 340:18 345:6 422:20 448:14

moments 422:23

Monday 329:10

money 313:19 326:12,18 328:21 401:10

month 283:11 292:10 305:16,18,20, 22,25

monthly 305:6,8

morning 338:10 346:10 348:2 354:20 357:7

motion 408:20 420:16

motor 318:22

move 309:14,20 311:6 313:6 331:22 434:18 436:19 437:2 444:1,11,13 445:20,22

moved 318:23 321:7 375:13 396:9 445:15

movers 309:7,8,11 310:8 311:3,17

moving 309:19,21 310:17 311:2 412:11,13

Murphy 302:1

Mylonas 287:13,16 418:15 420:3

## N

nailed 404:20

named 298:24 299:2 302:1

names 310:9 352:23 431:15 444:23 446:5

nature 292:23 296:18

Naval 327:5

Navy 327:3,4 362:20 377:6,9 427:16 430:3 431:13 435:9

needed 295:17 337:12 397:17

negatives 406:9

Negut 300:13 407:12

nice 362:15,18 427:3

night 329:4 398:1,8 399:1 431:7,22 434:20

nights 400:20

nighttime 368:16

nods 284:13 403:25

notations 408:10

note 347:23 353:7 354:3 357:2 358:19 359:15 362:21 365:5

notebook 361:5,6,9,19,20,23

notes 286:10,12 310:2,4,13 329:23 341:4,7,8,11,12,13,16,20 342:4,12 343:2,9 345:10 346:12,15 347:5,18 348:25 353:16 355:22 358:1 360:16, 23 361:2,4,14,22 362:4,5 364:8 366:6,15 370:18 371:2,6 372:24 408:25 409:1 416:13 432:15

Notice 322:21 420:2

noting 363:20

November 443:24

number 287:25 318:13 322:17,24 323:3 329:23,24 344:12 346:20 347:7 348:22 350:2,6 351:10,14,17,18,21, 25 352:1 353:14 355:7,8,12,14,16 358:9,12,16 359:6 360:1 365:15 366:24,25 373:6 374:8 409:4,21 410:2 414:13 420:12

numbered 316:14 347:6

numbering 402:19 418:23

numbers 310:9,20 369:2 409:3

numeral 416:4

nurse 444:6

## O

oak 428:2

**object** 335:25 423:7

**objection** 337:3 380:23

**obstruct** 335:9

**obtain** 297:12,15 313:20 314:25 315:13

**occasion** 434:14

**occurred** 323:5 415:19 421:19

**Ockley** 283:2,9 287:24 292:3,5,8,19 293:17 295:6 296:1,8,13 297:16,21 298:12 299:20,25 300:11,12,13,14,20 302:3 314:10 319:17 326:11 335:16 336:17 345:20 346:5 391:21 402:12 406:25 407:1,12 408:16 409:17,21 420:12 424:6,11,16 425:20 434:9 441:16 448:22

