*Exhibit 45*

**Plaintiff's Handwritten Letter to Delaware County District Attorney Office**
**July 11, 2022**

DELAWARE COUNTY DISTRICT ATTORNEY OFFICE

07.11.2022

SIMONA OCKLEY NEGUT
416 S. ITHAN AVE.
VILLANOVA
PA 19085

My name is SIMONA OCKLEY NEGUT and I need to file a complaint with police regarding my experience from APRIL 21, 2022 when a police officer entered in my house ) and my family lived at this address from 1953. We have paid taxes in Radnor Townsip for almost 70 years.
On April 21, 2022 ) have called Emergency to be transported to the Bryn Mawr Hospital due to a leg injury.
The police officer enter in my house where ) reside and he ask me for my driving licence. ) ask him why you need my driving licence, this is not a traffic stop?
He said that he want to verify who ) am and take my driving licence to his car on the street. ) said that ) provide him pen

80   PLF-1088

and paper to write whatever he need from my driving licence, in my presence. in the house with me, there were two members of Bryn Mawr Ambulance and an old family friend to help me to go to The Bryn Mawr Hospital. The police officer ask my friend who he was and after I was removed on a stretcher from the house, he said that he should remove the car from the front door of the garage and live, even he supposed to close the back door of the house, the door in the garage, the garage door and set up the alarm. The police officer remain by itself in the house while everybody was leaving. On my driveway while I was transported to the Ambulance in the street (S. ithan Ave.) there where another two police cars and a township car, four more officers and a civil (code officer) walk into my house while the Ambulance took off.
I was in the process to sell and move items from my house for the purpose of selling my house.
When I have arrived to the Emergency Room, a nurse from the front desk said that a police officer told them that my ... is considered, and I am not

81  PLF-1089

allowed to return to my house. He created a scene for me to the Bryn Mawr Hospital acting this way. in the Emergency Room while I was in the excruciated pain a nurse gave me telephone number of Radnor Township Police. I have called immediately the Radnor Township Police and Oficer PINTO said that I should talk with code officer. The police officer that was on the premises by himself and later with another 5 officer, I consider he step his boundaries, abuse, take advantage that I was remove from the property as well our old friend that he supposed to secure the property while I was in the hospital. Nobody supposed to be in someone else property without their consent. The name of the Police officer is BATES Please review all these informations and take proper actions.

Now my house has signs of "house condemn[ed]" on the doors and I am not allowed to go in.
I am still recovering at Broomall Manor The Skilled Nursing Facility and later I have to go home when I am discharged from this Facillity. I have only clothing from hospital and I have to empty the house for buyer. When you move or sell items from a house of 70 years in Radnor Township of course it is crowded.