*<u>Exhibit 48</u>*

***Plaintiff's Second Handwritten Letter to Delaware County District Attorney Office
July 20, 2022***

Delaware County District Attorney Office
District Attorney
Mr. Jack Stollsteimer
201 W. Front St.
Media
PA 19063

07.20.2022

Dear Sir,

My name is Simona Ockley Negut and I am resident and owner of property located at 416 S. Ithana, Villanova, PA 19085. My family lived and pay taxes for this property since 1952. Currently I am in the skilled nursing facility Broomal Manor for phisical therapy due to a leg injury and surgery.

I just need to bring to your attention some of the situations that were created by different persons at different times, all these taking a toll on my health and wellbeeing.

On July 11, 2022, in the morning, you were in front of Delaware County Court attending to an event and you, looked with compation to a woman dressed with hospital clothing in a wheelchair crossing the street, coming to the court building.

That person was me, drag to the court by inconsiderate people, that their own interest in life is how to get rich quickly

"THAT DAY, JULY 11, 2022, I HAVE TO BE PRESENT IN COURT FOR A COMPLAINT, CIVIL CASE NO. CV-2022-004275. I HAVE TO MENTION THAT JUDGE HON. JOHN J. WHELAN WAS SO COMPATIONATE SAYING THAT HE HAS NEVER SEEN SUCH A SITUA.. IT IS A UNIQUE CASE."

"BEFORE I LEFT THE COURT BUILDING I WAS ADVISED TO FILE A COMPLAINT REGARDING RADNOR TOWNSHIP POLICE OFFICER, CODE OFFICER CONDUCT DATED APRIL 21, 2022 WITH DISTRICT ATTORNEY OFFICE. NEXT DAY, JULY 12, 2022 DETECTIVE MR. ROBERT LUTHGOE, CALLED ME ON MY CELL PHONE AND HE INFORMED ME THAT HE SUBMITTED OVER E-MAIL MY COMPLAINT TO RADNOR TOWNSHIP HEAD OF POLICE OFICER CHRISTOPHER FLANAGAN, SAYING THAT MY CASE IS NOT A CRIMINAL CASE, HE SAID THAT SOMEBODY WILL CONTACT ME.

FOR YOUR REVIEW I ATTACHED TO THIS LETTER
- COPY: CIVIL CASE: CV-2022-004275
- COPY: COMPLAINT REGARDING OFFICERS OF RADNOR TOWNSHIP
- COPY: COMPLAINT REGARDING ATTORNEY WITH OFFICE OF DISCIPLINARY COUNSEL

PLEASE DO NOT HESITATE TO CONTACT ME REGARDING THIS MATTER, SHOULD THERE BE ADDITIONAL SUPPORTING INFORMATIONS.
YOUR PROMT CONSIDERATION ON THIS MATTER IS APPRECIATED.

RESPECTFULLY YOURS,
SIMONA OCKLEY NEGUT
CELLPHONE NUMBER:
215-910-0892

PLF-1093