*Exhibit 49*

**Correspondence from Rockwell Glynn's counsel to Judge Dozer**
**August 12, 2022**

# LEE M. HERMAN, ESQUIRE
Attorney At Law
280 N. Providence Road, Suite 4
Media, PA 19063
(610) 891-6500
Efax: (215) 689-1930

August 12, 2022

VIA HAND DELIVERY

Honorable Barry C. Dozor
Judge, Court of Common Pleas of Delaware County
Courthouse, 201 W. Front Street
Media, PA 19063

RE: Rockwell Glenn, LP Vs. Simona Ockley
CV-2022-004275

Dear Judge Dozor,

    I represent plaintiff, Rockwell Glenn, LP in the above-captioned matter. I am in receipt of the Court's Order dated August 9, 2022 in response to Defendant's emergency petition. As the docket confirms, Defendant never served her emergency petition upon me or my client; as such, plaintiff had no knowledge of the petition, and had no opportunity to respond to the allegations of the emergency petition or otherwise object to the court's consideration of the pro-se litigant's untimely reconsideration request.

    I write advise the court aware of the recent developments and to request an immediate hearing on this matter:

1. Pursuant to Judge John J. Whelan's July 15, 2022 Order, Plaintiff recorded the Deed and as such Defendant Simona Ockley no longer owns of the property.

2. Thereafter, Plaintiff transferred title to the property to its intended purchaser, Jeffrey Brydzinski, who now owns the property and who has contracted with Plaintiff to demolish the home and build a new residence at the property.

3. Without the consent of the Plaintiff or the current owner, Defendant moved into the property. She removed the locks installed by the Township, tore down the township's Notice of Condemnation and Notice of Violation (despite the warning that anyone removing the notices will be prosecuted). Defendant caused PECO to terminate service under Mr. Brydzinski's name and to begin service in her own name She has advised Plaintiff that she intends to reside at the property until at least September, 1, 2022.

4. Defendant refused entry to Plaintiff, to Mr. Brydzinski and to inspectors who were required to report to Radnor Township prior to the issuance of a demolition permit.

PLF 0029

Hon. Barry C. Dozor
August 12, 2022
Page Two


*[handwritten annotation, partially illegible: "... TRUE ... / ... LOSING ... / ... AT MY OWN SAFETY"]*

As noted in Plaintiff's previously filed moving papers, Radnor Township condemned the home as unsafe for human habitation. We are concerned for Defendant's safety, as well as the ability to move forward with the planned demolition in early September 2022.

We respectfully request that the Court immediately schedule a hearing to confirm Defendant has no right or authority to move into or to occupy the condemned property, or to refuse access to the Plaintiff and/or the owner, and that Defendant's access is solely limited to recovery of any personal property. We further request that the Court vacate its Order and allow Plaintiff an opportunity to respond to Defendant's motion.

*[handwritten: "THEY DELAY ..."]*

Respectfully submitted,

Lee M. Herman

CC: Rockwell Glynn, J. Brydzinski, Kenneth Russell, Esquire (all vial email)
Simona Ockley via Priority First Class US Mail

PLF 0030

*[handwritten page number: 131]*