*Exhibit 54*

*Plaintiff's handwritten letter to Court
September 26, 2022*

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

RE: ROCKWELL GLYNN, LP
vs
SIMONA OCKLEY NEGUT
CIVIL CASE NO.
CV-2022-004275

HONORABLE JUDGE JOHN J. WHELAN,

I AM THE DEFENDANT SIMONA OCKLEY NEGUT IN THE CIVIL CASE NO: CV-2022-004275. AFTER HEARING, ON SEPTEMBER 09, 2022 YOU ORDERED THAT ALL MY PERSONAL PROPERTY FROM THE HOUSE LOCATED ON 416 S. ITHAN AVE, VILLANOVA, PA 19085 THAT WAS PLACED BY GREGORY LINGO THE PLANTIFF IN THE CIVIL CASE NO. CV-2022-004275 IN THREE PODS CONTAINER WILL BE AVAILABLE TO ME UNTIL SEPTEMBER 18, 2022.
ON SEPTEMBER 19, 2022 THE THREE PODS WILL BE REMOVED FROM THE PROPERTY AND PLACED AT THE PODS FACILITY LOCATE AT: 125 GREEN TREE ROAD, UNIT 40, PHOENIXVILLE, PA 19460
FROM SEPTEMBER 19, 2022 THROUGH OCTOBER 8, 2022 YOU ORDERED THAT I WILL BE ABLE TO RETRIEVE MY PERSONAL PROPERTY FROM THE THREE PODS STORED AT THE PODS FACILITY IN PHOENIXVILLE.
ON SEPTEMBER 24, 2022 WHEN I WENT TO THE PODS FACILITY TO RETRIEVE MY PERSONAL PROPERTY FROM THE THREE PODS, I WAS INFORMED THAT I WAS NOT

ALLOWED TO MOVE THE CONTENTS SINCE I DO NOT HAVE A PIN OF THE ACCOUNT OR ANSWER A SECRET QUESTION FOR SECURITY OF THE POD'S ACCOUNT CREATED ON AUGUST 30, 2022 BY THE PLAINTIFF GREGORY LINGO, ROCKWELL GLYNN, LP THE TIME IS PASSING AND I AM NOT ABLE TILL NOW TO RETREIVE MY PERSONAL PROPERTY FROM THE THREE PODS LOCATED AT THE PODS FACILITY IN PHOENIXVILLE. KINDLY PLEASE ASSIST ME IN OBTAINING THE PIN NUMBER AND THE SECURITY QUESTION OF THE POD'S ACCOUNT HOLDER NAME, SO MY BELONGINGS WILL NOT BE HOLD HOSTAGE TO ROCKWELL GLYN, LP, AND EXTEND THE DATE SINCE THE ACCESS OF THE THREE PODS IS PROHIBITED I HAVE TO MENTION THAT LEE M. HERMAN ATTORNEY FOR PLAINTIFF GREGORY LINGO IN THIS CIVIL CASE DELIVERED TO ME ONLY THE THREE KEYS FOR THE PODS THIS IS PROVEING MY CONTINUOS BATTLE IN OBTAINING MY PERSONAL PROPERTY FROM THE HOUSE THAT I SOLD TO GREGORY LINGO, PLAINTIFF IN THIS CIVIL CASE ON JULY 15, 2022 AND FURTHER MORE PLEASE ADVISE WHAT RIGHTS I HAVE IF THE ENTIRE CONTENT OF THE HOUSE IS NOT IN ALL THESE THREE PODS.

RESPECTFULLY
SIMONA OCKLEY NEGUT
SEPTEMBER 26, 2022

MEDIA INN AND SUITES
300 S. PROVIDENCE RD, RM 106
MEDIA PA 19063

ADM.
DELAWARE CO.
2002 SEP 26 PM 1:21