## Exhibit 55

*Plaintiff handwritten letter to Court*
*October 6, 2022*

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

RE: ROCKWELL GLYNN, LP.
       VS
SIMONA OCKLEY NEGUT
CV-2022-004275

[stamp: OCT -6 2022]

HONORABLE JUDGE JOHN J. WHELAN,

I AM THE DEFENDANT SIMONA OCKLEY NEGUT IN THE CIVIL CASE NO. CV-2022-004275. AFTER HEARING, ON SEPTEMBER 09, 2022, YOU ORDERED THAT ALL MY PERSONAL PROPERTY/CONTENTS OF MY HOUSE LOCATED ON 416 S. ITHAN AVE, VILLANOVA, PA 19085 THAT WAS PLACED BY THE PLAINTIFF GREGORY LINGO IN THREE PODS CONTAIN WITHOUT MY KNOWLEDGE, TO BE DEEMED ABANDONED AND MAY BE DISPOSED ~~BY~~ AFTER OCTOBER 08, 2022.

PER MY PREVIOUS CORRESPONDENCE DATED SEPTEMBER 26, 2022 WHEN I INFORMED YOU OF THE HURDLES I HAVE ENCOUNTERED IN OBTAINING MY BELONGINGS FROM THE THREE PODS PROVIDED BY THE PLAINTIFF.

I HAVE MADE SEVERAL ATTEMPTS TO ARRANGE RETRIEVAL AND REMOVAL OF MY PROPERTY WITHOUT SUCCESS. ON OCTOBER 05, 2022, PLAINTIFF'S ATTORNEY, LEE HERMAN CONTACTED ME VIA PHONE AND UPON MY

PLF 0129

1

REQUEST TO PROVIDE THE PODS ACCOUNT PIN NUMBER AND/OR THE ANSWER OF THE SECRET QUESTION OF THE PLAINTIFF' ACCOUNT WITH PODS COMPANY.

THE RESPONSE OF THE PLAINTIFF'S ATTORNEY LEE HERMAN WAS VAGUE AND PRIOR TO ENDING THE CALL HE MENTIONED TRANSFERRING THE POD'S ACCOUNT AND ASSOCIATED CHARGES TO MY SELF.

PLEASE INTERVENE IN ASSISTING ME IN THE RECOVERY OF MY BELONGINGS FROM MY HOUSE THAT WAS SOLD TO PLAINTIFF GREGORY LINGO ON JULY 15, 2022 WHO CONTINUOUSLY SEEMS TO CREATE BARRIER AFTER BARRIER FROM THE DATE OF SETTLEMENT TILL NOW.

FROM THE FEW GLANCES I HAVE HAD IT IS QUITE OBVIOUS ALL OF THE CONTENTS OF MY HOME ARE NOT IN THE PODS AND I AM STILL AT THE MERCY OF PLAINTIFF GREGORY LINGO TO RETRIVE WHATEVER ITEMS ARE REMAINIG IN THE PODS WITHOUT PROPER ACCESS.

IT APPEARS AS THOUGH HE IS INTENTIONALLY PREVENTING

ME AND FORCEING ME TO MISS THE DEADLINE OF OCTOBER 08, 2022 ORDERED BY YOU, YOUR HONOR JUDGE JOHN J. WHELAN.

2) SINCERELY HOPE YOU WILL ASSIST ME IN THIS MATTER!

PLEASE UNDERSTAND THAT MY PERSONAL DOCUMENTS INCLUDING MY BIRTH CERTIFICATE, PASSPORT, CITIZENSHIP AMONG FAMILY HEIRLOOM ARE AT STAKE OF BEEING DISPOSSED OF IF THE PLAINTIFF GREGORY LINGO WAS HONEST AND UPRIGHT IN PUTTING <u>ALL OF MY</u> POSSESSIONS IN THE PODS

PLEASE HONORABLE JUDGE JOHN J. WHELAN ASSIST ME IN THIS NEVER ENDING NIGHTMARE AND PROVIDE ME WITH JUSTICE.

LET ME REMIND YOU THAT I WAS APPROACHED BY THE PLAINTIFF GREGORY LINGO IN MY HOSPITAL ROOM WHILE UNDER MEDICATION TO SIGN DOCUMENT WHICH ADVANCED THE SETTLEMENT DATE, BARRICADED AND LOCKED ME OUT OF MY HOME, BEEING PHYSICALLY REMOVED FROM MY HOME FORCED TO UNDERGO UNNECESSARY MENTAL EVALUATION AT CROZER MENTAL HEALTH HOSPITAL, ARRESTED AND INCARCERATED FOR TWENTY ONE (21)

PLF 0131

3

DAYS WHILE DISREGARDING YOUR ORDER AND ALSO THE EMERGENCY ORDER OF HONORABLE JUDGE BARRY C. DOZOR AND BEING RESPONSIBLE OF MY CONTENTS OF MY HOME AND PLACING IN THREE PODS.

ANY ASSISTANCE YOU MAY PROVIDE WITH RECOVERY OF MY PERSONAL PROPERTY WOULD BE GREATLY APPRECIA

RESPECTFULLY,
SIMONA OCKLEY NEGUT
OCTOBER 06, 2022

MEDIA INN AND SUITES
300 S. PROVIDENCE RD, ROOM 106
MEDIA
PA 19063

TEL. 215-910-0892

PLF 01324