IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| RADNOR TOWNSHIP, et. al. | : | NO. 24-4070 |
| | : | |

## ORDER

AND NOW, this 5th day of August, 2025, upon consideration of the Motion of Defendants Township of Radnor, Jennifer Cocco, Joseph Pinto, Brady McHale and Brian Brown ("Defendants") to File a Reply Brief in Support of their Motion for Summary Judgment (the "Motion"), it is hereby ORDERED that the Motion is GRANTED IN PART. Defendants are permitted to file a Reply Brief in further Support of their Motion for Summary Judgment within fourteen days of the date of this order as to only the first and third issues identified in their Memorandum of Law in support of the Motion. (*See*: Dkt. #39-2)[1] This Reply Brief may not exceed five pages.

BY THE COURT:

GAIL A. WEILHEIMER    J.

---

[1] The issue of qualified immunity, the second issue for which Defendants sought leave to reply, was argued in Defendants' affirmative brief fulsomely. Because the Court does not believe further briefing on that issue will be useful to the Court, the Motion is denied as to that issue.