IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMONA OCKLEY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| RADNOR TOWNSHIP, et. al. | : | NO. 24-4070 |
| | : | |

## ORDER

AND NOW, this 7th day of August, 2025, upon consideration of the Motion of Plaintiff Simona Ockley ("Plaintiff") Amend/Correct her Response in Opposition to Defendants' Motion for Summary Judgment (the "Motion" at Dkt. #42), it is hereby ORDERED that the Motion is GRANTED. Plaintiff's attachment is deemed filed and the Court will consider the arguments raised by Plaintiff therein. It is FURTHER ORDERED that Defendants Township of Radnor, Jennifer Cocco, Joseph Pinto, Brady McHale and Brian Brown, who were previously given leave to reply, will now have until August 22, 2025 to file their Reply, to account for the additional briefing permitted to Plaintiff.

BY THE COURT:

_____
GAIL A. WEILHEIMER      J.