# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **SIMONA OCKLEY,**  *Plaintiff,*  v.  **TOWNSHIP OF RADNOR, PENNSYLVANIA, et al.,**  *Defendants.* | **CIVIL ACTION NO: 2:24-cv-4070-GAW** |

# ORDER

AND NOW, this _____ day of _____, 2025, in consideration of Plaintiff, Simona Ockley's Motion to file a Sur-Reply Brief in opposition to Defendants, Radnor Township, Jennifer Cocco, Joseph Pinto Brady McHale and Brian Brown's, Reply Brief in Support of their Motion for Summary Judgment, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**.

_____
**HONORABLE GAIL A. WEILHEIMER**
**UNITED STATES DISTRICT COURT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| SIMONA OCKLEY,<br><br>*Plaintiff,*<br><br>v.<br><br>TOWNSHIP OF RADNOR, PENNSYLVANIA, et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO: 2:24-cv-4070-GAW |

**MOTION OF PLAINTIFF, SIMONA OCKLEY, FOR PERMISSION TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO DEFENDANTS, TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE AND BRIAN BROWN's, REPLY BRIEF TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying Brief, Plaintiff, Simona Ockley, respectfully requests permission to file a sur-reply in opposition to Defendants, Township of Radnor, Jennifer Cocco, Joseph Pinto Brady McHale and Brian Brown's Reply Brief in Support of their Motion for Summary Judgment.

**WHEREFORE**, Moving Plaintiff respectfully requests that this Honorable Court grant her Motion for Permission to File a Sur-Reply Brief and enter the Order attached hereto.

SCHROM, SHAFFER & BOTEL, P.C.

*/s/ Gerard K. Schrom*
Gerard K. Schrom, Esquire
Attorney I.D. No: 39282
Neil E. Botel, Esquire
Attorney I.D. No: 84953
4 West Front Street
Media, PA 19063
Phone: (610) 565-5050
Fax:    (610) 565-2980
Email: gschrom@schromandhaffer.com
          nbotel@schromandshaffer.com
*Attorney for Plaintiff Simona Ockley*

Date:  **August 22, 2025**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY,<br><br>                *Plaintiff,*<br><br>v.<br><br>TOWNSHIP OF RADNOR,<br>PENNSYLVANIA, et al.,<br><br>                *Defendants.* | CIVIL ACTION<br>NO: 2:24-cv-4070-GAW |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF PLAINTIFF TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO DEFENDANTS, TOWNSHIP OF RADNOR, JENNIFER COCCO, JOSEPH PINTO, BRADY MCHALE AND BRIAN BROWN'S, REPLY BRIEF**

Plaintiff respectfully requests this Honorable Court permit Plaintiff to file a sur-reply to Defendants', Radnor Township Defendants, Township of Radnor, Jennifer Cocco, Joseph Pinto Brady McHale and Brian Brown's, Reply Brief to Plaintiff's Brief In Opposition to Motion for Summary Judgment, based upon need to more fully address and distinguish the approximately twelve (12) rebuttal cases cited by Defendants in that Brief regarding the following issues:

1. Whether Radnor Township Defendants has incorrectly stated they cannot be held liable for a "wrongful [302] commitment" where they allege it was " supported by probable cause".

2. Whether the individual Defendants are entitled to qualified immunity.

3. Whether Defendants' reliance on *Monell* liability fails to state the correct standard and factual predicates for "single incident" Fourth Amendment liability in light of the Supreme Court's holding in *City of Canton v. Harris* 489 U.S. 378 , 109 S. Ct. 1197, (1989). and its progeny.

Plaintiffs believe that the arguments raised by the Defendants Brief require additional specific enumeration that will assist the Court in reaching a decision. WHEREFORE, Moving Plaintiffs respectfully request that this Honorable Court grant he Motion for Permission to File a Sur-Reply Brief in conformity with the issues stated herein above.

                                                **SCHROM, SHAFFER & BOTEL, P.C.**

                                                */s/ Gerard K. Schrom*
                                                Gerard K. Schrom, Esquire
                                                Attorney I.D. No: 39282
                                                Neil E. Botel, Esquire
                                                Attorney I.D. No: 84953
                                                4 West Front Street
                                                Media, PA 19063
                                                Phone: (610) 565-5050
                                                Fax:    (610) 565-2980
                                                Email: gschrom@schromandhaffer.com
                                                            nbotel@schromandshaffer.com
**Date:  August 22, 2025**                       *Attorney for Plaintiff Simona Ockley*

# CERTIFICATE OF SERVICE

I, Gerard K. Schrom, Esquire, hereby certifies that on this 21st day of August 2025, I caused a true and correct copy of the foregoing ***Motion to file Sur-Reply to Defendants' Reply to Plaintiff's Opposition to Summary Judgment*** was filed with the Clerk via CM/ECF filing system which generates a Notice of Filing to all counsel of record listed below:

| | |
|---|---|
| John P. Gonzales, Esquire<br>jpgonzales@mdwcg.com<br>**Marshall, Dennehey, Warner Coleman & Goggin, P.C.**<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>*Attorney for Defendants, Radnor Township, Officer Jennefer Cocco, Lieutenant Joseph Pinto, Officer Brian Brown and Officer McHale* | Todd Bartos, Esquire<br>tb@sprucelaw.com<br>**Spruce Law Group, LLC**<br>1622 Spruce Street<br>Philadelphia, PA 19103<br>*Attorney for Defendants, Rockwell Glynn, Gregory Lingo, Jeffrey Brydzinski and Tyler Prete* |

**SCHROM, SHAFFER & BOTEL, P.C.**

*/s/ Gerard K. Schrom*
Gerard K. Schrom, Esquire
*Attorney for Plaintiff*

Date: **August 22, 2025**