IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| RADNOR TOWNSHIP, et. al. | : NO. 24-4070 |
| | : |

## ORDER

AND NOW, this 25th day of August, 2025, upon consideration of the Motion of Plaintiff Simona Ockley to File a Sur-Reply Brief (Dkt. #46) it is hereby ORDERED that the Motion is GRANTED IN PART. Plaintiff is permitted to file a Sur-Reply addressing only whether Radnor Township Defendants have incorrectly stated they cannot be held liable for a wrongful § 302 Commitment where they allege it was supported by probable cause. The Sur-Reply may not address whether probable cause for the § 302 Commitment existed, as that issue has already been briefed extensively. The Sur-Reply may not exceed three pages and may be filed no later than September 2, 2025.

BY THE COURT:

_____
GAIL A. WEILHEIMER        J.