

Gerard K. Schrom, Esquire
4 West Front Street
Media, PA 19063-3306
Phone:   (610) 565-5050
Direct Dial: (610) 247-0303
Fax: (610) 565-2980)
gschrom@schromandshaffer.com

**September 25, 2025**

**VIA ECF and EMAIL: Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov**

The Honorable Gail Weilheimer
7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:**   *Simona Ockley v. Radnor Township, et al.*
          **USDC for the Eastern District of Pennsylvania; No: 2:24-cv-04070**

Dear Judge Weilheimer:

      Please be advised that our office represents the Plaintiff in the above-captioned matter. After a recent meeting with all counsel, the parties are interested in having a mediation with a Magistrate Judge.

      We are making a joint request for a Magistrate Judge to be assigned to the matter who can conduct same.

      Thank you for your consideration in this matter.

                    Respectfully submitted,
                    **SCHROM, SHAFFER & BOTEL, P.C.**

                    Gerard K. Schrom, Esquire

GKS/ecm
Enclosures
cc:     John P. Gonzales, Esquire (w/enclosures) (via ecf and email only:jpgonzales@mdwcg.com
        Todd Bartos, Esquire (w/enclosures) (via ecf and email only: tb@sprucelaw.com)