IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| RADNOR TOWNSHIP, et. al. | : NO. 24-4070 |
| | : |

### ORDER

AND NOW, this 29th day of September, 2025, upon consideration of the Motions for Summary Judgment filed by: 1) Defendants Radnor Township, Jennifer Cocco, Joseph Pinto, Brady McHale, and Brian Brown at Dkt. #32 and 2) Defendants Rockwell Glynn, LP, Jeffrey Brydzinski, and Tyler Prete at Dkt. #33, and Plaintiffs responses thereto, it is hereby ORDERED that the Motions are GRANTED. Judgment as a matter of law is hereby ENTERED in favor of all defendants and Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
GAIL A. WEILHEIMER        J.