# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OCKLEY<br><br>*Plaintiff*,<br><br>vs.<br><br>TOWNSHIP OF RADNOR, PENNSYLVANIA- and-JENNIFER COCCO -and-JOSEPH PINTO -and-BRADY MCHALE -and-BRIAN BROWN-and-JEFFREY BRYDZINSKI-and-TYLER PRETE-and-ROCKWELL-GLYNN, LP,<br><br>*Defendants*. | CIVIL ACTION NO: 2:24-cv-0470-GAW |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Simona Ockley in the above-captioned matter hereby appeal to the United States Court of Appeals for the Third Circuit from the Order dated and entered on September 30, 2025, and Memorandum of Law dated and entered on September 30, 2025, granting Defendants' Motions for Summary Judgment, and dismissing Plaintiff's Complaint with prejudice.

Respectfully submitted:

/s/ *Neil E. Botel*
Neil E. Botel, Esquire
Atty I.D. No: 84953
LAW OFFICE OF NEIL E. BOTEL
P.O. BOX 651
MEDIA, PA 19063
PHONE: (215) 796-4000
EMAIL: nbotelaw@gmail.com

**Dated: October 27, 2025**

# CERTIFICATE OF SERVICE

I, Gerard K. Schrom, Esquire, hereby certifies that on this 28th day of October 2025, I caused a true and correct copy of the foregoing: *Plaintiff's Notice of Appeal,* was filed with the Clerk via CM/ECF filing system which generates a Notice of Filing to all counsel of record listed and served on all the following parties as indicated below:

**VIA U.S. First Class Mail:**
The Honorable Gail Weilheimer
United States District Court for the Eastern District of Pennsylvania
7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

| **VIA Email Only:** | **Via Email Only:** |
|---|---|
| John P. Gonzales, Esquire | Todd Bartos, Esquire |
| jpgonzales@mdwcg.com | tb@sprucelaw.com |
| **Marshall, Dennehey, Warner Coleman & Goggin, P.C.** | **Spruce Law Group, LLC** |
| 2000 Market Street, Suite 2300 | 1622 Spruce Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| *Attorney for Defendants, Radnor Township, Officer Jennefer Cocco, Lieutenant Joseph Pinto, Officer Brian Brown and Officer McHale* | *Attorney for Defendants, Rockwell Glynn, Gregory Lingo, Jeffrey Brydzinski and Tyler Prete* |

LAW OFFICE OF NEIL E. BOTEL

BY:  */s/ Neil E. Botel*
      Neil E. Botel, Esquire
      *Attorney for Plaintiff*

Date:  **October 27, 2025**