**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYVLANIA**

| | |
|---|---|
| SIMONA OCKLEY<br><br>                   *Plaintiff,*<br>    vs.<br><br>TOWNSHIP OF RADNOR,<br>PENNSYLVANIA-and-JENNIFER COCCO -<br>and-JOSEPH PINTO<br>-and-BRADY MCHALE -and-BRIAN<br>BROWN-and-JEFFREY BRYDZINSKI-and-<br>TYLER PRETE-and-ROCKWELL-GLYNN,<br>LP,<br><br><br>                *Defendants.* | **CIVIL ACTION NO: 2:24-cv-0470-GAW** |

## <u>PRAECIPE TO ATTACH AMENDED CERTIFICATE OF SERVICE</u>
## <u>TO PLAINTIFF'S NOTICE OF APPEAL</u>

TO THE CLERK OF COURT:

Kindly attach the Amended Certificate of Service to Plaintiff's Notice of Appeal, ECF No.

52, which is attached hereto as Exhibit A.

                                    Respectfully submitted:

                                    /s/ *Neil E. Botel*
                                    Neil E. Botel, Esquire
                                    Atty I.D. No: 84953
                                    LAW OFFICE OF NEIL E. BOTEL
                                    P.O. BOX 651
                                    MEDIA, PA 19063
                                    PHONE: (215) 796-4000
                                    EMAIL: nbotelaw@gmail.com

**Dated: <u>October 28, 2025</u>**

## CERTIFICATE OF SERVICE

I, Neil E. Botel, Esquire, hereby certifies that on this 28th day of October 2025, I caused a true and correct copy of the foregoing*: Praecipe to Attach Amended Certificate of Service to Plaintiff's Notice of Appeal ECF No. 52,* was filed with the Clerk via CM/ECF filing system which generates a Notice of Filing to all counsel of record listed and served on all the following parties as indicated below:

**VIA U.S. First Class Mail:**
The Honorable Gail Weilheimer
United States District Court for the Eastern District of Pennsylvania
7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

<table>
<tr>
<td>

**VIA Email Only:**
John P. Gonzales, Esquire
jpgonzales@mdwcg.com
**Marshall, Dennehey, Warner Coleman & Goggin, P.C.**
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Attorney for Defendants, Radnor Township, Officer Jennefer Cocco, Lieutenant Joseph Pinto, Officer Brian Brown and Officer McHale*

</td>
<td>

**Via Email Only:**
Todd Bartos, Esquire
tb@sprucelaw.com
**Spruce Law Group, LLC**
1622 Spruce Street
Philadelphia, PA 19103
*Attorney for Defendants, Rockwell Glynn, Gregory Lingo, Jeffrey Brydzinski and Tyler Prete*

</td>
</tr>
</table>

LAW OFFICE OF NEIL E. BOTEL

BY: */s/ Neil E. Botel*
Neil E. Botel, Esquire
*Attorney for Plaintiff*

**Date: October 28, 2025**

# Exhibit A

## AMENDED CERTIFICATE OF SERVICE

I, Neil E. Botel, Esquire, hereby certifies that on this 28th day of October 2025, I caused a

true and correct copy of the foregoing: *Plaintiff's Notice of Appeal,* was filed with the Clerk via

CM/ECF filing system which generates a Notice of Filing to all counsel of record listed and served

on all the following parties as indicated below:

### VIA U.S. First Class Mail:
The Honorable Gail Weilheimer
United States District Court for the Eastern District of Pennsylvania
7614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

| **VIA Email Only:** | **Via Email Only:** |
|---|---|
| John P. Gonzales, Esquire | Todd Bartos, Esquire |
| jpgonzales@mdwcg.com | tb@sprucelaw.com |
| **Marshall, Dennehey, Warner Coleman & Goggin, P.C.** | **Spruce Law Group, LLC** |
| 2000 Market Street, Suite 2300 | 1622 Spruce Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| *Attorney for Defendants, Radnor Township, Officer Jennefer Cocco, Lieutenant Joseph Pinto, Officer Brian Brown and Officer McHale* | *Attorney for Defendants, Rockwell Glynn, Gregory Lingo, Jeffrey Brydzinski and Tyler Prete* |

LAW OFFICE OF NEIL E. BOTEL

BY:  /s/ Neil E. Botel
Neil E. Botel, Esquire
*Attorney for Plaintiff*

Date:  **October 28, 2025**