# UNITED STATES DISTRICT COURT

for the  Eastern District of Pennsylvania

SIMONA OCKLEY

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | Case No.:  24-4070 |
| | ) | |
| RADNOR TOWNSHIP, et al. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___9/29/2025___ against __Plaintiff, Simona Ockley__ ,
                    _Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 8,513.90 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,133.16 |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 51.17 |
|  FedEx $36.17 / Rapid Delivery Service $15.00 | |

TOTAL   $   10,698.23

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

  I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[X] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

  s/ Attorney: _____

   Name of Attorney: John P. Gonzales

For: Defendants, Township of Radnor, Jennifer Cocco, Joseph Pinto, Bradley McHale and Brian Brown  Date: _11/13/2025_
      *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

      By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

# United States District Court

## Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.**
2000 Market Street
Suite 2300
Philadelphia, PA 19103



# Statement of Account
## as of November 11th, 2025

**Steno**
PO BOX 22637
Pasadena, CA 91185-2637
(888) 496-9330
ar@steno.com

**View & pay invoices**

### SIMONA OCKLEY v TOWNSHIP OF RADNOR, PENNSYLVANIA, ET AL — 2:24-cv-0470-GAW
Philadelphia, PA

| Job | Invoice ID | Ordered by | Date | Due date | Due | Paid | Amount due |
|---|---|---|---|---|---|---|---|
| Depo — KEVIN W. KOCHANSKI | 1740432 | John P. Gonzales | 6/9/25 | 7/9/25 | 1,063.55 | 1,063.55 | 0.00 |
| Depo — SERGEANT MICHAEL FISCHER | 1713268 | John P. Gonzales | 5/29/25 | 6/28/25 | 795.00 | 795.00 | 0.00 |
| Depo — LIEUTENANT JOSEPH PINTO | 1713262 | John P. Gonzales | 5/29/25 | 6/28/25 | 1,276.45 | 1,276.45 | 0.00 |
| Depo — JEFFREY BRYDZINSKI | 1596358 | John P. Gonzales | 4/11/25 | 5/11/25 | 1,863.55 | 1,863.55 | 0.00 |
| Depo — LUKE ATTANASI | 1581736 | John P. Gonzales | 4/7/25 | 5/7/25 | 737.50 | 737.50 | 0.00 |
| Depo — GREGORY LINGO | 1581730 | John P. Gonzales | 4/7/25 | 5/7/25 | 1,056.40 | 1,056.40 | 0.00 |
| Depo — OFFICER JENNIFER COCCO | 1579085 | John P. Gonzales | 4/4/25 | 5/5/25 | 1,087.35 | 1,087.35 | 0.00 |
| Depo — OFFICER BRIAN BROWN | 1577232 | John P. Gonzales | 4/3/25 | 5/3/25 | 634.10 | 634.10 | 0.00 |

|  |  |  |  |  |  |  | 0.00 |

1601 Market Street
Philadelphia, PA 19103



REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

REFER TO
INVOICE NUMBER

**78994001**

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 12/31/2024 | RECORDS LOCATION DELAWARE COUNTY OFFICE OF SERVICES FOR THE AGING | PAGES 54 | ORDER NO. 78994-L6-C0 |

**Payment Due Upon Receipt**

DOL:00/00/0000          RECORDS

**Return Invoice with Check Payable to: MCS**

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300
PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| IMAGE RATE | 54 | 13.50 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

|  |  |
|---|---|
| SUB TOTAL | 86.00 |
| TAX | 0.00 |
| AMOUNT PAID | (86) |

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

| AMOUNT DUE | 0.00 |
|---|---|

1601 Market Street
Philadelphia, PA 19103



**MCS GROUP**

REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 01/13/2025 | RECORDS LOCATION BRYN MAWR HOSPITAL - MAIN LINE HEALTH | PAGES 14 | ORDER NO. 78994-L4-C0 |

| | | Payment Due Upon Receipt |
|---|---|---|
| DOL:00/00/0000 | BILLING STATEMENTS | Return Invoice with Check Payable to: MCS |