**Ockley's** 293:9 301:4,13 423:20

**Ockley-12** 300:2,5,9

**Ockley-13** 313:24 314:2 316:11

**Ockley-14** 328:5,8

**Ockley-14(a)** 346:25

**Ockley-15** 376:16

**Ockley-16** 393:1 404:5

**Ockley-17** 406:20

**Ockley-18** 419:2

**Ockleys** 291:12 292:24

**Ockleys'** 292:18

**October** 315:12 317:24 318:15,18 417:15,25

**odors** 405:2

**off-the-record** 412:22

**offer** 401:17

**officer** 333:13 370:1,5,6,7 371:18,25

**officers** 363:7

**open** 298:6 307:1 338:25 339:1 359:19

**opened** 298:11

**opening** 298:14

**opinion** 334:15

**opportunity** 285:24 418:13 419:14

**order** 295:20 314:7,13 315:5 316:5, 10,12,21 319:1 322:25 324:5 325:16 333:5 337:10 349:12 363:14 402:22

407:17,23 408:1 410:23 411:2 416:23 417:3 418:10

**ordered** 343:15 344:4

**Oriental** 438:17

**original** 312:17,18 320:11 323:21 361:20 378:12 448:1

**ottoman** 429:19

**oval** 427:25 430:5,6

**overnight** 397:24

**overseas** 289:9 302:20 436:19 437:2 438:5,7 439:15,18 440:18 441:9 444:13

**Owen** 302:1

**owned** 294:25 343:16

**owner** 329:6 343:24 344:11,13 363:15

**owner's** 344:15

**owners** 343:20 390:12

## P

**p.m.** 367:1 368:16 371:17 375:4 450:18

**PA** 316:19 317:16 322:20

**PAC** 366:13

**package** 442:24

**packet** 419:9

**pages** 374:23 407:8,10 419:7,23

**paid** 326:20 329:7

**pair** 440:22

**pantry** 433:19

**Paoli** 397:13 425:7

**paper** 342:2 343:10 361:1,11,15,16 362:7 364:7,8,20,21 365:24,25 366:2, 4 401:11 408:6 419:9 447:24

**papers** 286:10 307:6 325:12

**paperwork** 401:8

**paragraph** 365:13 411:4 412:10 413:7 415:24 426:1

**paragraphs** 316:14 388:9

**parentheses** 359:19,20 369:15

**parents** 434:25 435:3 439:14

**part** 291:17 295:13 298:19 330:4 366:17 374:11 382:20 383:22 390:8 401:10 428:6

**participate** 372:11

**participated** 299:5

**pass** 299:8 303:8 330:21

**passed** 292:20 294:20,23 295:21 301:7,11 303:9 326:12 394:17 445:17

**passwords** 314:24 316:5 318:11 418:7

**past** 291:19 367:11

**Pat** 348:14,21 352:18,23 354:7

**patience** 417:7

**Patrick** 310:22 342:18 373:2 374:2 376:24 377:19 381:17,20,23 386:6 397:10 398:11,18,22,23 405:14,16 425:7 444:5,9

**Patrick's** 342:23 343:3 385:14 389:22

**pause** 345:9,16

**pay** 287:22 305:6,9,11,15 326:18 329:9,11 372:8 379:16 401:17,21,22

**paying** 287:16,20 329:6 372:11

**payment** 360:3

**pearl** 440:6

**PECO** 338:9 339:7,23 340:11 341:2, 14,21 343:13,20 344:7,15,18 345:1

**Peggy** 352:12,23

**pen** 368:13 370:22 410:12

**pencil** 370:23,24 408:12

**pendant** 441:8

**pendent** 441:9

**Pennsylvania** 319:16 338:9

**pension** 327:3 328:21 372:9

**people** 290:20 340:11 347:21 352:25 363:7 372:16,19,25 375:8 380:3,6,19 385:19 386:23 387:19 389:9,10,12 438:14 446:14 448:9

**people's** 334:8

**percent** 415:13

**perceptions** 423:21

**perfect** 371:12 372:21

**perfectly** 424:3

**period** 292:22 318:3,7 327:1 354:13 447:10

**permission** 323:8

**permit** 297:4,7

**permitted** 317:11 322:18

**Perna** 351:7 352:6 355:2 358:10

**Persian** 432:4 438:17

**person** 295:18 296:16,20 314:22 334:14,22 336:25 337:9,10,12 341:25 342:1 343:11,12 349:18 350:19 351:8 352:25 355:2 358:24 369:18 374:18 378:18 380:25 381:7,11 390:21 429:12 441:23 448:24

**personal** 310:9 316:16,24,25 317:25 318:1,13 320:25 356:8,16,18 380:4 411:14 414:3 426:2 438:20 441:14

**persons** 353:2

**Peter** 418:18

**petition** 316:1,4 324:10 325:4,6,10, 12 417:13,18,23 418:3,9,11,20 419:11,15,22 420:3

**ph** 339:25 429:10 431:4

**pharmacy** 397:13,16 405:25 425:7

**Philadelphia** 289:22,25 290:21 292:15 295:1,2 351:12

**Phoenixville** 306:21 308:5 309:12 315:7 317:16

**phone** 310:9,20,21,22 343:19 347:22 349:20,24 350:1,2 353:25 354:18,22 355:12 356:14 357:8,9 358:2,3,12,23, 25 359:6,10,24 360:7 365:15 378:6 386:12 408:19 418:6 448:4,10,12

**photograph** 395:3,25 396:10

**photographs** 376:14 384:13,16 386:22 389:2,14,15,18,25 391:7 392:21

**photos** 382:21

**phrase** 413:18

**physical** 310:14 335:2 356:22 357:11,12 359:13,17 401:15 405:18

**physically** 348:25 410:16 422:9

**physician** 366:9 367:3 368:3

**piano** 425:25 426:6,7 428:18 429:20, 21

**pick** 288:2 421:1

**picked** 319:20

**picks** 397:10

**picture** 306:17,20 307:2 376:23,25 377:1,11,12,15,17,23 378:2,4,5,7,9, 12,13,17,25 380:1,3 381:6,23 382:4, 25 383:3,5,7,8,22 384:2,11 385:5 387:22 390:19,22,24 392:10,14 393:10 396:5 403:1,4,13,21 404:7 405:19 427:23 428:15 429:25 430:5

**pictures** 306:14,18,22 307:4,11,13, 14,18 309:2 312:19 381:8,12,18 382:2 383:11 385:1,4,6,7,8,9,11,13 386:1 387:24 388:1,5,16,19 389:9 393:6 402:13,21 405:14,18,22,23 406:1,6 427:19 428:9,15 429:18 430:3,4 431:21 434:9,11,15,16,19,23, 25 439:12 441:20,21,24 447:5,7,8,13, 14,15,18,20 448:8,11,13,17