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| CUSTODIAL FEE-RECORDS | 1 | 55.29 |
| UPLOAD CHARGE | 1 | 10.00 |
| IMAGE RATE | 14 | 3.50 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

| | |
|---|---|
| SUB TOTAL | 131.29 |
| TAX | 0.00 |
| AMOUNT PAID | (131.29) |
| AMOUNT DUE | 0.00 |

1601 Market Street
Philadelphia, PA 19103



REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

REFER TO
INVOICE NUMBER

78994003

| DATE ORDERED<br>01/02/2025 | RECORDS PERTAIN TO<br>SIMONA OCKLEY | COPIES ORDERED<br>1 | TYPE OF REQUEST<br>*  SEE BELOW |
|---|---|---|---|
| DATE COMPLETED<br>02/06/2025 | RECORDS LOCATION<br>BROOMALL MANOR | PAGES<br>1384 | ORDER NO.<br>78994-L11-C0 |

**Payment Due Upon Receipt**

**Return Invoice with Check Payable to: MCS**

DOL:00/00/0000            NURSING HOME

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| IMAGE RATE | 1384 | 346.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

|  |  |
|---|---|
| SUB TOTAL | 418.50 |
| TAX | 0.00 |
| AMOUNT PAID | (418.5) |
| AMOUNT DUE | 0.00 |

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900



1601 Market Street
Philadelphia, PA 19103

REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 02/07/2025 | RECORDS LOCATION BRYN MAWR HOSPITAL – MAIN LINE HEALTH | PAGES 822 | ORDER NO. 78994-L3-C0 |
| | | Payment Due Upon Receipt | |
| | | Return Invoice with Check Payable to: MCS | |

DOL:00/00/0000          MEDICAL RECORDS

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| CUSTODIAL FEE-RECORDS | 1 | 55.29 |
| UPLOAD CHARGE | 1 | 10.00 |
| IMAGE RATE | 822 | 205.50 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

| | |
|---|---|
| SUB TOTAL | 333.29 |
| TAX | 0.00 |
| AMOUNT PAID | (333.29) |
| AMOUNT DUE | 0.00 |

Claim No:009196-005626BG-01
BILLING INQUIRIES ONLY: (215) 246-0900

1601 Market Street
Philadelphia, PA 19103



REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED 01/02/2025 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 02/20/2025 | RECORDS LOCATION NOVACARE REHABILITATION – SPRINGFIELD | PAGES 176 | ORDER NO. 78994-L12-C0 |

| | | Payment Due Upon Receipt |
|---|---|---|
| DOL:00/00/0000 | MEDICAL RECORDS & BILLING | Return Invoice with Check Payable to: MCS |

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| CUSTODIAL FEE-RECORDS | 1 | 257.67 |
| UPLOAD CHARGE | 1 | 10.00 |
| IMAGE RATE | 176 | 44.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

|  |  |
|---|---|
| SUB TOTAL | 374.17 |
| TAX | 0.00 |
| AMOUNT PAID | (374.17) |
| AMOUNT DUE | 0.00 |

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

1601 Market Street
Philadelphia, PA 19103



The MCS Group, Inc.

REPRINT

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 02/24/2025 | RECORDS LOCATION CROZER CHESTER MEDICAL CENTER c/o MORGAN RECORDS MANAGEMENT | PAGES 3 | ORDER NO. 78994-L1-C0 |

**Payment Due Upon Receipt**

**Return Invoice with Check Payable to: MCS**

DOL:00/00/0000    PATHOLOGY REPORTS ONLY

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |
| IMAGE RATE | 3 | 0.75 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

| | |
|---|---|
| SUB TOTAL | 73.25 |
| TAX | 0.00 |
| AMOUNT PAID | (73.25) |

Claim No:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

AMOUNT DUE    0.00



The MCS Group, Inc.