**piece** 361:15,16 364:19,21 365:25 366:1,4

**pieces** 427:12,13,14

**Pine** 290:24,25 291:2

**Pinto** 363:8,10,13,20 368:23 369:7

**place** 290:21,22 294:25 304:12 305:4 306:4 313:2 337:2 341:7 373:18 396:4 438:21 442:6,10

**places** 295:20

**plaintiff** 318:16 319:13 322:24 355:21 376:21 383:8 408:18 410:2,3, 4,9

**plaintiff's** 381:4 387:11 420:9,15

**plaintiffs** 374:11 376:13 411:16

**plan** 439:6

**plane** 286:21

**plans** 286:17,19 330:17,21 331:24

**plastic** 377:2 378:11

**plate** 427:22

**platinum** 439:24,25 440:1

**pleadings** 327:21

**Pleas** 312:14

**PLF** 402:25 417:11

**plywood** 372:4

**pocket** 432:9,10 435:8 436:8 437:12 438:1

**POD** 307:2 308:17 309:14 317:16

**PODS** 303:22,25 304:2,4,6,18,19 306:18,20,21,24,25 307:1,3,22,24 308:5,8,13,21 309:4,9,17,18,20 311:5,12,25 314:11,13,17,21,22 315:1,7,13,14 316:6,10,17,24 317:3, 5,13,15,19,25 318:1,4,14 321:7 379:9 411:20,24 417:21 418:7 430:18

**PODS'** 308:8

**point** 300:19 345:17 377:11 418:22 446:8 449:10

**pointing** 377:2,4 378:22 382:6,11,24 383:14 384:1 403:1,2,12 414:2

**pole** 430:21

**police** 332:21 333:1,4,5,8,9,13,15 334:6 337:23 363:7 365:22 368:22 370:4,5,7 371:13 372:8,9,12,20 373:1,3,5,13,23 374:3 394:17 395:18, 22 396:2 400:23 401:1,12

**poor** 293:11

**porch** 370:8,13,14 371:15,20 410:18

**portable** 303:23

**portion** 286:5

**portions** 293:18

**position** 420:15

**positions** 420:21 421:7,23

**possession** 304:17 307:5 308:7 441:19 447:11

**possessions** 307:7 313:21 442:25

**possibly** 446:10

**post** 401:9

**pot** 403:9,10

**potential** 313:10

**pots** 382:8,9,12,13,15,17,18,19 383:4,6 403:16,18

**Pottstown** 316:7

**pounds** 375:23

**powder** 294:5 375:25

**power** 334:10,12 338:11 364:9,25 372:15

precious 439:18

prepare 306:9

preparing 293:2,4

present 298:19 333:6 421:14,15 422:1

presentation 324:8

presented 415:7

preserved 389:2

pressure 375:19,20,21

Prete 343:21

pretty 377:10

previous 361:1,4 385:8,10 390:18 428:24

previously 307:11 326:25 358:17

price 313:17 436:25

Prince 432:19 435:15

print 405:23,24 447:24

printed 405:19 406:2 430:3 447:21

prior 285:16,19 292:2 303:17 311:17 312:10 319:24 320:1 329:7 330:4,22 401:1 425:6 444:9

private 296:11

problem 367:11 443:18 449:9

problems 368:4 449:11

process 296:25 297:2,14,17,19 322:22

produce 388:21,23 391:6

produced 347:5 376:11 389:2 392:21 447:7

productive 367:13,25

progressed 301:19

prohibited 317:6

proper 336:24

properly 416:20,23

property 292:13 294:1 299:21 303:25 306:19 307:23 308:5 316:16, 18,20,23,24 317:1,7,9,12,14,25 318:1,13,24 319:12 323:9 335:7,9 338:14,19 339:19 343:25 344:13 349:11,14 353:20 354:12,15 357:20 360:13 363:16 372:17 385:18,21 386:16,20,24,25 387:3,15,17,20,22,

23 388:2,10,11,14,17 389:10 390:2,4, 7,12,16 401:14 409:13,23,24 410:15, 24 411:15,21 413:15,20 414:3,23 422:18 425:22 426:2 441:14,15 444:2 445:9,12 446:7,13,20,22

protect 416:24

protecting 321:17

protection 425:3

prove 361:13 372:13 377:12,14 385:19 386:15 390:1 419:24 429:15, 17

provide 307:14,19 309:23 312:7,8 318:10 325:14 355:15 362:2 388:21 412:3 417:4 419:24 443:6,9 447:18

provided 285:23 304:15 307:12 310:2,3 312:5 314:24 317:2 346:9,11 351:20 355:13 358:18 359:25 361:8 362:6 366:2 418:5 426:12 443:5

psychiatric 368:16 401:16

public 297:22

pulled 362:23

purchase 321:14 405:3 425:4,6 433:17

purchased 382:18 429:1 434:5 440:19

purpose 316:23 338:17 405:4

purposely 390:15

purposes 339:3

put 304:18 308:18,21 309:5,7,14 310:7 322:12 343:4,8 346:17 369:15 375:7,17 377:25 378:8,10 380:2 388:6 392:23 403:4 404:1 407:21 425:7,11,12 427:6 437:12

putting 311:5 380:5

## Q

quality 433:21

quarter 419:10

question 284:3 290:8 296:10 298:8, 13,25 299:11,12,15 335:14 336:4,8, 17 344:16 363:5 379:8,16,17,18,20, 21,22 385:22,23,25 387:16,18 388:4, 8 391:13,14,16,22,23,24,25 394:15 398:6 399:10 404:6 409:18,19 412:15 413:4 414:11,16 415:4 416:17,18,19 418:8 420:4 423:9 424:10 426:18