1601 Market Street
Philadelphia, PA 19103

REPRINT

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 03/13/2025 | RECORDS LOCATION CROZER CHESTER MEDICAL CENTER c/o MORGAN RECORDS MANAGEMENT | PAGES 4 | ORDER NO. 78994-L2-C0 |

**Payment Due Upon Receipt**

DOL:00/00/0000          BILLING STATEMENTS

**Return Invoice with Check Payable to: MCS**

Requested By:
GONZALE4B4

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| CUSTODIAL FEE-RECORDS | 1 | 35.00 |
| IMAGE RATE | 4 | 1.00 |
| PHONE CALLS/FAXES/FOLLOW-UP | 24 | 24.00 |
| RESEARCH | 1 | 10.00 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

| | |
|---|---|
| SUB TOTAL | 142.50 |
| TAX | 0.00 |
| AMOUNT PAID | (142.5) |

Claim No:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

| | |
|---|---|
| AMOUNT DUE | 0.00 |

1601 Market Street
Philadelphia, PA 19103

 REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 04/14/2025 | RECORDS LOCATION GEORGE W. HILL CORRECTIONAL FA | PAGES 128 | ORDER NO. 78994-L10-C0 |
| | | **Payment Due Upon Receipt** | |
| | | **Return Invoice with Check Payable to: MCS** | |

DOL:00/00/0000        RECORDS

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| IMAGE RATE | 128 | 32.00 |
| PHONE CALLS/FAXES/FOLLOW-UP | 8 | 8.00 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

| | |
|---|---|
| SUB TOTAL | 112.50 |
| TAX | 0.00 |
| AMOUNT PAID | (112.5) |
| AMOUNT DUE | 0.00 |

Claim No:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900



1601 Market Street
Philadelphia, PA 19103

REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 06/10/2025 | RECORDS LOCATION RADNOR FIRE COMPANY, AMBULANCE | PAGES 2 | ORDER NO. 78994-L5-C0 |

DOL:00/00/0000          EMS RECORDS

**Payment Due Upon Receipt**

**Return Invoice with Check Payable to: MCS**

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300
PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| IMAGE RATE | 2 | 0.50 |
| PHONE CALLS/FAXES/FOLLOW-UP | 1 | 1.00 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.

TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

| | |
|---|---|
| SUB TOTAL | 74.00 |
| TAX | 0 |
| AMOUNT DUE | 74.00 |

# PAST DUE



The MCS Group, Inc.

1601 Market Street
Philadelphia, PA 19103

REPRINT

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 06/23/2025 | RECORDS LOCATION CROZER CHESTER MEDICAL CENTER c/o MORGAN RECORDS MANAGEMENT | PAGES 72 | ORDER NO. 78994-L1-C0 |

DOL:00/00/0000    MEDICAL RECORDS

Payment Due Upon Receipt

Return Invoice with Check Payable to: MCS

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300
PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| CUSTODIAL FEE-RECORDS | 1 | 171.66 |
| IMAGE RATE | 72 | 18.00 |
| PHONE CALLS/FAXES/FOLLOW-UP | 3 | 3.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

| | |
|---|---|
| SUB TOTAL | 202.66 |
| TAX | 0 |
| AMOUNT DUE | 202.66 |

# PAST DUE

1601 Market Street
Philadelphia, PA 19103



REPRINT

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 06/23/2025 | RECORDS LOCATION MONTGOMERY COUNTY AGING DEPARTMENT | PAGES 2 | ORDER NO. 78994-L7-C0 |

**Payment Due Upon Receipt**

**Return Invoice with Check Payable to: MCS**

DOL:00/00/0000          NO RECORDS STATEMENT

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300

PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| IMAGE RATE | 2 | 0.50 |
| PHONE CALLS/FAXES/FOLLOW-UP | 14 | 14.00 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

| | |
|---|---|
| SUB TOTAL | 87.00 |
| TAX | 0.00 |
| AMOUNT PAID | (87) |
| AMOUNT DUE | 0.00 |

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900



1601 Market Street
Philadelphia, PA 19103

REPRINT

**The MCS Group, Inc.**

IRS NO. 23-2146815

| DATE ORDERED 12/17/2024 | RECORDS PERTAIN TO SIMONA OCKLEY | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 09/30/2025 | RECORDS LOCATION BRYN MAWR FIRE COMPANY | PAGES 2 | ORDER NO. 78994-L9-C0 |