443:20

questioned 386:18

questioning 345:9,17 423:8 449:1

questions 291:25 306:8 324:24 346:8,14 352:4 401:25 402:4,15 449:2,20,22

quickly 442:21

quote 363:15 420:8,15 426:2,6

quotes 410:25

## R

radio 428:8

Radnor 322:22 351:12,20,25 358:14 360:4 362:10,12 371:13 372:3,8,9,11 373:4,13 401:11 404:4 408:20,21 409:7,8

range 285:8 306:1

reach 433:12

reaction 423:25

read 283:19 316:12,14 318:12 325:16 356:11 362:25 363:17 365:1,5 367:15 369:9 370:6,15,19 371:6 372:19 374:13,14 376:4 408:14 409:6 410:20 411:5 414:4 416:6,20,23 423:24

reading 413:1

ready 434:18

real 290:20 326:18 377:12

reason 295:13 324:20 333:14 334:10 343:12 402:18 435:24

reasons 384:3

recall 283:24 286:5 287:1 289:14,16 290:25 291:5,9 293:12,15,21 294:11 296:3,22 298:18,22 299:1,4,22,24 300:23 301:3 304:25 305:14,17,23 307:12 308:2,3 309:6 310:23,24 311:9 313:13,15 315:9,25 319:19,22 322:11 323:4,10 324:4,6,12,17,23,25 325:3,5,13,22 326:12,14,15 328:17 329:8,10 332:15,23 333:16,17 339:21 340:21,24 341:2,13,18 342:14,19 343:18 350:25 351:2,6,9,23,24 352:5 353:23 358:5,14 360:10,21 361:25 362:20 363:25 364:14,21,23 365:12, 19,25 366:4 369:5,6 373:4,14,19 374:6 375:2 377:18 378:5,6 381:22 382:3 383:21 386:10 390:25 398:17,

20,22,25 404:16 405:5,13 406:4,5
410:12,14 412:2,6 415:22,23 418:4,
12 419:8,20,21 424:15,23 426:15
429:6 431:8 434:22 442:12 447:16
448:23

**receipt** 310:11 342:20

**receive** 313:16 328:2

**received** 288:10 323:22 327:18
370:20 373:3

**receiving** 327:3 328:18 419:8

**recent** 445:10

**recently** 340:14,16,20 445:11 447:14

**recess** 326:7 402:7

**recitation** 334:3

**recliner** 429:23

**reclining** 429:22

**recognize** 393:10

**recollection** 288:5 289:21 298:23
300:18 325:17 328:15 341:19 386:23
394:20 418:12,10 419:19 421:19 436:2
441:18

**recommended** 438:15

**record** 312:10 316:12 325:17 414:8
423:17

**recording** 284:16 285:21 363:19

**records** 297:23 344:7,18,21 345:1

**red** 382:23 440:5

**refer** 365:17 369:4

**reference** 366:22 394:16

**referenced** 346:13

**referred** 313:9

**referring** 350:22 352:14,24 363:2,6,
10 367:17 370:1 372:25 422:13

**refers** 355:5

**reflect** 394:7 395:11

**refresh** 300:18 325:17 328:15
386:22 405:5,10,11

**refuse** 318:17 319:12

**refuses** 410:1

**refusing** 443:19,23 448:24

**Reginald** 292:14 294:22 295:12
298:6,14 300:11,13 301:25 302:9,17,

21,24 303:3 328:22 431:16 437:6

**Reginald's** 299:23 327:4

**region** 289:22

**regular** 361:16

**Reilly** 375:5

**related** 314:13 323:7 332:21 449:1

**relationship** 292:24 296:8,18

**released** 325:4,9 339:10,17,21
340:23 371:17,22 373:20 384:23
396:24 397:2 401:22 412:5

**relive** 331:12

**remain** 365:6

**remaining** 317:9

**remains** 424:10

**remember** 284:23,25 285:3 290:23
292:10 304:23 316:8 322:2,8 324:7
341:4 343:7,23 352:2,11,20 353:1,3,
17,21 354:9 357:16 358:12 360:6
362:6 367:1 375:16 377:20 397:7
432:6 441:11,12,13