**Payment Due Upon Receipt**

DOL:00/00/0000          NO RECORDS STATEMENT

**Return Invoice with Check Payable to: MCS**

Requested By:
GONZALE484

JOHN P. GONZALES, ESQ.
2000 MARKET STREET
SUITE 2300
PHILADELPHIA , PA 19103

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 47.50 |
| IMAGE RATE | 2 | 0.50 |
| PHONE CALLS/FAXES/FOLLOW-UP | 5 | 5.00 |
| RESEARCH | 2 | 20.00 |
| SUBPOENA PREP/COUNSEL NOTICE | 1 | 15.00 |
| UPLOAD CHARGE | 1 | 10.00 |

Case:SIMONA OCKLEY VS.
TOWNSHIP OF RADNORK, ET AL

File No.:42003.00165

Bill To: 0099935
GALLAGHER BASSETT SERVICES
EILEEN CARROLL
P.O. BOX 2934

CLINTON , IA 52733

| | |
|---|---|
| SUB TOTAL | 98.00 |
| TAX | 0 |

Claim No.:009196-005626BG-01

BILLING INQUIRIES ONLY: (215) 246-0900

| AMOUNT DUE | 98.00 |
|---|---|



<u>Scheduled</u>
<u>Driver Assigned</u>
<u>Pickup Complete</u>
<u>Delivery Complete</u>

**Order Status:**

| Location | Time | Time Zone | Details |
|---|---|---|---|
| Philadelphia,PA | 8/6/2025 12:12:00 PM | EST | Shipment completed and signed by [steve tomas] |
| Philadelphia,PA | 8/6/2025 12:12:00 PM | EST | Shipment reached Delivery location |
| PHILADELPHIA,PA | 8/6/2025 12:11:59 PM | EST | Pickup completed |
| PHILADELPHIA,PA | 8/6/2025 12:11:00 PM | EST | Driver reached Pickup location |
| | 08/06/2025 9:08 am | EST | Shipment information received |

| | | | | |
|---|---|---|---|---|
| OrderTrackingID: | | 115.080625 | RefNo | 42003-00165-0283 |
| Ordered by: | | Sam Sisay | RefNo2 | |
| Department: | | | RefNo3 | |
| Phone: | | 215-575-2864 | RefNo4 | |
| Email: | | SBSISAY@MDWCG.COM | | |

*Special Instructions:*

**POD Signature:**

**Pick Up Information:**

MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN

2000 MARKET STREET BASEMENT 2

PHILADELPHIA, PA 19103

Contact:

Phone:

Pickup Special Instructions:

Del. Special Instructions:
Dropoff 1 box to Clerk Office

**Delivery Information:**

USDC

601 MARKET 7614

Philadelphia, PA 19106

Contact:                               Judge Weilhelmer

Phone:

---

**Order Details:**

| | | | |
|---|---|---|---|
| Ordered on: | 08/06/2025 9:08 am EST | Round Trip: | N |
| Pickup From: | 08/06/2025 10:00 am | Delivery From: | 08/06/2025 11:00 am |
| Pickup To: | 08/06/2025 11:00 am | Delivery To: | 08/06/2025 1:00 pm |
| Pickup Arrival: | 08/06/2025 12:11 pm | Delivery Arrival: | 08/06/2025 12:12 pm |
| Service: | Same Day | Vehicle: | Bike |
| Pieces: | 1 | Weight: | 20 |
| Declared Value ($): | | COD: | 0.00 at |

**Charge Details:**

| | |
|---|---|
| Base | $15.00 |
| Grand Total | $15.00 |

---

**Inventory Summary:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 18.00% to this shipment.
Distance Based Pricing, Zone 2

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | KOP Mailroom Conner D. Warner | Mary Lou Knepshield, HR Coordi | |
| Tracking ID | 772500668900 | Marshall Dennehey, P.C. | Township of Radnor | |
| Service Type | FedEx Standard Overnight | KING OF PRUSSIA PA 19406 US | WAYNE PA 19087 US | |
| Package Type | Customer Packaging | | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 44.68 |
| Delivered | Mar 06, 2025 12:47 | Grace Discount | | -11.33 |
| Svc Area | A1 | Automation Bonus Discount | | -6.70 |
| Signed by | M.Pontius | Fuel Surcharge | | 5.52 |
| FedEx Use | 000000000/1283/_ | Courier Pickup Charge | | 4.00 |
| | | **Total Charge** | **USD** | **$36.17** |