**remove** 362:22 369:12 372:6 378:11
409:8 413:15,19 414:7 415:25

**removed** 317:14 319:8 357:6,15
362:13 372:6,7 398:23 409:16 414:20

**removing** 316:25 319:24 380:4

**rent** 290:21,22

**rental** 290:9,15 305:2

**rented** 314:22

**repeat** 290:7 298:8 350:7 380:15
394:15

**rephrase** 387:8

**replacement** 293:15

**report** 333:2,4 394:17

**represent** 287:11 301:24 324:3
333:18 393:6 417:14 422:1,15 426:14

**representative** 341:23

**representing** 323:11 421:13

**request** 344:8 374:24 389:3 418:16

**requested** 374:21,23

**requesting** 349:9

**requests** 346:12

**require** 424:25

**requirements** 401:13,15

**rescheduled** 287:8

**reserve** 448:22

**residence** 292:18 293:1 411:22
425:13 435:4,11 447:10

**resisting** 331:25

**respect** 323:3 422:25 443:12

**respected** 314:18

**respectfully** 336:6 407:11 411:4
449:15

**responding** 418:11

**response** 346:11 357:23 389:3

**responsible** 317:4 322:24

**rest** 365:5

**resulted** 288:16

**retain** 445:15

**retained** 312:11

**retrieve** 304:2,3 309:19 314:21
315:6,14 316:5 317:24 318:24 324:19
325:7 335:9

**retrieved** 318:14

**retrieving** 316:24 338:18

**return** 332:7 358:3

**returned** 399:4

**returning** 332:13

**review** 283:17 285:18 418:14 419:15

**reviewed** 283:14 285:16 325:16

**reviewing** 396:19

**rewind** 442:21

**right-hand** 369:19 374:11 378:22
395:25 414:11

**ring** 439:22,23 440:4,5,24

**rings** 440:5,8

**rise** 436:25

**Road** 299:21 301:2 302:6 303:25
307:23 317:16 410:15 425:13 447:9

**Rockwell-glynn** 312:13 315:18
406:25 408:15 420:11

**Rohana** 298:9 418:18

Roman 416:4

Romania 286:17,25 288:13,17 329:20 330:24 331:23 332:3,14 437:24 445:15 447:1

Romanian 290:17

romantic 296:7,19

room 286:13 294:5 362:7 364:17 366:3,21,24 393:13 395:10,12,22 398:8 404:7 427:1,15 428:3 429:5,6, 14 430:16 432:1,19 433:7

rose 440:20

ruby 440:6

rug 430:13 432:4

rugs 426:11,13,23,24 430:14 431:21 434:19 438:17

Rule 417:10

rules 283:25

running 293:6

rush 450:5

Russell 287:4 323:15,25 327:19 418:17 420:7,19 421:14,21 422:25

Russian 332:2

---

**S**

safe 295:3 334:22 436:9,11,25 437:10

safety 333:21 410:23,24,25 425:3

sale 313:16,20

sales 326:19

sapphire 440:7

Saturday 329:10

saved 326:13 327:7

savings 327:12

scheduled 287:5 326:20

Schrom 299:9,14 325:23 326:5 335:24 336:9,13 337:2 345:15 379:14 380:15,23 387:5 391:17,20 392:3 402:18,23 409:17 423:6 447:12 449:4,19 450:2

screaming 371:25

screen 300:16 316:13 346:18 392:24

scroll 355:7 361:14

sealed 425:8

seat 321:11 343:3 424:25 429:12,19, 20,21

seats 429:16

secretary 351:7,8 352:7 355:4

secured 290:5 322:18

securing 317:4

Security 327:2 328:24,25

sell 313:12 439:4,5,17 442:24 444:17,18 445:22

selling 438:13 446:23

send 339:12 342:21 356:10,17 377:21 381:24 406:17

sending 287:19

sense 288:3

separate 308:17,18 440:10,12

separately 436:5

September 314:7,14 315:11 316:9, 15,21 317:10,13,23 319:1,9 320:7 323:5 324:5,16 325:7,20 327:8 329:2, 13 377:23,25 384:19 385:10 405:17 406:24 407:12,16 411:19,23

series 376:14

serve 330:23 332:5

served 331:1 362:19

service 327:4 404:15 409:9

services 331:15,25 344:20 370:10 374:21,22

serving 322:25

sessions 357:11,12

set 429:16 445:18

settlement 328:3

shakes 406:10

shape 372:5

shelves 434:4,5

short 292:22 354:13 402:5

shortly 287:10 300:19 345:22

shot 403:1

show 300:1 313:23 328:4 344:7,18 376:9 378:12 380:6 383:2 387:17

389:24 391:8 392:13,18 394:5 395:3, 9 396:11 403:4,7,19 417:5 427:1 429:25 433:5 434:19

showed 385:9 421:21 428:10

shower 294:16,17,19 397:17 424:18, 22,25 425:1

showing 316:11 381:4 384:7,11 385:14 393:13,23 402:14 433:9

shown 363:14 386:1 396:5 427:8

shows 323:23 380:3 394:6 403:14,17

shut 339:16

siblings 303:6

sic 346:22 376:1

side 369:19 370:7 371:11 378:22 379:3 395:25 416:3 427:14 428:12 430:8,14 431:2,3,23 432:14

sign 372:5

signature 407:5

signed 287:21 323:1

silence 345:12

silver 426:5 427:7 428:16,17 431:15, 17 437:16 440:20 442:16

silverware 426:4 433:18

Simona 283:2 300:13 335:16 407:12 408:16 420:11

simple 337:13 338:23

simply 335:14 336:18 418:8

single 308:14

sir 283:21 284:11,22 285:6,11,15,20 286:12,15,23 290:12 294:4,7 388:12

sit 283:23 284:25 286:9,16 303:21 324:24 325:15 333:12 344:1 351:22 429:14 439:10 441:18

site 317:10

sitting 342:15 371:19 429:24 430:21 431:16

situated 433:13

situation 324:22 335:3 446:18

six-feet-tall 427:3

size 424:20

skin 376:1,2

**skip** 384:25

**sleep** 397:25 399:1 400:18,20

**slept** 399:9 400:7,9

**small** 316:13 361:5 428:1,22 430:7,9, 11 432:23 433:19 438:9,10,25 447:2

**smaller** 308:24 440:8

**smell** 404:24

**social** 327:2 328:24,25 370:9,10 371:16 395:19

**sofa** 395:23,24 428:4,12 429:11 441:4 442:5

**sold** 301:25 327:18 437:7,8 438:11 440:13 446:20

**sole** 316:23

**someplace** 310:25

**Sony** 428:23 429:2

**sooner** 297:3

**Sophia** 375:4

**sort** 308:18 311:6,15 335:22 345:9 404:20 406:7 444:6

**sorted** 309:4

**sorting** 311:16,24

**sound** 297:25

**sounds** 446:8,14

**sources** 328:22

**South** 292:18 294:1 316:19 322:19 416:24

**southwest** 316:17

**Spain** 432:20 435:15

**speak** 310:5 334:8 353:24

**speaks** 388:7 423:12

**special** 420:10

**specific** 286:22 320:14 321:19 330:17,18,20 333:14 340:10,19 341:3 387:6 405:6 424:11 425:23 439:11 445:13 446:12

**specifically** 324:25 325:18 333:12 337:21 343:14 344:4 351:23 379:16 420:5 422:6 426:1

**specifics** 357:16 421:4

**speculation** 337:4

**spend** 294:21 329:13

**spending** 292:17,25

**spent** 292:12

**spoke** 324:8 443:13,24 444:20 445:8

**spoken** 444:9

**spring** 433:10

**stairs** 293:19 425:18

**stamp** 417:11

**stamped** 417:15

**stand** 352:9 428:11

**stands** 431:6,7,22 434:20

**start** 294:21 296:25 297:2 329:6 347:14 359:17 371:11 390:2 405:16 411:10 444:1

**started** 283:11 297:14 434:18

**starting** 297:17 329:5 419:25

**state** 302:14 444:21 445:25

**statement** 333:3 364:1 420:18

**states** 289:7,20 290:1,6,11,14 291:8 296:23 297:7,13 298:17 330:14,23 334:18 335:15

**stay** 397:24 400:10

**steady** 428:19

**STENOGRAPHER** 412:18 449:23 450:1,3,5,9

**Stollsteimer** 356:3,13,20 357:3,10, 22

**stone** 404:23 439:23 440:5,6,7

**stones** 404:25

**stood** 295:19

**stop** 317:18 319:3,17 372:21

**storage** 303:22,23 304:1,20,24 305:1,12 306:3,11,15,17 308:9,15 309:3,9,12,20 311:7,18 313:1,2 316:18,22 317:8 318:23,25 319:21 320:7

**store** 342:9,24 431:12 438:22 441:7

**stored** 306:21 308:25 315:7 316:6 318:1 436:9

**story** 425:16

**strange** 430:17,19

**street** 290:24 291:2 376:24 381:13 385:13

**strict** 344:10

**strong** 295:18 296:16

**stuck** 434:6

**studied** 289:16

**study** 289:1

**studying** 288:24

**subject** 322:21 416:25 449:1

**submitted** 411:4

**subparagraph** 414:17

**subsequent** 388:11

**suffered** 293:13

**Suites** 286:14 306:11 307:8 329:3,14 335:18

**summary** 334:3

**sun** 405:9

**Sunday** 329:10

**supervision** 372:20 416:5 417:1,5

**support** 421:5

**supposed** 309:18 314:16 335:7 370:10 423:2 445:16

**surgeries** 301:16

**surgery** 293:15

**sworn** 283:3

**system** 429:3

---

**T**

**table** 343:9 427:10,13,25 428:14 430:8 441:4,5 442:4

**tables** 428:4,11

**taking** 293:3 311:4 390:7 421:21

**talk** 303:3 315:21 329:5 349:1,2,5,9 358:11,12 360:2 374:25 375:1 392:1, 3 433:14 444:4 445:10,11

**talked** 287:24 301:23 330:19 332:16 339:7 342:1 343:11,12 348:18,19,21 425:21,25 426:7 434:21

**talking** 287:23 291:23 318:19 341:5, 9,14 398:21,22 410:3 415:3,16 421:12 422:11 428:3 437:5 439:14,15

442:15

**tall** 427:8

**taxes** 326:19,20,23

**taxi** 389:23

**taxicab** 373:7

**teach** 372:12

**technician** 362:17

**telephone** 348:15,22 351:10 353:14 355:6 359:25 362:22 369:12 373:6,17 374:8

**telling** 290:20 330:11 361:11 371:16 387:3

**tenants** 300:14

**term** 331:1,19

**termination** 344:20

**terms** 284:17 308:1 344:8,19,21 374:6 401:7 437:18 438:13 443:14

**testified** 283:4 326:24 333:20 395:16 403:3 417:17 424:16

**testify** 285:13 397:15

**testimony** 320:5 323:4 334:3,4 336:18 339:15 385:23 387:11 388:6 396:19 403:12 424:23

**texted** 378:3 405:21

**therapy** 335:2 356:22 357:11,12 359:14,17

**thick** 419:10

**thing** 296:21 334:20 336:23 351:7 401:6 439:3

**things** 287:25 305:2 311:24 320:8 330:12 338:20 364:20 396:20 422:10 424:11 425:23 432:24 433:3 435:2 438:10 441:11 444:11,22 446:3,11

**thinking** 304:12 338:17 440:17

**Thompson** 312:8,9,16 322:15 425:22 426:21 429:8 437:20

**thought** 394:25

**threatened** 372:16 373:1,10,23 374:7

**three-piece** 427:13

**throw** 307:16

**thrown** 330:8

**thumb** 406:4

**tickets** 286:21

**Tiffany** 431:18

**time** 283:13,16 284:18 286:24 287:3 291:10 292:13,17,19,22,25 293:10,23 294:22,24 295:2,3,18,23 296:2,22 298:11 301:14,18,24 302:18 303:18 304:12,14 311:23 312:25 315:6,12 316:2 318:3 322:10,17 323:12,16 324:18 325:6 326:8,13,15 327:1 329:18 331:19 333:6 338:13,16 341:6 342:20 343:9,10 345:7,23 348:9,10, 13 349:22 350:3 354:12,14 357:24 359:12,16 361:9 364:2,18 381:9 382:21 383:9,24 384:14 388:2,17 391:9 394:17,21 397:2 398:15 400:1, 5 402:5,8 404:14 411:19 412:25 413:15,20 418:5 425:25 435:25 439:19 441:3 444:8,19 445:8 447:10 449:6

**timeline** 396:18

**times** 310:3 344:9 348:11 350:13 367:14,19

**Tinicum** 349:23

**tires** 321:18

**title** 300:20 301:2

**today** 283:9,14,23 284:15,17 285:1, 12,19 286:9,11,16 303:21 304:6 307:4 324:24 325:15 329:14 333:12 344:1 351:22 407:18 437:23 439:11 441:18 442:2

**Todd** 450:3

**toilet** 294:8

**told** 334:25 338:9 356:13 359:21,24 360:8 373:2,7,19 374:3 386:19 390:14

**tools** 380:20,25 433:18 434:7

**top** 352:18 356:16 366:9,20 408:14 410:20 411:11 413:8 427:6,24 428:5 431:5 442:15,16

**topic** 286:6 295:5,15 296:13 324:13

**total** 329:13

**touched** 287:3

**towed** 319:11 320:12

**township** 322:22 348:20 349:1,10, 23 350:25 351:12,20,25 352:15 353:9 355:13 358:2,3,14,18 360:4 362:12

365:21 372:1,3,7,11 373:5 392:22 401:11 408:21,23 409:8 414:20

**trailer** 379:4,6 383:15 384:2,7 403:3

**train** 331:16

**training** 289:8 331:2,3,14

**transcript** 283:20 284:6 323:21 423:11,12,14,18 449:24

**transferred** 299:22 300:20 338:14

**transpired** 394:12,21

**Transportation** 319:16

**transported** 308:4 393:8

**trash** 335:10

**travel** 302:9,11,12,16,20 444:17

**traveled** 302:13

**traveling** 437:24

**trays** 426:5

**treasure** 432:23

**treasures** 432:24

**tree** 317:15 385:14 389:9 390:9,10 430:23,25 434:20 448:9

**trees** 385:12,20 390:7 434:2

**trench** 331:18

**trespassing** 317:7 401:12

**trips** 286:22 321:19

**truck** 309:15 311:6 379:4,13 380:2,5, 7,14,20 384:8 388:18 392:15

**trucks** 387:2,4,24 389:11,13 390:3,6, 15

**true** 364:1 410:22 415:13 416:9

**trunk** 320:16 321:9,13

**Trust** 436:12,13,16,22 437:11

**truthfully** 285:14

**tube** 375:24,25

**turn** 334:9 338:8 344:8 372:15

**turned** 334:12 338:1,2,11 339:23,25 340:13,18 341:3 343:15 345:1 447:12

**TV** 428:22 439:13

**twisted** 440:21

**type** 297:5 311:4 331:14 333:4 351:14 360:4 361:1,5 367:23 379:6

383:5 430:1 433:24

**types** 401:8 438:16

---

### U

**Uh-huh** 284:13

**uh-uh** 284:13

**ultimately** 297:12 303:24 317:20 318:8

**unable** 424:18

**unclear** 398:14 401:6

**undergo** 412:15 413:3

**underline** 410:7

**underlined** 410:10

**underneath** 411:3 412:10,16 414:1, 22,25 416:18

**understand** 296:13,18 320:3,5 339:6,14 340:9 359:23 371:6 403:11 413:17 422:3 437:19 449:14

**understanding** 284:25 295:14 396:23 416:12

**understood** 336:4 351:16

**unit** 305:12 306:16 308:14 313:1 317:16 375:5

**United** 289:7,19 290:1,6,11,13 291:8 296:23 297:7,13 298:17 330:22 334:18 335:15

**units** 303:22,23 308:20,24,25 309:3, 5

**university** 288:13,22 331:8

**unlike** 323:14,24

**unloaded** 309:4

**unnamed** 443:22

**unquote** 363:16

**UPS** 341:24 342:7,9 343:7

**upstairs** 293:22,24,25 294:9,12 434:17

**utilities** 343:15 344:9

---

### V

**vacation** 360:11

**valued** 433:4 438:6

**valve** 415:8,17

**vehicle** 311:6 318:22,25 319:6,8,11, 15 385:2 389:21,22

**vehicles** 387:17

**verbally** 284:13

**versus** 390:7 408:16 420:11

**video** 284:15,16 427:2 430:6

**view** 307:25

**Villanova** 308:4 316:19 322:20 405:17 446:7

**Virginia** 302:14

**visa** 288:6,8

**visas** 296:24

**visible** 403:24

**visit** 290:18 330:16,18 445:16 446:10

**volcanic** 404:25

**volume** 308:1

---

### W

**wait** 299:11 363:5 379:21 390:5 391:18,23,25 409:18

**waiting** 362:8

**walk-in** 294:17,19

**walker** 370:14 375:7

**wall** 427:21 431:1 433:7

**wanted** 328:15 330:5 398:3 407:1 446:2

**wanting** 313:16

**warship** 430:4

**washer** 415:8,9,17

**washing** 338:21

**watch** 432:14 440:3,25

**watches** 432:9,10,17 435:8,20 436:8 437:12 438:1

**water** 334:12 338:2,7,11 339:4,16 340:12 363:23 364:2,5,9,12 372:15 415:1,9,14,16

**Wayne** 438:20,23

**wearing** 441:20

**website** 406:16

**week** 292:21 293:1 298:1

**weeks** 333:19

**weighed** 375:22

**west** 445:21,23

**Whelan** 285:22 314:15 316:9 323:2,6 324:1 325:19 385:17 408:2 417:4

**wherefore** 415:25

**white** 362:7 383:19 439:25 440:20

**wide** 430:24

**width** 441:5

**wife** 292:6 300:14

**window** 338:25 377:11,15 378:25 382:25 383:5,7 384:2,11 403:2,4,13, 24 428:15 430:15

**windows** 321:17 372:4

**woman** 369:13,15,22,23,24 373:9 443:22 444:5

**women** 371:15 395:19

**wood** 415:12 428:25 430:18,21 433:8 434:2 435:10 438:17

**word** 412:16 413:5,11,22,24 415:25 422:22

**words** 334:9 340:10 414:2 416:9

**work** 284:5 289:11 291:18 295:19 297:4,6 301:8,11 303:15,18 362:9 390:10,11

**worker** 371:16 395:19

**workers** 370:10 395:20 400:24

**working** 291:15 327:1 390:2 417:7

**workmen** 380:13

**worried** 335:20 404:17

**Wright** 353:25

**wrist** 362:23

**write** 310:15 341:8 347:18 348:8 350:18,21 353:7 356:5,17 358:6 359:15 360:15,19 361:10 367:4 370:11 432:6

**writing** 363:19 364:20 366:1,10 367:7,10 369:20 408:6 413:8 414:23

**written** 333:1 342:23 356:7 360:25
361:22 365:24 374:19 432:14

**wrong** 409:7,8,12,22 412:12,13
413:11 414:19

**wrote** 310:12 325:3 341:7 342:1,5,9
343:10 348:7 350:17,23 351:2,6,7,9
352:11,17,18 359:4,18,22 362:9,10,
15 363:4,8,11,12,22 364:7,14,16,18
365:9,13,15 366:20 367:6,19 368:22,
23 369:6,7,11,13 370:4,8,12 371:2
374:23 409:1,11,14,22 416:22

---

## Y

---

**year** 288:22 289:12,14 291:9,10
329:5 332:5 405:12 436:23

**yearly** 305:7

**years** 285:2 288:21 291:5,6 295:23
296:2 297:20 302:2 303:9 326:21
331:2 362:19 404:16 429:2,8 432:13
434:13 436:24 437:5,6,8

**York** 302:14

**young** 327:2 370:4

---

## Z

---

**zoom** 408:13